IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



NIGHT BOX
FILED

FEB - 6 2004

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO.: 03-20588-CIV-MOORE/O'SULLIVAN

DONATO DALRYMPLE, et al., )
)
    Plaintiffs, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
    Defendant. )
_____)

**PLAINTIFF'S RESPONSE TO MAGISTRATE'S
JANUARY 23, 2004 REPORT AND RECOMMENDATION**

Plaintiffs, by counsel, respectfully submit this response to the Magistrate's January 23, 2004 Report and Recommendation.

**MEMORANDUM OF LAW**

In the January 23, 2004 Report and Recommendation, Magistrate John J. O'Sullivan recommended Defendant's motion to dismiss Plaintiffs' negligence claim be granted on the basis of the "discretionary function" exception to the Federal Tort Claims Act ("FTCA"), but also recommended Plaintiffs be granted leave to amend their Complaint. In so ruling, the Magistrate relied on *Ignatiev v. U.S.*, 238 F.3d 464 (D.C. Cir. 2001), in which the appellate court reversed the dismissal of a negligence claim on the basis of the "discretionary function" exception. The Court in *Ignatiev* held that, before the negligence claim could be dismissed, the plaintiff should have been allowed to take discovery on the existence of internal governmental policies that governed the challenged conduct at issue in the lawsuit. *Ignatiev*, 238 F.3d at 467.

While Plaintiffs continue to believe their negligence claim is well-pled, even given the "discretionary function" exception to the FTCA, Plaintiffs are confident they can amend their Complaint to address the Magistrate's concerns. Nonetheless, Plaintiffs request they be given the opportunity to undertake discovery on the issues raised by the "discretionary function" exception to the FTCA before they are required to amend their Complaint. Plaintiffs' other claims for assault and battery, intentional infliction of emotional distress, negligent infliction of emotional distress, and false imprisonment are proceeding, and discovery already is underway. Plaintiffs submit that discovery regarding the "discretionary function" exception can be accomplished within a reasonable time period, and request that they not be required to file their Amended Complaint for at least ninety (90) days.

        Respectfully submitted,

        JUDICIAL WATCH, INC.

        _____
        Edelberto Farrés, Esq.
        Florida Bar No.: 0070793
        100 SE 2 Street, Suite 3920
        Miami, FL 33131
        Tel.: (305) 349-2391
        Fax: (305) 374-9054

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2004 a true and correct copy of the foregoing PLAINTIFF'S RESPONSE TO MAGISTRATE'S JANUARY 23, 2004 REPORT AND RECOMMENDATION was served via first class U.S. mail, postage prepaid, on the following:

>Stephen E. Handler, Esq.
>U.S. Department of Justice
>Torts Branch, Civil Division
>P. O. Box 888
>Washington, D.C. 20044

Edelberto Farrés