IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DONATO DALRYMPLE, et al., )
)
    Plaintiffs, )
Vs. ) Case No. 03-20588-CIV-MOORE
)
UNITED STATES OF AMERICA, ) Magistrate Judge: O'Sullivan
)
    Defendant. )
_____)

### NOTICE OF WITHDRAWAL
### AND NOTICE OF APPEARANCE

The undersigned, Larry Klayman, Esq. hereby enters a Notice Of Appearance in the abovestyled case on behalf of the Plaintiff, Sandra Maria Cobas, and withdraws his appearance previously entered, while he was General Counsel of Judicial Watch, Inc., for the other Plaintiffs.

Respectfully submitted,

Larry Klayman
Florida Bar No.:0246220
c/o 540 Brickell Key Drive
Suite #732
Miami, FL 33131

Attorneys for Plaintiffs

I hereby certify that on May 20, 2004 a true copy of the foregoing NOTICE OF WITHDRAWAL AND NOTICE OF APPEARANCE FOR PLAINTIFF SANDRA MARIA COBAS was served by first-class mail, postage prepaid, on the following:

Edelberto Fares, Esq.
Florida Bar No.:0070793
Judicial Watch, Inc.
100 SE 2nd Street
Suite #3920
Miami, FL 33131
Tel.:(305) 349-2391
Fax: (305) 374-9054

Stephen E. Handler
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

Larry Klayman, Esq.