UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

UCI 1 3 2004

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

DONATO DALRYMPLE,
et al.
       Plaintiffs,

     v.

UNITED STATES OF AMERICA,

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 03-20588-CIV-MOORE

**Volume 1 of 3**
(Tabs 1 through 24)

## UNITED STATES' STATEMENT OF MATERIAL FACTS NOT IN ISSUE
## IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

The United States, in support of its Motion for Summary Judgment, asserts that there are no genuine issues of dispute with regard to the following material facts:

(1)    On April 22, 2000, the Immigration and Naturalization Service, by and through its employees as well as other law enforcement officers, conducted a law enforcement operation known as "Operation Reunion," wherein it executed search and administrative arrest warrants for Elian Gonzalez who was being held by the Gonzalez family at 2319 N.W. 2nd Street, Miami, FL, in order to return Elian to his father.

(2)    The search warrant was supported by probable cause. *See Gonzalez v. Reno*, 325 F.3d 1228, 1232 (11th Cir. 2003).

(3)    When the law enforcement officers arrived at the scene, more than 100 protestors were gathered.

(4)    Certain protestors jumped over or pushed down the barricades, ran to the Gonzalez house, formed human chains, and threw objects at the officers as they proceeded to the Gonzalez house.

(5)    Certain INS officers sprayed gas in the front of the Gonzalez home. These officers believed that the gas consisted of oleoresin capsicum ("OC"). Shortly before the

operation in question, a request was made to the Miami Police Department to borrow an Israeli Gas Gun filled with OC. During discovery in this case, the United States learned that the Israeli Gas Gun used during the operation may have contained O-chlorobenzalmalonotrile ("CS").

(6)     CS and OC are riot control agents deployed for the purpose of crowd control and to prevent the possibility of physical injury to bystanders. (The Declaration and curriculum vitae of Dr. Bryan Ballantyne are attached at Tabs 1 and A.)

(7)     The INS officers used physical force, such as hitting, pushing, shoving, and throwing protestors to the ground, in order to execute the warrants. No deadly force was used. There is no evidence that any of the plaintiffs were hospitalized as a direct result of physical contact with the officers at the scene.

(8)     Plaintiff Hector Abelairas testified that he walked through the barricade and to the Gonzalez house, but he had no physical contact with the law enforcement officers. He also testified that he has sarcoidosis and prostatitis which he believes resulted from exposure to the gas. (Tab 2 .)

(9)     Plaintiff Miguel Alejandro testified that he ran passed the barricade and to the Gonzalez house to try to prevent the officers from taking Elian away, but he had no physical contact with the law enforcement officers. He also testified that the effects of the gas lasted for two days. (Tab 3.)

(10)    Plaintiff Abel Alonso testified that he smelled gas when he was on his property, but he had no physical contact with the law enforcement officers. (Tab 4.)

(11)    Plaintiff Natalie Alonso is a minor and the Amended Complaint alleges that she was sleeping in her home when the operation in question occurred and that she was exposed to gas in her home. (Am. Cmplt. ¶187.)

(12)    Plaintiff Nicole Alonso is a minor and the Amended Complaint alleges that she was sleeping in her home when the operation in question occurred and that she was exposed to gas in her home. (Am. Cmplt. ¶ 188.)

(13)   Plaintiff Tanay Alonso testified that she smelled gas when she was on her property and did not have any physical contact with the law enforcement officers.  (Tab 5.)

(14)   Plaintiff Leslie Alvarez testified that she was sprayed with gas when she was behind the barricade.  She also testified that the effects of the gas lasted for two to three days to more than a week.  (Tab 6.)

(15)   Plaintiff Elsa Anderson testified that she was sprayed with gas when she was behind the barricade and did not have any physical contact with the law enforcement officers. (Tab 7.)

(16)   Plaintiff Guillermo Arce testified that he jumped the barricade and ran toward the Gonzalez home in order to form a human chain to prevent the officers from taking Elian away.  After he formed a human chain with a woman, he was hit in the hip with a rifle butt when he attempted to help this woman after she attempted to interfere with the INS officer who was taking Elian out of the Gonzalez house.  He also testified that the effects of the gas lasted for twenty days to the present day.  (Tab 8.)

(17)   Plaintiff Joel Beltran testified that he jumped the barricade and ran to the front porch of the Gonzalez home and held onto the rails located on either side of the front door. After he grabbed the rails he was hit in the chest with a rifle butt or a battering ram but he held onto the rails until an officer grabbed his hands and twisted them off the rails and was thrown off the porch.  He also testified that the effects of the gas lasted from two to three weeks to two or three months.  (Tab 9.)

(18)   Plaintiff Teresa Benitez testified that she was in the front yard of the Gonzalez's property when she struggled with an officer who hit her in the stomach with a rifle.  She also testified that the effects of the gas lasted from four days to the present day.  (Tab 10.)

(19)   Plaintiff Ledia Betancort-Garcia testified that after she was pushed passed the barricade and ran to the Gonzalez house with everyone else, she was pushed against a wire fence by a Miami City Police Officer.  (Tab 11.)

3

(20)   Plaintiff Thomas Camacho testified that he smelled gas when he was in his home and did not have any physical contact with the law enforcement officers. (Tab 12.)

(21)   Plaintiff Nancy Canizares testified that she was sitting in a chair in front of the house located behind the Gonzalez house. When the officers arrived they told her not to move but she asked them to identify themselves. She was then pushed up against the fence and then down on the ground where they held her with their feet. She also testified that the effects of the gas lasted to the present day. (Tab 13.)

(22)   Plaintiff Arturo Castellanos testified that he was sprayed with gas when he was behind the barricade and did not have any physical contact with the law enforcement officers. He also testified that the effects of the gas lasted from forty-five days to a year. (Tab 14.)

(23)   Plaintiff Blanca Chils testified that she was sprayed with gas when she was behind the barricade and did not have any physical contact with the law enforcement officers. She also testified that the effects of the gas lasted about a month. (Tab 15.)

(24)   Plaintiff Juan Chils testified that he was initially behind the barricade, but he ran up to it and then passed through the barricade and smelled gas, but he did not have any physical contact with the law enforcement officers. He also testified that the effects of the gas lasted for about three weeks. (Tab 16.)

(25)   Plaintiff Sandra Cobas testified that she was sprayed with gas when she was behind the barricade and did not have any physical contact with the law enforcement officers. She also testified that the effects of the gas lasted for a month. (Tab 17.) Ms. Cobas was a plaintiff in the original complaint and is separately represented, but she is not a named plaintiff in the Amended Complaint.

(26)   Plaintiff Donato Dalrymple testified that he was in the Gonzalez house and that, when the officer demanded he release Elian and reached for the boy, he refused to comply and batted away the officer's hand. (Tab 18.)

(27)   Plaintiff Cosme Diago testified that he smelled gas when he was in his home and did not

have any physical contact with the law enforcement officers.  He also testified that the effects of the gas lasted for two to three days.  (Tab 19.)

(28)   Plaintiff Darianne Diago is a minor and the Amended Complaint alleges that she was sleeping in her home when the operation in question occurred and that she was exposed to gas in her home.  (Am. Cmpl. ¶ 202.)

(29)   Plaintiff Idial Diago testified that he smelled gas when he was on his property and did not have any physical contact with the law enforcement officers.  He also testified that the effects of the gas lasted for a week or more.  (Tab 20.)

(30)   Plaintiff Ramon Diago testified that he was sprayed with gas when he was on his property and did not have any physical contact with the law enforcement officers.  He also testified that the effects of the gas lasted from a couple of days to the present day. (Tab 21.)

(31)   Plaintiff Norma Dominguez testified that she smelled gas when she was in her home and did not have any physical contact with the law enforcement officers.  She also testified that the effects of the gas lasted for three months.  (Tab 22.)

(32)   Plaintiff Eva Espinosa testified that when she moved closer to the front of the barricade, an officer pushed her and she fell down.  She also testified that she smelled gas when she was behind the barricade and that the effects of the gas lasted from two days to seven or eight months.  (Tab 23.)

(33)   Plaintiff Lenia Fernandez testified that after she jumped over the barricade and ran toward the Gonzalez home, she was pushed to the ground by an officer.  She also testified that the effects of the gas lasted for months.  (Tab 24.)

(34)   Plaintiff Osmany (Osmani) Fernandez testified that he smelled gas when he was on his property and did not have any physical contact with the law enforcement officers.  He also testified that the effects of the gas lasted for three or four days.  (Tab 25.)

(35)   Plaintiff Pastora Ferrer testified that she was sprayed with gas when she was behind the barricade and did not have any physical contact with the law enforcement officers.  She

also testified that the effects of the gas lasted for a week to three months.  (Tab 26.)

(36)   Plaintiff Jose Freijo testified that after he walked through the barricade and ran to the Gonzalez house, he was hit and pushed to the side with some bolt cutters.  (Tab 27.)

(37)   Plaintiff Gilberto Gallarraga testified that he smelled gas when he was in his home and did not have any physical contact with the law enforcement officers.  He also testified that the effects of the gas lasted about five days.  (Tab 28.)

(38)   Upon information and belief, plaintiff Jose I. Garcia is dead.  The Amended Complaint alleges that he was behind the barricade when he was sprayed with gas, and when he moved closer to the Gonzalez house he was kicked and pushed by law enforcement officers.  (Am. Cmplt. ¶ 212.)

(39)   Plaintiff Rosa Garcia testified that after she passed through the barricade and went to the Gonzalez house to prevent the officers from taking Elian away, two officers kicked and hit her.  (Tab 29.)

(40)   Plaintiff Ruben Garcia testified that he smelled gas when he was behind the barricade and did not have any physical contact with the law enforcement officers.  He also testified that the effects of the gas lasted to the present day.  (Tab 30.)

(41)   Plaintiff Nixy Gomez testified that she ran up the street toward the Gonzalez house when the officers arrived and smelled the gas and did not have any physical contact with the law enforcement officers.  She also testified that the effects of the gas lasted from one to two months to a year.  (Tab 31.)

(42)   Plaintiff Carlos Gonzalez testified that after he jumped over the barricade and ran toward the Gonzalez house to form a human chain at the front door to prevent the officers from taking Elian away, officers tugged at him until the chain was broken and then they threw him to the ground and he was pushed out of the front yard.  (Tab 32.)

(43)   Plaintiff Jose Gonzalez testified that after he jumped over the barricade and ran toward the Gonzalez house in order to form a human chain to prevent the officers from taking Elian away, several officers pushed him to the ground on several occasions because he

6

attempted to get to the Gonzalez house several times.  He also testified that the effects of the gas lasted about four to six days.  (Tab 33.)

(44)   Plaintiff Josefa Gonzalez testified that she smelled gas when she was behind the barricade and did not have any physical contact with the law enforcement officers.  She also testified that the effects of the gas lasted from a couple of weeks to the present day.  (Tab 34.)

(45)   Plaintiff Yusleivy Gonzalez testified that she smelled gas when she was on her property and did not have any physical contact with the law enforcement officers.   (Tab 35.)

(46)   Plaintiff Estrelva Guevara testified that she was sprayed with gas when she was behind the barricade and did not have any physical contact with the law enforcement officers. (Tab 36.)

(47)   Plaintiff Pablo Hernandez testified that he was sprayed with gas when he was behind the barricade and did not have any physical contact with the law enforcement officers. He also testified that the effects of the gas lasted two to three days.  (Tab 37.)

(48)   Plaintiff Yanet Huet testified that she left her house and ran into the street in front of the Gonzalez house and did not have any physical contact with the law enforcement officers.  She also testified that the effects of the gas lasted one or two weeks. (Tab 38.)

(49)   Plaintiff Martha Lara testified that she was in front of the barricade and that after she walked toward the Gonzalez house to try to protect Elian, she was sprayed with gas and an officer pushed her to the ground.  She also testified that the effects of the gas lasted for a month.  (Tab 39.)

(50)   Plaintiff Maria Lazo testified that she smelled gas when she was on her property and did not have any physical contact with the law enforcement officers.  She also testified that the effects of the gas lasted for a few days to more than a week.  (Tab 40.)

(51)   Plaintiff Martha Lorenzo testified that she was sprayed with gas when she was behind the barricade which was pushed back by an officer after she started leaning on the

barricade.  She also testified that the effects of the gas lasted two to three weeks.
(Tab 41.)

(52)  Plaintiff Anaisa Machlin (Machin) testified that she smelled gas when she was in her
home and did not have any physical contact with the law enforcement officers.
(Tab 42.)

(53)  Plaintiff Morgan Marcos testified that after he walked through the barricade and to the
Gonzalez house to form a human chain, an officer told him to get out of the way, but
was pushed to the ground and held there by an officer with his foot.  He was also hit on
the shoulder with the battering ram the officers used to break down the front door of
the Gonzalez house.  He also testified that the effects of the gas lasted for two to three
days.  (Tab 43.)

(54)  Plaintiff Alfredo Martell testified that after he ran back and forth in the front and back
yards of the Gonzalez house, an officer pushed him to the ground.  He also testified that
the effects of the gas lasted for a week.  (Tab 44.)

(55)  Plaintiff Lazaro Martell is a minor and the Amended Complaint alleges that he was in
the Gonzalez home when the operation occurred.  (Am. Cmplt. ¶ 248.)

(56)  Plaintiff Jose Martinez testified that he smelled gas when he was on his property and did
not have any physical contact with the law enforcement officers.
(Tab 45.)

(57)  Plaintiff Felix Meana testified that he was in the backyard of the Gonzalez house and he
does not state that he had any physical contact with any law enforcement officers, but
that he was sprayed with gas.  (Tab 46.)

(58)  Plaintiff Troadia Mesa testified that after he jumped over the barricade and ran toward
the Gonzalez house, an officer pushed him away from the Gonzalez house.   He also
testified that the effects of the gas lasted for six to seven months.  (Tab 47.)

(59)  Plaintiff Mario Miranda testified that he was in the backyard of the Gonzalez
house and that law enforcement officers threw him to the ground and sprayed him

8

with gas.  (Tab 48.)

(60)   Plaintiff Julio Mondelo testified that he does not remember being sprayed and/or smelling gas or coming into contact with any law enforcement officers when he was on his property.  (Tab 49.)

(61)   Plaintiff Martha Mondelo testified that she smelled gas when she was on her property and did not have any physical contact with the law enforcement officers.  She also testified that the effects of the gas lasted for about a week.  (Tab 50.)

(62)   Plaintiff Jorge Morales testified that after he jumped the barricade and went to the fence surrounding the Gonzalez house, he was sprayed with gas, and was hit on the hip by someone.  (Tab 51.)

(63)   Plaintiff Aray Noda testified that she smelled gas when she was in her home.  She also testified that the gas caused her to attempt suicide.  (Tab 52.)

(64)   Plaintiff Zaida Nunez testified that she was sprayed with gas when she was behind the barricade and did not have any physical contact with the law enforcement officers. (Tab 53.)

(65)   Plaintiff Francisco Ondarza testified that he pushed passed the barricade toward the Gonzalez house but did not have any physical contact with the law enforcement officers. He also testified that the effects of the gas lasted for two days or more and that he suffered from retinal hemorrhage.  (Tab 54.)

(66)   Plaintiff Roberto Orama testified that he was sprayed with gas when he was behind the barricade and did not have any physical contact with the law enforcement officers. (Tab 55.)

(67)   Plaintiff Marta Lina Oropesa (Pumariega) testified that she was in front of the barricade when the officers arrived and that someone pushed her over the barricade. (Tab 56.)

(68)   Plaintiff Antonio Ortega testified that he was sprayed with gas when he was on his property but he did not have any physical contact with the law enforcement officers.

9

(Tab 57.)

(69)   Plaintiff Yusledis Ortiz testified that she ran into the Gonzalez house and into the
       bedroom where Dalrymple and Elian were hiding from the law enforcement officers.
       She also testified that she smelled the gas but did not have any physical contact with the
       law enforcement officers. (Tab 58.)

(70)   Plaintiff Miriam Palacio testified that she was sitting on a couch on the Gonzalez
       property when the officers arrived and was sprayed with gas, but did not have any
       physical contact with the law enforcement officers. She also testified that the effects of
       the gas lasted to the present day. (Tab 59.)

(71)   Plaintiff Cristobal Peraza testified that he lived next door to the Gonzalez house and that
       he ran toward the street in front of the Gonzalez house twice and smelled the gas, but
       did not have any physical contact with the law enforcement officers. He also testified
       that the effects of the gas lasted from two to three days. (Tab 60.)

(72)   Plaintiff Madeleine Peraza testified that she lived next door to the Gonzalez house
       and ran toward the street in front of the Gonzalez house twice and smelled the gas,
       but did not have any physical contact with the law enforcement officers. (Tab 61.)

(73)   Plaintiff Sergio Perez-Barroto testified that he jumped the barricade and ran toward the
       Gonzalez house and smelled the gas, but he does not remember if he had any physical
       contact with the law enforcement officers. (Tab 62.)

(74)   Plaintiff Angel Pina testified that he ran from his house, which was located behind
       the barricade, through the barricade to the Gonzalez house and into the gas,
       but he did not have any physical contact with the law enforcement officers. (Tab 63.)

(75)   Plaintiff Jennifer Pina testified that she smelled gas when she was on her property.
       (Tab 64.)

(76)   Plaintiff Myra (Mayra) Pina testified that she was smelled gas when she was behind the
       barricade and did not have any physical contact with the law enforcement officers. She
       also testified that the effects of the gas lasted three to four days and that she suffered

from hypothyroidism. (Tab 65.)

(77)   Plaintiff Melissa Pumariega testified that she was in front of the barricade when the officers arrived and was sprayed with gas, but did not have any physical contact with the law enforcement officers. She also testified that the effects of the gas lasted for about year. (Tab 66.)

(78)   Plaintiff Nestor Ramos testified that he walked over the barricade and toward the Gonzalez house and was sprayed with gas. He also testified that the effects of the gas lasted for about a month. (Tab 67.)

(79)   Plaintiff Otoniel Ramos testified that after he walked through the barricade toward the Gonzalez house, was sprayed with gas, and was pushed by a law enforcement officer on his shoulder. He also testified that the effects of the gas lasted to the present day. (Tab 68.)

(80)   Plaintiff Leonor Rivero testified that she smelled gas when she was in her home and did not have any physical contact with the law enforcement officers. (Tab 69.)

(81)   Plaintiff Maria Riveron testified that she walked into the street in front of the Gonzalez house and smelled the gas, but did not have any physical contact with the law enforcement officers. She also testified that the effects of the gas lasted a long time. (Tab 70.)

(82)   Plaintiff Pedro Riveron testified that he ran toward the Gonzalez house and smelled the gas, but did not have any physical contact with the law enforcement officers. (Tab 71.)

(83)   Plaintiff Eduardo Rodriguez testified that he was sprayed with gas when he was on his property. (Tab 72.)

(84)   Plaintiff Manuel Rodriguez testified that he lived down the street from the Gonzalez house and walked towards it when the officers arrived and smelled the gas, but did not have any physical contact with the law enforcement officers. He also testified that the effects of the gas lasted to the present day. (Tab 73.)

(85)   Plaintiff Maria Rodriguez (Riera) testified that she was sprayed with gas when she was

on her property. She also testified that the effects of the gas lasted for several days. (Tab 74.)

(86)     Plaintiff Marta Rodriguez testified that she smelled gas when she was behind the barricade and did not have any physical contact with the law enforcement officers. (Tab 75.)

(87)     Plaintiff Patricia Rodriguez testified that she was sprayed with gas when she was behind the barricade, but did not have any physical contact with the law enforcement officers. She also testified that the effects of the gas lasted about a week and a half. (Tab 76.)

(88)     Plaintiff Tomas Rodriguez testified that he was sprayed with gas when he was behind the barricade and did not have any physical contact with the law enforcement officers. He also testified that the effects of the gas lasted several days to the present day. (Tab 77.)

(89)     Plaintiff Gloria Sanchez testified that she lived next door to the Gonzalez house and ran toward the street in front of the Gonzalez house and smelled the gas, but did not have any physical contact with the law enforcement officers. She also testified that the effects of the gas lasted for nearly two weeks. (Tab 78.)

(90)     Plaintiff Ileana Santana testified that she was staying at a house next door to the Gonzalez house and that she walked into the front yard and then into the backyard of the Gonzalez house and smelled the gas, but did not have any physical contact with the law enforcement officers. She also testified that the effects of the gas lasted for one week to about two months. (Tab 79.)

(91)     Plaintiff Diego Tintorero has not been deposed because he is incarcerated, but the Amended Complaint alleges that he was on the roof of a house near the Gonzalez house and then was located near the area where the news media was located when he was sprayed with gas. (Am. Cmplt. ¶ 272.)

(92)     Plaintiff Carlos Treto testified that he was staying at a house down the street from the Gonzalez house and walked toward the Gonzalez house when the officers arrived and

smelled the gas, but that he had no direct physical contact with any law enforcement officers.   He also testified that the effects of the gas lasted for one or two weeks to the present day.  (Tab 80.)

(93)    Plaintiff Carmen Valdes testified that she was sprayed with gas when she was behind the barricade, but she did not have any physical contact with the law enforcement officers.  She also testified that the effects of the gas lasted for two days.  (Tab 81.)

(94)    Plaintiff Divaldo Valdes testified that he was sprayed with gas when he was behind the barricade, but he did not have any physical contact with the law enforcement officers. He also testified that the effects of the gas lasted for three days.  (Tab 82.)

(95)    Plaintiff Miriam Zaldivar testified that she walked through the barricade and toward the Gonzalez house because she intended to prevent the law enforcement officers from taking Elian away; she was sprayed with gas, but did not have any physical contact with the law enforcement officers.  She also testified that the effects of the gas lasted to the present day.  (Tab 83.)

(96)    Pursuant to the Plaintiffs' Answers to the United States' First Set of Interrogatories, the following plaintiffs have renounced their false imprisonment claims: Abel Alonso, Natalie Alonso, Nicole Alonso, Tanay Alonso, Leslie Alvarez, Elsa Anderson, Sergio Perez-Barroto, Thomas Camacho, Arturo Castellanos, Blanca Chils, Juan Chils, Sandra Cobas, Cosme Diago, Darianne Diago, Idail Diago, Ramon Diago, Norma Dominguez, Eva Espinosa, Osmany (Osmani) Fernandez, Pastora Ferrer, Jose Freijo, Gilberto Gallaraga, Ledia Betancourt Garcia, Rosa Garcia, Ruben Garcia, Jose Gonzalez, Josefa Gonzalez, Nixy Gomez, Yusleivy Gonzalez, Estelva Guevara, Pablo Hernandez, Yanet Huet, Maria Lazo, Marta Lorenzo, Reina Machado, Anaisa Machin, Lazaro Martell, Jose Martinez, Jorge Morales, Martha Mondelo, Julio Mondelo, Aray Noda, Zaida Nunez, Roberto Orama, Ana Ortega, Antonio F. Ortega, Martha Oropesa (Pumariega), Yusledis Ortiz, Miriam Palacio, Cristobal Peraza, Madeleine Peraza, Angel Pina, Jennifer Pina, Mayra Pina, Melissa Pumariega, Nestor Ramos,

13

Otoniel Ramos, Leonor Rivero, Maria Riveron, Pedro Riveron, Eduardo Rodriguez, Manuel Rodriguez, Marta Rodriguez, Maria Rodriguez (Riera), Patricia Rodriguez, Tomas Rodriguez, Ileana Santana, Armanda Santos, Gloria Sanchez, Diego Tinterero, Carlos Treto, Carmen Valdes, Divaldo Valdes, and Miriam Zaldivar.

(97)    The following plaintiffs have dismissed and/or intend to dismiss their actions: Gregory Paul Allen, Conception Maria Cabral, Milagros Cruz, Reina Machado, Anna Teresa Ortega, Orlando Santos, and Ileana Martinez.  Ms. Cabral has appealed the dismissal of her action.

Dated: _Oct. 13, 2004_

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

PHYLLIS J. PYLES
Director, Torts Branch
Civil Division


STEPHEN E. HANDLER
Florida Bar No. A5500749
CLAY MAHAFFEY
Florida Bar No. A5500845
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Washington, D.C. 20044
(202) 616-4279
(202) 616-5200 (fax)
Attorneys for the United States

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on _Oct. 13, 2004_, I caused to be served upon the following counsel a true and correct copy of the United States' Statement of Material Facts Not in Issue in Support of its Motion for Summary Judgment, including Tabs 1 through 84, via First Class Mail to:

Paul Orfanedes
Judicial Watch, Inc.
501 School Street
Suite 500
Washington, DC  20024
Attorney for the plaintiffs

Larry Klayman
P.O. Box 31007
Miami, FL  33231


Stephen E. Handler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DONATO DALRYMPLE,                          )
et al.                                     )
          Plaintiffs,                      )
                                          )
                                          )
        v.                                )    Civil Action No. 03-20588-CIV-MOORE
                                          )
                                          )
UNITED STATES OF AMERICA,                   )
                                          )
          Defendant.                       )
                                          )
                                          )

## DECLARATION OF BRYAN BALLANTYNE

(1)   My name is Bryan Ballantyne. I am over twenty-one years old and of sound mind. I have personal knowledge of, and am competent to testify regarding all of the matters set forth in this Declaration, which is executed as authorized by 28 U.S.C. § 1746.

(2)   I have extensive practical experience, over a period of 35 years, in the specialization of toxicology, particularly clinical, occupational and forensic toxicology. (A copy of Dr. Ballantyne's curriculum vitae is attached at Tab A.)

(3)   I have researched, performed developmental work, and written extensively on various aspects of chemical warfare and riot control agents, including o-chlorobenezylidene malononitrile ("CS") and oleoresin capsicum ("OC").

(4)   Riot control agents, including CS and OC, are deployed for the purposes of crowd control and to prevent the possibility of physical injury to bystanders. The signs and symptoms produced by these agents have been extensively documented and have a transient (reversible) harassing or incapacitating effect through a common mechanism known as the peripheral sensory irritation. Both CS and OC operate through the interaction of the agent with the sensory nerve receptors in exposed body surfaces (notably eye, skin, and lining of the respiratory tract), which results in the development of uncomfortable sensations at the site of the body contamination, that may vary from stinging or burning to pain.

(5)   The contamination of the eye by CS or OC results in stinging, burning or severely painful sensations, which appear within a few seconds of contamination and begin to subside within about 15 to 30 minutes. The majority of the effects slowly disappear within two to three hours. Eye redness usually completely disappears within 24 hours.

(6)   The inhalation of CS or OC will result in stinging and burning sensations in the nose and throat, the excess production of mucus and possibly sneezing, coughing, a choking sensation, and rapid shallow breathing. These effects will appear promptly after exposure and begin to subside 15 minutes or so after the person begins to breathe fresh air.

(7)   Exposure of the skin to OC or CS will result in stinging or burning sensations, which is often associated with local redness of the area, which will abate within a few hours.

(8)   Swallowing OC or CS will result in a stinging or burning sensation in the mouth and throat, which will subside after two or three hours. Irritation of the esophagus may cause a burning sensation in the chest, which will subside within 24 hours. Irritation of the stomach may result in a feeling of nausea and may cause vomiting, which will subside in two or three days.

(9)   Credible published reports and opinions in the scientific and medical literature regarding the effects of exposures to the irritant riot control agents CS and OC, particularly when such exposures are brief and in the open air, do not associate long-term irritant or psychosomatic sequelae with such exposures

(10)     There are no credible published reports in the scientific and medical literature that

exposure to CS and/or OC has caused specific medical conditions such as sarcoidosis,

retinal hemorrhage, hypothyroidism, prostatitis or suicide.

I declare under the penalty of perjury that the forgoing is true and correct to the best of my
knowledge, information and belief.

Executed on this _Eighth_ day of October, 2004.

BRYAN BALLANTYNE,
MD, DSc, PhD

-3-

# *CURRICULUM VITAE*

**NAME:**
Bryan Ballantyne

**DATE OF BIRTH:**
11 September 1934

**NATIONALITY:**
British
U.S. Permanent Residency Status granted 1982

**CIVIL STATE:**
Married with four children

**HOME ADDRESS:**
871 Chappell Road             Telephone:  (304)925-2982
Charleston
West Virginia 25304, USA

**ACADEMIC AND PROFESSIONAL QUALIFICATIONS:**

| | | |
|---|---|---|
| B.Sc. (Anatomy; Honours Class One) | Leeds | 1958 |
| M.B., Ch.B. | Leeds | 1961 |
| Ph.D. | Leeds | 1968 |
| M.D. | Leeds | 1971 |
| D.Sc. | Leeds | 1979 |
| M.R.C.S. England, L.R.C.P. London | | 1961 |
| F.I.Biol., (M., 1963) | | 1973 |
| F.R.C.Path., (M., 1971) | | 1983 |
| Fellow, Academy of Toxicological Sciences (FATS) | | 1982 |
| F.F.O.M., R.C.P. London (M., 1978). | | |

**TITLES OF THESES:**
Ph.D.   Localization and interpretation in cholinesterase biochemistry.

M.D.   Studies on the role of certain enzymes in cation transport.

D.Sc.   Contributions to histology, histochemistry and toxicology.

**UNIVERSITY GENERAL ACTIVITIES:**
As an undergraduate at the University of Leeds I held the following positions:

> Secretary, University of Leeds Medical Society, 1958-1959.
> Student President, University of Leeds Medical Society, 1959-1960.
> Member, Medical Students Representative Council, 1958-1959.
> Member, Leeds University Union Committee, 1959-1960.
> Student Editor, University of Leeds Medical Journal, 1959-1960.

Whilst a member of the academic staff of the University of Leeds I served as Sub-Warden in a

University Hall of Residence (1964-1967), and from 1967-1968 I was a member of the Board of the Faculty of Medicine.

**APPOINTMENTS:**
House Surgeon, Department of Thoracic Surgery, General Infirmary at Leeds, UK; August 1961 - January 1962.

House Physician, Royal Infirmary, Bradford, UK; February 1962 - July 1962.

Demonstrator in Anatomy, School of Medicine, University of Leeds; August 1962 - September 1963.

Lecturer in Anatomy, School of Medicine, University of Leeds, UK; October 1963 - May 1968.

Medical Officer, Ministry of Defence, UK; June 1968 - June 1972.

Senior Medical Officer (Individual Merit Promotion), Ministry of Defence, UK; July 1972 - November 1978.

Director of Applied Toxicology, Union Carbide Corporation, US; December 1978 - June 2001.

**MEMBERSHIP OF PROFESSIONAL SOCIETIES:**
Society of Toxicology (elected 1975).

British Pharmacological Society (elected 1977)

American College of Toxicology (elected 1978).

American Academy of Occupational Medicine (elected 1979).

American Occupational Medical Association (elected 1979).
      (Chairman, Occupational and Clinical Toxicology Committee, 1985 - 1988)
      (Member, Council on Scientific Affairs, 1985 - 1988)
      (Elected Fellow, 1988)

American Academy of Clinical Toxicology (elected 1982).
      (Member, Board of Trustees, 1986-1989)
      (Elected Fellow, 1986)
      (Chairman, Bye Laws Committee, 1987-1989)

American College of Occupational Medicine (Founder Fellow, 1988).

**MEMBERSHIP OF ADVISORY AND PROFESSIONAL COMMITTEES:**
Scientific Subcommittee on Pesticides, U.K. Ministry of Agriculture, Fisheries and Food; 1969 - 1978.

Histopathology Advisory Committee, U.K. Institute of Medical Laboratory Sciences; 1973 - 1975.

Committee of Experts on Pesticides, Council of Europe; 1976 - 1978.

Select Committee of Experts entrusted with the revision of the Council of Europe book, "Pesticides"; 1976 - 1978.

Working Party on the Evaluation of Hazards of Harmful Substances Carried by Ships, Group of Experts on the Scientific Aspects of Marine Pollution (International Maritime Organization); 1977-2000.

Task Force on Toxicology Programs, University of Pittsburgh, U.S.; 1983 to 1985.

Chairman, Committee on Occupational and Clinical Toxicology, American Occupational Medical Association; 1985 - 1988.

Member, Council on Scientific Affairs, American Occupational Medical Association; 1985 - 1988

Member, Board of Trustees, American Academy of Clinical Toxicology; 1986-1989.

Member, Examination Committee, American Board of Applied Toxicology; 1988-1989

Member, Human Effects Advisory Panel for Riot control Agents, Institute for Non-Lethal Defense Technologies, US; November 2003 to date.

**DISTINCTIONS:**
Adjunct Professor of Toxicology, University of Pittsburgh; appointed 1981 - 1984.

Adjunct Professor of Pharmacology and Toxicology, West Virginia University; (appointed 1981 to date).

**EDITORIAL RESPONSIBILITIES:**
**Books**

Editor of *Forensic Toxicology*, John Wright & Sons, Bristol, 1974.

Editor of *Current Approaches in Toxicology*, John Wright & Sons, Bristol, 1977.

Editor of *Respiratory Protection: Principles and Applications*, Chapman and Hall, London, 1981.

Co-editor of *Clinical and Experimental Toxicology of Cyanides*, John Wright & Sons, Bristol, 1987.

Editor of *Perspectives in Basic and Applied Toxicology*, John Wright & Sons, London, 1988.

Co-editor of *Clinical and Experimental Toxicology of Organophosphates and Carbamates*, Butterworth-Heinemann, Oxford, 1992.

Co-editor of *General and Applied Toxicology*, Two Volumes, Macmillan, London, 1993. College Edition published 1995. Second Edition, Three Volumes, Macmillan, London, 1999.

Co-editor of *Pesticide Toxicology and International Regulation*, Wiley, John Wiley & Sons.

Ltd., Chichester, U.K., 2004.

**Journals**
Member, Editorial Board of *Forensic Science*, Elsevier Publications; 1975 to date.

Member, Editorial Board of *Cellular and Molecular Biology*, Pergamon Press; 1976 - 1987.

Member, Editorial Advisory Board of *Journal of Applied Toxicology*, Wiley Publishers; 1988 to date.

Member, Editorial Advisory Board, *Toxic Substance Mechanisms*, Taylor & Francis, 1993-2000.

Associate Editor, *Toxicology Methods and Mechanisms* (formerly *Toxicology Methods),* Taylor and Francis, 1996-to date.

Member, Manuscript Review Panel, *New England Journal of Medicine*, 1999 to date.

## BRIEF DETAILS OF CAREER:
**University of Leeds**

As a member of the academic staff of the University of Leeds, I was responsible for organizing, teaching and examining in the following undergraduate and postgraduate courses:

♦   Anatomy, histology and cell biology to undergraduate medical and dental students.

♦   Histology and histochemistry to B.Sc. (honours) students.

♦   Neurobiology for B.A. (phonetics), B.Sc. (psychology), M.Sc. (clinical psychology) and Diploma in Psychological Medicine.

During this period, research was undertaken on histology, histochemistry and biochemistry, and on interrelating these various disciplines. Collaborative research work was carried out with the University Department of Surgery and Renal Research Unit. Major research programmes were concerned with the biological functions of cholinesterases, the role of enzymes in monovalent cation transport, the development and refinement of histochemical techniques, and the application of histochemical methods to basic and applied biomedical problems.

**Chemical Defense Establishment**
During the period June 1968 to October 1978, I was employed at the U.K. Chemical Defense Establishment (Ministry of Defense in the rank of Senior Medical Officer, with the position of Head of the Section of Toxicology and Pathology. My major functions involved assessing and advising on the potential health hazards from chemicals of differing classes and various uses, with particular relevance to occupational health problems. This involved commitments to the Ministry of Defense and other government departments, industry, and several intergovernmental agencies. Principal responsibilities and activities are briefly summarized below:

• Management of toxicology and pathology staff and functions. Coordination of research and developmental activities with those of other Establishment groups.
• The laboratory assessment of potential health hazards to man from foreign chemicals of various classes and uses. The design, interpretation, and reporting of toxicological investigations.

- Advising on potential health hazards from industrial chemicals, and recommending appropriate protective measures, precautionary procedures, and health monitoring practice
- Advising on methods for the safety evaluation of chemicals, and defining criteria for the acceptability of chemicals and formulations used in specific circumstances
- Basic and applied research into various toxicological areas, including the following:
    - (1) Studies on peripheral sensory irritant materials.
    - (2) Methodology in ophthalmic toxicology.
    - (3) Acute toxicity of cyanides and cyanogens.
    - (4) Application of histochemical methods to toxicological problems.
    - (5) Development of methods for assessing inhalation hazards from smokes, dusts, aerosols and gases.
    - (6) Toxicology of various dyes, surfactants, therapeutic agents, organic solvents, organophosphates, and organic arsenicals.
    - (7) Studies on antidotes, including the use of oximes in organophosphate poisoning.
    - (8) Assessment of methods used to determine toxicity and to investigate the factors affecting interactions between foreign chemicals and biological systems.
- Advisor on applied toxicology to the Establishment and to various government departments and intergovernmental agencies.

During my first few years at the Chemical Defense Establishment, and coincidental with the above functions, I was responsible for the introduction of methods additional to those already employed in the existing laboratories. In particular, I introduced methodology in tissue culture, ophthalmic toxicology, histochemistry, quantitative cytochemistry, electron microscopy and chemical pathology. The work carried out at the Chemical Defense Establishment had particular relevance to industrial, military, forensic, environmental, and agrochemical toxicology.

**Union Carbide Corporation**
In November 1978 I joined Union Carbide Corporation as Director of Applied Toxicology. In this capacity my major managerial and advisory functions have been as follows:

- Management of services concerned with toxicology information, assessment of human health hazards, and advisory functions with respect to occupational and product safety toxicology; these functions collectively constitute the Corporate Applied Toxicology Group, of which I was Director.
- Evaluation and coordination of Union Carbide's toxicological activities, including relationships with other Corporate components, consultants, testing laboratories, and extramural industry and regulatory groups.
- Direction of programs for review of health sciences information in order to establish the current status of knowledge of toxicology of chemicals, with particular reference to human health hazard evaluation and risk assessment.
- Design, implementation, and review of toxicological investigations.
- Interpretation of toxicology information in relation to occupational health and product safety programs.
- Consultation and advice on applied toxicology to senior management, plant physicians, occupational health teams, industrial hygienists, legal department, business groups, and research and development scientists.
- Approval of the Corporation's toxicological literature and communications.
- Representation of toxicological interests and viewpoints on internal and external committees.

♦   Evaluation of toxicological information with respect to relevant state and federal regulations.

**TEACHING EXPERIENCE:**

1962 - 1968:    My teaching commitments as a Lecturer in the Faculty of Medicine, University of Leeds (U.K.) are described on page 5 of this curriculum vitae.

1970 - 1976:    Guest Lecturer, Salisbury College of Technology (U.K) where I was responsible for teaching toxicology and pharmacology to students working for a Higher National Diploma in Applied Biology.

1979 - 1981:    Guest Lecturer, West Virginia College of Graduate Studies, where I lectured on applied toxicology to graduates attending a course on "Chemical Industry Waste Hazard Management".

1980 to date:   Adjunct Professor of Pharmacology and Toxicology at West Virginia University where I teach courses on industrial toxicology, ophthalmic toxicology, and combustion toxicology to graduates working for an M.S. in Environmental Engineering.

1981 - 1985:    Adjunct Professor of Toxicology at West Virginia College of Graduate Studies where I taught courses on various aspects of general and special toxicology in a graduate (M.S.) course on applied industrial toxicology.

1981 - 1984:    Adjunct Professor of Toxicology at Pittsburgh University, where one of my functions was to teach ophthalmic toxicology and hepatotoxicology in an advanced toxicology course leading to a Ph.D. in the School of Pharmacy.

**MAJOR PUBLICATIONS:**

Ballantyne, B. (1959).  The neurohistology of the mammalian kidney.  *University of Leeds Medical Journal,* **8,** 50-59.

Ballantyne, B. and Hopwood, D. (1959).  Functional cytology.  Part 1.  The cytoplasm and its boundaries.  *University of Leeds Medical Journal,* **8,** 10-19.

Ballantyne, B. and Hopwood, D. (1960).  Functional cytology.  Part 2.  The nucleus and nucleic acids.  *University of Leeds Medical Journal,* **9,** 4-25.

Ballantyne, B. and Burwell, R.G. (1965).  Distribution of cholinesterase in normal lymph nodes and its possible relation to the regulation of tissue size.  *Nature,* **203,** 1123-1125

Ballantyne, B. (1966).  The reticuloendothelial localization of hepatic acetylcholinesterase.  *Experientia,* **22,** 25-26.

Ballantyne, B. (1966).  Pseudo-positive reaction for mono-amine oxidase in hair cortex.  *British Journal of Dermatology,* **78,** 421-423.

Ballantyne, B. and Bunch, G.A. (1966).  The neurohistology of quiescent mammary tissue in *Lepus albus.  Journal of Comparative Neurology,* **127,** 471-488.

Ballantyne, B. and Bunch, G.A. (1966). Esterase histochemistry of sebaceous glands. *Dermatologia,* **134**, 51-59.

Ballantyne, B. (1967). Esterase histochemistry of reticuloendothelial cells. In, *Advances in Experimental Medicine and Biology, Vol. 1;* edited by N.R. DiLuzio and R. Paoletti; Plenum Press, New York, pp. 121-132.

Fourman, J. and Ballantyne, B. (1967). Cholinesterase activity in the Harderian gland of Anas domesticus. *Anatomical Record,* **159**, 17-28.

Ballantyne, B. (1968). Potentiometric pH-stat titration: importance of an inert atmosphere in reaction vessels when using alkali titrant. *Experientia,* **24**, 329-330.

Ballantyne, B., Wood, W.G. and Meffan, P.M. (1968). Sequential analysis of urinary enzymes in early diagnosis of parenchymal damage after renal homotransplantation. *British Medical Journal,* **2**, 667-669.

Ballantyne, B. and Wood, W.G. (1968). Biochemical and histochemical observations on β-glucuronidase in the mammalian gall bladder. *American Journal of Digestive Disease,* 13, 551-557.

Ballantyne, B. (1968). Histochemical and biochemical aspects of cholinesterase activity in adipose tissue. *Archives Internationales de Pharmacodynamie et de Therapie,* **173**, 343-350.

Wood, W.G. and Ballantyne, B. (1968). Sodium ion transport and β-glucuronidase activity in the nasal gland of Anas domesticus. *Journal of Anatomy,* **103**, 277-287.

Ballantyne, B. (1968). Pseudo-positive elastin reaction in the naphthoic acid hydrazide histochemical technique for mono-amine oxidase. *Annales d' Histochemie,* **13**, 195-204.

Ballantyne, B. (1968). The reticuloendothelial localization of splenic esterases. *Journal of the Reticuloendothelial Society,* **5**, 399-411.

Smith, P.H. and Ballantyne, B. (1968). The neuroanatomical basis for denervation of the urinary bladder following major pelvic surgery. *British Journal of Surgery,* **55**, 929-933.

Meffan, P., Ballantyne, B., Wood, W.G., Anderson, C.K. and Parsons, F.M. (1969). The early effects of experimental exposure, manipulation and temporary ischaemia on the rabbit kidney. *British Journal of Surgery,* **56**, 205-212.

Ballantyne, B. (1969). Interpretation of cutaneous neurohistology. *Dermatology Digest,* 8, 68-82.

Ballantyne, B. (1969). Portal vein thrombosis and portal hypertension as a possible complication of duodenal ulceration. *American Journal of Digestive Diseases,* **14**, 748-752.

Ballantyne, B. and Wood, W.G. (1969). Mass and the function of the avian nasal gland. *Cytobios,* **4**, 337-345.

Ballantyne, B. and Wood, W.G. (1970). ATPase and Na$^+$ - K$^+$ transport in the avian nasal gland. *Cytobios,* **5**, 41-51.

Ballantyne, B. (1970). The suitability of ferric potassium ferrocyanide as a perfusate in cholinesterase histochemistry: ultrastructural and biochemical observations. *Histochemical Journal*, **2**, 243-247.

Ballantyne, B. (1970). Autopsy findings following death by intramuscular hydrogen cyanide: an experimental study. *Medicine, Science and the Law*, **10**, 171-174.

Ballantyne, B., Bright, J.E. and Williams, P. (1970). Levels of cyanide in whole blood and serum following lethal intramuscular injections to experimental mammals. *Medicine, Science and the Law*, **10**, 25-229.

Ballantyne, B. (1970). The ductus arteriosus. Part 1. Histophysiology of the normal ductus. *Salisbury Medical Bulletin*, **No. 6**, 24-27.

Ballantyne, B. (1970). The ductus arteriosus. Part 2. Patent ductus arteriosus. *Salisbury Medical Bulletin*, **No. 7**, 31-37.

Ballantyne, B. and Guillou, P.J. (1971). The influence of 17 β-oestradiol and colloidal particles on β-glucuronidase activity in mammalian lymph nodes. *Microbios*, **3**, 23-32.

Ballantyne, B. and Bright, J.E. (1971). The histochemical localization of β-D-glucuronidases in the rat kidney: a comparison of methods. *Annales d'Histochemie*, **16**, 313-322.

Ballantyne, B. and Callaway, S. (1972). Inhalation toxicology and pathology of animals exposed to o-chlorobenzylidene malononitrile. *Medicine, Science and the Law*, **12**, 43-65.

Ballantyne, B. and Beswick, F.W. (1972). On the possible relationship between diarrhoea and o-chlorobenzylidene malononitrile. *Medicine, Science and the Law*, **12**, 121-128.

Ballantyne, B., Bright, J., Swanston, D.W. and Williams, P. (1972). Toxicity and distribution of free cyanides given intramuscularly. *Medicine, Science and the Law*, **12**, 209-219.

Ballantyne, B. (1972). Factors influencing renal tubular β-glucuronidase activity in the rat. *Cytobios*, **6**, 217-226.

Ballantyne, B. and Guillou, P.J. (1973). Effects of iron dextran complex on β-glucuronidase activity in lymph nodes. *Microbios*, **7**, 181-186.

Ballantyne, B. and Swanston, D.W. (1973). The irritant potential of dilute solutions of o-chlorobenzylidene malononitrile on the eye and tongue. *Acta Pharmacologia et Toxicologia*, **32**, 266-277.

Ballantyne, B., Beswick, F.W. and Price Thomas, D. (1973). The presentation and management of individuals contaminated with solutions of dibenzoxazepine (CR). *Medicine, Science and the Law*, **12**, 265-268.

Ballantyne, B., Bright, J.E. and Williams, P. (1973). An experimental assessment of decreases in measurable cyanide levels in biological fluids. *Journal of the Forensic Science Society*, **13**, 111-117.

Ballantyne, B. and Johnston, W.G. (1974). Safety aspects of the rubber bursting CS grenade. *Medicine, Science and the Law*, **14**, 44-50.

Ballantyne, B., Bright, J.E. and Williams, P.E. (1974).  The postmortem rate of transformation of cyanide. *Forensic Science,* **3**, 71-76.

Ballantyne, B. (1974).  The forensic diagnosis of acute cyanide poisoning. In, *Forensic Toxicology;* edited by B. Ballantyne; Wright, Bristol, pp. 99-113.

Ballantyne, B. and Johnston, W.G. (1974).  o-Chlorobenzylidene malonitrile and the healing of cutaneous injuries. *Medicine, Science and the Law,* **14**, 93-97.

Ballantyne, B. (1974).  Choline ester hydrolase activity in the avian nasal gland. *Cytobios,* **9**, 39-53.

Ballantyne, B., Gazzard, M.F., Swanston, D.W. and Williams, P. (1974).  The ophthalmic toxicology of o-chlorobenzylidene malononitrile. *Archives of Toxicology,* **32**, 149-168

Ballantyne, B. and Swanston, D.W. (1974).  The irritant effects of dilute solutions of dibenzoxazepine on the eye and tongue. *Acta Pharmacologia et Toxicologia,* **35**, 412-423.

Ballantyne, B. and Raftery, A.T. (1974).  The intrinsic autonomic innervation of white adipose tissue. *Cytobios,* **10**, 187-197.

Ballantyne, B. (1975).  Controls on the safety of medicines. *Salisbury Medical Bulletin,* **No. 24**, 3-12.

Ballantyne, B. (1975).  The genetic contribution in adverse reaction to drugs. *Salisbury Medical Bulletin,* **No. 25**, 4-10.

Ballantyne, B. (1975).  Blood, brain and cerebrospinal fluid cyanide concentrations in experimental acute cyanide poisoning. *Journal of the Forensic Science Society,* **15**, 51-56.

Ballantyne, B. (1975).  Safety evaluation of pesticides. *Journal of the Forensic Science Society,* **15**, 99-105.

Ballantyne, B., Gazzard, M.F., Robson, D.C. and Swanston, D.W. (1975).  Concentrations of 2-hydroxyiminomethyl-N-methylpyridinium ion in plasma and aqueous humor as indices of the toxicity of pralidoxime mesylate (P2S) for the rabbit. *Toxicology and Applied Pharmacology,* **33**, 559-567.

Ballantyne, B., Gazzard, M.F., Swanston, D.W. and Williams, P. (1975).  The comparative ophthalmic toxicology of l-chloroacetophenone (CN) and dibenz(b.f)-l:4-oxazepine. *Archives of Toxicology,* **34**, 183-201.

Ballantyne, B., Gazzard, M.F. and Swanston, D.W. (1976).  The ophthalmic toxicology of dichloromethane. *Toxicology,* **6**, 173-187.

Ballantyne, B., Gail, D. and Robson, D.C. (1976).  Effects on man of drenching with dilute solutions of o-chlorobenzylidene malononitrile (CS) and dibenz(b.f)-1:4-oxazepine. *Medicine, Science and the Law,* **16**, 159-170.

Ballantyne, B. and Bright, J.E. (1976).  Comparison of simultaneous and post-incubation coupling techniques using naphthol AS-β-glucuronide as a substrate for the histochemical

localization of β-glucuronidase activity in the kidney. *Annales d'Histochemie*, **21**, 247-267.

Ballantyne, B., Gazzard, M.F. and Swanston, D.W. (1977). Irritancy testing by respiratory exposure. In, *Current Approaches in Toxicology;* edited by B. Ballantyne; Wright, Bristol, pp. 129-138.

Ballantyne, B. and Swanston, D.W. (1977). The scope and limitations of acute eye irritation tests. In, *Current Approaches in Toxicology;* edited by B. Ballantyne; Wright, Bristol, pp. 139-157.

Ballantyne, B., Gazzard, M.F. and Swanston, D.W. (1977). Applanation tonometry in ophthalmic toxicology. In, *Current Approaches in Toxicology;* edited by B. Ballantyne; Wright, Bristol, pp. 158-192.

Ballantyne, B. (1977). *In vitro* production of cyanide in normal human blood and the influence of thiocyanate and storage temperature. *Clinical Toxicology,* **11**, 173-193.

Ballantyne, B. (1977). Factors in the analysis of whole blood thiocyanate. *Clinical Toxicology,* **11**, 195-210.

Ballantyne, B. (1977). Changes in blood cyanide as a function of storage time and temperature. *Journal of the Forensic Science Society,* **16**, 305-310.

Ballantyne, B. (1977). Biomedical and health aspects of the use of chemicals in civil disturbances. In, *Medical Annual,* 1977; edited by J. Frazer and R.B. Scott; Wright, Bristol, pp. 7-41.

Ballantyne, B. (1977). An experimental assessment of the diagnostic potential of histochemical and biochemical methods for cytochrome oxidase in acute cyanide poisoning. *Cellular and Molecular Biology,* **22**, 109-123.

Ballantyne, B. (1977). The acute mammalian toxicology of dibenz(b.f)-l,4- oxazepine. *Toxicology,* **8**, 347-379.

Ballantyne, B. and Swanston, D.W. (1978). The comparative acute mammalian toxicology of l-chloroacetophenone (CN) and 2-chlorobenzylidene malononitrile (CS). *Archives of Toxicology,* **40**, 75-95.

Ballantyne, B. (1978). The comparative short-term toxicology of phenoxarzine oxide and phenarsazine oxide. *Toxicology,* **10**, 341-361.

Ballantyne, B. (1978). Neuronal and non-neuronal choline ester hydrolases in the rabbit liver. *Cytobios,* **22**, 75-87.

Ballantyne, B. and Bright, J.E. (1978). Variations in mammalian renal cortical β-glucuronidase activity according to species. strain and sex. *Cellular and Molecular Biology,* **23**, 369-377.

Ballantyne, B. and Clifford. E. (1978). The short-term inhalation toxicology of cinnamic acid smoke. *Journal of Combustion Toxicology,* **5**. 253-260.

Ballantyne. B. and Bright. J.E. (1979). Comparison of kinetic and end-point microdensitometry for the direct quantitative histochemical assessment of cytochrome oxidase activity.

*Histochemical Journal,* **11**, 173-186.

Ballantyne, B. (1979). Evaluation of ophthalmic hazards from an aerosol generator of 2-chlorobenzylidene malononitrile (CS). *Military Medicine,* 44, 691-694.

Ballantyne, B. and Swanston, D.W. (1980). Aqueous humor pralidoxime mesylate (P2S) concentrations and intraocular tension following intramuscular P2S. *Drug and Chemical Toxicology,* **3**, 259-275.

Ballantyne, B. and Schwabe, P.H. (1981). Respiratory protection; an overview. In, *Respiratory Protection: Principles and Applications;* edited by B. Ballantyne and P.J. Schwabe; Chapman and Hall, London, pp. 3-38.

Ballantyne, B. (1981). Inhalation toxicology. In, *Respiratory Protection: Principles and Applications;* edited by B. Ballantyne and P.J. Schwabe; Chapman and Hall, London, pp. 93-134.

Ballantyne, B. (1981). Occupational health aspects of respiratory protection. In, *Respiratory Protection: Principles and Applications;* edited by B. Ballantyne and P.J. Schwabe; Chapman and Hall, London, pp. 135-155.

Ballantyne, B. (1981). Requirements for respiratory protection during fires. In, *Respiratory Protection: Principles and Applications;* edited by B. Ballantyne and P.J. Schwabe; Chapman and Hall, London, pp. 351-372.

Ballantyne, B. (1983). Artifacts in the definition of toxicity by cyanides and cyanogens. *Fundamental and Applied Toxicology,* **3**, 400-408.

Ballantyne, B. (1983). Acute systemic toxicity of cyanides by application to the eye. *Journal of Toxicology - Cutaneous and Ocular Toxicology,* **2**, 119-129.

Dodd, W.E., Snellings, W.M., Maronpot, R.R. and Ballantyne, B. (1983). Ethylene glycol monobutyl ether: Acute, 9-day and 90-day vapor inhalation studies in Fischer 344 rats. *Toxicology and Applied Pharmacology,* **68**, 405-414.

Ballantyne, B. (1983). The influence of exposure route and species on the acute lethal toxicity and tissue concentrations of cyanide. In, *Developments in the Science and Practice of Toxicology;* edited by A.W. Hayes, R.C. Schnell, T.S. Miya; Elsevier, Amsterdam, pp. 583-586.

Ballantyne, B. (1983). Local ophthalmic effects of dipropylene glycol monomethyl ether. *Journal of Toxicology - Cutaneous and Ocular Toxicology,* **2**, 229-242.

Ballantyne, B. (1984). Toxicology. In, *Kirk-Othmer Encyclopedia of Chemical Technology,* Supplement Volume. Third Edition; edited by M. Grayson and D. Eckroth; Wiley, New York, pp. 894-924.

Ballantyne, B. (1984). The eye irritancy potential of diethylene glycol monobutyl ether. *Journal of Toxicology - Cutaneous and Ocular Toxicology,* **3**, 7-15.

Ballantyne, B. (1984). Peripheral sensory irritation as a factor in the establishment of workplace exposure guidelines. In, *Occupational Health in the Chemical Industry;* edited by R.R. Orford, J.W. Cowell, G.G. Jamieson and E.J. Love; MEDICHEM Calgary 1983 Association, Calgary,

pp. 119-149.

Ballantyne, B. (1984). The influence of pralidoxime mesylate on the measurement of cyanide concentrations in solution. *Veterinary and Human Toxicology,* **26**, Suppl. 2,23-27.

Ballantyne, B. (1984). Comparative toxicity of hydrogen cyanide and its salts. *Proceedings of the Fourth Annual Chemical Defense Bioscience Review,* 1984. Report Number USAMRICD-P-88-84. U.S. Army Medical Research and Development Command.

Ballantyne, B. and Berman, B. (1984). The dermal sensitizing potential of glutaraldehyde: a review and recent observations. *Journal of Toxicology - Cutaneous and Ocular Toxicology,* **3**, 251-262.

Ballantyne, B. (1985). Evaluation of hazards from mixtures of chemicals in the occupational environment. *Journal of Occupational Medicine,* **27**, 85-94.

Ballantyne, B., Dodd, D.E., Nachreiner, D.J. and Myers, R.C. (1985). Acute toxicity and primary irritancy of N-benzyl-N,N-dimethylamine. *Drug and Chemical Toxicology,* **8**, 43-56.

Ballantyne, B. and Auletta, C. (1985). Guinea pig maximization study with 1,3,5-triacryloyl-hexahydro-s-triazine. *Journal of Toxicology - Cutaneous and Ocular Toxicology,* **4**, 87-95.

Ballantyne, B. (1985). Acute toxicity and primary irritancy of 2-amino-3:6- dicyano-4-chlorophenyl-6-ethoxypyridine. *Drug and Chemical Toxicology,* **8**, 171-182.

Ballantyne, B., Klonne, D.R., Myers, R.C. and Nachreiner, D.J. (1985). The acute toxicity and primary irritancy of 2-ethyl-1 ,3-hexanediol. *Veterinary and Human Toxicology,* **27**, 491-495.

Ballantyne, B., DePass, L.R., Myers, R.C., Fowler, E.H., Troup, C.M., Garman, R.H. and Coleman, J.H. (1986). Dermatotoxicology of bis[2-(dimethylamino)- ethyl ether. *Journal of Toxicology - Cutaneous and Ocular Toxicology,* **5**, 3-33.

Ballantyne, B., Tyler, T.R. and Auletta, C.S. (1986). The sensitizing potential of primary amyl acetate in the guinea pig. *Veterinary and Human Toxicology,* **28**, 213-215.

Owen, P.E., Glaister, J.R., Ballantyne, B. and Clary, J.J. (1986). Subchronic inhalation toxicology of carbon fibers. *Journal of Occupational Medicine,* **28**, 204-206.

Ballantyne, B. (1986). Intramuscular prednisolone does not influence the dermal lesions induced by topical sulfur mustard. *Veterinary and Human Toxicology,* **28**, 204-206.

Ballantyne, B., Dodd, D.E., Myers, R.C. and Nachreiner, D.J. (1986). The acute toxicity and primary irritancy of 2,4-pentanedione. *Drug and Chemical Toxicology,* **9**, 133-146.

Slesinski, R.S., Guzzie, R.J., Hengler, W.C., Myers, R.C. and Ballantyne, B. (1986). Studies on the acute toxicity, primary irritancy and genotoxic potential of 1,3,5-triacryloylhexahydro-s-triazine (TAHT). *Toxicology,* **40**, 145-163.

DePass, L.R., Weil, C.S., Ballantyne, B., Lewis, S.C., Losco, P.E., Reid, J.B. and Simon, G.S. (1986). Influence of housing conditions for mice on the results of a dermal oncogenicity bioassay. *Fundamental and Applied Toxicology,* **7**, 601-608.

Dodd, D.E., Garman, R.H., Pritts, I.M., Troup, C.M., Snellings, W.M. and Ballantyne, B. (1986). 2,4-Pentanedione: 9-day and 14-week vapor inhalation studies in Fischer 344 rats. *Fundamental and Applied Toxicology,* **7**, 329-339.

Tyl, R.W., Fisher, L.C., France, K.A., Garman, R.H. and Ballantyne, B. (1986). Evaluation of the teratogenicity of bis(2-dimethylaminoethyl)ether after dermal application in New Zealand white rabbits. *Journal of Toxicology, Cutaneous and Ocular Toxicology,* **5**, 263-284.

Klonne, D.R., Dodd, D.E., Pritts, I.M., Troup, C.M., Nachreiner, D.J. and Ballantyne, B. (1987). Acute, 9-day and 13-week vapor inhalation studies with ethylene glycol monohexyl ether. *Fundamental and Applied Toxicology,* **8**, 198-206.

Troup, C. M. and Ballantyne, B. (1987). Analysis of cyanide in biological tissues and fluids. In, *Clinical and Experimental Toxicology of Cyanides;* edited by B. Ballantyne and T. C. Marrs; Wright; Bristol, pp. 22-40.

Ballantyne, B. (1987). Toxicology of cyanides. In, *Clinical and Experimental Toxicology of Cyanides;* edited by B. Ballantyne and T.C. Marrs; Wright, Bristol, pp. 41-126.

Ballantyne, B. (1987). Hydrogen cyanide as a product of combustion and a factor in morbidity and mortality from fires. In, *Clinical and Experimental Toxicology of Cyanides;* edited by B. Ballantyne and T.C. Marrs; Wright, Bristol, pp. 248-291.

Ballantyne, B. and Marrs, T.C. (1987). Postmortem features and criteria for the diagnosis of acute lethal cyanide poisoning. In, *Clinical and Experimental Toxicology of Cyanides;* edited by B. Ballantyne and T.C. Marrs; Wright, Bristol, pp. 217-247.

Marrs, T.C. and Ballantyne, B. (1987). Clinical and experimental toxicology of cyanides: an overview. In, *Clinical and Experimental Toxicology of Cyanides;* edited by B. Ballantyne and T.C. Marrs; Wright, Bristol, pp. 473-495.

Klonne, D. R., Dodd, D. E., Pritts, I. M., Nachreiner, D. J., Fowler, E. H., Troup, C. M., Homan, E. R. and Ballantyne, B. (1987). Dimethylethanolamine: acute, 2-week, and 13-week inhalation toxicity studies in rats. *Fundamental and Applied Toxicology,* **9**, 512-521.

Ballantyne, B. and Myers, R. C. (1987). The comparative acute toxicity and primary irritancy of the monohexyl ethers of ethylene and diethylene glycol. *Veterinary and Human Toxicology,* **29**, 361-366.

Ballantyne, B. (1988). Xenobiotic induced rhabdomyolysis. In, *Perspectives in Basic and Applied Toxicology;* edited by B. Ballantyne; Wright, Bristol, pp. 70-153

Tyler, T.R. and Ballantyne, B. (1988). Practical assessment and communication of chemical hazards in the workplace. In, *Perspectives in Basic and Applied Toxicology;* edited by B. Ballantyne; Wright, Bristol, pp. 330-378.

Tyl, R. W., Ballantyne. B., Fischer, L. C. and France, K. A. (1988). Evaluation of the developmental toxicity of beta (3,4-epoxycyclohexyl) ethyltrimethoxysilane in Fischer 344 rats and New Zealand White rabbits. *Fundamental and Applied Toxicology,* **10**, 439-452.

Ballantyne, B. and Myers, R.C. (1988). The acute toxicity and primary irritancy of 1-propoxy-2-propanol. *Veterinary and Human Toxicology,* **30**, 126-129.

Ballantyne, B., Slesinski, R.S. and Myers, R.C. (1988). The acute toxicity and mutagenic potential of 3-methyl-2-benzothiazolinone hydrazone. *Toxicology and Industrial Health*, **4**, 23-36.

Slesinski, R.S., Guzzie, P.J., Putman, D.L. and Ballantyne, B. (1988). In vitro and in vivo evaluation of the genotoxic potential of 2-ethyl-1,3-hexanediol. *Toxicology*, **53**, 179-198.

Dodd, D. E., Ballantyne, B., Myers, R. C., Pritts, I. M. and Nachreiner, D. J. (1988). The acute toxicity of methoxydihydropyran. *Veterinary and Human Toxicology*, **30**, 545-550.

Ballantyne, B. (1988). Factors influencing the quantitative detection of cyanide in biological fluids and tissues. In, *Proceedings of the 24th International Association of Forensic Pathologists Meeting;* edited by G. R. Jones and P. P. Singer; University of Alberta Printing Services, pp. 136-141.

Ballantyne, B. (1988). Clinical toxicology and forensic aspects of riot control agents. In, *Proceedings of the 24th International Association of Forensic Pathologists Meeting;* edited by G. R. Jones and P. P. Singer; University of Alberta Printing Services, pp. 484-504.

Ballantyne, B. (1988). Toxicology and hazard evaluation of cyanide fumigation powders. *Journal of Toxicology, Clinical Toxicology*, **26**, 325-335.

Ballantyne, B., Dodd, D. E., Myers, R. C., Nachreiner, D. J. and Pritts, I. M. (1989). The acute toxicity of tris(dimethylamino) silane. *Toxicology and Industrial Health*, **5**, 45-54.

Tyl, R. W., Ballantyne, B., Fisher, L. C., Tarasi, D. J. and Dodd, D. E. (1989). Dominant lethal assay of 2,4-pentanedione vapor in Fischer 344 rats. *Toxicology and Industrial Health*, **5**, 463-477.

Ballantyne, B., Reed, M. L., Napoli, D. and Reardon, R. C (1989). Cutaneous irritant and sensitizing potential of 2-ethyl-1,3-hexanediol in human subjects. *Journal of Toxicology, Cutaneous and Ocular Toxicology*, **8**, 173-178.

Tyl, R. W., Ballantyne, B., France, K. A., Fisher, L. C., Klonne, D. R. and Pritts, I. M. (1989). Evaluation of the developmental toxicity of ethylene glycol monohexyl ether in Fischer 344 rats and New Zealand White rabbits. *Fundamental and Applied Toxicology*, **12**, 269-280.

Ballantyne, B. (1989) Toxicology. In, *Encyclopedia of Polymer Science and Engineering;* Edited by J. I. Kroschwitz; Wiley, New York, 879-930 (1989).

Frantz, S. W., Tallant, M. J., Grosse, C. M. and Ballantyne, B. (1989). Skin penetration potential of cationic cellulose ethers following single cutaneous application to Fischer 344 rats. *Journal of Toxicology, Cutaneous and Ocular Toxicology*, **8**, 279-290 (1989).

DePass, L. R., Ballantyne, B., Fowler, E. H. and Weil, C. S. (1989). Dermal oncogenicity studies on two methoxysilanes and two ethoxysilanes in male C3H mice. *Fundamental and Applied Toxicology*, **12**, 579-583.

Ballantyne, B., Dodd, D. E., Pritts, I. M., Nachreiner, D. J. and Fowler, E. H. (1989). The acute vapor inhalation toxicity of acrolein and its influence as a trace contaminant in 2-methoxy-3,4-dihydro-2H-pyran. *Human Toxicology*, **8**, 229-235.

Tyl, R. W., Ballantyne, B, Pritts, I. M., Garman, R. H., France, K. A., Fisher, L. C. and McNeil, D. J. ( 1990). An evaluation of the teratogenic potential of 2,4-pentanedione in the Fischer 344 rat by vapor exposure. *Toxicology and Industrial Health,* **6**, 461-474.

Thomas, J. A. and Ballantyne, B. (1990). Occupational reproductive risks: sources, surveillance, and testing. *Journal of Occupational Medicine,* **32**, 547-554.

Ballantyne, B. (1991). Ophthalmic effects of oximes. *Veterinary and Human Toxicology,* **33**, 151-154.

Frantz, S.W., Grosse, C. M., Tallant, M. J. and Ballantyne, B. (1991). Pharmacokinetics of 2-ethyl-1,3-hexanediol. 1. Systemic disposition following single intravenous doses in male Fischer 344 rats. *Drug Metabolism and Disposition,* **19**, 881-888.

Frantz, S. W., Tallant, M. J. and Ballantyne, B. (1991). In vitro skin penetration of Polymer JR400: species comparisons. *Journal of Toxicology, Cutaneous and Ocular Toxicology,* **10**, 175-186.

Ballantyne, B. and Sullivan, J. B. (1991). Basic principles of toxicology. In, *Hazardous Materials Toxicology;* Edited by J. M. Sullivan, Jr. and G. R. Krieger; Williams and Wilkins, Baltimore, pp. 9-23.

Ballantyne, B. (1991). Exposure-dose-response relationships. In, *Hazardous Materials Toxicology;* Edited by J. M. Sullivan, Jr. and G. R. Krieger; Williams and Wilkins, Baltimore, pp. 24-30.

Ballantyne, B. and Marrs, T. C. (1992). Overview of the biological and clinical aspects of organophosphates and carbamates. In, *Clinical and Experimental Toxicology of Organophosphates and Carbamates;* Edited by B. Ballantyne and T. C. Marrs; Butterworth-Heinemann, Oxford, pp. 3-14.

Ballantyne, B. (1992). Forensic aspects of acute anticholinesterase poisoning. In, *Clinical and Experimental Toxicology of Organophosphates and Carbamates;* Edited by B. Ballantyne and T. C. Marrs; Butterworth-Heinemann, Oxford, pp. 618-622.

Frantz, S. W., Beskitt, J. L., Grosse, C. M., Tallant, M. J. and Ballantyne, B. (1992). Pharmacokinetics of 2-ethyl-1,3-hexanediol. 2. Non-systemic disposition following single percutaneous or peroral doses in Fischer 344 rats. *Drug Metabolism and Disposition,* **20**, 6-18.

Thomas, J. A. and Ballantyne, B. (1992). Toxicological assessment of zeolites. *Journal of the American College of Toxicology,* **11**, 259-273.

McKelvey, J. A., Garman, R. H., Anuszkiewicz, C.M., Tallant, M. J. and Ballantyne, B. (1992). Percutaneous pharmacokinetic and material balance studies with glutaraldehyde. *Journal of Toxicology, Ocular and Cutaneous Toxicology,* **11**, 341-367.

Ballantyne, B., Myers, R. C. and Blaszcak, D. L. (1992). Acute toxicity, primary irritancy and skin sensitizing potential of glutaric anhydride. *Veterinary and Human Toxicology,* **34**, 493-497.

Ballantyne, B., Marrs, T. C. and Turner, P. (1993). Fundamentals of Toxicology. In, *General and Applied Toxicology,* Vol. I; Edited by B. Ballantyne, T. C. Marrs and P. Turner; Macmillan,

London, pp. 3-38.

Ballantyne, B. (1993). Hazards in the toxicology laboratory. In, *General and Applied Toxicology*, Vol. 1; Edited by B. Ballantyne, T. C. Marrs and P. Turner; Macmillan, London, pp. 359-366.

Ballantyne, B. (1993). Peripheral sensory irritation. In, *General and Applied Toxicology*, Vol. 1; edited by B. Ballantyne, T. C. Marrs and P. Turner; Macmillan, London, pp. 489-506.

Ballantyne, B. (1993). Ophthalmic toxicology. In, *General and Applied Toxicology*, Vol. 1; edited by B. Ballantyne, T. C. Marrs and P. Turner; Macmillan, London, pp. 567-594:

Norris, J. C. and Ballantyne, B. (1993). Combustion toxicology. In, *General and Applied Toxicology*, Vol. 2; edited by B. Ballantyne, T. C. Marrs and P. Turner; Macmillan, London, pp. 1309-1328.

Frantz, S. W., Beskitt, J. L., Tallant, M. J., Futrell, J. W. and Ballantyne, B. (1993). Glutaraldehyde: species comparison of *in vitro* skin penetration. *Journal of Toxicology, Cutaneous and Ocular Toxicology*, **12**, 349-361.

Kulig, W.K. and Ballantyne, B. (1993). Cyanide Toxicity. *American Family Physician*, **48**, 107-114.

Ballantyne, B. (1994). Pulmonary alveolar phospholipoproteinosis induced by orasol navy blue. *Human and Experimental Toxicology*, 13, 694-699.

Neeper-Bradley, T. L., Fischer, L. C., Butler, B. L. and Ballantyne, B.(1994) Evaluation of the developmental toxicity potential of 2-ethyl-1,3-hexanediol in the rat by cutaneous application. *Journal of Toxicology, Cutaneous and Ocular Toxicology*, **13**, 203-214.

Ballantyne, B. (1994). Acute percutaneous systemic toxicity of cyanides. *Journal of Toxicology, Cutaneous and Ocular Toxicology*, **13**, 249-262.

Ballantyne, B. (1994). Acute inhalation toxicity of hydrogen cyanide vapor to the rat and rabbit. *Toxic Substances Journal*, **13**, 263-282.

Tyl, R.W., Ballantyne, B., Fisher, L.C., Fait, D.L., Savine, T.A., Pritts, I.M. and Dodd, D.E. (1994). Evaluation of exposure to water aerosol or air by nose-only or whole-body inhalation procedures for CD-1 mice in developmental toxicity studies. *Fundamental and Applied Toxicology*, **23**, 251-260.

Van Miller, J.P., Losco, P.E., Neptun, D.A. and Ballantyne, B. (1995). Repeated exposure toxicity of 2-ethyl-1,3-hexanediol by cutaneous applications to the rat for 9 and 90 days. *Veterinary and Human Toxicology*, **37**, 33-36.

Garman, R.H., Dodd, D.E. and Ballantyne, B. (1995). Central neurotoxicity induced by subchronic exposure to 2,4-pentanedione vapor. *Human and Experimental Toxicology*, **14**, 662-671.

Tyl, R.W., Ballantyne, B., Fisher L.C., Fait, D.L., Savine, T.A., Dodd, D.E., Klonne, D.R. and Pritts, I.M. (1995). Evaluation of the developmental toxicity of ethylene glycol aerosol in the CD rat and CD-1 mouse by whole-body exposure. *Fundamental and Applied Toxicology*, **24**.

57-75.

Tyl, R.W., Ballantyne, B., Fisher L.C., Fait, D.L., Savine, T.A., Dodd, D.E., Klonne, D.R. Pritts, I.M. and Losco, P.E. (1995). Evaluation of the developmental toxicity of ethylene glycol aerosol in CD-1 mice by nose-only exposure. *Fundamental and Applied Toxicology*, **27**, 49-62.

Neeper-Bradley, T.L., Ballantyne, B., Losco, P.E., Pritts, I.M. and Neptun, D.A. (1995). Investigation of the developmental toxicity potential of 5-ethylidene-2-norbornene vapor in the CD rat. *International Journal of Occupational Medicine and Toxicology*, **4**, 371-381.

Frantz, S.W., Ballantyne, B., Beskitt, J.L., Tallant, M.J. and Greco, R.J. (1995) Pharmaco-kinetics of 2-ethyl-1,3-hexanediol. III. *In vitro* skin penetration comparisons using the excised skin of humans, rats, and rabbits. *Fundamental and Applied Toxicology*, **28**, 1-8.

Hermansky, S.J., Neptun, D.A., Weaver, E.V. and Ballantyne, B. (1995). Clinical pathologic changes related to cutaneous irritation in the Fischer 344 rat and New Zealand white rabbit. *Journal of Toxicology, Cutaneous and Ocular Toxicology*, **14**, 219-236.

Werley, M.S., Burleigh-Flayer, H.D. and Ballantyne, B. (1996). Respiratory peripheral sensory irritation and hypersensitivity studies with glutaraldehyde vapor. *Toxicology and Industrial Health*, **11**, 489-501.

Werley, M.S., Ballantyne, B., Neptun D.A. and Losco, P.E. (1996). Four-week repeated skin contact study with glutaraldehyde. *Journal of Toxicology, Cutaneous and Ocular Toxicology*, **15**, 179-193.

Neeper-Bradley, T.L. and Ballantyne, B. (1996). Absence of dominant lethal effects in male CD rats exposed to 5-ethylidene-2-norbornene vapor. *Toxic Substance Mechanisms*, **15**, 389-404.

Losco, P.E., Hermansky, S.J., Weaver, E.V. and Ballantyne, B. (1996). Granulomatous dermatitis in New Zealand white rabbits following nine-day repeated cutaneous exposure to methyldimethoxy-silane (MDMS). *Journal of Toxicology, Cutaneous and Ocular Toxicology*, **15**, 261-276.

Losco, P.E. Chun, J.E., Norris, J.L., Dodd, D.E. and Ballantyne, B. (1996). Diffuse vacuolar epithelial degeneration in rats receiving subchronic vapor exposures to bis(2-dimethylamino-ethyl)ether (DMAEE). *Inhalation Toxicology*, **8**, 783-801.

Frantz, S.W., Beskitt, J.L., Grosse, C.M., Tallant, M.J., Dietz, E.K. and Ballantyne, B. (1996). Pharmacokinetics of ethylene glycol. I. Plasma disposition following single intravenous, peroral or percutaneous doses in female Sprague-Dawley rat and the CD-1 mouse. *Drug Metabolism and Disposition*, **24**, 911-921.

Frantz, S.W., Beskitt, J.L., Grosse, C.M., Tallant, M.J., Dietz, E.K. and Ballantyne, B. (1996). Pharmacokinetics of ethylene glycol. II. Tissue distribution, dose-dependent elimination, and identification of urinary metabolites following single intravenous, peroral or percutaneous doses in female Sprague-Dawley rat and the CD-1 mice. *Xenobiotica*, **11**, 1195-1220.

Frantz, S.W., Beskitt, J.L., Tallant, M.J., Zourelias, L.A. and Ballantyne, B. (1996). Pharmacokinetics of ethylene glycol. III. Plasma disposition, metabolite identification, and dose-dependent elimination after single intravenous, peroral or percutaneous doses in female Sprague-Dawley rats. *Xenobiotica*, **26**, 515-539.

Leung, H-W., Ballantyne, B. and Frantz, S.W. (1996). Pharmacokinetics of N-methyl-diethanolamine following acute cutaneous and intravenous dosing in the rat. *Journal of Toxicology - Cutaneous and Ocular Toxicology,* **15**, 343-353.

Ballantyne, B. and Leung, H-W. (1996). Acute toxicity and primary irritancy of alkylalkanolamines. *Veterinary and Human Toxicology,* **38**, 422-426.

Leung, H-W., Tyl, R.W., Ballantyne, B. and Klonne, D.R. (1996). Developmental toxicity study in Fischer 344 rats by whole body exposure to N,N-dimethylethanolamine vapor. *Journal of Applied Toxicology,* **16**, 533-538.

Myers, R.C. and Ballantyne, B. (1997). Comparative acute toxicity and primary irritancy of various classes of amines. *Toxic Substance Mechanisms,* **16**, 151-193.

Leung, H-W. and Ballantyne, B. (1997). Evaluation of the genotoxic potential of alkylalkanolamines. *Mutation Research,* **393**, 7-15.

Ballantyne, B. Myers, R.C. and Klonne, D.R. (1997) Comparative acute toxicity and primary irritancy of the ethylidene and vinyl isomers of norbornene. *Journal of Applied Toxicology,* **17**, 211-221.

Ballantyne, B., Norris, J.C., Dodd, D.L., Klonne, D.R., Losco, P.E., Neptun, D.A., Price, S.C., and Grasso, P. (1997) Short-term and subchronic repeated exposure studies with 5-ethylidene-2-norbornene vapor in the rat. *Journal of Applied Toxicology,* **17**, 197-210.

Werley, M.S., Ballantyne, B., Leung H-W., Hermansky, J. and Fowler, E.H. (1997). Acute and subchronic repeated cutaneous application studies with N-methyldiethanolamine in the Fischer 344 rat. *Journal of Toxicology, Cutaneous and Ocular Toxicology,* **16**, 157-171.

Ballantyne, B. (1997). The acute toxicity and irritancy of bis[2-(dimethylamino)ethyl]ether. *Veterinary and Human Toxicology,* **39**, 290-295.

Jensen, C.B., Burleigh-Flayer, H.D. and Ballantyne, B. (1997). Acute inhalation pharmacokinetics of bis[2-(dimethylamino)ethyl]ether vapor by head-only exposure of the Fischer 344 rat. *Toxic Subtsance Mechanisms,* **16**, 371-383.

Chun, J.S. and Ballantyne, B. (1997). Corneal thickness changes measured *in vivo* following exposure of New Zealand white rabbits to bis[2-(dimethylamino)ethyl]ether vapor. *Journal of Toxicology, Cutaneous and Ocular Toxicology,* **16**, 239-252.

Ballantyne, B., Myers, R.C. and Blaszcak, D.L. (1997) Influence of alkalinization of glutaraldehyde biocidal solutions on acute toxicity, primary irritancy, and skin sensitization. *Veterinary and Human Toxicology,* **39**, 340-346.

Ballantyne, B. (1998). *In vitro* and *in vivo* genetic toxicology studies with bis[2-(dimethyl-amino)ethyl]ether. *Toxic Substance Mechanisms,* **17**, 57-79.

Jensen, C.B., Frantz, S.W. and Ballantyne, B. (1998) Comparative acute intravenous and percutaneous pharmacokinetic studies with bis[2-(dimethylamino)ethyl]ether in the Fischer 344 rat and New Zealand white rabbit. *Journal of Toxicology, Cutaneous and Ocular Toxicology,* **17**, 39-69.

Waritz, R.S., Ballantyne, B. and Clary, J.J. (1998)  Subchronic inhalation toxicity of $3\mu m$ diameter carbon fibers in rats. *Journal of Applied Toxicology*, **18**, 215-223.

Ballantyne, B. (1998)  *In vitro* genetic toxicology studies with 5-ethylidene-2-norbornene. *Toxic Substance Mechanisms*, **17**, 133-151.

Vergnes, J.S. and Ballantyne, B. (1998)  Investigations on the *in vitro* and *in vivo* genotoxic potential of 5-vinyl-2-norbornene. *Journal of Applied Toxicology*, **18**, 129-142.

Myers, R.C., Ballantyne, B., Christopher, S.M. and Chun, J.S. (1998)  Comparative evaluation of several methods and conditions for the *in vivo* measurement of corneal thickness in rabbits and rats. *Toxicology Methods*, **8**, 219-231.

Leung, H-W. and Ballantyne, B. (1998)  The skin sensitization potential of polyethylene glycols evaluated in the guinea pig maximization test and the human repeated insult patch test. *Journal of Toxicology, Cutaneous and Ocular Toxicology*, **17**, 81-88.

Frantz, S.W., Ballantyne, B. and Leung, H-W. (1998)  Acute intravenous and inhalation pharmacokinetics of 2,4-pentanedione in the Fischer 344 rat. *Toxicology and Industrial Health*, **14**, 413-428.

Ballantyne, B. (1998)  Acute inhalation toxicity of red phosphorus smoke. *Toxic Substance Mechanisms*, **17**, 251-266.

Leung, H-W. and Ballantyne, B. (1999).  Developmental toxicity study of N-methyldiethanolamine by repeated cutaneous application to rats. *Journal of Toxicology, Cutaneous and Ocular Toxicology*, **17**, 179-190.

Ballantyne, B. and Cawley T.C. (1999).  Toxicology update; 5-ethylidene-2-norbornene. *Journal of Applied Toxicology*, **19**, 291-294.

Leung, H-W. and Ballantyne, B. (1999).  Developmental toxicity evaluation of rat dosed orally or cutaneously with octylphenyl-9. *Journal of Applied Toxicology*, **19**, 267-274.

Ballantyne, B., Marrs, T.C. and Syversen, T. (1999).  Fundamentals of toxicology. In, *General and Applied Toxicology*, 2nd Edition, Volume 1.  Edited by B. Ballantyne, T.C. Marrs and T. Syversen. Macmillan, London, pp. 1-32.

Ballantyne, B. (1999).  Repeated exposure toxicity. In, *General and Applied Toxicology*, 2nd Edition, Volume 1.  Edited by B. Ballantyne, T.C. Marrs and T. Syversen. Macmillan, London, pp. 55-66.

Ballantyne, B. (1999).  Occupational hazards in the toxicology laboratory. In, *General and Applied Toxicology*, 2nd Edition, Volume 1.  Edited by B. Ballantyne, T.C. Marrs and T. Syversen. Macmillan, London, pp. 509-519.

Ballantyne, B. (1999).  Peripheral sensory irritation: basics and applications. In, *General and Applied Toxicology*, 2nd Edition, Volume 2.  Edited by B. Ballantyne, T.C. Marrs and T. Syversen. Macmillan, London, pp. 611-630.

Ballantyne B. (1999).  Toxicology related to the eye. In, *General and Applied Toxicology*, 2nd

Edition, Volume 2. Edited by B. Ballantyne, T.C. Marrs and T. Syversen. Macmillan, London, pp. 737-774.

Norris, J.C. and Ballantyne, B. (1999). Toxicology and implications of the products of combustion. In, *General and Applied Toxicology*, 2nd Edition, Volume 3. Edited by B. Ballantyne, T.C. Marrs and T. Syversen. Macmillan, London, pp. 1915-1934.

Neeper-Bradley, T.L. and Ballantyne, B. (2000). Two generation reproduction study by dosing with glutaraldehyde in the drinking water of CD rats. *Journal of Toxicology and Environmental Health*, Part A, **60**, 107-129.

Ballantyne, B., Cawley, T.C. and Blaszcak, D.L. (2000). Cutaneous toxicology of 3-(methylthio)propionaldehyde. *Journal of Toxicology, Cutaneous and Ocular Toxicology*, **19**, 117-130.

Ballantyne, B. and Myers, R.C. (2000). Acute toxicity, primary irritancy and genetic toxicity studies with 3-(methylthio)propionaldehyde. *Human and Veterinary Toxicology*, **42**, 77-84.

Leung, H-W., Ballantyne, B., Hermansky, S.J. and Frantz, S.W. (2000). Peroral subchronic, chronic toxicity and pharmacokinetic studies of a 100-kilodalton polymer of ethylene oxide (POLYOX® N-10) in the Fischer 344 rat. *International Journal of Toxicology*, **19**, 305-312.

Ballantyne, B. and Cawley, T.J. (2000). Acute and repeated vapor exposure toxicity of 3-(methylthio)propionaldehyde. *Veterinary and Human Toxicology*, **42**, 330-336.

Vergnes, J.S. and Ballantyne, B. (2000). 2,4-Pentanedione: evaluation of the genotoxic potential *in vitro* and *in vivo*. *Toxic Substance Mechanisms*, **19**, 151-175.

Ballantyne, B., Norris, J.C. and Losco, P.E. (2000). Subchronic vapor exposure toxicity of 5-vinyl-2-norbornene. *Toxic Substance Mechanisms*, **19**, 191-205.

Ballantyne, B. and Cawley, T.J. (2001). Toxicology Update: 2,4-Pentanedione. *Journal of Applied Toxicology*, **21**, 165-171.

Ballantyne, B. and Jordan, S.L.P. (2001). Toxicological, medical and industrial hygiene aspects of glutaraldehyde with particular reference to its biocidal use in cold sterilization procedures. *Journal of Applied Toxicology*, **21**, 131-151.

Ballantyne, B. (2001). Systemic toxicity by repeated cutaneous contact with 2,4-pentanedione. *Veterinary and Human Toxicology*, **43**, 14-18.

Ballantyne, B. and Vergnes, J.S. (2001). *In vitro* and *in vivo* genetic toxicology studies with diethylene glycol monohexyl ether. *Journal of Applied Toxicology*, **21**, 449-460.

Ballantyne, B. and Myers, R.C. (2001). The acute toxicity and primary irritancy of glutaraldehyde solutions. *Veterinary and Human Toxicology*, **43**, 193-202.

Van Miller, J.P. and Ballantyne, B. (2001). Subchronic peroral toxicity of triethylene glycol in the Fischer 344 rat. *Veterinary and Human Toxicology*, **43**, 269-276

Vergnes, J.S. and Ballantyne, B. (2002) Genetic toxicology studies with glutaraldehyde. *Journal of Applied Toxicology*, **22**, 45-60.

Van Miller, J.P., Hermansky, S.J., Losco, P.E. and Ballantyne, B. (2002). Chronic toxicity and oncogenicity study with glutaraldehyde dosed in the drinking water of Fischer 344 rats. *Toxicology*, **175**, 177-189.

Leung, H-W., Frantz, S.W. and Ballantyne, B. (2002). Toxicity and pharmacokinetics of 2-(2-dimethylaminoethoxy)ethanol following cutaneous dosing. *Food and Chemical Toxicoogy*, **40**, 1033-1040.

Ballantyne, B., Jensen, C.B. and Weaver, E.V (2003). Intravenous and percutaneous toxicokinetic and cutaneous contact studies with ethylene glycol monohexyl ether. *Journal of Applied Toxicology*, **23**, 301-314.

Ballantyne, B. and Marrs, T.C. (2004). Pesticides: An overview of fundamentals. In, *Pesticide Toxicology and International Regulation*. Edited by T.C. Marrs and B. Ballantyne. John Wiley & Sons, Ltd., Chichester, U.K., pp. 1-23.

Ballantyne, B. (2004). Toxicology of fungicides. In, *Pesticide Toxicology and International Regulation.*.Edited by T.C. Marrs and B. Ballantyne. John Wiley & Sons, Chichester, U.K., pp. 193-303.

Ballantyne, B. and Jordan, S.L. (2004). Biocides. In *Pesticide Toxicology and International Regulation*. Edited by T.C. Marrs and B. Ballantyne. John Wiley & Sons, Ltd., Chichester, U.K., pp. 365-409.

Ballantyne, B. and Salem, H. (2004). Forensic aspects of riot control agents. In, *Riot Control Agents: Issues in Toxicology, Safety and Health*. Edited by E.J. Olajos and W. Stopford. CRC press, Boca Raton, Florida, pp. 231-258.

Ballantyne, B. (2004). Peripheral chemosensory irritation with particular reference to respiratory tract exposure. In, *Inhalation Toxicology, Second Edition*. Edited by H. Salem. Marcel Dekker, Inc., New York, in press.

Ballantyne, B. and Salem, H. (2004). Experimental, clinical, occupational toxicology and forensic aspects of hydrogen cyanide with particular reference to vapor exposure. In, *Inhalation Toxicology, Second Edition*. Edited by H. Salem. Marcel Dekker, Inc., New York, in press.

Salem, H., Katz, S.A. and Ballantyne, B. (2004). Inhalation toxicology of riot control agents. In, *Inhalation Toxicology*, Second Edition, Edited by H.Salem. Marcel Dekker, Inc., New York, in press.

Salem, H., Ballantyne, B. and Katz, S.A. (2004). Riot Control Agents. In, *Encyclopedia of Toxicology*. Edited by P. Wexler. Elsevier, Amsterdam, in press.

Ballantyne, B. (2004). Developmental toxicity study with 3-(methylthio)propionaldehyde vapor in Sprague-Dawley rats by whole body exposure. *Journal of Applied Toxicology*, in press.

Ballantyne, B. (2004). The occupational toxicologist, professionalism, morality and ethical issues in the context of non-litigation aspects of the law. *Journal of Applied Toxicology*, in press.

Ballantyne, B. and Cawley, T.J. Developmental toxicity study with 5-vinyl-2-norbornene vapor in CD rats by whole body exposure. In preparation.

**PRESENTATIONS TO LEARNED SOCIETIES AND ORGANIZATIONS:**
Ballantyne, B. (1963). Cholinesterases in mammalian lymph nodes. University of Leeds
Medical Sciences Society, October 1963.

Ballantyne, B. (1964). Cholinesterases in mammalian lymph nodes and spleen. Anatomical
Society, April 1964. Abstract reprinted: *Journal of Anatomy,* **98**, 689-691(1964

Ballantyne, B. (1965). Histochemical and neural aspects of breast function. Joint Meeting of the
Medical Science Societies of the Universities of Leeds, Liverpool, Manchester and Sheffield,
May 1965.

Ballantyne, B. (1965). The role of cholinesterases in detoxification. British Pharmacological
Society, June 1965.

Ballantyne, B. (1965). Reticulo-endothelial esterases and detoxification. Royal Microscopical
Society, July 1965. Abstract reprinted: *Journal of the Royal Microscopical Society,* **84**, 404
(1965).

Bunch, G.A. `and Ballantyne, B. (1965). The intrinsic innervation of quiescent mammary tissue.
Anatomical Society November 1965. Abstract reprinted: *Journal of Anatomy,* **100**, 441-442
(1966).

Ballantyne, B. and Bunch, G.A. (1965). Enzyme histochemistry of quiescent mammary tissue.
Anatomical Society, November 1965. Abstract reprinted: *Journal of Anatomy,* **100**, 446-447
(1966).

Ballantyne, B. (1966). Distribution of cholinesterase in mammalian liver. Anatomical Society,
February 1966. Abstract reprinted: *Journal of Anatomy,* **100**, 705-706 (1966).

Fourman, J. and Ballantyne, B. (1966). Histochemical and quantitative study of cholinesterases
in the intra-orbital gland of the domestic duck. Anatomical Society, February 1966. Abstract
reprinted: *Journal of Anatomy,* **100**, 702-704 (1966).

Ballantyne, B. (1966). Histochemical distribution and functional significance of cholinesterases
in adipose tissue. Anatomical Society, April 1966. Abstract reprinted: *Journal of Anatomy*, **100**,
931-932 (1966).

Ballantyne, B. and Smith, P.H. (1966). Enzyme histochemistry of the mammalian urinary
bladder. Anatomical Society, July 1966. Abstract reprinted: *Journal of Anatomy,* **101**, 194
(1967).

Ballantyne, B. and Fourman, J. (1966). The histology and histochemistry of the Harderian gland
of the domestic duck. Anatomical Society, July 1966. Abstract reprinted: *Journal of Anatomy,*
**101**, 194 (1967).

Ballantyne, B. (1966). Fact and artifact in the nervous system. Colloquim, Department of
Physiology, University of Leeds, October 1966.

Ballantyne, B. and Fourman, J. (1966). Cholinesterases and the secretory activity of the duck

supra-orbital gland. Physiological Society, November 1966. Abstract reprinted: *Journal of Physiology*, **188**, 32-33P (1967).

Ballantyne, B. and Vice, P.A. (1966). Neurohistological evidence against the existence of an hepatic parenchymal plexus. Anatomical Society, November 1966. Abstract reprinted: *Journal of Anatomy*, **101**, 637 (1967).

Ballantyne, B. (1966). Histochemical methods in diagnostic and experimental urology. Urological Seminar, General Infirmary at Leeds, November 1966.

Ballantyne, B. and Raftery, A.T. (1967). The autonomic innervation of epididymal adipose tissue in the rat. Anatomical Society, February 1967. Abstract reprinted: *Journal of Anatomy*, **101**, 838 (1967).

Ballantyne, B. (1967). Localization and interpretation in cholinesterase biochemistry. Physiological Society, April 1967. Abstract reprinted: *Journal of Physiology*, **191**, 54-55P (1967).

Ballantyne, B. and Wood, W.G. (1967). A histochemical and biochemical investigation of β-glucuronidase activity in the quiescent and secreting supra-orbital gland of Anas domesticus. Physiological Society, April 1967. Abstract reprinted: *Journal of Physiology*, **191**, 89-90P (1967).

Ballantyne, B. (1967). Transport of ions across cell membranes; an hypothesis of impulse conduction in nerve fibres. Neurological Sciences Group, University of Leeds, December 1967.

Smith, P.F. and Ballantyne, B. (1968). Denervation of the bladder after pelvic surgery. British Association of Urological Surgeons, Annual Meeting, June 1968.

Ballantyne, B. (1967). Histochemical correlates of β-glucuronidase and sodium ion transport. Physiological Society, July 1967. Abstract reprinted: *Journal of Physiology*, **192**, 13-14P (1967).

Ballantyne, B. and Smith, P.H. (1967). Surgical anatomy of the extrinsic innervation of the human female urinary bladder. Anatomical Society, November 1967. Abstract reprinted: *Journal of Anatomy*, **103**, 199 (1968).

Meffan, P., Ballantyne, B., Wood, W.G., Anderson, C.K. and Parsons, F.M. (1968). Effects of manipulation and ischaemia on the kidney. Surgical Research Society, January 1968. Abstract reprinted: *British Journal of Surgery*, **55**, 389-390 (1968).

Ballantyne, B. and Guillou, P.J. (1968). The effect of 17 β-oestradiol on reticuloendothelial β-glucuronidase. Anatomical society, February 1968. Abstract reprinted: *Journal of Anatomy*, **103**, 403 (1968).

Ballantyne, B. and Wood, W.G. (1968). ATPase and $Na^+$ - $K^+$ transport; histochemical and biochemical observations on the avian nasal gland. Physiological Society, February 1968. Abstract reprinted: *Journal of Physiology*, **196**, 125-126P (1968).

Ballantyne, B. (1968). The autonomic nervous system and adipose tissue metabolism. University of Leeds Medical Sciences Group, April 1968.

Ballantyne, B. (1968). The avian nasal gland as a biological model for investigating factors regulating the transport of monovalent cations. Medical Research Society, May 1968.

Ballantyne, B. (1968). Perfusion of ferric potassium ferrocyanide as an aid to the localization of histochemical reactions. Anatomical Society, July 1968. Abstract reprinted: *Journal of Anatomy*, **104**, 205-206 (1969).

Ballantyne, B. (1968). Artifacts in mono-amine oxidase histochemistry. Joint Symposium on Cholinergic and Monaminergic Neurones, Anatomical and Physiological Societies, December 1968. Abstract reprinted: *Journal of Anatomy*, **104**, 592 (1969).

Ballantyne, B. (1968). Enzymes and the transport of monovalent cations. Society for Experimental Biology, January 1969.

Ballantyne, B., Callaway, S. and Wood, W.G. (1969). β-D-glucuronidases and the functional activity of the mammalian nephron. Physiological Society, April 1969. Abstract reprinted: *Journal of Physiology*, **203**, 11-12P (1969).

Ballantyne, B. and Wood, W.G. (1969). Functional compensatory hypertrophy of the avian nasal gland. Anatomical Society, September 1969. Abstract reprinted: *Journal of Anatomy*, **106**, 173-174 (1970).

Ballantyne, B. and Bright, J.E. (1970). A comparative histochemical investigation into the localization of β-D-glucuronidases in the rat kidney. Anatomical Society, September 1969. Abstract reprinted: *Journal of Anatomy*, **106**, 184 (1970).

Ballantyne, B. and Raftery, A.T. (1969). The neurochemistry of adipose tissue. Physiological Society, September 1969. Abstract reprinted: *Journal of Physiology*, **205**, 31-33P (1969).

Ballantyne, B., Bright, J.E. and Coult, D.B. (1970). Naphthol AS-BI-β-D-glucuronide as a substrate for glucuronidase histochemistry of the kidney. Royal Microscopical Society, January 1970. Abstract reprinted: *Proceedings of the Royal Microscopical Society*, **5**, 65-67 (1970).

Ballantyne, B., Bright, J.E. and Coult, D.B. (1970). On the nature of diffusion artifacts with postincubation coupling techniques employing naphthol AS-BI glucuronide. Anatomical Society, April 1970. Abstract reprinted: *Journal of Anatomy*, **107**, 377-379 (1970).

Ballantyne, B. and Bright, J. E. (1970). Fact and artifact in histochemistry. Institute of Medical Laboratory Technology Course on "Current Concepts in Histopathology and Haematology", May 1970.

Ballantyne, B. (1970). Functional correlates of 17 β-oestradiol, β-glucuronidase and phagocytosis. Physiological Society, July 1970. Abstract reprinted: *Journal of Physiology*, **210**, 72-74P (1970).

Ballantyne, B. (1970). "Medical and forensic aspects of cyanide poisoning". Institute of Medical Laboratory Sciences, November 1970.

Ballantyne, B., Bright, J.E. and Guillou, P.J. (1971). The possible functional significance of β-glucuronidase in lymphoid tissue. Royal Microscopical Society, January 1971. Abstract reprinted: *Proceedings of the Royal Microscopical Society*, **6**, 21 (1970).

Ballantyne, B., Bright, J.E., Swanston, D.W. and Williams, P.E. (1971). Toxicity of cyanides given by intramuscular injection. British Pharmacological Society, January 1971. Abstract reprinted: *British Journal of Pharmacology*, **41**, 423 (1971).

Ballantyne, B. (1971). A role for β-glucuronidase in renal tubular function. Society for Experimental Biology, March 1971.

Ballantyne, B. (1971). The toxicology of free cyanides. Salisbury Postgraduate Medical Society, May 1971.

Ballantyne, B. (1971). The role of certain enzymes in monovalent cation transport. Twenty-fifth International Congress of Physiological Sciences, July 1971. Abstract reprinted: *Proceedings of the International Union of Physiological Science*, **9**, 37 (1971).

Ballantyne, B. (1971). Cyanide toxicity. U.K. Animal Pathology Discussion Group, September 1971.

Ballantyne, B. (1971). Acute cyanide poisoning and its diagnosis. Institute of Medical Laboratory Sciences, November 1971.

Ballantyne, B., Boardman, S.P., Bright, J.E., Coffee, D.J., Weber, T.D. and Williams, P. (1972). Tissue cyanide concentrations and cytochrome oxidase activities in experimental cyanide poisoning. British Pharmacological Society, January 1972. Abstract reprinted: *British Journal of Pharmacology*, **44**, 382-383 (1972).

Ballantyne, B. and Bright, J.E. (1972). Experimental acute cyanide poisoning. Third International Symposium on Microscopy. Abstract reprinted: *Proceedings of the Royal Microscopical Society*, **7**, 101-102 (1972).

Ballantyne, B., Gazzard, M.F. and Swanston, D.W. (1972). Effects of solvents and irritants on intraocular pressure. Physiological Society, July 1972. Abstract reprinted: *Journal of Physiology*, **226**, 12-14P (1972).

Ballantyne, B. (1972). Renal tubular β-glucuronidase activity in the rat. Fourth International Congress of Histochemistry and Cytochemistry, August 1972. Abstract reprinted: *Histochemistry and Cytochemistry*, 1972; edited by T. Takeuchi, K. Ogawa and S. Fujita; Nakarishi Publishing Co., Kyoto, pp. 285-286.

Ballantyne, B. and Swanston, D.W. (1972). Ocular irritation tests. British Pharmacological Society, September 1972. Abstract reprinted: *British Journal of Pharmacology*, **46**, 577-578P (1972).

Ballantyne, B. (1972). Experimental studies on the diagnosis of acute cyanide poisoning. Sixth International Meeting of Forensic Sciences, September 1972. Abstract reprinted: Proceedings of Sixth International Meeting of Forensic Sciences.

Ballantyne, B. (1972). The rabbit as an experimental animal for ocular irritancy tests. U.K. Animal Pathology Discussion Group, November 1972.

Ballantyne, B. and Swanston, D.W. (1973). Screening tests for assessing the relative potency of sensory irritant materials. British Pharmacological Society, March 1973. Abstract reprinted: *British Journal of Pharmacology*, **48**, 367 (1973).

Ballantyne, B., Gazzard, M.F. and Swanston, D.W. (1973). Eye damage caused by crystal violet. British Pharmacological Society, July 1973. Abstract reprinted: *British Journal of Pharmacology,* **49**, 181-182 (1973).

Ballantyne, B., Gazzard, M.F., Robson, D.C. and Swanston, D.W. (1974). Lethal plasma concentrations of pralidoxime methane sulphonate (P2S) given parenterally. British Pharmacological Society, March 1974. Abstract reprinted: *British Journal of Pharmacology,* **51**, 119-120 (1974).

Ballantyne, B. (1974). Effects of riot control agents on wound healing. British Association of Plastic Surgeons, March 1974.

Ballantyne, B. (1974). Postmortem cyanide estimations. Seventh International Meeting of Forensic Sciences, September 1975. Abstract reprinted: *Forensic Science,* **5**, 105 (1975).

Ballantyne, B. (1977). Acute toxic hazards of fires. Yorkshire Institute of Forensic Science (Joint Meeting with the Association of Clinical Pathologists), December 1977.

Ballantyne, B. and Bright, J.E. (1978). Cytochrome oxidase activity in acute cyanide poisoning. Anatomical Society, January 1978. Abstract reprinted: *Journal of Anatomy,* **126**, 444 (1978).

Ballantyne, B. and Bright, J.E. (1978). Measurement of cytochrome oxidase activity by kinetic microdensitometry using substrate gel films. British Pharmacological Society, March 1978. Abstract reprinted: *British Journal of Pharmacology,* **63**, 400-401P (1978).

Ballantyne, B. (1978). Toxicological approaches to defining the requirements for respiratory protection. Symposium on Advances in Respiratory Protection, Joint Meeting of the Royal Society of Medicine and the British Occupational Hygiene Society, November 1978.

Ballantyne, B. (1978). The nature of toxic hazards and requirements for respiratory protection during fires. Symposium on Advances in Respiratory Protection, Joint Meeting of the Royal Society of Medicine and the British Occupational Hygiene Society, November 1978.

Ballantyne, B. and Bright, J.E. (1979). Quantitative enzyme histochemistry by kinetic microdensitometry. Histochemical and Cytochemical Section, Royal Microscopical Society, January 1979. Abstract reprinted: *Proceedings of the Royal Microscopical Society,* **14**, A4-A5 (1979).

Ballantyne, B. and Bright, J.E. (1979). A kinetic histochemical method for determination of cytochrome oxidase activity. Physiological Society, November 1979. Abstract reprinted: *Journal of Physiology,* **300**, 1-2P (1980).

Ballantyne, B. and Swanston, D.W. (1979). Ophthalmic effects of intramuscularly administered pralidoxime mesylate. British Pharmacological Society, December 1979. Abstract reprinted: *British Journal of Pharmacology,* **69**, 312-313P (1980).

Ballantyne, B. and Bright, J.E. (1980). Quantitative histochemical assessment of cyanide inhibited cytochrome oxidase activity by kinetic microdensitometry. Society of Toxicology, March 1980.

Ballantyne, B. (1980). Ophthalmic hazard from methylrosaniline chloride. Society of

Toxicology, March 1980.

Ballantyne, B. (1980).  A review of the toxicology of cyanide.  West Virginia University School of Medicine, Seminar in the Department of Pharmacology and Toxicology, December 1980.

Ballantyne, B. (1981).  Lethal cyanogenesis by sodium nitroprusside.  Society of Toxicology, March 1981.  Abstract reprinted:  *The Toxicologist,* **1**, 92-93 (1981).

Ballantyne, B. (1981).  Acute inhalation toxicity of phosphorus pentoxide smoke.  Society of Toxicology, March 1981.  Abstract reprinted:  *The Toxicologist,* **1**, 140 (1981).

Ballantyne, B. (1981).  Practical considerations in the conduct of eye irritation studies.  Seminar, Chemical Hygiene Fellowship, Carnegie-Mellon University, March 1981.

Ballantyne, B. (1981).  Industrial toxicology.  Seminar, Department of Pharmacology and Toxicology, West Virginia University School of Medicine, March 1981.

Ballantyne, B. (1981).  Industrial health aspects of peripheral sensory irritation of the eye.  1981 American Occupational Health Conference, April 1981.  Abstract reprinted:  *Journal of Occupational Medicine,* **23**, 302 (1981).

Ballantyne, B. (1981).  Perspectives in industrial toxicology.  Annual Meeting of the Society of Forensic Toxicologists, November 1981.

Ballantyne, B. (1981).  Occupational health implications of ethylene oxide toxicology.  Organizational Resource Counselors, Occupational Safety and Health Physicians Group Meeting, Washington, November 1981.

Ballantyne, B. (1982).  Dosage levels associated with the induction of respiratory tract inflammation by acute exposures to titanium tetrachloride smokes.  1982 Annual Meeting of the Society of Toxicology.  Abstract reprinted:  *The Toxicologist,* **2**, 45 (1982).

Dodd, D.E., Snellings, W.M. and Ballantyne, B. (1982).  Ethylene glycol monobutyl ether (EGBE) vapor 9-day and 90-day inhalation studies in Fischer-344 rats.  1982 Annual Meeting of the Society of Toxicology.  Abstract reprinted:  *The Toxicologist,* **2**, 159-160 (1982).

Ballantyne, B. (1982).  Perspectives in applied toxicology.  Symposium on "Medical and Surgical Problems in Worker Compensation", jointly organized by the American Academy of Compensation Medicine and New York University Post-Graduate Medical School, April 1982.

Ballantyne, B. (1982).  Industrial aspects of ophthalmic toxicology.  Sixty-Seventh Annual Meeting of the American Occupational Medical Association, April 1982.  Abstract reprinted: *Journal Occupational Medicine,* **24**, 332 (1982).

Ballantyne, B. (1982).  Approaches in industrial toxicology.  Seminar, Department of Pharmacology and Toxicology, Purdue University, April 1982.

Ballantyne, B. (1982).  The acute transocular toxicity of cyanides.  First World Congress on Toxicology, American College of Toxicology, May 1982.  Abstract reprinted:  *Journal of the American College of Toxicology,* **1**, 120 (1982).

Ballantyne, B. (1982).  Artifacts in defining lethal toxicity by cyanides and cyanogens.  Joint

Meeting of the American Society of Pharmacology and Experimental Therapeutics and the Society of Toxicology, August 1982.

Ballantyne, B. (1981). Criteria for assessing cyanide and cyanogen toxicity. Seminar, Department of Pharmacology and Toxicology, School of Pharmacy, University of Pittsburgh, September 1982.

Ballantyne, B. (1982). Ophthalmic toxicology of the bipyridilium herbicides paraquat and diquat. Third Annual Meeting of the American College of Toxicology, December 1982. Abstract reprinted: *Journal of the American College of Toxicology*, **2**, 241 (1983).

Ballantyne, B. (1983). Problems in assessing cyanide toxicity. U.S. Army Medical Research Institute of Chemical Defense, Maryland, February 1983.

Ballantyne, B. (1983). The cyanogenic potential of 2-chlorobenzylidene malononitrile. Twenty-Second Annual Meeting of the Society of Toxicology, March 1983. Abstract reprinted: *The Toxicologist*, **3**, 64 (1983).

Ballantyne, B. (1983). Problems in the diagnosis of acute cyanide poisoning. 1983 Annual Scientific Meeting, American Academy of Clinical Toxicology, August 1983. Abstract reprinted: *Veterinary and Human Toxicology*, **25**, 26 (1983).

Ballantyne, B. (1983). On the influence of exposure route and species on the acute lethal toxicity and differential tissue distribution of cyanides. Third International Congress on Toxicology, August 1983. Abstract reprinted: *Toxicology Letters*, Supplement 1, 71 (1983).

Ballantyne, B. (1983). The ophthalmic toxicology of dipropylene glycol monomethyl ether. Third International Congress on Toxicology, August 1983. Abstract reprinted: *Toxicology Letters*, Supplement 1, 71 (1983).

Ballantyne, B. (1983). Peripheral sensory irritation as a factor in defining workplace exposure guidelines. Eleventh International Congress on Occupational Health in the Chemical Industry, September 1983.

Ballantyne, B. (1983). Problems in the postmortem diagnosis of acute cyanide poisoning. Society of Forensic Toxicology, October 1983.

Ballantyne, B. (1983). Inhalation toxicology studies with orasol navy blue. Fourth Annual Meeting of the American College of Toxicology, December 1983. Abstract reprinted: *Journal of the American College of Toxicology*, **3**, 156 (1984).

Ballantyne, B. (1984). Relative toxicity of carbon monoxide and hydrogen cyanide in combined atmospheres. Annual Meeting of the Society of Toxicology, March 1984. Abstract reprinted: *The Toxicologist*, **4**, 69 (1984).

Ballantyne, B. (1984). Ophthalmic toxicology of diethylene glycol monobutyl ether by topical application. Annual Meeting of the Society of Toxicology, March 1984. Abstract reprinted: *The Toxicologist*, **4**, 180 (1984).

Ballantyne, B. (1984). Chemical carcinogenesis. West Virginia University, Charleston Area Medical Center, "Oncology Update 1984", April 1984.

Ballantyne, B. (1984). Hazard evaluation of chemical mixtures. Sixty-ninth Annual Meeting of the American Occupational Medical Association, April 29-May 4,1984. Abstract reprinted: *Journal of Occupational Medicine,* **26**, 299-300 (1984).

Ballantyne, B. (1984). Acute cyanide poisoning: an overview. Philadelphia Analytical Toxicology Forum, May 1984.

Ballantyne, B. (1984). Comparative acute toxicity of hydrogen cyanide and its salts. U.S. Army Medical Research and Development Command, Fourth Annual Chemical Defense Bioscience Review, 30 May - 1 June, 1984.

Ballantyne, B. (1984). Influence of pralidoxime mesylate on measured cyanide concentrations. Annual Scientific Meeting of the American Academy of Clinical Toxicology, October 7-12, 1984. Abstract reprinted: *Veterinary and Human Toxicology,* **26**, 412, (1984).

Ballantyne, B. (1984). Hazard from acute dermal contact with cyanides. Annual Scientific Meeting of the American Academy of Clinical Toxicology, October 7-12, 1984. Abstract reprinted: *Veterinary and Human Toxicology,* **26**, 414, (1984).

Ballantyne, B. (1984). An overview of chemical carcinogenesis. Symposium on "Update on Cancer: Insight and Issues", American Industrial Hygiene Association, Southern Section, October 18-19, 1984.

Ballantyne, B. (1984). Studies on the acute lethal inhalation toxicology of hydrogen cyanide vapor. Fifth Annual Scientific Meeting of the American College of Toxicology, November 27-29, 1984. Abstract reprinted: *Journal of the American College of Toxicology,* **4**, 217 (1985).

Ballantyne, B. (1985). Acute cyanide poisoning. Seminar, Department of Medicine, University of Arkansas, March 12, 1985.

Ballantyne, B. (1985). Corneal pachometry in the objective evaluation of eye irritancy. Annual Meeting of the Society of Toxicology, March 1985. Abstract reprinted: *The Toxicologist,* **5**, 252 (1985).

Slesinski, R.S., Guzzie, P.I., Hengler, W.C., Myers, R.C. and Ballantyne, B. (1985). Acute and genotoxicity studies on 1,3,5-triacryloylhexahydro-s-triazine. Annual Meeting of the Society of Toxicology, March 1985. Abstract reprinted: *The Toxicologist,* **5**, 21 (1985).

Ballantyne, B. (1985). Ophthalmic toxicology of dibenzoxazepine. Annual Meeting of the Society of Toxicology, March 1985. Abstract reprinted: *The Toxicologist,* **5**, 204 (1985).

Ballantyne, B., Garman, R.H., Greenspan, B.J. and Myers, R.C. (1985). Acute toxicity and irritancy of glutaraldehyde. Annual Meeting of the Society of Toxicology, March 1985. Abstract reprinted: *The Toxicologist,* **5**, 204 (1985).

Greenspan, B.J., Ballantyne, B., Fowler, E.H. and Snellings, W.M. (1985). Subchronic inhalation toxicity of glutaraldehyde. Annual Meeting of the Society of Toxicology, March 1985. Abstract reprinted: *The Toxicologist,* **5**, 29 (1985).

Ballantyne, B. (1985). Acute toxicity, primary irritancy and dermal sensitization potential of 2-ethyl-1,3-hexanediol. Annual Meeting, American Academy of Clinical Toxicology, August 1985. Abstract reprinted: *Veterinary and Human Toxicology,* **28**, 299 (1985).

Ballantyne, B. (1985).  Toxic interactions of carbon monoxide and hydrogen cyanide.  Annual Meeting, American Academy of Clinical Toxicology, August 1985.  Abstract reprinted:  *Veterinary and Human Toxicology,* **28**, 303 (1985).

Ballantyne, B. (1985).  Noninvasive corneal thickness measurements to assess eye irritancy of chemicals.  Annual Meeting, American Academy of Clinical Toxicology, August 1985.  Abstract reprinted:  *Veterinary and Human Toxicology,* **28**, 318 (1985).

Ballantyne, B., Clary, J.J., Owen, P.E. and Glaister, J.R. (1985).  Carbon fibers:  a subchronic inhalation study.  Joint Conference on Occupational Health (American Academy of Occupational Medicine and American Academy of Industrial Hygiene), October 1985.  Abstract reprinted:  *Journal of Occupational Medicine,* **27**, 676 (1985).

Ballantyne, B. (1985).  Measurement of corneal thickness as an objective index of the eye injuring potential of chemicals.  Joint Conference on Occupational Health (American Academy of Occupational Medicine and American Academy of Industrial Hygiene), October 1985.  Abstract reprinted:  *Journal of Occupational Medicine,* **27**, 676-677 (1985).

McKelvey, J.A., Garman, R.H., Anuszkiewicz, C.M., Tallant, M.J. and Ballantyne, B. (1985).  Pharmacokinetics and material balance studies of glutaraldehyde by dermal application.  Sixth Annual Meeting, American College of Toxicology, November 1985.  Abstract reprinted:  *Journal of the American College of Toxicology,* **4**, 349 (1986).

DePass, L.R., Ballantyne, B., Coleman, J.H., Garman, R.H., Fowler, E.H., Myers, R.C. and Troup, C.M. (1985).  The toxicity of bis[2-(dimethylamino)-ethyl]ether by dermal exposure.  Sixth Annual Meeting, American College of Toxicology, November 1985.  Abstract reprinted:  *Journal of the American College of Toxicology,* **4**, 349 (1986).

Ballantyne, B. (1986).  Toxicology of the eye.  1986 Duke University-Chemical Industry Institute of Toxicology Continuing Education Program, March 12-14, 1986.

Dodd, D.E., Garman, R.H., Pritts, I.M., Troup, C.M., Snellings, W.M. and Ballantyne, B. (1986).  9-Day and 14-week 2,4-pentanedione (2,4-PD) vapor inhalation studies with Fischer 344 rats.  Annual Meeting of the Society of Toxicology, March 1986.  Abstract reprinted:  *Toxicologist,* **6**, 11 (1986).

Ballantyne, B., Dodd, D.E., Snellings, W.M. and Fowler, E.H. (1986).  Acute and subacute inhalation toxicology of butyraldehyde (BA).  Annual Meeting of the Society of Toxicology, March, 1986.  Abstract reprinted:  *Toxicologist,* **6**, 59 (1986).

Klonne, D.R., Dodd, D.E., Pritts, I.M., Troup, C.M., Nachreiner, D.J. and Ballantyne, B. (1986).  Acute 9-day and 13-week inhalation studies with ethylene glycol monohexyl ether (EGHE).  Annual Meeting of the Society of Toxicology, March, 1986.  Abstract reprinted:  *Toxicologist,* **6**, 60 (1986).

Ballantyne, B. (1986).  Acute and subchronic inhalation toxicity of Orasol Navy Blue (ONB).  Annual Meeting of the Society of Toxicology, March, 1986.  Abstract reprinted:  *Toxicologist,* **6**, 60 (1986).

Fisher, L.A., Tyl, R.W., France, K.A., Garman, R.H. and Ballantyne, B. (1986).  Teratogenicity evaluation of bis(2-dimethylaminoethyl)ether after dermal application in New Zealand white

rabbits. Annual Meeting of the Society of Toxicology, March, 1986. Abstract reprinted:
*Toxicologist*, **6**, 93 (1986).

Ballantyne, B., Dodd, D.E., Myers, R.C. and Nachreiner, D.J. (1986). Acute toxicity and primary
irritancy studies on 2,4-pentanedione (PD). Annual Meeting of the Society of Toxicology,
March, 1986. Abstract reprinted: *Toxicologist*, **6**, 208 (1986).

Slesinski, R.S., Guzzie, P.J., Hengler, W.C. and Ballantyne, B. (1986). Evaluation of the
cytotoxicity and potential genotoxicity of ethylene glycol and diethylene glycol using a battery
of *in vitro* tests. Annual Meeting of the Society of Toxicology, March, 1986. Abstract reprinted:
*Toxicologist*, **6**, 228 (1986).

Ballantyne, B., DePass, L.R., Fowler, E.H., Garman, R.H., Myers, R.C., Troup, C.M. and
Coleman, J.H. (1986). Percutaneous and local dermal toxicity of bis[2-(dimethylamino)-
ethyl]ether (DMAEE). Annual Meeting of the Society of Toxicology, March, 1986. Abstract
reprinted: *Toxicologist*, **6**, 238 (1986).

Ballantyne, B. (1986). Comparative cyanogenic potential of malononitrile (MN) and
succinonitrile (SN). Annual Meeting of the Society of Toxicology, March, 1986. Abstract
reprinted: *Toxicologist*, **6**, 248 (1986).

Ballantyne, B. (1986). Applanation tonometry and corneal pachometry for prediction of eye
irritating potential. Annual Joint Meeting of Society of Toxicology and American Society for
Pharmacology and Experimental Therapeutics, August 1986. Abstract reprinted: *The
Pharmacologist*, **28**, 173 (1986).

Ballantyne, B. (1986). Interpretation and extrapolation of acute peroral toxicity studies. 1986
Annual Meeting of the American Academy of Clinical Toxicology, September 1986. Abstract
reprinted: *Veterinary and Human Toxicology*, **28**, 472 (1986).

Ballantyne, B. (1986). Hazard evaluation of cyanide fumigant powder formulations. 1986
Annual Meeting of the American Academy of Clinical Toxicology, September 1986. Abstract
reprinted: *Veterinary and Human Toxicology*, **28**, 472 (1986).

Ballantyne, B. (1986). Ophthalmic toxicology of topical medicinal gentian violet. 1986 Annual
Meeting of the American Academy of Clinical Toxicology, September 1986. Abstract reprinted:
*Veterinary and Human Toxicology*, **28**, 482 (1986).

Ballantyne, B., Klonne, D.R., Dodd, D.E., Pritts, I.M., Troup, C.M. and Nachreiner, D.J. (1986).
Acute and subchronic inhalation toxicology of ethylene glycol monohexyl ether. Annual
Meeting of the American Academy of Clinical Toxicology, September 1986. Abstract reprinted:
*Veterinary and Human Toxicology*, **28**, 505 (1986).

Tyl, R.W., Ballantyne, B., Pritts, I.M., France, K.A., Fisher, L.C. and McNeil, D.J. (1986). The
teratogenic potential of 2,4-pentanedione vapor in Fischer 344 rats. Seventh Annual Meeting of
the American College of Toxicology, November 1986. Abstract reprinted: *J. Amer. Coll.
Toxicol.*, **5**, 600 (1987).

Ballantyne, B. (1986). Cyanide toxicology and problems in laboratory diagnosis. Clin Tox
1986. Perspectives in Toxicology, Rocky Mountain Poison Center. November 1986.

Ballantyne, B. (1986). Cyanide poisoning from smoke inhalation. Clin Tox 1986. Perspectives

in Toxicology. Rocky Mountain Poison Center. November 1986.

Ballantyne, B. (1987). Forensic aspects of industrial toxicology. 39th Annual Meeting, American Academy of Forensic Sciences, February 1987.

Ballantyne, B. (1987). Hydrogen cyanide as a factor in mortality and morbidity from exposure to fires: a review. 39th Annual Meeting, American Academy of Forensic Sciences, February 1987. Abstract reprinted: Proceedings, 39th Annual Meeting, American Academy of Forensic Sciences (1987), p. 136.

Tyl, R. W., Homan, E. R., Klonne, D. R., Pritts, I. M., Fowler, E. H., Fisher, L. C., France, K. A., Rebick, J. L., Beskitt, J. L. and Ballantyne, B. (1987). Developmental toxicity evaluation of inhaled N,N-dimethylethanolamine (DMEA) in Fischer 344 rats. Annual Meeting, Society of Toxicology, February 1987. Abstract reprinted: *The Toxicologist*, **7**, 173.

Tyl, R. W., Ballantyne, B., France, K. A., Fisher, L. C., Savine, T. A. and Fait, D. L. (1987). Teratologic evaluation of beta(3,4-epoxy cyclohexyl) ethyltrimethoxy silane (ECEMS) in rats and rabbits. Annual Meeting, Society of Toxicology, February 1987. Abstract reprinted: *The Toxicologist,* **7**, 179.

Frantz, S. W., Tallant, M. J., Grosse, C. M. and Ballantyne, B. (1987). Skin penetration potential of $^{14}$C-polymers JR400 and LR400 following a single application to Fischer 344 rats. Annual Meeting, Society of Toxicology, February 1987. Abstract reprinted: *The Toxicologist*, **7**, 244.

Slesinski, R. S., Guzzie, P. J. and Ballantyne, B. (1987). *In vitro* and *in vivo* genotoxicity studies on 2-ethyl-1,3-hexanediol. Annual Meeting, Society of Toxicology, February 1987. Abstract reprinted: *The Toxicologist,* **7**, 261.

Klonne, D. R., Garman, R. H., Snellings, W. M., Dodd, D. E. and Ballantyne, B. (1987). The larynx as a potential target organ in aerosol inhalation studies on rats. 1987 International Symposium on Inhalation Toxicology, March 1987. Abstract reprinted: *Abstracts, 1987 International Symposium on Inhalation Toxicology,* p. 86.

Guzzie, P. J., Slesinski, R. S. and Ballantyne, B. (1987). An *in vitro* and *in vivo* evaluation of the genotoxic potential of 2,4-pentanedione. 18th Annual Meeting, Environmental Mutagen Society, April 1987. Abstract reprinted: *Envir. Mutagen., 9,* **Suppl. 8,** p. 44.

Tyl, R. W., Ballantyne, B., Fait, D. L., Fisher, L. C., Savine, T. A., Pritts, I. M. and Dodd, D. E. (1987). Teratogenicity evaluation of water aerosol (AER) versus air (AIR) in CD-1 mice by whole body (WB) or nose-only (NO) exposure. 27th Annual Meeting, Teratology Society, June 1987. Abstract reprinted: *Teratology,* **35**, 39A (1987).

Tyl, R. W., Ballantyne. B., Pritts, I. M., Klonne, D. R., Fisher, L. C., Savine, T. A., McNeil, D. J. and Kubena, M. F. (1987). Developmental toxicity evaluation of inhaled ethylene glycol monohexyl ether (EGHE) in rats and rabbits. 27th Annual Meeting, Teratology Society, June 1987. Abstract reprinted: *Teratology,* **35**, 53A (1987).

Ballantyne, B. (1987). Factors influencing the quantitative detection of cyanide in biological fluids and tissues. 24th International Meeting, The International Association of Forensic Toxicologists. July 1987. Abstract reprinted: *Abstracts of 24th International Meeting, TIAFT,* 1987, p. 33.

Ballantyne, B. (1987). Toxicological and forensic aspects of riot control chemicals. 24th International Meeting, International Associaton of Forensic Toxicologists, July 1987. Abstract reprinted: *Abstracts of 24th International Meeting, TIAFT*, 1987, p. 78.

Ballantyne, B., Reed, M.L., Napoli, D. and Reardon, R.C. (1987). The cutaneous irritant and sensitizing potential of 2-ethyl-l,3-hexanediol. Annual Scientific Meeting, American Academy of Clinical Toxicology, September 27-October 2, 1987. Abstract reprinted: *Veterinary and Human Toxicology,* **29**, 475 (1987).

Ballantyne, B., Myers, R.C. and Losco, P.E. (1987). Acute toxicity and primary irritancy of propoxypropanol (PP). Annual Scientific Meeting, American Academy of Clinical Toxicology, September 27-October 2, 1987. Abstract reprinted: *Veterinary and Human Toxicology,* **29**, 475 (1987).

Ballantyne, B. (1987). Oximes and visual disturbances: a review and experimental findings. Annual Scientific Meeting, American Academy of Clinical Toxicology, September 27-October 2, 1987. Abstract reprinted: *Veterinary and Human Toxicology,* **29**, 482 (1987).

Ballantyne, B., Myers, R.C. and Slesinski, R.S. (1987). Toxic handling hazards with 3-methyl-2-benzothiazolinone hydrazone (MBTH). Annual Scientific Meeting, American Academy of Clinical Toxicology. September 27-October 2, 1987. Abstract reprinted: *Veterinary and Human Toxicology,* **29**, 489 (1987).

Ballantyne, B. (1987). Quantitative comparative cyanogenesis of malononitrile (MN) and succinonitrile (SN). Annual Scientific Meeting, American Academy of Clinical Toxicology, September 27-October 2, 1987. Abstract reprinted: *Veterinary and Human Toxicology,* **29**, 489-490 (1987).

Losco, P.E., Ballantyne, B. and Klonne, D.R. (1987). Corneal lesions in rats, rabbits, and guinea pigs inhaling vapors of propylene glycol monopropyl ether (PGME) vapor. 38th Annual Meeting, American College of Veterinary Pathologists, November 9-13, 1987.

Tyl, R. W., Ballantyne, B., Fisher, L. C., Tarasi, D. J. and Dodd, D. E. (1987). Dominant lethal assay of 2,4-pentanedione in Fischer 344 rats. Annual Meeting, American College of Toxicology, December 7-9, l988.

Myers, R. C., Slesinski, R. S. and Ballantyne, B. (1988). Evaluation of 3-methyl-2-benzothiazolinone (MBTH) for acute toxicity, primary irritancy, and mutagenicity. Annual Meeting, Society of Toxicology, February 15-19, 1988. Abstract reprinted: *Toxicologist,* **8**, 53 (1988).

Frantz, S. W., Gill, M. W., Van Miller, J. P., Losco, P. E., Troup, C. M. and Ballantyne, B. (1988). Nine-day repeated dose cutaneous toxicity of diethylene glycol monohexyl ether (DGHE) in albino rabbits. Annual Meeting, Society of Toxicology, February 15-19, 1988. Abstract reprinted: *Toxicologist,* **8**, 126 (1988).

Klonne, D. R., Dodd, D. E., Ballantyne, B. and Losco, P. E. (1988). Multispecies comparison of corneal lesions produced during a 2-week vapor exposure to propylene glycol monopropyl ether (PGPE). Annual Meeting, Society of Toxicology, February 15-19, 1988. Abstract reprinted: *Toxicologist,* **8**, 126 (1988).

Fowler, E. R., Klonne, D. R., Dodd, D. E., Pritts, I. M., Troup, C. M., Nachreiner, D. J. and

Ballantyne, B. (1988).  Dimethylethanolamine (DMEA): acute, 2-week, and 13-week inhalation toxicity studies in rats.  Annual Meeting, Society of Toxicology, February 15-19, 1988.  Abstract reprinted: *Toxicologist,* **8**, 152 (1988).

Jensen, C. B., Frantz, S. W., Tallant, M. J., Grosse, C. M., Garman, R. H. and Ballantyne, B. (1988).  Pharmacokinetics and material balance of bis[2-(dimethylamino)ethyl] ether (DMAEE) following a single cutaneous application to Fischer 344 rats and New Zealand white rabbits.  Annual Meeting, Society of Toxicology, February 15-19, 1988.  Abstract reprinted: *Toxicologist,* **8**, 210 (1988).

Slesinski, R. S., Guzzie, P. J., Morabit, E. R. and Ballantyne, B. (1988).  Evaluation of ethylene glycol monohexyl ether (EGHE) for genotoxicity using a battery of four *in vitro* test systems.  Annual Meeting, Society of Toxicology, February 15-19, 1988.  Abstract reprinted: *Toxicologist,* **8**, 212 (1988).

Gill, M. W., Van Miller, J. P., Frantz, S. W., Garman, R. H., Troup, C. M., Losco, P. E. and Ballantyne, B. (1988).  Comparative toxicity of three dimethylamines in the albino rabbit by 9-day repeated cutaneous exposure.  Annual Meeting, Society of Toxicology, February 15-19, 1988.  Abstract reprinted: *Toxicologist,* **8**, 215 (1988).

Tyl, R. W., Ballantyne, B., Fischer, L. C., Fait, D. L., Klonne, D. R., Pritts, I. M., and Dodd, D. E. (1988).  Developmental toxicity evaluation of ethylene glycol (EG) aerosol by nose-only (NO) or whole-body (WB) exposure in CD-1 mice.  Annual Meeting, Society of Toxicology, February 15-19, 1988.  Abstract reprinted: *Toxicologist,* **8**, 242 (1988).

Dodd, D. E., Ballantyne, B., Fowler, E. H., Pritts, I. M., and Nachreiner, D. J. (1988).  Acute and 9-day vapor inhalation studies with N,N,N$^1$,N$^1$-tetra methylethylenediamine (TMEDA).  Annual Meeting, Society of Toxicology, February 15-19, 1988.  Abstract reprinted: *Toxicologist,* **8**, 249 (1988).

Ballantyne, B., Dodd, D. E., Myers, R. C., Nachreiner, D. J. and Pritts, I. M. (1988).  Acute toxicology studies on tris(dimethylamino)silane (TDMAS).  Annual Meeting: Society of Toxicology, February 15-19, 1988.  Abstract reprinted: *Toxicologist,* **8**, 249 (1988).

Pritts, I. M., Ballantyne, B., Dodd, D. E. and Nachreiner, D. J. (1988).  Acute inhalation toxicity of acrolein (AC) vapor and its influence on methoxydihydropyran (MDP) inhalation toxicity.  Annual Meeting, Society of Toxicology, February 15-19, 1988.  Abstract reprinted: *Toxicologist,* **8**, 249 (1988).

Losco, P. E., Klonne, D. R., Dodd, D. E., Troup, C. M. and Ballantyne, B. (1988).  Two-week vapor inhalation study on propylene glycol monpropyl ether (PGPE) in F-344 rats.  Annual Meeting, Society of Toxicology, February 15-19, 1988.  Abstract reprinted: *Toxicologist,* **8**, 250 (1988).

Ballantyne, B. (1988).  The spectrum of ophthalmic toxicology.  Seminar, Department of Pharmacology and Toxicology, University of Mississippi Medical Center, March 1988.

Ballantyne, B. (1988).  Industrial toxicology.  Seminar, Department of Pharmacology and Toxicology, University of Mississippi Medical Center, March 1988.

Ballantyne, B., Klonne, D. R., Myers, R. C., Pritts, I. M. and Garman, R. H. (1988).  The comparative acute toxicity and primary irritancy of 5-ethylidene-2-norbornene and 5-vinyl-2-

norbornene. American Industrial Hygiene Conference, May 15-20, 1988. Abstract reprinted: *Abstracts, 1988 American Industrial Hygiene Conference,* pp. 59-60.

Dodd, D. R., Klonne, D. R., Pritts, I. M., Ballantyne, B. and Tyler, T. R. (1988). Differences in acute toxicity resulting from static and dynamic inhalation exposures to test materials with trace amounts of impurities. American Industrial Hygiene Conference, May 15-20, 1988. Abstract reprinted: *Abstracts, 1988 American Industrial Hygiene Conference,* pp. 99-100.

Ballantyne, B., Myers, R. C., Dodd, D. E. and Fowler, E. H. (1988). The acute toxicity of trimethoxysilane (TMS). Annual Meeting of the American Academy of Clinical Toxicology, October 1-4, 1988. Abstract reprinted: *Veterinary and Human Toxicology,* **30**, 343-344.

Ballantyne, B., Myers, R. C., Dodd, D. E. (1988). Acute toxicity of bis(2-dimethylaminoethyl) ether (DMAEE). Annual Meeting of the American Academy of Clinical Toxicology, October 1-4, 1988. Abstract reprinted: *Veterinary and Human Toxicology,* **30**, 371.

Frantz, S. W., Tallant, M. J., Grosse, C. M., Beskitt, S. L., Jensen, C. B., Garman, R. H. and Ballantyne, B. (1988). Comparison pharmacokinetics of 2-ethyl-l,3-hexanediol (END) in Fischer 344 rats. Second Annual Symposium on Frontiers of Pharmacokinetics and Pharmacodynamics, October 12-14, 1988, Arkansas.

Tallant, M. J., Frantz, S. W. and Ballantyne, B. (1989). Evaluation of the *in vitro* skin penetration potential of UCARE polymer JR400 using rat, mouse, rabbit, guinea pig and human skin. 28th Annual Meeting of the Society of Toxicology, February 27-March 3, 1989. Abstract reprinted: *Toxicologist,* **9**, 61 (1989).

Frantz, S. W., Jensen, C. B., Grosse, C. M., Tallant, M. J., Beskitt, J. L. and Ballantyne, B. (1989). Comparison of ethylene glycol pharmacokinetics and disposition by three routes in Sprague-Dawley rats. 28th Annual Meeting of the Society of Toxicology, February 27-March 3, 1989. Abstract reprinted: *Toxicologist,* **9**, 85 (1989).

Jensen, C. B., Frantz, S. W., Grosse, C. M., Beskitt, J. L. and Ballantyne, B. (1989). Pharmaco-kinetics, disposition and metabolism of ethylene glycol monohexyl ether (EGHE) after cutaneous administration to Fischer 344 rats. 28th Annual Meeting of the Society of Toxicology, February 27-March 3, 1989. Abstract reprinted: *Toxicologist,* **9**, 85 (1989).

Myers, R. C. and Ballantyne, B. (1989). Comparative acute toxicity and irritation produced by alkyl and aromatic amines. 28th Annual Meeting of the Society of Toxicology, February 27-March 3, 1989. Abstract reprinted: *Toxicologist,* **9**, 107 (1989).

Ballantyne, B., Losco, P. E., Troup, C. M. and Dodd, D. E. (1989). Vinyltrimethoxysilane (VTMS) nine-day vapor inhalation study with rats. 28th Annual Meeting of the Society of Toxicology, February 27-March 3, 1989. Abstract reprinted: *Toxicologist,* **9**, 141 (1989).

Dodd, D. E., Ballantyne, B., Garman, R. H., Pritts, I. M., Klonne, D. R. and Nachreiner, D. J. (1989). Acute and 9-day vapor inhalation studies with bis(2-dimethylaminoethyl) ether (DMAEE). 28th Annual Meeting of the Society of Toxicology, February 27-March 3, 1989. Abstract reprinted: *Toxicologist,* **9**, 142 (1989).

Slesinski, R. S., Guzzie, P. J., Morabit, E. R., and Ballantyne, B. (1989). Genotoxicity of tetraethylene glycol (TEG) evaluated with *in vitro* and *in vivo* assays. 28th Annual Meeting of the Society of Toxicology, February 27-March 3, 1989. Abstract reprinted: *Toxicologist,* **9**,

232 (1989).

Tyl, R. W., Ballantyne, B., Fisher, L. C., Fait, D. L., Savine, T. A., Klonne, D. R., Pritts, I. M. and Dodd, D. E. (1989). Developmental toxicity of ethylene glycol (EG) aerosol by whole-body exposure in CD rats and CD-1 mice. 28th Annual Meeting of the Society of Toxicology, February 27-March 3, 1989. Abstract reprinted: *Toxicologist,* **9**, 270 (1989).

Ballantyne, B. (1989). Cyanide. Eleventh International High-Technology, Safety, Health and Environmental Conference. International Semiconductor Safety Association, April 1989.

Losco, P. E., Dodd, D. E. and Ballantyne, B. (1989). Renal toxicity in rats due to subchronic inhalation exposure to vinyltrimethoxysilane (VTMS). 8th International Symposium of the Society of Toxicologic Pathologists, May 21-25, 1989.

Weaver, E. V., Gill, M. W., Van Miller, J. P. and Ballantyne, B. (1990). Correlation of clinical pathology and irritancy from percutaneous toxicity studies in the albino rabbit. 29th Annual Meeting of the Society of Toxicology, February 12-16, 1990. Abstract reprinted: *Toxicologist,* **10**, 57 (1990).

Waritz, R. S., Collins, C. J., Ballantyne, B. and Clary, J. J. (1990). Chronic inhalation toxicity of 3 μm diameter carbon fibres. 29th Annual Meeting of the Society of Toxicology, February 12-16, 1990. Abstract reprinted: *Toxicologist,* **10**, 70 (1990).

Neptun, D. A., Gill, M. W., Weaver, E. V., Van Miller, J. P., Losco, P. E. and Ballantyne B. (1990). Ethylene glycol monohexyl ether: 9-day repeated cutaneous toxicity study in albino rats. 29th Annual Meeting of the Society of Toxicology, February 12-16, 1990. Abstract reprinted: *Toxicologist,* **10**, 122 (1990).

Van Miller, J. P., Frantz, S. W., Losco, P. E., Neptun, D. A. and Ballantyne, B. (1990) Percutaneous pharmacokinetic and subchronic studies with 2-ethyl, 1,3-hexanediol (EHD) in Fischer 344 rats. 29th Annual Meeting of the Society of Toxicology, February 12-16, 1990. Abstract reprinted: *Toxicologist,* **10**, 150 (1990).

Frantz, S. W., Grosse, C. M., Tallant, M. J., Beskitt, J. L. and Ballantyne, B. (1990). Pharmacokinetics of 2-[2-(dimethylamino) ethoxy] ethanol (DMEE) following a single cutaneous application to Fischer 344 rats. 29th Annual Meeting of the Society of Toxicology February 12-16, 1990. Abstract reprinted: *Toxicologist,* **10**, 150 (1990).

Tallant, M. J., Frantz, S. W. and Ballantyne, B. (1990). Evaluation of the *in vitro* skin penetration of glutaraldehyde using rat, mouse, rabbit, guinea pig and human skin. 29th Annual Meeting of the Society of Toxicology, February 12-16, 1990. Abstract reprinted: *Toxicologist,* **10**, 256 (1990).

Dodd, D. E., Ballantyne, B. and Losco, P. E. (1990). Vinyltrimethoxysilane (VTMS) 14-week inhalation study in rats. 29th Annual Meeting of the Society of Toxicology, February 12-16, 1990. Abstract reprinted: *Toxicologist,* **10**, 269 (1990).

Ballantyne, B., Myers, R. C., Fowler, E. H., Williams, K. D. and Van Miller, J. P. (1990) The acute nephrotoxic potential of gamma-aminopropyltriethoxysilane (GAPTS). 29th Annual Meeting of the Society of Toxicology, February 12-16, 1990. Abstract reprinted: *Toxicologist,* **10**, 269 (1990).

Ballantyne, B. (1990). Occupational toxicology. Symposium on, Poison Management: Current Trends and Issues. Charleston Area Medical Center, March 22, 1990.

Ballantyne, B. (1990). Toxicological basis for medical response to mass chemical disasters. Hazchem International Symposium, 1990. Cleveland, U.K., April 3-5, 1990.

Ballantyne, B. (1990). Occupational hazards in the health care industry. 199th National Meeting, American Chemical Society, April 22-27, 1990.

Dodd, D. E., Pritts, I. M., Losco, P. E., Fowler, E. H. and Ballantyne, B. (1990). Nine-day inhalation studies with dichlorosilane and trichlorosilane. American Industrial Hygiene Conference, May 13-18, 1990. Abstract reprinted: *Abstracts, American Industrial Hygiene Conference*, p.101.

Tallant, M.J., Frantz, S.W., Beskitt, J.L. and Ballantyne, B. (1991). Polyox WSR-N-10: Pharmacokinetics and material balance following single peroral doses to Fischer 344 rats. 30th Annual Meeting, Society of Toxicology, February 1991. Abstract reprinted: *Toxicologist*, **11**, 91 (1991).

Ballantyne, B., Myers, R.C., Gill, M.W., Burleigh-Flayer, H.D., Fowler, E.H. and Garman, R.H. (1991). 1,10-Bistrimethoxysilanedecane (TMSD); Neurotoxic and nephrotoxic effects. 30th Annual Meeting, Society of Toxicology, February 1991. Abstract reprinted: *Toxicologist*, **11**, 119 (1991).

Myers, R.C., Christopher, S.M., Fowler, E.H. and Ballantyne, B. (1991). Evaluation of methyldimethoxysilane (MDMS) for acute toxicity and primary irritancy. 30th Annual Meeting, Society of Toxicology, February 1991. Abstract reprinted: *Toxicologist*, **11**, 144 (1991).

Hermansky, S.J., Weaver, E.V., Hurley, J.M., Neptun, D.A. and Ballantyne, B. (1991). Effects of N-methyldiethanolamine (MDEA) in albino rats following cutaneous treatment. 20th Annual Meeting, Society of Toxicology, February 2, 1991. Abstract reprinted: *Toxicologist*, **11**, 146 (1991).

Frantz, S.W., Tallant, M.J. and Ballantyne, B. (1991). Pharmacokinetics (PK) of N-methyldiethanolamine (MDEA) in Fischer 344 rats. 30th Annual Meeting, Society of Toxicology, February 1991. Abstract reprinted: *Toxicologist*, **11**, 237 (1991).

Weaver, E.V., Gill, M.W., Neptun, D.A., Hermansky, S.J., Wagner, C.L. and Ballantyne, B. (1991). Comparison of clinical pathology and irritancy from percutaneous toxicity studies in the Fischer 344 rat. 30th Annual Meeting, Society of Toxicology, February 1991. Abstract reprinted: *Toxicologist*, **11**, 291 (1991).

Neeper-Bradley, T.L., Fischer, L.C., Butler, B.L. and Ballantyne, B. (1991). Developmental toxicity evaluation of 2-ethyl-1,3-hexanediol (EHD) applied cutaneously to CD (Sprague-Dawley) rats. 30th Annual Meeting, Society of Toxicology, February 1991. Abstract reprinted: *Toxicologist*, **11**, 341 (1991).

Tallant, M.J., Beskitt, J.L., Ballantyne, B. and Frantz, S.W. (1991). 2-Ethyl-1,3-hexanediol: species comparisons of *in vitro* skin penetration following a single application to the excised skin of humans, Fischer 344 rats and New Zealand white rabbits. Sixth Annual Meeting, American Association of Pharmaceutical Scientists, November 1991. Abstract reprinted: *Pharmaceutical Research*, **8**, 204 (1991).

Ballantyne, B., Sun, J.D., Nachreiner, D.J., Myers, R.C., Neptun, D.A. and Garman, R.H. (1992). Acute and 9-day repeated vapor exposure toxicity of tetramethylbutanediamine (TMBDA) in rats. 31st Annual Meeting, Society of Toxicology, February 1992. Abstract reprinted: *Toxicologist*, **12**, 45 (1992).

Neeper-Bradley, T. L., Fisher, L. C., Tarasi, D. J., Fowler, E. H. and Ballantyne, B. (1992). Developmental toxicity evaluation of diethylene glycol (DEG) administered by gavage to CD (Sprague-Dawley) rats. 31st Annual Meeting, Society of Toxicology, February 1992. Abstract reprinted: *Toxicologist,* **12**, 102 (1992).

Weaver, E.V., Hermansky, S.J., Neptun, D.A., Losco, P.E. and Ballantyne, B. (1992). Comparison of the New Zealand white rabbit and the Fischer 344 rat as animal models for repeated percutaneous toxicity studies. 31st Annual Meeting, Society of Toxicology, February 1992. Abstract reprinted: *Toxicologist*, **12**, 108 (1992).

Tallant, M.J., Beskitt, J.L., Frantz, S.W. and Ballantyne, B. (1992). Cutaneous penetration of Polymer JR400, glutaraldehyde and ethylhexanediol in rats: comparison of *in vitro* penetration using rat and human skin. 31st Annual Meeting, Society of Toxicology, February 1992. Abstract reprinted: *Toxicologist*, **12**, 162 (1992).

Frantz, S. W., Tallant, M. J., Beskitt, J. L. and Ballantyne, B. (1992). Comparison of ethylene glycol (EG) pharmacokinetics and disposition by three routes in CD-1 mice. 31st Annual Meeting, Society of Toxicology, February 1992. Abstract reprinted: *Toxicologist,* **12**, 216 (1992).

Hermansky, S. J., Neptun, D. A., Myers, R. C. and Ballantyne, B. (1992). Urinary N-acetyl-β-D-glucosaminidase (NAG) as an indicator of nephrotoxicity in rabbits. 31st Annual Meeting, Society of Toxicology, February 1992. Abstract reprinted: *Toxicologist*, **12**, 431 (1992).

Frantz, S. W., Tallant, M. J., Beskitt, J. L. and Ballantyne, B. (1992). 2-Ethyl-l,3-hexane diol: *in vitro* skin penetration comparisons with excised skin from humans, Fischer 344 rats and New Zealand white rabbits for use in risk assessment calculations. Fourth Symposium on Frontiers of Pharmacokinetics and Pharmacodynamics. March 18-20, 1992.

Neptun, D., Camaione, V. and Ballantyne, B. (1992). Interpreting CK and LD serum isoenzyme patterns from tissue enzyme distribution in rats. Regional Conference, American Association for Clinical Chemistry, October 1992. Abstract reprinted: *Proceedings of CliniChem- 92*, **7**, 31 (1992).

Hermansky, S. J., Loughran, K. A. and Ballantyne, B. (1992). Large granular lymphocyte (LGL) leukemia in Fischer 344 rats: Summary of incidence from several laboratories. 13th Annual Meeting, American College of Toxicology, October 1992. Abstract reprinted: *Journal of the American College of Toxicology*, **12**, 115-116 (1993).

Chun, J. S., Norris, J. C., Losco, P. E. and Ballantyne, B. (1993). Niax Catalyst A-99 14-week vapor inhalation study in rats. 32nd Annual Meeting, Society of Toxicology, March 1993. Abstract reprinted: *Toxicology*, **13**, 96 (1993).

Ballantyne, B., Myers, R. C., Norris, J. C., Nachreiner, D. J., Fowler, E. H. and Neptun, D.A. (1993). Acute toxicity, primary irritancy, and short-term repeated vapor exposure toxicity of trimethoxysilane (TMS). 32nd Annual Meeting, Society of Toxicology, March 1993. Abstract

—

reprinted: *Toxicologist,* **13**, 152 (1993)

Werley, M. S., Burleigh-Flayer, H. D., Chun, J. S. and Ballantyne, B. (1993). Two-week vapor inhalation study on vinyl methyl ether (VME) in Sprague-Dawley rats. 32nd Annual Meeting, Society of Toxicology, March 1993. Abstract reprinted: *Toxicologist,* **13**, 153 (1993).

Vergnes, J. S. and Ballantyne, B. (1993). 2,4-Pentanedione: assessment of genotoxic potential *in vitro* and *in vivo.* 32nd Annual Meeting, Society of Toxicology, March 1993. Abstract reprinted: *Toxicologist,* **13**, 224 (1993).

Myers, R. C., Christopher, S. M., Nachreiner, D. J., Losco, P. E. and Ballantyne, B. (1993). Acute toxicity and primary irritancy of dihydropyran carboxaldehyde (DPC). 32nd Annual Meeting, Society of Toxicology, March 1993. Abstract reprinted: *Toxicologist,* **13**, 228 (1993).

Weaver, E. V., Hermansky, S. J., Losco, P. C. and Ballantyne, B. (1993). Polyox WSR-N-10 water soluble resin: fourteen and ninety day dietary studies with Fischer 344 rats. 32nd Annual Meeting, Society of Toxicology, March 1993. Abstract reprinted: *Toxicologist,* **13**, 278 (1993).

Tallant, N. J., Beskitt, J. L., Frantz, S. W. and Ballantyne, B. (1993). Hexyl carbitol: pharmacokinetics of cutaneous and intravenous doses in male Fischer 344 rats. 32nd Annual Meeting, Society of Toxicology, March 1993. Abstract reprinted: *Toxicologist,* **13**, 284 (1993).

Frantz, S. W., Beskitt, J. L., Tallant, M. J. and Ballantyne, B. (1993). Comparison of human skin penetration *in vitro* with *in vivo* and *in vitro* cutaneous penetration in rats with three compounds: ethylhexanediol, glutaraldehyde and polymer JR400. World Congress on Alternatives and Animal Use in the Life Sciences, November 1993.

Neeper-Bradley, T.L., Fisher, L.C., Butler, B.L. Kubenza, M.F. and Ballantyne B. (1994). Developmental toxicity evaluation of triethylene glycol (TEG) by gavage to CD rats and CD-1 mice. 33rd Annual Meeting, Society of Toxicology, March 1994. Abstract reprinted: *Toxicologist,* **14**, 160 (1994).

Myers, R.C., Christopher, S.M., Ballantyne, B. and Blaszcak, D.L. (1994). Comparative acute toxicity, irritancy, and skin sensitization of unbuffered and buffered glutaraldehyde (GA). 33rd Annual Meeting, Society of Toxicology, March 1994. Abstract reprinted: *Toxicologist,* **14**, 185 (1994).

Christopher, R.M., Myers, R.C., Chun, J.S. and Ballantyne, B. (1994). Comparison of several methods for *in vivo* measurement of corneal thickness in the rabbit and rat. 33rd Annual Meeting, Society of Toxicology, March 1994. Abstract reprinted: *Toxicologist,* **14**, 258 (1994).

Chun, J.S., Neptun, D.A. and Ballantyne, B. (1994). *In vivo* measurement of corneal thickness in rabbits and rats following an exposure to bis(2-dimethylaminoethyl)ether. 33rd Annual Meeting, Society of Toxicology, March 1994. Abstract reprinted: *Toxicologist,* **14**, 258 (1994).

Ballantyne, B., Werley, M.S., Snellings, D.W. and Burleigh-Flayer, H.D. (1994). Sensory irritation study of triethylene glycol aerosol in ND4 Swiss Webster mice. 33rd Annual Meeting, Society of Toxicology, March 1994. Abstract reprinted: *Toxicologist,* **14**, 310 (1994).

Werley, M.S., Burleigh-Flayer, H.D. and Ballantyne B. (1994). Peripheral sensory irritation and pulmonary hypersensitivity study of glutaraldehyde vapor. 33rd Annual Meeting, Society of Toxicology, March 1994. Abstract reprinted: *Toxicologist,* **14**, 311 (1994).

Vergnes, J.S. and Ballantyne, B. (1994). Glutaraldehyde (50% aqueous solution): assessment of genotoxic potential *in vivo*. 33rd Annual Meeting, Society of Toxicology, March 1994. Abstract reprinted: *Toxicologist*, **14**, 328 (1994).

Vergnes, J.S. and Ballantyne (1995). Diethylene, triethylene, and tetraethylene glycols: assessment of genotoxic potential *in vitro* and *in vivo*. 34th Annual Meeting, Society of Toxicology, March 1995. Abstract reprinted: *Toxicologist*, **15**, 82 (1995).

Neeper-Bradley, T.L., Butler, B.L., Fisher, L.C., Fowler, E.H. and Ballantyne, B. (1995). Two-generation reproduction study with glutaraldehyde (GA) in the drinking water of CD rats. 34th Annual Meeting, Society of Toxicology, March 1995. Abstract reprinted: *Toxicologist*, **15**, 165 (1995).

Norris, J.C., Ballantyne, B. and Swenberg, J.A. (1995). Vinylnorbornene (VNB): Ninety-day vapor inhalation study in rats. 34th Annual Meeting, Society of Toxicology, March 1995. Abstract reprinted: *Toxicologist*, **15**, 183 (1995).

Van Miller, J.P. Hermansky, S.J., Neptun, D.A., Losco, P.E. and Ballantyne, B. (1995). Combined chronic toxicity/oncogenicity study with glutaraldehyde (GA) in the drinking water of rats. 34th Annual Meeting, Society of Toxicology, March 1995. Abstract reprinted: *Toxicologist*, **15**, 203 (1995).

Werley, M.S. Losco, P.E., Neptun, D.E. and Ballantyne, B. (1995). Twenty-eight day repeated cutaneous dose toxicity study in Fischer 344 rats using glutaraldehyde (GA). 34th Annual Meeting, Society of Toxicology, March 1995. Abstract reprinted: *Toxicologist*, **15**, 321 (1995).

Vergnes, J.S. and Ballantyne, B. (1995). 2,4-Pentanedione: assessment of genotoxic potential *in vivo*. 26th Annual Meeting, Environmental Mutagen Society, March 1995. Abstract reprinted: *Environmental and Molecular Mutagenesis*, **25**, Supplement 25, 56 (1995).

Ballantyne, B. (1995). Toxicology of ethylene oxide. Perspectives in Occupational and Environmental Health, Yale University Occupational and Environmental Medicine Program, May 1995.

Frantz, S.W. and Ballantyne, B. (1995). Inhalation (INH) and intravenous (IV) pharmacokinetics (PK) of 2,4-pentanedione (2,4-PD) in the Fischer 344 rat. 7th International Congress of Toxicology, July 1995. Abstract reprinted: *International Toxicologist*, **7**, 19-P-3 (1995).

Ballantyne, B. (1995). Kinetic microdensitometry (KM) for the quantitation of cytochrome oxidase (CyOx) inhibition by cyanides and cyanogens. 7th International Congress of Toxicology, July 1995. Abstract reprinted: *International Toxicologist*, **7**, 85-P-7 (1995).

Ballantyne, B. (1995). Acute cyanide toxicity: influence of route and species. International Symposium on Cyanide Detoxification in Humans and Safe Consumption of Cyanogenic Plants. Wenner-Gren Center, Stockholm, June 1995.

Ballantyne, B., Burleigh-Flayer, H.D., Myers, R.C. and Vergnes, J.S. (1995). Acute, repeated exposure and genetic toxicology of vinyl methyl ether. 16th Annual Meeting, American College of Toxicology, November 1995. Abstract reprinted: *Journal of the American College of Toxicology*, **15**, 267.

Hermansky, S.J., Ballantyne, B. and Fowler, E.H. (1995). Subchronic peroral toxicity of glutaraldehyde to the mouse, rat and dog. 16th Annual Meeting, American College of Toxicology, November 1995. Abstract reprinted: *Journal of the American College of Toxicology*, **15**, 261.

Ballantyne, B. and Myers, R.C. (1996). Acute toxicity and irritancy of 2,2-dibromo-2-nitroethanol (DBNE). 35th Annual Meeting, Society of Toxicology, March 1996. Abstract Reprinted: *The Toxicologist*, **30**, 109 (1996).

Vergnes, J.S. and Ballantyne, B. (1996). Vinyl norbornene (VNB): Genetic toxicology studies. 35th Annual Meeting, Society of Toxicology, March 1996. Abstract reprinted: *The Toxicologist*, **30**, 48 (1996).

Van Miller, J.P., Ballantyne, B. and Losco, P.E. (1996). Triethylene glycol (TEG): Subchronic peroral toxicity study in rats. 35th Annual Meeting, Society of Toxicology, March 1996. Abstract reprinted: *The Toxicologist*, **30**, 108 (1996).

Ballantyne, B. and Chun, J.S. (1996). Corneal thickness changes following exposure to bis(2-dimethylaminoethyl)ether vapor. 1996 North American Congress of Clinical Toxicology, October 1996. Abstract reprinted: *Journal of Toxicology, Clinical Toxicology*, **34**, 578 (1996).

Frantz, S.W., McDougal, J.N. and Ballantyne, B. (1996). N-methyldiethanolamine (MDEA): A pharmacokinetic (PK) description of single cutaneous and intravenous (IV) doses in Fischer 344 rats using ACSL/PC. American Association of Pharmaceutical Scientists Annual Meeting, October 1996.

Ballantyne, B. (1996). Comparative inhalation toxicology of dichlorosilane and trichlorosilane. 17th Annual Meeting, American College of Toxicology, September 1996. Abstract reprinted: *International Journal of Toxicology*, **16**, 92 (1997).

Ballantyne, B. (1996). Comparative inhalation toxicity of ethylidene and vinyl norbornenes. 17th Annual Meeting, American College of Toxicology, September 1996. Abstract reprinted: *International Journal of Toxicology*, **16**, 92 (1997).

Werley, M.S. and Ballantyne, B. (1997). Acute and nine-day repeated exposure toxicity with 2-formyl-2,4-dihydro-2H-pyran (FDP). 36th Annual Meeting, Society of Toxicology, *The Toxicologist*, **36**, 272 (1997).

Ballantyne, B. (1997). The acute toxicity, irritancy, and sensitizing potential of glutaric anhydride (GA). 36th Annual Meeting, Society of Toxicology, *The Toxicologist*, **36**, 272-273 (1997).

Ballantyne, B. (1998). Comparative cyanogenic potential of succinonitrile and malononitrile. 8th International Congress of Toxicology, July, 1998. Abstract reprinted: *Toxicology Letters*, **95**, Suppl. 1, 104 (1998).

Ballantyne, B., Leung, H-W., Hermansky, S.J. and Frantz, S.W. (1998) Subchronic, chronic, pharmacokinetics and genotoxicity studies with POLYOX® Water Soluble Resin. 8th International Congress of Toxicology, July, 1998. Abstract reprinted: *Toxicology Letters*, **95**, Suppl. 1, 46-47 (1998).

Leung, H-W. and Ballantyne, B. (1998)  Developmental toxicity evaluation of N-methyldiethanolamine (MDEA) applied cutaneously to CD® rats.  8th International Congress of Toxicology, July, 1998.  Abstract reprinted:  *Toxicology Letters*, **95**, Suppl. 1, 212-213 (1998).

1

2                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
3
                     CASE NO. 03-20588 CIV MOORE
4

5   DONATO DALRYMPLE,

6            Plaintiff,

7        vs.

8   UNITED STATES OF AMERICA,

9            Defendant.

10

11
                          99 N. E. Fourth Street
12                        Miami, Florida
                          Monday, April 19, 2004
13                        9:09 a.m.

14

15

16      DEPOSITION OF HECTOR SERGIO ABELAIRAS

17

18          Taken on behalf of the Defendant

19   before LOIS E. GUFFEY, RDR, Notary Public in

20   and for the State of Florida at Large, pursuant

21   to a Notice of Taking Deposition filed in the

22   above cause.

23

24                              ORIGINAL

25



```
 1        APPEARANCES:
              JUDICIAL WATCH, INC.
 2            100 Southeast 2nd Street, Suite 3920
              Miami, Florida  33131-2148
 3            By:  ED FARRES, ESQ.
              Appearing on behalf of the Plaintiff.
 4
              U.S. DEPARTMENT OF JUSTICE
 5            1331 Pensylvania Avenue, Northwest.
              Room 8066N
 6            Washington, DC 20004
              By:  STEPHEN E. HANDLER, Esq.        .
 7            Appearing on behalf of the Defendant.

 8            ALSO PRESENT:
              Isabel Duquesne, Interpreter
 9            Alberto De La Cerra, Interpreter

10
                          I-N-D-E-X
11        WITNESS           DIRECT
          HECTOR SERGIO        3
12          ABELAIRAS

13                    E-X-H-I-B-I-T-S
          ABELAIRAS
14        1, copy of photo                     13

15
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

13

```
1        A.   Yes.
2        Q.   Shortly before the INS arrived do you
3   remember approximately where you were located?
4        A.   Yes.
5        Q.   And where was that?
6        A.   West of the house.
7        Q.   You just -- but you remember about where
8   you were?
9        A.   (Witness nods head).
10            MR. HANDLER:  Do we have some exhibit
11       stickers?
12       (Abelairas Exhibit 1 is marked.)
13  BY MR. HANDLER:
14       Q.   Okay.  I am showing you Abelairas Exhibit
15  No. 1, and this is an aerial photograph of the area
16  where the Gonzalez house was located.  It's just a
17  general photograph to get you oriented.
18       A.   Uh-huh.
19       Q.   Do you recognize it?
20       A.   Not from the air.
21       Q.   Let me try to refresh your recollection.
22  In the middle of the photograph is a street.  Do
23  you see that street?
24       A.   Yes.
25       Q.   Okay.  And there is a house that's circled
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

14

1    with my pen.  That is the Gonzalez family home.  Do

2    you see that?

3         A.    Yeah.  This is the house?

4         Q.    That's the house, it's been pretty well

5    established by other deponents.  Across the street

6    there are police barricades and there are the media

7    tents where the media was set up.  At the end of

8    the street were police barricades where -- see all

9    of the people behind the barricades?

10        A.    Uh-huh.

11        Q.    In general, people -- that's where people

12   stood.  So this picture just represents a general

13   picture of the area where the Gonzalez family home,

14   generally where the police barricades were located,

15   okay?

16        A.    Uh-huh.

17        Q.    So just using this as a reference, do you

18   know where you were located shortly before the

19   INS --

20        A.    Somewhere west of the barricade.

21        Q.    So what you are doing is pointing to

22   Exhibit 1 behind the police barricade somewhere in

23   the crowd of people?

24        A.    Yes.

25        Q.    Were you up against the barricade or

FERNANDEZ & ASSOCIATES   (305) 374-8868

```
 1   further back?

 2        A.   Further back.

 3        Q.   Can you just take this pen and draw just a

 4   general circle on where you were located?

 5        A.   (Indicating).

 6        Q.   You have to make it darker so we can

 7   actually see it.

 8        A.   (Indicating).

 9        Q.   Okay.  Make it a little bit darker than

10   that.  It won't come through.

11        A.   (Indicating).

12        Q.   There we go.  So just in general, you were

13   located behind the police barricade in the circle

14   that you made when the INS arrived around 5:00 a.m.

15   on April 22nd, 2000?

16        A.   Yes.

17        Q.   Okay.  Now when the INS arrived, what

18   first alerted to you that their presence?

19        A.   Screaming, people screaming.

20        Q.   Do you remember what they were screaming?

21        A.   I don't recall.

22        Q.   And you looked in the direction of the

23   Gonzalez family home?

24        A.   Yes.

25        Q.   What did you see?
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

1      A.    I couldn't see very much.

2      Q.    What did you do?

3      A.    I felt there was somebody in need and I

4  moved forward to get a better view.

5      Q.    So you moved closer to the Gonzalez family

6  home?

7      A.    Yes.

8      Q.    Did you cross over the barricade?

9      A.    Yes.

10     Q.    How far did you get?

11     A.    Not very.

12     Q.    Before you crossed the barricade did you

13  see other protesters cross the barricade and run up

14  to the Gonzalez family home?

15     A.    Yes.

16     Q.    Did you see them form human chains in

17  front of the house?

18     A.    No.

19     Q.    When you crossed the barricade did you

20  see, in front of the Gonzalez family home, the

21  white vans?

22     A.    No, let me restate.  I don't remember

23  seeing them.

24     Q.    That's fine.  Do you remember how -- do

25  you remember how -- strike that.  Do you remember

```
 1   barricades"?  Did you hear it on the tape?

 2        A.    Yes, I heard it.

 3        Q.    Do you remember hearing that when you --

 4   before you crossed the barricade?

 5        A.    Absolutely not.

 6        Q.    You don't deny that you remember hearing

 7   it?

 8        A.    I don't remember hearing it.

 9        Q.    Okay.                                 -

10        A.    I was -- that's quite a distance from the

11   house, where the barricades were.

12        Q.    When you crossed the barricade can you

13   tell me about how far you got down the street?

14        A.    Not very far.

15        Q.    Well, like how far beyond the barricade?

16        A.    Maybe 20 feet, maybe less.

17        Q.    Okay.  So maybe 20 feet beyond the police

18   barricade?

19        A.    Yes.

20        Q.    Now at some point in time you stopped; is

21   that correct?

22        A.    Yes.

23        Q.    Why did you stop?

24        A.    I saw two INS agents.

25        Q.    What -- did they say something to you?
```

1      A.    No.

2      Q.    So you stopped because you saw law

3   enforcement officers in front of you?

4      A.    I saw INS in yellow on the right leg.

5      Q.    On the?

6      A.    The legs said INS.

7      Q.    Written in letters?

8      A.    Yes.

9      Q.    But why did you stop?  Did they tell you

10  to stop?

11     A.    No.

12     Q.    Okay.  Did something happen to make you

13  stop?  Just their presence?

14     A.    Yes.

15     Q.    And then what did you do?

16     A.    I just stood there.

17     Q.    Were there other protesters around you?

18     A.    I don't remember anybody else.

19     Q.    But you do remember other people running

20  up to the house going to --

21     A.    Yes.  Other people were going that way,

22  but I didn't get anywheres.

23     Q.    Then what happened next?

24     A.    I stood there, and I remember at some

25  point one of the INS agents stepped very close to

1    me and opened fire with whatever that was that

2    they -- point blank in my face.

3         Q.    Okay.  Are you saying this was the gas?

4         A.    Whatever it was.

5         Q.    Okay.  Now this agent, can you describe

6    how -- what he had that he was spraying you with?

7    What was it?

8         A.    It looked like a rifle.

9         Q.    He was holding it from the side?

10        A.    Yeah.

11        Q.    It was a long tube?

12        A.    Yes.  I couldn't tell what it was.

13   Couldn't -- whether it was a weapon or  --

14        Q.    How far away from you from this agent

15   when he sprayed you with the gas?

16        A.    Very close.  I can't gauge the distance.

17   I would say maybe five feet, because he moved -- he

18   actually ran to me.

19        Q.    Was he spraying back and forth like this?

20        A.    No.

21        Q.    Sprayed you?

22        A.    More than once.

23        Q.    More than once?

24        A.    (Witness nods head).

25        Q.    What did you do when he sprayed you the

FERNANDEZ & ASSOCIATES   (305) 374-8868

21

```
 1   first time?

 2       A.    I was choking.  I started falling.

 3       Q.    Then what happened?

 4       A.    At some point I started vomiting.  I

 5   couldn't breathe.  I lost consciousness.

 6       Q.    And what did you do, just lay down on the

 7   ground?

 8       A.    I have a hard time recollecting what

 9   happened after that.  I believe I -- I moved

10   somewhere trying to get something in my face,

11   trying to breathe; water.

12       Q.    Do you remember moving back beyond the

13   police barricade or did you stay in front of the

14   police barricade?

15       A.    I -- some point, I don't know how, I must

16   have moved, because I wasn't there.

17       Q.    You weren't where you were?

18       A.    Yeah.

19       Q.    Where did you end up?

20       A.    End up on the other side of the barricade

21   someplace on the ground.

22       Q.    But you don't remember how you got there?

23       A.    I don't remember.

24       Q.    Now before you crossed the barricade did

25   you see the officer spraying gas?
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

23

```
1      A.   Yes.
2      Q.   Okay.  Did you say anything to the
3  officers before you got sprayed?
4      A.   I can't recall.
5      Q.   Were you carrying a sign or carrying
6  anything in your hands?
7      A.   No.
8      Q.   How were you dressed that day, do you
9  remember?
10     A.   Like this (indicating).
11     Q.   Same clothes?
12     A.   Not the same clothes but regular clothes.
13 I didn't have any kind of noticing features on it.
14 I had a hat.
15     Q.   All right.  Before you crossed over the
16 police barricade did you notice people throwing
17 things at the officers?
18     A.   No.
19     Q.   Did you throw anything at the officers?
20     A.   No.
21     Q.   Would you do that?
22     A.   No.
23     Q.   You are basically nonviolent, correct?
24     A.   Yes.
25     Q.   Other than getting sprayed, did you have
```

1    any other contact, whatsoever, with any of the INS

2    officers?

3        A.    Not that I can recall.

4        Q.    Did you have any contact with anyone else?

5        A.    Not that I can recall.

6        Q.    Other than getting sprayed, did you

7    receive any other injuries that day?

8        A.    No.

9        Q.    When did you first go in to receive

10   medical treatment for your being sprayed with the

11   gas?

12       A.    I believe it was like three days later.

13       Q.    So --

14       A.    Four days later.

15       Q.    So approximately April 25th or 26?

16       A.    Yes.  I would have to check my records.

17       Q.    And where did you go?

18       A.    I first went to Baptist Hospital.

19       Q.    Okay.  What did you go there for?

20       A.    I was bleeding to the urine.

21       Q.    You had blood in the urine.  That's the

22   medical records you gave me.  That's, I think,

23   April 27th when you were admitted to the ER with

24   hematuria; is that correct?

25       A.    Yes.

FERNANDEZ & ASSOCIATES   (305) 374-8868

25

1      Q.    I see.  Okay.  Before I get to that, the

2   choking feeling you had with the effects of the

3   gas, how long did that last?

4      A.    About two hours.

5      Q.    And the vomiting, that was over in a few

6   minutes?

7      A.    About ten to 20 minutes.

8      Q.    And the inability to breathe, how long did

9   that last?

10      A.    About the same time, maybe longer.

11      Q.    Ten to 20 minutes?

12      A.    Yeah.

13      Q.    Okay.  Now other than the blood in the

14   urine, did you have any other effects from the gas

15   that have continued on?

16      A.    Okay.  Yes.

17      Q.    Okay?

18      A.    I have sarcoidosis.

19      Q.    What is sarcoidosis?

20      A.    It's an inflammation.

21      Q.    Inflammation of the lungs?

22      A.    In the lungs and other areas of -- in the

23   lymphatic system.

24      Q.    Okay.  When were you diagnosed with

25   sarcoidosis?

FERNANDEZ & ASSOCIATES  (305) 374-8868

26

```
 1        A.    Last year.

 2        Q.    So in 2003?

 3        A.    Yes.

 4        Q.    Do you remember the doctor who diagnosed

 5   it?

 6        A.    Dr. Brown.

 7        Q.    Brown?  Do you remember his first name?

 8        A.    No.  I would have to research that.

 9        Q.    Did Dr. Brown tell you that being sprayed

10   with gas on April 22nd, 2000 caused your

11   sarcoidosis?

12        A.    No.

13        Q.    But you believe it is the cause?

14        A.    Absolutely.

15        Q.    Okay.  And why do you believe it's the

16   cause?

17        A.    I never had any problems from my lungs

18   before.

19        Q.    Okay.  What other problems do you

20   attribute to the spraying of the gas, to your

21   health problems?  The hemorrhagic prostatitis, you

22   attribute; is that correct?

23        A.    Absolutely.

24        Q.    Because you have never had that problem

25   before, and then you had the problem after you got
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

27

1    sprayed with the gas; is that correct?

2        A.    Correct.

3        Q.    But no doctors ever told you that the gas

4    is related to you having hemorrhagic prostatitis,

5    correct?

6        A.    They couldn't say for sure.

7        Q.    They couldn't say.  Who is the doctor that

8    diagnosed --

9        A.    The hemorrhagic --

10       Q.    -- hemorrhagic prostatitis?  Is that Dr.

11   Guillermo Vasquez?

12       A.    Yes.  Urologist.

13       Q.    Now your prostatitis was treated

14   surgically; is that correct?

15       A.    Yes.

16       Q.    And has it cured that problem?

17       A.    Would you clarify what you mean by

18   problem?

19       Q.    Well, the symptoms from your hemorrhagic

20   prostatitis was blood in the urine; is that

21   correct?

22       A.    Yes.

23       Q.    Did the surgery correct that problem?

24       A.    Yes.

25       Q.    Did you have any other effects from the

28

1    prostatitis, other than blood in the urine?

2        A.    Yes.

3        Q.    What was that?

4        A.    Dysfunction of sexual situations.

5        Q.    Right.  Did the surgery repair that?

6        A.    No.

7        Q.    No.

8        A.    Excuse me.  Let me get back.  That's -- as

9    a consequence of the operation I got dysfunctional

10   sexual problems.

11       Q.    Are you married?

12       A.    Yes.

13       Q.    Were you married in 2000?

14       A.    Yes.

15       Q.    How long have you been married?

16       A.    Divorced and married again to the same

17   lady, so the last time is about eight years this

18   time.

19       Q.    So you have been married to her for eight

20   years, the past eight years?

21       A.    Yes.

22       Q.    I try not to ask you these questions, but

23   I am assuming that you're making a claim for your

24   loss of sexual dysfunction in this case; is that

25   correct?

29

1    A.    Yes.

2    Q.    Okay.  So prior to April of 2000 how often

3    did you and your wife engage in sexual activity?

4    A.    Three or four times a week.

5    Q.    And after the operation what is it like?

6    A.    Zero.

7    Q.    None?

8    A.    (Witness nods head).

9    Q.    And is that -- are you just talking about

10   intercourse?

11   A.    Intercourse.  Also, another by-product of

12   the operation is I cannot ejaculate.

13         MR. HANDLER:  Okay.  Off the record a

14      second.

15      (Discussion off the record)

16   BY MR. HANDLER:

17   Q.    Now on the record.  Did -- the sexual

18   dysfunction, you said, is a consequence of the

19   operation on your prostate; is that correct?

20   A.    Yes.

21   Q.    It's called a turpt (phonetic) or a terpt

22   (phonetic), the operation?  I forget.

23   A.    I am not aware of the technical terms.

24   Q.    Did they actually have to remove your

25   prostate?

1    A.    No.

2    Q.    They just cut it back?

3    A.    Hollowed it out.

4    Q.    Hollowed it out.  Did the doctor tell you

5  whether there is any way to recover your sexual

6  function?

7    A.    No.  Not that he knows of.

8    Q.    Have you seen any specialist regarding

9  this problem?

10    A.    No.

11    Q.    When did the surgery occur?  When did the

12  surgery occur?

13    A.    May -- which surgery?

14    Q.    The surgery on your prostate.

15    A.    April, May.

16    Q.    Of 2000?

17    A.    Yeah.  2000.

18    Q.    Okay.  Did you have another surgery?

19    A.    I had two surgeries.  The first one

20  couldn't do the job so they had to operate twice.

21    Q.    Did they both occur about the time

22  sometime, April, May of 2000?

23    A.    About the same time, back to back.

24    Q.    Okay.  Have you received any treatment for

25  your sarcoidosis?

31

1      A.    They cut a section of my lung out to

2   diagnose it, and I have to go yearly to get X-rays

3   to see if it's back or the progress of it in the

4   lungs.

5      Q.    Did they give you any kind of a treatment

6   for it?

7      A.    No.

8      Q.    Go ahead.

9      A.    The treatment, they felt at this time, is

10  not necessary.  Doesn't mean it may not be

11  necessary in the future.

12     Q.    And does the sarcoidosis affect your

13  day-to-day living in any way?

14     A.    No, as long as it's not active.

15     Q.    Has it ever been active?

16     A.    Yes.

17     Q.    And when it's active what happens?

18     A.    It impairs my lung functions.

19     Q.    Then what occurs?

20     A.    Shortness of breath.

21     Q.    How long does that last?

22     A.    God.  I don't know.

23     Q.    How often in the last four years has it

24  been active?

25     A.    Well, I didn't know it was active until I

32

1   was diagnosed.

2        Q.    Has it ever been active?

3        A.    I don't know.

4        Q.    Well, have you ever had shortness of

5   breath in the last four years?

6        A.    Yes.

7        Q.    How often does that occur?

8        A.    I can't say.

9        Q.    Once a week, once a month, once every

10  couple of months?

11       A.    It's hard to say because I never

12  attributed it to it.  I would be tired.  I would be

13  tired but I didn't know why.

14       Q.    Can I have your birth date?

15       A.    September 9th, 1947.

16       Q.    And there is no history of sarcoidosis in

17  your family?

18       A.    No.

19       Q.    And with regard to your employment, what

20  do you do?

21       A.    Electronic technician.  I sit at a bench

22  and diagnose troubles with cell phones.

23       Q.    Do you work with any toxic chemicals or --

24       A.    No.

25       Q.    Do you do any soldering or stuff like

33

1 that?

2    A.    No.

3    Q.    Prior to being an electronic technician,

4 what other type of employment have you had?

5    A.    I worked in a hospital.

6    Q.    What did you do in the hospital?

7    A.    Work in a kitchen of the hospital.

8    Q.    Preparing food?

9    A.    In the stockroom, stocking.

10    Q.    Stocking?

11    A.    Stockroom.

12    Q.    What other types of jobs have you had?

13    A.    Worked in a warehouse.

14    Q.    What type of warehouse?

15    A.    Store hats, hats, women's hats.

16    Q.    Storing hats?

17    A.    Yeah.

18    Q.    Have you ever had any type of employment

19 where you ever worked with any type of chemicals,

20 or food ingredients or any type of fertilizer,

21 anything like that?

22    A.    No.

23    Q.    Did your father have prostate -- problems

24 with his prostate?

25    A.    Yes.

FERNANDEZ & ASSOCIATES   (305) 374-8868

34

1        Q.    And what type of problem did he have?

2        A.    Cancer.

3        Q.    Is your father still alive?

4        A.    No.

5        Q.    Did he -- did -- the cancer of the

6   prostate, was that the cause of his death?

7        A.    No.

8        Q.    Do you remember at what age he was

9   diagnosed with cancer of the prostate?

10       A.    About 80.

11       Q.    80 years old?

12       A.    About 80.

13       Q.    Any other members in your family have

14   problems with their prostate?

15       A.    No.

16       Q.    Did your father have any problems with his

17   lungs?

18       A.    No.

19       Q.    Do you have any other illnesses, or

20   diseases or any other health problems, other than

21   the ones you mentioned, sarcoidosis, hemorrhagic

22   prostatitis --

23       A.    I had high blood pressure.

24       Q.    How long have you had high blood pressure?

25       A.    Comes and goes.

FERNANDEZ & ASSOCIATES   (305) 374-8868

35

1      Q.    Were you diagnosed with high blood

2  pressure prior to April 22nd, 2000?

3      A.    Yes.

4      Q.    Were you on any kind of medication for

5  that?

6      A.    No.

7      Q.    Prior to April of -- April of 2000 were

8  you taking any medication for anything?

9      A.    No.

10     Q.    Prior to April of 2000 did you have any

11  surgeries?

12     A.    No.

13     Q.    Prior to April of 2000 did you have any

14  illnesses that you can remember?

15     A.    No.

16     Q.    Any childhood illnesses?

17     A.    Could you clarify that?

18     Q.    Well, measles, chicken pox?

19     A.    Yes.

20     Q.    Any other ones?

21     A.    No.

22     Q.    Prior to April of 2000 were you

23  hospitalized for any reason?

24     A.    Yes.

25     Q.    For what reason?

1       A.    Kidney stones.

2       Q.    Anything else?

3       A.    No.

4       Q.    I notice that in response to production

5   requests that I sent to your attorney you attached

6   some articles.   One is Gulf War Syndrome.   Another

7   one is Pulmonary Sarcoidosis, an article by Dr.

8   Phillip Jouski (phonetic).   Can you tell me why you

9   attached these to your responses?   Did you attach

10  this?

11      A.    Yes.

12      Q.    Why did you do that?

13            MR. FARRES:   Actually, for the record, I

14        attached it.   That was information that I had

15        received from Mr. Abelairas.

16            MR. HANDLER:   Okay.

17  BY MR. HANDLER:

18      Q.    The article in Gulf War Syndrome, can you

19  tell me what the significance of that is?

20      A.    Relates to causes of sarcoidosis that

21  might be induced by outside agents.

22      Q.    Okay.   Same thing with the other articles?

23  Both articles concern that?

24      A.    I believe so.

25      Q.    So in terms of your belief that your

1    sarcoidosis was due to being sprayed by the gas on

2    April 22nd, these articles are what led you to

3    believe that may be the cause?

4         A.    Yes.

5         Q.    Any other reasons?

6         A.    No.
         --
7         Q.    Okay.  And the hemorrhagic prostatitis,

8    what led you to believe that spraying the gas

9    caused that problem?  Was it simply because you

10   never had it before?

11        A.    Yes.

12        Q.    Okay.  Other than the sarcoidosis and the

13   hemorrhagic prostatitis, are there any other

14   medical problems that you have that you attribute

15   to being sprayed with the gas on April 22nd, 2000,

16   physical problems?

17        A.    Okay.  I am still going to a doctor and I

18   still have a discomfort on my right quadrant.  I am

19   still trying to find out what it is.  This problem

20   I acquired the day -- it started since then, and I

21   continue to have it.

22        Q.    Discomfort in the right quadrant of your

23   stomach?

24        A.    Yes.

25        Q.    And you do not know what the cause is?





1

2                    UNITED STATES DISTRICT COURT

3                    SOUTHERN DISTRICT OF FLORIDA

4                    CASE NO. 03-20588 CIV MOORE

5

   DONATO DALRYMPLE,
6
                     Plaintiff,
7
            vs.
8
   UNITED STATES OF AMERICA,
9
                     Defendant.
10  ------------------------------x

11

12                    99 N. W. Fourth Street
                      Miami, Florida
13                    Thursday, April 22, 2004
                      1:58 p.m.
14

15

16        DEPOSITION OF MIGUEL ALEJANDRO

17

18        Taken on behalf of the Defendant before LOIS

19  E. GUFFEY, RDR, Notary Public in and for the State of

20  Florida at Large, pursuant to a Notice of Taking

21  Deposition filed in the above cause.

22

23

24                                          ORIGINAL

25

2

1  APPEARANCES:

2          JUDICIAL WATCH, INC.
           100 Southeast 2nd Street, Suite 3920
3          Miami, Florida  33131-2148
           By:  ED FARRES, ESQ.
4          Appearing on behalf of the Plaintiff.

5          SU.S. DEPARTMENT OF JUSTICE
           1331 Pennsylvania Avenue, Northwest
6          Washington DC 20004?
           Room 8066N
7          By:  STEPHEN E. HANDLER, Esq.
           Appearing on behalf of the Defendant.

8  ALSO PRESENT:

9          Isabel Duquesne, Interpreter
           Alberto De La Cerra, Interpreter

10

11                      I N D E X

12  WITNESS              DIRECT
    MIGUEL ALEJANDRO        3

13

14  MIGUEL ALEJANDRO EXHIBITS
    1, copy of photo                          22
15  2, copy of photo                          23
    3, copy of photo                          32

16

17

18

19

20

21

22

23

24

25

— 22 —

1    Q.    And you are the third person in this picture;
2  is that correct?
3    A.    From the left?  Yes.
4    Q.    And you are locking arms in front of -- it
5  said Elian's family home, forming a human chain; is that
6  correct?
7    A.    Yes.
8    Q.    We are going to make this Exhibit 1.  This
9  Exhibit 1, this picture here?
10  (Miguel Alejandro Exhibit 1 is marked.)
11  BY MR. HANDLER:
12    Q.    That was taken prior to April 22nd, 2000
13  before Elian was taken away from the house; is that
14  correct?
15    A.    Yes.
16    Q.    What was the purpose for the human chain?
17    A.    In order for the child not to be taken away.
18    Q.    Was that something that would be done if
19  somebody was going to try to take Elian out of Lazaro
20  Gonzalez's house?
21    A.    Yes.
22    Q.    Prior to April 22nd, 2000 you were aware that
23  there was a possibility that someone would come to
24  Lazaro Gonzalez's house and take Elian away, correct?
25    A.    That was not what the radio was saying.

1    Q.    No.   I am saying that -- okay.   Maybe you

2  misunderstood me.   Prior to April 22nd, 2000 were there

3  discussions about the possibility that someone may come

4  to Lazaro Gonzalez's house and take Elian away?

5    A.    Yes.

6    Q.    And the forming of the human chain, practicing

7  that before April 22nd, 2000, was one of the things the

8  protestors could do to prevent someone from taking Elian

9  away?

10    A.    That's right.

11    Q.    What were the other things that the protestors

12  were doing that would achieve the same end?

13    A.    Just to protest and to show that the child had

14  a need to stay in the United States.

15    Q.    How long before the officers' arrived on

16  April 22nd, 2000 were you in the area?

17    A.    About four hours before.

18    Q.    Just before the officers arrived, do you

19  remember where you were?

20    A.    Behind the barricades.

21    Q.    Mr. Alejandro, showing you what has been

22  marked Exhibit 2.   This is an aerial shot of the

23  neighborhood.

24  (Miguel Alejandro Exhibit 2 is marked.)

25  BY MR. HANDLER:

1       Q.      Now is not the day of the event.  But I just

2   wanted to orient you to the area.  Do you see in the

3   middle of the picture the house?

4       A.      That's Elian's house.

5       Q.      It's actually Lazaro Gonzalez's house.

6       A.      Very well.

7       Q.      So you recognize this neighborhood?

8       A.      Yes.

9       Q.      And in front of the house there is the street?

10      A.      Yes.

11      Q.      Then across the street were the reporters and

12  television people?

13      A.      That's right.

14      Q.      Then there were police barricades in front of

15  them?

16      A.      That's right.

17      Q.      At the end of the street there were more

18  Police Barricades, and generally, people were behind the

19  barricades, just in general.

20      A.      Yes.

21      Q.      Now just before the law enforcement officers

22  arrived can you just tell me approximately where you

23  were?

24      A.      I was here behind the barricades.

25      Q.      Can you just make a circle in that general

1  area?

2       A.     (Indicating).

3       Q.     Just make it a little bit darker.   On

4  Exhibit 2 you made a dark circle behind the Police

5  Barricades where you were just in general just before

6  the law enforcement officers arrived to take Elian away,

7  correct?

8       A.     Yes.

9       Q.     Now what first alerted you to the presence of

10 the officers?

11      A.     Three white vans that were coming from the

12 left-hand side.

13      Q.     Did you hear any yelling or screaming?

14      A.     I don't recall now.

15      Q.     When the vans pulled up what did you do?

16      A.     We started to yell.

17      Q.     And what next?

18      A.     People ran towards Elian's house.

19      Q.     Including you?

20      A.     Yes.

21      Q.     So you jumped over the barricade?

22      A.     The barricades were on the ground.

23      Q.     The people pushed them down?

24      A.     Yes.

25      Q.     How far did you get up to Lazaro Gonzalez's

26

```
 1   house?
 2        A.    To the front area.
 3        Q.    Now in front of Lazaro Gonzalez house is like
 4   a chain link fence, correct?
 5        A.    Yes.
 6        Q.    Did you get inside that fence?
 7        A.    There were policemen there that wouldn't let
 8   you.
 9        Q.    So you never actually got onto Lazaro
10   Gonzalez's property; is that correct?
11        A.    Yes.
12        Q.    So you got stopped in the street?
13        A.    Yes.
14        Q.    Did you come into contact with any of the
15   officers?
16        A.    No, because they were aiming at you.
17        Q.    With what?
18        A.    With revolvers, with guns.
19        Q.    At any point in time did you actually come
20   into physical contact with any of the law enforcement
21   officers during the time that they were -- INS officers
22   were there and they were removing Elian from the house?
23        A.    No.
24        Q.    When I say to you in English, "Federal
25   officers, stay back behind the barricade," can you
```

1  understand me?

2      A.   Yes.

3      Q.   Now four years ago if I said the same thing to

4  you in English would you be able to understand it?

5      A.   Yes.

6      Q.   I just don't know how well you know English

7  and I don't know how long you have known it, so that's

8  why I am asking questions like this.  I do not mean any

9  disrespect at all.  Do you understand?

10     A.   Yes.

11     Q.   Do you remember the officer saying, "Federal

12 officers stay back behind the barricade" before you

13 jumped over the barricade?

14     A.   No.

15     Q.   When you jumped over the barricade you were

16 running toward Elian's house.  Did you hear the officers

17 at that time say, "Federal officers, stay back behind

18 the barricade"?

19     A.   They never said that phrase.

20     Q.   Okay.  I want to show you a little tape and

21 see if I can refresh your recollection.  This is part of

22 a tape that was actually taken on April 22nd.  I am

23 trying to refresh your recollection and see if you

24 remember something.  I realize it's been five years.

25 But listen to what they are saying.

28

1    (Whereupon, a tape is played, after which the following

2    proceedings are had:)

3    BY MR. HANDLER:

4        Q.    In that tape I just showed you could you

5    recognize the event, correct?

6        A.    Yes.

7        Q.    Now did you hear the officer say, "Federal

8    agents, stay back behind the barricade" or "Federal

9    officers, stay back behind the barricade" on the tape?

10       A.    Yes.

11       Q.    Does that refresh your recollection as to back

12   when you were there four years ago, four years today,

13   hearing the officer say, stay back behind the barricade?

14       A.    There is a problem.  There is a problem.

15   Where they are yelling, "behind the barricades" was not

16   at the barricades.  It was at Elian's house.

17       Q.    Well, officers in the tape are actually in the

18   street where the vans were parked, correct?

19       A.    Yes.

20       Q.    Let me ask you this.  Does the tape refresh

21   your recollection as to whether or not you heard the

22   officers say, "Stay back behind the barricades"?

23       A.    Okay.  The tape says it but I don't remember

24   it.

25       Q.    That's fine.  Let me ask you this.  What was

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

1    your intention when you jumped over the barricade and

2    ran towards Elian's house?  What were you intending to

3    do?

4         A.    First of all, I didn't jump over the

5    barricades.  The barricades were on the ground.

6         Q.    You passed by the barricades.

7         A.    Yes.

8         Q.    What was your intention when you went -- when

9    you ran toward Elian's house?

10        A.    There was a lot of adrenaline.  I was trying

11   to help the boy, Elian.

12        Q.    Would it be fair to state that you didn't want

13   them to take -- the law enforcement officers to take

14   Elian away from Lazaro Gonzalez?

15        A.    That is correct, because his father had said

16   on a tape for them to take care of the child until he

17   got to the United States.

18        Q.    And your running up to Lazaro Gonzalez's

19   house, you had the intention of trying to prevent the

20   officers from taking Elian away; is that correct?

21        A.    Correct.

22        Q.    But you couldn't do it because the officers

23   were pointing guns at you and they stopped you; is that

24   correct?

25        A.    Yes, and there was also a lot of tear gas.

30

1      Q.    When you passed by the barricade you were

2   running up towards Elian's house was that before or

3   after the gas was in the air?

4      A.    If I remember correctly, I think that they

5   started to spray gas when they first got there.

6      Q.    So when you passed by the barricade there was

7   already gas in the air?

8      A.    Yes.

9      Q.    So you were running into the gas when you were

10  going up to Elian's house?

11     A.    Yes.

12     Q.    So now you got me calling it Elian's house.

13  Everyone calls it Elian's house.

14          MR. FARRES:  Next thing, you are going to call

15     it a raid, not a rescue.

16          THE WITNESS:  (In English) I can make a

17     comment?

18  BY MR. HANDLER:

19     Q.    Sure.  Go ahead.

20     A.    Elian's house was like saying, let's go to

21  South Beach.

22     Q.    Ah.  Means the same thing?

23     A.    Uh-huh.

24     Q.    It's how you understand it to be.  Okay.  I

25  understand.  Tell me how the gas affected you.

-31-

1    A.    It makes you vomit a lot.  You can hardly open

2  your eyes.  It creates like a knot in your stomach, and

3  anytime you talk, you start to vomit.

4    Q.    And you felt all these things when you were

5  breathing the gas?

6    A.    Correct.

7    Q.    Now when the officer stopped you by pointing

8  his gun at you, what did you do right after that?

9    A.    No.  They were saying -- they were cursing

10  you, and they made you throw yourself to the ground.

11    Q.    So then you put yourself on the ground?

12    A.    Yes.

13    Q.    How long did you stay on the ground?

14    A.    That was all very fast, 2 minutes, 3 minutes.

15    Q.    Then what happened after that?

16    A.    The vans left.

17    Q.    Then you got up?

18    A.    Yes.

19    Q.    What did you do next?

20    A.    Everybody, the neighbors, everybody started to

21  come out to the street.  They brought out water.  People

22  started to put water on their faces to remove that

23  discomfort from their eyes.

24    Q.    Okay.

25    A.    And that started to get full there as if it

—32—

1    were a Super Bowl.

2         Q.    I am sorry.  Say again?

3              THE INTERPRETER:  Started to get full as if it

4         were a Super Bowl.

5    BY MR. HANDLER:

6         Q.    When you were back behind the barricade before

7    you passed through the barricade, okay, did you see

8    people throwing things at the officers before the

9    gassing started?

10        A.    Not that I recall.

11             MR. HANDLER:  Mark this as Exhibit No. 3.

12   (Miguel Alejandro Exhibit 3 is marked.)

13   BY MR. HANDLER:

14        Q.    Mr. Alejandro, I am showing you what has been

15   marked Exhibit No. 3.  This was actually taken on April

16   22nd, 2000.  And you see the officers here where it

17   says, "INS Federal Officer" on the backs of their

18   shirts?

19        A.    (Witness nods head).

20        Q.    You saw officers like that during the day; is

21   that correct?

22        A.    Yes.

23        Q.    And these officers were standing in the street

24   in front of Elian's house?

25        A.    Yes.

1    Q.    And you see in front of the officers where the

2 police barricade is, right?

3    A.    Yes.

4    Q.    Now you see this object that's in the air here

5 with the arrow pointing to it?

6    A.    Yes.

7    Q.    It's a stool, right?

8    A.    Yes.

9    Q.    That's being thrown from behind the police

10 barricade toward the police.  Did you see that happen?

11   A.    No.

12   Q.    Do you know who threw that stool?

13   A.    No.

14   Q.    Does this refresh your recollection as to

15 anyone throwing things at the officers before the

16 gassing started?

17   A.    I don't recall.

18   Q.    How long did the effects of the gas last on

19 you?

20   A.    Around 2 days.

21   Q.    Did you receive any medical treatment for the

22 effects of the gas?

23   A.    No.

24   Q.    With regard to the events that occurred on

25 April 22nd, 2000 did you have any emotional problems as

# STANDOFF THREATENS TRIP



NURI VALLBONA/HERALD STAFF

**HUMAN CHAIN:** Felix Sierra, left, Lazaro Hernandez and Miguel Alejandro lock arms in front of Elian's family's home.

EXHIBIT
/g   / 4·22-
04
Miguel Alejandro





1

1

2          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
3
            CASE NO. 03-20588 CIV MOORE
4

5    DONATO DALRYMPLE,

6              Plaintiff,

7         vs.

8    UNITED STATES OF AMERICA,

9              Defendant.
     --------------------------------x
10

11
                    99 N. E. Fourth Street
12                  Miami, Florida
                    August 11, 2004
13                  2:10 p.m.

14

15

16       DEPOSITION OF ABEL RAMON ALONSO

17       Taken on behalf of the Defendant

18   before LOIS E. GUFFEY, RDR, Notary Public in

19   and for the State of Florida at Large, pursuant

20   to a Notice of Taking Deposition filed in the

21   above cause.

22                                    COPY

23

24

25

2

1    APPEARANCES:

2          JUDICIAL WATCH, INC.

3          501 School Street, S.W., Suite 500

4          Washington, DC 20024

5          By:  Paul Orfanedes, Esq.

6          Appearing on behalf of the Plaintiffs.

7

8          U.S. DEPARTMENT OF JUSTICE

9          1331 Pennsylvania Avenue, Northwest

10         Washington DC 20004

11         By:  Stephen E. Handler, Esq.

12

13         And Dimple Gupta, Esq.

14         RFK Main Justice Bldg,  Room 3613

15         950 Pennsylvania Avenue, NW

16         Washington, DC 20530

17         Appearing on behalf of the Defendant.

18

19    ALSO PRESENT:

20         Irene Garcia, Investigator

21

22

23

24

25              I N D E X

15

1    It wasn't taken on April 22nd, 2000, just so you

2    know.  And if you look at it, near the top of the

3    picture near the center you will see a house with a

4    square roof with the flags in front.  And I am

5    going to mark that LG for Lazaro Gonzalez.  Does

6    that look correct to you?

7        A.    Yes.

8        Q.    I am also going to go ahead and mark this

9    Deposition Exhibit 1.

10       A.    Okay.

11       (Abel Ramon Alonso Exhibit 1 is marked.)

12   BY MS. GUPTA:

13       Q.    Now looking at Deposition Exhibit 1, can

14   you find your home on this picture?

15       A.    Yes.

16       Q.    Okay.  Could you point it out to me?

17       A.    (Indicating).

18       Q.    Okay.  Do you mind putting your initials

19   on the roof of that home?

20       A.    There is no visible roof.

21       Q.    Okay.  Is there -- could you put it in the

22   front of the home where -- could you mark it in a

23   way --

24       A.    My initials?

25       Q.    Sure.

1       A.    Okay.  (Indicating).

2       Q.    All right.  So on this picture let me make

3  sure I am seeing the right place that you have

4  marked.  You live on the same street as Lazaro

5  Gonzalez, correct?

6       A.    Correct.

7       Q.    But you live across the street.

8       A.    Correct.

9       Q.    And how many houses down do you live from

10  him?

11      A.    It -- I would say two houses.

12      Q.    Okay.  So if you were leaving Lazaro

13  Gonzalez's home and walking towards yours, you

14  would exit through the front door of Lazaro

15  Gonzalez's home and turn left, correct?

16      A.    Correct.

17      Q.    -- (continuing) pass one house, two

18  houses, cross the street, and would that be your

19  home or would it be the home right behind it?

20      A.    No.  That would be the home.

21      Q.    That would be the home.  Okay.  All right.

22  So now when you left your home, which route did you

23  take?  Could you tell me?

24      A.    Well, I would -- there is a back alley

25  that is between the house that is one down from

FERNANDEZ & ASSOCIATES   (305) 374-8868

1   Lazaro Gonzalez across the street which connects us

2   to the side of the street over here.

3       Q.   Could you take the pen and draw the route,

4   approximately, of which you took?  Is it possible

5   on this picture or is it not shown?

6       A.   It technically is impossible.  I could

7   show you where we would be but you can't really

8   see.

9       Q.   Yeah.  Here.  Why don't -- I have another

10  picture that shows it a little more.  That might be

11  easier for you to use.

12          I am going to go ahead and mark it

13  Deposition Exhibit 2.

14      (Abel Ramon Alonso Exhibit 2 is marked.)

15          THE WITNESS:   Okay.

16  BY MS. GUPTA:

17      Q.   Now do you see the Gonzalez family home on

18  this picture as well?

19      A.   Yeah.

20      Q.   Could you go ahead and mark that with an

21  LG on Exhibit 2?

22      A.   (Indicating).

23      Q.   Do you see your home on Exhibit 2?

24      A.   Yes.

25      Q.   Could you mark that with your initials?

18

1        A.    (Indicating).

2        Q.    All right.  Now is it possible now for you

3   to draw the route you took?

4        A.    Yeah.

5        Q.    Could you go ahead and do that?

6        A.    (Indicating).  Can you see that?

7              MR. HANDLER:  Better make it really dark

8         with a pen.

9   BY MS. GUPTA:

10       Q.    Do you want to use this pen?  Make it a

11   little darker.

12       A.    (Indicating).

13       Q.    All right.  So can you draw an arrow at

14   the end of that so it indicates which way you were

15   going?

16       A.    Sure (indicating).

17       Q.    That would be easier to look at later.

18   When you left your home was anyone with you?

19       A.    Yes.

20       Q.    Who?

21       A.    My wife and the children behind me.  And

22   my in-laws.

23       Q.    Did all of you walk together?  Did you

24   leave together?

25       A.    I was in front with my wife.  Yeah.  We

19

1   all pretty much came out together.

2        Q.    Now how far -- once you left the house,

3   how far did you go?  Did you leave your property?

4        A.    No.  We stayed inside.

5        Q.    Inside your yard?

6        A.    Yeah.

7        Q.    All right.  Now from there could you see

8   anything?

9        A.    There was people running.  Well, that was

10  towards the end.  There was -- we could see a lot

11  of the tents.  And towards the Lazaro Gonzalez home

12  we could see there was people either hiding behind

13  cars or on the floor, and then there was the vans.

14  We could see over the tops of the tents.

15       Q.    Okay.  Let's take this one step at a time.

16  When you said you could see tents, do you mean

17  these media tents that are behind the media?

18       A.    Yeah.

19       Q.    And these tents are between your home and

20  the Gonzalez home, right?

21       A.    Right.

22       Q.    On your side of the street?

23       A.    Right.

24       Q.    All right.  And you said you saw people

25  running; is that correct?

23

```
 1        A.    Policemen, yes.

 2        Q.    Where were they, the ones you saw?

 3        A.    They were -- we saw a couple in my

 4   backyard, in my yard when I stepped out.

 5        Q.    Were they actually on your property?

 6        A.    Yes.

 7        Q.    How many?

 8        A.    I remember two.

 9        Q.    Can you describe to me what they looked

10   like?

11        A.    I could not describe to you, no.

12        Q.    No idea about their height, weight?

13        A.    No.  They were crouched.

14        Q.    Do you remember how they were dressed?

15        A.    Blue Miami police uniforms.

16        Q.    So it was Miami police uniforms?

17        A.    Right.

18        Q.    Did you see any other officers, any

19   federal officers?

20        A.    I don't recall seeing that.

21        Q.    Okay.  So is it fair to say that you

22   didn't have any contact with any federal officers

23   that day?

24        A.    Yes.

25        Q.    Did your wife have any contact with any
```

24

1   federal officers that day?

2       A.   No.

3       Q.   Did your child Natalie have any contact

4   with any federal officers?

5       A.   No direct contact.

6       Q.   Did Nicole have any contact with federal

7   officers that day?

8       A.   No.

9       Q.   Now while you were outside, the other

10  people you saw, did you see any of them throwing

11  things?

12      A.   No.

13      Q.   Now while you were outside were you able

14  to smell any gas?

15      A.   Yes.

16      Q.   How did that gas affect you?

17      A.   Our eyes were watery immediately.   Itchy

18  throat.   That's mostly -- irritation.

19      Q.   Irritation of --

20      A.   Around the face.

21      Q.   Okay.

22      A.   The eyes.

23      Q.   So let me make sure I have them all down.

24  Your eyes were watering, your eyes were irritated?

25      A.   Uh-huh.

27

1    Q.   Okay.

2    A.   Or if I remember correctly, there was -- I

3  could see from the front window of my house the

4  vans leaving down either -- if I remember correctly

5  I could see from this corner of the house when the

6  vans were leaving.  We went inside as they were

7  leaving.  And then they proceeded to leave down

8  this street, if I remember correctly, and I could

9  see that.

10   Q.   Okay.  Now could you take this pen and

11 just mark with an X which corner of the house you

12 were watching from?

13   A.   (Indicating).

14   Q.   Great.  Okay.  What else did you see from

15 there?

16   A.   Pretty much after we saw that, there was

17 nothing more to see.  I mean there was the

18 commotion, but the vans were gone and we were still

19 kind of rattled ourselves, so we were tending to, I

20 guess, the kids mostly after that.  After that was

21 over.

22   Q.   While you were inside the house looking

23 outside did you see any federal officers?

24   A.   Sorry.  Repeat that again.

25   Q.   I am sorry.  After you were back inside









1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20588 CIV MOORE

DONATO DALRYMPLE,

            Plaintiff,

        vs.

UNITED STATES OF AMERICA,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                    99 N. E. Fourth Street
                    Miami, Florida
                    August 11, 2004
                    3:02 p.m.

                    COPY

        DEPOSITION OF TANAY ALONSO

        Taken on behalf of the Defendant

before LOIS E. GUFFEY, RDR, Notary Public in

and for the State of Florida at Large, pursuant

to a Notice of Taking Deposition filed in the

above cause.

12

1    A.    Yes.   Screaming, noise, cars pulling out.

2    Q.    Could you make out any of the words?

3    A.    Very confusing at that time.

4    Q.    No.   I understand.

5    A.    I heard -- I remember hearing some bad

6  words but can't really make out what it was.

7    Q.    Do you remember what you saw?

8    A.    Yes.   I saw officers running around.   I

9  remember seeing the car, the van and other cars in

10  the area.   I remember seeing mist, like spray in

11  the air (indicating).   That's it.

12    Q.    When you said you saw officers, where were

13  the officers?

14    A.    In my front yard.   But we -- our house,

15  you might be confusing.   It's a corner house.   So

16  even though -- the back door, it's actually a side

17  door that connects to the front yard.

18    Q.    Here.   I am going to mark a photograph as

19  Exhibit 1.

20      (Tanay Alonso Exhibit 1 is marked.)

21  BY MS. GUPTA:

22    Q.    I am going to show it to you.   Now on

23  Exhibit 1 I have put an LG on the roof of the home

24  for Lazaro Gonzalez.

25    A.    Okay.

13

1     Q.   It's a square roof near the center of the

2 photograph.

3     A.   Okay.

4     Q.   Can you take a look at that and see if you

5 can find your home on that picture, Exhibit 1?

6     A.   Yes.  This is our home right here.

7     Q.   Okay.  I am going to actually write 1 on

8 it.  I am sorry.  Now could you put your initials

9 on your home?  I am sorry.

10    A.   (Indicating).

11    Q.   Okay.  Now can you explain to me how you

12 left your home and where you went?

13    A.   Okay.  This is the door, either side door,

14 back door right here, and we went this way, which

15 is the exit.

16    Q.   Okay.  So you exited your home on a door

17 that was on the side of the house?

18    A.   Yeah.  Right here.

19    Q.   And it was the side of the house towards

20 the Gonzalez family home.

21    A.   Correct.

22    Q.   Then you walked down I guess an alley?

23    A.   Yeah.  It's like a little hallway, and

24 this area were the officers.

25    Q.   And you stopped in your yard?

14

1      A.    Yes.

2      Q.    All right.  And describing your house,

3   it's on the same street as the Gonzalez family

4   home, correct?

5      A.    The address of the house, the numbers are

6   on this side.  It has two sides.

7      Q.    But one side faces the same street?

8      A.    Yes.  Facing the same street, yes.

9      Q.    So one side of your home faces the same

10   side of the street as the street that the Gonzalez

11   family is on?

12      A.    Correct.

13      Q.    But your home is on the opposite side of

14   that street from the Gonzalez family home.

15      A.    The number of the house, yes.

16      Q.    Okay.  All right.  From your yard what

17   else could you see; do you remember?

18      A.    At that moment, that night?

19      Q.    That morning.

20      A.    That morning -- it was dark.

21      Q.    Right.

22      A.    I mentioned everything that I remember

23   seeing.

24      Q.    All right.  Now you said you saw a few

25   vans?

18

1      A.    I don't recall.  I don't remember.

2      Q.    That's fair.  Do you have any idea about

3  how long you were outside?

4      A.    I think it was seconds, probably.

5      Q.    Now did you go back into the house --

6  strike that.  When you left to go back in the house

7  were the cars still pulling away or had they

8  already left your street?

9      A.    I believe at that time when I was going

10 inside the house they were pulling away but my back

11 was -- it was everything at that same moment.

12     Q.    Okay.  Now when you were outside, did you

13 inhale any gas?

14     A.    Yes, I did.

15     Q.    Did that gas have any effects on you?

16     A.    Yeah.

17     Q.    Could you describe them?

18     A.    My eyes were irritated.  My skin was

19 irritated.  I felt like throwing up and very

20 nauseous.

21     Q.    Now you say your eyes were irritated.

22     A.    Yes.

23     Q.    How long did that last?

24     A.    Maybe for about half an hour.

25     Q.    And your skin irritated?

FERNANDEZ & ASSOCIATES   (305) 374-8868

19

1    A.    Yes.

2    Q.    About how long did that last?

3    A.    About -- everything I said about lasted

4    about the same.

5    Q.    Half hour?

6    A.    About a half hour.

7    Q.    And nauseousness?

8    A.    That went away sooner, so I would say

9    15 minutes.

10   Q.    Okay.  Now before you went back inside did

11   you talk to any law enforcement officers?

12   A.    No.

13   Q.    Other than the two Miami police officers

14   or the two officers who were in your yard, did you

15   have contact with any other officers?

16   A.    No.

17   Q.    After you went inside could you smell any

18   gas in your home?

19   A.    Yes.

20   Q.    Now your children, were they outside with

21   you the whole time you were there?

22   A.    Yes.

23   Q.    Did they have any effects from the gas?

24   A.    They had the same effects I had.

25   Q.    How long did they last?

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 03-20588-CIV-MOORE

DONATO DALRYMPLE,            )
et al.,                      )
                             )
        Plaintiffs,          )
                             )
vs.                          )
                             )
UNITED STATES OF AMERICA,    )
                             )
        Defendant.           )
_____)

                    99 N.E. Fourth Street
                    Suite 300
                    Miami, Florida 33131
                    February 3, 2004
                    12:26 p.m. - 1:39 p.m.


            Deposition of Leslie Alvarez


    Taken before Suzanne Fernandez, Notary

Public in and for the State of Florida at

Large, pursuant to Notice of Taking

Deposition filed in the above cause.

            - - - - - - -

ORIGINAL

2

1    APPEARANCES:

2

3

     ON BEHALF OF THE DEFENDANTS:
4
         UNITED STATES DEPARTMENT OF JUSTICE
5        Torts Branch, Civil Division
         Benjamin Franklin Station
6        P.O. Box 888
         Washington, D.C. 20044
7        BY:  Stephen E. Handler, AUSA

8    ON BEHALF OF THE PLAINTIFFS:

9        JUDICIAL WATCH, INC.
         100 S.E. 2nd Street
10       Bank of America Tower, Suite 3920
         Miami, Florida 33131
11       BY:  Ed Farres, Esq.

12   ALSO PRESENT:
         Isabel Duquesne, Interpreter
13       Alberto De La Cerra, Interpreter

14                - - - - - - -

15                 I N D E X
16   Witness: LESLIE ALVAREZ
          Direct   Cross   Redirect   Recross
17          3

18                E X H I B I T S

19
     ALVAREZ                      FOR I.D.
20   Nos. 1 and 2                    9
     No.  3                         23
21   Nos. 4 and 5                   25

22

23

24

25

FERNANDEZ & ASSOCIATES
444 Brickell Avenue, Suite 718, Miami  FL 33131

16

1    Q.   Okay.

2         How many hours before the officers

3    arrived were you in this general location?

4    A.   I don't recall.

5    Q.   Okay.

6         Did you have your baby with you?

7    A.   No.

8    Q.   Who was taking care of your baby?

9    A.   My grandmother.

10   Q.   Okay.

11        Why don't you tell me in your own

12   words what happened at 5:00 a.m. when the law

13   enforcement officers arrived in front of the

14   Gonzalez family home.  Tell me what you saw,

15   what you heard.

16   A.   Well, I was sitting down and people

17   were handing out some pizza.  I was eating a

18   slice of pizza.  And everybody started to

19   yell, they are coming, they are coming.

20   That's what I heard.  I don't know.  And

21   everybody started running.  And I really felt

22   like lost at that point in time.

23        And I ran and I got closer to where

24   the barricade is at.  I came out through the

25   front of the house, the door of the house.

17

1        And when I got near the barricade,

2   an agent came near and he told me, get out of

3   here, pointing a weapon at me.  Another one

4   came over and he said, get out of here, you

5   fucking bitch, pointing like a large sprayer,

6   looks like a fire extinguisher.  And he

7   sprayed me in the face.

8        And I don't know, people started to

9   fall and I was confused and I had this

10  burning in my eyes and my face and I couldn't

11  breathe very well.

12       And then a neighbor there pulled out

13  this hose of water trying to help me because

14  I could neither breathe or see.  And I felt

15  very confused.

16       And then when I returned, the

17  barricade was broken up.  And they had gone

18  already.  And then that's when I went through

19  and other people were assisting me because I

20  still had a lot of burning feelings.  That

21  was it.

22  Q.  Okay.

23       When you heard the people saying,

24  they are coming, they are coming, did you

25  know who was coming?

19

1      Q.  Okay.

2          So did you pass beyond the police

3      barricade into the street in front of the

4      Gonzalez family home?

5      A.  No.

6      Q.  Did you always stay behind the police

7      barricade?

8      A.  Yes.  When I went through it, it was

9      after the barricade was broken up and they

10     had already gone.

11     Q.  Okay.

12     A.  I couldn't jump because I had a

13     Caesarian Section performed on me.

14     Q.  Okay.

15         So when the law enforcement officers

16     were in front of the Gonzalez family home,

17     you never went past the police barricade; is

18     that correct?

19     A.  No.

20     Q.  Is that correct?

21     A.  Yes.

22     Q.  Okay.

23         Did you ever come up to the front of

24     the barricade?

25     A.  Yes.

21

1   going on.

2     Q.  Okay.

3           Instead of walking up to the police

4   barricade, you could have walked away,

5   couldn't you?

6     A.  I don't know.  At that point in time, I

7   didn't know.  I didn't know what was

8   happening.

9     Q.  What I'm saying is, when they said,

10  they are coming, they are coming, instead of

11  walking toward the police barricade, you

12  could have walked away from the police

13  barricade farther away; is that correct?

14    A.  I'm saying to you that the exit to the

15  house is near the barricade right there.

16    Q.  Okay.  I don't think you're

17  understanding my question.

18          Did anybody force you to walk toward

19  the police barricade?

20    A.  No.

21    Q.  Okay.

22          Instead of walking toward the police

23  barricade, you could have walked in the

24  opposite direction; is that correct?

25    A.  I could have done so.

30

1    A.  I couldn't tell the feet, but very,

2  very close.

3    Q.  Okay.

4        Now, how did it affect your eyes?

5    A.  I had like a burning sensation that I

6  could not see.  And what I felt was that I

7  couldn't breath and my heart was beating very

8  fast.

9    Q.  Okay.

10       How long did your eyes burn for?

11   A.  The burning I had like two or three

12  days.  I don't remember very well.  But the

13  eyes still had -- it was oozing.  I had some

14  kind of a discharge.

15   Q.  Okay.

16       So the eyes, the burning sensation

17  went away after two or three days?

18   A.  The strong burning sensation.  The

19  discomfort kept on going.

20   Q.  How long did the discomfort last?

21   A.  I don't recall.

22   Q.  Well, one week, one month, how long?

23   A.  I think more than a week.

24   Q.  Okay.

25       So like one to two weeks?

1    A.  I don't know the time exactly.  That

2    happened so long ago.

3    Q.  Your eyes are normal now?

4    A.  This one here is the one that I have

5    the most discomfort in, the right one.

6    Q.  Okay.

7         So are they normal now or not?

8    A.  Well, I can see from that eye.

9    Q.  Okay.

10        Did you receive any treatment for

11   your eyes?

12   A.  I didn't have insurance.

13   Q.  So you did not receive any treatment

14   for your eyes?

15   A.  No.

16   Q.  Did you see a doctor?

17   A.  No.

18   Q.  Okay.

19   A.  I don't know.

20   Q.  Now, with the shortness of breath, how

21   long did this last?

22   A.  That lasted some.  But whenever I get a

23   cold or something, I have a -- I get very

24   short of breath.

25   Q.  How long did the shortness of breath

32

1    last, one day, two days, a week?

2        A.   No, the shortness of breath didn't last

3    as long as the eye.

4        Q.   Okay.

5             And you're saying that since that

6    time up to the present date you have some

7    other problems with your breathing.   What is

8    that?

9        A.   I haven't gone to the doctor, but I do

10   know that whenever I catch a cold, I get very

11   short of breath.   And I don't know what it

12   could be, whether it's asthma or what.

13       Q.   Nobody has ever told you what that is a

14   result from?

15       A.   No.

16       Q.   Okay.

17            Did you have any other injuries,

18   physical injuries that you attributed to what

19   happened on April 22nd, 2000?

20       A.   The burning that I had on my skin and

21   so on.

22       Q.   Where on your skin?

23       A.   Everything where the spray fell on me.

24       Q.   You have to name the body parts.

25       A.   The face, this part of the arms.   From

33

1    here up.

2      Q.  Okay.

3          So you're saying your arm, your

4    hands, your arms?

5      A.  And this, yes.

6      Q.  And you're saying from the waist up?

7      A.  I'm saying from here up, but not that

8    it's here.  But it's specific places.  The

9    arms and the face.

10     Q.  Okay.

11         And how long did that burning last?

12     A.  More or less -- well, it's just that I

13   can't remember.

14     Q.  Okay.

15         About as long as the eyes and

16   shortness of breath, approximately the same

17   time?

18     A.  No, less than the eye, I think.

19     Q.  Okay.

20         Any other physical injuries that you

21   attribute to the events that occurred on

22   April 22nd, 2000?

23     A.  No.

24     Q.  Okay.

25         What about emotional injuries, did

35

1    Q.  And over the time it's dissipated, gone

2  away?

3    A.  Not as much as in the beginning.

4    Q.  Okay.

5        How often does it happen now?

6    A.  Many times when I go to go to sleep.

7    Q.  So it happens when you go into the

8  bathroom and when you go to bed?

9    A.  Yes, when I am not alert or when I feel

10  that I cannot be alert.

11    Q.  Okay.

12        And does this happen just once in a

13  while when you go to the bathroom and when

14  you're not alert?

15    A.  Yes.

16    Q.  Okay.

17        What other emotional problems do you

18  have as a result of what happened on April

19  22nd, 2000?

20    A.  No, that's it.  That I have always like

21  the expectation of something.

22    Q.  And have you sought any medical help

23  for this emotional problem?

24    A.  No.

25    Q.  Okay.

**FERNANDEZ & ASSOCIATES**



EXHIBIT
2

1
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2
           CASE NO. 03-20588 CIV MOORE
3

4
DONATO DALRYMPLE, et al.,

5
          Plaintiff,

6
     vs.

7
UNITED STATES OF AMERICA,

8
          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - x
9

10
                    99 Northeast Fourth Street, Suite 300
11
                    Miami, Florida
                    Monday, May 10, 2004
12
                    11:22 a.m.

13

14

15

16
          DEPOSITION OF ELSA G. ANDERSON

17

18
     Taken on behalf of the Defendant before LOIS

19
E. GUFFEY, RDR, Notary Public in and for the State of

20
Florida at Large, pursuant to a Notice of Taking

21
Deposition filed in the above cause.

22

23

24
                       ORIGINAL
25

2

```
 1   APPEARANCES:

 2             JUDICIAL WATCH, INC.
              100 Southeast 2nd Street, Suite 3920
 3            Miami, Florida  33131-2148
              By:  ED FARRES, ESQ.
 4            and IRENE GARCIA, ESQ.
              Appearing on behalf of the Plaintiffs.

 5
              OFFICE OF THE UNITED STATES ATTORNEY
 6            Benjamin Franklin Station
              P.O. Box 888   __
 7            Washington, DC  20044
              By:  STEPHEN E. HANDLER, Esq.
 8            Appearing on behalf of the Defendant.

 9
     ALSO PRESENT:
10            Isabel Duquesne, Interpreter
              Alberto De La Cerra, Interpreter.
11            Irene Garcia

12

13

14

15            *  *  *   I N D E X   *  *  *

16   WITNESS                                          PAGE

17   ELSA G. ANDERSON

18       DIRECT EXAMINATION BY MR. HANDLER               3

19

20   ANDERSON EXHIBITS MARKED FOR IDENTIFICATION

21   1, Xerox of photograph                    14

22   2, Xerox of photograph                    18

23

24

25
```

1    A.    I don't see the thing well.  And that looks

2 like a man just lying there, thrown down there.

3    Q.    All right.

4    A.    What is that?  That looks like a person just

5 lying there.  I don't know.  You know what happened,

6 that looking at it like that, I don't know.  If you take

7 me there, I would know.

8    Q.    I understand.  I can't take you there.  Just

9 answer me.

10         Does this photograph look familiar to you or

11 not?

12    A.    Well, people were here and the flag over here.

13 And the people, I think that's where we used to get

14 together.

15    Q.    So looking at Exhibit No. 1, do you remember

16 that -- the end of the street being blocked off by

17 barricades and people being behind the barricades?  Do

18 you remember that?

19    A.    Yes.  I was behind the barricades.

20    Q.    So if we use Exhibit 1 as a reference, when

21 the INS officers arrived and took Elian away, you were

22 behind the barricade at the end of the street, correct?

23    A.    Yes.  Behind it.

24    Q.    Can you take that pen and draw just a circle

25 approximately where you were on April 22nd, 2000.

1    in front of the Gonzalez home and the only people in the

2    street.

3         A.     From what I remember on that night, that's all

4    I saw.

5         Q.     Why don't you tell me how you felt.

6         A.     I felt bad from being -- that they would do

7    something like that.  That in a place that we would go

8    there just to support the child.  And it's like when you

9    go to church, you go there to pray, and that they come

10   with firearms to spray those gases on you that just

11   leave you -- they leave you blinded.

12        Q.     Ms. Anderson, that is not my question.  Listen

13   to my question.  I am going to ask you a different

14   question.

15             Did you have any physical contact with any of

16   the INS officers?

17        A.     No.

18        Q.     Did you sustain any physical injury on

19   April 22nd, 2000, when the INS went there to take Elian

20   away?

21        A.     He -- well, when they spray me with that gas,

22   they were -- they blinded me.  And then when I turned

23   around, I got all tripped up by that post they had for

24   that, that had some kind of canvas on top.  After awhile

25   I was able to straighten up, and I was wearing some kind

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

—22—

1    of a white coat.  Yes.  I am in this girl's videos.

2            What's her name?  What is her name?  She's the

3    one that left.

4            MR. FARRES:  Sandy?

5            THE WITNESS:  Sandy.

6    BY MR. HANDLER:

7        Q.    Okay.

8        A.    And the more that I wiped myself, the more

9    that my eyes would burn.  With the coat.  I would try to

10   clean myself.

11       Q.    So you got sprayed with the gas, and  --

12       A.    Yes.  Directly on my -- on the face.

13       Q.    How close were you to the front of the

14   barricade when that happened?

15       A.    I was between that post and the barricade,

16   like somewhat just a little bit away from the barricade,

17   uh-huh.

18       Q.    Were there people in front of you when you got

19   sprayed by the gas?

20       A.    No.  They went to the sides.

21       Q.    When you got sprayed with the gas, could you

22   touch the barricade?

23       A.    Yes, yes, I could have touched it.

24       Q.    Before you got sprayed, you saw the INS

25   officers in front of you?





1

1            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA

2

         CASE NO. 03-20588 CIV MOORE

3


4  DONATO DALRYMPLE, et al.,

5            Plaintiff,

6       vs.

7  UNITED STATES OF AMERICA,

8            Defendant.
  --------------------------------x

9


10                    99 Northeast Fourth Street, Suite 300

11                    Miami, Florida
                     Monday, May 10, 2004

12                    9:08 a.m.

13  ORIGINAL

14

15

16            DEPOSITION OF GUILLERMO ARCE

17

18      Taken on behalf of the Defendant before LOIS

19  E. GUFFEY, RDR, Notary Public in and for the State of

20  Florida at Large, pursuant to a Notice of Taking

21  Deposition filed in the above cause.

22

23

24

25

2

1  APPEARANCES:

2          JUDICIAL WATCH, INC.
           100 Southeast 2nd Street, Suite 3920
3          Miami, Florida  33131-2148
           By:  ED FARRES, ESQ.
4          and IRENE GARCIA, ESQ.
           Appearing on behalf of the Plaintiffs.

5
           OFFICE OF THE UNITED STATES ATTORNEY
6          Benjamin Franklin Station
           P.O. Box 888
7          Washington, DC  20044
           By:  STEPHEN E. HANDLER, Esq.
8          Appearing on behalf of the Defendant.

9
   ALSO PRESENT:
10
           Isabel Duquesne, Interpreter
11         Alberto De La Cerra, Interpreter.

12

13

14

15          * * *  I N D E X  * * *

16 WITNESS                                    PAGE

17 GUILLERMO ARCE

18     DIRECT EXAMINATION BY MR. HANDLER          3

19

20 ARCE EXHIBITS MARKED FOR IDENTIFICATION    PAGE

21  1    Photograph                            18

22

23

24

25

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

1       Q.   Now, when the INS officers arrived, did you

2  see the vans pull up in front of Lazaro Gonzalez's

3  house?

4       A.   The federals?

5       Q.   Yes.

6       A.   I saw that from here from this side

7  (indicating).  They came in already spraying with gas.

8       Q.   My question is:  Did you see the vans pull up

9  in front of Lazaro Gonzalez's house?

10      A.   Yes.

11      Q.   Can you tell me where you were located when

12 the vans pulled up?

13      A.   Yes, sir (indicating).

14      Q.   So you were behind the police barricades?

15      A.   Yes.

16      Q.   Can you just draw a circle just in the general

17 area of where you were standing?  Just in general.

18      A.   I was more --

19      Q.   Make a big circle so we can see it.

20      A.   (Complied.)

21      Q.   Okay.  Just so I get this correct, on April

22 22nd, 2000, before the federals arrived, you were behind

23 the police barricade with other protesters, correct?

24      A.   Correct.

25      Q.   Okay.  Now, you testified a little earlier

—21—

1   that the barricades were knocked down.  Okay?  Are you

2   talking about the barricades at the end of the street

3   here as shown in Exhibit 1?

4        A.   When they took Elian, this barricade was

5   already on the ground.

6        Q.   When the INS officers, the federals, pulled up

7   in front of Lazaro Gonzalez's house, what did you see

8   the people around you do?

9        A.   When the federals arrived, the people that

10  were here ran toward here, and we made the chain.  But

11  the federals had already come in through the back.

12       Q.   Let me stop you.  When you say the people from

13  here, you are talking about the people behind the

14  barricade, what, they jumped over the barricade and ran

15  toward Lazaro Gonzalez's house to form the human chain?

16       A.   This barricade was on the ground.  All of

17  these people that were back here ran over to form the

18  human chain (indicating).

19       Q.   When you say back here, you are talking about

20  in Exhibit 1, the people behind the barricade; is that

21  correct?

22       A.   Correct.

23       Q.   How far did the people get to -- in forming

24  the human chain?  Strike that.

25            Where was the human chain formed once the

-22-

1  people passed the barricade?

2      A.     We were here on the sidewalk.   The chain was

3  formed from here to here, more or less.

4      Q.     So when the INS officers arrived to take Elian

5  away, the human chain of the people of your group was

6  formed in front of Lazaro Gonzalez's house, correct?

7      A.     Yes.

8      Q.     How many people formed the chain?

9      A.     I don't remember exactly.   I know it was from

10 here, from the entrance towards this over here, more or

11 less.   I don't remember.

12     Q.     So what you are describing is the entire front

13 of Lazaro Gonzalez's house?

14     A.     Correct.

15     Q.     And you said that after the chain was formed,

16 you saw a woman with Elian in her hands come out of

17 Lazaro Gonzalez's house; is that correct?

18     A.     Correct.   That means this fence was already

19 thrown down.   Right here is the entrance.   When we made

20 the chain, there was a white van stopped over here.   The

21 woman comes out with the boy, and the one who is here

22 with me gets away, and she goes to grab the child.   Then

23 they pushed the girl, the young woman, down.   I could

24 hardly see anymore.   When they were going to hit her

25 with the butt of the gun, I got in the middle, and I was

1   the one who got it.

2          And something I didn't want to say because

3   ladies are present, when they hit me with the butt of

4   the gun, and then this guy from the federals, I didn't

5   see his face, put his gun over here and say, "Don't

6   move, mother fucker."

7       Q.   Okay.  That's okay.  What was the name of the

8   woman that tried to take the boy away from the INS

9   agent?       -

10      A.   I don't recall her name, no.

11      Q.   That's okay.  Did you see her name on the

12  pleadings that I showed you before, in the complaint?

13      A.   I don't think she's here.  No.  Her name is

14  not here.

15      Q.   Okay.  Now, you said that the woman that

16  was -- that tried to take the boy away from the INS

17  officer, she was one of the people that was forming the

18  human chain with you; is that correct?

19      A.   Yes.

20      Q.   And your intent in forming the human chain was

21  to try to prevent the INS officers from taking Elian

22  away; is that correct?

23      A.   Yes, correct.

24      Q.   Now, you saw the woman, that was locking arms

25  with you, you saw her try to take the boy away from the

29

1          MR. HANDLER:  Yes, please.

2          (Short break taken.)

3    BY MR. HANDLER:

4      Q.    Why don't you tell me how the gas affected

5    you.

6      A.    Well, I am short of breath a lot.

7      Q.    No.  Wait.  At the time, on April 22nd, 2000.

8      A.    Very badly.  My sight, there was burning.

9    After that I would feel nausea, I would vomit.  I went

10   to the doctor.  The doctor performed an

11   electrocardiogram.

12     Q.    Wait.  Hold on a second.  You are jumping

13   ahead a little bit.

14     A.    (In English)  I am sorry.

15     Q.    On April 22nd, 2000, when you were sprayed by

16   the gas, just tell me how it felt at that time.  We will

17   get to the treatment in a few minutes.

18     A.    Uh-huh.

19     Q.    So you said your eyes were burning, you were

20   nauseous and you vomited.

21     A.    (In English)  Right.

22          (Through interpreter)  That was it.

23     Q.    Difficulty breathing?

24     A.    Yes.

25     Q.    Anything else?

-30-

1    A.    Then they performed an electrocardiogram on

2  me.

3    Q.    I am just talking about the effects at the

4  time.

5    A.    Badly.  Badly I felt.

6    Q.    How long from that point in time, April 22nd,

7  2000, did your eyes continue to hurt?

8    A.    About 20 days.

9    Q.    Okay.  How long did the nauseousness and

10  vomiting occur?

11    A.    I want to explain to you so you understand.

12  The nausea, since I inhaled a lot of gas through the

13  nose, whenever I eat something at this point in time, it

14  seems, since the organism absorbed so much gas, all I do

15  is throw up and I keep vomiting.

16        But when I have to eat, the doctor orders some

17  pills for me.  It's family.  But since I have so many

18  gas spread throughout, what I do is I vomit.  I keep

19  vomiting all the time.

20    Q.    So you are saying that ever since you were

21  sprayed with gas from April 22nd, 2000, up to the

22  present date, that every time you eat you vomit your

23  food up?

24    A.    Well, from the 22nd on, I throw up, I vomit.

25  To now.  I have to eat small amounts because I feel a

-31-

1  lot of nausea.

2       Q.   Now, has any doctor ever told you that the

3  reason you vomit up your food from April 22nd, 2000, to

4  the present date is due to your breathing in the gas?

5       A.   No.

6       Q.   Now the difficulty with your breathing as a

7  result of gas, how long did that last?

8       A.   Well, they were for me to have oxygen therapy.

9  I have some in my home.

10      Q.   My question was this:  On April 22nd, 2000,

11 when you were sprayed with gas, it made your breathing

12 difficult.  How long did that last?

13      A.   Until now.  Particularly at night.  I am short

14 of breath at night particularly, and I have to sleep

15 with my pillows up because otherwise I can't breathe.  I

16 have to push up.

17      Q.   Ever since April 22nd, 2000, when you were

18 sprayed with the gas, up to the present date you have

19 always been short of breath?

20      A.   (In English)  Yes.

21      Q.   Has any doctor ever told you that your

22 shortness of breath during this period of time from

23 April 22nd, 2000, to the present date was due to the

24 gas?

25      A.   Yes.

FERNANDEZ & ASSOCIATES  -  (305) 374-8868





1

1           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2

3                      CASE NO. 03-20588 CIV MOORE

4   DONATO DALRYMPLE,

5              Plaintiff,

6         vs.

7   UNITED STATES OF AMERICA,

8              Defendants.
    - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
9

10

11                    99 N. E. Fourth Street
                      Miami, Florida
                      Thursday, 9:23 a.m.
12                    February 26th, 2004

13

14

15

16          DEPOSITION OF JOEL BELTRAN

17

18

19        Taken on behalf of the Defendant before

20   LOIS E. GUFFEY, RDR, Notary Public in and for the

21   State of Florida at Large, pursuant to a Notice of

22   Taking Deposition filed in the above cause.

23

24                                    ORIGINAL

25

FERNANDEZ & ASSOCIATES   (305) 374-8868

2

```
 1   APPEARANCES:

 2

 3        JUDICIAL WATCH, INC.
          By: Ed Farres, Esq.
 4        appearing on behalf of the Plaintiffs.

 5        OFFICE OF THE UNITED STATES ATTORNEY
          By: Stephen E. Handler, Esq.
 6        appearing on behalf of the Defendants.

 7

 8

 9

10        *** I N D E X   ***

11

12   WITNESS    DIRECT CROSS REDIRECT RECROSS

13   JOEL BELTRAN  3    56

14

15   BELTRAN EXHIBITS FOR IDENTIFICATION

16   1, copy of photo                        19
     2, copy of photo                        19
17

18

19

20

21

22

23

24

25
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

18

1   be resolved somehow.

2       Q.    Did you ever discuss with anyone the

3   possibility that someone would come to the Gonzalez

4   family home and take Elian away?

5       A.    No.

6       Q.    At any point in time prior to April 22nd,

7   2000 did you talk with anyone about any plans to

8   form human chains in front of the house?

9       A.    No.

10      Q.    Did you engage in forming human chains in

11  front of the house?

12      A.    No.

13      Q.    Do you know what a human chain is?

14      A.    No.

15      Q.    It's somebody -- it's a bunch of people

16  locking arms --

17      A.    Okay.  Okay.  I know.  Okay.

18      Q.    -- together and they do it in front of

19  someplace to prevent somebody else from passing by.

20      A.    Right.

21      Q.    Did you ever engage in that type of

22  activity?

23      A.    No.

24      Q.    When you were at the location of the

25  Gonzalez family home before the federal authorities

1    arrived could you just describe generally what you

2    were doing.  This is before the federal authorities

3    arrived.

4        A.    Okay.  I was at the house next door and I

5    was lying against the fence just basically talking

6    to the people there.

7        Q.    Okay.  All right.

8              I need some exhibit stickers.

9    (Beltran Exhibits 1 and 2 are marked)

10   BY MR. HANDLER:

11       Q.    I show you what has been marked Deposition

12   Exhibit 1.  This is an aerial photograph of the

13   Gonzalez family home.  Do you see it there in the

14   center?

15       A.    Yeah.

16       Q.    Okay.  And across the street do you see

17   the media tents?

18       A.    Yes, sir.

19       Q.    And in front of the them you see the

20   police barricades?

21       A.    Uh-huh.

22       Q.    Is that yes?

23       A.    Yes.

24       Q.    And at the end of the street, top

25   right-hand corner of the picture you see all those

20

1    people?

2         A.    Right.

3         Q.    Then there are police barricades in front

4    of them, correct?

5         A.    Yes.

6         Q.    In this picture do you see the house that

7    you were staying at?

8         A.    No.

9         Q.    Okay.  Let's look at Exhibit No. 2.  This

10   is the exact same photograph but taken a little

11   further away.  Do you see the house that you were

12   staying at?

13        A.    Yes.

14        Q.    Can you point to it with your finger?

15        A.    This one right here (indicating).

16        Q.    Can you circle that house with your -- the

17   pen.

18        A.    (Indicating).

19        Q.    So on Exhibit 2 you put a circle on the

20   house that you were staying at on April 21st before

21   the federal authorities arrived on April 22nd?

22        A.    Uh-huh.

23        Q.    Is that a yes?

24        A.    Yes.

25        Q.    This is a housekeeping matter.  If you say

22

1    A.    -- or federal agents -- I don't know.  I

2  know there were uniforms.  They moved the barricades

3  from the street over here, and they took the

4  barricades off the four corners on this side,

5  (indicating) on the east side.

6    Q.    So what you are doing is you are

7  indicating with your hand a location --

8    A.    On the east side of the block.

9    Q.    Which is off the left side of the paper --

10    A.    Right.

11    Q.    -- if you are looking at this Exhibit 2?

12    A.    Right.

13    Q.    Go ahead.

14    A.    Okay.  When they took off the barricades I

15  jumped the fence to talk to -- his name is Ramon

16  Saul Sanchez, which is in Cuban activist here.  And

17  I told him I think they are coming in because they

18  just took out the barricades.

19    Q.    Did you say Ramon Sanchez?

20    A.    Yeah, Ramon Saul Sanchez.  And he told me

21  don't worry about that.  Just go back.  And when I

22  turned back, the federal agents right at that

23  moment came in.

24    Q.    You mean down the street?

25    A.    Yeah.  They were coming from 22nd in.  So

23

1    I told him, "Ramon, they are coming, they are

2    coming."

3           So I ran towards the house to stand in

4    front of the door.  When they were getting off,

5    when they arrived right in front of the house, I

6    was screaming at them, "Where is your warrant?"  I

7    was constantly screaming at them.  And they

8    screamed back to me.  I don't know if I can say bad

9    words.

10   Q.    Yes.  Go ahead.

11   A.    They said back to me, "We don't need a

12   fucking warrant," and at that moment they said

13   -- that they strike Ramon Saul Sanchez with a gun

14   right across the head.

15   Q.    Hold on a second.

16         Go ahead.

17   A.    Another federal agent fired gas straight

18   at me.  I don't know if he threw it or he fired

19   with a gun, because I really couldn't tell.  It was

20   blinding me out completely.  So I held my hands

21   against the bars of the house (indicating).  And I

22   got -- all of a sudden I felt a hit in my chest and

23   on my stomach and somebody (indicating) -- sorry.

24   I will slow down.

25   Q.    You held the bars; you mean the railings

1    private house, okay.

2        Q.    Right.

3        A.    And they had nothing to do with that.

4    There was no police, nothing here.

5        Q.    Okay.

6        A.    No police, there was no nothing.  So my

7    way of looking at it was this house is separated

8    from everything else around there.

9        Q.    Now when you jumped over the fence to talk

10   to Ramon Sanchez you said, I think, they are

11   coming.  Who did you think were coming?

12       A.    Federal agents, because they had said in

13   the news they were coming that day.

14       Q.    Now Sanchez told you to go back, but

15   before you could return to go back over the fence

16   did you see the white vans coming up?

17       A.    Yes.

18       Q.    And that's when you decided to run to the

19   front of the Gonzalez family home?

20       A.    Yeah.  That's where -- sorry.

21       Q.    Let me finish.  When you saw the white

22   vans coming, that's when you decided to run to the

23   front of the Gonzalez family home and stand in

24   front of the door; is that correct?

25       A.    First I told Ramon, I think that's them.

28

1   Then we both started running over there.  He was

2   the one that was telling everybody to, you know, to

3   run towards over there; you know, his movement,

4   which is called Democracia Movimiento.

5       Q.    Those are the Cuban activists?

6       A.    Yeah.

7       Q.    So you heard Ramon Sanchez yell to his

8   supporters --

9       A.    Supporters, yes.

10      Q.    -- and the Cuban activists to run to the

11  Gonzalez family home?

12      A.    Right.

13      Q.    Was that to try to prevent the federal

14  authorities from taking Elian away from the house?

15      A.    I guess because I don't know.  I hadn't

16  been there before that so I really don't know what

17  they had in mind or what they were doing.  I was

18  there and basically I knew the people that were in

19  this area right here (indicating).  And some of

20  them were from that movement.  So I really, if I

21  answer to you yes, I would be lying, and if I say

22  no, I am lying, also, because I don't know.

23      Q.    Okay.  If you don't know, just say you

24  don't know.  That's fine.  I only want to ask you

25  questions that you know.  If you don't know, let me

29

1   know.

2       A.    Uh-huh.

3       Q.    When you said over in this area, you are

4   basically pointing to the circle where you were

5   standing?

6       A.    Right, yeah.

7       Q.    Where you saw Ramon Sanchez?

8       A.    Right.

9       Q.    You said you stood in front of the

10  Gonzalez family home, the front door to that home,

11  correct?

12      A.    Yeah.

13      Q.    And on either side of the door there is

14  like railings?

15      A.    There was like a little railing.

16      Q.    Where you put your hands, right?

17      A.    Yeah.

18      Q.    So you walk down steps --

19      A.    Right.

20      Q.    -- and you grabbed reach each part of

21  those railings?

22      A.    Right.

23      Q.    And you stood in front of the door, and

24  the federal authorities were walking or running up

25  the steps toward you; is that correct?

30

1  A.  Well, they were using force coming to us.

2  Q.  Right.  But you saw them coming, running

3 up toward you?

4  A.  Yeah.

5  Q.  And you recognized them to be federal

6 authorities?

7  A.  Yes.

8  Q.  What was your intent in holding the

9 railings and blocking the door?  What were you

10 thinking you were trying to do?

11  A.  Well, I was holding onto them until they

12 identify themselves to me.

13  Q.  Did you want some water?

14  A.  No.  That's all right.

15  Q.  Now at that point in time you were not a

16 member of the Gonzalez family; is that correct?

17  A.  No.

18  Q.  And did the Gonzalez family ask you to

19 stand in front of their door?

20  A.  No.

21  Q.  Did you hear any of the agents say,

22 federal agents, get back behind the barricade?

23  A.  No.

24  Q.  Did you hear any of the agents say, we

25 have a search warrant, open up?

31

A.   No.

Q.   Did you hear -- I understand they said, "We don't need a fucking warrant."  I know that. Did you hear any other agents say, we have a search warrant?

A.   No.  I got knocked out.

Q.   I am saying before that.

A.   No.

Q.   Is that what --

A.   No.

Q.   When you were standing in front of the door and the agents were coming up toward you, you knew that you were going to be interfering with whatever they were going to do at the Gonzalez family home, didn't you?

A.   Well, if they say they had a warrant I would have moved out of the way, as simple as that.

Q.   But you knew that you were slowing down their progress to whatever they were going to do; is that correct?

A.   Yes.

Q.   Let me ask you this, Mr. Beltran.  What right do you think you have, separate and apart from the Gonzalez family, to ask the federal authorities whether or not they have a warrant to

52

1    fence.   I just had a little bump there.

2        Q.    No treatment.  Now you said you were

3    sprayed in the back of your head --

4        A.    Uh-huh.

5        Q.    -- with gas.  We will get to that in a

6    second but you also felt the gas effects on the

7    front of your face in your eyes, correct?

8        A.    Yeah.

9        Q.    Is that a yes?

10       A.    Yes.

11       Q.    Tell me how that felt.

12       A.    Well, first of all, tightened down my

13   chest where I couldn't breathe.  My eyes have been

14   affected ever since.

15       Q.    Tell me at the time what it felt like.

16       A.    Well, my eyes really got blurry.  I was

17   crying for no reason.

18       Q.    Right.

19       A.    I mean tears were coming out of my eyes.

20   Just my chest got really tight, really tight, and I

21   couldn't breathe.

22       Q.    So your eyes were teary, you had blurry

23   eyes, difficulty breathing and your chest felt

24   tight.  Any other effects of the gas?

25       A.    A lot of coughing.

53

1    Q.    Anything else?

2    A.    That I remember, that's it.

3    Q.    How long was it until those specific

4    problems got better?

5    A.    The coughing, I still have.  Once in

6    awhile I start coughing and I can't stop.  It's

7    like if -- down here like if I have something here

8    like -- I don't know.  It's weird, it's hard to

9    say.

10   Q.    What about the difficulty in breathing,

11   the blurriness and the crying, has that all

12   resolved?

13   A.    Yeah.

14   Q.    How long did that last?

15   A.    When there is light, I start -- tears come

16   out, so I got to wear sunglasses most of the time.

17   Q.    Difficulty in breathing and the tightness

18   of the chest and blurriness and crying.  You said

19   that was all, but how long did it take for that to

20   resolve?

21   A.    I don't know really.  The coughing, I

22   still get it once in awhile.

23   Q.    You already said that.  You already

24   testified to that.  I am talking about the other

25   things.

1       A.      I don't know.

2       Q.      Hours, days, what?

3       A.      Two, three months.

4       Q.      The difficulty breathing, blurriness and

5  crying lasted for two or three months?

6       A.      Yeah.  The breathing, like after a week or

7  so I started breathing fine.

8       Q.      Okay.  And the blurriness of your vision,

9  did that clear up?

10      A.      Yeah.  That cleared up.  That cleared up

11  as soon as I washed it off.

12      Q.      So it cleared up the same day --

13      A.      The same day, yeah.

14      Q.      -- as April 22nd.  Okay.  And the tearing

15  of your eyes, you said that had --

16      A.      When I get in the sun or if I am in a lot

17  of light, bright, bright light, you know, sometimes

18  I tend to get it again.

19      Q.      Did you receive any treatment for the

20  effects of the gas on your eyes at any time?

21      A.      No.

22      Q.      Now the gas or the stuff that was sprayed

23  on the back of your head and neck, tell me what

24  that felt like.

25      A.      Phew.  That was like being on fire.

55

```
 1       Q.    Burning?

 2       A.    Burning, yeah.

 3       Q.    Anything else?

 4       A.    That's it.  Just a lot of burning.

 5       Q.    How long did that last?

 6       A.    That lasted like about three or four

 7  weeks.

 8       Q.    Then it resolved?

 9       A.    Yeah.

10       Q.    Did you receive any medical treatment for

11  that?

12       A.    Just basically cream, a lot of cream I put

13  on.

14       Q.    But did you go seek a medical doctor?

15       A.    No.  Just bought cream, put it on.

16       Q.    Okay.  Do you have, at home or anywhere

17  else for that matter, any videotapes --

18       A.    Just the news.

19       Q.    -- documents --

20       A.    Okay.  Sorry.

21       Q.    -- documents or anything other than from

22  the news media regarding what happened on April

23  22nd, 2000?

24       A.    No, just from the news media.  And I was

25  -- a little before, I was looking for it last
```





```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2
                 CASE NO. 03-20588 CIV MOORE
3

4

5   DONATO DALRYMPLE, et al.

6              Plaintiff,

7          vs.

8   UNITED STATES OF AMERICA,

9              Defendant.
    --------------------------------x
10

11

12

13                  99 Northeast Fourth Street
                    Miami, Florida
14                  Monday, February 23, 2003
                    9:23 a.m.
15

16

17

18          DEPOSITION OF TERESA BENITEZ

19

20        Taken on behalf of the Defendant before LOIS

21   E. GUFFEY, RDR, Notary Public in and for the State of

22   Florida at Large, pursuant to a Notice of Taking

23   Deposition filed in the above cause.

24                              ORIGINAL

25
```

1      A.   It was -- how much space, you want to know?   I

2  mean, I don't  --

3      Q.   No.  If the barricades -- if my hands are like

4  the barricades --

5      A.   Correct.

6      Q.   -- were the barricades, like, pushed open or

7  separated?

8      A.   Separated.

9      Q.   So somebody had separated them so people could

10 walk through?

11     A.   They were separated, yeah.

12     Q.   Separated.  I see.

13          Now, shortly before the INS arrived, where

14 were you located?

15     A.   I was -- I want to say in front of the house

16 but towards the right side (indicating).

17     Q.   So if you could take that blue pen and circle

18 just the general location of where you were on Exhibit

19 No. 1 just before they arrived.

20     A.   Okay.  Here (indicating).

21     Q.   So you put a circle on Exhibit 1 where you

22 were located approximately when the INS pulled up in

23 their vans?

24     A.   Correct.

25     Q.   Were you outside the front gate or inside the

FERNANDEZ & ASSOCIATES  - (305) 374-8868

1  front gate?

2      A.    The front gate of the property?

3      Q.    House, yes.

4      A.    Of the house?  No.  I was inside.

5      Q.    When you were at the Gonzalez home at that

6  time, did you have long, red hair like you have now?

7      A.    Yes.

8      Q.    Do you remember what you were wearing?

9      A.    Shorts.

10     Q.    What color top?

11     A.    I could tell you what color shorts, and they

12  were, I believe, olive.  But the shirt, I want to say

13  beige, long sleeve, on top of a shirt, you know, a

14  jacket, thin.

15     Q.    I am not going to make this an exhibit, but is

16  that you right there?

17     A.    Yes.

18     Q.    That is you?

19     A.    Yes.

20     Q.    Okay.  We'll get to that in a second.  Okay.

21          Now, just for the record, that picture has a

22  time of 00:02:25:09, correct?

23     A.    Correct.

24     Q.    You are standing next to Donato Dalrymple,

25  right?

-18-

```
 1        A.    Yes.

 2              MR. HANDLER:  Make that an exhibit in a few

 3        minutes here.

 4   BY MR. HANDLER:

 5        Q.    Now, when the INS trucks arrived, you saw them

 6   pull up in front of the Gonzalez family home; isn't that

 7   correct?

 8        A.    No.

 9        Q.    Why don't you just tell me what you saw.

10        A.    It was very fast.  That's all I can say.  I

11   mean, it was very fast, and it was all commotion.  And I

12   was in front of the house, and actually I was -- I mean,

13   this picture doesn't really show.  Like if it was angled

14   the other way, the photo, I was a little more front, I

15   guess.  But --

16        Q.    You are talking about Exhibit 1?

17        A.    Right.  It was just all commotion and yelling,

18   and it was very crazy.

19        Q.    I am sorry.

20        A.    But did I see --

21        Q.    Do you say you were inside the fence or

22   outside the fence?

23        A.    Inside.

24        Q.    Inside the fence.

25        A.    Approximately.
```

-19-

1    Q.    I am sorry?

2    A.    Approximately right here where I circled in

3  Exhibit 1.

4    Q.    Now, when the INS trucks drove up, did you see

5  the INS officers exit the truck?

6    A.    No.

7    Q.    Okay.  Showing you what has been marked

8  Exhibit No. 3, shows two officers, and they have their

9  hands up, and it says, "INS Federal Officers."  Do you

10  see that?

11    A.    Yes.

12    Q.    Did you see officers like that in front of the

13  house?

14    A.    Yes, I saw officers like that.

15    Q.    Did you see the officers -- did you hear the

16  officers say "federal officers" or "police, get back

17  behind the barricade"?  Do you remember them saying

18  that?

19    A.    I didn't hear exactly those words, you know.

20  There was a lot of commotion, like I said, and a lot of

21  yelling.

22    Q.    You knew they were law enforcement officers,

23  though?

24    A.    Correct.

25    Q.    Now, when the law enforcement officers -- did

-20-

1   you see them get out of their vans and go up to the

2   front door of the house?

3        A.    No.   What I saw was they were already right

4   there, you know, in front of the house, and, you know,

5   on top of me basically.   Not -- you know, did I see the

6   process?   No.   It was all very quickly.

7        Q.    What did you do when you saw them?

8        A.    Panicked.

9        Q.    I am sorry?

10       A.    I panicked.   I mean, it was like, you know.

11       Q.    Did you get in their way?   Did you try to

12  prevent them from getting in the front door?

13       A.    No.

14       Q.    Did you back away back toward the police

15  barricade?

16       A.    No.

17       Q.    You stood right where you were?

18       A.    Yeah.

19       Q.    So you knew you might be getting in their way.

20  Were you in their way?

21       A.    No, I don't think so.

22       Q.    All right.   Did you see other protestors run

23  to the front door?

24       A.    I saw a lot of people running.   There was a

25  lot of commotion, like I said.

-23-

1   the Gonzalez family home?

2      A.   Okay.  First of all, I know you didn't ask

3   this question, but I was pushed.  So  --

4      Q.   Okay.

5      A.   I was pushed and hit with a rifle, towards the

6   right side of the house to the extent -- I am sorry --

7   to the left side of the house.  So as you stand in front

8   of it.

9      Q.   When the INS officers came in, you came in

10  contact with one of them?

11     A.   Yes.

12     Q.   Why don't you describe that in detail.

13     A.   Right.  He came in contact with me.

14     Q.   Why don't you describe it.

15     A.   Basically, he pushed me, and I fell to the

16  ground, and I fell on top of another gentleman that was

17  bleeding.  And I panicked and I started yelling, you

18  know, we need help.  We need the ambulance.  I thought

19  he was dead.  So I panicked.  I mean, he was not moving

20  and blood coming out.

21          And I was hit by one of the agents with a

22  rifle.

23     Q.   You said you were pushed?

24     A.   And then hit with a rifle.

25     Q.   Can you describe how that occurred.

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

1     Q.   Really long?

2     A.   Long.

3     Q.   How long would you say?  Is it longer than

4 three feet?

5     A.   Yes.

6     Q.   Okay.  Did he have a helmet on like the

7 officers in Exhibit 3?

8     A.   I don't know if he had it like that, but he

9 had something, and he did have goggles.

10    Q.   Do you remember if he had any lettering on the

11 front of his shirt at all, or was it all dark?

12    A.   I don't remember if it had lettering or not.

13        I was also sprayed with pepper spray on my

14 face.

15    Q.   When did that happen?

16    A.   I am sorry?

17    Q.   When did that happen?

18    A.   That happened right before I was thrown.

19    Q.   Let's see.  You -- there was gas that -- you

20 got gassed before you got pushed down to the ground?

21    A.   Yes.

22    Q.   Now, did you see officers -- strike that.

23        Did you see protesters throwing objects at the

24 officers?

25    A.   There was a lot of commocion.  I was on the

-34-

1     Q.   What are you doing?

2     A.   I am doing the same, talking to the agent, you

3  know, I mean, and pleading, please, you know.

4     Q.   Okay.

5          (Benitez Exhibit No. 9 was thereupon marked.)

6  BY MR. HANDLER:

7     Q.   Okay.  Now, Exhibit No. 8, that's after you

8  were down on the ground.  You had gotten up; isn't that

9  correct?  Because now you are out in the street?

10    A.   Correct.

11    Q.   So you are out -- you are -- this is after you

12 were gassed, after you were pushed and after you were

13 hit with the gun, you are out in the street pleading

14 with the officers; is that correct?

15    A.   Correct.

16    Q.   And here is Exhibit No. 9.  That's just

17 another shot of you by a car standing up, a little bit

18 later than Exhibit 8.

19    A.   That's not me.

20    Q.   That's not you?

21    A.   Is that me?  I don't know.  I see here like --

22    Q.   Okay.

23    A.   -- pants.  I don't know if that's pants.  It's

24 not very clear, the picture.

25    Q.   Okay.

1      A.    Oh, my goodness.

2      Q.    Did you throw anything at the officers?

3      A.    No.

4      Q.    Let me show you what we will mark Exhibit

5  No. 10.

6            (Benitez Exhibit No. 10 was thereupon marked.)

7  BY MR. HANDLER:

8      Q.    Is that you throwing a rock at the officers

9  (indicating)?

10     A.    I don't know if that -- it looks like me, but

11 I don't think that's a rock.

12     Q.    What are you doing?

13     A.    It all happened so fast.  I don't know at that

14 moment what I am doing.  I mean, if I tell you

15 specifically, you know, what I was doing or word by word

16 what I was saying, I couldn't tell you exactly.

17     Q.    Right.

18     A.    But it all happened --

19     Q.    Isn't it true that after you were allegedly

20 pushed by the officer and fell on the ground, that you

21 got up, you went outside the gate, and when the officers

22 were leaving, you started throwing things at the

23 officers just like everyone else was?

24     A.    No.

25     Q.    Isn't that you in picture No. 10 throwing a

-36-

1  rock at the officer?

2      A.    I don't -- I don't recall throwing a rock, or

3  throwing anything for that matter to anyone, so  --

4      Q.    Doesn't the person that -- in Exhibit No. 10

5  look like the same person that is in Exhibit 8 that you

6  identified as yourself, wearing the same clothes,

7  shorts?

8      A.    It does look like me.

9      Q.    Okay.  All right.  Now let me ask you this:

10 After the officers left, did you seek any medical care?

11     A.    Yes.  There was officers there and -- police

12 officers, I will say.  And, you know, and I had told

13 them what had happened, and they were, like, nothing,

14 you know.

15     Q.    How did the gas affect you?

16     A.    Bowel movement.

17     Q.    The gas?

18     A.    Yeah.  I had no control of my bowel movement.

19     Q.    Okay.  And how often did that happen?

20     A.    What do you mean how often?

21     Q.    Well, let me ask you, when did it first

22 happen?

23     A.    Afterwards.  I -- I -- exactly at what time,

24 it was right after that happened that I noticed.

25     Q.    And did it only happen once or did it happen

—37—

1 more than once?

2     A.    It happened a couple of times.

3     Q.    Okay.  That day?

4     A.    That day.

5     Q.    And did it happen after that day?

6     A.    No.

7     Q.    What other effects did you have from the gas?

8     A.    My eyes, like a -- it was red and itchy.

9     Q.    Red and itchy.  Okay.

10    A.    And my eyes have been -- developed dryness.  I

11 used to wear contact lenses.

12    Q.    Dryness.  How long were the eye -- strike

13 that.

14          How long were they red, itchy and dry?

15    A.    Days.

16    Q.    Days.  So like two or three days, something

17 like that?

18    A.    Like four days.

19    Q.    Four days.  Then after that did they return to

20 normal?

21    A.    No.  Dryness, a dryness in my eye.

22    Q.    So they are still dry?

23    A.    Yeah.  I cannot wear contact lenses anymore.

24    Q.    Did any doctor tell you that's the reason you

25 can't wear contact lenses, because of the effects of

1  this gas?

2      A.   That I have a dryness in my eyes, and they

3  don't know why.

4      Q.   So the doctors don't know why?

5      A.   Yeah.  It's  --

6      Q.   Okay.

7      A.   All of a sudden, that happened afterwards.

8      Q.   Any other effects of the gas other than the

9  loss of bowel -- your bowels and the effects on your

10 eyes?

11     A.   No.

12     Q.   You said you were pregnant at this time.

13     A.   I wasn't.  I said to the officer that I was.

14     Q.   Okay.  So you lied to the officer?

15     A.   Yeah.

16     Q.   Okay.

17     A.   To stop hitting me.  I would think that that

18 would make him stop hitting.

19     Q.   Okay.  Did you have any injuries as a result

20 of being pushed to the ground?

21     A.   Injuries?  Physical injuries?

22     Q.   Right.

23     A.   I was in, you know, pain, you know, aching

24 afterwards.

25     Q.   What part of you hurt?

1    Q.    Did you receive any medical care for these

2  physical injuries?

3    A.    No.

4    Q.    Other than -- strike that.

5          Have you described for me all of the physical

6  injuries that you sustained on April 22nd, 2000?

7    A.    Yes.

8    Q.    What about any emotional injuries?  Did you

9  suffer any emotional injuries?

10    A.    Yes.

11    Q.    Why don't you describe those for me.

12    A.    Well, it was shocking what happened, that all

13  of the officers were, you know, right in front of -- you

14  know, all that commotion.

15    Q.    Right.

16    A.    Then, you know, physically getting in contact

17  with me, one of the officers.

18    Q.    Okay.  So it was shocking?

19    A.    Yeah.  It was -- it was -- it -- disturbing.

20    Q.    Disturbing.  Okay.  Did it cause you to have

21  any emotional problems after it was all over?

22    A.    Unfortunately, this happened for months, that

23  I would go out to the car because I forgot something in

24  the car, and it didn't matter if it was daytime or

25  nighttime.  And I would go in the car to get something,

-42-

```
1        A.    -- you know, of people attacking me.

2        Q.    How often would that occur?

3        A.    How often?  I would say -- now or back then?

4        Q.    Just why don't you tell me how often it

5   happened and whether it happens anymore.

6        A.    Back then it would happen pretty often.  I

7   would say four nights out of the week.

8        Q.    Okay.

9        A.    Now, you know, four years later, it's happened

10  once every two weeks, I would say.

11       Q.    Any other emotional problems other than what

12  you have already described?

13       A.    No.

14       Q.    Have you ever sought any medical care for your

15  emotional problems?

16       A.    No.  I have no health insurance.

17       Q.    Okay.

18       A.    That's the reason being.

19       Q.    Let's see.  You were taking care of your

20  grandmother during this period of time, correct?

21       A.    Correct.

22       Q.    Okay.

23             MR. HANDLER:  Ed, this was on a Saturday,

24       right?  Or was it a Sunday?

25             MR. FARRES:  I believe it was Saturday.
```















EXHIBIT

10 for ID

19  2-23-04

1             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
2
          Civil Action No. 03-20588-CIV-MOORE
3
DONATO DALRYMPLE, et al.,
4
                    Plaintiffs,
5

6   vs.

7   UNITED STATES OF AMERICA,
                    Defendant.
8   _____/

9
                        99 Northeast 4th Street
10                      Third Floor
                        Miami, Florida 33132
11                      February 4, 2004
                        9:55 a.m. - 10:55 a.m.
12

13

14

15              DEPOSITION OF

16          LEDIA BETANCORT-GARCIA

17

18

19          Taken before Sonnia Martinez, Notary

20  Public for the State of Florida at Large,

21  pursuant to Notice of Taking Deposition filed

22  in the above cause.

23

24                          ORIGINAL

25

FERNANDEZ & ASSOCIATES COURT REPORTERS
444 Brickell Avenue, Suite 718, Miami, Florida 33131
DADE 305-374-8868 BROWARD 954-382-2101

```
 1                    APPEARANCES

 2

         Judicial Watch, Inc.
 3       By: Ed Farres, Esquire
         100 Southeast 2nd Street
 4       Bank of America Tower
         Suite 3920
 5       Miami, Florida 33131
         appearing on behalf of the
 6       Plaintiffs.

 7       Stephen Handler,
         Trial Attorney
 8       U.S. Department of Justice
         Torts Branch, Civil Division
 9       Benjamin Franklin Station
         P.O. 888
10       Washington, D.C. 20044
         appearing on behalf of the
11       United States of America.

12

13

14                      INDEX

15       WITNESS            DIRECT   CROSS

16  Ledia Betancort-Garcia     3, 59     57

17                     EXHIBITS

18       Defendant's

19           No. 1  Page 9   No. 2  Page 9

20           No. 3  Page 9   No. 4  Page 9

21

22

23

24

25
```

1        Q.    Okay.

2        A.    Because I was afraid of it.

3        Q.    Okay.  When the law enforcement

4    offices arrived at approximately 5 a.m. on

5    April 22nd, is it your testimony that you went

6    up to the police barricade but you did not

7    cross it?

8        A.    No, I did not cross it but it was

9    there that I got pushed and in a very crude,

10   nasty way, and they swore at me, too.

11       Q.    Okay.

12             Is it your testimony, Mrs. Garcia,

13   that when the police officers arrived to take

14   Elian away that you moved closer to the police

15   barricades but did not cross it?

16       A.    No.

17       Q.    That is not true?

18       A.    That is not -- I was pushed against

19   the barricades or the fence.  It was a fence.

20   They pushed me against the fence and the fence

21   felt this way on me and then I was sprayed.

22       Q.    Mrs. Garcia, we're going to go

23   through this again.  Before the officers

24   arrived at the Gonzalez family home, you were

25   behind the police barricade, away from the

1    crowd?

2         A.    Yes, but as the police got near, the

3    barricades were knocked down and everybody ran

4    towards the door.  But I did not reach any

5    door, I got as far as the wire fence.

6         Q.    What wire fence?

7         A.    I don't know, a wire fence around

8    one of those houses there.

9         Q.    Okay.  So that means that you went

10   past the police barricades towards the Gonzalez

11   family home; is that right?

12        A.    Everybody took off running.

13        Q.    That means when the law enforcement

14   officers arrived, you went past the police

15   barricades toward the Gonzalez family home; is

16   that correct?

17        A.    It's probably so, I don't recall.

18        Q.    Okay?

19        A.    I know that I was pushed against a

20   wire fence.

21        Q.    Okay.  Now, there's a wire fence in

22   front of the Gonzalez family home, is that the

23   wire fence you're talking about?

24        A.    It must be.

25        Q.    Let's look at Exhibit Number 1 here,

FERNANDEZ & ASSOCIATES COURT REPORTERS
444 Brickell Avenue, Suite 718, Miami, Florida 33131
DADE 305-374-8868 BROWARD 954-382-2101

```
 1    was happening, what was going to happen, yes, I
 2    wanted to see.
 3         Q.   Okay.   I'm just asking you, did
 4    anyone force you to cross the police barricade
 5    and walk towards --
 6         A.   They pushed.
 7         Q.   No, no, let me finish the question,
 8    please.
 9              Did anyone force you to cross the
10    police barricade and walk toward the Gonzalez
11    family home before you were pushed?
12         A.   Well, everybody ran and they knocked
13    the barricades to the ground and everybody got
14    near the fence and I stayed at the fence.   I
15    didn't go in.
16         Q.   Okay.  You didn't go into the
17    Gonzalez family home?
18         A.   No, no, or the yard or anything.  On
19    the sidewalk.
20         Q.   Now, Mrs. Garcia, I think you're
21    misunderstanding my question.  The police
22    barricade was at the end of the street.  You
23    passed through that barricade and went to the
24    Gonzalez family home and stayed in front of the
25    fence in front of their house; correct?
```

```
 1        A.    The whole group that was there,
 2   everybody ran.
 3        Q.    Okay.  Am I correct?
 4        A.    Well, things were done so
 5   inappropriately by everyone that I ran when my
 6   brother-in-law was yelling:  They're taking him
 7   away.  They're taking him away.
 8        Q.    Are you saying that what you did was
 9   inappropriate by crossing the police barricade?
10        A.    Yes.
11        Q.    Okay.
12              Do you think that you might have
13   gotten in the way of police officers that were
14   trying to do their job?
15        A.    The police officers were trying to
16   do a job that they should not have done because
17   at no time did I think this would be done to
18   remove that child from that house under those
19   conditions.
20        Q.    Okay.
21        A.    I never could have_thought that.
22        Q.    Mr. Garcia, did you know whether or
23   not the law enforcement officers had a search
24   warrant and an arrest warrant and the lawful
25   authority to be at the Gonzalez family home?
```

1   Did you know that?

2          A.   Oh, I'm sure.

3          Q.   Okay.  And did you think that when

4   you passed the police barricade and walked

5   toward the Gonzalez family home that you very

6   well could get in their way with regard to them

7   doing their job?

8          A.   The problem is that what I thought

9   at that point in time could not have been what

10  actually happened.  I couldn't believe it, I

11  couldn't.  I couldn't believe it, that that

12  police and that woman would so barbarously take

13  that small child from there before thousands of

14  people that were there.

15          MR. HANDLER:  Can you read back my

16  question.

17          (Thereupon, the last question:

18      And did you think that when you passed

19      the police barricade and walked toward

20      the Gonzalez family home that you very

21      well could get in their way with

22      regard to them doing their job, was

23      read by the reporter.)

24          THE WITNESS:  I'll answer that

25      again, when my brother-in-law yelled:

```
 1            They're taking him away.  They're

 2            taking him away, everyone crossed the

 3            barricades and they hurled themselves

 4            forward to see what they were doing,

 5            this barbaric act, and the only way to

 6            do so would be to go there in front of

 7            the house, not a block away.

 8    BY MR. HANDLER:

 9            Q.   Okay.

10                 And in doing so, by running past the

11    police barricade, yourself included, and going

12    to the Gonzalez family home, you were aware

13    that that may interfere in the law enforcement

14    officers' ability to take Elian out of the

15    house and away?

16            A.   With the authorities, yes.

17            Q.   Okay.

18            A.   I know that, but the problem is, I

19    couldn't believe that that's what they would

20    do, to take that small child out of there under

21    those conditions.

22                 No, no, no, even today to me it

23    seems like a lie.

24            Q.   Now, when you were at the fence up

25    in front of the Gonzalez family home, you say
```

1    you were pushed by the law enforcement

2    officer --

3          A.    One with --

4          Q.    He's got to --

5          A.    A police officer but not the one

6    that had that lettering in their back.

7          Q.    You mean INS federal Officer?

8          A.    No, it was the City of Miami Police

9    Officer.

10         Q.    Okay.

11         A.    There were like four squad cars

12   there.

13         Q.    How do you know it was a City of

14   Miami Police Officer?

15         A.    Look.

16         Q.    Mrs. Garcia, the person who pushed

17   you, you said that was a City of Miami Police

18   Officer?

19         A.    Yes.

20         Q.    How do you know he was a City of

21   Miami --   did you see something on him?

22         A.    A uniform that side Miami Police.

23         Q.    Okay.

24               Did you recognize this officer?

25         A.    No way.









Betancourt-
Garcia

EXHIBIT

#2

1

1    UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
2
         CASE NO. 03-20588 CIV MOORE
3

4    DONATO DALRYMPLE,

5              Plaintiff,

6         vs.

7    UNITED STATES OF AMERICA,

8              Defendant.
     - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
9

10

11                        99 N. E. Fourth Street
                          Miami, Florida
12                        August 10, 2004
                          11:10 p.m.

13                        ORIGINAL

14

15        DEPOSITION OF THOMAS ALEXANDER CAMACHO

16

17            Taken on behalf of the Defendant

18    before LOIS E. GUFFEY, RDR, Notary Public in

19    and for the State of Florida at Large, pursuant

20    to a Notice of Taking Deposition filed in the

21    above cause.

22

23

24

25

7

1    when you first woke up.

2        A.    I woked up and because I heard all the

3    noise.  And my mom was going to take my uncle to

4    work.  So when I went outside out in the porch I

5    heard all the noise.  Myself and then my mom, when

6    we saw that, my mom told me, go inside, and I went

7    inside.

8        Q.    Okay.  Now when you were outside did you

9    see anything?

10       A.    No.  I only saw like (indicating) a man

11   lifting up a chair.  I couldn't see that well.

12   Because the -- like trees and stuff and I can't see

13   up.

14       Q.    So the man who was lifting up a chair, do

15   you remember what he looked like?

16       A.    (Witness shakes head).  He was kind of

17   old.

18       Q.    Do you remember where he was?

19       A.    Like here is the house over here and he

20   was right over there in the street.

21       Q.    So are you saying he was in the street in

22   front of Elian's?

23       A.    Yeah.

24       Q.    Did you see anything else?

25       A.    (Witness shakes head).  Couldn't.  My mom

8

1  told me to go inside.

2       Q.   Now when you shook your head, was that no?

3       A.   Yeah.

4       Q.   You didn't see anything else, right?

5       A.   No.

6       Q.   Now did you breathe any of the gas?

7       A.   Yes.

8       Q.   Do you remember how it made you feel?

9       A.   I got --  "como agite?" -- I  --

10      Q.   If you need help from the interpreter --

11           THE INTERPRETER:  Agitated.

12 BY MS. GUPTA:

13      Q.   When you say agitated can you explain to

14 me what you mean?

15      A.   Because I got asthma.  Could I show you?

16           MR. ORFANEDES:  No.  You have to explain

17      it, because she can't take down things that you

18      would show her.  So you have to try to do your

19      best to explain what the problem is.

20           THE WITNESS:  Like I couldn't breathe that

21      well.

22 BY MS. GUPTA:

23      Q.   Okay.  And how long did that last?

24      A.   I went to a hospital for --

25      Q.   Do you remember if you went to the

11

1    fourth grade.

2        A.    Yeah.

3        Q.    Now do you remember how often you got it

4    then?

5        A.    I don't remember.

6        Q.    Now on April 22nd, 2000, when you went

7    outside, do you remember how long you were outside?

8        A.    For one or two minutes.

9        Q.    One or two minutes?

10       A.    Yeah.

11       Q.    You know that's a long time.  You know

12   that's how long it takes to count to 60 or 120.   Is

13   that right?  Do you think one or two minutes?

14       A.    Yeah.

15       Q.    Now when you were outside did you talk to

16   any police officers or federal officers?

17       A.    No.

18       Q.    Did you see any?

19       A.    Only in the corner, where Elian.

20       Q.    Only in the corner where?

21       A.    Where Elian lives right there.

22       Q.    So you saw an officer in the corner where

23   Elian lives?

24       A.    Yeah.  Where Elian lives.  Like I saw him,

25   because they were parked.  They were parked so

12

1  nobody could pass through the street.  And I saw

2  officers.

3      Q.   Okay.  So did you -- I am trying to come

4  up -- tell me if you don't understand this.  Did

5  you come into contact with any officers?

6      A.   No.

7      Q.   You said when you were outside you saw

8  gas, right?

9      A.   Yeah.

10     Q.   Did you see anyone spray any gas?

11     A.   No.

12     Q.   Did you ever leave your front yard?

13     A.   No.  Maybe the day after.

14     Q.   Okay.  Now did you have any other problems

15  from inhaling the gas?

16     A.   On my eyes started to -- (speaks Spanish).

17          THE INTERPRETER:  They were burning, my

18      eyes were burning.

19  BY MS. GUPTA:

20     Q.   Was there anything else?

21     A.   No.

22     Q.   Now how long did your eyes bother you; do

23  you remember?

24     A.   For like 30 minutes or something.

25     Q.   Okay.  Now do you remember how you were

1

1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

3

CASE NO. 03-20588 CIV MOORE

4

5

DONATO DALRYMPLE,

Plaintiff,

6

vs.

7

UNITED STATES OF AMERICA,

8

Defendant.

9

10

11

12

13

99 N. E. Fourth Street
Miami, Florida
Monday, April 19, 2004
10:15 a.m.

14

15

DEPOSITION OF NANCY CANIZARES

16

Taken on behalf of the Defendant

17

before LOIS E. GUFFEY, RDR, Notary Public in

18

and for the State of Florida at Large, pursuant

19

to a Notice of Taking Deposition filed in the

20

above cause.

21

22

23

24

CERTIFIED COPY

25

FERNANDEZ & ASSOCIATES   (305) 374-8868

11

1      Q.   Prior to the arrival of the INS officers,

2  how long before that point in time did you arrive?

3      A.   I was there for many hours.

4      Q.   When the INS officers arrived in the early

5  morning hours of April 22nd do you generally

6  remember where you were?

7      A.   Yes, sir, I do.

8      Q.   Can you tell me where you were?

9      A.   Yes.  Do you have any pictures?  I was in

10 the house behind Elian's house.

11     Q.   Let me show you what I have marked as

12 Canizares Exhibit 1.

13      (Canizares Exhibit 1 is marked.)

14 BY MR. HANDLER:

15     Q.   This is an aerial photograph of the

16 general location of the Gonzalez family home.  Do

17 you see the street in front of the -- it's in the

18 middle of the picture.  Do you see the street?

19     A.   Yes, I do see the street.

20     Q.   Then do you see the Gonzalez family home

21 at basically the center of the picture?

22     A.   Yes, I do.

23     Q.   And then just -- this is just in general.

24 Across the street from the Gonzalez family home

25 there were the media tents where the media was, and

12

1  there were police barricades in front of the media

2  tents?

3      A.    Yeah.   I can see that.

4      Q.    At the end of the street there were more

5  police barricades.   Just in general there were

6  people behind the police barricades, correct?

7      A.    Yes.   I can see that in the picture.

8      Q.    This picture is just a general

9  representation of what the area looked like,

10 correct?

11     A.    Okay.  Well, I think so.  I mean it's kind

12 of a -- you know, hard to, you know, really to see

13 the difference, but I can see the people.  But I

14 was not there that night.  I mean that morning.

15     Q.    You were not there?

16     A.    No, I was not there.  I was in the house

17 behind Elian's house sitting on the sidewalk on

18 this side of the chain-link fence.

19     Q.    So if we look at the picture and see the

20 Gonzalez family home, we see a bunch of trees.  So

21 were you behind -- in a house behind those trees?

22     A.    Is that a house?  I don't know.  May I

23 talk to my lawyer about this?  Because I cannot

24 make it out.

25     Q.    Sure.

13

1     A.    I was not even there.

2     Q.    Here.

3     A.    No.  I never even saw that one; I mean

4  when I was there.

5     Q.    So you were on a chair --

6     A.    Yes, sir.  I am sorry.

7     Q.    -- behind -- on the property behind the

8  house where Elian was staying, correct?

9     A.    Not on the property.  I was outside the

10  property sitting on the sidewalk with my back to

11  the chain-link fence, without blocking any entrance

12  in or out.

13     Q.    So where you were sitting you could not

14  see the street in front of the Gonzalez family

15  home; is that correct?

16     A.    That's correct.

17     Q.    Okay.  Why were you at that location?

18     A.    I was told earlier on the speakers that

19  they needed some people over the back in the

20  sidewalk to sit over there, as support, moral

21  support.  And that's what I did.  It was my first

22  and last time that I can remember.  But I had

23  nothing to do with the people inside the house, and

24  I was not inside either Elian's house or the

25  people's in the house behind him or nothing like

14

1    that.   I was just sitting on a plastic chair, and

2    that's about it.

3        Q.    Now you were sitting on a chair.   Where

4    was the chair exactly?   Was it in front of the

5    house that you were?

6        A.    Yes, sir.   On the sidewalk.   It's like

7    (indicating) -- may I show you?   I mean I don't

8    know how to explain myself.

9        Q.    Sure.

10       A.    Okay.   I was sitting like this

11   (indicating) on a plastic chair.   And I believe it

12   was -- on my left it was the entrance to the house,

13   which -- it was closed, the chain fence.   And then

14   on my right it was the closed driveway fence.   It

15   was closed.   And I have nothing to do with either

16   side.   I was just sitting with my back to that

17   fence on the sidewalk.

18       Q.    Now from the other side of that fence, was

19   it the front yard of the house that -- it was the

20   front yard of a house, right?

21       A.    Yes, of the house behind Elian's house,

22   yes, sir.

23       Q.    Then behind that house was the backyard

24   and another fence, and then there was Elian's

25   house, right?

15

1      A.    I believe so.  I never even went to the

2    backyard.  So I don't know.  So I imagine.

3      Q.    Let me ask you this.  What alerted you to

4    the presence of the INS?

5      A.    When I was shoved around, when I was

6    pushed, I could see one back.  Then I saw another

7    one.  And they had on what looked like in English,

8    type of uniforms.  I never saw a badge or anything

9    like that.  In the back one of them say INS.  The

10    other one said border patrol.  And that's the only

11    thing I know.

12      Q.    So let me get this straight.  You are

13    sitting there with your back to the fence in a

14    chair, and you see law enforcement officers coming

15    toward you.  One said INS and one said border

16    patrol on the uniforms?

17      A.    No, sir.  No, no, no.  When they rush,

18    screaming at me, shouting, it would be -- you know,

19    the right word I believe is shouting, loud, "Don't

20    move, don't move, I shoot, I shoot.  You want to

21    die?  You want to die?"

22          I had no idea who the hell they were.  I

23    saw no tags on the front of the clothing.  They

24    never said who they were.  At first I was in shock

25    and I asked, "Who are you?"  I mean I was even

16

1    sleeping in a way.  I was very tired.  And I

2    thought for a second it would be like the FBI,

3    something was going on, you know, some problem that

4    I didn't know about it.  And they never answer me

5    back.  Then when they start saying, "Don't move, I

6    shoot you, I shoot you," I said -- I say, "Who are

7    you?  Who are you?"  They didn't respond.

8         One of them, which it looks like leader of

9    the group -- and the only thing I can see more or

10   less -- because I have been -- while all of this is

11   going on, I have been shoved, pushed against the

12   fence.

13        Q.   When you say shoved --

14        A.   Yeah, shoved.

15        Q.   Shoved.

16        A.   I cannot pronounce it very well.  I am

17   sorry about that.

18        Q.   Go ahead.

19        A.   I was against the fence.  I mean through

20   all of this.  That's when I saw one of the back.

21   It says INS and Border Patrol.

22        Q.   Okay.

23        A.   And the leader said, "How do you say in

24   Cuban?"  And he started like laughing.  And that's

25   about it.  They never told me who they were.  And

1    to stand up and they pushed you against the fence.

2    Now you are telling me they threw you down on the

3    ground and walked all over your body?

4        A.    All of this.    They were -- let me put it

5    to you this way.    It was like conflict of telling

6    me what to do, different people at the same time.

7    "Get up with your hands up" and then, "put your

8    hands on the fence, put your hands on the fence."

9    After they told me to put my hands up and get up.

10   And I was being pushed through all of this.    I see

11   people walking around me that I don't know.    I was

12   scared to death.    I had no idea.    So I mean there

13   were -- different things down on me, and pushing,

14   and then telling me to go on the ground, and they

15   push me on the ground, on the sidewalk.

16       Q.    So the first thing they told you to do is

17   to get up, and they pushed you against the fence.

18   Then they told you to get you down on the ground;

19   is that correct?

20       A.    Yes.    All at the same time.    Different

21   people telling me different things at the same

22   time.    And I had been pushed into doing different

23   things.

24       Q.    Then when you were on the ground, were you

25   face down or face up?

22

1      A.    I was face down.

2      Q.    Okay. Face down on the ground?

3      A.    Yes, sir.

4      Q.    They told you not to move; is that right?

5      A.    Yes, sir.

6      Q.    Now are you telling me they actually

7   walked on you?

8      A.    Yes, sir, I do.

9      Q.    Did they put their foot on you or did they

10   actually walk across you?

11      A.    They put some of the feet that I felt on

12   my body.  It was around my thighs, behind my thigh

13   (indicating).

14      Q.    Were they trying to kick your legs apart?

15      A.    No.  I already had it that way.

16      Q.    So they put their feet on your thigh?

17      A.    Yes.  They were walking over me; my side,

18   my back.

19      Q.    They walked across your back?

20      A.    Yes, sir.  I could feel the weight in the

21   back.  And I am -- behind -- the side of my leg,

22   along behind my knee.  Because my knees was on the

23   ground, you know, when I was upside down with my

24   face on the sidewalk.  I could feel all this

25   pressure.

FERNANDEZ & ASSOCIATES   (305) 374-8868

56

1          THE WITNESS:  That's quite all right.

2      (Canizares Exhibit 2 is marked.)

3          MR. HANDLER:  These are plaintiff, Nancy

4      Canizares' response to Defendant's first

5      request for production of documents.

6          These are part of Exhibit 2?

7          MR. FARRES:  Because those last ones were

8      what we actually received from the different

9      doctors or hospitals she had gone to.  And we

10     received those after I sent you the first.

11         MR. HANDLER:  Then we will make this

12     second part of it Exhibit No. 3.

13     (Canizares Exhibit 3 is marked.)

14  BY MR. HANDLER:

15     Q.   With regard to the difficulty in seeing,

16  burning in your eyes and nose and difficulty in

17  breathing, how long did that last for?

18     A.   That lasted for a very, very long time,

19  very, very long time.

20     Q.   Days, weeks, months?

21     A.   I still have symptoms, and like the

22  rashes, my eyes.  I have a problem with sinus a

23  lot.

24     Q.   Let me stop you for a moment.  The

25  difficulty in seeing, when did that resolve?

57

1    A.    You mean that day?

2    Q.    Yeah.

3    A.    Or afterwards?

4    Q.    Well, from the point in time it started on

5    April 22nd, 2000, when did it resolve after it

6    started?

7    A.    That I can remember of, I could see a

8    little bit better after I put on some soda.  So I

9    could see better.  And but I still have irritated

10   eyes, watery eyes, and they burn a lot, they feel

11   like burning sensation in my eyes.  That went on

12   for -- I mean we talking about a month.  I still

13   have symptoms about it.  I mean not from -- as bad

14   as it was that day when it happen, but I still have

15   some of the symptoms with my eyes.  I am

16   nearsighted.  I have problems, you know, that way.

17   Q.    How long did the difficulty seeing last?

18   Can you give me a ballpark figure?

19   A.    I have no idea.  I have no idea.  I know

20   it went on for quite some time but I do not know

21   exactly.

22   Q.    The burning in your eyes and nose, can you

23   tell me when that resolved?

24   A.    Well, it hasn't been resolved yet.  I

25   still have symptoms because of it.

58

1    Q.    So you are saying your eyes still burn and

2  your nose still burns since you have been gassed --

3    A.    Yes.  Not constantly, sir.

4    Q.    -- since being gassed 4 years ago?

5    A.    It does.  I still have symptoms of it.

6    Q.    So --

7    A.    Remember, sir --

8    Q.    Let me stop you a second.  At the time

9  that you smelled the gas back in April 22nd, it

10  caused burning in your nose and your eyes, correct?

11    A.    Yes.

12    Q.    And you are saying that from that point up

13  to today's date, four years later you still have

14  that same sensation?

15    A.    Not exactly as bad as it was when it

16  happened that day, but I still have -- what you

17  call it?  A residue kind of symptoms because of it.

18    Q.    Such as?

19    A.    I still have, you know, like a runny nose

20  a lot and get real clogged.  My eyes is very dry.

21  I have problems with it a lot, you know, like even

22  seeing a lot of times it's very difficult for me, I

23  mean.  It gets better.  I put on some drops, some

24  warm water, but I still have symptoms that I didn't

25  have before, that I can remember of.

59

1    Q.   Has any doctor ever told you that the

2  problems with your eyes and your nose are related

3  to being gassed back in April 22nd of 2000?

4    A.   No, sir.

5    Q.   The rashes on your face, your neck and

6  hands, how long did those last?

7    A.   That had last for years.  I still have it.

8  I have itch, everything.  It -- it's -- it goes

9  like remission.  It could be like days.  And the

10  last time it's been like around two months but it

11  comes right back.  It's like never-ending story.

12    Q.   And do you receive any treatment for the

13  rashes?

14    A.   Yes, sir.

15    Q.   What kind of treatment?

16    A.   I have all the medications over there.  I

17  don't even know their name.

18    Q.   Did any doctor tell you it was as a result

19  of what happened to you on April 22nd, 2000?

20    A.   Nobody had told me anything that I knowed

21  of.

22    Q.   With regard to the headaches, how often do

23  those occur?

24    A.   Headaches, when I get tensions, when I get

25  nightmares.  I mean, I can last for hours.

FERNANDEZ & ASSOCIATES   (305) 374-8868

50

1    Q.    How often do they occur?  Once a day?
2  Once a week, once a month?
3    A.    I can get it probably like three or four
4  times a month.  We are talking about like the
5  migraine headaches?
6    Q.    Did you ever have these headaches prior to
7  April 22nd, 2000?
8    A.    I have had headaches before but it's not
9  this bad.
10   Q.    And do you take any medication for these
11  headaches?
12   A.    I take for pain, too, you know, like the
13  whole pain.  I take for pain.
14   Q.    What do you take?
15   A.    I will -- I don't know their names.  I
16  have it, you know.  I brought all -- I brought all
17  I could.
18   Q.    We will get there in a second.
19   A.    I don't know their names.
20   Q.    Has any doctor ever told you that the
21  headaches you're experiencing have anything to do
22  with the events that occurred on April 22nd, 2000?
23   A.    No, sir.  They don't tell me anything.
24   Q.    All right.  Let me see your medications.
25   A.    Okay.  This is a nightmare (indicating).

1
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

2

3
           CASE NO. 03-20588 CIV MOORE

4

5
DONATO DALRYMPLE,

6
            Plaintiff,

7
      vs.

8
UNITED STATES OF AMERICA,

9
           Defendants.
----------------------------------x

10

11
                 99 N. E. Fourth Street
                 Miami, Florida

12
ORIGINAL         Tuesday 9:56 a.m.
                 May 11, 2004

13

14

15

16
        DEPOSITION OF ARTURO CASTELLANOS

17

18

19

20
       Taken on behalf of the Defendant

21
before LOIS E. GUFFEY, RDR, Notary Public in

22
and for the State of Florida at Large, pursuant

23
to a Notice of Taking Deposition filed in the

24
above cause.

25

      FERNANDEZ & ASSOCIATES   (305) 374-6868

2

```
 1      APPEARANCES:

 2

 3            JUDICIAL WATCH, INC.
              100 Southeast 2nd Street, Suite 3920
              Miami, Florida  33131-2148
 4            By:  ED FARRES, ESQ.
              Appearing on behalf of the Plaintiff.
 5
              U.S. DEPARTMENT OF JUSTICE
 6            1331 Pennsylvania Avenue, Northwest
              Washington DC 20004
 7            By:  STEPHEN E. HANDLER, Esq.
              Appearing on behalf of the Defendant.
 8
        Also present:  Albert De La Cerra, Interpreter
 9                      Isabel Duquesne-Garcia

10

              ***  I N D E X   ***
11

12

        WITNESS    DIRECT CROSS REDIRECT RECROSS
13      ARTURO
         CASTELLANOS   3
14
        REPORTER'S NOTE:  This deposition started in
15      English and then proceeded through the
        interpreters at Page 10.
16
        CASTELLANOS EXHIBITS FOR IDENTIFICATION
17      1, Xerox of photo                17
        2, Xerox of photo           -    30
18

19

20                                          --

21

22

23

24

25
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

1    barricades or behind the barricades?

2        A.    I will repeat it.  There were two

3    barricades, the one that had the press people

4    behind it and the I was behind the other barricade

5    in front of the press.  In front of the house to

6    the left.

7        Q.    Okay.

8        A.    (In English) 20 feet from the door.  From

9    the gate.

10       Q.    Let me ask you this.  Where you were

11   standing was there a barricade between you and the

12   INS officers that arrived?

13       A.    Yes.

14       Q.    Okay.  Because where you drew your circle

15   on Exhibit 1 you were in front of the barricade and

16   there is no barricade between you and where the INS

17   officers pulled up in the vans.

18       A.    (In English) Wrong place.

19            But the aerial photograph confuses you

20   because being -- instead of being taken from the

21   front, it's more or less taken from behind.

22       Q.    Okay.  Now I want you to look at this

23   photograph very carefully.  This area right here is

24   where all of the media people were located.

25       A.    Exactly.  Behind the barricade.

1     Q.    And at the end of the street there was

2  another barricade.

3     A.    I was behind the other barricade.

4     Q.    Okay.  You have to listen to my question.

5  Now were you in the street in front of the

6  barricades or were you behind the barricades?  Is

7  this --

8     A.    I was behind the barricade in front of the

9  press people.

10    Q.    If you were -- so were you behind these

11  white tents then?

12    A.    I don't recall well.  I can't be certain

13  because I can't realize it looking at it from

14  above.  The aerial view is very difficult.

15    Q.    Let me show you this photograph.  It's the

16  same thing, just taken a little farther away.  Is

17  it more helpful?

18    A.    It's a little bit confusing but -- well.

19  In front of the house here.

20    Q.    Correct.

21    A.    (In English) That would be like from

22  the --

23          (Through the interpreter) I would be about

24  20 feet away from the front of the house next to

25  the press.  I was always right next to it.  What I

1  recall is to the left-hand side in the front of the

2  house about 20 feet.  That's the best calculation I

3  can give you.

4      Q.   So when you were -- where you were located

5  there was a barricade in front of you; is that

6  correct?

7      A.   Exactly, yes.

8      Q.   So you were -- were you always behind the

9  barricade?

10     A.   At the moment that they arrived I was

11  behind the barricade.  Before that we would move in

12  different directions because the police never said

13  that you couldn't move, that you couldn't be there.

14     Q.   I heard that.  Okay.  At any point in time

15  when the INS an the officers were there did you

16  ever go past the barricade into the street?

17     A.   I stayed exactly in the same place because

18  of the shock that that gave me.  I didn't know what

19  to do.

20     Q.   At that time you could understand English?

21     A.   Yes.

22     Q.   Do you remember the INS officers getting

23  out of the van and saying, "Federal officers, stay

24  back behind the barricade"?

25     A.   Remember, that that was a night -- it was

FERNANDEZ & ASSOCIATES   (305) 374-8868

1    to the right or the left, because they were totally

2    disoriented.

3        Q.    Did you come into any physical contact

4    with any of the law enforcement officers?

5        A.    Because of the distance that I was at,

6    that couldn't happen.  I was towards the left-hand

7    side and they were on -- towards the right-hand

8    side where the cars were parked, opposite from

9    where I was.

10       Q.    Did you see any of the law enforcement

11   officers come into physical contact with anyone?

12       A.    Going towards them, on top of them, yes.

13   Looking for them.  Go towards them.

14       Q.    What did you see?

15       A.    Like a threat from them with the gas guns.

16       Q.    So you saw officers spraying people with

17   gas?

18       A.    Yes.  They sprayed all of us.  Yes.

19             (In English) it was a big gun.

20             (Through the Interpreter)  That was the

21   one that did the most harm.

22       Q.    Now where was the officer that was

23   spraying the gas?  Where was he located?

24       A.    They were more or less at the back of the

25   van, and they walked towards the door, and they

34

1   face, correct?

2       A.      Well, I received it anyway.

3               (In English) The winds and -- had spray,

4   is coming in our direction, anyway, because of the

5   wind.

6       Q.      I guess my question is, did an officer

7   come directly at you and spray you right in the

8   face?  Yes or no.

9       A.      They sprayed all of us, the whole group

10  that was there, not specifically any one person.

11  All of us.

12      Q.      So you were not sprayed directly in the

13  face with an officer; is that correct?

14      A.      I think we were all sprayed.

15      Q.      You have to listen to my question

16  carefully, okay?  Did an officer approach you

17  personally and spray you in the face with the

18  spray, as opposed to just spraying generally to the

19  crowd?

20      A.      No.  He sprayed -- he sprayed the whole

21  crowd, doing this movement like this (indicating),

22  back and forth, back and forth, a few times (In

23  English) until he emptied the holder, packet of

24  gas.

25      Q.      Why don't you tell me how the gas affected

1   you.

2        A.     It affected my breathing.   It made my eyes

3   water.   It was red.   And headaches.   That's all.

4        Q.     I think you told me before that the

5   headaches lasted for about 45 days?

6        A.     Yes.

7        Q.     And the difficulty with breathing, how

8   long did that last?

9        A.     Almost the whole year.

10       Q.     And the watering of the eyes, how long did

11   that last?

12       A.     Well, more or less like in between the

13   two.   The thing that affected me the most and

14   lasted the whole year was my breathing.   The

15   headaches went away after about 45 days, and a few

16   days after that the watering and redness of the

17   eyes got better.

18       Q.     Did you go receive any treatment for the

19   effects of the gas?

20       A.     No.   I think that will go away little by

21   little.   I didn't think it would, no.

22              (In English) Go away.

23       Q.     With regard to what occurred to you on

24   April 22nd, 2000 did you have any emotional

25   problems?



EXHIBIT

19 | 5-11-04

A. Castellanos

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2
               Civil Action No. 03-20588-CIV-MOORE
3
     DONATO DALRYMPLE, et al.,
4
                       Plaintiffs,
5
6    vs.
7    UNITED STATES OF AMERICA,
                       Defendant.
8    _____/
9
                           99 Northeast 4th Street
10                         Third Floor
                           Miami, Florida 33132
11                         March 18, 2004
                           3:00 p.m. - 3:30 p.m.
12
13        ORIGINAL
14
15                      DEPOSITION OF
16                      BLANCA CHILS
17
18
19          Taken before Sonnia Martinez, Notary
20   Public for the State of Florida at Large,
21   pursuant to Notice of Taking Deposition filed
22   in the above cause.
23
24
25
```

```
 1                    APPEARANCES

 2
         Judicial Watch, Inc.
 3       By: Ed Farres, Esquire
         100 Southeast 2nd Street
 4       Bank of America Tower
         Suite 3920
 5       Miami, Florida 33131
         appearing on behalf of the
 6       Plaintiffs.

 7       Stephen Handler,
         Trial Attorney
 8       U.S. Department of Justice
         Torts Branch, Civil Division
 9       Benjamin Franklin Station
         P.O. 888
10       Washington, D.C. 20044
         appearing on behalf of the
11       United States of America.

12
     ALSO PRESENT:
13
         Isabel Garcia-DuQuesnes
14       Alberto de la Cerra, Interpreters.

15

16                      INDEX

17         WITNESS                  DIRECT

18      Blanca Chils                  3

19                     EXHIBITS

20      Chils No. 1           Page  9--

21      Chils No. 2           Page 17

22      Chils No. 3           Page 19

23      Chils No. 4           Page 20

24

25
```

12

```
1        A.    Very close to here.

2        Q.    Okay.   All right.

3              So you've drawn a circle on Exhibit

4   Number 1 just in the general area where you

5   were when the Federal officers arrived;

6   correct?

7        A.    Yes.

8        Q.    Okay.   Now, you said that there

9   were people that were pushing you from behind?

10       A.    Yes, from the back, they came from

11  the back.   Bunches of people came from the

12  back.

13       Q.    Okay.

14       A.    When I started to feel the effects

15  of that gas that I was choking, I said to

16  myself, let me get away from here because

17  they're going to kill me, and I don't know how

18  they had taken one of my shoes off.  When I

19  turned over here to my left was my son and when

20  I turned to the other side to leave, I tripped

21  and Mrs. Lenia was thrown the ground.  On the

22  ground.

23            So I asked her, can I help you in

24  any way?  I wanted for her to leave because she

25  was telling me that she could not get up.  And
```

1   so then I said, oh, no God, I'm leaving because

2   they're going to kill me over here.

3          Q.   Okay.   When you were behind the

4   barricades and the officers started to arrive,

5   did you see protesters jump across the

6   barricade and run towards the Gonzalez family

7   home?

8          A.   Yes, all the people that were behind

9   me jumped to get in.

10          Q.   They went over the police barricades

11   and ran up to the Gonzalez home?

12          A.   The protesters, yes, they pushed

13   down bar barricades.   My son was over there in

14   front also but I turned and I left.

15          Q.   Okay.

16               Now when the people jumped over the

17   barricades did the officers spray the gas

18   before or after the people jumped over the

19   barricades?

20          A.   This was a matter of seconds, the

21   people yelling and jumping and they throwing

22   that gas.

23          Q.   So to you, it all happened at the

24   same time?

25          A.   It was chaos.

1   were always open.  And people would come and

2   ask permission to go to the bathroom; others

3   would ask permission to drink some water and

4   others would sleep in the yard in my house and

5   others would come to pray at my house.

6          Q.    Okay.  Hold on a second.

7                You have to listen to my question,

8   please.  When the Federal officers arrived,

9   did any of the Federal officers touch you in

10  any way?

11         A.    No.

12         Q.    Okay?

13         A.    No, I was at some distance.

14         Q.    Distance away from the officers?

15         A.    Yes.  The officers were at Elian's

16  house over here and we were over here with a

17  house in between where the barricades were

18  located.

19         Q.    Okay.  Did you see people throwing

20  objects at the officers from behind the

21  barricades?

22         A.    Yes, in truth, yes.

23         Q.    And that occurred before the gas

24  started; didn't it?

25         A.    No, one they threw the gas.

21

1    the officer and the protesters, all of them in

2    front of the barricade and you see what looks

3    like gas; correct?

4         A.    Yes.

5         Q.    Okay.

6               And you were behind the barricade;

7    correct?

8         A.    Yes.

9         Q.    So would it be reasonable to

10   conclude that the officers were spraying the

11   protesters that were in front of the barricade

12   and some of that tear gas got on you?

13        A.    Yes.  I was right at the barricade

14   in the first line.  I was not to the back.

15        Q.    Okay.  How far away were you from

16   the guy that was spraying the gas?

17   Approximately.

18        A.    There was a house in between there

19   and there Elian's house and there's almost at

20   Elian's door on the street, but more or less at

21   that distance.

22        Q.    Okay.  I'm not sure you understood

23   my question.  When you got gassed, how far

24   away was the person spraying the gas, how far

25   away from you?

```
 1        A.    This man was of at a distance of

 2   perhaps twice the length of this room, perhaps

 3   a little bit more.

 4        Q.    So 20 feet?

 5        A.    Possibly.  I'm not good calculating

 6   distances but it but was about twice the length

 7   of this room, more or less.

 8        Q.    Let me just see.  We're going to

 9   measure the room.

10        A.    Two times.

11        Q.    This room is about 20 feet long.

12        A.    Let's say 40, 50 feet.

13        Q.    Okay.  So the guy sprayed the gas

14   about 40 or 50 feet away from you and then you

15   got hit with the gas; correct?

16        A.    More or less, he sprayed that on all

17   the people that were over there because he

18   pointed the thing over there.

19        Q.    Okay.

20              And when he was spraying the gas

21   there were people in the street in front of the

22   barricade; correct?  Like in Exhibit Number 4.

23        A.    What do you mean on the other side

24   of the barricade.

25        Q.    Okay.  You were at the barricade,
```

1   behind the barricade?

2        A.   The smoke, they put that out when

3   they knocked the barricades down.  That's what

4   I saw.

5        Q.   Okay.   So the people knocked the

6   barricades down and then the gas went?

7        A.   Yes, that was what I was able to

8   perceive in that crazy moment.

9        Q.   Okay.

10        Now, you said the guy shooting the

11   gas was about 40 to 50 feet away from you;

12   correct?

13        A.   Yes, from the barricade.

14        Q.   Okay.

15        Now, between you and the guy

16   shooting the gas were there other protesters in

17   between?

18        A.   Perhaps a couple of people.  I don't

19   know.  I don't know.  I don't know.

20        Q.   Why don't you tell me how the gas

21   affected you.

22        A.   Well, the first thing was the eyes,

23   it got you in a bad way, and then you felt like

24   coughing.  And then you really can't see and

25   then I looked over here and I saw my son and on

23

 1  behind the barricade?

 2       A.   The smoke, they put that out when

 3  they knocked the barricades down.   That's what

 4  I saw.

 5       Q.   Okay.   So the people knocked the

 6  barricades down and then the gas went?

 7       A.   Yes, that was what I was able to

 8  perceive in that crazy moment.

 9       Q.   Okay.

10            Now, you said the guy shooting the

11  gas was about 40 to 50 feet away from you;

12  correct?

13       A.   Yes, from the barricade.

14       Q.   Okay.

15            Now, between you and the guy

16  shooting the gas were there other protesters in

17  between?

18       A.   Perhaps a couple of people.  I don't

19  know.  I don't know.  I don't know.

20       Q.   Why don't you tell me how the gas

21  affected you.

22       A.   Well, the first thing was the eyes,

23  it got you in a bad way, and then you felt like

24  coughing.  And then you really can't see and

25  then I looked over here and I saw my son and on

1   the other side I saw this lady and I think I

2   was going to tumble because I was going to go.

3         Q.   So it affected your eyes and you

4   couldn't see?

5         A.   Yes, for sometime after that I

6   bought eye drops, but not prescription ones,

7   from the pharmacy.

8         Q.   And how long did it take for your

9   eyes to get back to normal?

10        A.   Well, I put water in my eyes and I

11  took eye drops and I was taking eye drops for

12  about a month.

13        Q.   So after about a month, your eyes

14  were back to normal?

15        A.   Well, let's say they got to be

16  normal because they'll never become normal

17  again.  I've never gone to the eye doctor.  I

18  feel panic when I go see a doctor.

19        Q.   What about the coughing, how long

20  did that last?

21        A.   The same time, more or less.  The

22  both things went away about the same time.

23             The desire to vomit is caused by the

24  coughing.  Once the coughing goes away, you

25  don't feel the urge to vomit anymore, either.

1    Q.    So within about a month your eyes

2    and coughing problems resolved?

3    A.    Yes, it had gone away.

4    Q.    Okay.

5    A.    They went away little by little.

6    Q.    Did you have any other affects from

7    the gas other than the problem with your eyes

8    and the coughing?

9    A.    Well, my mind is confused on the

10   dates.  I just -- I can't remember dates.  I

11   was hospitalized because I had a bout of high

12   blood pressure that I had.  I don't know if it

13   was a result of this incident or it was for a

14   different reason.

15   Q.    So you're not saying your

16   hospitalization had anything to do with this

17   event; is that correct?

18   A.    No, I'm not certain.

19   Q.    With regard to the effects of the

20   gas, did it have any other effects upon you

21   other than with your eyes and your coughing?

22   A.    Just the eyes, the eyes.

23   Q.    And the coughing?

24   A.    And coughing, but that went away.

25   Q.    Okay.  Other than the effects of the

1    gas, did you sustain any other physical injury

2    on April 22, 2000?

3         A.   No.  No.

4         Q.   Did you get any medical treatment

5    for the effects of the gas?

6         A.   The problem is, I didn't have

7    insurance yet, that's why I was using the eye

8    drops that I would buy on the street.  Sometime

9    later, I can't tell you the exact time, I felt

10   badly and I had to go to the hospital because

11   of the high blood pressure, but I couldn't say

12   the time.  And I had to pay for that because I

13   didn't have medical insurance.  But I'll repeat

14   it again, I don't know about the date or if one

15   thing has anything to do with the other because

16   I don't like to lie.

17        Q.   So would it be fair to state that

18   with regard to the effects of the gas on you,

19   you did not seek any medical treatment; is that

20   correct?

21        A.   No.

22        Q.   Is that correct?

23        A.   Yes.

24        Q.   Okay.

25             Now, did you have any emotional



PLAINTIFF'S
EXHIBIT
# 1

Bianca Chils

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2
             Civil Action No. 03-20588-CIV-MOORE
3
      DONATO DALRYMPLE, et al.,
4
                        Plaintiffs,
5

6      vs.

7      UNITED STATES OF AMERICA,
                        Defendant.
8      _____/

9
                          99 Northeast 4th Street
10                        Third Floor
                          Miami, Florida 33132
11                        March 18, 2004
                          2:00 p.m. - 2:45 p.m.
12

13          ORIGINAL

14

15                    DEPOSITION OF

16                     JUAN CHILS

17

18

19          Taken before Sonnia Martinez, Notary

20     Public for the State of Florida at Large,

21     pursuant to Notice of Taking Deposition filed

22     in the above cause.

23

24

25
```

```
 1                          APPEARANCES

 2

            Judicial Watch, Inc.
 3          By: Ed Farres, Esquire
            100 Southeast 2nd Street
 4          Bank of America Tower
            Suite 3920
 5          Miami, Florida 33131
            appearing on behalf of the
 6          Plaintiffs.

 7          Stephen Handler,
            Trial Attorney
 8          U.S. Department of Justice
            Torts Branch, Civil Division
 9          Benjamin Franklin Station
            P.O. 888
10          Washington, D.C. 20044
            appearing on behalf of the
11          United States of America.

12
                          INDEX
13              WITNESS                DIRECT
            Juan Chils                    3
14                        EXHIBITS
            Chils No. 1             Page 13
15          Chils No. 2             Page 20
            Chils No. 3             Page 23
16          Chils No. 4             Page 24

17

18

19

20

21

22

23

24

25
```

```
1         Q.   Okay.  I'm going to show you what's
2    been marked as Juan Chils Exhibit Number 1, and
3    I think you might recognize the neighborhood.
4         A.   Yeah.
5         Q.   It's an aerial photograph of the
6    Gonzalez family home and the homes surrounding
7    it.  You see the Gonzalez family home in the
8    center?
9         A.   This is the house?
10        Q.   Yes.
11        A.   Okay.
12        Q.   Do you recognize it?
13        A.   Not really --  yeah, I can see the
14   flags, probably that's what it is.
15             That's a building.  This is the
16   street.
17        Q.   Yes?
18        A.   Oh, yeah, that's the house.
19        Q.   Okay.  So you do recognize this
20   photo?
21        A.   Uh-huh.
22        Q.   Okay.
23             So in the center of Exhibit Number 1
24   is the Gonzalez family home?
25        A.   Yes.
```

1      Q.   And outside the home is street?

2      A.   Yes.

3      Q.   That's your street, too; isn't it?

4      A.   Yeah, I think this way.

5      Q.   So your --

6      A.   This is the fence.

7      Q.   -- house is located behind the

8  barricade down the street.

9      A.   Yes, down the street.

10      Q.   Okay.

11      A.   The second house from the street

12  this way.

13      Q.   Okay.

14           You're pointing to the right side of

15  the photograph off the photograph; is that

16  correct?

17      A.   Okay.  This is -- okay, this is

18  Elian's street right here.  This street right

19  here, yeah.

20      Q.   I understand, but for the court

21  reporter we have to ascribe a little bit more

22  detail.  You're pointing to an area and you're

23  facing Exhibit 1 to the right off of the

24  photograph; is that correct?

25      A.   Yes.

1      Q.   Now, as soon as the Federal

2   authorities arrived, can you point to where you

3   were located?

4      A.   Okay.  This is the barricade, about

5   two houses, about -- probably right here.

6      Q.   Can you put an "X" there?  Okay.

7      A.   About two houses.

8      Q.   On April 22, 2000 when the Federal

9   authorities -- at the moment the Federal

10   authorities arrived you put an "X"

11   approximately where you were located; is that

12   correct?

13      A.   That's correct.

14      Q.   It's off the photograph to the

15   right?

16      A.   Correct.

17      Q.   And that's in the street?

18      A.   In the street, yes.

19      Q.   Okay.

20           So if I continue the street here a

21   little bit, the two lines, is that pretty much

22   correct?

23      A.   Correct.

24      Q.   Now, on this photograph here across

25   the street from the Gonzalez family home are

1    the media tents; correct?

2          A.    Yes.

3          Q.    And then there's police barricades

4    in front of them?

5          A.    Yeah.

6          Q.    And then at the end of the street

7    there was another police barricade and there

8    were generally people, you know, around that

9    barricade?

10         A.    Yes, correct.

11         Q.    You were beyond that down the street

12   a ways.

13         A.    I was like two houses.

14         Q.    Two houses down?

15         A.    Two houses.

16         Q.    So a couple hundred feet away?

17         A.    Yeah, around that.

18         Q.    Okay.

19               Now, what alerted you to the

20   presence of the Federal authorities?

21         A.    The screaming that they were taking

22   Elian or something like that.  They're taking

23   Elian or something about -- something like

24   that.

25         Q.    Okay.  As soon as you heard that,

```
1    what did you do?
2         A.    I run over here where my mother was
3    right in the front.
4         Q.    Okay.
5               So you ran to the front?
6         A.    The barricade.   The barricade.
7         Q.    You ran to the barricade.   Did you
8    pass it?
9         A.    No, I didn't pass it.   I was next to
10   my mother, run to my mother.
11        Q.    You ran to the barricade but did not
12   pass it; correct?
13        A.    Correct.
14        Q.    Okay.
15              And your mother was there and her
16   name is Blanca?
17        A.    Blanca, yes.
18        Q.    Okay.
19              And tell me what you saw?
20        A.    Okay.  People were screaming and
21   they were shaking the barricades and the police
22   start throwing gasses before anybody cross the
23   gate.
24        Q.    So the people behind the barricade
25   were shaking the barricades back and forth?
```

19

1          A.    Yeah, like don't take it -- I forgot

2     the words exactly.

3          Q.    Okay.

4                Now, did you see  -- could you see

5     the front of the Gonzalez family home?

6          A.    Barely.  Not completely a hundred

7     percent.

8          Q.    Could you see the street in front of

9     the Gonzalez family home?

10         A.    I saw like the corner like one

11    little sideway -- like half of the house I saw,

12    yes.

13         Q.    Okay.

14         A.    And I saw the police in the front,

15    yes, about three people in front.

16         Q.    Now, how close to the front of the

17    barricade did you get?

18         A.    I was touching the barricade.

19         Q.    You were touching the barricade?

20         A.    Yes.

21         Q.    So there would be nobody between you

22    and the barricade?

23         A.    No.

24         Q.    Okay.  So you could see anyone in

25    front of the barricade?

1         A.    Yeah.

2         Q.    Like, you know, 30, 40, 50 people?

3         A.    I would say like ten people in front

4    of me, about every side.  I couldn't tell you

5    exactly the amount.

6         Q.    Let me ask you this, I've taken

7    about 20 depositions, maybe 25 depositions?

8              MR. FARRES:  More like 35.

9    BY MR. HANDLER:

10        Q.    Okay, 35 depositions, and people

11   have told me -- some people told me that they

12   jumped over the barricade and ran to the

13   Gonzalez home.  You won't dispute their

14   testimony; will you?

15        A.    About four people jumped the fence

16   in front of me.  About four people jumped the

17   fence and only one run the way to Elian's

18   house.

19        Q.    Okay.

20        A.    One that I saw.

21        Q.    Because these people told me they

22   jumped, they went across the barricade before

23   the gas started.  You wouldn't dispute --

24        A.    I don't -- I don't -- see, --

25        Q.    You're not going to dispute their

```
 1   of the gas and I was kind of burning.  I was
 2   trying to look for my mother, you know.
 3              Q.   So did the section of the barricade
 4   fall down in front of you?
 5              A.   I was here, the one next to me, yes.
 6              Q.   The one next to you?
 7              A.   About two sections.
 8              Q.   And did you pass the barricade?
 9              A.   I passed the barricades.
10              Q.   And where did you go?
11              A.   I went like two feet and then I got
12   gassed in my face again and went down like this
13   trying to hold it.  When the guy was throwing
14   the gas, I went down and tried to hold my face
15   from the gas and I was looking for my mother.
16              Q.   Okay.  And then what did you do?
17              A.   My mother said, I'm leaving.  So my
18   mother left and right in that moment the vans
19   left and everybody was like, what happened,
20   everybody was in shock.
21              Q.   Okay.
22                   So when the barricades to your right
23   went down, you passed through it?
24              A.   Yes.
25              Q.   Went a couple of feet and you got
```

```
 1    gassed again?

 2          A.    Again, yes.

 3          Q.    And you found your mother and your

 4    mother said, I'm leaving.  She was beyond the

 5    barricade, too; correct?

 6          A.    She was behind.  She didn't pass the

 7    barricade.

 8          Q.    Oh,  she was behind you?

 9          A.    Yes, when they left, the police left

10    I passed the barricade when they leaving

11    already, the guys with the helmets, and that's

12    when I passed the barricades.  Then my mother

13    was there and she was looking for the shoe or

14    something like that, but she was like behind me

15    a little bit, like two feet behind.

16          Q.    Okay.  When you passed the

17    barricades, were the vans still in front of the

18    Gonzalez home or were they backing up?

19          A.    They were backing already leaving.

20          Q.    So you passed the barricades when

21    the vans were backing up?

22          A.    Backing up.

23          Q.    And that's when you get gassed

24    again?

25          A.    Yes.
```

1          Q.    And then did you retreat back behind

2     the barricades?

3          A.    No, because they were gone so I was

4     like -- everybody was in shock and I was trying

5     to help the people that was around.

6          Q.    Okay.

7                Did you come into any physical

8     contact with any of the officers?   Physical

9     contact?

10         A.    Explain physical.

11         Q.    Well, you were touched or not

12    touched?

13         A.    No.

14         Q.    So no officer touched you?

15         A.    No.

16         Q.    Did any of the officers touch your

17    mother?

18         A.    No.

19         Q.    When you got up to the front of the

20    barricade, before you got gassed did you see

21    the officers run up into the house?

22         A.    No.

23         Q.    Okay.   When you got to the front of

24    the barricade, did you see the officers come

25    out of the vans?

39

1      A.   The guy was asking, why, why, and

2   they just push him down and -- I know -- when

3   he got up from the floor he was bleeding on the

4   right side, about the temporal side, this area

5   right here.

6      Q.   On the right side of his face?

7      A.   Yes.

8      Q.   Did you see how he got injured?

9      A.   No.  I mean, I know they push him

10  down but I wasn't looking right there because

11  of the gas.  I was like lowering my head down.

12     Q.   So you didn't see how he was

13  injured?

14     A.   No.  I know the police push him down

15  and he got that bleeding but I didn't see

16  anything else.

17     Q.   Okay.  Did you see any other

18  contact between officers and protesters?

19     A.   Touching, no.

20     Q.   With regard to the gas, how did it

21  affect you?

22     A.   The gas to me.

23     Q.   The gas to you?

24     A.   The burnt eyes, my throat was

25  hurting.  It was hard for me to breathe for

1    some time.  I forget how long it was.

2         Q.    How long did all these effects last?

3         A.    I would say about three weeks.

4         Q.    Did you receive any medical care?

5         A.    I didn't went to a doctor but I was

6    working with EMT doctors so some of them, they

7    were looking at me, stuff like that.  But

8    nothing really because it's a private hospital.

9         Q.    When did you do this?

10        A.    Same day at work, the next day.

11        Q.    Okay.

12              What kind of treatment did they

13   provide?

14        A.    No, they just look at me and they

15   say, okay, don't worry about it, just put --

16   add water, take some of those over-the-counter

17   prescriptions for allergies and -- like gargle,

18   irrigate, so most of the stuff come out.  I

19   forgot exactly -- nothing over --

20   prescription.

21        Q.    Okay.  So you just bought some

22   over-the-counter medication for your eyes and

23   for your throat?

24        A.    Yes.

25        Q.    Okay.



PLAINTIFF'S
EXHIBIT
# 1

JuanChils

1

1

2

3          UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
4
              CASE NO. 03-20588 CIV MOORE
5

6   DONATO DALRYMPLE,

7              Plaintiff,

8       vs.

9   UNITED STATES OF AMERICA,

10             Defendant.
    -------------------------------x
11

12

13                      99 N. E. Fourth Street
                        Miami, Florida
14                      August 11, 2004
                        11:12 a.m.

15                              COPY

16

17       DEPOSITION OF SANDRA MARIA COBAS

18

19       Taken on behalf of the Defendant

20   before LOIS E. GUFFEY, RDR, Notary Public in

21   and for the State of Florida at Large, pursuant

22   to a Notice of Taking Deposition filed in the

23   above cause.

24

25

```
 1        APPEARANCES:

 2            LAW OFFICE OF LARRY KLAYMAN

 3            540 Brickell Drive, Unit 732

 4            Miami, Florida 33131

 5            By:  LARRY KLAYMAN, ESQ.

 6            Appearing on behalf of Sandra Cobas.

 7

 8

 9            U.S. DEPARTMENT OF JUSTICE

10            1331 Pennsylvania Avenue, Northwest

11            Washington DC 20004

12            By:  Stephen E. Handler, Esq.

13

14            And Dimple Gupta, Esq.

15            RFK Main Justice Bldg,  Room 3613

16            950 Pennsylvania Avenue, NW

17            Washington, DC 20530

18            Appearing on behalf of the Defendant.

19

20

21

22

23

24

25
```

17

1    A.    Yes.

2    Q.    Okay.   Let's just mark this as Exhibit No.

3    1.

4       (Sandra Cobas Exhibit  1 is marked.)

5    BY MR. HANDLER:

6    Q.    So in Exhibit No. 1 you would agree that I

7    am pointing to the roof of Lazaro Gonzalez's home?

8    A.    Correct.

9    Q.    I am going to put his initials on that

10   roof, LG, for Lazaro Gonzalez, okay?

11   A.    Yes.

12   Q.    Now this picture wasn't taken on April

13   22nd, 2000 but it was taken sometime before.   But

14   we are just using it just to orient ourselves to

15   your testimony where you were and what you were

16   doing.   Okay?

17   A.    Correct.

18   Q.    Now in front of Lazaro Gonzalez's home

19   across the street there were the media tents,

20   correct?

21   A.    Yes.

22   Q.    And there was a barricade in front of

23   them?

24   A.    Correct.

25   Q.    Then there is a barricade cutting off the

1   street where, in general, protesters and other

2   people stood behind, correct?

3        A.   Correct.

4        Q.   Now can you tell me where you were located

5   shortly before the arrival of the law enforcement

6   officers on April 22nd, 2000?

7        A.   Right here (indicating).

8        Q.   Okay.

9        A.   There's a tent.  Where the tent finishes,

10  where the barricade is right there.

11       Q.   I have my pen where you were pointing.

12  That's behind the barricade; is that correct?

13       A.   Yes.  Correct.

14       Q.   Do you mind if I make a circle right

15  there?

16       A.   Yeah.

17       Q.   I am making a circle just in the general

18  area you were.  It's a dark circle.  So I put a

19  circle on Exhibit 1 behind the barricade away from

20  Lazaro Gonzalez's home in the general area where

21  you were located shortly before the law enforcement

22  officers arrived on April 22nd, 2000, correct?

23       A.   Correct.

24       Q.   Now what were you doing in this area; do

25  you remember?

23

1    went?

2        A.    They looked like they were running towards

3    the Gonzalezes.

4        Q.    Home?

5        A.    Yes.

6        Q.    Up the front porch?

7        A.    Some were running to the Gonzalezes,

8    others were going straight on up.

9        Q.    When you say straight on up you mean --

10       A.    Front barricades.

11       Q.    At that time did you see people from

12   behind the barricade jump over the barricade and

13   run toward the Gonzalez home?

14       A.    No.

15       Q.    Did you jump over the barricade?

16       A.    No.

17       Q.    Did you move closer to the front of the

18   barricade?

19       A.    I moved towards the barricade.

20       Q.    Why did you do that?

21       A.    To see what was happening.

22       Q.    Okay.  And how close did you get to the

23   front of the barricade?

24       A.    Right to the barricade.

25       Q.    Before the gas was sprayed, what else did

24

```
1   you see the officers do?

2        A.    Just screams, yells.

3        Q.    What were they yelling?

4        A.    "Get back, get back."  Something like

5   that.  "Get back."

6        Q.    Did you hear the officers say, "Get back

7   behind the barricades"?

8        A.    I didn't hear barricade.  I just heard,

9   "Get back."

10       Q.    "Get back, get back"?

11       A.    And they started spraying.

12       Q.    And they started spraying?

13       A.    (Witness nods head.)

14       Q.    Is that a yes?

15       A.    Yes.

16       Q.    I apologize for --

17       A.    No.

18       Q.    -- for reminding you, but when you shake

19   your head like that she --

20       A.    She can't say it.

21       Q.    She's writing "shakes head."  Before the

22   gas was sprayed did you see people from behind the

23   barricade throwing objects at the officers?

24       A.    What was the question again?

25       Q.    Before the gas was sprayed did you see
```

28

1        Q.    Well, at the time the vans were in front

2   of Lazaro Gonzalez's home.

3        A.    No.  No.  Because the vans and the gas and

4   everything.

5        Q.    Blocked your view?

6        A.    You couldn't see.  Yeah.

7        Q.    Before the gas was in the area did you see

8   any confrontation between the law enforcement

9   officers and anyone else?

10       A.    I don't remember.

11       Q.    Did you come into physical contact with

12  any law enforcement officer at any point in time?

13       A.    No.

14            MR. KLAYMAN:   I am sorry.  Want one?

15            MR. HANDLER:  What are they?

16            MR. KLAYMAN:   Mints.

17            MR. HANDLER:  No.  That's okay.

18       (Discussion off the record)

19  BY MR. HANDLER:

20       Q.    Anyway, I am sorry.  Let's continue.

21  Okay.  Now did you observe any of the officers

22  actually spraying the gas?

23       A.    Yes.

24       Q.    And can you -- do you remember what the

25  officer looked like, in terms of how he was

FERNANDEZ & ASSOCIATES   (305) 374-8868

33

1       A.    Yes.

2       Q.    And when he sprayed, the people backed up;

3  is that correct?

4       A.    Yes.

5       Q.    And then the people came up forward again,

6  and they sprayed again; is that right?

7       A.    Well, at that time what happened to me

8  was, I like blacked out because of -- the gas was

9  so bad.  I -- I -- you know, I bent over and

10  (indicating).

11      Q.    So you were sprayed once and you blacked

12  out?

13      A.    Yes.  Not blacked out, that I fainted.

14  It's just -- I couldn't --

15      Q.    You couldn't see?

16      A.    Couldn't see and choked, and I couldn't

17  comprehend what was going on.

18      Q.    And so you don't know what everyone else

19  was doing, correct?

20      A.    No.  Just screaming, and I heard the

21  screaming.

22      Q.    Is that correct?  Once you got sprayed,

23  you couldn't see and you didn't know what else --

24  what everyone else was doing, correct?

25      A.    Correct.

36

1      A.    Yes.

2      Q.    -- barricade toward the other side of the

3    street, correct?

4      A.    Yes.

5      Q.    Now what I am interested in is were you

6    able to see what any of the law enforcement

7    officers were doing at this time?

8      A.    No.

9      Q.    Okay.  How many times were you sprayed?

10     A.    Once.

11     Q.    So would it be fair to state that, after

12   you got sprayed, that the law enforcement officers

13   finished whatever they were doing and left the area

14   and you didn't see what happened after you got

15   sprayed with regard to the law enforcement

16   officers?  Would that be fair?

17     A.    Say it again.

18     Q.    Let me ask it differently.

19     A.    Yeah.

20     Q.    After you got sprayed with the gas --

21     A.    Okay.

22     Q.    -- before the law enforcement officers

23   left with Elian, did you see what they were doing

24   in any respect?

25     A.    No.  I saw demonstrators, but not them.

37

1      Q.   Why don't you tell me how the gas affected

2   you.

3      A.   Shortness of breath, nausea, eyes.  That

4   was the first thing, the eyes, throat.

5      Q.   Your eyes and throat were irritated?

6      A.   Yes.  Very irritated.  Coughing, tightness

7   of chest.  I felt immobile for a minute there, like

8   distraught.

9      Q.   Anything else?

10     A.   Sad.

11     Q.   Physical effects of the gas.

12     A.   (Witness nods head.)

13     Q.   Is that it?

14          MR. KLAYMAN:   Let the record reflect the

15      witness is crying and shaking.

16          THE WITNESS:  Emotionally upset.

17   BY MR. HANDLER:

18     Q.   We will get to the emotions in a second.

19   With regard to all of the effects of the gas, how

20   long did they last?

21     A.   The eyes and throat, about a week and a

22   half.  The breathing was over a month.  I would

23   taste the gas in my mouth.

24     Q.   The breathing and shortness of breath is a

25   month?

38

1       A.    (Witness nods head.)

2       Q.    Is that a yes?

3       A.    Yes.

4       Q.    The nausea, how long?

5       A.    Nausea was like the next day.

6       Q.    Nausea was one.  What about the rest of

7    the symptoms of the effects of the gas, how long

8    did they last?

9       A.    I could taste the gas in my mouth and in

10   my throat, my lungs, for about a month.

11      Q.    So it would be fair to state that the

12   effects of the gas only lasted for about one month

13   total?

14      A.    The taste and the -- (witness nods head).

15      Q.    After a month all the effects had gone

16   away?

17      A.    No, no, no.  After a month, no.  Tightness

18   of the chest.

19      Q.    How long did the tightness of the chest

20   last?

21      A.    Stayed -- still is.  Still have that.

22      Q.    You still have that after four years?

23      A.    Yes.

24      Q.    And the coughing, how long did that last?

25      A.    That lasted I could say about four or

39

1    five months after.  I get repeated colds after.

2         Q.    And did you receive any medical treatment

3    for the effects of the gas?

4         A.    No.

5         Q.    And has the effects of the gas affected

6    your day-to-day activities at all?

7         A.    Oh, I forgot to mention something else.

8         Q.    Sure.

9         A.    Headaches.  Very bad headaches.

10        Q.    How long did the headaches last?

11        A.    They lasted for -- wow.  Still get them.

12   Not as tense like I used to be.

13        Q.    How often do they occur?

14        A.    About four times a week.  Because I would

15   wake up with real bad headaches then, too.

16        Q.    And has that subsided over the years?

17        A.    Somewhat.  Some, yeah.  But not

18   altogether, no.

19        Q.    So how often do you have headaches now?

20        A.    About twice a week.

21        Q.    Now have you ever had headaches prior to

22   April 22nd, 2000?

23        A.    No.

24        Q.    Never had any headaches?

25        A.    Never had any.

40

1    Q.   So the only time you ever had headaches --

2    A.   After.

3    Q.   Was after the event?

4    A.   After that.

5    Q.   Now has the effects of the gas ever

6 affected your day-to-day activities?  For example,

7 has it ever affected your ability to work?

8        MR. KLAYMAN:  Objection.  She's not

9    making a claim for lost wages.

10       MR. HANDLER:  I understand that.

11 BY MR. HANDLER:

12    Q.   You can answer.

13    A.   Right after the event or -- what are you

14 saying?

15    Q.   Did it affect your ability to go to work

16 every day and do your job?

17    A.   Yeah.

18    Q.   How did it affect it?

19    A.   I couldn't go to work.  How I felt.  The

20 breathing, the shortness of breath, crying.  I

21 would just cry.

22    Q.   And how long did it prevent you from going

23 to work?

24    A.   Maybe about a -- about three weeks after

25 that.





—1—

1           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
2
             CASE NO. 03-20588 CIV MOORE
3

4    DONATO DALRYMPLE,

5                 Plaintiff,

6           vs.

7    UNITED STATES OF AMERICA,

8                 Defendant.
     ------------------------------x
9

10

11                    99 N. W. Fourth Street
                     Miami, Florida
12                    August 12, 2004
                     4:10 p.m.

13

14

15          DEPOSITION OF DONATO DALRYMPLE

16

17          Taken on behalf of the Defendant before LOIS

18   E. GUFFEY, RDR, Notary Public in and for the State of

19   Florida at Large, pursuant to a Notice of Taking

20   Deposition filed in the above cause.

21

22

23

24

25                       **CERTIFIED COPY**

77

1  Q.    -- Exhibits 4 through 9, which are a series of

2  photographs that Alan Diaz took when you were with Elian

3  in bedroom number 2 on April 22nd, 2000, when the law

4  enforcement officer entered the room.

5  A.    That's correct.

6  Q.    And to the best of your knowledge, you have

7  put them in order from your memory of the series of --

8  A.    Yes; that's correct.

9  Q.    -- events?

10  A.    That's correct.

11  Q.    Okay.  So Exhibit No. 4 is the officer coming

12  into bedroom number 2; is that correct?

13  A.    Yes, it is.

14  Q.    Also known as the master bedroom, correct?

15  A.    Yes.

16  Q.    And Exhibit No. -- now, when Exhibit No. 4 --

17  when that shot was taken, you said that the officer

18  broke the door in or opened the door.  How did he get

19  in?

20  A.    You know, I don't know how they got in,

21  because I was inside the room.  They were on the

22  outside.

23  Q.    Okay.

24  A.    I just know the door flung open.

25  Q.    Flung open?

82

1      Q.    Okay.  So when the law enforcement officer

2  depicted in Exhibit 5 and 6, when he put his hand on

3  you, did he just place his hand on your arm?  His left

4  hand on your left arm?

5      A.    No.  You know something?  He wasn't trying to

6  do that.  He was trying to snatch Elian out of my arms.

7      Q.    But when he touched you, he placed his -- he

8  had his left hand on your left arm, right?

9      A.    No.  He never touched me.

10     Q.    He never touched you?

11     A.    No.  He was trying to grab for Elian.

12     Q.    But his --

13     A.    Elian is in my arm, right?

14     Q.    Right.

15     A.    He's trying to reach over to grab the boy.  He

16 didn't want anything with me.  The idea was Elian.

17     Q.    Right.  So the officer depicted in --

18     A.    And when he was pulling, I said, you know --

19 this is another thing I did say, for the record, is that

20 "You are going to rip his arms off.  You are going to

21 rip his arms off."  That's when I lifted up this other

22 arm here (indicating), my left hand, to defend him,

23 which is in the picture, because he was just going to --

24 he didn't care.  He was just going to snatch him out and

25 get out of there.

85

1     Q.    Okay.

2     A.    Okay.  That's when I said, "I will give him to

3  her.  I am not going to give him to you."

4     Q.    So --

5     A.    So I wasn't trying -- I want you to know by

6  any stretch of the imagination is that I never tried to

7  resist this man.  He tried to snatch him.  His -- you

8  know, just, you know, rip his arms like this.  I am

9  saying you ain't going to grab that kid like that.

10    Q.    Did he actually grab onto Elian's arm?

11    A.    Yes, he did.

12    Q.    He actually had his arm in his hand?

13    A.    Yes, he did.

14    Q.    Then you put up your left hand.  Did you knock

15  his hand away?

16    A.    Yes, I did.

17    Q.    And then you pulled back?

18    A.    I reared back.

19    Q.    Okay.  All right.

20    A.    But this all happened like within seconds.  So

21  when the girl appeared, that's when I handed him over.

22    Q.    But in the series of photographs that Alan

23  Diaz took --

24    A.    Okay.

25    Q.    -- we don't see the officer with his actual

FERNANDEZ & ASSOCIATES  - (305) 374-8868

—88—

1   touch him.

2            But he was trying to grab for him, and he

3   grabbed his arm, and then that's when I put up my hand

4   like this, because I figure the way he was snatching

5   him, if it was our son or daughter -- he wasn't doing it

6   like, you know, come here, baby, you know what I mean?

7   He was actually -- he could have hurt him.

8       Q.   I understand.  All I am trying to do is --

9       A.   Right.

10      Q.   -- interpret these pictures.

11      A.   Yes.

12      Q.   All we can do is look at the pictures.  Your

13  testimony is what it is.

14      A.   Right.

15      Q.   But in Exhibit No. 5, you claim that the

16  officer's hand is actually grabbing Elian's arm?

17      A.   Yes.  He's trying to -- he's trying to -- I

18  don't know which part of his -- what part of his arm

19  that it was grabbing, but he was going to grab this side

20  of him, the left side of him, because I am holding him

21  like this.

22      Q.   No.  I am not disputing --

23      A.   No, I am just saying that.

24      Q.   I am not disputing your memory --

25      A.   Right.

1   maybe like touching your body?

2          THE WITNESS:   What do you think, Paul?

3          MR. HANDLER:   No, no, no.   Either you know or

4       you don't know.

5          MR. ORFANEDES:   Describe what you're seeing in

6       the photograph.

7          THE WITNESS:   Oh, what I am seeing in the

8       photo.

9   BY MR. HANDLER:

10      Q.    Yeah, what you remember.

11         MR. ORFANEDES:   Is it correct?

12         THE WITNESS:   You know, looking at this

13      photograph, I mean, I am not trying to make it out

14      what it is, but I don't remember if he was still

15      trying to, you know, make sure that we weren't going

16      anywhere.   That's maybe what it looks like.

17         And he's looking at the photographer like an,

18      "ah," you know what I mean?   Because I know he

19      yelled at Alan, and he was saying, "Give me the

20      camera."   He screamed for the camera.

21   BY MR. HANDLER:

22      Q.    Let me ask you this.   After you knocked the

23   officer's arm out of the way, did he ever touch you

24   again, to your memory?

25      A.    No.

























1

1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

2
           CASE NO. 03-20588 CIV MOORE

3

4  DONATO DALRYMPLE,

5         Plaintiff,

6     vs.

7  UNITED STATES OF AMERICA,

8         Defendant.
  - - - - - - - - - - - - - - - - - - - - - - - - - - -x

9

10

11                  99 N. W. Fourth Street
                  Miami, Florida

12                 May 12, 2004
                 12:06 p.m.

13

14

15       DEPOSITION OF COSME DIAGO

16

17      Taken on behalf of the Defendant

18  before LOIS E. GUFFEY, RDR, Notary Public in

19  and for the State of Florida at Large, pursuant

20  to a Notice of Taking Deposition filed in the

21  above cause.

22

23

24                 ORIGINAL

25

```
 1     APPEARANCES:
            JUDICIAL WATCH, INC.
 2          100 Southeast 2nd Street, Suite 3920
            Miami, Florida  33131-2148
 3          By:  ED FARRES, ESQ.
            Appearing on behalf of the Plaintiff.
 4
            U.S. DEPARTMENT OF JUSTICE
 5          1331 Pennsylvania Avenue, Northwest
            Washington DC 20004
 6          By:  STEPHEN E. HANDLER, Esq.
            Appearing on behalf of the Defendant.
 7
       ALSO PRESENT:
 8          Isabel Duquesne, Interpreter
            Alberto De La Cerra, Interpreter
 9

10                        I N D E X
       WITNESS              DIRECT
11     COSME DIAGO              3

12
       COSME DIAGO EXHIBITS
13     1, copy of photo                    11

14

15

16

17

18

19

20

21

22

23

24

25
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

11



1  officers coming to Lazaro Gonzalez's home to take

2  Elian Gonzalez away on April 22nd, 2000, correct?

3      A.   Yes.

4      Q.   When the officers arrived, that occurred

5  very early in the morning on April 22nd, 2000,

6  correct?

7      A.   Yes.

8      Q.   At the time that occurred you were living

9- in an apartment building right next door to Lazaro

10  Gonzalez, correct?

11      A.   Yes.

12      (Cosme Diago Exhibit 1 is marked.)

13  BY MR. HANDLER:

14      Q.   Showing you what has been marked as

15  Exhibit No. 1 (indicating).  This is an aerial

16  photograph of the neighborhood where Lazaro

17  Gonzalez's home is located.

18      A.   Yes.

19      Q.   This was not taken on April 22nd, 2000 but

20  it gives us something to work with -- strike that.

21          This photograph will help understand your

22  testimony a little better.

23      A.   Yes.

24      Q.   Do you recognize the neighborhood in

25  Exhibit No. 1?

1      A.    Yes, I do.

2      Q.    In the center of the photograph is Lazaro

3  Gonzalez's home, correct?

4      A.    Yes.

5      Q.    Next door, the big square building is the

6  part of the building that you lived in, correct?

7      A.    Yes.

8      Q.    Could you put your initials on the roof of

9  that building that you lived in.

10     A.    My initials?

11     Q.    Yes.  Now on April 22nd, 2000 what alerted

12  you to the presence of the law enforcement officers

13  in your neighborhood?

14     A.    I felt the gases and I heard the noise

15  made by the people.

16     Q.    What kind of noise did you hear?

17     A.    Noise similar to, they are going to take

18  Elian away, they're going to take him out of here.

19     Q.    Okay.  When you heard the noises, what did

20  you do?

21     A.    That day I was sleeping in my room with my

22  little girl and my wife at that time.  When I heard

23  the noise, I had to just take off running

24  immediately.  And when I go to the window and look

25  downstairs, I see there is a person dressed in

18

```
1        Q.    Okay.  I thought you said you went to the

2   front and looked out to see what was going on?

3        A.    In the front, when I go to close down the

4   windows, I hear my brother yelling at my father.

5        Q.    Okay.  And what does he say?

6        A.    To come up.  Because he was he was down

7   there waiting to go to work, and he could see

8   everything.  He was -- he could see everything,

9   because he was in the front apartment and you could

10  see from there.

11       Q.    What's your brother's name?

12       A.    C-O-S-M-E D-I-A-G-O.

13       Q.    What did you hear your brother say to your

14  father?

15       A.    Hurry up and come up because they are

16  going to hurt you and all.  When I heard that, all

17  I did was close the windows.  Then I went to the

18  stairs, but then, when I get there, I see that he's

19  coming up the stairs with him.

20       Q.    Did you ever go outside to see what was

21  going on?

22       A.    Only down to the landing of the stairs but

23  I never went out of the building.

24       Q.    Before you came downstairs when you went

25  back to your apartment, did you ever look out any
```

1    Q.    So you couldn't see outside from the

2  landing?

3    A.    No.   There was a lot -- too much smoke

4  from the very gas they had sprayed.

5    Q.    Can you tell me whether or not you saw

6  anything else outside while the law enforcement

7  officers were there, other than what you initially

8  saw outside the window when you first looked out

9  from your bedroom?

10    A.    No.

11    Q.    You didn't come into physical contact with

12  any of the law enforcement officers; is that

13  correct?

14    A.    No.

15    Q.    Is that correct?

16    A.    He asked me if I contact or not with them?

17    Q.    Did you have any contact with any of the

18  officers, physical contact?

19    A.    No.

20    Q.    Did you have any conversations with any of

21  the officers at any time?

22    A.    No.

23    Q.    The only gas that you were subjected to

24  was the gas that came inside your building; is that

25  correct?

21

1     A.    And at the point in time that I was going

2  down the stairs.

3     Q.    But it was all inside the building.

4     A.    Yes.

5     Q.    Why don't you tell me how the gas affected

6  you.

7     A.    It irritated my eyes, I couldn't breathe.

8     Q.    Anything else?

9     A.    Are you asking physically, me only?

10    Q.    Yes.

11    A.    Scratchy throat, irritation of the eyes.

12    Q.    Anything else?

13    A.    No.

14    Q.    How long did the effects of the gas last?

15    A.    Two or three days, more or less.

16    Q.    Did you receive any medical treatment for

17  the effects of the gas?

18    A.    Not personally for myself, no.

19    Q.    Now let me ask you this.  If your daughter

20  had not been affected by the gas you would have

21  gone to work on April 22nd and April 23rd, correct?

22    A.    Yes.

23    Q.    Can you tell me how the gas affected your

24  daughter?

25    A.    If I would have put myself in her place,



EXHIBIT

19   /   5-12-
04

Cosme Diego



PLAINTIFF'S
EXHIBIT
#1

Blanca Chils

1            UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF FLORIDA

3          CASE NO. 03-20588 CIV MOORE

4

DONATO DALRYMPLE,

5           Plaintiff,

6

      vs.

7

UNITED STATES OF AMERICA,

8

          Defendant.

9  --------------------------------x

10

11             99 N. W. Fourth Street

12            Miami, Florida
               May 12, 2004

13            9:07 a.m.

14

15         DEPOSITION OF IDAIL DIAGO

16

17      Taken on behalf of the Defendant

18  before LOIS E. GUFFEY, RDR, Notary Public in

19  and for the State of Florida at Large, pursuant

20  to a Notice of Taking Deposition filed in the

21  above cause.

22

23

24                   ORIGINAL

25

2

```
 1    APPEARANCES:
          JUDICIAL WATCH, INC.
 2        100 Southeast 2nd Street, Suite 3920
          Miami, Florida  33131-2148
 3        By:  ED FARRES, ESQ.
          Appearing on behalf of the Plaintiff.
 4
          U.S. DEPARTMENT OF JUSTICE
 5        1331 Pennsylvania Avenue, Northwest
          Washington DC 20004
 6        By:  STEPHEN E. HANDLER, Esq.
      ---  Appearing on behalf of the Defendant.
 7
      ALSO PRESENT:
 8        Isabel Duquesne, Interpreter
          Alberto De La Cerra, Interpreter
 9

10                    I N D E X
      WITNESS            DIRECT
11    IDAIL DIAGO          3

12
      IDAIL DIAGO EXHIBITS
13    1, copy of photo                 17

14

15

16

17

18

19

20

21

22

23

24

25
```

FERNANDEZ & ASSOCIATES   (305) 374-3868



```
 1    the INS and other law enforcement officers going to

 2    Lazaro Gonzalez's house on April 22nd, 2000 to

 3    remove Elian Gonzalez, correct?

 4         A.    Yes.

 5         Q.    On the day that the officers arrived, that

 6    occurred very early in the morning, correct?

 7         A.    Yes.

 8         Q.    And you lived in an apartment right next

 9    door to Lazaro Gonzalez's home?

10         A.    Yes.

11         (Idail Diago Exhibit 1 is marked.)

12         Q.    I am marking Exhibit 1, which is an aerial

13    photograph of the neighborhood where Lazaro

14    Gonzalez lived.  This photograph is not taken on

15    the day when Elian was taken away but it's just to

16    help you and I to orient ourselves as to where

17    things occurred.  Do you recognize this

18    neighborhood in Exhibit 1?

19         A.    Yes, I do.

20         Q.    In the very center of the photograph, that

21    is Lazaro Gonzalez's home; is that correct?

22         A.    Yes.

23         Q.    Can you point to the building where you

24    lived in April of 2000?

25         A.    (Indicating).
```

18

1      Q.    Can you put your initials on the roof of

2  the building where you lived?

3      A.    (Indicating).

4      Q.    Okay.  Now prior to April 22nd, 2000 did

5  you participate with any of the protesters in any

6  fashion?

7      A.    No.

8      Q.    Were you ever a member of the organization

9  called Alpha 66?

10     A.    No.

11     Q.    Were you ever a member of any Cuban

12  organization?

13     A.    No.

14     Q.    Were you ever a part of any kind of

15  security or guard force for the Gonzalez family?

16     A.    No.

17     Q.    Did you know Lazaro Gonzalez?

18     A.    Yes.

19     Q.    How did you know him?

20     A.    Well, since the point that I arrived

21  there, he lived next to me.

22     Q.    So he was just a neighbor?

23     A.    A neighbor.

24     Q.    Did you ever engage in any type of social

25  activities with the Gonzalez family?

26



1    street?

2         A.    Well, yeah, yeah, but they were not all

3    jumbled up.  There were a few people out there in

4    front.

5         Q.    A few people, who?

6         A.    The law enforcement officers were over

7    here, and when I go over to my brother's house they

8    were also over here.

9         Q.    Wait.  Let's focus on one thing at a time.

10   When you are looking out the window, that's all I

11   am interested in right now.

12        A.    Yes.

13        Q.    We will get to the second part later.

14   When you are looking out the window -- what types

15   of people did you see in the street when you looked

16   out the window?

17        A.    Federal agents and a few people that

18   seemed like they had jumped, be able to jump the

19   barricade that were there.

20        Q.    Could you see -- at that time when you

21   were looking out the window, did you look in front

22   of Lazaro Gonzalez's home?

23        A.    Yes.  The first time, yes.

24        Q.    Could you see the people that jumped over

25   the barricade run toward the front of Lazaro



32

```
 1      A.   No.

 2      Q.   Did the officer say anything to your

 3 father before he got sprayed?

 4      A.   No.

 5      Q.   Did your father say anything to the

 6 officer before he got sprayed?

 7      A.   No.

 8      Q.   Did you see any of the officers put their

 9 hands up and with a motion to tell the -- your

10 father to go back?

11      A.   No.

12      Q.   Before any of the gassing started, when

13 you looked out the window, did you see protesters

14 throwing objects at the law enforcement officers?

15      A.   No.

16      Q.   All right.  So then you went downstairs

17 and you got your father and brought him back into

18 the apartment building, correct?

19      A.   Yes.  I brought him up the stairs.

20      Q.   When you went outside did you have any

21 physical contact with any of the law enforcement

22 officers?

23      A.   No.

24      Q.   Did you have any conversation with any law

25 enforcement officers?
```

33

1    A.    No.

2    Q.    When you went outside did you get sprayed

3  at all with any of the gas?

4    A.    No.   The gas had been sprayed already so

5  it was sprayed throughout.

6    Q.    So when you went outside you could smell

7  the gas?

8    A.    No, you could smell it.   It was already

9  toxic.

10    Q.    So when you were upstairs looking out your

11  window, did you open your window?

12    A.    Well, I -- I sleep with the window open

13  because we don't have air or anything.

14    Q.    So the window was already open.   When you

15  looked out the window you saw your father

16  downstairs, correct?

17    A.    Yes.

18    Q.    Could you -- and you could smell the gas

19  from up there?

20    A.    Yes.

21    Q.    So when you went downstairs and you got

22  your father, you could also smell the gas, correct?

23    A.    Yes.

24    Q.    Why don't you tell me -- strike that.   You

25  brought your father upstairs.   Did you ever go back

35

```
 1        A.    I saw them standing on the street with
 2   sticks and things like that, and some of them were
 3   spraying gas.
 4        Q.    Did you see protesters in the street?
 5        A.    There were some spread throughout.
 6        Q.    The street?
 7        A.    Yeah, on the street here.  There were some
 8   spread about.
 9        Q.    In front of Lazaro Gonzalez's home?
10        A.    Yes, on the street.
11        Q.    When you were outside helping your father
12   did you see any of the protesters throw anything at
13   the officers?
14        A.    No.
15        Q.    Why don't you tell me how the gas affected
16   you.
17        A.    It irritated my sight, my eyes.  I would
18   get it inside of me, and then I would start
19   coughing.
20        Q.    What else?
21        A.    That's all.  Just a little bit.  Sometime.
22        Q.    Few minutes?
23        A.    It lasted about 10 minutes, more or less.
24        Q.    And the eye irritation, how long did that
25   last?
```

36.

1      A.    That lasted more.

2      Q.    How long, though?

3      A.    That lasted a week plus, with the sight

4  very irritated.

5      Q.    So approximately one week?

6      A.    Yes, more or less.

7      Q.    Other than effects of the gas, did you

8  suffer any other physical injury on April 22nd,

9  2000?

10     A.    Well, with all this agitation, I had some

11  kind of pain in my back.

12     Q.    How did you get the pain in your back?

13     A.    After awhile, my being there, my back

14  started to hurt.  And anybody would tell me perhaps

15  it was just a movement that I made when I was

16  trying to bring my father in.

17     Q.    But that pain in your back was not caused

18  by any law enforcement officer; is that correct?

19     A.    No, no, no.

20     Q.    Did you receive any medical treatment for

21  the effects of the gas?

22     A.    For the gas?  No.

23     Q.    Did you receive any medical treatment

24  regarding the pain in your back?

25     A.    Yes, I did.



EXHIBIT
19    5-12-
      04
Idail Diago

1            UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF FLORIDA

3               CASE NO. 03-20588 CIV MOORE

4

    DONATO DALRYMPLE,

5                    Plaintiff,

6            vs.

7

    UNITED STATES OF AMERICA,

8

                     Defendant.

9       - - - - - - - - - - - - - - - - - - - - - - - - -x

10

11                                99 N. W. Fourth Street
                                  Miami, Florida
12      ORIGINAL                  May 12, 2004
                                  10:58 a.m.
13

14

15               DEPOSITION OF RAMON DIAGO

16

17          Taken on behalf of the Defendant

18      before LOIS E. GUFFEY, RDR, Notary Public in

19      and for the State of Florida at Large, pursuant

20      to a Notice of Taking Deposition filed in the

21      above cause.

22

23

24

25

FERNANDEZ & ASSOCIATES   (305) 374-8868

2

1   APPEARANCES:
        JUDICIAL WATCH, INC.
2       100 Southeast 2nd Street, Suite 3920
        Miami, Florida  33131-2148
3       By:  ED FARRES, ESQ.
        Appearing on behalf of the Plaintiff.
4
        U.S. DEPARTMENT OF JUSTICE
5       1331 Pennsylvania Avenue, Northwest
        Washington DC 20004
6       By:  STEPHEN E. HANDLER, Esq.
        Appearing on behalf of the Defendant.
7
    ALSO PRESENT:
8       Isabel Duquesne, Interpreter

9

10                  I N D E X
    WITNESS            DIRECT   CROSS   REDIRECT
11  RAMON DIAGO          3        30       30

12

    RAMON DIAGO EXHIBITS
13  1, copy of photo                       6
    2, copy of photo                      22
14  3, copy of photo                      23

15

16

17

18

19

20

21

22

23

24

25

FERNANDEZ & ASSOCIATES   (305) 374-8868

8

1    protest.

2        Q.   Okay.  On April 22nd -- strike that.

3             The apartment building, Exhibit No. 1,

4    your apartment windows are located on the side of

5    the building; is that correct?

6        A.   Yes, yes.  That's the way it is.

7        Q.   Can you circle all of the windows of the

8    apartment -- windows of your apartment?

9        A.   Because we live in the upper floor.

10       Q.   What about the one in the back; that one

11   is yours, too?

12       A.   Yes.  There is one in the back.  And there

13   was also one in the front.  There is also one in

14   the front.

15       Q.   In the front of the building?

16       A.   Yes.  In the front, facing the street

17   there is one.

18       Q.   All right.  If you looked out any of the

19   windows in your apartment, can you see the front of

20   Lazaro Gonzalez's home?

21       A.   Through where my son lived because -- yes,

22   we were and we are neighbors.  My son worked --

23   lived right next to Lazaro's house.

24       Q.   Just in your apartment only.  If you

25   looked out any of the windows of only your

9

1   apartment can you see the front of Lazaro

2   Gonzalez's home?

3       A.   Yes.  In the -- facing the street, if you

4   put your head out, then yes, you can see it.

5       Q.   Can you see between the fence and the

6   front door of Lazaro Gonzalez's home from the

7   window of your apartment?

8       A.   From the front?  From the side, no.  From

9   the front, yes.

10      Q.   Your front window is on the corner

11  farthest away from Lazaro Gonzalez's home, correct?

12      A.   Correct.

13      Q.   If you looked out that window, can you

14  describe -- can you see Lazaro Gonzalez's front

15  door?

16      A.   Just seeing, just looking out, no.  But if

17  you put your head out, then you can see the whole

18  front of the house.  You can see -- no, not the

19  total.  You see the front garden, but you have to

20  put your head out.  The whole front garden you can

21  see, front yard.

22      Q.   On April 22nd, 2000 the INS and the other

23  law enforcement officers came to Lazaro Gonzalez's

24  house very early in the morning, correct?

25      A.   Correct.

```
 1        Q.    Were you outside in front of your building

 2   before the officers arrived?

 3        A.    Well, when the officers arrived I was

 4   heading towards the outside because since I worked

 5   I -- we had to get up very early in the morning,

 6   and we would get up at 5:00 a.m.  So I would --

 7   they arrived at ten of 5:00, 15 of 5:00.  But since

 8   the streets were closed, I had to get -- to get my

 9   ride, I had to go to the main avenue, which was

10   27th Avenue, so yes, I was already up.

11        Q.    Did you see the officers pull up in their

12   vans in front of your building before you went

13   outside your building?

14        A.    No.  No.  They arrived when I was already

15   outside.

16        Q.    So where were you standing outside when

17   the officers arrived?

18        A.    In front of the building.  Right in front

19   of the building, right at the little door of the

20   small sidewalk, right in front of the building

21   where I live.

22        Q.    Is there a fence in front of your

23   building?

24        A.    Yes.  A small -- a low fence and a small

25   door that is closed.
```

18

1   where was he located?

2       A.   He was coming from one of the vans, from

3   where the vans were, and he was coming on the

4   sidewalk.

5       Q.   How far away was the officer from you when

6   you got sprayed?

7       A.   It was close, because I was more or less

8   here, and he went by more or less like behind you.

9   But I never thought that -- -

10      Q.   Was he backing up and spraying?

11      A.   No.  He was walking towards the Lazaro

12  Gonzalez house.

13      Q.   Spraying the gas?

14      A.   Spraying the gas.

15      Q.   Did you see him spray anybody else in the

16  street before he sprayed you?

17      A.   I didn't notice that because -- I didn't

18  notice that, because my children were yelling, "Run

19  papa, run papa," and then the liquid got -- sprayed

20  right in my face.

21      Q.   Did you see the officer spray anyone else

22  before you got sprayed?

23      A.   No.  That one that came -- was on the

24  sidewalk, no.

25      Q.   How many feet away from you was he when

FERNANDEZ & ASSOCIATES  (305) 374-8868

19

1   you got sprayed?

2       A.   He wasn't there.  He was coming up the

3   sidewalk, more or less -- more or less, how many

4   feet from here to there?  Perhaps eight to 10 feet.

5   Because I am on the inside and he's coming up the

6   sidewalk.

7       Q.   Did you come into any physical contact

8   with any of the officers at any point in time when

9   they were there?

10      A.   No, none.

11      Q.   When the officer sprayed you, where did

12  the spray go on you?

13           THE INTERPRETER:  Excuse me?

14  BY MR. HANDLER:

15      Q.   When you got sprayed, where did the gas

16  hit you?

17      A.   The face.  The face.

18      Q.   You said the officer was actually on the

19  sidewalk next to your fence?

20      A.   He was coming -- he was coming up the

21  sidewalk by my fence, on the side of my fence.

22      Q.   Walking toward Lazaro Gonzalez's home?

23      A.   Walking towards Lazaro Gonzalez's house.

24      Q.   Before you got sprayed, did you walk

25  toward the officer?

25

1  law enforcement officers but also protesters that

2  were in front of Lazaro Gonzalez's house and also

3  in his yard?  Did you see that on the tape?

4      A.   I saw it here.  Yes, I saw it here, but

5  that day, I didn't see that.  The image of the

6  officers yelling and shouting, that's the same

7  image of what I told you that I saw.

8      Q.   Okay.  So you don't deny that there were

9  protesters in the street and in front of Lazaro

10 Gonzalez's house.  You just don't remember it as

11 you sit here today; is that correct?

12         MR. FARRES:  Object to the form of the

13     question.

14         THE WITNESS:  I haven't seen that because

15     that got -- that area got full every night.

16     But I didn't see that that day.

17 BY MR. HANDLER:

18     Q.   Why don't you tell me how the gas affected

19 you.

20     A.   The gas, when they sprayed it right on my

21 face, it irritated my eyes very much.

22     Q.   What else?

23     A.   Well, they sprayed me right on my face,

24 and my children were yelling, "Run papa, run."

25 Then, when I got inside, my eye was very -- my eyes

1    were very, very irritated.  And then I wiped my

2    face and they put something on my face.  I think it

3    was vinegar.  And then I went into my

4    granddaughter's room.

5         Q.   Okay.  So the effects of the gas irritated

6    your eyes.  Did it have any other physical effects

7    on your body?

8         A.   Well, apparently, no.  But then later my

9    chest started getting tight, like a asthmatic,

10   asthmatic with bronchitis.

11        Q.   So you had difficulty in breathing?

12        A.   Yes, to breathe.

13        Q.   Any other physical effects other than what

14   you have already told me?

15        A.   No, no.

16        Q.   How long did the -- your irritated eyes

17   last?  When did that go away?

18        A.   Well, the eyes were -- well, the eyes were

19   for a couple of days.  I always felt the burning,

20   but a couple of days later I went to work because I

21   felt better.

22        Q.   And the difficulty in breathing, how long

23   did that last?

24        A.   Well, the difficulty in breathing I still

25   feel, but I really can't say that it was because

27

1    of -- that it is because of the gas or that's what

2    the doctors have said to me.  Every -- every so

3    often I feel this tightness of the chest.

4        Q.   Did you ever have that problem before

5    April 22nd, 2000?

6        A.   No, no.

7        Q.   So the difficulty in breathing that you

8    felt from the effects of the gas on April 22nd,

9    2000, you believe that you still have that problem

10   up to the present day?

11       A.   Well, I still feel it, the difficulty, but

12   I cannot attribute it to that because the doctor

13   told me that he couldn't -- he didn't think that it

14   was because of the effects of the gas.

15       Q.   Did you ever receive any medical treatment

16   for your -- the effects of the gas?

17       A.   No.

18       Q.   As a result of the events of April 22nd,

19   2000 did you have any emotional problems?

20       A.   Well, physically, no.  But emotionally,

21   yes.  Mainly because of the results it had or the

22   effect it had on the little girl who was hardly

23   three months old, and we had to call rescue, and

24   rescue didn't want to come in because of what was

25   going on.





1    UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
2
          CASE NO. 03-20588 CIV MOORE
3

4    DONATO DALRYMPLE,

5              Plaintiff,

6         vs.

7    UNITED STATES OF AMERICA,

8              Defendant.
     --------------------------------x
9

10
                        99 N. W. Fourth Street
11                      Miami, Florida
                        May 12, 2004
12                      10:22 a.m.

13

14

15        DEPOSITION OF NORMA DOMINGUEZ

16

17        Taken on behalf of the Defendant

18   before LOIS E. GUFFEY, RDR, Notary Public in

19   and for the State of Florida at Large, pursuant

20   to a Notice of Taking Deposition filed in the

21   above cause.

22

23

24                          ORIGINAL

25

FERNANDEZ & ASSOCIATES   (305) 374-8868

```
1     APPEARANCES:
           JUDICIAL WATCH, INC.
2          100 Southeast 2nd Street, Suite 3920
           Miami, Florida  33131-2148
3          By:  ED FARRES, ESQ.
           Appearing on behalf of the Plaintiff.
4
           U.S. DEPARTMENT OF JUSTICE
5          1331 Pennsylvania Avenue, Northwest
           Washington DC 20004
6          By:  STEPHEN E. HANDLER, Esq.
           Appearing on behalf of the Defendant.
7
      ALSO PRESENT:
8          Isabel Duquesne, Interpreter

9

10                    I N D E X
      WITNESS            DIRECT   CROSS
11    NORMA DOMINGUEZ       3       18

12
      NORMA DOMINGUEZ EXHIBITS
13    1, copy of photo                    7

14

15

16

17

18

19

20

21

22

23

24

25
```

1      Q.   The event that brings us here today

2   concerns the INS and other law enforcement officers

3   going to Lazaro Gonzalez's home on April 22nd, 2000

4   and removing Elian Gonzalez, correct?

5      A.   Can you repeat that?

6        (The requested portion of the record is read

7        back as above recorded)

8              THE WITNESS:  Yes.

9   BY MR. HANDLER:

10     Q.   And when the law enforcement officers

11   arrived, that occurred very early in the morning on

12   April 22nd, correct?

13     A.   Yes.

14     Q.   And you lived in an apartment building

15   right next door to Lazaro Gonzalez, correct?

16     A.   Yes.

17        (Dominguez Exhibit 1 is marked.)

18   BY MR. HANDLER:

19     Q.   I am marking as Exhibit No. 1 an aerial

20   photograph of the neighborhood where Lazaro

21   Gonzalez lived (indicating).  Ms. Dominguez, this

22   photograph here is an aerial photograph.  It's not

23   -- it wasn't taken on the day of April 22nd, 2000

24   but it's helpful to -- for the testimony here

25   today.  In the center of the photograph is Lazaro

8

1    Gonzalez's home, correct?

2         A.    Yes.

3         Q.    Next door the large square apartment

4    building is the building you were living in in

5    April of 2000, correct?

6         A.    Yes.

7         Q.    Could you just put your initials on the

8    roof of that building where you were living.

9         A.    (Indicating).

10        Q.    So on Exhibit 1 you put the initials ND on

11   the roof of the building where you were living in

12   April of 2000; is that correct?

13        A.    Yes.

14        Q.    Prior to April 22nd, 2000 did you ever

15   participate in any of the protests in and around

16   Lazaro Gonzalez's house with the other protestors?

17        A.    No.   I didn't protest.

18        Q.    Did you ever get involved in any of the

19   organizations like Alpha 66 or the Security Dignity

20   Movement?

21        A.    No.

22        Q.    Did you ever get involved in any of the

23   groups of people that were like the bodyguards or

24   security force of the Gonzalez family?

25        A.    No.

1     Q.    Did you ever meet Elian Gonzalez?

2     A.    Yes.

3     Q.    Did you ever participate in any social

4  setting with the Gonzalez family?

5     A.    No.

6     Q.    So you just saw him around the

7  neighborhood, correct?

8     A.    Yes.

9     Q.    Did you ever see anybody in the  -

10 neighborhood that you knew was a part of the group

11 of people that was designed to protect Elian

12 Gonzalez?

13    A.    No.  What I saw was people coming in and

14 out but no.

15    Q.    Did you ever see anybody there with

16 weapons?

17    A.    No.

18    Q.    On April 22nd, 2000 what first alerted you

19 to the presence of the law enforcement officers

20 arriving at Lazaro Gonzalez's home?

21    A.    My room is over here.  I was getting

22 dressed to go to work, because I didn't drive and

23 they would give us a ride.  So then I told the

24 people at my house, listen, listen at all of the

25 noise.  So what I was hearing were loud

10

1   conversations. But they were in English, so I
2   didn't understand. My husband was already
3   downstairs waiting to let me know for me to come
4   down.

5        So then I heard my son yelling, "Papa,
6   papa, come up. Look at the gas." And he already
7   was feeling short of breath. So I went to get him,
8   and at that time it attacks my eyes, because my
9   contact lenses were just destroyed in my eyes. And
10  then the only thing I could do was wipe my face and
11  go get my little niece. The gases had her almost
12  asphyxiated.

13       MR. FARRES: Excuse me. I think she said
14       "nietacita."

15       THE INTERPRETER: You are right.
16       Granddaughter, my little granddaughter.
17  BY MR. HANDLER:
18       Q.   The window to your apartment, does it face
19  the street? Strike that. Where did -- does the
20  window of your apartment face?
21       A.   Mine faces this way (indicating), but the
22  little girl lives over here.
23       Q.   I am only asking about your apartment.
24       A.   Here (indicating).
25       Q.   Do you see the window of your apartment in

1      Exhibit No. 1?

2         A.    Here.

3         Q.    Can you circle it?

4         A.    Bedroom.

5         Q.    Circle the window of your apartment.

6         A.    (Indicating).  Bedroom, kitchen, living

7      room.  This is a bedroom also.

8         Q.    Okay.  So on Exhibit No. 1 you put circles

9      in all of the windows of your apartment, correct?

10        A.    Correct.  Yes, my apartment.

11        Q.    So if you look out any one of these

12     windows you cannot see Lazaro Gonzalez's home; is

13     that correct?

14        A.    Yes.  To see it, I would have to come out

15     here to the terrace.

16        Q.    The terrace is attached to the back of the

17     apartment building; is that correct?

18        A.    Yes.

19        Q.    Okay.  Now so when the law enforcement

20     officers arrived early on April 22nd you were

21     already up getting ready for work; is that correct?

22        A.    For work, yes.

23        Q.    And you said you heard a noise outside the

24     apartment building; is that correct?

25        A.    Yes.

1      Q.    Did you look out any of the windows at

2   that time?

3      A.    No, because I was afraid.

4      Q.    Now your husband, you said, was

5   downstairs.  Was he downstairs in the apartment

6   building or downstairs outside the apartment

7   building?

8      A.    No.  He was not -- no, he was standing

9   here on the little sidewalk almost getting or

10  heading towards the street.

11     Q.    Where was your son?

12     A.    The window of my son's bedroom looks out

13  to the front.

14     Q.    How old is your son?

15     A.    (In English) Today?

16           In reality, he is not my own son.  I am

17  his stepmother, but he's 38 or 39.  He's very close

18  to reaching one of those two ages.

19     Q.    What is your son's name?

20     A.    Idail Diago.

21     Q.    What is your husband's name?

22     A.    Ramon Diago.

23     Q.    Did you ever leave your apartment to go

24  outside?

25     A.    The moment that I went out was only when I

1   went to get my husband, nothing more.

2        Q.   Did you go out with Idail Diago to get

3   your husband?

4        A.   No, I didn't go out together with him.   I

5   heard him yell at his father, "Papa, look at the

6   way you are," because he couldn't (indicating).

7   Then once I heard that, he went out to get his

8   father.   And after him, I went.

9        Q.   When Idail went outside, he brought Ramon

10  Diego inside the apartment building, correct?

11       A.   Yes.   They were coming back up.

12       Q.   Okay.   Did you go outside after they came

13  in?

14       A.   No.

15       Q.   When did you go outside?

16       A.   Because we called rescue because of the

17  little girl.   Rescue got to the corner but didn't

18  want to come in.   So I went down running to where

19  the rescue was, which was when the gentleman from

20  rescue came to look at the little girl.

21       Q.   Let me ask you this.   Did you ever go

22  outside when the law enforcement officers were

23  there taking Elian away?

24       A.   No.

25       Q.   Did you ever look outside to see what was

1    going on when the INS law enforcement officers were

2    there in front of your building during the time

3    that they were taking Elian away from Lazaro

4    Gonzalez's home?

5        A.   No.

6        Q.   And you never came into any physical

7    contact with any of the law enforcement officers,

8    correct?

9        A.   No.

10       Q.   Is that correct?

11       A.   Yes.

12       Q.   Did you have any conversations with any of

13   the law enforcement officers on April 22nd, 2000?

14       A.   No.

15       Q.   And no one sprayed you with gas; is that

16   correct?

17       A.   No.   What got me was in the environment.

18       Q.   The gas that was in the air?

19       A.   Yes.

20       Q.   Why don't you tell me how the gas affected

21   you.

22       A.   I had a lot of itching like a rash.   My

23   contact lenses are disposable and they were coming

24   out in little pieces.   And my eyes were very, very,

25   very red and they were tearing a lot.   Since I

15

1    didn't have any money to go see a doctor, I went to

2    Walgreen's, and I told the lady that was there, the

3    young woman, told her what was happening and

4    they -- and I asked her what did she recommend, and

5    she gave me some little drops, eye drops.

6        Q.    So the gas affected you by making you

7    itchy and caused your contacts to come out in

8    little pieces, correct?

9        A.    The eyesight.

10       Q.    What about the eyesight?

11       A.    My eyes, they were very irritated, very

12   red.

13       Q.    Any other effects from the gas?

14       A.    No.

15       Q.    How long did this itchiness and irritated

16   eyes last?  When did that stop?

17       A.    My eyes, I went for three months and

18   something without being able to put my contact

19   lenses in.

20       Q.    What about the irritation -- so the

21   irritation lasted for three months?  Is that what

22   you are telling me?

23       A.    The problem is, when I went to put them

24   in, my eyes would tear a lot.

25       Q.    So you had teary eyes for three months?

16

1      A.    Yes.   Every time I -- I wanted -- I went

2    to put my lenses in, I couldn't stand them.

3      Q.    They were uncomfortable?

4      A.    Yes.

5      Q.    And this itchy feeling from the gas, how

6    long did that last?

7      A.    No, itching was only that day because I

8    was taking antihistamines.

9      Q.    Other than the itchiness and the irritated

10   eyes, did you have any other physical problems?

11     A.    Healthwise, no.

12     Q.    Now when you couldn't wear your contacts,

13   you wear your glasses, correct?

14     A.    The glasses, yes.

15     Q.    Now you said you had some emotional

16   problems.  What were the emotional problems you had

17   as a result of what occurred to you on April 22nd,

18   2000?

19     A.    First because I thought the little girl

20   was going to die, my little granddaughter.  The

21   mother of the little girl was very upset.  Every so

22   often she would come to the house, crying, weeping.

23   She even attempted against her own life, because

24   she would say that they were going to kill her

25   children, they were going to kill her children, and



EXHIBIT
19
5-12-04
Norma Dominguez

1           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2
            Civil Action No. 03-20588-CIV-MOORE
3
    DONATO DALRYMPLE, et al.,
4
                    Plaintiffs,
5

6   vs.

7   UNITED STATES OF AMERICA,
                    Defendant.
8   _____/

9
                        99 Northeast 4th Street
10                      Third Floor
                        Miami, Florida 33132
11                      February 4, 2004
                        11:10 a.m. - 12:15 p.m.
12

13

14

15                  DEPOSITION OF

16                  EVA ESPINOSA

17

18

19          Taken before Sonnia Martinez, Notary

20  Public for the State of Florida at Large,

21  pursuant to Notice of Taking Deposition filed

22  in the above cause.

23

24                              ORIGINAL

25

```
 1                       APPEARANCES

 2

         Judicial Watch, Inc.
 3       By: Ed Farres, Esquire
         100 Southeast 2nd Street
 4       Bank of America Tower
         Suite 3920
 5       Miami, Florida 33131
         appearing on behalf of the
 6       Plaintiffs.

 7       Stephen Handler,
         Trial Attorney
 8       U.S. Department of Justice
         Torts Branch, Civil Division
 9       Benjamin Franklin Station
         P.O. 888
10       Washington, D.C. 20044
         appearing on behalf of the
11       United States of America.

12

13

14                        INDEX

15       WITNESS                   DIRECT

16       Eva Espinosa                3

17                      EXHIBITS

18       Defendant's

19            No. 1  Page  8   No. 2  Page  8

20            No. 3  Page 21   No. 4  Page 21

21

22

23

24

25
```

16

1          A.   I'm not sure.  I'm not sure of where

2     I was there.  I know it was here but I don't

3     know where.  Something like this here.

4          Q.   All right.

5               So when the officers arrived you've

6     drawn a circle in Exhibit Number 1

7     approximately where you were?

8          A.   Yes, around there.

9          Q.   Okay.

10              Tell me what you first saw when the

11    officers arrived?

12         A.   I didn't see much because there was

13    such --  because such a fear was there and like

14    that and I saw a group of people but nothing

15    else.

16         Q.   When the officers arrived did you

17    hear them say, Federal officers, stay back

18    behind the barricade?

19         A.   Yes, sir.

20         Q.   Okay.

21              Did you at anytime after hearing the

22    officers say stay back behind the barricade

23    pass through the barricades toward the Gonzalez

24    family home?

25         A.   No way, no.

18

```
 1          A.    Yes.

 2          Q.    Have you seen this document before?

 3          A.    No.

 4          Q.    Okay.

 5                Well, on Page 36, Paragraph 209,

 6   this concerns you, Plaintiff Eva Espinosa,

 7   second sentence says, when the raid began,

 8   plaintiff was in the street behind the

 9   barricade.  The next sentence says:  She tried

10   to move closer to the Gonzalez family home to

11   see what was happening but was pushed and

12   kicked by Federal agents.

13          A.    Yes, sir.

14          Q.    Is this correct?

15          A.    Correct.  But I never moved from

16   behind the barricade, that is not true.

17          Q.    Okay.

18          A.    Never.

19          Q.    So are you saying that the there

20   were law enforcement officers behind the

21   barricade that kicked you?

22          A.    And they pushed me.  They pushed me.

23          Q.    Let me ask you this, you're standing

24   behind the barricade.  Were the police -- the

25   law enforcement officers that pushed you and
```

1     kicked you, were they standing in front of you

2     or were they standing behind you?

3              A.   No, in front of me.

4              Q.   Okay.

5                   The barricade was separating you

6     from the law enforcement officers; is that

7     true?

8              A.   Not much.

9              Q.   The barricade was in between you?

10             A.   Yes.

11             Q.   Okay.

12                  And the barricade went from the

13    ground up to like the middle of your chest; is

14    that correct?

15             A.   Or less than that.

16             Q.   Okay.

17             A.   I don't remember, about here.

18             Q.   Okay.  Up to your rib cage?

19             A.   Yes.

20             Q.   Now, was there anybody between you

21    and the barricade?

22             A.   No, sir.

23             Q.   Okay.  So you were in front -- you

24    were the first person on the barricade?  You

25    could touch the barricade?

26

1    contact with any of the law enforcement

2    officers other than being pushed?

3         A.   No.

4         Q.   Because in the Complaint you say you

5    were kicked.

6         A.   Well, something formed there that

7    was happening that you can't even tell what it

8    was that was happening.

9         Q.   As you sit here today in this

10   deposition are you saying that you only

11   remember being pushed by the law enforcement

12   officer?

13        A.   Yes.

14        Q.   Now, you smelled the gas?

15        A.   Yes.

16        Q.   Okay.

17             Was the gas just in the air

18   everywhere?

19        A.   Yes, yes, everywhere.  And that

20   cough that it gives you.

21        Q.   Did anyone spray you right in the

22   face?

23        A.   I don't know if it was directly to

24   my face.  All I know is that it gave me much

25   coughing and a lot of congestion.

28

1  cause me.

2       Q.   When he pushed you did it hurt?

3       A.   I went -- I fell to the ground and

4  in my fall it did hurt.

5       Q.   When he pushed you, did that hurt?

6       A.   The push caused my falling down.

7       Q.   Okay.  I understand that you fell

8  to the ground.  I will get to that in a

9  second.  When he pushed you, did that hurt?

10      A.   No, sir.

11      Q.   Okay.

12      A.   I don't remember.  I don't know.

13      Q.   Okay.

14      A.   Everything was so fast like that

15  that I don't know if I hurt because of the push

16  or if I hurt because of the fall, but the fall

17  was caused by the push.  If not, I would not

18  have fallen.

19      Q.   How did you fall?  Did you fall

20  backward or forward?

21      A.   Like that.

22      Q.   You fell to your side?

23      A.   Yes.

24      Q.   Okay.

25           Did you put your hands down to break

1    regard to the fall that occurred on April 22,

2    2000?

3         A.    Well, no, all I take is one of those

4    analgesics and they go away.  I went to the

5    doctor because of the smoke, because of the

6    stuffiness, two times.

7         Q.    Okay.

8               But with regard to your falling down

9    on April 22, 2000, you've never seen a doctor

10   and you've never received any treatment for

11   that?

12        A.    No.

13        Q.    Is my statement correct?

14        A.    Yes, but that was the consequence of

15   that.  I had consequences because the pain

16   started when I fell.

17        Q.    Okay.

18              Now, you said that when you breathed

19   in the gas you were coughing and you were

20   congested; is that correct?

21        A.    Yes.

22        Q.    And how long did the coughing and

23   congestion last?

24        A.    That lasted for a time, long time.

25        Q.    How long?

```
 1        A.   I had to go to the pulmonologist for

 2   a second time.

 3        Q.   No my question --  my question is

 4   this:  After you breathed in the gas, you

 5   started to cough; how long did that coughing

 6   last?

 7        A.   Hours, about two days it lasted.  I

 8   couldn't sleep.

 9        Q.   Okay.  And how long were you

10   congested?

11        A.   That lasted about seven or eight

12   months.

13        Q.   Okay.

14             You said you went to see a doctor

15   for this; right?

16        A.   Yes, pulmonologist.

17        Q.   Okay.

18             And do you remember the name of the

19   pulmonologist?

20        A.   No, I don't remember.  I know where

21   he lives and I know how to get there, but I

22   don't know.

23        Q.   Is it Dr. Manuel Suarez?

24        A.   I don't recall, sir.

25        Q.   Is this the address 1435 West 49th
```





Espinosa
EXHIBIT
# 1

```
 1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
 2

 3                        CASE NO. 03-20588 CIV MOORE

 4
     DONATO DALRYMPLE,
 5
                    Plaintiff,
 6
               vs.
 7
     UNITED STATES OF AMERICA,
 8
                    Defendants.
 9   ------------------------------x

10

11                      99 N. E. Fourth
                        Miami, Florida
12                      Monday, 10:21 a.m.
                        February 24th, 2004
13

14

15

16        DEPOSITION OF LENIA FERNANDEZ

17

18

19        Taken on behalf of the Defendant before

20   LOIS E. GUFFEY, RDR, Notary Public in and for the

21   State of Florida at Large, pursuant to a Notice of

22   Taking Deposition filed in the above cause.

23

24                                      ORIGINAL
25
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

```
 1    APPEARANCES:

 2

        JUDICIAL WATCH, INC.
 3      By: Ed Farres, Esq.
        And Irene Garcia, Esq.
 4      appearing on behalf of the Plaintiffs.

 5

        OFFICE OF THE UNITED STATES ATTORNEY
 6      By: Stephen E. Handler, Esq.
        appearing on behalf of the Defendants.
 7

 8

 9

10

11            *** I N D E X   ***

12

13    WITNESS      DIRECT  CROSS REDIRECT RECROSS
      LENIA          3
14    FERNANDEZ

15

      FERNANDEZ EXHIBITS FOR IDENTIFICATION
16

      1, copy of photo                        11
17    2, copy of photo                        11
      3, copy of photo                        16
18    4, copy of photo                        17
      5, copy of photo                        19
19

20

21

22

23

24

25
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

14

1    morning.

2        Q.    Here, this picture here is a little bit

3    farther away, so you are saying you were about in

4    this area right here (indicating), right?

5        A.    Right.  Closer to the sidewalk, because

6    there was a lot of dirt there.

7        Q.    But can you draw a picture, circle Exhibit

8    2?

9        A.    More or less (indicating).  Around here.

10   That general area.

11       Q.    You have drawn a picture -- I mean you

12   have drawn a circle on Exhibits 1 and 2 where you

13   were just before the federal authorities arrived on

14   April 22nd?

15       A.    Right.

16       Q.    Correct?

17       A.    Yes.

18       Q.    Now how do you know they had arrived?

19   What happened?

20       A.    Oh, my God.  The screaming was incredible.

21   And we were gassed.  That's how we knew.

22       Q.    Well, the very first thing.  Did somebody

23   yell something or say something or did you hear

24   something?

25       A.    No.  It was a lot of screaming, a lot of

1   We did not have any tents where we were standing.

2   So this could have been from the other side or from

3   this other side of the barricade.  Because right

4   here we didn't have -- not even the shade of a

5   tent.

6       Q.    Okay.  Let me show you another picture,

7   Exhibit No. 5 (indicating).  That's at the end of

8   the street, too.

9   (Fernandez Exhibit 5 is marked)

10          THE WITNESS:   I don't know what that is.

11  BY MR. HANDLER:

12      Q.    You don't see the protestor with the sign?

13      A.    Yeah, but there were protestors all over

14  the street, sir.  They could be in a corner, a

15  block away at Rey's Pizza, at Flagler and 23rd.

16  There were protestors everywhere, but I don't

17  know --

18      Q.    That's at the end of the street?

19      A.    -- this house.  I don't recognize it.

20      Q.    Okay.

21      A.    At least the structure that I don't

22  recognize.

23      Q.    So is it your testimony that when the

24  officers arrived, there were no protestors on the

25  other side of the barricades?

FERNANDEZ & ASSOCIATES   (305) 374-8868

1      A.    Oh, yeah.  There were a lot of them.

2      Q.    Okay.  And  --

3      A.    We were getting together to -- for

4  prayers.

5      Q.    No.  I am talking about when the -- when

6  the officers drove up in their van, okay?

7      A.    Right.

8      Q.    Is it your testimony that protestors did

9  not cross over the barricade and run to the house?

10      A.    Not me.

11      Q.    Not you, but others?

12      A.    I crush.

13      Q.    Other protestors.

14      A.    Listen.  It was a big mess and everybody

15  was trying (indicating) -- I know how little gold

16  fish feels when it's out of the water, because we

17  were gagged by gas.  So everything was very

18  confusing, and automatically you go pee pee on

19  yourself.  That's how it burns.

20      Q.    I am saying that when the officers drove

21  up --

22      A.    There were a whole bunch of people there.

23  We were getting together to pray.

24      Q.    Right.  But did you see any of people jump

25  over the barricade and run to the house?

1    the fence where I was gassed again.

2         Q.    Okay.  So let me ask you this.  With this

3    first circle you made on Exhibit 1 and Exhibit No.

4    2 --

5         A.    Right.

6         Q.    -- did you get gassed then?

7         A.    Oh, yeah.  They threw gas all over.  It

8    was a big picture of Elian here painted like a

9    canvas.  And the gas was thrown right over there.

10        Q.    But when you were gassed the first time --

11        A.    They gas us from the barrier to where we

12   were.

13        Q.    The first time you got gassed were there

14   other protestors standing in front of you?

15        A.    Oh, there were a whole bunch of people

16   there.

17        Q.    Let me finish my question.  The first time

18   you got gassed, you are looking in the direction of

19   the Gonzalez family home and the gas is coming

20   toward you?

21        A.    Yeah.

22        Q.    And there were people between you and the

23   barricade; is that correct?

24        A.    Yeah.

25        Q.    And then after you got gassed you moved

FERNANDEZ & ASSOCIATES   (305) 374-8868

1   over the barricade?

2        A.    No. I jump over the fence.

3        Q.    But you passed beyond the barricade,

4   though, right?

5        A.    No.   I was here inside this private

6   property.

7        Q.    Right.

8        A.    You see where that truck is?

9        Q.    Yes.

10       A.    Those are private property.   That was the

11  people that let us use the bathroom and we spend

12  most of the time -- we sit there, get away from the

13  rain, the sun or whatever.   They have like a little

14  porch an outside thing.   So I usually hang around

15  there.   But the time of prayer, we were here

16  (indicating).

17       Q.    No.   I am talking about after the first

18  time you were gassed.

19       A.    Right.

20       Q.    You went into the house?

21       A.    Right.   Right here.   Right next to this

22  fence here.

23       Q.    Then you went up to -- then you went out

24  of the house?

25       A.    I went to the fence to see what was going

26

1    on.

2         Q.    Right.   Up to the fence.   That's where --

3    that's in line with the barricade along the street?

4         A.    Right.

5         Q.    Okay.   Then you said you got gassed a

6    second time?

7         A.    Yeah, we all got gassed.

8         Q.    Can you draw a little square where you

9    were when you got gassed the second time.   Just a

10   square.

11        A.    Oh, a little square?

12        Q.    Square.   Yes.

13        A.    More or less here.

14        Q.    Then you said you got gassed a second time

15   there?

16        A.    Yeah.

17        Q.    Were there other protestors standing in

18   front of you?

19        A.    Oh, they were all over now.

20        Q.    And did you go over that fence?

21        A.    Yes.

22        Q.    When did you do that?

23        A.    Oh.   After they took the -- the cars took

24   Elian, which they took like a reverse here.

25   Everybody came over.   There were no barricades and

1    there were no policemens.  There was nobody there.

2        Q.    Give me a second.  But at the time you

3    jumped over the fence, the officers were -- had

4    backed away, backed out, had left?

5        A.    No.  They were like kind of protecting

6    the --

7        Q.    No.  I meant the second time when you got

8    gassed where you made this little square on Exhibit

9    1.

10       A.    Right.

11       Q.    You said you went over the fence; is that

12   correct?

13       A.    That was after they took Elian and they

14   make the -- the -- they reversed the truck here,

15   then we -- we just jumped.

16       Q.    Okay.

17       A.    They were taking the child.  We don't

18   know.

19       Q.    Let me ask you this.  Did you ever come

20   into physical contact with any of the law

21   enforcement officers?

22       A.    They pushed me on the floor.

23       Q.    When did that happen?

24       A.    Oh, right there (indicating).  When I

25   jumped the last time.



1    Q.    Did you come into contact with any other

2    law enforcement officers?

3    A.    No, sir.

4    Q.    Okay.  Now the first time you got gassed

5    can you tell me how that affected you?

6    A.    It burned like chili pepper, running down

7    your nose and your eyes and everywhere.  And your

8    skin (indicating) burn.

9    Q.    When you went into the house after the

10   first time you got gassed did you do anything?

11   A.    I never went into the Elian Gonzalez

12   house.

13   Q.    No.  The first time you got gassed you

14   said you went to the left into the house?

15   A.    Right, right, into the little house there.

16   Q.    You peed, okay.  Did you put any water on

17   yourself?

18   A.    Somebody threw water on me and that was

19   the worst thing you could do because it burns all

20   over again.

21   Q.    Then the second time you went out the

22   second time you got gassed you had the same

23   effects, the burning --

24   A.    The same thing, sir.

25   Q.    Now --

30



1     A.    And I smell funny.

2     Q.    Now how long did the burning last until it

3  went away?

4     A.    Well, it took about -- my God.  I left

5  there at 3:00 o'clock in the afternoon because we

6  were not allowed leave.

7     Q.    Who prevented you from leaving?

8     A.    The police have cordoned off the ends of

9  the streets.

10    Q.    I thought you said the police left.

11    A.    Well, they have yellow things at the end

12  of the street that we couldn't leave.

13    Q.    End of what street?

14    A.    On Elian's house.

15    Q.    Why didn't you go back the way you came

16  through the barricade in the other direction to

17  your friend's house?

18    A.    That's the way I went.  That's where the

19  barricade was.  You see, the end of the street is

20  like a dead end.  Their house is here, and then you

21  have to make a right so you could get out to the --

22  to this back street here.  Because I was parked

23  over here.  I couldn't leave there because they

24  wouldn't allow my car to leave there.  There were a

25  whole bunch of police.  They marched down the

1    street.  And we were not allowed to leave, any cars

2    or anything, from there.  And no ambulance were

3    allowed to go in, either.

4        Q.   All right.

5        A.   We were like cordoned off.

6        Q.   Let me ask you.  How long after you were

7    gassed did the effects of the gas go away?

8        A.   Oh, they never went away for the last

9    month.  I just sit there.

10        Q.   I am sorry.  Did you say for one month?

11        A.   Oh, for a few months.  You are blistered,

12    and you itch, and you scratch and put Calamine

13    lotion on it.  Put --

14             (Whereupon, there was a brief

15    interruption.)

16   BY MR. HANDLER:

17        Q.   How long did the burning in your eyes

18    last?

19        A.   Oh, months.  Liquid Tears, murine, ice

20    packs.

21        Q.   Did you go seek any medical care for any

22    of the injuries?

23        A.   I don't have medical insurance, sir.  I

24    couldn't afford to.

25        Q.   So you did not seek any medical care?

```
 1      A.    I just went over the counter with eye
 2  drops and Calamine lotion, aloe vera, and
 3  Solarcaine, and whatever took the itch away.
 4      Q.    So would I be correct in saying that for
 5  the injuries you allegedly sustained you did not
 6  seek any medical care, correct?
 7      A.    No, sir.
 8      Q.    Is that correct?
 9      A.    Yes.
10      Q.    When you were pushed to the ground did you
11  sustain any injuries?
12      A.    Not other than that big embarrassment.
13      Q.    Do you know who cordoned off the street?
14  Do you know if they were local officers or federal?
15      A.    I have no idea, sir.  But they supposed to
16  have policemens at the end of the street.  And
17  after they took Elian there was no policemens
18  there, whatsoever.
19      Q.    So after Elian was taken away, all the
20  policemen left?
21      A.    I think, from what I heard, they left like
22  about ten, 15 minutes before these people arrived.
23  People that live on the corner in the houses.  All
24  the policemen got in one car and took off.
25  Everybody in one car.
```

34

1    would I react?  Would I run?  Would I throw myself

2    on the floor, not stop?  Maybe I would be shot.

3    Those are what makes me afraid.  Because I could

4    not trust -- I don't even trust my mother after

5    Elian.

6         Q.   I guess what I mean -- emotional injuries,

7    how did the events make you feel?

8         A.   Totally frustrated.

9         Q.   Frustration.  Okay.

10        A.   Anxiety.

11        Q.   Anxiety.  Okay.

12        A.   Frightened, insecure, lied to, abused.

13   That's how I felt.  I still feel like that.

14        Q.   Okay.  And have you sought any medical

15   help for these emotional injuries?

16        A.   No, sir.  It's too late for two meals.  It

17   should have been avoided.

18        Q.   And over time have these emotional

19   problems, have they lessened or gotten greater or

20   stayed the same?

21        A.   I trying to put them behind me and you

22   just brought them all back.

23        Q.   So it's getting better over time?

24        A.   A little easier, but I still don't

25   understand.  And I never will, I think.

FERNANDEZ & ASSOCIATES   (305) 374-8868







