**NIGHT BOX**
**FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUL 1 3 2004

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

DONATO DALRYMPLE, )
et al. )
       Plaintiffs, )
)
)
       v. ) Civil Action No. 03-20588-CIV-MOORE
)
)
UNITED STATES OF AMERICA, )
) **Volume 2 of 3**
       Defendant. ) (Tabs 25 through 56)
)
_____ )

### UNITED STATES' STATEMENT OF MATERIAL FACTS NOT IN ISSUE
### IN SUPPORT OF ITS MOTION FOR  SUMMARY JUDGMENT



1

2          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
3
              CASE NO. 03-20588 CIV MOORE
4

5   DONATO DALRYMPLE,

6              Plaintiff,

7          vs.

8   UNITED STATES OF AMERICA,

9              Defendant.

10

11
                    99 N. E. Fourth Street
12                  Miami, Florida
                    Tuesday, April 20, 2004
13                  9:11 a.m.

14

15

16          DEPOSITION OF OSMANI FERNANDEZ

17

18          Taken on behalf of the Defendant

19    before LOIS E. GUFFEY, RDR, Notary Public in

20    and for the State of Florida at Large, pursuant

21    to a Notice of Taking Deposition filed in the

22    above cause.

23

24

25                        ORIGINAL

```
 1      APPEARANCES:
            JUDICIAL WATCH, INC.
 2          100 Southeast 2nd Street, Suite 3920
            Miami, Florida  33131-2148
 3          By:  ED FARRES, ESQ.
            Appearing on behalf of the Plaintiff.
 4
            U.S. DEPARTMENT OF JUSTICE.
 5          1331 Pennsylvania Avenue, Northwest
            Room 8066N
 6          Washington DC 20004
            By:  STEPHEN E. HANDLER, Esq.
 7          Appearing on behalf of the Defendant.

 8          ALSO PRESENT:
            Isabel Duquesne, Interpreter
 9          Alberto De La Cerra, Interpreter

10
                        I-N-D-E-X
11      WITNESS              DIRECT

12      OSMANI FERNANDEZ        3

13

14      O. FERNANDEZ EXHIBITS
        1, copy of photo                    8
15

16

17

18

19

20

21

22

23

24

25
```



```
 1        Q.    Were there any nonfamily members there?

 2        A.    I don't think so, no.

 3        Q.    Did any of the family members, including

 4   Lazaro or Marisleysis, discuss how they would

 5   prevent anyone from taking Elian away?

 6        A.    No.

 7        Q.    Did you ever see any weapons in the house?

 8        A.    No.

 9        Q.    On April 22nd, 2000 when the law

10   enforcement officers came, would you agree with me

11   that they arrived very early in the morning, around

12   5:00 a.m.?

13        A.    Yes.

14        Q.    What first alerted you to the presence of

15   something happening in your neighborhood?

16        A.    Are you asking the point in time when the

17   agents arrived?

18        Q.    Right.  Did it wake you up?  Did you hear

19   something?

20        A.    I was inside of my house sleeping.  All

21   right.  The noise and the yelling is what awakened

22   me.

23        Q.    What kind of yelling did you hear?

24        A.    When I wake up I hear screaming from the

25   people on the street that were always there
```



1  demonstrating.  And I hear also yelling, and in a

2  strong way, somebody giving orders, somebody with

3  authority.

4       Q.   Could you hear what they were saying?

5       A.   Are you asking me if I could hear what

6  they were saying?

7       Q.   Yes.  The words.

8       A.   I don't recall.  I wake up in the middle

9  of all that.  I didn't know what was going on.

10      Q.   So after you heard the yelling and the

11 noise, what is the very next thing that you did?

12      A.   I got up.  I walked towards the door and

13 opened the door.

14      Q.   And what did you see?

15      A.   I heard more yelling, and then at that

16 point in time I feel the effects of the gas on the

17 eyes.

18      Q.   Now when you said you opened the door is

19 that the front door to your apartment?

20      A.   That's right.

21      Q.   When you open the front door does that

22 open right to the outside?

23      A.   That door opens to the exterior, not to

24 the street but to the outside.  To the front of the

25 house.

1    photograph here, across the street from Lazaro

2    Gonzalez's were the media tents?

3         A.    Yes.

4         Q.    And in front of the media tents were

5    police barricades?

6         A.    Yes.

7         Q.    At the end of the street just past the

8    house with the pitched roof were more police

9    barricades, and in general people stood behind

10   those police barricades; is that correct?

11        A.    Yes.

12        Q.    Now after you -- strike that.  On April

13   22nd, 2000, after you heard the noise and the

14   yelling and you got up and you opened the door and

15   you looked outside, did you see any law enforcement

16   officers?

17        A.    No.

18        Q.    Did you see the gas in the air?

19        A.    Yes.

20        Q.    It was like kind of a milky cloud, sort

21   of?

22        A.    Correct.

23        Q.    Did you see anybody spraying the gas?

24        A.    No.

25        Q.    But you smelled the gas?



1    A.   Yes, I did smell it.

2    Q.   Did you go outside any further beyond your

3 front door?

4    A.   No.  Okay.  I opened the door.  I realized

5 what happened.  I feel the irritation of the gas in

6 my eyes and in my breathing.  And through the

7 hallway, people are coming in, they're arriving

8 there, running and yelling, looking for water.

9    Q.   Okay.  Did you ever go outside to look

10 around?

11    A.   I come out of the house but I don't go

12 far.  I don't go all the way to the front.

13    Q.   How far did you go?

14    A.   Let's say until over here, more or less,

15 until the corner of the hallway, that I could see,

16 or alley.

17    Q.   Were you -- okay.  So but you were outside

18 your house?

19    A.   Yes.

20    Q.   Okay.  So if we are looking at the X from

21 your front door, you walked down to the corner of

22 your building?

23    A.   Yes.

24    Q.   Did you go any farther than that?

25    A.   No.

1      Q.    And what did you see?

2      A.    That's -- that's when I saw the people

3   that were running, looking for water.

4      Q.    Can you just draw an arrow, a line with an

5   arrow to the point where you stopped along the roof

6   of your building?

7      A.    (Indicating).

8      Q.    Then just do a circle where you stopped.

9      A.    Immediately -- I immediately go into the

10  house because I could feel the irritation in my

11  breathing.  I go out to see, to realize what was

12  happening.  But I have to go back immediately to

13  look for something to put on my mouth or something

14  like that.

15     Q.    Okay.  When you went out your front door

16  and went down to the corner of the -- your

17  building, where you drew the circle on Exhibit 1,

18  did you see any of the law enforcement officers?

19     A.    No.  I didn't get to see them.

20     Q.    Would it be fair to state that you had no

21  physical contact with any of the law enforcement

22  officers on April 22nd, 2000?

23     A.    No.

24     Q.    Is my statement correct?

25     A.    Yes.


FERNANDEZ & ASSOCIATES   (305) 374-8868

1      Q.    So other than breathing in the gas, you

2   had no physical injuries; is that correct?

3      A.    Yes.

4      Q.    And the breathing of the gas caused

5   irritation in your eyes and difficulty in

6   breathing, correct?

7      A.    Yes.

8      Q.    And you felt that way when you first went

9   outside of your front door; is that correct?

10     A.    Yes.

11     Q.    Now did you go back to your house or did

12  you then walk down to the corner after you felt the

13  effects of the gas?

14     A.    No.  I went back in.

15     Q.    How long did you stay inside before you

16  went back out again?

17     A.    When I perceived that everything had

18  already happened, that's when I went out to the

19  front.

20     Q.    You mean down to the corner of your house?

21     A.    No.  To the front of the house.

22     Q.    No, I meant --

23     A.    Well, perhaps I would say that about

24  45 minutes or an hour had gone by.

25     Q.    That's when you went around to the front

1   I found her already inside the apartment suffering

2   the effects, short of breath and trying to get

3   towels or whatever to try and alleviate the

4   symptoms.

5       Q.   Did your ex-wife ever tell you whether or

6   not she saw any law enforcement officers or had any

7   interaction with any law enforcement officers on

8   that day?

9       A.   No.

10      Q.   When you went out to the front of the

11  building in front of your apartment did you see any

12  law enforcement officers?

13      A.   No.

14      Q.   So it would be fair to state that on

15  April 22nd, 2000 the law enforcement officers came,

16  got Elian and left and you never saw any of them?

17      A.   Yes.

18      Q.   Did you receive any medical treatment for

19  the effects of the gas?

20      A.   No.

21      Q.   How long did the irritation of the eyes

22  and difficulty breathing last?

23      A.   The eye irritation lasted for a few days,

24  like 3, 4 days.

25      Q.   And what about the difficulty in

24



1   breathing?

2       A.    The discomfort in breathing went away in a

3   few hours.

4       Q.    Did you have any other physical effects

5   from the gas other than the irritation of the eyes

6   and difficulty in the breathing?

7       A.    No.

8       Q.    As a result of the events that occurred to

9   you on April 22nd, 2000, did you have any emotional

10  problems?

11      A.    No.

12      Q.    Did you make any notes or take any

13  pictures or any movies of any of the events that

14  occurred on April 22nd, 2000?

15      A.    No.

16          MR. HANDLER:  I have no further questions.

17      Thank you very much and good luck.

18          MR. FARRES:  No questions.

19      (Thereupon, the taking of the deposition was

20      concluded at 10:01 a.m.)

21

22

23

24

25



EXHIBIT

1g   4·20-04

1

Osmany Fernandez

1                UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

2

         Civil Action No. 03-20588-CIV-MOORE

3

DONATO DALRYMPLE, et al.,

4

              Plaintiffs,

5

6  vs.

7  UNITED STATES OF AMERICA,
              Defendant.

8  _____/

9
                   99 Northeast 4th Street

10              Third Floor
                Miami, Florida 33132

11              March 18, 2004
                10:55 a.m. - 12:25 p.m.

12

13

14

15                DEPOSITION OF

16                PASTORA FERRER

17

18

19      Taken before Sonnia Martinez, Notary

20  Public for the State of Florida at Large,

21  pursuant to Notice of Taking Deposition filed

22  in the above cause.

23

24                      ORIGINAL

25

1                          APPEARANCES

2

3        Judicial Watch, Inc.
         By: Ed Farres, Esquire
         100 Southeast 2nd Street
4        Bank of America Tower
         Suite 3920
5        Miami, Florida 33131
         appearing on behalf of the
6        Plaintiffs.

7        Stephen Handler,
         Trial Attorney
8        U.S. Department of Justice
         Torts Branch, Civil Division
9        Benjamin Franklin Station
         P.O. 888
10       Washington, D.C. 20044
         appearing on behalf of the
11       United States of America.

12   ALSO PRESENT:

13       Isabel Garcia DuQuesne and
         Alberto de la Cerra, Interpreters.

14

15

16                          INDEX

17          WITNESS                    DIRECT

18       Pastora Ferrer                  3

19                        EXHIBITS

20       Ferrer No. 1   Page 15

21       Ferrer No. 2   Page 21

22       Ferrer No. 3   Page 22

23       Ferrer No. 4   Page 27

24       Ferrer No. 5   Page 27

25

1      A.   More or less.

2      Q.   Okay.  So in Exhibit Number 1,

3  you've drawn basically a circle behind the

4  barricades where you were on April 22, 2000

5  just before the Federal authorities arrived;

6  correct?

7      A.   Yes.

8      Q.   What first alerted you to the

9  presence of the Federal officers?

10     A.   The noise.  The noise they were

11 making.  They made a lot of noise when they

12 arrived.

13     Q.   What kind of noise did you hear?

14     A.    I don't remember well, but they made

15 a lot of noise.  And when I looked over, there

16 were a lot of people with masks on.

17     Q.   When you heard the noise did you see

18 people jumping over the barricades and running

19 towards the Gonzalez family home?

20     A.   I didn't recall.

21     Q.   Okay.  Did you jump over the

22 barricade?

23     A.   No.

24     Q.   Could you see the front of the

25 Gonzalez family home from where you were

```
 1   standing behind the barricade?

 2       A.   Well, sometimes I could see,

 3   sometimes not, when there were a lot of people

 4   in front like the newspaper people.

 5       Q.   No, no, I'm taking about on April

 6   22, 2000.

 7       A.   You couldn't see.  There were too

 8   many people out there.

 9       Q.   When you say too many people, are

10   you talking about protesters and police?

11       A.   No, at that point in time when the

12   police arrived there were too many people and

13   you couldn't see.

14       Q.   Where were the people?

15       A.   The police that arrived there, they

16   were in front of the house.

17       Q.   Okay.

18            What other people could you see in

19   front of the house?

20       A.   No, I couldn't see.  I don't

21   remember.

22       Q.   Okay.  You don't remember seeing

23   any protesters in front of the barricades when

24   you looked over at the Gonzalez family home?

25       A.   No, I was sprayed with the gas right
```

1    away.  I heard the noise, I was sprayed with

2    the gas, I was blinded and that was it.

3            Q.    Okay.

4                  When the Federal authorities

5    arrived, you were behind the police barricades;

6    correct?

7            A.    Yes.

8            Q.    Were there people in between you and

9    the front of the barricade?

10           A.    I don't recall.

11           Q.    Okay.

12                 When the Federal authorities

13   arrived, were you up against the barricade

14   touching the barricade?

15           A.    I was leaning against it waiting,

16   looking.

17           Q.    Were you actually touching the

18   barricade?

19           A.    I was standing there next to the

20   barricade.  I was tired.

21           Q.    Was there anybody in between you and

22   the barricade?

23           A.    I don't recall at this point in

24   time.

25           Q.    Okay.

1   spraying the gas, you just don't remember

2   seeing them?

3        A.   I truly don't know.

4        Q.   Okay.

5        A.   Because at that point in time, one

6   becomes very nervous when you see all these

7   strange people.

8        Q.   Okay.

9             Well, did you see strange people

10  that were not wearing uniforms?

11       A.   No, the ones that had the masks on.

12       Q.   Okay.

13            Did you ever come in actual physical

14  contact with any of the officers?

15       A.   No.

16       Q.   Okay.

17            Once you got sprayed with the gas,

18  what did you do?

19       A.   I didn't do anything else.

20       Q.   No, did you back away from the

21  barricades?

22       A.   I don't know because I was blinded

23  and I bumped into something and when I came to

24  I was on the ground laying down.

25       Q.   By the barricade?

1   where you were standing, the only thing you

2   remember seeing is the officers and the gas

3   being sprayed.  You do not remember seeing any

4   protesters in front of the barricade and you do

5   not remember anyone throwing anything; is that

6   correct?

7       A.   Yes, that's true.

8       Q.   Okay.   Now, why don't you tell me

9   how the gas affected you.

10      A.   It blinded me.  I couldn't breathe,

11   that's it.  I lost consciousness and then when

12   I came to and I was on the ground.

13      Q.   And how long was it after the gas

14   was sprayed on you that you were able to see?

15      A.   I don't recall but it took quite

16   some time.

17      Q.   Minutes?  Hours?

18      A.   Hours.

19      Q.   Okay.

20           And then how long was your breathing

21   affected?  For how long did that last?

22      A.   It would have been once the effects

23   of the gas went away.

24      Q.   So a matter of hours?

25      A.   Well, hours, I don't know.  I don't

1  recall how long it lasted.  All I know is that

2  I couldn't see and I couldn't breathe very

3  well.

4       Q.   When did the affects of the gas

5  resolve?

6       A.   I don't recall very well.

7       Q.   One day?  Two days?  Three weeks?

8       A.   I don't recall how long it took.

9       Q.   Okay.

10           Was it all resolved within a week?

11      A.   About a week more or less.  But my

12  eyes are still bad.  And every so often also my

13  breathing.

14      Q.   What's wrong with your eyes?

15      A.   Teary, red, they burn.

16      Q.   Still today?

17      A.   Yes.

18      Q.   How often does that happen?

19      A.   Almost every day.

20      Q.   Okay.

21           How about the breathing?  Does that

22  still affect you?

23      A.   At times, that's less.

24      Q.   How often does that occur?

25      A.   That happens to me less.  Perhaps

```
 1    every two or three months, maybe.  I don't
 2    recall.
 3          Q.   And what happens?
 4          A.   I just can't breath.
 5          Q.   How long does that last?
 6          A.   I use those things to get some air
 7    and it goes away.
 8          Q.   What, like a nebulizer or something?
 9          A.   Yes.
10          Q.   Other than the gas, did you have any
11    other injuries on April 22nd, physical
12    injuries?
13          A.   Well, I fell down and I was hit in
14    some places, I had some blows.
15          Q.   Blows from what?
16          A.   I hit my knee and after that I've
17    had a lot of pain on my knee.
18          Q.   So you fell down on your knee?
19          A.   I think so.
20          Q.   Which knee?
21          A.   Here, the right one.
22          Q.   Okay.  Any other injury other than
23    to your right knee and the effects of the gas?
24          A.   My waist, when it hurts it hurt all
25    the way down.
```



PLAINTIFF'S

EXHIBIT NO. _____ #1
FOR IDENTIFICATION
Pastora Ferrer
DATE: _____ RPTR: _____

1 | UNITED STATES DISTRICT COURT
2 | SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 03-20588-CIV-MOORE

3

DONATO DALRYMPLE, et al.,

4
                    Plaintiffs,
5

6 | vs.

7 | UNITED STATES OF AMERICA,
                    Defendant.
8 | _____/

9
                                99 Northeast 4th Street
10                              Third Floor
                                Miami, Florida 33132
11                              February 5, 2004

12

13

14

15                          DEPOSITION OF

16                      JOSE ANTONIO FREIJO

17

18

19          Taken before Sonnia Martinez, Notary

20  Public for the State of Florida at Large,

21  pursuant to Notice of Taking Deposition filed

22  in the above cause.

23

24                                  CERTIFIED COPY

25

FERNANDEZ & ASSOCIATES COURT REPORTERS
444 Brickell Avenue, Suite 718, Miami, Florida 33131
DADE 305-374-8868 BROWARD 954-382-2101

```
 1                    APPEARANCES

 2

          Judicial Watch, Inc.
 3        By: Ed Farres, Esquire
          100 Southeast 2nd Street
 4        Bank of America Tower
          Suite 3920
 5        Miami, Florida 33131
          appearing on behalf of the
 6        Plaintiffs.

 7        Stephen Handler,
          Trial Attorney
 8        U.S. Department of Justice
          Torts Branch, Civil Division
 9        Benjamin Franklin Station
          P.O. 888
10        Washington, D.C. 20044
          appearing on behalf of the
11        United States of America.

12

13

14                      INDEX

15        WITNESS                 DIRECT

16        Jose Antonio Freijo       3

17                    EXHIBITS

18        Defendant's

19            No. 1  Page 22   No. 2  Page 22

20

21

22

23

24

25
```

1   in there.  And here were the cameras.  They

2   destroyed all the cameras.  They were willing

3   to kill, do whatever, which is to take the

4   child away.

5        Q.   Mr. Freijo, when the federal agents

6   arrived, did you get up from your location

7   behind the police barricade and pass the police

8   barricade and walk toward the Gonzalez family

9   home?

10       A.   Yes, the barricade was already on

11   the ground.

12            To here, to where the Federal

13   agents' cars were at.

14       Q.   Can you draw a line from your circle

15   in Exhibit 1 all the way to where you walked?

16       A.   That's easy, here.

17       Q.   Okay.

18       A.   Everybody just sort of went out,

19   sort of ran that way.  By that time, there was

20   no barricades that were up.  Everything was

21   just on the ground.

22       Q.   So when the federal officers arrived

23   to take Elian away, you and a whole bunch of

24   protectors went past the police barricades and

25   went toward the Gonzalez family home; is that

1    correct?

2          A.    Yes, they were already in here, the

3    Federal agents.  They came in through here and

4    through here and from here, they were --  from

5    all four corners.  They hit everybody.  They

6    hit police officers, everybody.  The police

7    officers abandoned their police cars.

8          Q.    Mr. Freijo, please listen to my

9    question.

10         A.    They had automatic weapons, machine

11   guns.

12         Q.    When the federal officers arrived,

13   you and the other protestors went past the

14   police barricade and you went to the front of

15   the Gonzalez family home; is that correct?

16         A.    Yes.

17         Q.    Okay.

18               Now -- just wait.

19               Okay.  When the federal officers

20   arrived, did you hear the officers say, Federal

21   officers, stay back behind the barricade?

22         A.    What they said was barbarous, they

23   said, it's a Federal Order, we're going to do

24   this in any fashion.  We'll do it one way or

25   another.  And we're ready to kill anybody,

```
 1        A.    I repeat again, I've told you twice

 2   already, there they yelled, here come the

 3   Federals, but you couldn't tell who they were

 4   because they came dressed all in black with a

 5   mountain mask, steel helmet and they didn't

 6   have a badge or anything or any kind of a sign

 7   so you don't know who they were.

 8        Q.    But before you passed the barricade

 9   you heard somebody say, here come the Federals;

10   correct?

11        A.    Not that they're coming but the

12   Federals are here.

13        Q.    Okay.   So what does that mean to

14   you, the Federals?

15        A.    To me, that means a lot.   Everybody

16   knows, or so they say, that the police here,

17   the Federals are the principal ones, but nobody

18   really knew who was there.   Nobody knows who

19   yelled, here are the Federals.   Even the

20   policeman ran away.

21        Q.    Okay.

22             But when somebody says, here are the

23   Federals, did you believe that they were some

24   type of law enforcement officer?

25        A.    We all felt that the Federals would
```





Freijo
EXHIBIT
#1

1

2           UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
3
            CASE NO. 03-20588 CIV MOORE
4

5  DONATO DALRYMPLE,

6              Plaintiff,

7         vs.

8  UNITED STATES OF AMERICA,

9              Defendant.
   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
10

11

12                          99 N. E. Fourth Street
                            Miami, Florida
13                          August 9, 2004
                            2:10 p.m.
14

15

16     DEPOSITION OF GILBERTO EMILIO GALARRAGA

17          Taken on behalf of the Defendant

18    before LOIS E. GUFFEY, RDR, Notary Public in

19    and for the State of Florida at Large, pursuant

20    to a Notice of Taking Deposition filed in the

21    above cause.

22

23                                        COPY

24

25


           FERNANDEZ & ASSOCIATES   (305) 374-8868



1  did you wake up that day?

2       A.   Well, it was like apparently with my

3  breathing, because apparently the gas was already

4  penetrating.  And the others had already noticed

5  that.  So then we started to move around.

6       Q.   Okay.  So when you woke up are you trying

7  to say that it was the gas that woke you up because

8  you were having trouble breathing?

9       A.   Yes.  I have difficulty with breathing.

10       Q.   So after you woke up, what was the very

11  next thing you did?

12       A.   When we got up and we started to see what

13  was going on.  Well, after awhile we opened the

14  doors and we went outside.  And by that time almost

15  everything had happened already.

16       Q.   When you say we, who is we?

17       A.   The people that were living there, Diago,

18  Norma Dominguez, Idail, this young lady whose name

19  I don't recall now, and even more closer to that

20  was Damian's house, because this is a building

21  that's divided between one side and the other.

22       Q.   So when you woke up were these people

23  already in your room?  Did you go outside of your

24  room and look for them?

25       A.   Who?  The other people?

16

```
 1        Q.    Yes.

 2        A.    The other ones.  We started to move

 3   around.  All of us that were there living, woke up.

 4   And we were asking, what's going on here?

 5        Q.    Now did you hear anything?

 6        A.    As far as hearing something, I can tell

 7   you that I didn't hear anything.  Perhaps because I

 8   was asleep.  Like a noise or something like that?

 9        Q.    Right.  So you didn't hear any noises or

10   anything?

11        A.    No, I didn't hear anything.

12        Q.    Did you stop to look outside of a window?

13        A.    Well, I tried to do that, but then the gas

14   would come in.  We had to close the door right

15   away.  Because that was all -- was a cloud of gas.

16   It was all -- it was cloudy.  There was a lot of

17   gas.

18        Q.    Could you see anything when you looked

19   out?

20        A.    Well, look.  In my room where I slept it's

21   to the rear.  And Elian's house was to the side.  I

22   could hardly see anything over there.  Because it's

23   towards the rear.

24              And from what you can see is -- were the

25   houses to the side where there were windows that
```



1   you can -- they are to the side of that house.

2       Q.   I just want you to listen carefully to my

3   question and just try to answer exactly what I am

4   asking.

5       A.   Okay.

6       Q.   Now when you looked out, did you see

7   anything that time?

8       A.   No, I couldn't see anything.

9       Q.   Okay.  Now what did you do next after you

10  found the others that you lived with?

11      A.   We went outside afterwards.

12      Q.   Through your front door?

13      A.   From the living room, and you have to go

14  down some stairs in order to reach the street.

15      Q.   Where did you go once you were outside?

16      A.   Right there in front of the house to see

17  what is going on.  To see what had happened.

18      Q.   Was everyone from your apartment with you

19  then?

20      A.   Yeah.  All of us went down to see what had

21  happened.

22      Q.   What did you see?

23      A.   By the time I got down to the street

24  practically people were saying, look, there is a

25  van going by.  You know, a van is like a big car.

18



1    That was the only thing that I could see, I was

2    able to see.  It would seem those were the last

3    cars that were just leaving there.

4        Q.   So you did see a few vans drive by?

5        A.   I saw one van.  Because he said, look,

6    there is a van going by there.  But by that time it

7    was some distance away already.

8        Q.   Who said look?

9        A.   One of the people that was there.  I don't

10   know who, because there were several people around

11   there.

12       Q.   What else did you see?

13       A.   I didn't see anything else.

14       Q.   When you were looking around, did you see

15   people there?

16       A.   Yes.  There were still a lot of people,

17   like always.  And people -- and people that had

18   just arrived to see what had happened.

19       Q.   Let me show you a photograph.

20       A.   Fine.

21       Q.   This is a photograph taken from above,

22   from an airplane, of the neighborhood where the

23   Gonzalez house is and where you lived on April

24   22nd, 2000.

25       A.   Okay.



1      Q.    Now the photograph wasn't taken on April

2   22nd, 2000, just so you know.

3      A.    In another time.

4      Q.    I am going to have it marked as Exhibit 1

5   for this deposition, Galarraga Exhibit 1.

6      (Galarraga Exhibit 1 is marked)

7   BY MS. GUPTA:

8      Q.    Now if you look at the top of the picture,

9   near the center is the house with a square top.    -

10   There is some flags in front of it.  That's the

11   Gonzalez family home.

12      A.    Yeah.  Here.  This one (indicating).  Then

13   that is to say this is the building.

14      Q.    Okay.  Now I am going to go ahead and put

15   a G on the Gonzalez family home.  Now can you put

16   your initials or mark where you lived?

17      A.    (Indicating).

18      Q.    Just the building.

19      A.    The building.  This is a -- this is the

20   street here.  This is Elian's home.  So the

21   building where I lived ought to be this one here

22   (indicating).  Because here is the front.  The

23   front.  Yes.  Uh-huh.

24            This is the other building.

25      Q.    What other building?

24



1    Q.    How was it inside?  Was it fine to go back
2  inside?

3    A.    Yeah.  By that time I think time had gone
4  by and it had cleared up.

5    Q.    So the gas had cleared up?

6    A.    Yes.  The gass had cleared up.

7    Q.    Now how were you feeling at the time?

8    A.    I was short of breath.  I went like that
9  for about three days.  Short of breath.

10    Q.    Now did you see a doctor about that?

11    A.    No, I didn't go anywhere.

12    Q.    Okay.  Not on Saturday, not afterwards?

13    A.    No.  I never went to the doctor.

14    Q.    And you had had bronchitis before?

15    A.    Yes.

16    Q.    And you had bronchitis on April 22nd?

17    A.    No, no.  I didn't have it then.  I didn't
18  have it.

19    Q.    All right.  Was there anything else wrong,
20  except for shortness of breath?

21    A.    No, nothing else, just short of breath.

22    Q.    No skin burning, irritation?

23    A.    Oh, that, yeah.  Almost everybody there
24  had it, had a problem with the skin.  That's true.

25    Q.    How long did that last?

25



```
 1        A.    Just a few days, four, five days, perhaps.

 2        Q.    Now the other people who were with you,

 3   the ones from your apartment, how were they

 4   feeling?

 5        A.    Well, my relative, my friend, he did last

 6   with him a little longer because he does suffer

 7   from bronchitis quite severely.

 8        Q.    Who is this?

 9        A.    Ramon Diago.

10        Q.    How long was he feeling bad?

11        A.    I don't recall.  He had -- he was agitated

12   for several days.

13        Q.    Do you remember if it was more than a

14   week?

15        A.    At least a week, at least a week.

16        Q.    Do you know if he went to a doctor

17   afterward?

18        A.    I don't recall.  I don't recall if he went

19   to the doctor or not.  I couldn't tell you with

20   certainty.

21        Q.    Do you remember if anything else was wrong

22   with him, if he complained about anything else?

23        A.    No.  I don't recall.  It seems not.  I

24   think it was just asthma.

25        Q.    Now what about the other people with you?
```



1       Q.     Now sometimes people will get so upset

2    about something that they have trouble doing things

3    everyday in their lives, like going to work, and

4    they even feel like they have to go see a doctor

5    about it.

6       A.     Oh, yeah.

7       Q.     Now did you ever go to see a doctor about

8    your feelings?

9       A.     No, I didn't go to the doctor.  When it

10   comes to seeing doctors, being from Cuba, it's not

11   an easy thing for me to do.

12      Q.     Have you kept any documents, pictures or

13   taken videotapes of anything that went on, on April

14   22nd, 2000?

15      A.     No.  When that happened I had reasons

16   to arrive here.  So you can imagine how things

17   were.

18      Q.     Just a couple more questions.

19      A.     Yes.

20      Q.     Now when you were outside of your

21   apartment building on the street you said you were

22   with the people from your apartment, right?

23      A.     Yeah.  I was -- the family, us, the

24   family.  You know, we went down, we came up, we

25   went down and such.  Just when everything happens,



FERNANDEZ & ASSOCIATES   (305) 374-8868



1   you know, you just move about and so on.

2       Q.   So were you together for most of the time

3   or did you see the -- like did you see Ramon and --

4   what are their names?   Aray and all of them?

5       A.   Yeah.   We were together as a group, as

6   always.

7       Q.   Now you didn't see any police officers or

8   federal officers while you were there?

9       A.   If I told you something different I would

10   be lying to you.   I am telling you that I didn't

11   see anyone.   Perhaps there were some there but I

12   can't tell you with certainty.

13       Q.   Is it fair to say that at no point in time

14   you -- you didn't talk to any federal officer or

15   policeman?

16       A.   No.   I never spoke to anyone.

17       Q.   Is it fair to say that at no point in

18   time -- you didn't have any physical contact with

19   any policemen or federal officer?

20           MR. ORFANEDES:   I object.   That's a double

21       negative in there.

22           THE WITNESS:   I never had any.

23   BY MS. GUPTA:

24       Q.   Now was there -- at any point during that

25   entire day did you see Ramon talking to any police





1

2              UNITED STATES DISTRICT COURT

3             SOUTHERN DISTRICT OF FLORIDA

4             CASE NO. 03-20588 CIV MOORE

5

  DONATO DALRYMPLE,
6
                   Plaintiff,
7
            vs.
8
  UNITED STATES OF AMERICA,
9
                   Defendant.
10 --------------------------------x

11

12                    99 N. W. Fourth Street
                      Miami, Florida
13                    Thursday, April 22, 2004
                      9:07 a.m.
14

15

16          DEPOSITION OF ROSA GARCIA

17

18      Taken on behalf of the Defendant before LOIS

19 E. GUFFEY, RDR, Notary Public in and for the State of

20 Florida at Large, pursuant to a Notice of Taking

21 Deposition filed in the above cause.

22

23

24                                    CERTIFIED COPY

25

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

23

1   through this deposition a lot faster if you just answer

2   my question.  Just before the officers arrived were you

3   located behind the police barricade or were you

4   somewhere else?

5        A.   I was there, and I went out to give them the

6   message, and then I started to come back there.  But

7   before I got there, the guards arrived.

8        Q.   So before the officers arrived, you were

9   behind the police barricade, correct?

10        A.   Yes.

11        Q.   And then you -- did you go through the

12   barricade after the officers arrived or before the

13   officers arrived?

14        A.   Before -- before these beasts arrived to take

15   the boy away.  I ran over to tell them to run and hide

16   the boy.  I told that young American man.

17        Q.   Okay.  So just before the officers arrived,

18   you went beyond the police barricade and you went up to

19   Lazaro Gonzalez's house, correct?

20        A.   Correct.

21        Q.   Did you actually go inside the house?

22        A.   To the door.

23        Q.   Then did you speak to Donato Dalrymple at the

24   door?

25        A.   No.  Donato was yelling, and I told him, run

—27—

1  differently.  Forget the roof.  I don't -- okay.  I --

2  you have testified about the roof.  I understand about

3  the roof.  I am not -- I understand.

4      A.    Okay.

5      Q.    I am only interested in the street right now.

6  When you were behind the police barricade, when you

7  passed through the police barricade to go up to Lazaro

8  Gonzalez's house did you see any law enforcement

9  officers that looked like -- similar to the ones in

10 Exhibit 2?

11     A.    Yes.

12     Q.    Did those officers put up their hands and say,

13 "Federal officers, stay back behind the barricades"?

14     A.    Yes.

15     Q.    When I say that in English, do you understand

16 what I mean?

17     A.    Yes.

18     Q.    And did you understand it back in on

19 April 22nd, 2000?

20     A.    Yes.

21     Q.    Why didn't you stay back behind the barricade

22 when the officers said, please stay back behind the

23 barricades?

24     A.    We went to try to prevent their taking the boy

25 away.

28

1      Q.   Now you said that you came into some physical
2  contact with some of the law enforcement officers.   Can
3  you describe what that physical contact was?
4      A.   When did I have physical contact with them?
5      Q.   Well, what I am talking about is them pushing
6  you, hitting you, any kind of contact like that.
7      A.   Oh, that, yes.
8      Q.   Okay.  Can you, please, tell me where that
9  occurred?
10     A.   In front of the house almost -- in front of
11 the house, almost at the next block, that was like a
12 war, a small war.
13     Q.   When you say the next block, you are talking
14 about a city block?
15     A.   Yes.
16     Q.   Okay.  Did you have any physical contact with
17 any law enforcement officers after you left the police
18 barricade and went up to Lazaro Gonzalez's house?
19     A.   When I left, they started kicking me so that I
20 would go to the back.
21     Q.   Okay.  Well, let me see if I understand this.
22 When you were behind the police barricade, you went
23 through the barricade, you went up to Lazaro Gonzalez's
24 house to talk to Donato; is that correct?
25     A.   Yes.

1

2          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
3
           CASE NO. 03-20588 CIV MOORE
4

5   DONATO DALRYMPLE,

6               Plaintiff,

7          vs.

8   UNITED STATES OF AMERICA,

9               Defendant.

10

11
                    99 N. E. Fourth Street
12                  Miami, Florida
                    Monday, April 19, 2004
13                  2:50 p.m.

14

15

16          DEPOSITION OF RUBEN GARCIA

17

18          Taken on behalf of the Defendant

19     before LOIS E. GUFFEY, RDR, Notary Public in

20     and for the State of Florida at Large, pursuant

21     to a Notice of Taking Deposition filed in the

22     above cause.

23

24                              ORIGINAL

25

```
 1          APPEARANCES:
               JUDICIAL WATCH, INC.
 2             100 Southeast 2nd Street, Suite 3920
               Miami, Florida  33131-2148
 3             By:  ED FARRES, ESQ.
               Appearing on behalf of the Plaintiff.
 4
               U.S. DEPARTMENT OF JUSTICE
 5             1331 Pennsylvania Avenue, Northwest
               Room 8066N
 6             Washington DC 20004
               By:  STEPHEN E. HANDLER, Esq.
 7             Appearing on behalf of the Defendant.

 8             ALSO PRESENT:
               Isabel Duquesne, Interpreter
 9             Alberto De La Cerra, Interpreter

10
                           I-N-D-E-X
11       WITNESS              DIRECT
         RUBEN GARCIA            3
12
         GARCIA EXHIBITS
13       1, copy of photo                         9

14

15

16

17

18

19

20

21

22

23

24

25
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

1       Q.    Would you agree with me that when the

2    federal officers arrived to take Elian away it

3    occurred very early in the morning on April 22nd of

4    2000?

5       A.    That's right.

6       Q.    Where were you located just before the

7    officers arrived?

8       A.    Well, immediately at that point in time a

9    group of us was around this barrier, barricade.

10              MR. HANDLER:  I am marking what is Exhibit

11        No. 1, an aerial photograph.

12       (Garcia Exhibit 1 is marked.)

13   BY MR. HANDLER:

14       Q.    What I would like you to do is take a look

15   at -- this is the general neighborhood of where

16   Lazaro Gonzalez's house is located.  In the center

17   of Exhibit No. 1 is Lazaro Gonzalez's house.  Do

18   you see that?

19       A.    Yeah.  I can see the house right there.

20       Q.    So you recognize this exhibit as the

21   general area where Lazaro Gonzalez's house is,

22   correct?

23       A.    Yes, yes.  Near Flagler.  I know.  Next

24   to -- yeah, three or four blocks away from Flagler.

25       Q.    Okay.

FERNANDEZ & ASSOCIATES   (305) 374-8868

10

1      A.    Yes.

2      Q.    And across the street from the Gonzalez

3  home were the tents where the media were located?

4      A.    Yeah, yeah, the TV was there and those

5  things were there.

6      Q.    In front of them were police barricades?

7      A.    Yes.  They were set up there, yes.

8      Q.    At the end of the street there were also

9  other police barricades where people generally

10  stood behind?

11      A.    Yes.  I was there behind the barricade.

12      Q.    So on April 22nd, 2000 when the INS

13  officers arrived in front of Lazaro Gonzalez's

14  house you were located behind the barricade at the

15  end of the street?

16      A.    That's right.

17      Q.    Could you take that --

18      A.    Behind you.

19      Q.    Could you take the pen and draw a circle

20  generally where you were standing.

21      A.    Well, the group -- it was dark.  I can't

22  be precise, but it was dark.  But there was a group

23  of us here.  This is the house, right?

24      Q.    Correct.

25      A.    We were over here.

11

1    Q.   Okay.  Circle it, general circle.

2    A.   I know I was fairly distant.  I was -- I

3  was fairly distant, fairly distant from the house.

4    Q.   So --

5    A.   I really can't tell because it was dark,

6  you know.

7    Q.   Well, just in general, on Exhibit No. 1

8  you have drawn a circle behind the police barricade

9  in a general location where you were when the

10  officers arrived in front of Lazaro Gonzalez's

11  house.

12    A.   Correct.

13    Q.   This is just in general.  Now what first

14  alerted you to the presence of the officers'

15  arrival?

16    A.   They -- yeah.  Here are the people,

17  agents, and I -- I can't be precise, but we threw

18  ourselves to the ground because of the gas that

19  they sprayed.

20    Q.   When you heard, here are the people, the

21  agents, did you walk toward the front of the police

22  barricade?

23    A.   No, sir.  I threw myself on the ground

24  towards the back.

25    Q.   At any point in time when the officers

FERNANDEZ & ASSOCIATES   (305) 374-8868

1  were still in front of the Lazaro Gonzalez's house

2  did you ever walk in front of the barricade?

3       A.   No.  I was lying on the ground.

4       Q.   But you threw yourself on the ground; is

5  that correct?

6       A.   Correct.  With all of the pushing around

7  there, I threw myself on the ground together with

8  many other people.

9       Q.   Before you threw yourself on the ground

10 did you see other people in front of you jump the

11 barricade and run toward the Gonzalez family home?

12      A.   No, sir, I did not see that.

13      Q.   Before you threw yourself on the ground

14 did you see people around you throwing things at

15 the officers?

16      A.   No, sir.

17      Q.   Did you come into any physical contact

18 with any of the law enforcement officers?

19      A.   No, sir.

20      Q.   Did you talk to any of the officers at any

21 time?

22      A.   No, sir.

23      Q.   Did any of the officers spray you with any

24 gas?

25      A.   Not directly.  They sprayed the area but

13

1   not directly at me.

2      Q.   But you smelled the gas?

3      A.   Yes.

4      Q.   Why don't you tell me what effects you had

5   from the gas.

6      A.   I suffered for that, but I have noticed

7   that the asthma attacks me more after the gases.

8      Q.   Right at the time you smelled the gas can

9   you tell me how it affected you?

10      A.   The breathing.

11      Q.   You had difficulty in breathing?

12      A.   I had and I do still have.

13      Q.   Okay.  Do you have any other effects on

14   your body other than causing you difficulty in

15   breathing?

16      A.   I notice that my digestive tract are also

17   not functioning well after that.

18      Q.   Can you be more specific?

19      A.   Well, I -- that I noticed that after that

20   my digestive tract doesn't function well.  I eat

21   anything.  I even -- I did have a colon operation

22   last year.

23      Q.   When you say that you have digestive

24   problems, can you describe for me what those

25   problems are.



1      A.     Well, I haven't even been able to explain

2   it to the doctor, himself.  On occasions I would

3   get this pain, and this wouldn't either go up or

4   down.  I haven't been able to explain it even to my

5   doctor.

6      Q.     So you have stomach pain?

7      A.     (Indicating), yes.  Like at the start of

8   the stomach, but they have done tests and

9   everything.

10      Q.     Did you have any digestive problems prior

11   to April 22nd, 2000?

12      A.     No.  It was after that.

13      Q.     Has any doctor ever told you that your

14   digestive problems are the result of your breathing

15   the gas on April 22nd, 2000?

16      A.     No.  I have suffered after that from my

17   digestive tract, but they have not told me that it

18   is because of that.

19      Q.     And presently you have asthma?

20      A.     Correct.

21      Q.     Did you have asthma prior to April 22nd,

22   2000?

23      A.     I did have asthma but not as severe as

24   after April 22, 2000.

25      Q.     Did any doctor tell you that the severity



1   of your asthma was caused by the breathing in the

2   gas?

3        A.   They only have given me prescriptions and

4   an inhaler for when I am short of breath, but no.

5        Q.   Other than the digestive problems and your

6   asthma, do you have any other problems that you

7   associate with breathing in the gas on April 22nd,

8   2000?

9        A.   No.   You want more than that, the

10   digestive problem, and the asthma, and the air.

11        Q.   And the what?

12        A.   Air.

13        Q.   As a result of what happened to you on

14   April 22nd, 2000 do you have any emotional

15   problems?

16        A.   I figure, yes.

17        Q.   What?

18        A.   Like anxiety.

19        Q.   How often does your anxiety occur?

20        A.   Well, it's temporary, you know.

21        Q.   So sometimes?

22        A.   Correct.   Well, the problems that I have

23   -- my main problems are the digestive tract.   What

24   I am seeing is a gastroenterologist and the one for

25   the breathing, for the pulmonary.



EXHIBIT
19   4-19-04
Ruben Gwin

1
—1—

1           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2
            CASE NO. 03-20588 CIV MOORE
3

4   DONATO DALRYMPLE, et al.,

5                   Plaintiff,

6           vs.

7   UNITED STATES OF AMERICA,

8                   Defendant.
    - - - - - - - - - - - - - - - - - - - - - - - - - -x
9

10                          99 Northeast Fourth Street, Suite 300
11                          Miami, Florida
                            Wednesday, March 17, 2004
12                          3:23 p.m.

13

14

15              DEPOSITION OF NIXY GOMEZ

16

17      Taken on behalf of the Defendant before LOIS

18  E. GUFFEY, RDR, Notary Public in and for the State of

19  Florida at Large, pursuant to a Notice of Taking

20  Deposition filed in the above cause.

21

22

23

24                                      ORIGINAL
25

2

```
 1   APPEARANCES:
     JUDICIAL WATCH, INC.
 2   100 Southeast 2nd Street, Suite 3920
     Miami, Florida  33131-2148
 3   By:  ED FARRES, ESQ.
     Appearing on behalf of the Plaintiffs.
 4
     OFFICE OF THE UNITED STATES ATTORNEY
 5   Benjamin Franklin Station
     P.O. Box 888
 6   Washington, DC  20044
     By:  STEPHEN E. HANDLER, Esq.
 7   Appearing on behalf of the Defendant.

 8   ALSO PRESENT:
     Isabel Duquesne, Interpreter
 9   Alberto De La Cerra, Interpreter

10

11              * * *  I N D E X  * * *

12   WITNESS                                      PAGE
     NIXY GOMEZ
13       DIRECT EXAMINATION BY MR. HANDLER           3

14

15   GOMEZ EXHIBITS MARKED FOR IDENTIFICATION    PAGE

16   1        copy of photo                         13

17

18

19

20   --

21

22

23

24

25
```

1  down, there is an intersection, and he drew four

2  houses -- one, two, three, four -- and he wrote "here"

3  as the house where he was located.

4       A.   Yes.

5       Q.   Do you agree with Carlos' drawing?

6  Approximately?

7       A.   Yes.  Approximately so, because I don't know

8  whether or not it's four houses or five houses down.

9       Q.   Ah.  Okay.

10      A.   Approximately, yes.

11 (Nixy Gomez Exhibit 1 is marked.)

12      Q.   So on your Exhibit No. 1, the Nixy exhibit, I

13 drew the same diagram as the Carlos exhibit, but I put

14 five houses.  Okay?  And I am just going to circle the

15 fourth and the fifth house from the corner.

16           It was one of those two houses that you were

17 located at on April 22nd, 2000, correct?

18      A.   That's right.

19      Q.   Okay.  Now, what first alerted you to the

20 presence of the INS?

21      A.   The commotions of the people and the noises

22 made by helicopters.

23      Q.   Why don't you describe in your own words what

24 you did.

25      A.   Well, we went out -- I went out to see what

14

1   was going on, and then I arrived to that place.

2        Q.    Arrived to what place?

3        A.    To the house.  I didn't quite get there.

4   Precisely.

5        Q.    Why don't you -- on this diagram, can you tell

6   me how close you got to the Gonzalez family home?

7        A.    Where is the corner?

8        Q.    Well --

9        A.    It ought to be here.

10       Q.    Here is the corner on the diagram.

11       A.    No, no, I didn't say -- no.  The closest that

12   I got to the house?

13       Q.    Yeah.

14       A.    Is that what you want to know, how close I got

15   to the house?

16       Q.    On Nixy Exhibit 1, do you see the street in

17   front of the Gonzalez family home?

18       A.    Yes.

19       Q.    The street actually goes on, right?

20       A.    Yes.

21       Q.    You were down the street at the house beyond

22   the corner, right?

23       A.    Yes.

24       Q.    So you -- you exited the house?

25       A.    Uh-huh.

1     Q.    And you went up the street in the direction

2  toward the Gonzalez family home, correct?

3     A.    Uh-huh.  Uh-huh.  Okay.

4     Q.    I want to know how far you got when you

5  stopped.

6     A.    (In English) I am sorry.

7         Right around here someplace.

8     Q.    So you went past the corner?

9     A.    Yes.

10     Q.    And you got up to -- you didn't get to the

11  Gonzalez family home, though.

12     A.    No.  Thank the Lord, no.

13     Q.    Can you like draw -- see a line -- well, I

14  will just draw the line.  Okay?

15         So did you walk straight up the street, the

16  middle of the street?

17     A.    Oye.

18     Q.    Oye?

19     A.    What?

20     Q.    Did you walk up the street or the sidewalk?

21         THE INTERPRETER:  I can't hear her.

22         THE WITNESS:  About the middle of the street?

23  What I -- whatever you call now is that I ran and I

24  tried -- I was -- I went with the intent of getting

25  to the house, but it was impossible.  And I got

1       almost to the front over here on the street.

2  BY MR. HANDLER:

3       Q.   Draw an X where -- draw an X where -- the

4  farthest you got.

5       A.   Like this (indicating).  Apartment building

6  over here.

7       Q.   Well, just put an X.

8       A.   I am talking to myself.

9       Q.   Oh. This is the Gonzalez family home, right?

10      A.   It's very difficult to say, because I tried to

11  get there, but then with -- the whole commotion started

12  with the gases.  I went back -- I retreated in order to

13  be safe.  But I imagine it was no further than this, no

14  more.

15      Q.   Well, you put two X's here.

16      A.   Yes.  It's an approximation.  I can't give you

17  the exact point.

18      Q.   I understand.  So on Nixy Exhibit 1, you

19  walked up -- did you say you ran up the street or walked

20  up?

21      A.   Huh?  Well, I was walking initially, but then

22  later I took off running.

23      Q.   Okay.  So but it was up the street, the middle

24  of the street?

25      A.   Some part of the time on the sidewalk, part of

1  the time on the street.

2      Q.    So I am going to draw a line from the house up

3  the street, okay.  And this is -- this is the general

4  .direction that you took, like this (indicating),

5  correct?

6      A.    Yes.

7      Q.    So you left the house where you are staying,

8  and you went up the street and the sidewalk in the

9  direction of the Gonzalez family home, and on Nixy

10  Exhibit 1 you have drawn two X's approximately where you

11  stopped.

12     A.    Yes.

13     Q.    Why did you run toward the Gonzalez family

14  home?

15     A.    To see what was happening.

16     Q.    Was Carlos Treto with you at that time?

17     A.    At what time?

18     Q.    When you left the house and you went up the

19  street up to the Gonzalez family home?

20     A.    No.

21     Q.    You left him in the dust?

22     A.    No.  He left me in the dust.

23     Q.    Well, where did he go?

24     A.    I don't know.

25     Q.    Okay.  Well, did you both leave this cousin's

1      Q.   No.  I understand that.  If I ask you a

2  question and you don't know the answer, just say "I

3  don't know."

4      A.   Okay.

5      Q.   I don't want you to guess.  I don't want you

6  to make up anything, and I don't want you to tell me

7  something that you saw later on TV.

8      A.   Of course.

9      Q.   Did you ever come into physical contact with

10 any law enforcement officers?

11     A.   No.

12     Q.   Did you see any of the law enforcement

13 officers come in physical contact with anyone else?

14     A.   No.

15     Q.   Did law enforcement officers spray you with

16 gas directly?

17     A.   No.

18     Q.   You just felt the effects from the gas that

19 was around the area, correct?

20     A.   Correct.

21     Q.   Now, when you were back at your -- the

22 cousin's house, and you looked down the street, could

23 you see the gas in the air?

24     A.   No.

25     Q.   When you ran up the street and got closer and

22

1  closer to the Gonzalez family home, could you see the

2  gas?

3      A.    Of course.

4      Q.    And then you eventually ran into the gas and

5  had to stop because it was affecting you, correct?

6      A.    Correct.

7      Q.    How did the gas make you feel?

8      A.    The eyes, they burned a lot.

9      Q.    Your eyes what?

10          THE INTERPRETER:  Burned a lot.

11  BY MR. HANDLER:

12      Q.    What else?

13      A.    At that time?

14      Q.    Yes.

15      A.    The eyes, and also I was somewhat short of

16  breath, and nothing else.

17      Q.    And then you stopped, and you went back to the

18  cousin's house or to the corner?

19      A.    To the corner.

20      Q.    And did you -- what?  You stayed there and

21  watched?

22      A.    For awhile, yes.

23      Q.    And what did you see?

24      A.    People yelling, screaming.

25      Q.    Did you see the vans pull back?

23

1      A.     When they were taking the child?

2      Q.     Yes.

3      A.     Yes.

4      Q.     And tell me what you saw.

5      A.     Some white vans with some officers dressed in

6   black and nothing else.

7      Q.     And when the vans -- the vans backed down the

8   street past you?

9      A.     What do you mean, beyond?

10     Q.     Well, the vans were in front of the Gonzalez

11  family home, and they backed down the street.  Did they

12  go past the corner?

13     A.     What do you mean, past the corner?

14     Q.     Well, when the vans backed down the street,

15  did they go past this intersection that I drew on

16  Exhibit 1?

17     A.     Yes.

18     Q.     And did they drive down the street or did they

19  keep going past the cousin's house?  What did they do?

20     A.     Don't know.  I don't know.  At this time I

21  don't know.

22     Q.     You don't remember?

23     A.     No.

24     Q.     After the vans left, did you -- did you --

25  what did you do then?

—24—

1    A.    I was there for a while, and then I went to

2   the house, but not long.

3    Q.    When you returned back to the corner, did you

4   see Carlos Treto at the corner?

5    A.    No.

6    Q.    The corner we are talking about that you

7   returned to after you were gassed, am I pointing at the

8   right corner?

9    A.    Yes.

10    Q.    I am going to put a little X with a circle

11   around it there.  This little X with the circle around

12   it is the corner that you returned to after you were

13   gassed; is that correct?

14    A.    Uh-huh.  Yes.

15    Q.    Would it be fair for me to state that by the

16   time -- that the length of time it took you to leave the

17   cousin's house to go down to where you stopped on the

18   Gonzalez street and returned to the corner was two or

19   three minutes at the most?

20    A.    Yes.  Yes.

21    Q.    In this intersection that you stopped at, you

22   did not see Carlos Treto at all in that intersection?

23    A.    No.

24    Q.    You would recognize him if you saw him, right?

25    A.    I think so, yes.

25

1    Q.    When you returned back to this intersection,

2  were there very many people in this intersection?

3    A.    Yes, there were people there.

4    Q.    Did you see anybody lying on the ground in

5  this intersection?

6    A.    Where I was?  No.

7    Q.    Carlos Treto said he only made it up to about

8  this intersection, the first intersection past his

9  cousin's house, and a law enforcement officer pushed

10  somebody, and that person fell on top of Carlos right

11  about in the intersection.  Did he ever tell you that?

12    A.    Yes.

13    Q.    But you never saw him there, correct?

14    A.    No.

15    Q.    Is that correct?

16    A.    I didn't see him.

17    Q.    Okay.  You went to receive medical care for

18  the effects of the gas?

19    A.    Yes.

20    Q.    When did you go -- strike that.

21        Did you go with Carlos to the same place that

22  Carlos went to get medical care?

23    A.    Yes.

24    Q.    And you complained to the doctor that you had

25  itching in the eyes?

—26—

1      A.    Yes.

2      Q.    What other complaints did you make?

3      A.    Shortness of breath and like an allergy.

4      Q.    Did you complain of headaches and dizziness?

5      A.    In the beginning, I did get headaches.

6      Q.    And did you have any other complaints?

7      A.    No.

8      Q.    Did the doctor prescribe anything?

9      A.    Yes, of course.

10     Q.    Do you remember what the doctor prescribed?

11           (Whereupon, there was a brief interruption.)

12  BY MR. HANDLER:

13     Q.    Do you remember the medication the doctor

14  prescribed?

15     A.    No.

16     Q.    Did you take all the medication?

17     A.    No.  I self-prescribed it.

18     Q.    So you took it when you felt like it, and then

19  when you didn't feel like taking it anymore, you didn't

20  take it?

21     A.    Yes.

22     Q.    Okay.  Did the symptoms of the eyes burning

23  and shortness of breath and headaches eventually go

24  away?

25     A.    It took quite some time, and even now, with my

—27—

1   eyesight in the afternoons, it gets very red, very

2   uncomfortable.

3       Q.   So the burning of the eyes, when did that

4   resolve?

5       A.   The most uncomfortable part was like a month

6   and something to two months.

7       Q.   So the burning in the eyes was gone within two

8   months?

9       A.   Not totally.

10      Q.   I want to know when it completely resolved.

11      A.   I couldn't tell you, because even now in the

12   afternoon or at night, I feel my eyes.  They get very

13   red, and they feel uncomfortable.  I don't know if it's

14   due to this, but I do still feel the discomfort.

15      Q.   Okay.  Is there a difference between the

16   burning you felt on April 22nd, 2000, and the present

17   discomfort?

18      A.   Of course.

19      Q.   When did the burning stop, how long?

20      A.   One and a half to two months, the most

21   intensive one.

22      Q.   So the burning in your eyes lasted for about

23   two months.  Then after that, up to the present date,

24   they become red, and you have some discomfort in your

25   eyes; is that correct?

28

1  A. Yes.

2  Q. And the shortness of breath, how long did that

3 last?

4  A. That lasted for practically a year.

5  Q. And the headaches, how long did that last?

6  A. I would say month and a half, the first four,

7 six weeks, two months, around that.

8  Q. About two months?

9  A. Yes.

10  Q. And I had two medical records here for you.

11  A. Okay.

12  Q. I have April 25th, when you came in

13 complaining about the itchy eyes and the headaches and

14 the dizziness, and then I have April 27th, two days

15 later.  Okay.  It says, "The patient is better.  Still

16 has red eyes and itching."

17  A. Yes.

18  Q. And you have some kind of coughing, okay?

19  A. Yes, like asthma.

20  Q. Right.  All right.

21    After April 27th, after the second medical

22 visit, from that date up to the present date have you

23 seen any medical personnel with regard to the effects of

24 the gas?

25  A. No.

29

1    Q.    In April of 2000 were you working?

2    A.    I don't know.  Well, I was working, but I

3 don't know on that date.

4    Q.    With regard to the effects of the gas that it

5 had on you, did it have any effect on your day-to-day

6 activities?

7    A.    For work, no.

8    Q.    So with regard to you being able to work, you

9 were still able to go to work and earn a living; is that

10 correct?

11    A.    Yes.

12    Q.    Did it affect any other part of your life

13 other than work?

14    A.    I don't understand.

15    Q.    The effects the gas had, you already testified

16 that it didn't affect your ability to work.  Did it

17 affect your -- the other activities that you engaged in

18 at that time?

19    A.    Like which?

20    Q.    At the time you were 26, right?

21    A.    Yes.

22    Q.    So you probably went out to clubs, you

23 probably did things with your friends, went to movies.

24 You had a boyfriend?

25    A.    Uh-huh.





EXHIBIT 19
3-17-04
Nixy Gomez

1        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA

2        Civil Action No. 03-20588-CIV-MOORE

3

4    DONATO DALRYMPLE, et al.,

5              Plaintiffs,

6    vs.

7    UNITED STATES OF AMERICA,

8              Defendant.
     _____/

9

10                  99 Northeast 4th Street
                    Third Floor
11                  Miami, Florida 33132
                    February 25, 2004
12                  9:20 a.m. - 10:10 a.m.

13

14

15              DEPOSITION OF

16           CARLOS GONZALEZ

17

18

19        Taken before Sonnia Martinez, Notary

20   Public for the State of Florida at Large,

21   pursuant to Notice of Taking Deposition filed

22   in the above cause.

23

24                        ORIGINAL

25

```
 1                    APPEARANCES

 2

 3        Judicial Watch, Inc.
          By: Ed Farres, Esquire
          100 Southeast 2nd Street
 4        Bank of America Tower
          Suite 3920
 5        Miami, Florida 33131
          appearing on behalf of the
 6        Plaintiffs.

 7        Stephen Handler,
          Trial Attorney
 8        U.S. Department of Justice
          Torts Branch, Civil Division
 9        Benjamin Franklin Station
          P.O. 888
10        Washington, D.C. 20044
          appearing on behalf of the
11        United States of America.

12

13

14                      INDEX

15     WITNESS            DIRECT   CROSS

16  Carlos Gonzalez          3       47

17                    EXHIBITS

18     Defendant's

19         No. 1  Page 2  No. 2  Page 2

20

21

22

23

24

25
```

1          A.    Yes, I was there all night.

2          Q.    Can you tell me how long before you

3     were there?

4          A.    I spend the whole night there.

5          Q.    Okay.

6                So you arrive on April 21st?

7          A.    Yes.

8          Q.    Can you tell me about when you

9     arrived?

10         A.    Around 6 p.m.

11         Q.    Before the agents arrived did you

12    practice forming a human chain in front of the

13    house?

14         A.    No, I didn't.

15         Q.    When the agents arrived what first

16    alerted you to their arrival?

17         A.    The people were screaming.

18         Q.    And what did they say?

19         A.    They're coming, they're coming,

20    something to that effect.

21         Q.    Okay.

22                Right at that moment where were you

23    located?

24         A.    I was behind the barricade right by

25    where the media tent is in this corner here.

1      Q.    Can you put a little circle there?

2      A.    Right here.

3      Q.    Okay.  Let the record reflect that

4   Mr. Gonzalez has put a little circle on Exhibit

5   Number 1 behind the barricade in the top right

6   portion of the picture where he was located

7   just before the Federal agents came to take

8   Elian away on April 22, 2000; correct?

9      A.    That's correct.

10     Q.    Okay.

11           Why don't you tell me what happened

12   after that.

13     A.    Okay.  Like I said, a lot of people

14   started screaming, they started panicking,

15   moving around.  Some of them started jumping

16   over the barricades.  I had a City of Miami

17   Police Officer right on the other side of the

18   barricade in front of me.  I jumped over the

19   barricade thinking that as soon as I jumped

20   over he would stop me and that would be the end

21   of that.

22           But when I jumped over, he moved out

23   of the way like kind of like, you know -- gave

24   me a sense that this might be the real thing.

25           So when he got out of the way, I

1    proceeded to run to the entrance of the house,

2    Elian's house.   When I got there the door was

3    still open.   Then I saw the guy with the video

4    camera, I believe -- I don't know if it was the

5    guy from NBC6.   He dashed inside with the

6    camera and they closed the door behind him.

7              I stood in front of the door.   I had

8    an older lady to my right-hand side.   I grabbed

9    her arm and then there was another young man

10   next -- to my left, but we had the railing in

11   between us so we couldn't do anything, so all

12   we did was stand there in front of the door.

13             At that the point I hadn't seen

14   anybody, I just assumed that from what was

15   happening that eventually they would show up.

16        Q.   Okay.

17        A.   Keep going?

18        Q.   Go ahead.

19        A.   A few seconds after, a couple white

20   vans pulled up in front of the house and that's

21   when the doors opened up and they rushed out of

22   the van.

23        Q.   When you say "they" the law

24   enforcement officers?

25        A.   The agents, yeah.

1    Q.    Go ahead.

2    A.    They rushed right at us.  They never

3    showed us any paper or stated their purpose for

4    being there.

5    Q.    They stated or did not --

6    A.    Did not state any purpose --

7    Q.    Okay.

8    A.    -- for being there.  I was in front

9    of the door and I didn't hear anything, so if

10   they did, I don't know who they stated it to

11   because I didn't hear anything or see any

12   paperwork.

13         They came at us wielding the assault

14   rifles and spraying the tear gas at us and

15   threatening us.

16         I had one agent with the assault

17   rifle pointing right at my face.  Another agent

18   was tugging at us trying to let -- trying to

19   get me to let go of the lady.  And in the

20   background, there was other agents, like I

21   said, spraying.  It looked like kind of when a

22   fire extinguisher goes off, you see all the

23   smoke.

24         They were spraying the tear gas in

25   our general direction.

1    government treated us fairly.

2         Q.    Is that it?

3         A.    That's it.

4         Q.    Okay.    Let me ask you a few

5    questions.

6              When you jumped over the

7    barricade --

8         A.    Yes.

9         Q.    -- what were you intending to do?

10        A.    My intentions were, from what I had

11   seen on TV, that they were supposed to try and

12   form the human chain.  So when I got to the

13   front of house it surprised me that mostly

14   everybody here were a bunch of older ladies,

15   you know.  And, you know, what are we -- you

16   know, we can't do nothing here, you know.

17        Q.    And so your intention in jumping

18   over the barricade was to form a human chain in

19   front of the Gonzalez family home to prevent

20   the law enforcement officer from taking Elian

21   out of the house?

22        A.    Not prevent them.  Slow them down.

23   Eventually I knew they were going to get him.

24        Q.    Okay.  So you wanted to impede --

25        A.    Just to draw attention to the cause.

1     Q.    Okay.  So you wanted to -- when you

2 say slow down the officers, you wanted to --

3 basically, you're trying to make a statement to

4 them that you don't want them to take Elian

5 away?

6     A.    That's what I had seen on TV, you

7 know, that's what I thought they were going to

8 do, so when I got to the door I said, okay,

9 what do we do now, you know.  All I had was a

10 lady next to me so I just grabbed her arm,

11 that's all I did.

12     Q.    Okay.  So standing in front of the

13 door, locking arms with another lady and trying

14 to slow down the officers from taking Elian

15 away from the Gonzalez family; is that it?

16     A.    Yeah.

17     Q.    I'm sorry?

18     A.    Yes.

19     Q.    Okay.

20          Now, you realized that when you did

21 that, there's a possibility that you might get

22 hurt; is that right?

23     A.    I didn't realize that.

24     Q.    You didn't think that standing in

25 front of the door with a law enforcement





DEFENDANT'S
EXHIBIT
#1
Carlos Gonzalez

1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3                         CASE NO. 03-20588 CIV MOORE

 4
     DONATO DALRYMPLE,
 5
                   Plaintiff,
 6
            vs.
 7
     UNITED STATES OF AMERICA,
 8
                   Defendants.
 9   - - - - - - - - - - - - - - - - - - - - - - - - -x

10

11                       99 N. E. Fourth Street
                         Miami, Florida
12                       Thursday, 1:15 p.m.
                         February 26th, 2004
13

14

15

16        DEPOSITION OF JOSE ANTONIO GONZALEZ

17

18

19

20        Taken on behalf of the Defendant before

21   LOIS E. GUFFEY, RDR, Notary Public in and for the

22   State of Florida at Large, pursuant to a Notice of

23   Taking Deposition filed in the above cause.

24                                   CERTIFIED COPY

25
```

2

```
 1   APPEARANCES:

 2

          JUDICIAL WATCH, INC.
 3        By: Ed Farres, Esq.
          appearing on behalf of the Plaintiffs.
 4

 5        OFFICE OF THE UNITED STATES ATTORNEY
          By: Stephen E. Handler, Esq.
 6        appearing on behalf of the Defendants.

 7

 8   Also present:  Isabel Duquesne, Interpreter
                    Alberto De La Cerra, Interpreter
 9

10

11           *** I N D E X   ***

12

13   WITNESS   DIRECT CROSS REDIRECT RECROSS
     JOSE ANTONIO
14   GONZALEZ      3

15

16   GONZALEZ EXHIBITS FOR IDENTIFICATION

17   1, copy of photo                    11
     2, copy of photo                    11
18   3, copy of photo                    19

19

20

21

22

23

24

25
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

12

1    I assume so.  The ones I do recall are these over

2    here where we were, and I don't know, I am not sure

3    if there were some others on this other side.

4         Q.   In Exhibit 1 you see at the end of the

5    street there is a whole bunch of people, correct?

6         A.   Yes.

7         Q.   There was a barricade in front of those

8    people, correct?

9         A.   Yes.

10        Q.   Now just before the federal authorities

11   arrived on April 22nd can you tell me the

12   approximate location where you were standing?

13        A.   I was around here.

14        Q.   Can you draw with that pen that you are

15   holding in your hand a circle approximately where

16   you were standing?  Approximately.

17        A.   (Indicating).

18        Q.   Now Mr. Gonzalez, when the federal

19   authorities first arrived what was your first

20   indication that they had come?

21        A.   The people that were in this area over

22   here started to yell that the federals were coming.

23        Q.   Before I forget, when I asked you to draw

24   a circle in Exhibit 1 where you were standing just

25   before the federal officers arrived you did that

13

1    with a little -- with a blue pen; is that correct?

2        A.    Uh-huh.   Yes.

3        Q.    And that was behind the police barricade?

4        A.    Yes.

5        Q.    And when the federal authorities arrived

6    were there other people between you and the police

7    barricade?

8        A.    In this area here, like this?

9        Q.    Yes.

10       A.    In this area?   I think that night there

11   were only around 70, 80, 90 people there.   Because

12   it was very late.

13       Q.    Okay.   All I am saying is that when the

14   federal authorities drove up in front of the

15   Gonzalez family home where you were standing, were

16   there other people between you and the front of the

17   police barricade?

18       A.    I don't recall exactly, but those of us

19   who were here -- there was a little group here,

20   little group there, little group over there.

21       Q.    Now you heard somebody say, "They're

22   coming"?

23       A.    Yeah.

24       Q.    And what could you see?

25       A.    I had my back turned to the house talking

14

1   to a person.

2        Q.    Continue.

3        A.    When I heard that, as well as the other

4   people that were there heard that, we all ran over

5   and jumped over the fence.

6        Q.    Had -- you say fence.  You mean the police

7   barricade?

8        A.    Yes.

9        Q.    And where did you go?

10       A.    We were coming towards the house.

11       Q.    Did you see the federal authorities in

12  front of the Gonzalez family home when you were

13  running toward it?

14       A.    Yes.  They were coming in the cars, and

15  they got down and they started to come toward us.

16       Q.    Can you tell me why you jumped over the

17  police barricade and ran toward the house?  What

18  was your intent?

19       A.    Well, to make the chain.

20       Q.    The human chain?

21       A.    Yes.

22       Q.    And would the purpose of the human chain

23  be to -- at least the attempt to try to prevent

24  them from taking Elian away?

25       A.    Yes.

1    following proceedings are had:)

2    BY MR. HANDLER:

3        Q.    Do you hear what he is saying:   "Police,

4    federal agents, stay back behind the barricades"?

5        A.    I am hearing what he is saying there now,

6    but perhaps when that happened I was already back

7    behind the barricade.   In other words, when they

8    got there, I was already back behind the barricade.

9        Q.    But do you remember the officer saying,

10   "Stay back behind the barricades" before you jumped

11   over the barricade?

12       A.    No.   Because I jumped from the moment when

13   they are getting down from their cars.   I have

14   already jumped before they reached the barricade.

15       Q.    Why don't you tell me what the effects of

16   the gas had on you.

17       A.    More than anything, my breathing.   That

18   was the first thing.   Then after that I had like a

19   rash all over my body during the whole day.

20       Q.    Anything else?

21       A.    No.

22       Q.    Now your breathing problems and the rash,

23   how long did they last until they went away?

24       A.    Around four or five, six days.   In

25   reality, I don't recall, but it was several days.

1    I put some lotions and so on there to relieve it,

2    and the neighbors also gave us some cream so that

3    we could put on during the day.

4         Q.    Did you seek any medical treatment for the

5    effects of the gas?

6         A.    No.  I stayed there after that for the

7    whole day protesting.

8         Q.    Did you ever receive any medical care for

9    effects of the gas at any time?

10        A.    No.

11        Q.    Other than the gas did you sustain any

12   other injuries to your body on the April 22nd,

13   2000?

14        A.    I had a photograph of a bruise

15   (indicating).  I don't know.  Either when I tripped

16   or when they tripped me, but I had a big bruise

17   over here on my leg.

18        Q.    (Indicating).

19        A.    Uh-huh.  See, it was around here

20   (indicating).

21        Q.    This is -- these are two pictures attached

22   to Jose A. Gonzalez's responses to Defendant's

23   first request for production of documents and

24   things.

25        A.    Yes.





1

2                    UNITED STATES DISTRICT COURT

3                    SOUTHERN DISTRICT OF FLORIDA

4                     CASE NO. 03-20588 CIV MOORE

5

DONATO DALRYMPLE,

6                        Plaintiff,

7              vs.

8

UNITED STATES OF AMERICA,

9

                        Defendant.

10    - - - - - - - - - - - - - - - - - - - - - - - - - -x

11

12                          99 N. W. Fourth Street
                            Miami, Florida
13                          Wednesday, April 21, 2004
                            9:07 a.m.
14

15

16          DEPOSITION OF JOSEFA R. GONZALEZ

17

18              Taken on behalf of the Defendant

19       before LOIS E. GUFFEY, RDR, Notary Public in

20       and for the State of Florida at Large, pursuant

21       to a Notice of Taking Deposition filed in the

22       above cause.

23

24                                          ORIGINAL

25

1       APPEARANCES:

2

3           JUDICIAL WATCH, INC.
            100 Southeast 2nd Street, Suite 3920
            Miami, Florida  33131-2148
4           By:  ED FARRES, ESQ.
            Appearing on behalf of the Plaintiff.

5

            U.S. DEPARTMENT OF JUSTICE
6           1331 Pennsylvania Avenue, Northwest
            Room 8066N
7           Washington DC 20004
            By:  STEPHEN E. HANDLER, Esq.
8           Appearing on behalf of the Defendant.

9

10      ALSO PRESENT:
            Isabel Duquesne, Interpreter
11          Alberto De La Cerra, Interpreter

12

13                          I N D E X
        WITNESS          DIRECT   CROSS  REDIRECT
14      JOSEFA GONZALEZ      3      43      45

15

16

        JOSEFA GONZALEZ EXHIBITS
17

        1, copy of photo                    15
18      2, copy of photo                    24

19

20

21

22

23

24

25

FERNANDEZ & ASSOCIATES   (305) 374-8868

15

1      A.    In -- behind -- they had two barricades in

2   front of -- the house is here.   Then like on this

3   side.

4      Q.    All you have to say is you remember or you

5   don't remember.

6      A.    If I remember what?

7      Q.    Do you remember about where you were?   I

8   am going to show you a picture.

9      A.    Yes, yes.   Yes.

10      Q.    Okay.   I will make it easier for you.

11      A.    Okay.

12      Q.    So you can see.

13      (Josefa R. Gonzalez Exhibit 1 is marked.)

14   BY MR. HANDLER:

15      Q.    I am marking Exhibit 1 for the deposition

16   an aerial photograph (indicating).   This is a

17   picture of the neighborhood where the Gonzalez

18   house was located.   It's not April 22nd, 2000 but

19   it just gives you an idea to orient you to where

20   you may have been on April 22nd, 2000.   If you look

21   in the middle of the picture (indicating) it's been

22   pretty well established that --

23      A.    This is the Gonzalez house?

24      Q.    Yes.   And that's -- and the street is in

25   front of the house.

15

```
 1      A.    The reporters were here.

 2      Q.    Media was across the street?

 3      A.    Yeah.

 4      Q.    In front of that were police barricades?

 5      A.    Uh-huh.

 6      Q.    At the end of the street there was another

 7  police barricade and then there is -- was usually a

 8  whole bunch of people behind the barricade; is that

 9  correct?

10      A.    Yes.

11      Q.    So Exhibit 1 looks familiar to you?

12      A.    Yes.

13      Q.    Okay.  Now if you could just sit down for

14  a second here.  Thank you.  On April 22nd, 2000

15  just before the federal authorities arrived, can

16  you show me where you were?

17      A.    Here (indicating).

18      Q.    Can you just draw a circle in that area.

19      A.    (Indicating).

20      Q.    Make it real dark.  There you go.  Okay.

21  So you have drawn a circle on Exhibit 1 behind the

22  police barricade where -- in the approximate

23  location where you were on April 22nd, 2000 shortly

24  before the arrival of the federal authorities.

25      A.    Yes.
```

1    Q.    Now at that time when were you up against

2    the barricades or were you back?

3    A.    Back.

4    Q.    So there were people in front of you?

5    A.    Yes.

6    Q.    Now let me ask you this.  What alerted you

7    to the presence of the federal authorities when

8    they first arrived?

9    A.    I was talking to a man there, and all of a

10   sudden everybody started screaming, and they --

11   commotion, everybody started, people -- ladies were

12   crying, and it happened so fast.  But everything

13   was -- everybody started screaming.

14   Q.    And you looked up?

15   A.    And then when I looked up, yeah, I had my

16   back towards the Gonzalez house.

17   Q.    Okay.

18   A.    And when I turned around, then everything

19   started happening really quickly.

20   Q.    What did you see?

21   A.    The vans driving in the middle of the

22   street and then the officers start getting off, and

23   then I was right there and I was gassed.  Then I

24   started crying and screaming, and then I couldn't

25   find my ex-husband.  And then I got nervous, and

18

1    then I started running to get water for my face.   I

2    ran like out of the -- all of the commotion.   I

3    started running towards the other avenue.

4         Q.   Away from the Gonzalez --

5         A.   Away from everything, yes.

6         Q.   Now when you said you saw screaming and

7    commotion, did you see people in front of you have

8    jump over the barricades and run towards the

9    Gonzalez home?

10        A.   Yes.

11        Q.   Okay.  Do you know how many people ran,

12   jumped over the barricade and ran in that

13   direction?

14        A.   I can't tell because it was like -- I was

15   like -- my back was towards the house.  And then

16   when I turned around I -- all I remember is I was

17   gassed.  And then I started screaming, and I

18   couldn't see, and my eyes was -- you know.

19        Q.   Before the gassing started you said that

20   some people jumped over the barricade and ran

21   toward the home.  Do you know how many people there

22   were?

23        A.   No.

24        Q.   Just a few, a lot?

25        A.   (Witness shakes head).

1    Q.   You mentioned earlier you saw the

2    formation of human chains in front of the house; is

3    that correct?

4    A.   Yes.

5    Q.   So -- correct me if I am wrong -- but

6    people jumped over the barricade, ran to the house

7    and started locking arms in front of the house?

8    A.   Yes, but, you know, I -- I saw it, but it

9    wasn't something that I can tell you it was so and

10   so, so and so.  It happened so fast.  And then I

11   heard people screaming, and throwing of things.

12   Q.   People from behind the barricade were

13   throwing things at the officers?

14   A.   I didn't see -- I personally didn't see

15   anything like that, but, you know, screaming and

16   yelling and -- and at that moment I was very

17   nervous, because I was separated from my ex-husband

18   and I was -- well, at that time my husband.  And I

19   was trying to find him and --

20   Q.   Physically separated.

21   A.   Right.  Before all of that happened, we

22   were -- he was talking to somebody and I was

23   talking to somebody else.  So it was like   --

24   Q.   Now when you say you saw formation of a

25   human chain, was that -- can you tell me where it

1    was in front of the Gonzalez house?  Do you

2    remember?

3        A.    I believe it was in front of the door.

4        Q.    So there was a -- in front of the house

5    there is a fence, right?

6        A.    Right.

7        Q.    Then there is the door.  So you are saying

8    it was the front of the door of the house?

9        A.    Yes.

10       Q.    So beyond the fence that separates the

11   property from the sidewalk --

12       A.    Yes.

13       Q.    -- it was inside that fence up against the

14   door of the Gonzalez home?

15       A.    Yes.

16       Q.    Do you remember how many people were

17   forming that chain?

18       A.    No.

19       Q.    This is before the officers arrived to the

20   front door; is that correct?

21       A.    I am trying to think because everything

22   happened so fast.

23       Q.    Okay.

24       A.    Not before -- not before.  It was like

25   during the cars coming in and then all of the

1    commotion starting.

2         Q.    Well, I guess it wouldn't make sense for

3    them to form a human chain after the officers

4    arrived?

5         A.    Well, yeah, it was before.  But what I am

6    saying, it wasn't like they were there and then the

7    police -- the vans came up, no.

8         Q.    The vans came up --

9         A.    And then everything started.

10        Q.    Did the people jump over the barricade?

11        A.    Yes.

12        Q.    They ran to the front of the Gonzalez

13   home, they formed the human chain, then the

14   officers came out and the officers went wherever

15   they went?

16        A.    Yes.

17        Q.    And then the gassing started, and you got

18   gassed and you ran away from the house?

19        A.    Yes.

20        Q.    So did you ever run toward the front of

21   the barricade?

22        A.    No.

23        Q.    Okay.  How far away were the officers that

24   were using the gas, from you, personally, first of

25   all?

22

```
1        A.    Oh, right there.  I was right there.
2        Q.    The officers were on the other side of the
3   barricade; is that correct?
4        A.    Yes.
5        Q.    And you were -- the barricade was
6   separating you and the officers?
7        A.    Right.  The barricade was here.  I was
8   like with people, talking.  And then, you know,
9   when I turned around, all of the commotion.  And
10  screaming, and yelling, and running.  And then a
11  few seconds, like this officer came right in front
12  of me and just sprayed, and then right there and
13  then I turned away.
14       Q.    But between you and the officer were other
15  people and then the barricade; is that correct?
16       A.    No.  Barricade.
17       Q.    You said you were behind the barricade?
18       A.    Yeah.
19       Q.    People in front of you?
20       A.    Yeah.  But --
21       Q.    Wait.
22       A.    I am trying to think.  It's been such a
23  long time.
24       Q.    You have to let me finish my question.
25       A.    Okay.
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

1    Q.   I know you can anticipate my question and

2  answer before I finish, but it makes it very

3  difficult for the court reporter.

4    A.   Right.

5    Q.   Let me finish my question --

6    A.   Okay.

7    Q.   -- completely.  Also, you have to give

8  your attorney a chance to object if he wants to

9  object.

10    A.   Okay.  I'm sorry.

11    Q.   At a point in time the gas reached you.

12  You were behind the police barricade, correct?

13    A.   Yes.

14    Q.   There were other people between you and

15  the front of the barricade, correct?

16    A.   Oh, gosh.  I can't remember.  But I know I

17  was right there.

18    Q.   This is the barricade and this is the

19  Gonzalez's house.  I am just drawing, okay?

20    A.   Right.

21    Q.   The officers were in front of the

22  barricade and you were behind the barricade.

23    A.   Right.

24    Q.   Between you and the barricade there were

25  other people, correct?

24

1      A.    Yes.

2      Q.    Okay.  And the officer was spraying.  He

3  was spraying not only you but the people that were

4  in front of you, correct?

5      A.    Right.

6      Q.    Now the question I have for you is, when

7  this officer was spraying, do you remember other

8  people being in front of the barricade that the

9  officer was also spraying?

10      A.    There was other people but I can't recall,

11  you know, how many or who.

12      Q.    Let me show you what I am going to mark as

13  Exhibit No. 2.

14      (Josefa R. Gonzalez Exhibit 2 is marked.)

15  BY MR. HANDLER:

16      Q.    I am not asking you for how many people,

17  but there were other people in front of the

18  barricade that the officers were also spraying with

19  gas?

20            Let me see if I can refresh your

21  recollection.  This is a picture taken from a video

22  on 4-22.  Now you see the officers that have "INS

23  Federal Officer" on their -- the backs of their

24  shirts?

25      A.    Yes.

25

1     Q.   And you see the white cloud?

2     A.   Uh-huh.

3     Q.   Is that a yes?

4     A.   Yes.

5     Q.   Okay.  Does that appear to look like it's

6  similar to the gas that you saw?

7     A.   Yes.

8     Q.   Do you see the people that are in front of

9  the barricade?

10    A.   Yes.

11    Q.   Do you remember seeing people in front of

12  the barricade when the gas was being sprayed?

13    A.   Let me think, because --

14    Q.   Sure.

15    A.   When I was -- when I was talking to the

16  person and all of the commotion started, I was like

17  near the barricade, but I can't recall, you know --

18  I was very nervous, and all of the screaming was

19  going on.  I can't recall, you know, like how many

20  and who.

21    Q.   I am not asking you for how many or whom.

22  I am just saying --

23    A.   If I saw?

24    Q.   Yeah.  Let me show you some other pictures

25  here.  This is all the end of the street.  And you

1   see the barricade behind the officers and the

2   people.  Does this refresh your recollection at

3   all?  I am not asking you for who was in front of

4   the barricade.

5       A.   Right.

6       Q.   I am not asking how many.  Just that there

7   were people in front of the barricade?

8       A.   Yes, there were, yes.

9       Q.   So when the gassing started there were

10  people that jumped the barricade and ran to the

11  Gonzalez house, but also there were people there

12  staying in front of the barricade?

13      A.   Yes.

14      Q.   They were being gassed, people in front of

15  you were he being gassed and you were being gassed?

16      A.   Yes.

17      Q.   Okay.  Can you tell me how the gas

18  affected you?

19      A.   I was -- at the beginning when the gas

20  affected me, my eyes burned.  I started crying and

21  coughing and I -- it was very difficult for me to

22  breathe and see.  All I know is that I ran towards

23  the other side, away from all the commotion.  And

24  there was -- everybody was like in the same

25  situation.  Some people were running away, some

1   were going towards.

2       Q.   You said your eyes were burning, it was

3   difficult to breathe and it was difficult to see?

4       A.   Yes.

5       Q.   Were there any other effects of the gas

6   than this one?

7       A.   No.  Burning my -- my eyes, my face was

8   burning.

9       Q.   And your face was burning.  At any point

10  in time did you ever come into physical contact

11  with any of the law enforcement officers?

12      A.   No.

13      Q.   At any point in time did you ever speak to

14  any of the officers?

15      A.   No.

16      Q.   Did they ever speak to you?

17      A.   No.

18      Q.   Other than breathing in the gas and the

19  effects of the gas, did you receive any physical --

20  any other physical injuries at that time on that

21  date?

22      A.   No.

23      Q.   Can you tell me how long these effects of

24  the gas occurred, the burning of the eyes, burning

25  of the face, difficulty breathing, the difficulty

28

1   seeing?  How long did they last?

2       A.    For that moment or -- I still have rashes,

3   you know.

4       Q.    Well, let's do it one by one.  How long

5   did the burning of the eyes last?

6       A.    For a couple of weeks.

7       Q.    And the burning of the face, how long did

8   that last?

9       A.    I would say the same time.

10      Q.    And the difficulty in breathing, how long

11  did that last?

12      A.    More or less the same time.

13      Q.    Same time.  And the difficulties seeing,

14  when did that clear up?

15      A.    Well, I -- now?  You mean now or after

16  the -- like I would be able to see, I mean.  I

17  wasn't blind at that moment.  It was -- that day.

18      Q.    Your eyes were blurry or whatever?

19      A.    Yes.

20      Q.    How long did it last?

21      A.    I would say to actually see, I saw.  I

22  don't understand what you mean because you  --

23      Q.    Well, the effects of the gas made it

24  difficult to see, okay?

25      A.    Yes.

1      Q.    When did your eyes return to the point in

2   time where, you know, right shortly before getting

3   gassed they returned to that stage?

4      A.    Okay.  I ran like to the middle of the

5   street and I put water.  And you know, I was able

6   to see, but not clearly.  Like maybe that same day,

7   that afternoon, whatever, you know, I was able to

8   see.

9      Q.    Okay.  So --

10     A.    But not clearly.

11     Q.    When did your vision return to the point

12  in time that it was like it was before you were

13  gassed?

14     A.    My vision hasn't been the same, to be

15  honest with you.

16     Q.    So you think your vision has always been

17  affected by that?

18     A.    Yes.

19     Q.    And how has it always been affected?

20     A.    Well, I had contact lenses on at that

21  time, so it was like I had to take them off the

22  following day.  And my eyes has been dry and

23  it's -- I have to keep on putting drops.  When I

24  put my lens on, I have to keep on putting eye --

25  contact, because it gets dry.

1      Q.    So the residual effect of being gassed,

2  you believe, is dryness of the eyes?

3      A.    Yes.

4      Q.    Has that gotten better over the time,

5  stayed the same or gotten worse?

6      A.    It's the same.

7      Q.    So how often do you have to add these

8  rewetting drops?

9      A.    Oh, like five times a day.

10     Q.    Okay.  Now you said you have some kind of

11 rashes, right?

12     A.    Yes.

13     Q.    Where do the rashes appear?

14     A.    All over my body.  Sometimes here.  Right

15 now I have here in the back I have.  And in my

16 ears, you know.  They come and go.  It's not

17 something that I have permanently.

18     Q.    How often do they occur?

19     A.    When they come -- I don't understand the

20 question.  How often they occur?

21     Q.    Sure.  Once a day, once a week, once a

22 month?

23     A.    Oh, no no, no.  I have one here like for

24 the past couple of weeks.

25     Q.    So you have always had rashes?

31

1      A.    After the incident, yes.

2      Q.    Now when you got gassed can you tell me

3  approximately how far away you were from an officer

4  that was using gas?  Were you 5 feet, 10 feet,

5  20 feet?

6      A.    I would say maybe 4 feet.  Like from here

7  to here would be 4 feet, 3 feet?

8      Q.    From where?

9      A.    From here to the middle of this table.

10     Q.    That's about 2 feet.

11     A.    Because --

12     Q.    Between you and me is like 5 feet.

13     A.    5 feet?  Then 2 feet.

14     Q.    Okay.

15     A.    Because I am trying to think back.  I was

16  like talking.  Then when the police officers were

17  like gassing, I was right there.  I remember I was

18  right there.

19     Q.    But you said there were other people in --

20  directly in front of you.

21     A.    When -- before they came, the officer --

22  there was -- a lot of people were talking.  But I

23  remember that when the vans were like nearby, all I

24  remember, I was like this, and yes, there was a lot

25  of -- there people.  But when they gassed I





1

1          UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
2
              CASE NO. 03-20588 CIV MOORE
3

4    DONATO DALRYMPLE,

5              Plaintiff,

6         vs.

7    UNITED STATES OF AMERICA,

8              Defendant.
     - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
9

10
                              99 N. W. Fourth Street
11                            Miami, Florida
                              Wednesday, June 9, 2004
12                            2:11 p.m.

13

14

15        DEPOSITION OF YUSLEIVY GONZALEZ

16

17          Taken on behalf of the Defendant

18    before LOIS E. GUFFEY, RDR, Notary Public in

19    and for the State of Florida at Large, pursuant

20    to a Notice of Taking Deposition filed in the

21    above cause.

22

23

24

25

2

```
 1        APPEARANCES:

 2             JUDICIAL WATCH, INC.

 3             100 Southeast 2nd Street, Suite 3920

 4             Miami, Florida  33131-2148

 5             By:  ED FARRES, ESQ.

 6             Appearing on behalf of the Plaintiff.

 7

 8             U.S. DEPARTMENT OF JUSTICE

 9             1331 Pennsylvania Avenue, Northwest

10             Washington DC 20004

11             By:  STEPHEN E. HANDLER, Esq.

12             Appearing on behalf of the Defendant.

13

14   ALSO PRESENT:

15             Isabel Duquesne, Interpreter

16             Alberto De La Cerra, Interpreter

17

18

19

20                    I N D E X

21   WITNESS            DIRECT

22   Yusleivy Gonzalez     3

23

24   YUSLEIVY GONZALEZ EXHIBITS

25   1, copy of photo                    8
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

8

1      Q.    Do you remember the street address?

2      A.    2336 Northwest Second Street 33125 is the

3   zip code.  I will never forget it.

4      Q.    I am showing you what has been marked

5   Exhibit No. 1 (indicating).  This is an aerial

6   photograph of Lazaro Gonzalez's -- the neighborhood

7   where Lazaro Gonzalez's home is.

8          (Yusleivy Gonzalez Exhibit 1 is marked.)

9   BY MR. HANDLER:

10     Q.    Let me ask you a question first.  In the

11  center of the photograph is Lazaro Gonzalez's home.

12  Do you see that?

13     A.    Yes.

14     Q.    And the street in the middle of the

15  picture, that's the street in front of Lazaro

16  Gonzalez's home, correct?

17     A.    Yes.

18     Q.    And at the end of the street there was

19  like a police barricade, and just in general, when

20  Elian was staying with Lazaro Gonzalez, people

21  gathered behind the barricade.

22     A.    Yes.

23     Q.    Then across the street from Lazaro

24  Gonzalez's home here is where the television people

25  set up, and there is a police barricade in front of

1    their tents.

2        A.    Yes.

3        Q.    Now in Exhibit 1 do you see the home where

4    you lived?

5        A.    Here (indicating).

6        Q.    Could you take this pen and put your

7    initials on the roof of that house.

8        A.    (Indicating).

9        Q.    On Exhibit 1 you put initials YG on the

10   roof of the house where you were living in April of

11   2000, correct?

12       A.    Yes.

13       Q.    Now you would agree with me that when the

14   law enforcement authorities came to Lazaro

15   Gonzalez's home they came there on April 22nd,

16   2000, correct?

17       A.    Yes.

18       Q.    Now prior to April 22nd, 2000 were you

19   ever part of an organization like Alpha 66 or the

20   Democracy Movement?

21       A.    No.

22       Q.    Prior to April 26, 2000 were you ever part

23   of any organization?

24             MR. FARRES:  22nd.

25             MR. HANDLER:  What did I say?

1   around the house to the driveway?  Is that what you

2   did?

3        A.   I came out of there, up to there.  That's

4   where I was.  And I could see the people running

5   around.  I don't know what --

6        Q.   Could you take the pen and draw a line to

7   where you ended up where you were watching

8   everything?

9        A.   Right around here.  I could have walked

10  all the way up here.

11       Q.   Just put a circle about where you were.

12       A.   (Indicating).

13       Q.   Okay.  So on Exhibit 1 the X of your

14  building is the door, and the line going around the

15  circle is the route you took and where you ended up

16  when you were watching this event on April 22nd,

17  2000?

18       A.   Yes.

19       Q.   In this position you were, it looks like

20  you were kind of behind the barricade, correct?

21       A.   Yes.

22       Q.   Okay.  Now --

23       A.   I wasn't back here.  I was back here by

24  the driveway.

25       Q.   Right.  But if we extend the barricade all

```
1    up.  I talk that way.  I am sorry.

2         Q.    You are going to give him a heart attack.

3              MR. FARRES:  Everyone in my family speaks

4         faster than that.

5              THE WITNESS:  That's the way --

6              MR. HANDLER:  Off the record.

7         (Discussion off the record)

8    BY MR. HANDLER:

9         Q.    At any point in time did you see any of

10   the officers spray the gas?  Did you see the gas

11   come out of there -- that you know, either in

12   canisters or in a tube?

13        A.    Specifically when they were doing that,

14   no.

15        Q.    Did you see -- did you see any of the

16   officers come into physical contact with anybody?

17        A.    No.

18        Q.    Did you come into physical contact with

19   any of the officers?

20        A.    No.

21        Q.    And you smelled the gas, though, right?

22        A.    Yes, I felt it.

23        Q.    But nobody sprayed you with the gas?

24        A.    No, no, no.

25        Q.    Okay.  When you smelled the gas, how did
```





1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
2

                 Civil Action No. 03-20588-CIV-MOORE
3

    DONATO DALRYMPLE, et al.,
4

                          Plaintiffs,
5

6   vs.

7   UNITED STATES OF AMERICA,
                          Defendant.
8   _____/

9

                              99 Northeast 4th Street
10                            Third Floor
                              Miami, Florida 33132
11                            March 18, 2004
                              9:10 a.m. - 10:25 a.m.
12

13

14

15                       DEPOSITION OF

16                    ESTELVA GUEVARA

17

18

19            Taken before Sonnia Martinez, Notary

20   Public for the State of Florida at Large,

21   pursuant to Notice of Taking Deposition filed

22   in the above cause.

23

24                                    ORIGINAL

25

1                      APPEARANCES

2

3        Judicial Watch, Inc.
         By: Ed Farres, Esquire
         100 Southeast 2nd Street
4        Bank of America Tower
         Suite 3920
5        Miami, Florida 33131
         appearing on behalf of the
6        Plaintiffs.

7        Stephen Handler,
         Trial Attorney
8        U.S. Department of Justice
         Torts Branch, Civil Division
9        Benjamin Franklin Station
         P.O. 888
10       Washington, D.C. 20044
         appearing on behalf of the
11       United States of America.

12
     ALSO PRESENT:
13
         Isabel Garcia-DuQuesnes
14       Alberto de la Cerra, Interpreters.

15

16                        INDEX

17          WITNESS                    DIRECT

18       Estelva Guevara                  3

19                      EXHIBITS

20       Guevara No. 1          Page 11

21       Guevara No. 2          Page 12

22       Guevara No. 3          Page 17

23       Guevara No. 4          Page 21

24

25

```
 1    located?

 2        A.    Here.

 3        Q.    Can you just draw a little circle in

 4    the general area where you were located?

 5        A.    Here.

 6        Q.    Okay.   Thank you.

 7              All right.   So on Exhibit Number 1

 8    you've drawn a circle behind the police

 9    barricade at the end of the street in the

10    general location where you were when the

11    Federal authorities arrived on April 22, 2000;

12    correct?

13        A.    Yes.

14        Q.    Now, when the Federal authorities

15    first arrived, what alerted you to their

16    presence?

17        A.    Everybody, all of us who were there.

18        Q.    No, no, what alerted you to the

19    presence of the Federal authorities?   Did you

20    hear something?   Did you see something?

21        A.    The people running around.   The

22    running around on one side and on the other and

23    the gas.

24        Q.    Okay.

25              But when the Federal authorities
```

1    first arrived what alerted you to their

2    presence; were the people running all over the

3    place; is that correct?

4           A.   Yes.

5           Q.   Did you see people jump over the

6    police barricade and run towards the Gonzalez

7    family home?

8           A.   Yes.

9           Q.   Did you jump over the barricade?

10          A.   No.

11          Q.   Okay.

12               Now, how far away from the

13   barricades were you located when the Federal

14   authorities first arrived?

15          A.   Very close to the barricades.

16          Q.   Okay.

17               When people started running around,

18   did you move closer to the front of the

19   barricade?

20          A.   No, as soon as people started

21   running around, they started to throw the tear

22   gas.  My friend got a lot because she started

23   to move to the barricades, but I went back, I

24   started to inch back.

25          Q.   Where you were standing, were there

24

```
 1            Those people were in front of the
 2   barricade.  You and the other protesters were
 3   behind the barricade; correct?
 4        A.   Yes.
 5        Q.   Now, you're saying that when the
 6   people tried to jump over the barricade then
 7   the officers started to use the gas; is that
 8   your testimony?
 9        A.   Yes.
10        Q.   Okay.  Now, did you ever come into
11   physical contact with any of the officers?
12        A.   No.
13        Q.   Can you tell me how the gas affected
14   you?
15        A.   My friend and I, a lady friend and
16   I, were at the very front, and when they tried
17   to jump over the barricade -- I didn't try
18   because I went backwards, but that's when they
19   sprayed the gas.
20        Q.   Okay.  Stop.  You have to listen to
21   my question, please.
22            When you got the gas on you, I want
23   you to me how it affected your body.
24        A.   I felt something so unpleasant that
25   I felt I was going to die right there.  I ran
```





DEFENDANT'S
EXHIBIT
#1
Guevara

1

```
 1            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
 2
            Civil Action No. 03-20588-CIV-MOORE
 3
      DONATO DALRYMPLE, et al.,
 4
                      Plaintiffs,
 5
 6      vs.
 7      UNITED STATES OF AMERICA,
                      Defendant.
 8      _____/
 9
                           99 Northeast 4th Street
10                         Third Floor
                           Miami, Florida 33132
11                         February 25, 2004
                           10:45 a.m. - 11:25 a.m.
12
13
14
15                  DEPOSITION OF
16                  PABLO HERNANDEZ
17
18
19            Taken before Sonnia Martinez, Notary
20      Public for the State of Florida at Large,
21      pursuant to Notice of Taking Deposition filed
22      in the above cause.
23
24                                      ORIGINAL
25
```

2

```
 1                    APPEARANCES

 2

 3      Judicial Watch, Inc.
        By: Ed Farres, Esquire
        100 Southeast 2nd Street
 4      Bank of America Tower
        Suite 3920
 5      Miami, Florida 33131
        appearing on behalf of the
 6      Plaintiffs.

 7      Stephen Handler,
        Trial Attorney
 8      U.S. Department of Justice
        Torts Branch, Civil Division
 9      Benjamin Franklin Station
        P.O. 888
10      Washington, D.C. 20044
        appearing on behalf of the
11      United States of America.

12

13

14                     INDEX

15      WITNESS               DIRECT   CROSS

16      Pablo Hernandez          3

17                    EXHIBITS

18      Defendant's

19         No. 1  Page 14   No. 2  Page 14

20         No. 3  Page 19   No. 4  Page 21

21         No. 5 Page 23   No. 6 Page 23

22

23

24

25
```

FERNANDEZ & ASSOCIATES COURT REPORTERS
444 Brickell Avenue, Suite 718, Miami, Florida 33131
DADE 305-374-8868 BROWARD 954-382-2101

1    can you tell me approximately where you were

2    when the law enforcement officers arrived in

3    the early morning hours of April 22, 2000?

4         A.    Yes.  Yes.

5         Q.    Can you point.

6         A.    More or less, a few more steps here,

7    a few more steps there, just around here.

8         Q.    In Exhibit Number 1, can you just

9    make a circle in the approximate area of where

10   you were, with that pen?

11        A.    In which one, one or two?

12        Q.    I prefer one but it's your choice.

13        A.    I was approximately close to the --

14        Q.    Make a circle.  Actually draw on the

15   page.

16             Okay.   Thank you.

17        A.    That would be more or less.

18        Q.    Yes, approximately.

19             Now, when the law enforcement

20   officers arrived, what first alerted you to

21   their presence?

22        A.    The gas I received and the insults.

23        Q.    When the officers first arrived,

24   that was the very first thing?  You didn't hear

25   anybody?

1    stayed in the general location of the area that

2    you circled on Exhibit 1, the small circle in

3    the top right-hand corner of Exhibit 1?

4         A.    That I recall, yes.  But after the

5    gas happened I didn't know if I was in the

6    north, south, east, west side.  I mean, I can't

7    lie.

8         Q.    I understand.

9               While the law enforcement officers

10   were in front of the Gonzalez family house, did

11   you ever walk towards the police barricade?

12        A.    Not that I recall.

13        Q.    Okay.

14        A.    It's very important to underscore

15   that the gas leaves you in such state that you

16   don't know whether your name is Pablo or

17   Rodrigo.

18        Q.    Did you ever come into physical

19   contact with any of the law enforcement

20   officers?

21        A.    No.   No.  When they were about ten,

22   twelve, fifteen feet away from me they sprayed

23   me with gas.

24        Q.    They were spraying the whole crowd;

25   is that correct?

1    A.    Yes.

2    Q.    And you were one in that crowd?

3    A.    Yes.  Yes.

4    Q.    Okay.

5          Can you tell me how the gas affected

6    you personally?

7    A.    I had the urge to go to the bathroom

8    and I cried a lot and I had mucous coming out

9    of my nose.

10   Q.    Anything else?

11   A.    I became nervous and I don't know if

12   it was because of the gas or the incident, but

13   it was like for about two or three weeks.

14   Q.    Okay.

15         How long did the effects of the gas

16   last, apart from the nervousness?

17   A.    Between the crying and all the

18   mucous discharge, two or three days.

19         At the beginning it was very strong

20   and after that, it just started reducing

21   itself.

22   Q.    Okay.

23         Did you obtain any medical care with

24   regard with any of the effects of the gas?

25   A.    No.  No.



DEFENDANT'S
EXHIBIT
# 1

Pablo Hernandez

1

1                 UNITED STATES DISTRICT COURT

2               SOUTHERN DISTRICT OF FLORIDA

3           CASE NO. 03-20588 CIV MOORE

4

DONATO DALRYMPLE,

5
            Plaintiff,

6
      vs.

7

UNITED STATES OF AMERICA,

8
           Defendant.

9

10

11                 99 N. E. Fourth Street

12                 Miami, Florida
                 Tuesday, April 20, 2004

13                 10:17 p.m.

14

15          DEPOSITION OF YANET HUET

16

17        Taken on behalf of the Defendant

18   before LOIS E. GUFFEY, RDR, Notary Public in

19   and for the State of Florida at Large, pursuant

20   to a Notice of Taking Deposition filed in the

21   above cause.

22

23

24               ORIGINAL

25

APPEARANCES:
        JUDICIAL WATCH, INC.
        100 Southeast 2nd Street, Suite 3920
        Miami, Florida  33131-2148
        By:  ED FARRES, ESQ.
        Appearing on behalf of the Plaintiff.

        U.S. DEPARTMENT OF JUSTICE.
        1331 Pennsylvania Avenue, Northwest
        Room 8066N
        Washington DC 20004
        By:-- STEPHEN E. HANDLER, Esq.
        Appearing on behalf of the Defendant.

        ALSO PRESENT:
        Isabel Duquesne, Interpreter
        Alberto De La Cerra, Interpreter-


                        I-N-D-E-X
WITNESS                 DIRECT
YANET HUET                 3

HUET EXHIBITS
1, copy of photo                            8
2, copy of photo                           26
3, copy of photo                           31

1          Exhibit 1, an aerial photograph.

2          (Huet Exhibit  1 is marked.)

3    BY MR. HANDLER:

4          Q.   Ms. Huet, I show you Exhibit 1, which is

5    an aerial photograph of the neighborhood where

6    Lazaro Gonzalez's house is located.  Do you

7    recognize it?

8          A.   To me all the houses look the same.

9          Q.   Do you see the house in the middle of the

10   picture with the square roof?

11         A.   Yes.

12         Q.   Does that look like Lazaro Gonzalez's

13   house?

14         A.   It seems to be.  I say so more because of

15   the front than anything else.

16         Q.   Okay.  Well, in front of Lazaro Gonzalez's

17   house there is the street, correct?

18         A.   Yes.

19         Q.   An on the other side of the street there

20   were tents where the newspaper and television

21   people were located, correct?

22         A.   Yes, sir.

23         Q.   Okay.  And in front of the media tents

24   were police barricades?

25         A.   Yes, sir.

1      Q.   And at the end of the street there were

2   more police barricades.  And in general, prior to

3   April 22nd, 2000, when Elian was at Lazaro

4   Gonzalez's house there were people behind the

5   barricades and in other areas, correct?

6      A.   Yes, sir.

7      Q.   Okay.  Exhibit 1, just in general, shows

8   what this neighborhood looked like, just in

9   general, when Elian was staying at Lazaro

10  Gonzalez's house, correct?

11     A.   Yes.

12     Q.   Do you remember where you lived in this

13  neighborhood (indicating)?

14     A.   Yes.

15     Q.   Do you see your apartment building?

16     A.   No.

17     Q.   Okay.  Let me ask you this.  I am pointing

18  to the middle of the picture of Lazaro Gonzalez's

19  house.  Do you see that?

20     A.   Yes.

21     Q.   If I go up the street toward the police

22  barricade there is another house with a pitched

23  black roof.  Do you see that?

24     A.   Yes.

25     Q.   If I go a little bit farther there is a

1    space between that house and the house next to it.

2         A.    Yes.

3         Q.    So if I walk up the street past Lazaro

4    Gonzalez's house and past the house with the black

5    pitched roof and took a right and walked between

6    the houses I would come to a little house behind

7    the house with the black pitched roof.  Do you see

8    it?

9         A.    Yes.

10        Q.    Is that where you lived?

11        A.    I think so.  Now that the gentleman has

12   explained it to me, I believe so, that it is that

13   one.

14        Q.    Okay.  The reason I am describing it to

15   you in this manner is I just took the deposition of

16   your ex-husband --

17        A.    Okay.

18        Q.    -- and he told me that the way to get to

19   the apartment that you were living at in April of

20   2000 is that you would walk up the street past

21   Lazaro Gonzalez's house, pass the house with the

22   black pitched roof and walk next to that house to

23   get to the building behind the house with the black

24   pitched roof to get to your apartment.

25        A.    That's right.

1    Q.   So you agree with that?

2    A.   Yes, sir.

3    Q.   So could you do me a favor, and on the

4  roof of the house where you believe you lived,

5  could you put your initials, please?

6    A.   (Indicating).

7    Q.   Okay.  This just gives us a reference

8  point to where you were located on April 22nd,

9  2000, correct?

10   A.   That's right.

11   Q.   Because when all of these events occurred,

12 you were in your apartment that was close to Lazaro

13 Gonzalez's house, correct?

14   A.   That's right.

15   Q.   I am just trying to do this so you can be

16 oriented to the time and the place when the events

17 took place.

18   A.   That's correct.

19   Q.   Prior to April 22nd -- strike that.  Would

20 you agree that the events that took place when the

21 law enforcement officer authorities came into the

22 neighborhood, that that occurred very early in the

23 morning on April 22nd, 2000?

24   A.   Yes.

25   Q.   Prior to April 22nd, 2000 my understanding

1    neighborhood carrying any type of weapons?

2         A.    No.

3         Q.    On April 22nd, 2000, just before the law

4    enforcement officers came into the neighborhood to

5    take Elian away, what first alerted you to the

6    presence of those law enforcement officers?

7         A.    Because I realized that they were there.

8    What was the question?  Could you repeat?

9         Q.    Just before the law enforcement officers

10   came to take Elian away you were in your apartment

11   and you were sleeping, correct?

12        A.    Yes.

13        Q.    Something must have happened to alert you

14   that something was happening in the neighborhood,

15   correct?

16        A.    Yes, correct.

17        Q.    What did you hear or what did you see that

18   caused you to realize something was happening?

19        A.    I thought the earth was shaking.  You

20   heard a lot -- you were hearing -- you were

21   hearing -- you were hearing a lot of noise, like a

22   hurricane or something, like a very loud noise.

23        Q.    Do you remember what kind of noise you

24   heard?

25        A.    I know it was a very loud noise, as if

1   something not normal was happening.

2      Q.   And after you heard the noise, what did

3   you do?

4      A.   I got up and I went out to see what was

5   happening.  Because I -- my grandmother, I used to

6   live with my grandmother in that house, and my

7   grandmother was undergoing cancer treatments.  And

8   we were always trying to be aware of anything,

9   because of her.

10     Q.   So you got up and did you walk out your

11  front door?

12     A.   I came out the front door going towards my

13  grandmother's house.

14     Q.   Did you get -- walk out the front door

15  with your ex-husband, Osmani Fernandez?

16     A.   Yes.

17     Q.   And did you -- now he testified that he

18  walked out the front door and down to the corner of

19  your building where the alleyway is.  Did you go

20- with him?

21     A.   Yes.  That's the only way you can go out

22  of there.

23     Q.   And Mr. Fernandez said that the front door

24  of your building where you and he went out, if you

25  look at Exhibit 1, was approximately where the Y is

```
 1   that you drew on the roof of the building; is that

 2   correct?

 3        A.   Yes, sir.

 4        Q.   And that door faces the building in front

 5   of it with the black pitched roof; is that correct?

 6        A.   Correct.

 7        Q.   When you first went out that door what did

 8   you see?

 9        A.   Nothing.  No.  I ran out like a crazy

10   person to go to my -- the door of my grandmother's

11   house, which is over here on this side.

12        Q.   Okay.  I will get to that in a second.

13   When you first walked out your front door did you

14   see anybody outside your front door?

15        A.   I don't remember.  There was a lot of

16   confusion.  I am telling you it was very quick.  I

17   know a lot of people came out.  I know when I went

18   over to my grandmother's house, I don't know if it

19   was then, that this whole herd of people were

20   coming down the alleyway.  I really can't tell you

21   when it was that I saw them.

22        Q.   You are going to have to listen to my

23   question carefully and just answer my question,

24   okay?  Because I want to go through this step by

25   step very slowly.  Okay?
```



1       A.      Okay.

2       Q.      So when you opened up your front door, at

3  that moment did you see anybody in front of you?

4       A.      I don't remember.

5       Q.      Did you see any gas in the air, milky

6  white gas?

7       A.      Yes, the smell was already there.

8       Q.      Did you get -- did you feel the gas at

9  that point in time?

10      A.      Yes.

11      Q.      How did it feel right at that point in

12  time before you left the front door?

13      A.      It was a different smell.

14      Q.      Did it have any effect on your eyes or

15  your breathing?

16      A.      Yes.

17      Q.      At that moment when you opened up the

18  front door, describe for me how it affected your

19  eyes and your breathing at that moment.

20      A.      It's very difficult to be that descriptive

21  about something that happened right at that moment.

22  I remember in general what happened, but I don't

23  want to say anything about right at any moment

24  because I don't want to say anything of which I am

25  not 100 percent sure.

1    Q.    Well, when you opened up the front door

2    you saw the gas in front of you; is that correct?

3    A.    I didn't know what gas was until they did

4    that, until it happened.

5    Q.    You saw some type of milky fog in front of

6    you?

7    A.    I didn't see anything.  I smelled a

8    different type of smell and I knew something was

9    going on.

10   Q.    When you smelled that different smell did

11   it hurt your nose or did it hurt your eyes?

12   A.    Yes.  You felt like something in your

13   throat.

14   Q.    The smell that you were smelling, did it

15   hurt your eyes or did it hurt your throat?.

16   A.    Eventually, yes, but I kept on doing what

17   I was doing.  But then I had to go back because I

18   couldn't anymore.

19   Q.    Where -- show me the house that your

20   grandmother was staying in.

21   A.    (Indicating).

22   Q.    So your grandmother was staying in the

23   house in front of your apartment, the one that has

24   the black pitched roof; is that correct?

25   A.    Correct.

1      Q.    When you left the front door of your

2  apartment, okay, you said you ran like crazy over

3  to your grandmother's house; is that correct?

4      A.    Correct.

5      Q.    Is there a door to your grandmother's

6  house in the back?

7      A.    Yes, sir.

8      Q.    Did you go into her house?

9      A.    I went into her house through the other

10  door, because my aunt and uncle are the ones that

11  lived with her, and those were bedrooms if you went

12  in through that door.

13      Q.    When you say the other door, what door are

14  you talking about?

15      A.    The door of the house where you go in, the

16  main door of the house where she lives.

17      Q.    Is that in the front of the building or in

18  the back of the building?

19      A.    To the side.

20      Q.    To the side.  Okay.  Now facing Exhibit 1,

21  the door you entered, would that be on the right

22  side or the left side?

23      A.    The right side.

24      Q.    So you left the front of your building and

25  you went down to the end of your building to the

FERNANDEZ & ASSOCIATES   (305) 374-8868

1    alleyway, then up the alleyway to the main entrance

2    of the building in front of you where your

3    grandmother was staying; is that correct?

4        A.   Correct.

5        Q.   So if I have got this straight, you would

6    walk out your building, take a right, walk down to

7    the end of your building, take a left, walk down to

8    the building next to you and go into the side of

9    that building to get to where your grandmother was

10   located; is that correct?

11       A.   Correct.

12       Q.   Between the time that you left your

13   apartment and entered the building in front of you

14   where your grandmother was, did you see any law

15   enforcement officers?

16       A.   I don't remember.

17       Q.   During this period of time that you left

18   your apartment and entered the building where your

19   grandmother was staying, did you come into any

20   physical contact with any law enforcement officers?

21       A.   No.

22       Q.   How long did you stay with your

23   grandmother that day?

24       A.   The day before or the day after?

25       Q.   No, no.  On April 22nd, 2000 you got up

FERNANDEZ & ASSOCIATES   (305) 374-8868

```
 1    early in the morning because you heard a lot of

 2    noise.  You left your apartment.  You went outside

 3    to your grandmother's house and you went to see

 4    your grandmother; is that correct?

 5         A.   Yes.

 6         Q.   On April 22nd, 2000 when the law

 7    enforcement officers took Elian away from Lazaro

 8    Gonzalez's house, correct?

 9         A.   Correct.

10         Q.   When you were in your grandmother's house,

11    okay, did you go to any of the windows to look

12    outside to see what was going on?

13         A.   No.  I didn't even go into my

14    grandmother's house.

15         Q.   Ah.  So you went to the front door.  Was

16    was it locked?

17         A.   Yes.

18         Q.   So when you went out and it was locked,

19    what did you do then?

20         A.   Then I knew that it had nothing to do with

21    her.  So my biggest concern then was about my

22    brother, because I knew he was inside the Gonzalez

23    house, and already there was a lot of stuff going

24    on in the street.

25         Q.   Okay.  So when you found out the door of
```

1    your grandmother's house was locked, what did you

2    do next?

3        A.    I ran towards Lazaro's house.

4        Q.    Did you run to the front of the building?

5        A.    Yes.

6        Q.    Did you actually get all the way to Lazaro

7    Gonzalez's house?

8        A.    No.

9        Q.    How far did you get?

10        A.    In front of my house.

11        Q.    Meaning in front of the house that's in

12    front of your house?

13        A.    Correct.

14        Q.    Why did you stop?

15        A.    The policemen were coming, spraying with

16    gas.  They were coming against us.  I don't think

17    there is any human being that could stand that.

18        Q.    So on Exhibit 1, can you point to the spot

19    where you stopped and you went no further?

20        A.    In front of the house.  I don't know

21    exactly at which point.

22        Q.    Can you just put an X approximately in the

23    spot that you stopped?

24        A.    (Indicating).

25        Q.    Okay.  So you put an X on Exhibit No. 1 in

1   front of the house of the black pitched roof where

2   you ran to on April 22nd, 2000; is that correct?

3       A.   Correct.

4       Q.   You said you stopped because of the

5   effects of the gas?

6       A.   Yes, the gas and fear.  I thought they

7   were going to shoot us.

8       Q.   Why did you think that?

9       A.   They had weapons aiming at us and I don't

10  know.  I have never seen any weapons that close up.

11      Q.   Did you hear the -- before you stopped,

12  did you come into any physical contact with any of

13  the law enforcement officers at all?

14      A.   Not that I recall.

15      Q.   Did you see any of the officers spraying

16  the gas?

17      A.   Yes.  They were spraying gas, the ones

18  that were coming, walking towards us.

19      Q.   Okay.  How many other people were near to

20  where you were in front of the building that is in

21  front of your apartment?

22      A.   I wouldn't know to tell you.

23      Q.   Did you see protestors or other people

24  jump over the barricades and run toward Lazaro

25  Gonzalez's?

FERNANDEZ & ASSOCIATES   (305) 374-8868

39

1   were people on the street.  I wasn't looking at the

2   people.

3        Q.    The gas was being sprayed -- was not just

4   being sprayed at you but it was being sprayed on

5   the people that were near you and in the street in

6   front of the police barricades, right?

7        A.    Yes.

8        Q.    Okay.  How long did the -- your difficulty

9   in breathing and burning of your eyes last?

10       A.    It's difficult to tell you how long in

11  time.  I don't know.  I don't know.  A long time

12  after that I was still at the house, and I felt

13  like what you feel when you are about to get --

14  catch a cold or something like that.

15       Q.    Did the effects of the gas last minutes,

16  hours, days?

17       A.    I would say days, but I am not certain

18  exactly.

19       Q.    One day, two days, 3 days?

20       A.    I don't recall.  I don't recall.

21       Q.    Was it less than a week?

22       A.    I couldn't say.  During that time the day

23  seemed like -- that whole time was always being --

24  so confused.

25       Q.    Ms. Huet, let me ask you this.  If this

1    case goes to trial and the judge wants to know how

2    long you were affected physically by the gas, what

3    are you going to tell him?

4         A.    The same thing that I am telling this

5    gentleman here.  Many years have gone by and I

6    can't tell you how many days because I don't recall

7    how many days.

8         Q.    Okay.  Because in this case, if you are

9    claiming an injury, that something has affected

10   you, like the gas, burning of the eyes and

11   difficulty breathing, in order for the attorneys to

12   determine how much that is worth or the judge to

13   determine how much that is worth, he is going to

14   have to know how long it affected you.  If it only

15   affected you one minute, that's a big difference

16   between one minute and one day.  One day is one

17   day.  One day is a big difference, between one day

18   or two days or three days.  You see what my

19   difficulty is?  I don't know how to value your

20   claim, and the judge won't know how to value your

21   claim if you don't know what it is.

22              Let me ask you this.  Would you say that

23   the effects of the gas were completely resolved

24   within one week?

25        A.    It could be that it lasted one week,

1    two weeks.  I don't know exactly.

2        Q.    Okay.

3        A.    You know after a time that you have

4    something bothering you, as it goes away, you don't

5    pay as much attention.

6        Q.    Now this is confusing, because I asked you

7    how much the effects of the gas were, and you said

8    several days.  Then you weren't sure it's a week.

9    Now you are saying maybe one week, two weeks.  If I

10   ask you the question again, you may say a month,

11   two months, three months.  It's not fair to me for

12   you to not -- to change your testimony and have

13   to -- you have to give me some idea of when the

14   effects of the gas resolved.

15       A.    I can't tell you exactly.  I haven't

16   changed.  I am telling you that I don't recall

17   exactly.  I don't know that it lasted a day.  I

18   don't recall exactly, because during that whole

19   time many things were going on.  I was very

20   involved with the family.  I wasn't paying

21   attention whether I had this irritation or not.  I

22   already knew what it was from.  I have a half

23   brother who is a doctor.  He always said to me that

24   could -- that could last several days but it was

25   nothing to be too concerned about.

42

1    Q.    Okay.   Let me ask you this way.   Did the

2    burning of your eyes last less than one day?

3    A.    The burning of the eyes went away that

4    same day, yeah.

5    Q.    Did the -- did your difficulty breathing

6    last less than one day?

7    A.    I think that by the end of the day the

8    problems with the breathing were gone.

9    Q.    Okay.   All right.   Now did you seek any

10   medical attention for the effects of the gas?

11   A.    No.

12   Q.    Now with regard to the events that

13   occurred on April 22nd, 2000, did you have any

14   emotional problems?

15   A.    Yes.

16   Q.    Please, describe for me.

17   A.    I was fearful always of being alone.   For

18   a long time I had nightmares.   I would awaken in

19   fear during the night, and I also have this -- very

20   fearful of police.   If I was driving and I would

21   see some --

22   Q.    Anything else?

23   A.    No.

24   Q.    Did you seek any psychiatric treatment for

25   any type of medical treatment for your emotional





1

1        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
2

3                      CASE NO. 03-20588 CIV MOORE

4
   DONATO DALRYMPLE,
5
                Plaintiff,
6
            vs.
7
   UNITED STATES OF AMERICA,
8
                Defendants.
9  ----------------------------x

10

11                 99 N. E. Fourth Street
                   Miami, Florida
12                 Tuesday, 11:09 a.m.
                   March 16, 2004
13

14

15

16          DEPOSITION OF MARTA T. LARA

17

18

19          Taken on behalf of the Defendant before LOIS

20   E. GUFFEY, RDR, Notary Public in and for the State of

21   Florida at Large, pursuant to a Notice of Taking

22   Deposition filed in the above cause.

23

24                                    CERTIFIED COPY

25

FERNANDEZ & ASSOCIATES   -  (305) 374-8868

—2—

```
 1│ APPEARANCES:
   │
 2│
   │      JUDICIAL WATCH, INC.
 3│      By: Ed Farres, Esq.
   │      appearing on behalf of the Plaintiffs.
 4│
   │
 5│      OFFICE OF THE UNITED STATES ATTORNEY
   │      By: Stephen E. Handler, Esq.
 6│      appearing on behalf of the Defendants.
   │
 7│
   │
 8│ Also present:  Isabel Duquesne, Interpreter
   │                Alberto De La Cerra, Interpreter
 9│
   │
10│
   │
11│         *** I N D E X   ***
   │
12│
   │
13│ WITNESS   DIRECT CROSS REDIRECT RECROSS
   │
14│ MARTA T.    3       63
   │ LARA
15│
   │ LARA EXHIBITS FOR IDENTIFICATION
16│
   │ 1, copy of photograph                    31
17│ 2, copy of photograph                    35
   │ 3, copy of photograph                    39
18│ 4, copy of photograph                    40
   │
19│
   │
20│
   │
21│
   │
22│
   │
23│
   │
24│
   │
25│
```

-26-

1  time, did you ever engage in any discussions with anyone

2  regarding how Elian could be protected while he was at

3  the Gonzalez family home?

4      A.    Well, we thought that the family would be a

5  protection, since they had been protecting him and

6  caring for him since he arrived to this country.  And I

7  was also a part of a movement that -- it's still -- it's

8  still open, the Democracy Movement.  I don't know if you

9  have ever heard of them.  We believe in civil,

10  nonviolent protesting.  And our fear was that the Castro

11  government would take Elian, not that the Federal

12  Government would take Elian.  So if anything, we thought

13  we would protect him of that, Castro.

14      Q.    And how would you implement that?

15      A.    Well, we -- and that came out on television

16  several times.  We figured that if the Castro government

17  were to come in to take Elian at any point in time, as

18  we figured, that he would do it violently, as most of

19  their things are.  We would form a human chain in front

20  of the property to protect him.  And the family.

21      Q.    How do you form a human chain?

22      A.    We lock just arms, one arm, and that would be

23  it.

24      Q.    So people would interlock their arms and would

25  stand like in front of the Gonzalez family home to

—27—

1    prevent people from coming in?

2         A.    Yes.

3         Q.    Those are more -- well, where would you stand?

4         A.    They had a fence in front of their property,

5    in front of the fence or in front of -- there is a

6    sidewalk, and then there is the street.  There would be

7    the street.  That would be -- that would have been the

8    objective.

9         Q.    Okay.  And how often did you practice forming

10   a human chain?

11        A.    I personally practiced once during the day.

12        Q.    And you practiced it in that same location, in

13   front of the fence?

14        A.    In front of the fence there was a sidewalk.

15   Right in front of the sidewalk.  Not -- it wasn't

16   directly in front of the fence.  It was -- there is a

17   sidewalk in front of the property, and then there is the

18   street.  There.  We practiced there.

19        Q.    But it was in front of the Gonzalez family

20   home?

21        A.    It was in front of it.  Yes.

22        Q.    Who is the leader of the Democracy Movement?

23        A.    Ramon Saul Sanchez.

24        Q.    And other than -- how often would they form

25   this human chain when you went there?  How often did you

—33—

1  just before the -- just in general.

2     A.   Okay.  I don't want to draw a circle on

3  anybody.

4     Q.   It doesn't matter.

5     A.   This is the fence.  This was the part -- we

6  were always couple of feet away, say around this area

7  right here.  And we were just talking.           --

8     Q.   So on Exhibit No. 1 you have drawn a little

9  circle, which is beyond the police barricade in the

10 street, and that's where you were located just before

11 the INS arrived to take Elian away, correct?

12    A.   Correct.

13    Q.   Can you tell me what first alerted you to the

14 presence of the INS.

15    A.   I was (indicating) --

16    Q.   Don't -- you can point but don't draw anymore

17 on the exhibit, please.

18    A.   I was standing at that general area, and I

19 wasn't facing her property at the time.  I was facing

20 this way.  And I was talking to a lady that was there a

21 lot of the times and another gentleman.  I don't really

22 recall whom else was around there at that time.  All I

23 heard was -- I didn't even hear the vehicles.  All I

24 heard was the profanity that just started -- it was

25 just -- it was just very hard.  By the time I turned

—35—

1   or whatever kind of spray they used, all over my face.

2   I couldn't even breathe.  And from then on I couldn't

3   even get up.  I don't even remember who got me up.

4   Later on I found out that it was a gentleman who got me

5   up and helped me go over the barricade so I can wash my

6   face.  Because I couldn't even breathe.  All I can hear

7   was the screaming, and I heard, you know, Elian

8   screaming, you know.  It was very real to me.

9        Q.    Let me show you what is marked as Exhibit No.

10  2.  It's a little closer view of the same shot as

11  Exhibit No. 1.

12  (Lara Exhibit 2 is marked.)

13  BY MR. HANDLER:

14       Q.    Is this better?

15       A.    Yeah.  That one is a whole lot better.

16       Q.    Exhibit 2, can you circle where you were,

17  approximately.

18       A.    Must have been around the same area, because

19  this is the fence of the house, and we had been talking.

20  It was around here.

21       Q.    You can just circle it.

22       A.    It was around this area right here

23  (indicating).

24       Q.    Okay.  That's the general area.  You said you

25  started walking toward the Gonzalez family home; is that

36

1   correct?

2       A.    Yes.

3       Q.    Okay.

4       A.    That's correct.

5       Q.    When you did that, did you see a white van or

6   some white vans in front of the Gonzalez family home?

7       A.    Yes, I did.

8       Q.    Tell me how far you -- close you got to the

9   Gonzalez family home before the man was screaming

10  profanity at you and you went down to the -- you said

11  floor, but I am sure you meant street?

12      A.    Yeah, ground.

13      Q.    How close did you get to the Gonzalez family

14  home?

15      A.    I don't -- I can't recall right now exactly

16  how close.  I must have gotten -- all I remember is that

17  I was -- I was -- my objective was to get there, you

18  know, to protect them in whatever way I -- you know,

19  humanly, a woman could do; anything, you know.  I was --

20  I was scared.  I didn't know what was going on.  The

21  first thing you think about is that little boy.

22      Q.    So would it be fair to state that when the

23  white van arrived in front of the Gonzalez family home

24  you walked toward the Gonzalez family home with the

25  objective to try to protect Elian?

FERNANDEZ & ASSOCIATES   -  (305) 374-8868

—37—

1       A.    Try to protect Elian.  And then I saw Ramon,

2    leader of the Democracy Movement, and he -- there is a

3    million things about that.  He got hit over the head

4    because he was standing in front of the door.  And then

5    I see him in the ground.  I mean it was all -- it all

6    happened just so fast that --

7       Q.    Did you see Ramon get hit?

8       A.    I saw there was -- it was somebody next to

9    Ramon, tall blond guy.  No, I don't remember him right

10   now.  Now I think he has come to Judicial Watch before.

11   I had seen him once, the last time we were here.  He was

12   next to him.  And all I remember seeing was somebody

13   going (indicating) like that to him.  But I don't

14   remember anything else because between that and -- I

15   just don't recall.

16      Q.    When you say going like that to him, you mean

17   hitting Ramon with some kind object?

18      A.    Which -- some kind of object, which I --

19      Q.    So you were close enough to the Gonzalez

20   family home --

21      A.    Well, he was -- sorry.

22      Q.    I am sorry.  You must let me finish my

23   question before you --

24      A.    You're right.  I am sorry.

25      Q.    Wait.  Because the court reporter can't take

1    A.    Yes.

2    Q.    I mean did the officer come up and like spray

3    you right in your face or was this a spray that

4    (indicating) came over?

5    A.    No.   He didn't spray me right in my face.

6    Q.    So the gas was in the general area and it also

7    hit you?

8    A.    It hit me -- well, it almost felt like it was,

9    you know, almost like it was sprayed directly to my

10   face, but I can't say that I saw him spray it into my

11   face.

12   Q.    So the best you can say is that you felt the

13   effects of the gas but you don't know whether or not

14   anybody sprayed you in the face; is that correct?

15   A.    That's correct.

16   Q.    Okay.   Then you said that somebody helped you

17   back across the police barricade in order for you to get

18   some water to wash your face; is that correct?

19   A.    Yes.   To this -- to this lady's house

20   (indicating).

21   Q.    The woman that lives two doors down from the

22   Gonzalez family?

23   A.    Yes.   That's correct.

24   Q.    After that did you cross back over the

25   barricade, before the INS officers left?

-46-

1    A.    I don't really recall what I did immediately

2    after that.  I can't -- can't say.

3    Q.    How long was it from the period of time that

4    the vans arrived to the point that you were pushed to

5    the ground?

6    A.    I can't tell you exactly but it was fairly

7    quickly.  It all happened extremely fast.

8    Q.    And would it be fair to state that you were

9    pushed to the ground after you were walking toward the

10   Gonzalez family home?

11   A.    Yes.

12   Q.    Other than being pushed to the ground did you

13   have any other physical contact with any other INS

14   agents there?

15   A.    No.

16   Q.    When you said you walked toward the Gonzalez

17   family home were you walking or running?

18   A.    I was fairly close and I -- I was so

19   distraught.  I can tell you that I wasn't running at

20   that point yet.  I was just walking because I -- I

21   didn't understand what was going on.

22   Q.    I just asked if you were walking or running.

23   You were walking?

24   A.    (Witness nods head).

25   Q.    Okay.  The guy that pushed you down, can you

1   of it.  But that's reasonable.

2       Q.    Now with regard to the pepper spray, can you

3   tell me how that affected you?

4       A.    Okay.  I was -- they washed my face

5   immediately after that.  Then my hair, everything, my

6   clothes was full of pepper spray.  I could barely

7   breathe after that for, let's say -- I can't tell you

8   the exact time frame, I can't, because I really don't

9   recall the exact time frame.  But for awhile after that

10  I was just -- had a lot of -- hard time breathing, and

11  the coughing wouldn't stop, and my eyes were constantly

12  irritated.  I don't use contacts, and I don't use

13  glasses or anything to that effect.  So my eyes were

14  constantly red, very irritated, and it lasted for awhile

15  after that, I would say more than a month after that.

16      Q.    So you had difficulty in breathing, irritated

17  and red eyes which lasted for a month?

18      A.    On or about, yes.

19      Q.    Is that correct?

20      A.    That's correct.

21      Q.    And would it be reasonable to state that you

22  did not receive any medical care for these problems; is

23  that correct?

24      A.    That's correct.

25      Q.    Any other problems other than what you just



EXHIBIT 19
2 3-16-04



EXHIBIT / 9
/ 3-16-04

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20588 CIV MOORE

DONATO DALRYMPLE,

             Plaintiff,

     vs.

UNITED STATES OF AMERICA,

             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                         99 N. E. Fourth Street
                         Miami, Florida
                         August 10, 2004
                         9:17 a.m.

                                           COPY

          DEPOSITION OF MARIA EUGENIA CABRERA LAZO


               Taken on behalf of the Defendant

     before LOIS E. GUFFEY, RDR, Notary Public in

     and for the State of Florida at Large, pursuant

     to a Notice of Taking Deposition filed in the

     above cause.

16

1    war.  I wanted to see but I really didn't want to

2    see.  You understand?

3        Q.   I am going to show you a photograph.  It's

4    the neighborhood where the Gonzalez family home

5    was.  It's an aerial photograph taken from

6    overhead.  And just so you know, it wasn't taken on

7    April 22nd, 2000.

8            I am going to go ahead and mark it as Lazo

9    Exhibit 1.

10       (Lazo Exhibit 1 is marked.)

11   BY MS. GUPTA:

12       Q.   At the top of Exhibit 1 you will see near

13   the top of the page there is a house with a square

14   roof.

15       A.   Excuse me.  Let me put my glasses on.

16       Q.   Of course.  And that's going to be the

17   Gonzalez family home.  I am going to mark it with

18   an LG, Lazaro Gonzalez.  Does that look correct?

19       A.   From that vantage point I don't recognize

20   it.

21       Q.   Okay.  Now how far away did you live from

22   the Lazaro Gonzalez house?

23       A.   Four houses away.  One, two, three, four.

24       Q.   Did you live on the same street as Lazaro

25   Gonzalez?

1    A.    Yes.  Not lived.  Still live there.

2    Q.    Yes.  Excuse me.  Were you on the same

3    side of the street as Lazaro Gonzalez's home?

4    A.    Yes.

5    Q.    Okay.  When you say you were four houses

6    away, does that mean there was the Gonzalez home,

7    then one, two, three, four houses and yours?

8    A.    Yes, yes.

9    Q. - Okay.  Now did you live east or west of

10   him?  North?  South?

11   A.    To the east.

12   Q.    Now when you are standing at your front

13   door looking toward the Lazaro Gonzalez home, are

14   you looking right or left?

15   A.    To the right.

16   Q.    So on this photograph -- now do you

17   remember on that day there being police barricades

18   past Lazaro Gonzalez's home to the right of your

19   home?

20   A.    The streets were always closed for a

21   determined amount of time.  In order to be able to

22   get in there you had to provide them with

23   identification.  They closed down the streets.

24   Q.    Where did they close down the streets?

25   A.    Now I am recognizing this area.  I live

20

1    prove that they were living there.  I mean the

2    access was controlled.

3        Q.   Okay.  Now I also want to figure out

4    where, on Exhibit 1, your home is.  Is it pictured

5    on Exhibit 1?

6        A.   No, it does not.

7        Q.   Okay.  If you were leaving -- if someone

8    were leaving Lazaro Gonzalez's home and exiting

9    through the front door, which way would they walk

10   to reach your home?

11       A.   To the left.

12       Q.   How many houses would they pass before

13   they reached your home?

14       A.   Four.

15       Q.   Now could you take this pen and draw a

16   line out of Lazaro Gonzalez's home in the direction

17   towards your home onto Exhibit 1.

18       A.   (Indicating).

19       Q.   Thank you.  Could you put a little arrow

20   on it to show what direction a person was walking?

21       A.   What a person would walk?  (Indicating).

22       Q.   Now after your brother called you and you

23   went downstairs, where were you?

24       A.   In the front, in my porch, in the entrance

25   to my house.

27



1      Q.    So is it correct to say that that morning

2    while the law enforcement officers were there

3    taking Elian you stayed on your property?

4      A.    Yes.

5      Q.    Now the first time you went outside how

6    long were you outside?

7      A.    I don't remember.

8      Q.    Do you have any idea?  Do you think it was

9    more than 1 minute?  Less than 1 minute?

10     A.    I just don't remember.  I don't remember.

11   There were many people.  I wanted to.  And then I

12   would go and would come back.  And then wanted to

13   go out.  I was afraid.  I was very much afraid.

14     Q.    During the time you were outside the first

15   time where was your husband?

16     A.    Sleeping.

17     Q.    And your son?

18     A.    Sleeping.

19     Q.    When did you first talk to your son that

20   morning?

21     A.    When I heard the -- when he heard the

22   yelling, the screaming.  It was like a revolution,

23   like a war, like a movie.

24     Q.    And what happened?

25     A.    Everybody -- It's like when there is a

FERNANDEZ & ASSOCIATES   (305) 374-8868

1      Q.    Do you remember if it was that week?

2      A.    I don't remember dates right now.

3      Q.    Now do you have any documents, pictures,

4   videotapes or any other materials that show what

5   happened on April 22nd, 2000?

6      A.    No.   The news, just like everybody else

7   saw it.

8           MS. GUPTA:   Okay.   That's all.   I don't

9        have any further questions.

10          MR. ORFANEDES:   I have a couple of

11        questions.

12                 CROSS EXAMINATION

13   BY MR. ORFANEDES:

14     Q.    You said that there was smoke, you saw the

15   smoke.   Did any of the smoke enter your house?

16     A.    Yes.

17     Q.    Did you inhale any of the smoke?

18     A.    Yes, and it came into the house.

19     Q.    How did the smoke affect you?

20     A.    I didn't go to the doctor because -- well,

21   I didn't go, but I had a lot of -- my eyes were

22   very irritated and I had a lot of itching.

23     Q.    Anything else?

24     A.    For me?

25     Q.    Yes.   For you.

1    A.    Yes.

2    Q.    What else?

3    A.    Irritation, a lot of itching in the eyes,

4  my skin would itch and the fear.  I had a lot of

5  fear.

6    Q.    Other than the fear and the itching of

7  your eyes, did you have any other physical -- did

8  the smoke affect you physically in any other way?

9    A.    To me personally?

10   Q.    Yes.

11   A.    No.  That was it.

12   Q.    Did you have any trouble breathing?

13   A.    No.  I did not.  I could feel, I could

14  smell.  It was an unpleasant smell.

15   Q.    What did it smell like?

16   A.    A very unpleasant smell.

17   Q.    Did you have any rashes?

18   A.    Yes.  Yes, I had some.

19   Q.    Where were the rashes?

20   A.    My whole body.  My whole body, everything,

21  all over.

22   Q.    How long did the rashes last?

23   A.    A few days, but I don't remember how many

24  days.  I put Caladryl on.

25   Q.    And the itching and the skin irritation,

1   how long did that last?

2       A.   Some days but I don't remember how many

3   days exactly.

4       Q.   Do you remember Ms. Gupta asked you if you

5   were injured physically?

6       A.   Yes, but I asked her physically that they

7   did anything directly to me.  Physically to me,

8   nobody.  No.  But I did ask her if she was asking

9   me about some person, something physically.

10      Q.   Do you -- did you mean that you didn't

11  have any physical contact with them, any of the

12  agents?

13      A.   Yes.  That's what I told her.

14      Q.   And when you testified that Thomas had not

15  been injured physically did you mean he had not had

16  any contact with any of the agents?

17      A.   Uh-huh.  Yes.  That was -- so I did ask

18  her.

19      Q.   Do you know if Thomas inhaled or breathed

20  in the smoke?

21      A.   Yes.  When I opened the door -- the house

22  was closed.  When I opened the door, I go out, I

23  come back in, it comes in.  There was -- it started

24  to come in.  There was a lot of that white smoke.

25  It's the gas.  But it's like smoke and it has a

1    very unpleasant odor.

2        Q.    Did Thomas have any difficulty breathing

3    because of the smoke?

4        A.    Yes.

5        Q.    Did he have shortness of breath?

6        A.    Yes, I had to put the aerosol on him.

7        Q.    Did Thomas have any rashes or skin

8    irritation?

9        A.    No, not on his skin.  For him I had to

10   give him the aerosol very quickly.

11           MR. ORFANEDES:  I have no further

12       questions.

13                   REDIRECT EXAMINATION

14   BY MS. GUPTA:

15       Q.    I just have a couple of questions.  The

16   problems you had with your eyes, how long did they

17   last?

18       A.    I don't remember how many days.

19       Q.    Can you take a guess?

20       A.    Some days.  But guess what?

21       Q.    Was it more than a week?

22       A.    About that.

23       Q.    Now for Thomas, your son, how long did the

24   shortness of breath last?

25       A.    Yes.  It may be longer.  Then I had to

1    take him to the doctor.  It would go away but it

2    will come back.  Yes.  His was extended.

3        Q.   Extended about how long?  Was it a day,

4    more than a day?

5        A.   No.  More than a day.  I don't remember

6    exactly but -- he had his problems.

7        Q.   Do you remember -- was it more than

8    two days?

9      -  A.   Yes.

10       Q.   Do you remember if it was more than three?

11    ·   A.   I don't remember exactly the amount of

12    time.  Some time has gone by now.

13            MS. GUPTA:  Okay.  That's all.  No further

14        questions.

15                    RECROSS EXAMINATION

16    BY MR. ORFANEDES:

17       Q.   I just have one question.  Did the gas

18    cause Thomas to have any trouble with his eyes?

19       A.   Yes.  I put -- they became -- and I put

20    drops in his eyes also.

21       Q.   Did you put drops in your eyes?

22       A.   Yes.  I couldn't see.

23       Q.   How long did Thomas have trouble with his

24    eyes?

25       A.   Some days, but I don't remember how many

45

1   days.

2       Q.    How long did you have trouble with your

3   eyes?

4       A.    Some days.  It was days, because they

5   itched quite a bit.

6           MR. ORFANEDES:  Thank you very much.

7           MS. GUPTA:  Thank you.  No further

8       questions.

9       (Thereupon, the taking of the deposition was

10      concluded at end time 10:48 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





1                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

2

3                        CASE NO. 03-20588 CIV MOORE

4

  DONATO DALRYMPLE,

5

              Plaintiff,

6

7       vs.

  UNITED STATES OF AMERICA,

8

              Defendants.

9  --------------------------------x

10

11                 99 N. E. Fourth Street
                Miami, Florida

12                 Tuesday, 3:42 p.m.
                March 16th, 2004

13

14

15

16      DEPOSITION OF MARIA MARTA LORENZO

17

18

19        Taken on behalf of the Defendant before LOIS

20  E. GUFFEY, RDR, Notary Public in and for the State of

21  Florida at Large, pursuant to a Notice of Taking

22  Deposition filed in the above cause.

23                           CERTIFIED COPY

24

25

2

```
 1  APPEARANCES:

 2

 3       JUDICIAL WATCH, INC.
         By: Ed Farres, Esq.
         appearing on behalf of the Plaintiffs.

 4

 5       OFFICE OF THE UNITED STATES ATTORNEY
         By: Stephen E. Handler, Esq.

 6       appearing on behalf of the Defendants.

 7          --

 8  Also present:  Isabel Duquesne, Interpreter
                   Alberto De La Cerra, Interpreter

 9

10

11          ***  I N D E X   ***

12

13  WITNESS    DIRECT  CROSS REDIRECT RECROSS

14  MARIA MARTA  3      37
    LORENZO

15

    LORENZO EXHIBITS FOR IDENTIFICATION
16

17  1, copy of photo                          11
    2, copy of photo                          15
    3, copy of photo                          20
18

19

20

21

22

23

24

25
```

1    barricades?

2         A.    Yes.

3         Q.    At the end of the street there were more

4    police barricades in front of people that were usually

5    there?

6         A.    Yes.

7         Q.    Can you show me where you were on April 22nd,

8    2000, by using Exhibit No. 1, right when the INS

9    officers arrived.

10        A.    Right around here.

11        Q.    Can you take that pen and circle where you

12   were.

13        A.    (Indicating).

14        Q.    So on Exhibit No. 1 you have drawn a circle

15   behind the police barricade where you were located when

16   the INS officers arrived on April 22nd to take Elian

17   away; is that correct?

18        A.    Yes.

19        Q.    Can you tell me what first alerted you to the

20   presence of the INS officers.

21        A.    The people screaming.

22        Q.    Then did you look over at the house?

23        A.    Yes.

24        Q.    And what did you see?

25        A.    When they got off the van and they started

1  running from the front and from the back, the people

2  from the INS.

3      Q.    What else did you see?

4      A.    Well, after that I didn't see anything else,

5  because after they sprayed the gas, and as I am short in

6  stature it went -- came -- went on me so I couldn't see

7  anything else.  They sat me down next to a post, a pole.

8  Yes.

9      Q.    When you -- after you heard the screaming and

10 you saw the vans in front of the Gonzalez family home

11 and you saw the officers get out of the van; is that

12 correct --

13     A.    Yes.

14     Q.    -- did you walk toward the police barricade?

15     A.    No.  I remained there because I was with an

16 elderly lady.

17     Q.    Did you see other protesters behind the police

18 barricade jump over the barricade and run to the

19 Gonzalez family house?

20     A.    There was such commotion that I believe, yes,

21 people were screaming.

22     Q.    Did you see protesters throw things at the

23 police, like bottles, and rocks and stools?

24     A.    I was not able to see a great deal after they

25 arrived.  I could hear the screaming and all that, but I

1  throwing things at the law enforcement officers on

2  April 22nd, 2000?

3      A.    Yes.  I saw when they threw the stool but I

4  don't know from which side it came.

5      Q.    And you did not throw the stool?

6      A.    I didn't have any stool.

7      Q.    Would you agree with me that the stool was

8  thrown at the officers before the gas started?

9      A.    I think it was -- yes.  A little bit before

10 but I don't remember very well.  I was in a panic.

11     Q.    What other objects did you see thrown at the

12 officers?

13     A.    I think I saw like a milk box, milk crate.

14     Q.    Milk crate.

15     A.    But I don't remember.

16     Q.    What else?

17     A.    I was in a panic.  I was even crying before I

18 got that, sprayed on.

19     Q.    What other object -- strike that.  Did you see

20 any of the protesters confront the officers after the

21 protesters had jumped across the barrier?

22     A.    No, or I don't recall.  I was in a panic, as I

23 said.

24     Q.    Did you see the officers hold up their hands

25 and yell, "Stay back behind the barricades"?

1        A.    Well, they said some profanities when they

2   came by me, and they pushed us to the side with their

3   hands, but they sprayed us with gas right away.   And

4   that was the last thing that -- after that, I was left

5   that I couldn't see anything.   Then they sat me on the

6   ground, and there was some television there, and they

7   put water on my face and some vinegar compresses, and I

8   also have some (indicating) scars, marks in my face,

9   from small burns that I had.   I have to keep them

10  covered up.

11       Q.    The entire period of time that the INS was in

12  front of the Gonzalez family home were you always behind

13  the barricade?

14       A.    Yes, sir.

15       Q.    Did you ever come into actual physical contact

16  with any of the INS officers?

17       A.    No, because they sprayed us with gas and they

18  kept on walking.   They kept on running, because they

19  were really running all over the place.

20       Q.    Did you come in physical contact with any law

21  enforcement officer when he put his hands on you, or

22  touched you, or pushed you in any way?

23       A.    They pushed all of us ladies that were there

24  on the other side of the barricade.

25       Q.    And if -- you stayed behind the barricade,

```
 1   though, right?

 2        A.    Yes, sir.

 3        Q.    Were there officers on the other side of the

 4   barricade?

 5        A.    No.   They were on the inside of the barricade.

 6        Q.    So you -- the barricade -- the barricade

 7   separated you from the officers?

 8        A.    Yes.

 9        Q.    Okay.   How could the officers push you if you

10   were not -- if you were on the other side of the

11   barricade?

12        A.    We were leaning on the barricade, and they

13   went in on the side of the barricade and they pushed all

14   of us.

15        Q.    Now I am a little confused.   I thought you

16   said that you were behind the barricade and you did not

17   move forward.   Were you right at the barricade when the

18   INS officers arrived?

19        A.    Yes.   We had been sitting on the ground, and

20   we got up and we went up close to the barricades.

21        Q.    So when the INS officers arrived, you heard

22   screaming, you got up off the ground and you walked

23   toward the front of the barricade; is that correct?

24        A.    Yes.

25        Q.    Okay.   So -- and then other protestors jumped
```

1   over the barricade and went forward toward the Gonzalez

2   family home; is that correct?

3       A.    Yes.   Some men, not the women.   Those women

4   stayed on the other side, at least the group that was

5   with me.   I was only with ladies there.

6       Q.    So, for example, in Exhibit No. 2, the

7   protesters on the other side of the barricade -- these

8   are men (indicating).

9       A.    I think they were all men, it seems to me.

10  But here I see a lady in black that I hadn't seen her

11  before.   I think that's a lady.

12  (Lorenzo Exhibit 3 is marked.)

13  BY MR. HANDLER:

14      Q.    I am showing you Exhibit No. 3.   Do you see

15  the federal officer in the middle of the picture?

16      A.    Yes.

17      Q.    And you see the man with the sign, the

18  protestor?

19      A.    Yes.

20      Q.    And on the other side of the officer in front

21  of him is a woman; is that correct?

22      A.    I don't know if it's a man or a woman.   I

23  don't see it clearly here.

24      Q.    I think that's my only picture of that.

25      A.    There was so much confusion that I didn't

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

23

1   family home?

2       A.    Already there were people outside screaming

3   also.  I don't know if they were family or what because

4   there was a lot of commotion at that time.

5       Q.    I just want to find out if you saw this

6   person, okay.  His name is Joel Beltran.

7       A.    Jose?

8       Q.    Joel.  Joel Beltran.  He testified here that

9   when the INS arrived he ran to the front of the Gonzalez

10  family home and held onto the rails in front of the door

11  like this (indicating).

12      A.    Yes, but I thought that he was a family member

13  of the Gonzalez.

14      Q.    So you saw him do that?

15      A.    Yes.

16      Q.    And that was -- and then the officers came up

17  the steps and they knocked him out of the way, right?

18      A.    Yes.  I saw a lady fall to the ground also,

19  but I don't know who she is.

20      Q.    So you saw -- when the INS arrived, before

21  they were actually able to get into the house to get

22  Elian, protesters ran up to the house and you saw them

23  trying -- staying in front of the door of the Gonzalez

24  family home, correct?

25      A.    Yes.  And that night there were also many

26

1    A.    No.   They were holding on.   They were leaning

2    on the barricade.

3    Q.    Okay.   And the officers were pushing the

4    barricade toward you?

5    A.    Yes.

6    Q.    And it's your opinion that the officers

7    thought more people were going to jump over, right?

8    A.    I think so.

9    Q.    Did you see an officer with a big tube

10   (indicating) and he was spraying gas?

11   A.    Yes, but I think it was more than one.

12   Q.    And he was spraying the crowd, and you were

13   one of the crowd that got sprayed; is that correct?

14   A.    Yes.

15   Q.    Tell me where you got sprayed.

16   A.    Right -- the whole face, the front -- the

17   face.

18   Q.    Tell me how it affected you.

19   A.    Well, I was blinded.   I couldn't see anything.

20   I was choking.   I couldn't breathe.   I -- yes, I

21   couldn't breathe very well.   I felt like vomiting.   Yes.

22   Q.    And after that did you retreated back?

23   A.    They set me down on the ground and they put

24   compresses on my face and eyes.

25   Q.    And so how long did the effects of the gas

27

1  last for you?

2      A.    Well, I had to go to the doctor because I

3  developed like a bronchitis.   I had respiratory

4  problems.

5      Q.    How long did the difficulty in breathing last?

6      A.    About three or four weeks.   I had to keep -- I

7  had to take decongestants.

8      Q.    And the choking, how long did that last?

9      A.    Well, I couldn't eat for a day or two because

10  I felt like vomiting and I was short of breath.

11      Q.    And you said something about some contacts.

12  Did you have some problems with your contacts?

13      A.    (In English) Yeah.

14          (Through interpreter) Yes.   They broke, and I

15  don't know if you could see here in my eye.   I have like

16  something in there (indicating).   Here.

17          (In English) So I am wearing glasses now.

18      Q.    Did you go -- so with regard to the effects of

19  the gas, you said you went to see a doctor?

20      A.    Yes.   To take some -- so they would give me

21  some medication like for the throat because that was

22  like all of it was burning.

23      Q.    And what was the name of the doctor?

24      A.    Susel Vasquez.

25      Q.    Ask her to spell that, please.

— 28 —

```
 1      A.    Susel, like Susie.

 2            THE INTERPRETER:  S-U-S-E-I?

 3            THE WITNESS:  Yes.  Vasquez.

 4      Q.    Can you spell Vasquez?

 5      A.    It's pronounced Vasquez in English but it

 6 would be Vasquez in Spanish.

 7      Q.    Do you know what her address is?

 8      A.    Before she was located in Key Biscayne.  I

 9 don't know where she's at now.

10      Q.    Do you have medical records from that visit?

11      A.    I brought them.  He's got them.  Do you have

12 them?

13            MR. FARRES:  Anything I have, I supplied to

14      Mr. Handler.  I don't believe that is part of it.

15            MR. HANDLER:  I don't have it.

16 BY MR. HANDLER:

17      Q.    When did you see Dr. Vasquez?

18      A.    Well, you know, it was Holy Week, so I had to

19 wait in order to be able to go.  I think it was like a

20 Tuesday that I went.  Remember, that was a holiday.  It

21 was Holy Week.

22      Q.    Well, the 22nd was a Saturday?

23      A.    Yes.

24      Q.    So the next Tuesday would be --

25      A.    I am not certain when I went.
```

29

1      Q.      You have to wait until we finish the question.

2   Do you know if you went within one week of the Elian

3   event?

4      A.      I don't recall.  Well, I started taking

5   decongestants and medication on my own.

6      Q.      Tell me exactly what you saw Dr. Vasquez for.

7      A.      For the throat.  It affected my ears, my

8   throat, everything.  I had like a sinus infection.

9      Q.      What were the problems with your ears?

10     A.      It just affected all of it.  I just had a

11  general feeling of ill, of discomfort through my whole

12  head.

13     Q.      So your throat, your sinus and ears, all.  You

14  had discomfort with all those areas?

15     A.      Yes, the eyes.

16     Q.      Okay.  And what did Dr. Vasquez prescribe?

17     A.      She gave me decongestants and she had given me

18  an antibiotic because I had an irritation, that I don't

19  recall what else she may have given me.

20     Q.      How many visits did you have with Dr. Vasquez

21  regarding the effects you had from gas?

22     A.      I think it was just either once or twice.

23     Q.      Okay.  When did the problems with your throat,

24  your sinus your ears and your eyes clear up?

25     A.      About two or three weeks later.





1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20588-CIV-MOORE

DONATO DALRYMPLE, et al.,

       Plaintiffs,

 v.

UNITED STATES OF AMERICA,

       Defendant.

_____/

RIGINAL

        99 N.E. 4th Street
        Miami, Florida
        Thursday, June 10, 2004
        2:00 p.m. - 2:45 p.m.

DEPOSITION OF ANAISA MACHLIN

      Taken before Mary Ann Collier, a
Registered Professional Reporter and Notary
Public for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in
the above cause.

<u>APPEARANCES</u>

ED FARRES, ESQ.
Judicial Watch
100 SE 2nd Street, Suite 3920
Miami, FL  33131
on behalf of the Plaintiffs

STEPHEN E. HANDLER, ESQ.
U.S. Department of Justice
1331 Pennsylvania Avenue, NW
Room 8066N
Washington, D.C.  20004
on behalf of the Defendant

ALSO PRESENT:

ELIZABETH GARCIA-DU QUESNE, Interpreter
ALBERTO DE LA CERRA, Interpreter
_____

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAISA MACHIN | MR. HANDLER | 3, 27 |
| | MR. FARRES | 26 |

E X H I B I T S

| FOR DEFENDANT | FOR I.D. |
|---|---|
| No. 1 | 8 |

11

1    Q.  On April 22, 2000, you were in your home

2    that is shown here on Exhibit 1 where you put AM

3    on the roof (pointing)?

4    A.  Yes.

5    Q.  And you were with your husband there,

6    Jose Luis Martinez?

7    A.  Yes.

8    Q.  Would you agree with me that the law

9    enforcement officers that came to Lazaro

10   Gonzalez' home to take Elian away arrived very,

11·  very early in the morning on April 22?

12   A.  Yes.

13   Q.  What first alerted you to the presence of

14   law enforcement officers, or that something was

15   happening in the neighborhood that early in the

16   morning?

17   A.  Well, my husband gets up at four o'clock

18   in the morning in order to go to work.  And he

19   was getting dressed in order to go to work.

20   Then some screaming, a lot of screaming was

21   heard, and there was a lot of striking or blows

22   against the wall of the house.

23        My husband was in the rear of the

24   house in the kitchen.  And he came running into

25   the room, because I was eight months pregnant,

12

1    and he told me, don't go out, don't go out,

2    because there's a lot of problems going on out

3    there.

4            All of a sudden he opens the door and

5    a lot of people just come in, rush in.  The

6    people, they were screaming.  And when he opened

7    that door he didn't know there was all that

8    smoke there, and so all that smoke came into the

9    house and I started breathing all that, so I

10   felt like a burning sensation.

11       Q.  Did you ever go outside to see what was

12   going on?

13       A.  Well, when I came out of my room and I

14   was laying down I go to the living room, the

15   door was closed, but it had previously been

16   open, all the smoke came in.  My husband closed

17   the door, but he allowed some women to come in,

18   because they were crying a great deal.  That's

19   when it turned out that they had taken the boy

20   away and all of that.

21       Q.  Listen to my question very carefully.  I

22   want to know whether or not you went outside to

23   see what was going on.

24       A.  No.  My husband wouldn't let me.

25       Q.  Did you look out the windows and see what

13

1  was going on?

2  A.  After that I went to my bedroom and I

3  tried looking through the window, but it was

4  still dark.

5  Q.  Which way does your window face, which

6  direction?

7  A.  Through this one here, that is the window

8  through which I looked (pointing).

9  Q.  Can you circle the window that you looked

10  out.

11·  A.  (Witness complies.)

12  Q.  On Exhibit 1 you put a circle around the

13  window that you looked out of on April 22, 2000.

14  Correct?

15  A.  Yes.

16  Q.  When you looked out the window, could you

17  see the people behind the police barricade?

18  A.  Yes, running.

19  Q.  Could you see them jump over the

20  barricade and run toward the Gonzalez home?

21  A.  Yes.  Some were running over there and

22  some were running in the other direction.  That

23  was all like that.

24  Q.  Could you see the police officers in the

25  street, the law enforcement officers?

1    A.   No.  I really didn't look at it all that

2    much, because my husband wouldn't allow me.  I

3    was eight months pregnant and I was fearful.

4        Q.   Did you see any of the people behind the

5    barricades throwing objects, like water bottles

6    and rocks and stools and chairs and things like

7    that?

8        A.   Yes.

9        Q.   Did you see who they were throwing these

10   objects at?

11       A.   I don't recall.

12       Q.   Did you see any of the officers spraying

13   the smoke or the gas at anyone?

14       A.   I did not see that.

15       Q.   From your bedroom window can you see the

16   front of Lazaro Gonzalez' home?

17       A.   Not from the window, given the tents that

18   were there.

19       Q.   You did not come into any physical

20   contact with any of the law enforcement

21   officers.  Is that correct?

22       A.   No.

23       Q.   My statement is correct?

24       A.   With the police officers, no.

25       Q.   Did you see any of the police officers

1    Q.   We will give you your tapes back.   We

2    will just make copies.

3    A.   Yes, yes.

4    Q.   Do you have any other tapes, documents,

5    records, anything regarding what happened on

6    April 22, 2000, that you have not already told

7    me about?

8    A.   No.   Just the tapes.

9    Q.   Did you smell the gas?

10    A.   Yes.

11    Q.   What did it smell like?

12    A.   Well, I really don't recall the smell.

13    But I do know that I felt all this burning

14    sensation through here (gesturing).

15    Q.   Your neck?

16    A.   And the eyes.

17    Q.   Burning sensation in your throat and in

18    your eyes?

19    A.   And in the eyes.

20    Q.   Do you remember the gas smelling like

21    cherries or fruit?

22    A.   I don't recall.

23    Q.   How long did the burning in your throat

24    and your eyes last?

25    A.   Many hours.

20

1 Q. Was it gone by the next day?

2 A. Yes, a little bit.

3 Q. Did you seek any medical treatment for

4 the effects of the gas?

5 A. Well, since I felt so badly and I was

6 eight months pregnant we tried to call the

7 rescue, but we were told that, no, they couldn't

8 get in, because no cars were being allowed to

9 come to the area.

10 Q. Did you receive any treatment or not?

11. A. I went to the doctor about a week later.

12 Q. What did you go to the doctor for?

13 A. I had an appointment.

14 Q. A pregnancy appointment?

15 A. Yes.

16 Q. So the visit to the doctor a week after

17 April 22, 2000, had nothing to do with the

18 effects of the gas, but it concerned your

19 pregnancy.  Correct?

20 A. Yes.

21 Q. So you never received any medical

22 treatment for the effects of the gas.  Correct?

23 A. Not for the gas, no.

24 Q. As a result of what occurred on April 22,

25 2000, did you suffer any emotional problems?



EXHIBIT

/

Anaisa Machin

1
2
3

                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO. 03-20588 CIV MOORE

4    DONATO DALRYMPLE,

5              Plaintiff,

6          vs.

7    UNITED STATES OF AMERICA,

8              Defendant.
     - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
9

10
11                            99 N. W. Fourth Street
                              Miami, Florida
12                            Wednesday, April 21, 2004
                              10:19 a.m.

13

14

15              DEPOSITION OF MORGAN MARCOS

16

17              Taken on behalf of the Defendant

18     before LOIS E. GUFFEY, RDR, Notary Public in

19     and for the State of Florida at Large, pursuant

20     to a Notice of Taking Deposition filed in the

21     above cause.

22

23

24                                     CERTIFIED COPY

25

                FERNANDEZ & ASSOCIATES    (305) 374-8868

1       APPEARANCES:

2           JUDICIAL WATCH, INC.
            100 Southeast 2nd Street, Suite 3920
3           Miami, Florida  33131-2148
            By:  ED FARRES, ESQ.
4           Appearing on behalf of the Plaintiff.

5           U.S. DEPARTMENT OF JUSTICE
            1331 Pennsylvania Avenue, Northwest.
6           Room 8066N
            Washington DC 20004
7           By:  STEPHEN E. HANDLER, Esq.
            Appearing on behalf of the Defendant.

8
        ALSO PRESENT:
9           Isabel Duquesne, Interpreter
            Alberto De La Cerra, Interpreter
10

11
                        I N D E X
12      WITNESS              DIRECT

13
        MORGAN MARCOS          3
14

15
        MORGAN MARCOS EXHIBITS
16      1, copy of photo                    11
        2, copy of photo                    15
17      3, copy of photo                    31
        4, copy of photo                    33
18

19

20

21

22

23

24

25

```
 1        Q.   Okay.   Well, let me back up for a second.
 2   Before the officers arrived you were behind the
 3   barricade, correct?
 4        A.   Correct.
 5        Q.   Now when you were standing behind the
 6   barricade, okay, what first alerted you to the
 7   presence of the officers' arrival, the first thing
 8   that you said; oh, they're here?
 9        A.   Okay.  As I remember, Saul Sanchez was the
10   one in the front, and he just gave us the right to
11   come and do the human chain.  And all he said was
12   they arrived.  But we didn't see nobody in front of
13   the house.  We didn't see nobody come in.  I stood
14   in front of the house, in front of the door.   I
15   was --
16        Q.   Okay.
17        A.   -- doing the human chain with them.
18        Q.   But you are jumping ahead a little bit
19   here.  Before you saw the officers you said Raul or
20   Ramon Sanchez?
21        A.   Ramon Sanchez.
22        Q.   He was the liter of the Democracy
23   Movement?
24        A.   Correct.
25        Q.   Now when you were standing behind the
```

```
 1    barricade, he is the one that said that they are

 2    here?

 3         A.    Correct.

 4         Q.    That was the first indication to you that

 5    somebody was coming to take Elian away?

 6         A.    Right.  All we were -- he said if they get

 7    here, all we have had to is the human chain,

 8    period.  So that's what we were trying to do, the

 9    human chain.

10         Q.    So when he said that, did you look down

11    toward Elian -- the Gonzalez family home?

12         A.    Did I look down?

13         Q.    Yeah.  Did you look down the street?

14         A.    Yes, yes, I did.

15         Q.    Did you see the white vans pull up?

16         A.    I didn't.  We did not see it.  It happened

17    in seconds.

18         Q.    So then, when Ramon Sanchez said, they're

19    here, you guys pushed over the barricades and went

20    through the barricades?

21         A.    They opened it.  Somebody opened it.  I

22    came through.  And it happened -- it was so fast

23    that it was like (indicating) in seconds.

24         Q.    Okay.  He said, "They're here"?

25         A.    "They're here.  Let's do the human chain.
```

1   So that's why we were there.

2      Q.   Let's do the -- now when you said the

3   human chain, what do you mean by the human chain?

4      A.   Human chain was just stay in front of the

5   house and get all together in front of the house.

6      Q.   Would you be interlocking arms?

7      A.   No, we were not locking arms.

8      Q.   But you were standing?

9      A.   We were standing.

10      Q.   Now let me mark this as Exhibit No. 2.

11      (MORGAN MARCOS Exhibit  2 is marked.)

12   BY MR. HANDLER:

13      Q.   This is just a little closer shot of the

14   house, the Gonzalez family home.  Can you tell me

15   where you formed the human chain?

16      A.   We would form it right in front of the

17   door.

18      Q.   Can you draw like a circle where the human

19   chain was formed?

20      A.   It was going to be formed all over that,

21   you know, in the front.  I was standing right

22   there.

23      Q.   Now do you remember the names of the other

24   people that were forming the human chain?

25      A.   The names?

16

1    Q.    Yeah.

2    A.    Ramon was one of them.  Next -- he was in

3    the center, he was right in front of the door.

4    Somebody else was next to him.  Another person,

5    another girl was -- blond girl was next to him.

6    Then there was me on the other side.  That's all I

7    could remember.

8    Q.    Do you know a guy named Joel Beltran?

9    A.    No.  I didn't know nobody there by name.

10   I mean it's very  --

11   Q.    Now when you stood in front of the door --

12   strike that.  When you went through the barricade

13   did other people also go through the barricade up

14   to the front of the house?

15   A.    Yes.

16   Q.    Do you remember how many?

17   A.    I couldn't remember, to be honest.  I mean

18   it was -- there is no -- I didn't have the -- you

19   know, there is no time you could count or see.  One

20   side, we looked back, and everything was over,

21   everybody was -- you know, they were already

22   everywhere.  It happened in seconds.

23   Q.    There were quite a few people?

24   A.    Yes.

25   Q.    And this was before the vans pulled up in

1    front of the Gonzalez home?

2        A.    Yes.   Way before.

3        Q.    When you say way before, are you talking

4    about a matter of seconds, right?

5        A.    Well, matter of seconds.  By the time we

6    were doing the human chain already, once we saw,

7    everybody was on top of us already.

8        Q.    So then, when you were -- you were

9    standing in front of the Gonzalez family home, why

10   don't you tell me what you saw, what happened.

11       A.    Well, a lot of people -- we saw the U.S.

12   come in, and they have masks, and they have the

13   guns with them.  And we were standing right in

14   front.  And the first hit that they did was Saul,

15   when they hit him on the side of the ear with one

16   of the --

17       Q.    When you say Saul, you mean Ramon Sanchez?

18       A.    Ramon Sanchez, right.  They hit him in the

19   side of the ear.  He fell down unconscious.  And I

20   know a girl was there.  Somebody else was there

21   trying to lift him up.  He was hit.  Then I was

22   standing right in front of the door to the -- they

23   pushed me to the side.  They got the blank --

24   banging ram and they hit the door and they opened

25   it.

18

1      Q.    When you said the U.S. came up, you meant

2   the INS?

3      A.    INS.

4      Q.    And the other law enforcement authorities?

5      A.    All I saw was INS.  I didn't see nobody

6   else.  All they had on their shirts was INS.

7      Q.    INS on their shirts?

8      A.    Right.

9      Q.    But you knew they were law enforcement

10  officers?

11     A.    Yes.

12     Q.    And they came up the steps, came up the

13  sidewalk?

14     A.    They came right through the front little

15  gate.  They came up.  And they even said bad words

16  and stuff like that.

17     Q.    What did they say?

18     A.    "Hey, you mother fuckers, get out of the

19  way.  We're going to go in no matter what."

20     Q.    That occurred before --

21     A.    Before they pushed -- you know, they

22  pushed me to the side and they hit the door with

23  the battering ram.  Once they did that, was another

24  guy, which I do recall remembering him.  Kind of --

25     Q.    Big guy?

19

```
 1        A.    Wasn't too big, but kind of (indicating),
 2   you know, kind of fat.  He got the banging ram.
 3   Then he got it, and that's where he started hitting
 4   me with it.
 5        Q.    Let me stop you.  When the officers came
 6   up to the door did they say anything about a
 7   warrant, to your knowledge?
 8        A.    No.
 9        Q.    But they told you to get out of the way?
10        A.    Yes.
11        Q.    And you guys refused to get out of the
12   way?
13        A.    We didn't refuse.  They didn't give us
14   time.  There was nothing -- there was no time.  It
15   was like a one-two-three thing.
16        Q.    But when you were standing in front of the
17   door forming the human chain you guys were trying
18   to prevent them from getting in the house, correct?
19        A.    Yeah.  I mean we were there to see, you
20   know, if they were going to decide to work
21   something out.  Because you know, I thought we were
22   -- by doing that we were going to work something
23   out, you know.  But I guess not.
24        Q.    But when you guys were standing in front
25   of the front of the door your intention was to
```

```
 1   prevent them from getting into the house?

 2        A.   Yeah.   Preventing -- you know, prevent to

 3   take Elian away.

 4        Q.   Okay.  Do you remember a guy named Michael

 5   Stafford?

 6        A.   No.

 7        Q.   Do you recall a guy grabbing the battering

 8   ram and trying to pull it away (indicating)?

 9        A.   No.

10        Q.   Do you remember anyone trying to grab the

11   battering ram?

12        A.   I got the battering ram.

13        Q.   You grabbed the battering ram?

14        A.   Yes, I did.  They hit me with it.

15        Q.   Okay.  When -- you guys are standing in

16   front of the front door, okay, and they're telling

17   you, you know, get out of the way and they're using

18   bad language, did you see the battering ram at that

19   time?

20        A.   Well, they hit the door with it.  Okay.

21        Q.   Did they hit the door with the battering

22   ram before or after --

23        A.   Some -- it was like two people with the

24   battering ram.  When they came, they hit the door.

25   The guy, one of them pulled back.  That one that
```

31

1    A.    When they took Elian there was two people

2    there putting pepper spray on everybody.  So  --

3    Q.    But they all got up and backed out and got

4    away?

5    A.    Right.

6    Q.    Did you see people throwing things at the

7    officers?

8    A.    Sure.  Of course.  We were trying to keep

9    them away.

10   Q.    Let's see.  Before the officers got Elian

11   out of the house did you see people throwing things

12   at the officers?

13   A.    No.

14   Q.    Okay.  While the officers were bringing

15   Elian out did you see people throwing things at the

16   officers?

17   A.    That happened after they drive -- they

18   drove away.

19          MR. HANDLER:  Mark this as Exhibit No. 3.

20      (MORGAN MARCOS Exhibit 3 is marked.)

21   BY MR. HANDLER:

22   Q.    This is another photograph that was taken

23   during the video -- during April 22nd.  Do you see

24   the officers with the markings "INS Federal

25   Officer" on the shirts?

1      A.   Correct.

2      Q.   And then they sprayed you with pepper

3  spray in the face while you were on the ground?

4      A.   While I was on the ground.

5      Q.   Was there any other physical contact you

6  had with the officer other than that?

7      A.   No.

8      Q.   Okay.  Now you said at the scene you

9  received some medical treatment?

10     A.   Yes, I did.  At the moment that they threw

11 that, after they threw the pepper spray, which I do

12 remember, when I was here, I still was like itching

13 from the pepper spray.  Then I had to see one of

14 the emergency because I felt like nauseous and

15 throwing up.  And I was breathe -- trying to

16 breathe and I couldn't.  So I got seen by one of

17 the rescues.

18     Q.   Okay.  What kind of treatment did they

19 provide to you?

20     A.   They told me put a lot of water on my

21 face, cold water, and if I continue to, you know,

22 being that way, just go to one of the hospitals and

23 get treated.

24     Q.   Okay.

25     A.   But he told me to put a lot of water on it

36

1    and see what happens.

2        Q.    Did that help?

3        A.    Well, for a few days I felt like kind

4    of -- you know, I had this feeling like throwing

5    up, but I just kept with my water and putting water

6    on my face and stuff like that, and then it totally

7    went away.

8        Q.    So after a couple of days --

9        A.    Two or three days, right.

10       Q.    Let me finish the question.

11       A.    Okay.

12       Q.    After two or three days the effects of the

13   gas went away?

14       A.    Yes.

15       Q.    Okay.  So then you didn't go to the

16   hospital?

17       A.    No.

18       Q.    Now what about where they were hitting you

19   with the battering ram, did that cause injury?

20       A.    Okay.  I didn't -- I -- I was in pain for

21   a few days, but I didn't go to no doctor or no

22   hospital.

23       Q.    And that was the pain in your right

24   shoulder?

25       A.    Yes.



EXHIBIT

19   2   4-21-04

Morgn Mirus





1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20588 CIV MOORE

DONATO DALRYMPLE, et al.,

             Plaintiff,

        vs.

UNITED STATES OF AMERICA,

             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - x


                          99 Northeast Fourth Street, Suite 300
                          Miami, Florida
                          Wednesday, March 17, 2004
                          11:35 a.m.




        DEPOSITION OF ALFREDO JESUS MARTELL


        Taken on behalf of the Defendant before LOIS

E. GUFFEY, RDR, Notary Public in and for the State of

Florida at Large, pursuant to a Notice of Taking

Deposition filed in the above cause.

-2-

```
 1   APPEARANCES:
     JUDICIAL WATCH, INC.
 2   100 Southeast 2nd Street, Suite 3920
     Miami, Florida  33131-2148
 3   By:  ED FARRES, ESQ.
     Appearing on behalf of the Plaintiffs.

 4
     OFFICE OF THE UNITED STATES ATTORNEY
 5   Benjamin Franklin Station
     P.O. Box 888
 6   Washington, DC  20044
     By:  STEPHEN E. HANDLER,_Esq.
 7   Appearing on behalf of the Defendant.

 8   ALSO PRESENT:
     Isabel Duquesne, Interpreter
 9   Alberto De La Cerra, Interpreter

10         * * *  I N D E X  * * *
     WITNESS                                         PAGE
11   ALFREDO JESUS MARTELL
        DIRECT EXAMINATION BY MR. HANDLER              3
12      CROSS-EXAMINATION BY MR. FARRES               39

13

14   MARTELL'S EXHIBITS MARKED FOR IDENTIFICATION   PAGE

15    1      copy of photo                            16

16    2      copy of photo                            27

17

18

19

20

21

22

23

24

25
```

1     Q.    Mr. Martell, I am marking Exhibit No. 1 here.

2           (Martell's Exhibit No. 1 was thereupon

3     marked.)

4     BY MR. HANDLER:

5     Q.    It's an aerial shot of the Gonzalez family

6     home.  Do you see that?

7     A.    That's right.

8     Q.    And in the top of the picture is a street out

9     front.

10    A.    That's right.

11    Q.    Do you recognize the --

12    A.    That's right.

13    Q.    -- in the back there is like a little patio;

14    is that correct?

15    A.    That's right.                                    -

16    Q.    Were you underneath the patio when the federal

17    officers arrived?

18    A.    We were sitting right here (indicating).  When

19    they started to jump over, over here, back here, here,

20    everybody ran inside.  Here, from the door, I run

21    towards the front.

22           And here, when the agents break down the door,

23    they push me all the way back here (indicating

24    throughout).

25    Q.    Okay.  Let's stop for a second.  I would like

1    you --

2         A.    Yes.

3         Q.    -- to put a circle right where the spot is

4    where the agent -- when you first saw the agents, where

5    you were located.

6         A.    Are you saying when I saw them for the first

7    time when they were jumping over the fence?

8         Q.    Yes.

9         A.    Okay.  When I saw them jumping the fence, I --

10   first I heard a yelling from back here, "They are going

11   in."

12             And then I run over towards the fence, and I

13   see them jumping over here, and then I run back, and

14   that's where they started to jump  --

15        Q.    Okay.

16        A.    -- over (indicating throughout).

17        Q.    Put a circle where you were located.

18        A.    Okay.  Right here (indicating).

19        Q.    Make it a little bit darker.  There we go.

20             So -- and then when you first heard them, you

21   went toward the fence; is that correct?

22        A.    When I heard that they were saying -- that

23   they were jumping over, I go toward the fence and I see

24   them.  That's right.  Here.  Right here.

25        Q.    So can you draw a line to where you were.

—18—

1      A.    Here.

2      Q.    And put a little arrow here.

3      A.    (Indicating).

4      Q.    On Exhibit 1 you have drawn a circle where you

5 heard the officers, and then a dotted line, an arrow to

6 the part of the fence that you went to, to look to see

7 who was there; is that correct?

8      A.    Of course.

9      Q.    Then when the officer started to jump over the

10 fence, you retreated?

11      A.    Of course.  I ran to go inside the house.  I

12 did not go in.

13      Q.    Okay.

14      A.    And then from there, I ran over here towards

15 the front (indicating).

16      Q.    Now, why did you not go inside the house?

17      A.    Because I didn't have time.  When everybody

18 went in, they entered, they closed the door, and I

19 didn't have time, so I didn't go in.

20      Q.    Was the door locked?

21      A.    No.  When they went in, I closed the door, and

22 then they went in, and I stayed outside.

23      Q.    Ah.  To what, to protect them?

24      A.    Of course.  To stay outside.  I -- I stayed

25 outside.

1        Q.    Okay.  So can you draw a dotted line back to

2   the door and then a dotted line to where you went.

3        A.    You can't -- from here you can't see the door.

4        Q.    I know.  We will go like this (indicating).

5        A.    Okay.

6        Q.    Okay.  So you have drawn a dotted line from

7   the fence back toward the patio.

8        A.    Okay.

9        Q.    And then when the other people had gone inside

10  the house, did you close the door?

11       A.    Oh, yes, of course, but I didn't lock it.

12  Because the lock wasn't from the outside.  I didn't have

13  a key.

14       Q.    Let me ask you this:  Why didn't you just walk

15  through the door inside the house?

16       A.    Because I didn't have time, and in

17  desperation, I just stayed outside, and I ran towards

18  the front, to the other door at the front.

19       Q.    Okay.  I guess what I don't understand is when

20  you ran back to the -- from the fence to the door in

21  back of the house, instead of closing the door, why

22  didn't you just walk into the house?

23       A.    I don't know.  I don't know.

24       Q.    Okay.  When you were running toward the back

25  door, did you hear the officer say anything?

—20—

1    A.    They were yelling.

2    Q.    Could you hear what they said?

3    A.    I heard them yelling, screaming, but I don't

4  recall what they were yelling.

5    Q.    From the time that you left the fence to go to

6  the back door, did you come into any physical contact

7  with any of the officers?

8    A.    Afterwards.

9    Q.    I am only talking about from the fence to when

10 you went to the back door, any physical contact with the

11 officers?

12   A.    No, I did not.

13   Q.    When you ran from the back door of the house

14 to the front of the house, did you come into any

15 physical contact with any of the officers?        ·

16   A.    The group of the officers that came in

17 breaking down the door.

18   Q.    You mean they came through the front fence?

19   A.    They broke through the fence.

20   Q.    Through the fence.  From the street?

21   A.    From the street, of course.

22   Q.    How many officers?

23   A.    Oh, I didn't have time to count them.

24   Q.    Was there anybody else with you when you met

25 the officers?

1      A.     No.  Not at that point in time.

2      Q.     How close did you get to the front fence

3  before you met the officers?

4      A.     I got as -- I got as far as here, to the

5  corner of the house (indicating).

6      Q.     Can you put an X to the point -- farthest

7  point you got?

8      A.     (Indicating.)

9      Q.     So you put an X on Exhibit No. 1, and

10  that's -- that's as close as you got to the front fence

11  of the Gonzalez family home before you met the officers?

12      A.     Okay.

13      Q.     At that point in time, describe in detail your

14  physical contact with the officers.

15      A.     When they break through there, I just remained

16  standing.  It was fractions of a second.  And from there

17  they start to go back, and the people from the back were

18  already in here.  And the ones from here pushed me all

19  the way back here (indicating throughout).

20      Q.     Okay.  So there were officers coming from the

21  backyard, and there were officers coming from the

22  street, and you were in the middle?

23      A.     That's right.

24      Q.     And then the officers -- did they put their

25  hands on you?

—22—

1      A.    They pushed me this far (indicating), and then

2   they were aiming with their rifles or guns.

3      Q.    So they were aiming their guns at you?

4      A.    That's right.   That's right.

5      Q.    And did they actually put their hands on your

6   body?

7      A.    Yes, that's right.

8      Q.    And then they pushed you back to where?

9      A.    This far (indicating).

10     Q.    So why don't we do another dotted line from --

11  from where you met the officers in the front of the

12  house back to where they pushed you.

13     A.    (Indicating).

14     Q.    You have drawn another X.  Why don't we put a

15  circle around that X just --

16     A.    (Indicating).

17     Q.    In Exhibit 1 you drew the dotted line from the

18  X near the front of the house back to another X with a

19  circle around it, and that's where the officers pushed

20  you down to the ground?

21     A.    Okay.   That's right.

22     Q.    How did they push you down to the ground?

23     A.    Well, pointing their pistol to my head, they

24  said, "go down," and they also were -- sprayed me with

25  gas.

35

1    A.    No.

2    Q.    Are you in this picture?

3    A.    No.

4    Q.    It's hard to see.

5    A.    No.

6    Q.    But you didn't see anybody in front of the

7    house throwing rocks and bottles and things at the

8    officers when the vans were backing out?

9    A.    No.  I am sorry.  Since there were so many

10   people there, it's possible that I might have seen it

11   but wasn't paying attention to that.

12   Q.    Okay.  Why don't you tell me how the gas

13   affected you.

14   A.    I went for almost a whole week without being

15   able to talk, hardly able to talk.

16   Q.    So you were unable to talk.  What else?

17   A.    That I recall, that's what it was.

18   Q.    What about your eyes or your breathing?

19   A.    The eyes and the breathing, yes.

20   Q.    Tell me what the problems were.

21   A.    I was short of breath.  My eyes were burning.

22   Q.    How long did these -- the shortness of breath

23   and the burning eyes last?

24   A.    Almost a whole week, practically,

25   approximately.

1    Q.    So would it be fair to state that the effects

2   of the gas on you lasted for one week?

3    A.    Correct.

4    Q.    Did you receive any medical care for this --

5   the effects of the gas?

6    A.    No.

7    Q.    Now, other than the effects of the gas, did

8   you have any other physical injuries as a result of what

9   happened to you on April 22nd, 2000?

10   A.    No.

11   Q.    Did you have emotional injuries as a result of

12  what happened to you on April 22nd, 2000?

13   A.    It's still affecting me.

14   Q.    Can you describe how -- what emotional

15  injuries you -- emotional problems you have.

16   A.    That child is my family.  And I never thought

17  that they were going to do that to him, and do what they

18  did, too.

19   Q.    So you are upset as to the manner in which

20  they took Elian away.

21   A.    The way they took Elian away, what Elian is

22  suffering and what happened to that boy.  And about my

23  son also.

24   Q.    So you are upset regarding the fact that Elian

25  was taken away, and you are upset because your son was



EXHIBIT 19
1  3-17-04

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20588-CIV-MOORE

DONATO DALRYMPLE, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.
_____/

99 N.E. 4th Street
Miami, Florida
Thursday, June 10, 2004
2:55 p.m. - 3:30 p.m.

DEPOSITION OF JOSE LUIS MARTINEZ

        Taken before Mary Ann Collier, a
Registered Professional Reporter and Notary
Public for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in
the above cause.

2

APPEARANCES

ED FARRES, ESQ.
Judicial Watch
100 SE 2nd Street, Suite 3920
Miami, FL  33131
on behalf of the Plaintiffs

STEPHEN E. HANDLER, ESQ.
U.S. Department of Justice
1331 Pennsylvania Avenue, NW
Room 8066N
Washington, D.C.  20004
on behalf of the Defendant

ALSO PRESENT:

ELIZABETH GARCIA-DU QUESNE, Interpreter
ALBERTO DE LA CERRA, Interpreter

————————————————————————————

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---------|----------------|------|
| JOSE LUIS MARTINEZ | MR. HANDLER | 3 |

E X H I B I T S

| FOR DEFENDANT | FOR I.D. |
|---------------|----------|
| No. 1 | 6 |

7.

1      A.   Yes.

2      Q.   Do you see the home that you were living

3  at in April of 2000 in this photograph?

4      A.   Yes.

5      Q.   Can you point it out to me.

6      A.   Here (pointing).

7      Q.   Can you put your initials on the roof of

8  that house, please.

9      A.   (Witness complies.)

10     Q.    So on Exhibit 1 you placed your initials

11  on the roof of the house where you and your wife

12  were living in April of 2000.  Correct?

13     A.   Yes.

14     Q.   Prior to April 22, 2000, were you a

15  member of any group, such as Alpha 66 or the

16  Democracy Movement?

17     A.   Never.

18     Q.   Were you ever part of the security force

19  that protected Elian when he was living at

20  Lazaro Gonzalez' home?

21     A.   No.

22     Q.   Did you ever engage in any conversations

23  with anyone how they could protect Elian from

24  him being taken away from Lazaro Gonzalez?

25     A.   Participate in conversations, no.

9

1      A.  Yes.

2      Q.  On April 22, 2000, just before the

3   federal authorities arrived to take Elian away,

4   you were with your wife in your house.  Correct?

5      A.  Yes.

6      Q.  And your wife told me today that during

7   that period of time you got up early in the

8   morning, like four in the morning, to go to

9   work.  Correct?

10      A.  Yes.

11      Q.  So on April 22, 2000, you were probably

12   up an hour before the law enforcement

13   authorities came to take Elian away.  Correct?

14      A.  More or less.

15      Q.  What first alerted you to the presence of

16   the law enforcement officers or that something

17   was happening in the neighborhood?

18      A.  A lot of shouts and a lot of noise

19   outside.  People asking for help.

20      Q.  When you heard the shouts and noise,

21   where were you?

22      A.  In the kitchen or something like that,

23   because I always left my work clothes in the

24   back part of the house.

25      Q.  And when you heard the noise and the

12

1    Q.   What I want to know with regard to the

2    events, those three minutes, I want to know what

3    you saw with your own eyes, if you went outside

4    and watched what was going on.  That is what I

5    want to know.

6    A.   Outside, I came out to the driveway.  It

7    is this one over here (pointing).  No.  What I

8    saw, I went out to my driveway, which is here,

9    and what I saw is when they came up to the

10   barricade and then they left.  But I didn't see

11   anything about when they took the child away.

12   Q.   Show me in your driveway where you were

13   standing with this pen.  Just draw an X where

14   you were standing approximately.

15   A.   More or less.

16   Q.   On Exhibit 1 you have drawn an X in front

17   of your home where you were standing on April

18   22, 2000.  Correct?

19   A.   Yes.

20   Q.   From this position could you see the

21   front of Lazaro Gonzalez' home?

22   A.   Yes.

23   Q.   Could you see the white vans that were in

24   front of his home?

25   A.   Yes, I could see them.

15

1      on.  But I didn't see any of that.

2          Q.  Did you see any protestors standing in

3      front of the barricade in the street?

4          A.  I don't remember.

5          Q.  Do you remember seeing any protestors in

6      the front yard of the Gonzalez family home?

7          A.  No.

8          Q.  Did you come into any physical contact

9      with any of the law enforcement officers?

10         A.  No.  No, not physical.

11         Q.  Did you see any of the officers come into

12     physical contact with any of the protestors?

13         A.  I don't remember.

14         Q.  You smelled the gas.  Correct?

15         A.  Yes.  That, yes.

16         Q.  How far away were you from the guy that

17     was spraying the gas?

18         A.  He was at the barricade, I was at the

19     --corner of my driveway.  It could have been a

20     little bit further than six feet of distance.

21         Q.  So what are you saying?  How many feet

22     would you say?

23         A.  Perhaps ten feet, something like that.

24         Q.  When you saw him spraying, was he

25     spraying the crowd, sweeping the crowd, or was

16

1   he spraying someone in particular?

2      A.   No.   To the crowd, he was spraying the

3   crowd.

4      Q.   So would it be fair to say he wasn't

5   spraying you directly, but you just smelled the

6   gas that was being sprayed on other people?

7      A.   Not directly at me.   I'm at the driveway

8   of my house.

9      Q.   Why don't you tell me how the gas

10  affected you.

11     A.   How it affected me?   Shortness of breath,

12  burning in the eyes.

13     Q.   Anything else?

14     A.   No.

15     Q.   How long did these effects last?

16     A.   It could have been that day.

17     Q.   Did you receive any medical care for the

18  effects of the gas?

19  --  A.   No, no, no.

20     Q.   Did you suffer any emotional effects as a

21  result of the events of April 22, 2000?

22     A.   Oh, yes.

23     Q.   What was the emotional effects?

24     A.   A lot of nervousness.   One gets into very

25  bad shape because of everything that happened



EXHIBIT

1

José Martinez

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA

2

3                        CASE NO. 03-20588 CIV MOORE

4

DONATO DALRYMPLE,

5
                    Plaintiff,

6
           vs.

7

UNITED STATES OF AMERICA,

8
                    Defendants.

9    ------------------------------x

10

11                    99 N. E. Fourth
                      Miami, Florida

12                    Monday, 11:11 a.m.
                      February 2nd, 2004

13

14

15

16          DEPOSITION OF  FELIX MEANA

17

18

19          Taken on behalf of the Defendant before LOIS

20    E. GUFFEY, RDR, Notary Public in and for the State of

21    Florida at Large, pursuant to a Notice of Taking

22    Deposition filed in the above cause.

23

24

25                                    COPY

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

—13—

1    Q.    You were in the backyard at 5:00 o'clock in

2  the morning?

3    A.    Correct.

4    Q.    What were you doing before you went into the

5  backyard?

6    A.    I was sitting there.  I was sitting down with

7  my brother-in-law and with them, just talk.

8    Q.    Everyone was awake at 5:00 o'clock in the

9  morning?

10    A.    Correct.

11    Q.    How long had you been up?

12    A.    I was awake the whole night.

13    Q.    Why were you awake the whole night?

14    A.    Several of us who were there, there were

15  quite -- several people there and we were just talking.

16    Q.    Now at 5:00 a.m. in the backyard why don't you

17  describe what you saw and what you heard.

18    A.    I heard a noise behind the fence.  The fence

19  is behind the house.  When I heard the noise, I looked

20  out, and then the federal agents were right there in

21  front of me already.  They jumped over the fence, and

22  they threw me on the ground, aiming at me with a gun.

23  And spraying me.

24    Q.    Now when you were in the backyard -- did you

25  say you were sitting on a chair by the house?

14

```
 1        A.    Yes.

 2        Q.    And you heard a noise and you walked to the

 3   fence?

 4        A.    Correct.

 5        Q.    And then did the federal officers jump over

 6   the fence?

 7        A.    Correct.

 8        Q.    Did you put your hands up or did you do

 9   anything when the officers jumped over the fence?

10        A.    They ordered me to go to the ground and I did.

11        Q.    You laid down on the ground?

12        A.    Correct.

13        Q.    And you said they put -- they pointed a gun at

14   you?

15        A.    And they had put some spray on me, also.

16        Q.    When you were on the ground or before you went

17   to the ground?

18        A.    When I was on the ground.

19        Q.    Could you recognize the officer?  Did you know

20   him?

21        A.    No.

22        Q.    Did he have a name badge?

23        A.    No.  I don't remember because -- no, not at

24   that moment.  They had like a mask on.

25        Q.    Now were you face up or face down on the
```

15

1    ground?

2        A.    Face down.

3        Q.    Okay.  And where did they spray you?

4        A.    This part over here where I was looking

5    (indicating).

6        Q.    So the side of your face?

7        A.    Yes.

8        Q.    The left side or the right side?

9        A.    Left side (indicating).

10        Q.    And did it go into your eyes?

11        A.    Yes.

12        Q.    Which eyes?

13        A.    Both of them.

14        Q.    Both eyes.  And did it go into your nose or

15    mouth?

16        A.    No.

17        Q.    And how did it make your eyes feel?

18        A.    I could hardly see.

19        Q.    So it made you -- your eyes blurry?

20        A.    And I was very short of breath.

21        Q.    How long were your eyes blurry?

22        A.    3 hours, more or less.

23        Q.    And then your eyes returned to normal?

24        A.    No.  I still was very agitated and very short

25    of breath.

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20588 CIV MOORE

DONATO DALRYMPLE,

        Plaintiff,

   vs.

UNITED STATES OF AMERICA,

        Defendants.
------------------------------x

          99 N. E. Fourth Street
          Miami, Florida
          Monday, 10:50 a.m.
          February 26th, 2004

DEPOSITION OF TROADIO MESA

     Taken on behalf of the Defendant before

LOIS E. GUFFEY, RDR, Notary Public in and for the

State of Florida at Large, pursuant to a Notice of

Taking Deposition filed in the above cause.

CERTIFIED COPY

FERNANDEZ & ASSOCIATES   (305) 374-8868

30

1      A.    To the fence.

2      Q.    Okay.  Well, draw it to the fence, please.

3      A.    Okay.

4      Q.    Okay.  Thank you.  So the line you drew on

5  Exhibit No. 1 is where you believe the police

6  barricade was, and that's the police barricade that

7  you jumped over in order to assist Ramon Sanchez?

8      A.    Yes.  That's right.

9      Q.    And Ramon Sanchez was -- his -- when he

10  had fallen, his body was inside the fence that was

11  surrounding the Gonzalez family home; is that

12  correct?

13      A.    Right at the very steps to the entrance.

14      Q.    To the Gonzalez family home?

15      A.    Yes.

16      Q.    Okay.  And when you jumped over the police

17  barricade the federal authorities were still at the

18  Gonzalez family home?

19      A.    Yes.  That was when they arrived.

20      Q.    But they had not yet taken Elian out of

21  the house; is that correct?

22      A.    Not yet.

23      Q.    At any point in time did any of the

24  federal authorities touch you?

25      A.    They pushed me.  Yes, they pushed me.  And

FERNANDEZ & ASSOCIATES  (305) 374-8868

1  area?

2      A.    Like I told you, right at that moment is

3  when they were carrying the little boy out.  This

4  woman was carrying him out to put him in the car.

5  And that's when they turned and threw the gas,

6  because that gas got to all of us, to all of those

7  that were standing there.  They sprayed all of us.

8      Q.    When did you get pushed?

9      A.    They pushed me earlier on.  It was before

10  that, when we were going to help Saul Sanchez.

11      Q.    Ah.  So after you jumped the barricade and

12  you were in the Gonzalez front yard, but before you

13  got to Ramon Sanchez, you were pushed by a federal

14  agent; is that correct?

15      A.    Yes.

16      Q.    And how did the agent push you?

17      A.    I don't -- well, I can't recall and I

18  can't tell you whether they pushed me with a hand

19  or with a weapon, because all of the intentions

20  that we had was to get to Ramon Saul Sanchez to

21  prevent them from hurting him anymore, and we

22  didn't want any problems.  All we wanted is to have

23  things be resolved in as peaceful a way as we

24  could.  That's what we were looking for.

25      Q.    Were you pushed by the federal agent

1    before you reached Ramon Sanchez?

2        A.    The push that I got is when we already

3    taking him.  One had him by a foot, one had him by

4    the arm.  And that's when they pushed me.

5        Q.    Were they pushing you away from the

6    Gonzalez family home?

7        A.    Yes.

8        Q.    The officer that pushed you, did you

9    recognize him?

10       A.    It was impossible to recognize them

11   because their faces were covered.

12       Q.    Do you know if the officer had a rifle in

13   his hand or any kind of weapon?

14       A.    He had a rifle in his hand, and around his

15   waist he had another weapon.

16       Q.    In his hands was it -- was it a long rifle

17   or a short rifle?

18       A.    More or less mid size, like a machine gun

19   type, something like that.

20       Q.    Did you recognize the weapon?

21       A.    I couldn't tell you exactly what kind of a

22   weapon it was, but it was kind of like a mid sized

23   machine gun, more or less.

24       Q.    But when the officer was pushing you away

25   from the Gonzalez family home, Elian was still in

1    the house; is that correct?

2        A.    Yes.   Correct.

3        Q.    Now other than this officer pushing you,

4    did you come in contact, physical contact, with any

5    other law enforcement officers that day?

6        A.    No.

7        Q.    And then when you returned to the Gonzalez

8    family home after you dropped off Ramon Sanchez,

9    you said that the officers were spraying everyone

10   and you got sprayed, too?

11       A.    Yes.   Ever since they came in they were

12   spraying people.  They arrived spraying.  What

13   happens is that when we helped Sanchez, we already

14   had gas on us also.  We had it already.  We didn't

15   know anymore what direction we were heading.  From

16   there on I saw when they took the child out.  And

17   he wanted to get away, and he was crying for us to

18   help him.  As I told you before, they came in

19   spraying everybody and we already had gas on us.

20   After dropping off Saul Sanchez and I came back,

21   that's when I told you they were taking the child

22   out.  And after that is when they sprayed us with

23   gas.  Even though the first time you tried to avoid

24   the gas with your face to turn away from it, but

25   you still got it anyway.  That's when they were

46

1    you tell me how that affected you?

2         A.    Well, the gas affected me quite a bit.  I

3    was bleeding from my nose for over six months.  And

4    my ears hurt quite a bit.  Excuse me.  And also I

5    have -- I felt some effects of it on my throat, in

6    my throat.

7         Q.    What kind of effects on your throat?

8         A.    I felt like pain and dryness.  And

9    particularly in mornings I would have bloody

10   saliva.

11        Q.    Now with regard to your ears hurting and

12   the pain and dryness in your throat, how long did

13   that last?

14        A.    It could have lasted for about six or

15   seven months later.

16        Q.    Now with regard to the effects of the gas

17   on you, did you receive any medical treatment?

18        A.    No.  I went to the pharmacy and I bought

19   something to gargle with, my throat.  That's what I

20   did.  Because I didn't know what else to do.

21        Q.    Now with regard to your right arm, how

22   long did that -- tell me how your right arm was

23   affected.

24        A.    Well, my arm was affected and I still feel

25   this three -- three fingers become numb and it



EXHIBIT





```
 1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
 2

 3                         CASE NO. 03-20588 CIV MOORE

 4

 5   DONATO DALRYMPLE,

               Plaintiff,
 6

 7         vs.

 8   UNITED STATES OF AMERICA,

 9             Defendants.
     -------------------------------x
10

11                   99 N. E. Fourth
                     Miami, Florida
12                   Monday, 12:09 a.m.
                     February 2nd, 2004
13

14

15

16             DEPOSITION OF MARIO MIRANDA

17

18

19         Taken on behalf of the Defendant before LOIS

20   E. GUFFEY, RDR, Notary Public in and for the State of

21   Florida at Large, pursuant to a Notice of Taking

22   Deposition filed in the above cause.

23

24

25
```

1        MR. HANDLER:  You can go off the record.

2  (Discussion off the record.

3        MR. HANDLER:  Let's make this Miranda Exhibit

4     No. 1.

5  (Miranda Exhibit 1 and 2 are marked)

6  BY MR. HANDLER:

7     Q.    Mr. Miranda, I am showing you what has been

8  marked as Deposition Exhibit Number 1.  At the moment

9  that the federal officers arrived at 5:00 a.m. on

10  April 22nd can you show me where you were located in

11  Exhibit 1?

12     A.    Here (indicating).

13     Q.    Okay.  Now you are pointing at the -- when you

14  are facing the picture, the left side of the Gonzalez

15  family home?

16     A.    In front of the house?  If I am standing over

17  here then it's on the right-hand side.

18     Q.    You are standing along the side of the house.

19     A.    That is correct.

20     Q.    Toward the back of the house.

21     A.    Where the house ends and kind of like a wooden

22  roof started there, right here.

23     Q.    At the corner?

24     A.    But in the middle of the yard.

25     Q.    What were you doing immediately before the

16

1  officers arrived?

2      A.    I had just arrived about 10 minutes before,

3  because I had spent the whole night there and I had gone

4  to get coffee and donuts.  And I was giving some to

5  everybody that was there.  The policeman, the other

6  people, everybody who was there.  I brought 36 donuts

7  and about 15 coffees.

8      Q.    This was just before the officers arrived?

9      A.    I arrived, and after being there for about

10 10 minutes the officers arrived.  They got me -- I was

11 -- still had the boxes, giving the stuff out.

12     Q.    Now when you saw the officers, what did you

13 do?

14     A.    First of all, I didn't believe it.  I couldn't

15 believe the way they went in.  After that I followed the

16 instructions that they gave me.  They put a shotgun to

17 my face -- to my head, and then they -- I went down,

18 like they told me to do.

19     Q.    Where did you first see the officers?

20     A.    I saw the officers for a short time because

21 when -- I just saw the officers for a short time,

22 because as soon as they jumped the fence, they sprayed

23 me with that chemical, that pepper spray.  And after

24 that, I didn't see anything.  I could just do whatever

25 they told me to do.

1    Q.    So would it be correct to say that the first

2  officer you saw came from the backyard?

3    A.    They could have come from the back part or

4  from the side.  I just know I was coming in here, and

5  they got me like about in the center.  A black officer,

6  heavyset, and two women.

7    Q.    So you are not sure what direction the

8  officers came from?

9    A.    They didn't come from my back, because if they

10  had, they would have sprayed my head, and they sprayed

11  my face.

12    Q.    Was Felix Meana in the backyard with you?

13    A.    I don't know who Felix Meana is.

14    Q.    Did you see the gentleman that left here just

15  before you got here?

16    A.    I saw a gentleman leave, yes.

17    Q.    He had short black hair?

18    A.    Yes.

19    Q.    Did you recognize him?

20    A.    I recognized him from having seen him there

21  many times.

22    Q.    Did you see him in the backyard when the

23  federal officers arrived?

24    A.    I tell you I don't remember.  I told you I had

25  just arrived there.  And as I arrived, I saw th^

1   officers coming towards me, and they sprayed my face,

2   and that's the only thing that I saw.  There were other

3   people in the yard.  I wasn't by myself there.

4        Q.   How many other people, other than federal law

5   enforcement officers, were in the general vicinity where

6   you were located?

7        A.   I would say there were four or five people.

8   That's what I would say.

9        Q.   And those were nonlaw enforcement people,

10  correct?

11       A.   Correct.

12       Q.   And did the law enforcement officer make

13  everyone go down on the ground that was near you,

14  including you?

15       A.   In reality, what I remember is they didn't

16  tell me to lie down.  They threw me down and they threw

17  another guy that was next to me.  I didn't see anybody

18  else.  I -- I don't know if they threw them down or not

19  or if they, themselves, threw themselves down.

20       Q.   Before the officers threw you to the ground

21  did they say anything to you?

22       A.   Yes.

23       Q.   What did they say?

24       A.   They were bad words, obscenities.

25       Q.   Tell me what they were.

19

1     A.    They told me, throw yourself on the ground or

2  I am going to blow off your head, you son of a bitch.

3  Don't move.

4     Q.    And then they threw you to the ground?

5     A.    They threw me down and I went down.  I let

6  myself fall, also.

7     Q.    Was there one officer who said that or were

8  there other officers who said that?

9     A.    The fat black man.

10    Q.    And who threw you to the ground?

11    A.    I couldn't see.  I already had that spray on

12  my face.

13    Q.    When were you sprayed, before or after they

14  said throw yourself to the ground?

15    A.    They were -- they were throwing or they were

16  spraying, and they also threw down some canisters that

17  would let out gas, also.

18    Q.    Did that occur before or after they told you

19  to throw yourself down to the ground?

20    A.    The spray?

21    Q.    Yes.

22    A.    Yes.  They got there just spraying one of

23  those sprays.

24    Q.    Okay.  Were the officers in the backyard

25  spraying the gas?

```
                                                             2? ─
 1      A.    What do you mean backyard?

 2      Q.    The ones that were closest to you.

 3      A.    I couldn't tell you who was spraying.  All I

 4  knew is it was getting to me.  They were hitting me.

 5      Q.    So when you were in the backyard, there was

 6  pepper spray in the general area?

 7      A.    Yes.  I also have a canister that they threw

 8  out.  They left it behind.  I have it as a souvenir.

 9           MR. HANDLER:  We will probably want to have

10       that produced, Ed.

11           MR. FARRES:  Okay.

12           THE WITNESS:  That one is activated.  It has

13       not been discharged.  If you want to, I will bring

14       it to you.

15           MR. HANDLER:  Provide it to your attorney.

16  BY MR. HANDLER:

17      Q.    After the pepper spray was in the area, is

18  that when the officers told you to throw yourself on the

19  ground?

20      A.    Yes.  After they threw that spray, the whole

21  area, the whole vicinity was full of the spray.  It

22  looked like smoke all around.  It was like a tear gas.

23      Q.    Right.  How long after you were told to throw

24  yourself on the ground were you thrown on the ground?

25      A.    It was very quick.
```

```
1        Q.    Before you threw yourself on the ground did

2   you try to talk to the officers?

3        A.    No.

4        Q.    Did you identify yourself?

5        A.    No.

6        Q.    Did you turn around to confront them before

7   you went on the ground?

8        A.    First of all, I have never confronted the law

9   because I was a part of the law.  I was an officer.  And

10  in second place, it was an army, what they had there.

11       Q.    Now when you were on the ground did any of the

12  officers touch you?

13       A.    No.

14       Q.    Did anyone spray you in the face with pepper

15  spray?

16       A.    Not on the ground.

17       Q.    At any point in time did an officer spray you

18  in the face?

19       A.    I couldn't identify I don't know who was the

20  one who sprayed me.  I do know I was sprayed because

21  even my tee shirt was all stained.

22       Q.    How long did you stay on the ground?

23       A.    It was short, but it seemed like a long time.

24  I would say no more than three minutes, two to

25  three minutes.
```

22

1    Q.    And then what did you do?

2    A.    Stay there.  And when everybody left, I got

3 up, and I went outside.  When the cars were going out --

4 when the cars were going out, I was already standing

5 outside.  When the car that was taking the child left, I

6 was standing outside.

7    Q.    Okay.  So would it be fair to state that you

8 were on the ground and detained by the officers during

9 this law enforcement operation, and when the operation

10 was over they let you go?

11    A.    No.  They never told me whether I was detained

12 or whether I was free to go.  The thing is, when they

13 were -- after they took the child, they all ran outside,

14 and then I got up and I left.

15    Q.    So would it be fair to state that after the

16 INS took the child and left, you were able to get up and

17 leave?

18    A.    Yes.

19    Q.    Did you recognize any of the officers?

20    A.    I don't think so.

21    Q.    Did you have any conversations with any of the

22 officers at that time?

23    A.    That -- no.

24    Q.    I am just showing you what has been marked

25 Miranda Exhibit No. 2, which is a picture that you

1   the artery.

2       Q.   So do you believe that you suffered a

3   stroke on the day that Elian was taken away?

4       A.   I don't know exactly the date, but

5   beginning on that day, during those days when --

6   that's when I started to go bad and I had to be

7   taken to the hospital.

8       Q.   Okay.  On April 22nd, 2000 you were at

9   your home with your wife, correct, when Elian was

10  taken away?

11      A.   Yes, sir.

12      Q.   What first alerted you to the presence of

13  the law enforcement officers in your neighborhood

14  or that something was occurring in your

15  neighborhood?

16      A.   There was a ruckus, noise going on.

17      Q.   And what did you do when you heard the

18  noise?

19      A.   I thought something was going on in my

20  house because people were running throughout my

21  yard.  I went out and I got confused there among

22  all the people that were there, but it's not very

23  clear in my mind, that moment.

24      Q.   When you went out, did you go out with

25  your wife?

10

1     A.   No.  Are you asking when I went out and I

2  was in my yard?  Are you asking me that?

3     Q.   I am asking when you went outside, did you

4  go outside with your wife?

5     A.   No.  I got up and I went out alone.  Well,

6  she and some of the family members in my house came

7  out and they took me back in because I wasn't doing

8  well by then.

9     Q.   When you went out, how far did you go?

10     A.   Always within my property, within the

11  yard.

12     Q.   And when you went out there, what did you

13  see?

14     A.   There was confusion.  There were people

15  yelling.  What most annoyed me, there were people I

16  didn't know that are inside of my yard.

17     Q.   When you went outside did you see the

18  white vans drive up the street and park in front of

19  Lazaro Gonzalez's home?

20     A.   Sir, all that is not clear in my head

21  because those things were not easy.  There was a

22  lot of noise going on.  And I don't know whether --

23  I don't know if there was a white car or not

24  because I just -- I am not aware of that.

25     Q.   Did you see any of the law enforcement

11

1    officers in the street?

2         A.    They were always right by the corner next

3    to my house.

4         Q.    And did you see the law enforcement

5    officers spraying any of the gas?

6         A.    Well, everything -- I was so confused.

7    Everything was so confused.  I know they had

8    sprayed that, but at that point in time I didn't.

9         Q.    So you knew there was gas in the air, but

10   you don't remember seeing anyone spray the gas; is

11   that correct?

12        A.    I am not understanding this part of the

13   question now.

14        Q.    There was gas in the air, correct?

15        A.    That's what they say, yes.

16        Q.    Did you see clouds of gas in the air?

17        A.    No.  Perhaps they were right in front of

18   my eyes but I don't recall seeing them.

19        Q.    Did you see any of the law enforcement

20   officers come into physical contact with anyone in

21   the street or anywhere else?

22        A.    I am sorry to have to go into the same

23   thing, but just that moment is not clear in my mind

24   at all.

25        Q.    Did you come into physical contact with

12

1   any officers?

2       A.    No.

3       Q.    Did you smell the gas?

4       A.    We are going on the same thing.

5       Q.    I understand.  But I am asking you a

6   different question.  Either you smelled the gas,

7   you didn't smell the gas or you don't remember.

8       A.    I just simply don't recall.

9       Q.    So do you remember if you had any effects

10  from the gas, like burning eyes or shortness of

11  breath?  Do you remember any of that?

12      A.     No, because basically I was focusing on

13  the other problem that I was having.  About the

14  eyes, I don't recall.

15      Q.    Do you remember having any emotional

16  feelings about what was going on at the time of the

17  event?

18      A.    Of confusion.  I knew there was something

19  going on that was not normal but I didn't know

20  exactly what it was.  Also, for many days that

21  whole area was in an uproar with people yelling and

22  all of that kind of stuff.

23      Q.    During that day do you remember having any

24  feelings at all regarding the event, anything?

25      A.    No, no, not exactly.

1

```
 1            UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2
                   CASE NO. 03-20588 CIV MOORE
 3

 4   DONATO DALRYMPLE,

 5            Plaintiff,

 6        vs.

 7   UNITED STATES OF AMERICA,

 8            Defendant.
     -------------------------------x
 9

10
                        99 N. W. Fourth Street
11                      Miami, Florida
                        Friday, June 11, 2004
12                      9:08 a.m.

13

14

15          DEPOSITION OF MARTA C. MONDELO

16

17          Taken on behalf of the Defendant

18   before LOIS E. GUFFEY, RDR, Notary Public in

19   and for the State of Florida at Large, pursuant

20   to a Notice of Taking Deposition filed in the

21   above cause.

22

23

24

25
```

2

1   APPEARANCES:

2        JUDICIAL WATCH, INC.

3        100 Southeast 2nd Street, Suite 3920

4        Miami, Florida  33131-2148

5        By:  ED FARRES, ESQ.

6        Appearing on behalf of the Plaintiff.

7

8        U.S. DEPARTMENT OF JUSTICE

9        1331 Pennsylvania Avenue, Northwest

10       Washington DC 20004

11       By:  STEPHEN E. HANDLER, Esq.

12       Appearing on behalf of the Defendant.

13

14  ALSO PRESENT:

15       Isabel Duquesne, Interpreter

16       Alberto De La Cerra, Interpreter

17

18

19

20                  I N D E X

21  WITNESS            DIRECT

22  MARTA C. MONDELO      3

23  EXHIBITS

24  1, copy of photo                    7

25

7

1        A.    In this one that's Lazaro Gonzalez's home.

2   This is Lazaro, yes.   Mine is this one.   Let me

3   see.

4        Q.    That's your home?

5        A.    Yes.

6        Q.    Okay.   That is good.   We will use this

7   one.

8        (Discussion off the record.)

9             MR. FARRES:   It's a corner?

10            THE WITNESS:   It's on 23rd Avenue and

11        Second.   It goes around.

12            MR. FARRES:   It's the one around the

13        corner.   I mean it may be that one.

14            THE WITNESS:   And then on Second we also

15        have a driveway to come in.

16            MR. FARRES:   (Indicating).

17            MR. HANDLER:   I see.   We are off the

18        record.

19        (Discussion off the record)

20            MR. HANDLER:   On the record.   I am marking

21        Exhibit 1 for this deposition, being an aerial

22        photograph of the neighborhood where you live.

23        (Marta Mondelo Exhibit  1 is marked.)

24            THE WITNESS:   Okay.

25   BY MR. HANDLER:

8

1      Q.    You recognize your neighborhood in this
2  picture?
3      A.    Yes.
4      Q.    I am just going to mark here -- this is
5  Lazaro Gonzalez's home right here?
6      A.    Yes.
7      Q.    I am going to put LG on  the roof of his
8  home just so we have a reference point.  You lived
9  across the street and down the corner; is that
10  correct?
11      A.    Yes, correct.
12      Q.    So somewhere in this area right here where
13  I am circling, correct?
14      A.    Yes.
15      Q.    Could you just take that pen and just draw
16  a circle approximately where your house is located.
17  Just the general area.  Just a big circle.
18      A.    (Indicating).
19      Q.    Big circle.  So in Exhibit No. 1 you have
20  drawn a little circle?
21      A.    Uh-huh.
22      Q.    Where -- in the approximate location where
23  your house is.
24      A.    Uh-huh.
25      Q.    Is that yes?

9

1      A.    Yes.

2      Q.    If you would like to say yes, say yes, as

3  opposed to uh-huh.  If you want to say no, say no,

4  as opposed to uh-uh.

5      A.    (In English) I am sorry.

6      Q.    Because the court reporter is typing it

7  and it will be uh-huh, uh-huh, uh-huh.

8      A.    (In English) I am sorry, I am sorry.

9      Q.    Now if you are inside your house looking

10 out your front window, can you see the front of

11 Lazaro Gonzalez's home?

12     A.    Yes.  Through the living room.

13     Q.    Now would you agree with me that when the

14 law enforcement authorities came to get Elian that

15 that occurred very early in the morning on April

16 22nd, 2000?

17     A.    Yes.

18     Q.    And you were at home with your husband on

19 that day?

20     A.    Yes.

21     Q.    What first alerted you to the presence of

22 something that was going on in the neighborhood

23 that day?

24     A.    Because of the noise.  The noise.  We went

25 out because we didn't know if it was in the house.

10

1    We could hear something like huh, huh.  We were

2    confused.  We didn't know what was happening.

3         Q.    So you got up out of bed and walked

4    outside?

5         A.    Yes.  We went out.

6         Q.    And how far did you go?

7         A.    And the parking is back here, and it goes

8    for the entrance to the house.  It is almost at the

9    front of the house.

10        Q.    So you went out to your driveway?

11        A.    Yes.  Because we didn't know if it was --

12   we didn't know what was happening.

13        Q.    Did you go any farther than your driveway

14   when the events were taking place on April 22nd,

15   2000?

16        A.    No.  I just came this far.  And when I saw

17   that, I started to shake, to tremble, and I

18   couldn't walk either forward or back.  I just stood

19   there just shaking.        --

20        Q.    So would it be fair to state that when the

21   entire events were taking place on April 22nd, 2000

22   that you always stayed on your property?

23        A.    Yes.  I stayed in my property.  When we

24   heard this noise we didn't know what was happening.

25   I went out to my driveway.  And when I saw this

11

1   thing and what was happening, I started to shake.

2   I couldn't walk backwards to the back or to the

3   front.  So I just stayed there.

4        Q.   All right.  Why don't you describe to me

5   what you saw.

6        A.   When I went out -- when I came out of the

7   house and I saw this person like this (indicating),

8   not inside my fence, but out there, and as soon as

9   I saw that I started to shake.  I was very

10   frightened.  I had never seen anything like that.

11   It looked like a movie.  And all I did was stand

12   there and shake.

13        Q.   When you said you saw somebody like this

14   (indicating), what do you mean by "this," what does

15   that mean?

16        A.   When I look out and I see a person dressed

17   in black, I had never seen that, with a rifle.  But

18   not inside my fence.  It was like at the edge.  And

19   the other guards like that, too.

20        Q.   Did you see the white vans drive down the

21   street and park in front of Lazaro Gonzalez's home?

22        A.   When I went out, they had already picked

23   up.  That's when I got out, and that's when all of

24   the commotion was going on.  They were getting the

25   child on board already.

12

1      Q.    Okay.

2      A.    And there was a whole commotion, people

3    running around, and that's when I came out.  That's

4    when I started to say, "Que pasa, que pasa," what's

5    going on?

6      Q.    Did you actually see the officers with

7    Elian leaving the Gonzalez residence and walking

8    toward the van, putting him in the van?

9      A.    No, I didn't see him when they were

10   bringing him out, no.

11     Q.    Did you see any of the officers spraying

12   the gas?

13     A.    Yes.  I could hear like puff, puff, like

14   that.  That, yes.

15     Q.    But could you see him spraying the gas?

16     A.    No.  I would feel puff, puff.  But that's

17   all.  Like that.

18     Q.    So you heard it but did not see it?

19     A.    I didn't see it.  I got so nervous that it

20   was all like this (indicating).

21     Q.    I understand.  Did you come into physical

22   contact with any of the officers?

23     A.    No.

24     Q.    Did you see any of the officers come into

25   physical contact with anyone else?

13

1       A.   No.

2       Q.   I am assuming you smelled the gas,

3    correct?

4       A.   Yes.

5       Q.   None of the officers sprayed you in the

6    face, right?

7       A.   No.

8       Q.   Did you see any of the protesters throwing

9    things at the officers?

10      A.   No.  I stayed there like this (indicating)

11   and that was it.  I couldn't move.  Until they put

12   me in, because I was trembling very much.  I had

13   never seen that.  I stayed there (indicating), and

14   the people -- huh, huh, ticky, ticky, and I just

15   stayed there until -- and that was it.

16      Q.   What is this ticky, ticky, ticky, ticky?

17      A.   That I couldn't walk to the front or back.

18   I had never seen this.  I get cold whenever I think

19   about it.  I had never even seen this, only in the

20   movie.

21           Then my husband started to yell because he

22   came out before me.  And then I wanted to run and I

23   couldn't.  Something like this had never happened

24   to me.  I just stood there.  I couldn't move

25   forward or back.  The nerves, it just got me that

14

1    way.

2        Q.    Now was your husband standing next to you?

3        A.    He was a little bit ahead of me.  He had

4    gone out first.  And he was going, huh, huh.  And

5    then I couldn't (indicating) -- I had never seen

6    anything.  I had never seen policemen or anything

7    -- I had never see anything like this and I was

8    frightened.  I have only seen it in the movies.

9        Q.    Why don't you tell me how the gas affected

10   you.

11       A.    The eyes, I didn't know the -- I had my

12   door open because I had no knowledge of anything

13   like that.  So my door was open.  So then I was

14   in -- within -- I was within the house.  And I

15   didn't know about it.  And I opened the door and

16   then my eyes started to burn.  And they said that

17   the gas goes everywhere, but I didn't know about

18   that because it was chaos.

19       Q.    Okay.

20       A.    And my granddaughters, the girls that were

21   there, were are also yelling.

22       Q.    But just tell me how the gas affected you

23   personally.  You said your eyes were burning.  How

24   else did it affect you personally?

25       A.    The eyes and some itching, but I did not

1   go to a doctor or anything.  It went away with

2   time. The nerves, yes, I was very nervous,

3   apparently that.

4       Q.   So the burning of the eyes and itching of

5   the skin, approximately how long did that last?

6       A.   I don't -- I think it was a few days, not

7   a week.  I couldn't tell you exactly, but I think

8   it was a few days, not quite a week.  But then

9   everything went away.

10      Q.   Now as a result of what happened on April

11  22nd, 2000 did you have any emotional problems?

12      A.   At the time, yes, I was very nervous,

13  because I had a problem with my husband, and I had

14  to leave my nervousness because I had to be with

15  him at the hospital.  But I was very upset.

16  Emotionally.  Now, emotionally, every time I see

17  that, I remember it.

18      Q.   So you had nervousness and you were upset.

19  Did you have any other emotional problems other

20  than those two?

21      A.   The emotional problem is what I had to go

22  through with my husband afterwards in the hospital.

23  Not me.

24      Q.   Okay.  Let's just -- since this is your

25  lawsuit here, let's just focus on your claims and

16

1   your damages, okay?

2        A.    Very well.

3        Q.    With regard to the events of April 22nd,

4   2000 your observations caused you to be nervous and

5   upset, correct?

6        A.    Correct.

7        Q.    Did you have any other emotional problems

8   other than those two, just with regard to that

9   event and you?

10       A.    No.

11       Q.    How long did those two emotional problems

12  last until they subsided?

13       A.    I couldn't figure out.  I couldn't

14  calculate it, but I spent some time with the nerve

15  problems.  I didn't sleep well.

16       Q.    So the other emotional problem you had was

17  a lack of sleep?

18       A.    (Witness nods head.)

19       Q.    Yes?

20       A.    Yes.

21       Q.    Did you go add seek any psychological care

22  or any kind of medical care for your emotional

23  problems?

24       A.    No.

25       Q.    Did your emotional problems cause you to





1

1          UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
2
            Civil Action No. 03-20588-CIV-MOORE
3

4   DONATO DALRYMPLE,          )
    et al.,                    )
5                              )
            Plaintiffs,        )
6                              )
    vs.                        )
7                              )
    UNITED STATES OF AMERICA,  )
8                              )
            Defendant.         )
9   _____)

10

11                       99 N.E. Fourth Street
                         Suite 300
12                       Miami, Florida 33131
                         February 3, 2004
13                       9:30 a.m. - 10:57 a.m.

14

15          Deposition of Jorge Morales

16

17      Taken before Suzanne Fernandez, Notary

18   Public in and for the State of Florida at

19   Large, pursuant to Notice of Taking

20   Deposition filed in the above cause.

21              - - - - - - -

22

23

24                              ORIGINAL

25

2

1    <u>APPEARANCES</u>:

2


3

     ON BEHALF OF THE DEFENDANT:
4
         UNITED STATES DEPARTMENT OF JUSTICE
5        Torts Branch, Civil Division
         Benjamin Franklin Station
6        P.O. Box 888
         Washington, D.C. 20044
7        BY:  Stephen E. Handler, AUSA

8    ON BEHALF OF THE PLAINTIFFS:

9        JUDICIAL WATCH, INC.
         100 S.E. 2nd Street
10       Bank of America Tower, Suite 3920
         Miami, Florida 33131
11       BY:  Ed Farres, Esq.

12    <u>ALSO PRESENT:</u>
         Isabel Duquesne, Interpreter
13       Alberto De La Cerra, Interpreter

14
                  - - - - - - -
15
                  I N D E X
16   <u>Witness:</u> JORGE MORALES
         <u>Direct  Cross  Redirect  Recross</u>
17         3  -  46      49

18
                  E X H I B I T S
19
     <u>MORALES</u>                        <u>FOR I.D.</u>
20   No. 1                              9
     No. 2                             13
21   Nos. 3 and 4                      17

22

23

24

25

1   which is the same picture but taken a little

2   farther away.

3                 (Thereupon the document referred to

4                 was marked as Morales Exhibit

5                 No. 2 for Identification, a copy

6                 of which is attached hereto.)

7   BY MR. HANDLER:

8     Q.  And you see in the top right corner all

9   the people behind the barricade?

10    A.  Yes.

11    Q.  Is that where you were located?

12    A.  Yes.

13    Q.  Okay.

14        Can you just circle the area on

15   Exhibits 1 and 2 where you were located,

16   approximately.

17    A.  You want me to write it here?

18    Q.  Yeah, just circle that general area.

19    A.  (Witness complies.)

20    Q.  So more often than not, before April

21   22nd, after you left work, you would go to

22   the Gonzalez family home and you would talk

23   to the people behind the barricade where you

24   indicated on Exhibit Number 2?

25    A.  Yes.  I was in that same area that day,

14

1    but we would move around, still in the same

2    area, but from one place to the other.

3        Q.  But always behind the barricade?

4        A.  Yes.

5        Q.  Okay.

6            Now, on April 22nd when the federal

7    officers arrived, tell me what you saw and

8    heard.

9        A.  It was around 5:00 a.m. in the morning.

10   There weren't many people there.  I was

11   talking to a young man that was there.  And

12   my back was turned towards the house at that

13   time.  He's the one that says to me, here

14   they come.

15           At that time the public started ·

16   moving in all directions.  I got closer to

17   the barricade at that time.  So at that

18   moment the cars were already in front of the

19   house.

20           What I saw was an individual with a

21   mask, dressed as a soldier, practically in

22   front of me.  And he started to spray gas

23   without saying anything.  At that moment the

24   gas got to me and it affected me somewhat, so

25   I went back.

So when the effect went away a little bit, I got closer to the fence. So there were several people on the ground yelling, help, please, help.

At that moment I jumped over the barricade and I got close to the house. Another individual, also dressed as a soldier with a mask, sprayed even more gas on me. And I went toward the fence of the Gonzalez house.

At that moment I was very short of breath, couldn't breathe, and my eyes were burning a lot. Somebody came and hit -- and hit me on my hip on the right-hand side. And he said something in English, but I don't know. I didn't even know what was happening.

I went back because I couldn't see towards where the barricade was placed and I went into the house next door that did not have a fence. There somebody gave me some vinegar so I could put it in my eyes and it made it worse. Then somebody arrived and gave me water. I also put water on my eyes.

When I recuperated a little bit, the soldiers were beginning to leave in reverse

16

1    in the cars.  And practically that was all.

2        Q.  Okay.

3            When the person that you were

4    talking to said, here they come, did you look

5    around to see who was coming?

6        A.  Yes.

7        Q.  And did you see law enforcement

8    officers get out of the vans and move toward

9    the Gonzalez house?

10       A.  At that point in time when I was told,

11   here they come, you couldn't see anybody

12   within the cars.  But all the cars were the

13   same.  They were like vans.  And it was after

14   that, sometime later that they got out of the

15   cars.

16       Q.  Okay.

17           This all happened very quickly?

18       A.  Yes.

19       Q.  Okay.

20           And the officers that got out of the

21   vans, they had uniforms on, they were wearing

22   helmets, and they had gun belts on; is that

23   correct?

24       A.  That all went by very fast.  What I did

25   see was that they wore uniforms.  I saw that

20

1    before you passed the barricade?

2       A.  No.

3       Q.  Look at Exhibit Number 4.

4            You see that arrow pointing at a

5    chair or stool that's being thrown at the

6    officer?

7       A.  I see it.  But I want to tell you that

8    when I saw objects being thrown was after the

9    vans were backing out.  And when they started

10   to throw things at them, they stopped and

11   they started spraying some more gas.

12      Q.  Look at Exhibit Number 4.

13           Do you see any gas in that picture

14   at all?

15      A.  I don't see gas, but I imagine you'd

16   need some kind of special glasses in order to

17   be able to spot gas.

18      Q.  But you do see a chair being thrown at

19   the officers?

20      A.  It seems to be a chair or a stool. And

21   I don't blame them.

22      Q.  Now, before you went across the

23   barricade, did you see other protestors cross

24   the barricade and walk toward the Gonzalez

25   family home?

21

1    A.   I saw some, but not many.

2    Q.   Okay.

3         And the officers were in front of

4    the barricade holding up their hands saying,

5    stay back behind the barricade; isn't that

6    correct?

7    A.   Which officers are you talking about?

8    Q.   The INS officers, the officers you see

9    in Exhibit 4, Exhibit 3?

10   A.   At no time did I see these -- all these

11   people came in a van.  And at no time did I

12   see these people going around there.

13   Q.   Going around where?

14   A.   In that area.  And as such, there was

15   no one telling anybody to wait and to go ·

16   back.

17   Q.   Okay.

18        You didn't hear the tape where the

19   officer is saying, federal officer, stay

20   behind the barricade?

21   A.   That perhaps may have occurred in some

22   other area in which I was not at.  But from

23   where I was at, nothing like that happened.

24   Q.   Okay.

25   A.   Ever.

24

1    A.  I saw them at the beginning.  And after

2    I was sprayed with gas, it was a matter of

3    save yourself or each one try to save

4    themselves.

5    Q.  Okay.

6         But did you see the people in front

7    of the house trying to prevent the officers

8    from getting into the Gonzalez family home?

9    A.  I saw them heading towards the

10   Gonzalez's home, but whatever their intent

11   was, I do not know what it was because there

12   were not that many people there.

13   Q.  Okay.

14        Now, you testified that when you

15   were behind the barricade, you felt the

16   effects of the gas.

17   A.  Yes.

18   Q.  And after the effect subsided, then you

19   decided to jump the barricade?

20   A.  Not much time after that.

21   Q.  Okay.

22        But is that correct?

23   A.  Yes.

24   Q.  Okay.

25        What was your intent when you jumped

**FERNANDEZ & ASSOCIATES**
**444 Brickell Avenue, Suite 718, Miami  FL 33131**

1    explain.  That the line -- I should have

2    drawn it closer over here to the sidewalk.

3        Q.  Okay.

4            Why don't you show me where the line

5    should be.

6        A.  (Indicating.)

7        Q.  Okay.

8            And then can you just cross out the

9    top part.

10           I see.  So you jump the barricade?

11       A.  Yes.

12       Q.  Walked toward the Gonzalez house?

13       A.  Yes.

14       Q.  To the front of the house?

15       A.  Yes.

16       Q.  And this is while the law enforcement

17   officers were still in front of the Gonzalez

18   family house?

19       A.  Well, I don't know exactly where they

20   were at.  But I know they were all around

21   there.

22           And it was there that that guy hit

23   me on the hip.

24       Q.  Okay.

25           This was before they took Elian out



EXHIBIT
2
Morales

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20588 CIV MOORE

DONATO DALRYMPLE,

                    Plaintiff,

          vs.

UNITED STATES OF AMERICA,

                    Defendant.
--------------------------------x

                    99 N. E. Fourth Street
                    Miami, Florida
                    August 9, 2004
                    9:06 a.m.

DEPOSITION OF ARAYS NODA

          Taken on behalf of the Defendant

before LOIS E. GUFFEY, RDR, Notary Public in

and for the State of Florida at Large, pursuant

to a Notice of Taking Deposition filed in the

above cause.

COPY

1     APPEARANCES:

2          JUDICIAL WATCH, INC.

3          501 School Street, S.W., Suite 500

4          Washington, DC 20024

5          By:  Paul Orfanedes, Esq.

6          Appearing on behalf of the Plaintiffs.

7

8          U.S. DEPARTMENT OF JUSTICE

9          1331 Pennsylvania Avenue, Northwest

10         Washington DC 20004

11         By:  Stephen E. Handler, Esq.

12

13         And Dimple Gupta, Esq.

14         RFK Main Justice Bldg,  Room 3613

15         950 Pennsylvania Avenue, NW

16         Washington, DC 20530

17         Appearing on behalf of the Defendant.

18

19    ALSO PRESENT:

20         Irene Garcia, Investigator

21         Isabel Duquesne, Interpreter

22         Alberto De La Cerra, Interpreter

23

24

25

8

1    A.   No.  Because at the time of the problem I

2   had just had a little baby so I wasn't working at

3   that time.

4    Q.   Okay.  Are you living in the same place

5   now as you were in the year 2000?

6    A.   No.

7    Q.   We agree that April 22nd, 2000 is the date

8   that this event occurred, correct?

9    A.   Yes.

10    Q.   And were you living in the neighborhood at

11   that time?

12    A.   Yes.  I lived at 2313 Northwest Second

13   Street.

14    Q.   How close is that to Lazaro Gonzalez's

15   home?

16    A.   More or less 20 feet away.

17    Q.   Do you see it in any of these photographs

18   here?

19    A.   (Indicating).

20    Q.   Ah, the apartment place.  Great.  Okay.

21    (Aray Noda Deposition Exhibit 1 is marked.)

22    Q.   Okay.  I am marking as Aray Noda

23   Deposition Exhibit 1 a photograph.  I am showing

24   you what is marked Deposition Exhibit 1.  It's an

25   aerial photograph of the neighborhood where you

9

1  live, correct?

2     A.    Correct.

3     Q.    Now this is not April 22nd, 2000, but this

4  photograph we are just using it today to help

5  orient us with regard to your testimony.  Okay?

6     A.    Yes.

7     Q.    Could you write?

8     A.    Yes.

9     Q.    Could you write your initials on the

10  building of the roof where you lived on April 22nd,

11  2000 with regard to the Deposition Exhibit number

12  1?

13     A.    (Indicating).

14     Q.    The building you put the initials on is

15  right next to Lazaro Gonzalez's home; is that

16  correct?

17     A.    Yes.

18     Q.    And Lazaro Gonzalez's home is in the

19  center of Exhibit No. 1, the house with the square

20  roof, correct?

21     A.    Yes.

22     Q.    I am going to -- just for purposes of

23  clarity, I am going to put LG on the roof of Lazaro

24  Gonzalez's home; is that correct?

25     A.    Yes.

FERNANDEZ & ASSOCIATES  (305) 374-8868

26

1    Q.   Did you ever return to the hospital or see

2  any other doctors with regard to the effects your

3  daughter had from the gas?

4    A.   To her normal doctor, regular doctor.

5    Q.   And when was that?

6    A.   During the next few days I took her to the

7  doctor.

8    Q.   What's that doctor's name?

9    A.   It's a female doctor.  She's no longer  -

10  practicing where I go.  Her name is Yvette Baky.

11    Q.   How do you spell the last name?

12    A.   It's spelled B, as in boy, A-K-Y.

13    Q.   What's the name of the clinic that you

14  take your daughter to?

15    A.   Delgado Medical Center.

16    Q.   Do you know the address?

17    A.   8th Street and about 90 Avenue, southwest.

18    Q.   Do you know the telephone number there?

19    A.   No, because since that doctor left I am

20  not going to the clinic any longer.

21    Q.   Did the doctor tell you whether or not

22  your daughter should be further treated with regard

23  to the effects of the gas during that visit?

24    A.   No.

25    Q.   Did you inhale any of the gas during April

FERNANDEZ & ASSOCIATES   (305) 374-8868

27

1    22nd, 2000?

2        A.    Yes.

3        Q.    And how did it affect you?

4        A.    It affected my face.  It gave me nausea.

5    And currently I suffer from a nervous condition.

6        Q.    Now how did it affect your face?

7        A.    It became irritated.

8        Q.    Where is it irritated?

9        A.    The eyes and down here (indicating), the

10   eyelids.

11       Q.    You are talking about your cheeks?

12       A.    Uh-huh (indicating).

13       Q.    Is that a yes?

14       A.    The cheeks, here (indicating).

15       Q.    How long did that irritation last?

16       A.    Two or three days.

17       Q.    And how long were you nauseas for?

18       A.    Nausea, about two days.

19       Q.    Did you receive any medical treatment for

20   the effects of the gas for your face and your

21   nausea?

22       A.    Well, when I took my daughter to see the

23   general practitioner she ordered that I put like

24   cold water compresses.

25       Q.    Was that the visit to Children's Hospital?

28

1     A.   No.   At Children's Hospital they only

2  attended to my daughter.

3     Q.   So you are talking about, after a few

4  days, going to Dr. Yvette Baky?

5     A.   Yes.

6     Q.   So the doctor prescribed cold compresses,

7  correct?

8     A.   Cold water, yeah.

9     Q.   Is that right?

10    A.   Yes.

11    Q.   Did she prescribe anything else for the

12 irritation of the eyes and the nausea?

13    A.   No.

14    Q.   Other than the irritation of the eyes and

15 nausea did you have any other physical effects as a

16 result of the gas?

17    A.   No.

18    Q.   Would it be fair to state that you did not

19 come into any contact, whatsoever, with any of the

20 law enforcement officers on April 22nd, 2000?

21    A.   No.

22    Q.   But is it fair to state that?

23    A.   Yes.

24    Q.   When you were looking out the window at

25 the -- what was going on at Lazaro Gonzalez's home,

FERNANDEZ & ASSOCIATES   (305) 374-8868

1    how long did you spend at the window looking out?

2        A.    About five minutes because the girl -- my

3    little girl began to cough.

4        Q.    Five minutes?  That's a long time.

5        A.    Perhaps less.  I just don't recall

6    precisely.

7        Q.    Okay.  Just to give you an idea, the law

8    enforcement officers that arrived at Lazaro

9    Gonzalez's home, the total operation took three

10   minutes.

11       A.    Well, then it must have been a lot less,

12   because I looked out, and right away I went to take

13   care of the girl.  So I don't have a good notion of

14   that.

15       Q.    The only reason I am asking you is because

16   five minutes you would have seen a lot more than

17   what you have testified to today.  Because a lot a

18   lot of things happened before Elian was taken out

19   of the house.

20       A.    I am sorry, but it's four years ago and

21   many things happened, and I just don't recall a lot

22   of things.

23       Q.    I understand.  But I am very interested to

24   find out people that -- strike that.  I am very

25   interested to talk to people that actually saw what

FERNANDEZ & ASSOCIATES   (305) 374-8868

1  happened at the event.  So as you sit here today,

2  do you remember anything that happened before Elian

3  was taken out of the house when you looked out the

4  window?

5      A.    I was sleeping.

6      Q.    So when you looked out the window you only

7  looked out from the window from the period of time

8  that you saw Elian being taken out of the house,

9  put in the vans and the vans pulling away and

10 that's it?

11     A.    Yes.  I am sorry.  Yes.

12     Q.    Would it be fair to state that that

13 probably was like less than 30 seconds?

14     A.    Yes.

15     Q.    Okay.  After you took care of your

16 daughter, moved her to your aunt's apartment and

17 called 911 did you ever go back to the window to

18 see what was going on outside?

19     A.    Yes.

20     Q.    What did you see?

21     A.    People downstairs complaining that their

22 faces were -- were burning a lot.  And asking of us

23 to give them some water and vinegar so they could

24 splash it on themselves.

25     Q.    But when you looked outside did you see

32

1    children, my small little girl.  I really can't

2    take care of her.

3        Q.    In this case if you are claiming that the

4    events of April 22nd, 2000 caused you to attempt

5    suicide, then I have to ask you questions about

6    that attempted suicide.

7        A.    Okay.

8        Q.    So in this case, are you telling me that

9    with regard to the events that occurred outside

10   your window on April 22nd, 2000 that that caused

11   you to commit -- to attempt suicide?

12       A.    Yes.

13       Q.    How did you attempt suicide?

14       A.    I dreamt that they were stealing away my

15   two children.  When I woke up, I took a glassful of

16   acid.

17       Q.    What kind of acid?

18       A.    The first thing that I could find that is

19   used for cleaning.

20       Q.    Some cleaning solution?

21       A.    Yes, in order to clean out the bathtub.

22       Q.    Who did you think was stealing your

23   children?

24       A.    I don't know.  Because of the nightmare

25   that I lived through.

45

1          Q.    And the other time you tried to commit

2    suicide, why did you do that?

3          A.    I don't remember why that one was.

4          Q.    Has any doctor ever told you that the

5    reason you attempted any suicide attempt was

6    related to the events that occurred on April 22nd,

7    2000?

8          A.    No.

9          Q.    How did you get from Cuba to the United

10   States?

11         A.    The lottery visa.

12         Q.    I am sorry?

13               THE INTERPRETER:   The visa lottery.

14   BY MR. HANDLER:

15         Q.    Oh.  Okay.  You didn't come over in a

16   raft?

17         A.    No.

18         Q.    So you came on a plane or a boat, regular

19   boat?

20         A.    A plane.  Okay.

21         Q.    Did you have any other traumatic events in

22   your life before April 22nd, 2000?

23         A.    No.

24         Q.    Were the births of your children easy or

25   difficult births?





1

1                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA

2

3                       CASE NO. 03-20588 CIV MOORE

4

DONATO DALRYMPLE,

5
             Plaintiff,

6
       vs.

7

UNITED STATES OF AMERICA,

8
            Defendants.

9  ------------------------------x

10

11                99 N. E. Fourth Street
                Miami, Florida

12                Monday, 9:06 a.m.
                February 6th, 2004

13

14

15

16        DEPOSITION OF ZAIDA NUNEZ

17

18

19       Taken on behalf of the Defendant before LOIS

20  E. GUFFEY, RDR, Notary Public in and for the State of

21  Florida at Large, pursuant to a Notice of Taking

22  Deposition filed in the above cause.

23

24                    CERTIFIED COPY

25

—2—

```
 1  APPEARANCES:

 2
         JUDICIAL WATCH, INC.
 3       By: Ed Farres, Esq.
         appearing on behalf of the Plaintiffs.
 4

 5       OFFICE OF THE UNITED STATES ATTORNEY
         By: Stephen E. Handler, Esq.
 6       appearing on behalf of the Defendants.

 7
    Also present:  Isabel Duquesne, Interpreter
 8                 Alberto De La Cerra, Interpreter

 9
              *** I N D E X   ***
10

11
    WITNESS    DIRECT CROSS REDIRECT RECROSS
12  ZAIDA NUNEZ   3

13
    NUNEZ EXHIBITS FOR IDENTIFICATION
14  1, copy of photo                        12
    2, copy of photo                        12
15  3, copy of photo                        19
    4, copy of photo                        22
16  5, copy of photo                        40

17

18
    QUESTIONS WITH INSTRUCTION NOT TO ANSWER
19

20

21

22

23

24

25
```



1      Q.   So is it your testimony that you stayed in the
2  front yard of the house that you circled, Exhibit 2, the
3  entire period of time that law enforcement officers were
4  in front of the Gonzalez family home until after they
5  left?

6      A.   Yes.

7      Q.   Okay.  Now during that period of time that you
8  were in the front yard of the house --

9      A.   Uh-huh.

10     Q.   -- did you actually see any law enforcement
11 officers, yourself?

12     A.   No.  No.  Because they were wearing masks and
13 I couldn't.

14     Q.   No, no.  Did you just see them walking around?

15     A.   Oh, yes, yes.  Of course.  And they arrived in
16 some white vans.

17     Q.   Where were they located?

18     A.   Around here.

19     Q.   Now --

20     A.   All this area was full of vans.

21     Q.   So from the front yard of the house that you
22 circled, Exhibit 2, you could see law enforcement
23 officers beyond the barricade in front of the Gonzalez
24 family home in front of the street; is that correct?

25     A.   Yes.  They got as far as here.  And all this

1    area was covered by vans.

2        Q.    So you drew a little line in front of -- well,

3    the house next to the Gonzalez family home, is that as

4    far as you saw the law enforcement officers get?

5        A.    The first van got that far.

6        Q.    So is it your testimony that all of the law

7    enforcement officers you saw were on the other side of

8    the police barricade from where you were?

9        A.    Yes.

10       Q.    Okay.

11       A.    And from there they got out, and that's when

12   they sprayed us.  And at the press people as well.

13       Q.    Okay.  Now when you were looking in the

14   direction of the Gonzalez family home did you see some

15   of the protestors pass the police barricade?

16       A.    No.  I -- I didn't realize or see any of that.

17   I was not in a very -- I was in a very bad state.

18           MR. HANDLER:  Let's mark this as Exhibit Nunez

19       Exhibit No. 3, please.

20   (Exhibit 3 is marked)

21   BY MR. HANDLER:

22       Q.    Ms. Nunez, I am showing you what has been

23   marked as Exhibit No. 3.  Now this picture was actually

24   taken on the day of April 22nd, 2000.

25       A.    Uh-huh.  Yes.

—28—

```
1    broken, were the protestors going through the barricade?

2        A.    Well, when the barricade was broken, they

3    immediately were leaving, going in reverse.  Already

4    they were leaving, yes.

5        Q.    But when the barricade was broken did the

6    protestors go through the barricade?

7        A.    Some of them, yes.

8        Q.    Now when you got sprayed with the gas would it

9    be fair to state that there were a whole lot of

10   protestors between you and the officers that were

11   spraying gas?

12       A.    Excuse me?

13       Q.    Okay.  Did you actually see the officers

14   spraying the gas?

15       A.    As far as --

16       Q.    Now in front of the officers were protestors

17   that were getting sprayed with the gas; is that correct?

18       A.    Yes.

19       Q.    And you were located behind those protestors

20   and you got -- you smelled the gas; is that correct?

21       A.    Yes, of course.

22       Q.    So you weren't the only one that got sprayed

23   with gas.  A lot of the protestors you saw got sprayed

24   with gas; is that correct?

25       A.    Every one of them.
```

47

1  do an MRI.  Yes, they did an MRI.

2       Q.    Let me ask you this.  On April 22nd, 2000 did

3  you -- were you ever touched by any of the law

4  enforcement officers, physically touched?

5       A.    Touch my body somewhere?

6       Q.    Yes.

7       A.    No.

8       Q.    On April 22nd, 2000 did you go seek any type

9  of medical treatment for the injuries you sustained on

10 that day?

11      A.    No.  I remained at the Gonzalez's home until

12 later that night.  And the neighbors in that area were

13 the ones that put ice on me.  When I got home I put more

14 ice.  And I kept putting ice on myself until I couldn't

15 stand it any longer, and then I went to the doctor.

16      Q.    When did you first go to the doctor?

17      A.    It was, I think, when I just couldn't stand

18 the pain anymore.  I don't remember exactly when it was.

19 I can't -- if I tell you I would lie.  It must be in my

20 medical records.

21      Q.    Okay.  I could be wrong but I didn't see any

22 medical records for the year 2000 in what I got here.

23      A.    There has got to be, because I was

24 hospitalized in all the hospitals because of the -- the

25 as⁻hma; at Mount Sinai, Baptist, at South Miami









EXHIBIT
Nunez
5 for ID
19 2-6-04

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
                Civil Action No. 03-20588-CIV-MOORE
 3
      DONATO DALRYMPLE, et al.,
 4
                          Plaintiffs,
 5

 6    vs.

 7    UNITED STATES OF AMERICA,
                          Defendant.
 8    _____/

 9
                              99 Northeast 4th Street
10                            Third Floor
                              Miami, Florida 33132
11                            February 5, 2004

12

13

14

15                    DEPOSITION OF

16                  FRANCISCO ONDARZA

17

18

19           Taken before Sonnia Martinez, Notary

20    Public for the State of Florida at Large,

21    pursuant to Notice of Taking Deposition filed

22    in the above cause.

23

24                              CERTIFIED COPY

25
```

```
 1                    APPEARANCES

 2

 3        Judicial Watch, Inc.
          By: Ed Farres, Esquire
 4        100 Southeast 2nd Street
          Bank of America Tower
 5        Suite 3920
          Miami, Florida 33131
 6        appearing on behalf of the
          Plaintiffs.

 7        Stephen Handler,
          Trial Attorney
 8        U.S. Department of Justice
          Torts Branch, Civil Division
 9        Benjamin Franklin Station
          P.O. 888
10        Washington, D.C. 20044
          appearing on behalf of the
11        United States of America.

12

13

14                      INDEX

15        WITNESS              DIRECT

16        Francisco Ondarza        3

17                    EXHIBITS

18        Defendant's

19            No. 1  Page 41   No. 2  Page 41

20

21

22

23

24

25
```

FERNANDEZ & ASSOCIATES COURT REPORTERS
444 Brickell Avenue, Suite 718, Miami, Florida 33131
DADE 305-374-8868 BROWARD 954-382-2101

12

```
 1        A.    That's correct.

 2        Q.    Osteoarthritis.

 3        A.    That I know of, I don't have that.

 4        Q.    Arthritis in the bones, the joints?

 5        A.    No, that I know of, no.

 6        Q.    They say you have a retinal

 7   hemorrhage on the right side.

 8        A.    Yes, I have had that.

 9        Q.    Okay.

10              And you have a lack of

11   concentration.

12        A.    Yes, correct.

13        Q.    Vision problems.

14        A.    Yes.

15        Q.    And pain in your knees.

16        A.    Yes, correct.

17        Q.    Now, are these all problems that you

18   had prior to April of 2000?

19        A.    No, because I used to go to the gym

20   and I would lift weights and participated in

21   sports and never had any of those problems.

22        Q.    Are you claiming that all of your

23   medical problems are the result of what

24   happened to you on April 22, 2000?

25        A.    Yes, with the exception of the
```

13

1    hypertension and the diabetes.

2         Q.    Okay.   So are you saying the

3    hypertension/diabetes is something you had

4    before April of 2000?

5         A.    Correct.

6         Q.    And the hypertension/diabetes was

7    not caused by what happened to you on April 22,

8    2000; correct?

9         A.    No.

10        Q.    Is my statement correct?

11        A.    Yes.

12        Q.    Okay.

13              With regard to the knee pain, are

14   you claiming that the knee pain was caused by

15   what happened to you on April 22, 2000?

16        A.    Yes.

17        Q.    Are you claiming that the retinal

18   hemorrhage on your right side was a result of

19   what happened to you on April 22, 2000?

20        A.    Yes.

21        Q.    Are you claiming that your lack of

22   concentration -- do you have a lack of

23   concentration problem?

24        A.    No.

25        Q.    Okay.

```
 1          A.    It was after that.  I'm an
 2   engineering designer.
 3          Q.    Okay.
 4                Do you have a lack of concentration
 5   problem now?
 6          A.    I have to struggle against that.
 7          Q.    But do you have the problem, yes or
 8   no?
 9          A.    Yes, I do have it.
10          Q.    Are you claiming that that problem
11   is related to what happened to you on April 22,
12   2000?
13          A.    Yes.
14          Q.    Your vision problems, are you
15   claiming that your vision problems are the
16   result of what happened to you on April 22,
17   2000?
18          A.    Yes.
19          Q.    Your problems in falling asleep at
20   work, are you claiming that was as a result of
21   what happened to you on April 22, 2000?
22          A.    Yes.
23          Q.    Do you have any other medical
24   problems that you're claiming in this lawsuit
25   that were the result of what happened to you on
```

1        A.    Yes.

2        Q.    And the law enforcement officers

3   arrived very early in the morning on April

4   22nd?

5        A.    Correct.

6        Q.    Okay.  Let's mark these as Ondarza

7   Exhibit Numbers 1 and 2.

8              (Ondarza Exhibits No. 1 and 2

9              were marked for Identification.)

10  BY MR. HANDLER:

11       Q.    Mr. Ondarza, I'm showing you what's

12  been marked as Deposition Exhibits 1 and 2.

13  These are aerial photographs of the Gonzalez

14  family home.

15             Do you recognize the neighborhood?

16       A.    Yes, of course.

17       Q.    Okay.

18             Now, did you see your house anywhere

19  in these photographs?

20       A.    No, the house of the child Elian.

21       Q.    No, no, but you were living in the

22  neighborhood at the time?

23       A.    No, never.

24       Q.    Didn't you live within walking

25  distance of the Gonzalez family home back in

42

1    April of 2000?

2         A.    You could walk through this area.

3         Q.    Well, back in April of 2000, how far

4    away did you live from the Gonzalez family

5    home?

6         A.    I lived at 2216 Northwest North

7    River Drive.

8         Q.    Could you walk to the Gonzalez

9    family home from your house?

10        A.    No.

11        Q.    Okay.

12             Before the law enforcement officer

13   arrived at the Gonzalez family home on April

14   22, 2000, were you in a house close by to the

15   Gonzalez family home?

16        A.    Yes.

17        Q.    Was it a friend of yours house?

18        A.    Yes.

19        Q.    Do you see that house in Exhibit 1

20   or 2?

21        A.    This one.

22        Q.    Can you circle that house in Exhibit

23   2 that you were staying at.

24             Okay.   So you've put a circle

25   around the house that's about two houses down

43

1   from the Gonzalez family home on Exhibit 2?

2        A.    Yes.

3        Q.    Okay.

4              Why were you staying at that house?

5        A.    Like looking at what was happening.

6        Q.    Okay.

7              So you were interested to see what

8   was going on?

9        A.    Of course.

10       Q.    Okay.

11             How long before the law enforcement

12  officers arrived on April 22nd, were you at

13  that house?

14       A.    A couple of hours.

15       Q.    Okay.

16             Before the law enforcement officers

17  arrived on April 22nd were you aware that there

18  was a possibility that law enforcement officers

19  from the government would come to the Gonzalez

20  family home and take Elian away?

21       A.    No.

22       Q.    Okay.

23             Prior to April 22, 2000, did you

24  engage in any discussions with anyone about how

25  to prevent Elian from being taken away from the

1   Gonzalez family home?

2        A.   No.

3        Q.   Okay.   Did you ever practice

4   forming a human chain in front of the Gonzalez

5   family home?

6        A.   No, because that's stupid.

7        Q.   Did you see people forming human

8   chains in front of the Gonzalez family home?

9        A.   No.

10        Q.   Okay.

11            When law enforcement officers

12   arrived on April 22nd, what was the first

13   indication to you that they had arrived?   Did

14   you hear something or see something?

15        A.   Well, I was half asleep over here

16   and suddenly I hear all kinds of yelling and

17   they threw me against the fence and suddenly I

18   ended up in here.

19            The public was over here and it

20   dragged me over here.

21        Q.   Okay.  My only question -- you

22   jumped a little bit further ahead.

23            When was the first indication that

24   you knew that law enforcement officers had

25   arrived?  Did you hear something or see

1   something?

2         A.    A lot of noise and a lot of gasses.

3         Q.    Okay.

4               Did you look in the direction of the

5   Gonzalez family home?

6         A.    I had no time for that, the same

7   public, the people that broke down the

8   barricades pushed me, threw me over here.

9         Q.    When you say "over here", do you

10  mean in the direction of the Gonzalez family

11  home?

12        A.    Here, more or less.

13        Q.    Okay.

14              You've drawn a little circle in the

15  street of Exhibit 2; is that correct?

16        A.    Yes.

17        Q.    Are you saying that the protestors

18  that were behind you pushed you?

19        A.    Yes.

20        Q.    And they pushed you past the police

21  barricade?

22        A.    And much more.

23        Q.    Okay.

24              But these were not law enforcement

25  officers that were pushing you, these were the

46

1   protestors?

2         A.    The protestors.

3         Q.    Okay.

4               When you went past the police

5   barricades, did you see law enforcement

6   officers in the street?

7         A.    Yes.

8         Q.    When the protestors pushed you, did

9   you fall down?

10        A.    Yes.

11        Q.    Did you fall on your face or your

12  knees?

13        A.    The knees.

14        Q.    Did that hurt?

15        A.    Of course.

16        Q.    Okay.

17              And did you get up by yourself?

18        A.    When I fall on my knees here, I move

19  a little bit more and I tried to get up here,

20  and when I tried to get up an officer shot a

21  gas gun at me.

22        Q.    When you say, "I tried to get up

23  here", are you pretty much in front of the

24  fence that's in front of the Gonzalez family

25  home?

1       A.   More or less.

2       Q.   Okay.

3       Let me ask you this, when the crowd

4  of protestors pushed through the police

5  barricades and they were pushing you toward the

6  Gonzalez family home, was there already gas in

7  the air or was that before the gas was in the

8  air?

9       A.   There was gas in the air.  Very

10  little but apparently the thing had started.

11       Q.   Okay.

12       Did you see the officers take Elian

13  out of the house?

14       A.   No, I couldn't.  I was unconscious.

15       Q.   Okay.

16       Well, I meant after the protestors

17  had pushed you and you had fallen down and you

18  tired to get up, did you see Elian being taken

19  out of the house.

20       A.   No.

21       Q.   Okay.

22       When you tried to get up after you

23  had fallen down, did you move toward the

24  Gonzalez family or away from it?

25       A.   I was disoriented.  It was just

1   around the area.

2       Q.   So you don't remember in which

3   direction you tried to get up?

4       A.   No, because precisely just at that

5   time that's when they shot the gasses at me.

6       Q.   Okay.

7       A.   And I lost consciousness here.

8       Q.   When you fell down, did you fall on

9   your knees or who --  strike that, I think you

10  told me -- strike that.

11       You told me when you fell down, you

12  fell down on your knees; correct?

13      A.   Yes.

14      Q.   Did you fall, then, on your face?

15      A.   Yes.

16      Q.   Okay.

17       And did your face hit the ground?

18      A.   No.

19      Q.   So your head never hit the ground?

20      A.   No.

21      Q.   Okay.

22       That's correct, your head never

23  hit --

24      A.   Yes, that is correct.

25      Q.   Okay.

1          How many times did you fall in that

2     area?

3          A.    Only once.

4          Q.    Other than being sprayed by the gas,

5     did any of the law enforcement officers touch

6     you in any way?

7          A.    No, they just sprayed me with the ___

8     gas, and there I lost consciousness.

9          Q.    Okay.

10         When you were sprayed with the gas

11     do you remember what the officer was holding in

12     his hand that he sprayed you with?

13         A.    Everything was very fast.

14         Q.    Okay.  Do you remember if the

15     officer was holding like an aerosol can?

16         A.    All I know is that when I went to    -

17     get up I was sprayed with a gas and my throat

18     -- I lost -- couldn't breathe and from there

19     on, I was unconscious.

20         Q.    How far away was the officer from

21     you when you got sprayed?

22         A.    Something like here, two or three

23     feet.

24         Q.    Okay.

25         Now, do you remember if the officer

1    sprayed or were you still on your knees?

2         A.    I was trying to get up.

3         Q.    Did you hear any of the officers

4    telling you to stay down to the ground?

5         A.    Nobody said anything to me.

6         Q.    Okay.

7         A.    Nobody told me that.

8         Q.    When the officer sprayed you, you

9    would agree with me that you were past the

10   police barricade; correct?

11        A.    Of course, logically I was here.

12        Q.    And you were close to the Gonzalez

13   family home?

14        A.    Well, relatively so because I was at

15   the house next-door.

16        Q.    But you were in the street?

17        A.    I was in the street.

18        Q.    Now, can you tell me what the gas

19   felt like?

20        A.    How is that?  My throat just closed

21   up at that point in time.  I couldn't breath

22   and I lost my consciousness and I fell.  And

23   the young girl at the house over here sprayed

24   me with some water with a hose and took me in

25   the house.

```
 1          Q.    Okay.

 2                Now, how about your eyes, how did

 3     your eyes feel?

 4          A.    Very dry.

 5          Q.    Did they hurt or burn or anything?

 6          A.    They were burning.

 7          Q.    Okay.

 8                Did the gas affect you in any other

 9     way?

10          A.    Well, I lost consciousness for a

11     moment.

12          Q.    Anything other than what you've

13     already told me?

14          A.    That happened because of the gas,

15     no, I just lost consciousness, temporary

16     headaches, a lot of things that happened at the

17     same time.

18          Q.    Anything else?

19          A.    Not that I remember.

20          Q.    Okay.

21                Now, you said a woman at the house

22     next to the Gonzalez family home gave you

23     water, was that to put on your face and your

24     eyes?

25          A.    Yes.  She sprayed me with a hose and
```

1    she put water on my face.

2         Q.   Did you say something about her

3    having to put vinegar on?

4         A.   They gave me some kind of a cloth

5    handkerchief with vinegar on it to put on the

6    face but it didn't do me any good.

7         Q.   Did that vinegar get into your eyes

8    at all?

9         A.   No, they gave it in order to smell

10   it, but I threw it away.  I threw the towel

11   away because it was worse.

12        Q.   Now, how long were you not able to

13   breathe, how long did that last?

14        A.   I don't know.  It was a minute or

15   whatever; otherwise, I would have been dead.

16        Q.   And how long were your eyes burning

17   for?

18        A.   That last hours.

19        Q.   Two or three hours?

20        A.   I couldn't tell you.  Two or three

21   hours, about three hours, more or less.  I felt

22   very uncomfortable.  I felt very badly.

23        Q.   I understand.  And the temporary

24   headaches, how long did that last?

25        A.   That was the whole day until the

1    following day.

2         Q.   So one to two days with headaches?

3         A.   More or less.  More or less, yes.

4    Two days more or less.

5         Q.   All right.  You only lost

6    consciousness, what, a few minutes?

7         A.   Yes, when I came to, everything had

8    already happened.

9         Q.   Okay.

10             Now, after the woman gave you the

11   water, were you able to walk?

12        A.   Yes, yes, I left the house and all

13   around the area there was just chaos.

14        Q.   Did you have any trouble walking

15   after the woman give you water for your face?

16        A.   My legs were still like shaky, I

17   don't know what you call that.  I couldn't

18   really describe how it was.

19        Q.   Other than -- I think you already.

20   testified to this.  Other than being sprayed

21   with the gas, were you injured in any other way

22   by any of the law enforcement officers?

23        A.   No.  No.

24        Q.   After you were injured, did you go

25   seek medical care?

59

```
 1          A.    No, after the gasses, no.

 2          Q.    So you didn't seek any medical

 3    treatment for the effects of the gas?

 4          A.    No, I wasn't -- that didn't concern

 5    me.

 6          Q.    Okay.

 7                Did you seek any medical treatment

 8    with regard to your fall?

 9          A.    No.  No, none.

10          Q.    With regard to the injuries that

11    occurred to you on April 22, 2000 has that

12    affected you emotionally at all?

13          A.    Well, yes, that, I will never

14    forget.

15          Q.    Okay.

16          A.    It was terrible.  I will never

17    forget.

18          Q.    Why don't you tell me about that.

19          A.    In which sense do you mean.

20          Q.    Well, what kind of emotional

21    response did you have?

22          A.    Well, number one, we didn't expect

23    for that to happen.  I knew there were

24    conversations going on in order to resolve the

25    matter and at no time did we think on a day
```





1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO. 03-20588 CIV MOORE


DONATO DALRYMPLE,

                    Plaintiff,

          vs.

UNITED STATES OF AMERICA,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x


                                99 N. E. Fourth Street
                                Miami, Florida
CERTIFIED COPY                  Tuesday 9:05 a.m.
                                May 11, 2004




          DEPOSITION OF ROBERTO ORAMA




          Taken on behalf of the Defendant

before LOIS E. GUFFEY, RDR, Notary Public in

and for the State of Florida at Large, pursuant

to a Notice of Taking Deposition filed in the

above cause.

2

1      APPEARANCES:

2

3         JUDICIAL WATCH, INC.
         100 Southeast 2nd Street, Suite 3920
         Miami, Florida  33131-2148

4         By:  ED FARRES, ESQ.
         Appearing on behalf of the Plaintiff.

5

6         U.S. DEPARTMENT OF JUSTICE
         1331 Pennsylvania Avenue, Northwest
         Washington DC 20004

7         By:  STEPHEN E. HANDLER, Esq.
         Appearing on behalf of the Defendant.

8

9

              ***  I N D E X   ***

10

11

WITNESS      DIRECT CROSS REDIRECT RECROSS

12  ROBERTO
     ORAMA         3    23      24

13

14

ORAMA EXHIBITS FOR IDENTIFICATION

15  1, copy of photo                      10

16

17

18

19

20

21

22

23

24

25

1    that's all.

2         Q.    Do you have a conceal to carry permit for

3    a weapon?

4         A.    No.   I have never touched a weapon.

5         Q.    The five times that you visited that

6    neighborhood prior to April 22nd, 2000 did you ever

7    participate in the formation of human chains?

8         A.    No.

9         Q.    When you visited that neighborhood prior

10   to April 22nd, 2000, what kind of activities did

11   you engage in?

12        A.    We just would be talking outside with the

13   people.   They were participating in the protest.

14   That's the only thing I ever saw when I was there.

15        Q.    Prior to April 22nd, 2000 did you ever

16   engage in any discussions with anyone about the

17   possibility that someone would come and take Elian

18   away?

19        A.    No.

20        Q.    Did you ever engage in any conversations

21   with anyone regarding how to protect Elian from

22   anyone?

23        A.    No.

24        Q.    Would you agree with me that when the law

25   enforcement officers came on April 22nd, 2000 that

1   they came very early in the morning?

2       A.   Yes.

3       Q.   Do you remember approximately where you

4   were located when the law enforcement officers

5   first arrived?

6       A.   Yes.

7       Q.   Can you tell me approximately where you

8   were?

9       A.   I was towards the front of the house on

10  the left.

11      Q.   Were you close to the Gonzalez home?

12      A.   Yes.

13      Q.   I am marking as Exhibit No. 1 an aerial

14  photograph.

15       (Orama Exhibit 1 is marked.)

16  BY MR. HANDLER:

17      Q.   Mr. Orama, this is an aerial photograph.

18  It's not the day of April 22nd, 2000 but it's to

19  give you an idea of approximately where you were

20  located on that day.  Do you recognize

21  Mr. Gonzalez's home in the center of Exhibit 1?

22      A.   Yes, more or less.

23      Q.   In front of the house was the street,

24  correct?

25      A.   Yes.

11

1     Q.    Across the street were the newspaper

2     people?

3     A.    Yes.

4     Q.    In front of them were police barricades?

5     A.    Exactly.

6     Q.    At the end of the street there was a

7     barricade which people generally stood behind?

8     A.    Exactly so.

9     Q.    Just before the law enforcement officers

10    arrived on April 22nd, 2000 can you point on

11    Exhibit 1 approximately where you were located?

12    A.    In this area over here.

13    Q.    Could you take that pen in front of you

14    and just circle -- put like a circle approximately

15    where you were.

16    A.    (Indicating).

17    Q.    Thank you.  Now you have placed a small

18    circle on Exhibit 1 behind the police barricade,

19    correct?

20    A.    Yes.

21    Q.    And this is approximately where you were

22    when the law enforcement officers arrived on April

23    22nd, 2000, correct?

24    A.    Approximately.

25    Q.    When the law enforcement officers arrived

1   what alerted you to their presence?

2       A.    The movement, their movement as they

3   entered.

4       Q.    So did you see the vans pull up?

5       A.    I saw them when they were about to go into

6   the house because they were behind the people.

7       Q.    Why don't you, in your own words, explain

8   what you saw.

9       A.    I didn't exactly see them come in because

10  I was behind the people.  They entered so fast, by

11  the time I got to see them they were already inside

12  the house.

13      Q.    All right.  When the law enforcement

14  officers arrived did you see the people in front of

15  you jump over the barricade and run toward Lazaro

16  Gonzalez's home?

17      A.    I saw some walking but not running.

18      Q.    Did you see some of the people in front of

19  you walk past the barricade toward Lazaro

20  Gonzalez's home?

21      A.    I saw them walking on the street because

22  there was movement of people from both sides.

23      Q.    Did you see people walking from behind the

24  barricade, past the barricade toward Lazaro

25  Gonzalez's home?

13

1    A.    When they arrived everybody wanted to see

2 then.  Yes, they came a little closer.

3    Q.    So how many people did you -- went past

4 the barricade toward Lazaro Gonzalez's?

5    A.    Well, to get near the house, no, because

6 they weren't allowed to do so, but get closer to

7 the barricade, yes.

8    Q.    Now you said two different things here.

9    A.    Like what?

10    Q.    You told me some people went past the

11 barricade.  Then you said people didn't cross the

12 barricade.  It's either -- I just want to know what

13 you saw.

14    A.    But what I explained to you was that some

15 people were already inside there walking around

16 when they arrived.

17    Q.    Okay.  After the INS officers arrived did

18 you see anyone jump over the barricade or pass

19 through the barricade?

20    A.    To jump over, no.  But to get near the

21 barricade, yes.

22    Q.    Did you go up close to the front of the

23 barricade when the INS officers arrived?

24    A.    Yes.  I was somewhat -- somewhere --

25 somewhat away, and I got closer in order to see

1  hear voices but I couldn't hear much about what

2  they were saying.  But, yes, there were -- there

3  was a lot of noise and you could hear voices.

4       Q.    Did you come into any physical contact

5  with any of the law enforcement officers?

6       A.    No.

7       Q.    Did you see the officers spray any of the

8  tear gas?

9       A.    Yes.  As they came out, they sprayed too

10  much and that's what bothered all the people that

11  were there.  All of us who were there were blinded.

12       Q.    How close were you to the officer that was

13  spraying the gas?

14       A.    I imagine some 15, 20 feet.

15       Q.    The officers who were spraying the gas,

16  the officers that were doing it were located in

17  front of the barricade; is that correct?

18       A.    They were in front of the house, yes.

19       Q.    Would it be correct to say that the

20  officers were spraying the gas in the direction of

21  the people that were in front of the barricade?

22       A.    Yes.

23       Q.    And you smelled the gas; is that correct?

24       A.    Yes.

25       Q.    Did anyone spray you directly?

16

1       A.    No, not directly.

2       Q.    Why don't you tell me how the gas affected

3    you.

4       A.    I had a lot of things. Several things

5    happened to me at that time, and they threw me down

6    among all the other people who were going through

7    the same thing, and they stepped on me, all over

8    me. And that was -- that's all the damage I felt

9    from the gases. The next day I really was screwed.

10            MR. HANDLER: Okay.   Can you read back

11        the answer to that. I missed part of it.

12        (The requested portion of the record is read

13        back as above recorded)

14            THE INTERPRETER: He earlier said

15        something about dizziness, feeling dizziness.

16    BY MR. HANDLER:

17       Q.    Just tell me how the gas affected you

18    first, how you felt.

19       A.    I couldn't see anything. I felt a lot of

20    itching in my eyes. I couldn't see. And I had

21    like dizziness, apparently, from smelling that

22    thing.

23       Q.    Any other effects other than that?

24       A.    That I didn't feel anymore. The next day

25    I started feeling better from the gases.

FERNANDEZ & ASSOCIATES   (305) 374-8868





1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20588 CIV MOORE

DONATO DALRYMPLE,

                Plaintiff,

        vs.

UNITED STATES OF AMERICA,

                Defendant.
--------------------------------x

                        99 N. W. 4th Street
                        Miami, Florida
                        Wednesday, April 21, 2004
                        1:45 p.m.


DEPOSITION OF MARTA LINA OROPESO PUMARIEGA


        Taken on behalf of the Defendant

before LOIS E. GUFFEY, RDR, Notary Public in

and for the State of Florida at Large, pursuant

to a Notice of Taking Deposition filed in the

above cause.


CERTIFIED COPY

2

1    APPEARANCES:

2         JUDICIAL WATCH, INC.
          100 Southeast 2nd Street, Suite 3920
3         Miami, Florida  33131-2148
          By:  ED FARRES, ESQ.
4         Appearing on behalf of the Plaintiff.

5         U.S. DEPARTMENT OF JUSTICE
          1331 Pennsylvania Avenue, Northwest
6         Room 8066N
          Washington DC 20004
7         By:  STEPHEN E. HANDLER, Esq.
          Appearing on behalf of the Defendant.

8
     ALSO PRESENT:
9         Isabel Duquesne, Interpreter
          Alberto De La Cerra, Interpreter
10

11
                    I N D E X
12

13   WITNESS              DIRECT   CROSS

14   MARTA LINA
       OROPESO PUMARIEGA   3       61
15

16

     OROPESO EXHIBITS
17

     1, copy of photo            20
18   2, copy of photo            32

19

20

21

22

23

24

25

21

1    BY MR. HANDLER:

2        Q.    Correct.   There is the street in front of

3    this house here?

4        A.    All right.  Right here.

5        Q.    Right.   Then across from the house?

6        A.    It was the media.

7        Q.    The media, then there was a police

8    barricade in front of them?

9        A.    Right.

10       Q.    At the end of the street there was another

11   police barricade and there was generally a bunch of

12   people milling about there, correct?

13       A.    Right.

14       Q.    Now just before the law enforcement

15   officer authorities showed up, where were you?

16       A.    Just before the raid?

17       Q.    Yes.

18       A.    I was around here (indicating).

19       Q.    Were you in front of the barricade or

20   behind the barricade?

21       A.    I was -- I am sorry.  It's just that I am

22   trying to position myself.  The barricade was here.

23       Q.    Now when you looked in front of you --

24   that's going to be a little confusing.  All right.

25   If you were standing where you just described and

22

1  you wanted to walk to Lazaro Gonzalez's house would

2  you have to cross over the barricade?

3      A.   No.

4      Q.   So you were in front of the barricade?

5      A.   Right.

6      Q.   Now I just want to be clear about this.

7  If I draw a line in the center of this piece of

8  paper, okay --

9      A.   Uh-huh.

10     Q.   -- and (indicating).  This is a street.

11     A.   Uh-huh.

12     Q.   I am not going to make this an exhibit.

13     A.   Where was the house?

14     Q.   This is Lazaro Gonzalez's house, okay?

15     A.   That's right.

16     Q.   Now the vans -- there was at least one --

17  there were some vans parked in front of the house,

18  white vans?

19     A.   That's right.

20     Q.   Now Exhibit 1, there are a whole bunch of

21  people?

22     A.   Right.

23     Q.   Now what I am saying is where the people

24  are located, this is behind the barricade.  On the

25  other side, this is in front.  If you are standing

1    in front of the barricade you could walk to Lazaro

2    Gonzalez's house without crossing the barricade?

3        A.    That's right.

4        Q.    So before the INS drove up were you behind

5    or in front of the barricade?

6        A.    Front.

7        Q.    So you could walk to Lazaro Gonzalez's

8    house without crossing over the barricade, correct?

9        A.    Right.

10       Q.    Who else was with you when you were in

11   front of the barricade?

12       A.    Well, there were, you know, people coming

13   in and out.  They were passing through, like

14   crackers and water, and so on.  I was here facing

15   this way (indicating), talking to -- I don't know,

16   some people.

17       Q.    So you had your -- your back was to Lazaro

18   Gonzalez's house and the barricade and you were

19   talking to people that were standing behind the

20   barricade?

21       A.    That's correct.

22       Q.    So you were facing people that were

23   standing behind the barricade?

24       A.    Right.

25       Q.    Let me just jot this down.

1    A.    Shortly before that?  (Witness shakes

2  head.)

3    Q.    So you were always in front of the

4  barricade?

5    A.    Right.

6    Q.    At least, you know, immediately before the

7  INS arrived.

8    A.    Yes.

9    Q.    So for that two-hour period of time you

10  were generally in the street near Lazaro Gonzalez's

11  house in front of the barricade?

12    A.    I was there -- here.  I never went inside

13  his house.

14    Q.    No.  I meant generally in the area of the

15  street in front of the barricade?

16    A.    On this side, on this side of the street.

17    Q.    In front of the barricade; is that

18  correct?

19    A.    Yes, sir.

20    Q.    Okay.  Did you know why the police put up

21  a barricade at the end of the street?

22    A.    I guess so people couldn't, you know --

23  the mass wouldn't go into his house or into the

24  immediate area.

25    Q.    So to you the police barricade was

28

1   generally put up to keep people out of the street

2   that was in front of Lazaro Gonzalez's house?

3        A.   Yes.

4        Q.   But you were in front.  Why didn't you

5   stay behind the barricade?

6        A.   Well, I don't know.

7        Q.   I am just wondering.

8        A.   Well, when we went Friday night, like I

9   said, you know, we went all around here and we came

10  in through this side so  --

11       Q.   So you came up the street toward the

12  police barricade; is that correct?

13       A.   (Witness nods head).  Yes.

14       Q.   (Indicating)?

15       A.   Sorry.

16       Q.   It's not for me, it's for her

17  (indicating).

18            But you stopped in front of the police

19  barricade and you didn't go behind the police

20  barricade?

21       A.   No.

22       Q.   Before the INS arrived, correct?

23       A.   No.

24       Q.   Okay.  So when you heard the screaming,

25  you of course, turned around to look; is that

30

1    crackers and so on.  And that's -- very few.

2        Q.    Let me ask you this.  Okay.  So on Exhibit

3    No. 1 here can you draw -- if I am correct, you

4    were standing about in this area when the INS

5    officers arrived; is that right?

6        A.    Yes.

7        Q.    Can you draw a circle right there on

8    Exhibit 1 approximately where you were with that

9    pen?

10       A.    Around this area (indicating).

11       Q.    All right.  So you have drawn a circle on

12   Exhibit 1 in the approximate area where you were on

13   April 22nd, 2000 when the INS arrived to take Elian

14   away, correct?

15       A.    That's right.

16       Q.    And you said in that area there were a few

17   of the people on the same side of the barricade as

18   you, correct?

19       A.    Correct.

20       Q.    When you heard the screaming and the INS

21   officers arrived, did you see people jump over the

22   barricade and run to Lazaro Gonzalez's house?

23       A.    No.  Because I turned, myself.  And what I

24   saw was these people pointing at me and us.

25       Q.    Did you see any of the people, you know,

41

1    A.   It was such and such a  -- I don't know.
2    The seconds were so confusing.
3    Q.   Okay.  So as you sit here today you don't
4    remember anyone spraying gas; you remember gas
5    being in the air and you feeling the effects of it.
6    Is that fair?
7    A.   I think so.
8    Q.   How quickly did you turn around and go
9    back behind the barricade to get away from the gas?
10   A.   As quickly as I could, but quite frankly,
11   because I couldn't see, you know, it was -- I was
12   trying and trying, and it took me, I don't know,
13   seemed to me like a long time.  Probably wasn't a
14   long time.
15   Q.   And when you went behind the barricade did
16   you go way past beyond the barricade or did you
17   stay right behind it?  Do you know what I mean?
18   A.   I stayed on the barricade.  Then I went to
19   the side, trying to get off, to go to the other
20   side.
21   Q.   So --
22   A.   Towards the people.
23   Q.   So you went behind the barricade and you
24   were trying to get away from the gas?
25   A.   That's right.  Yes.

42

1    Q.   Okay.  Did you have any physical contact

2  with any of law enforcement officers?

3    A.   I don't know.

4    Q.   Did any of them touch you?

5    A.   Touch me that I could remember?

6    Q.   Right.

7    A.   No.  Somebody helped me climb, you know,

8  the barricades to the other side but --

9    Q.   Do you know who that was?

10    A.   Somebody pushed me, but I don't know.  No,

11  I couldn't see.

12    Q.   So you don't know if it was a law

13  enforcement officer or another protestor; is that

14  correct?

15    A.   That's right.

16    Q.   As you sit here today, none of the law

17  enforcement officers struck you, you didn't get hit

18  by anybody; is that correct?

19    A.   Struck me?  I didn't feel -- I don't --

20  no.

21    Q.   No?  Okay.  Did you see --

22    A.   I know I was, you know, pushed to the

23  other side, which I was trying to jump.

24    Q.   Over the barricade.

25    A.   Right.

46

1    A.    I imagine in the commotion at some point I

2    had it.  But when did it happen?  I know when I got

3    the water to rinse my eyes and drink some, then I

4    already had this here (indicating).

5    Q.    But you have no idea how it occurred?

6    A.    No.

7    Q.    Other than that, did you have any other

8    physical injuries?

9    A.    Physical injuries?    -

10   Q.    Just this.  Okay.  Now did you receive

11   medical treatment for any of those physical

12   injuries?

13   A.    Treatment?

14   Q.    Yeah.

15   A.    Physical injuries?  No.  No.  I just, you

16   know, used some eye drops, and, you know, I had a

17   bruise, but it wasn't anything like, you know, I

18   was losing my arm, so I wouldn't go to the doctor

19   for that.

20   Q.    How long did the scratches and bruise

21   last?  Couple of weeks?

22   A.    Few weeks.  I mean I had the scratches for

23   a few months.  But the purple went away, I don't

24   know, two weeks?  The bruise.

25   Q.    No permanent disfigurement, no scratches



EXHIBIT

1