UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

OCT 1 3 2004

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

| | | |
|---|---|---|
| DONATO DALRYMPLE, et al. | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-20588-CIV-MOORE |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | **Volume 3 of 3** |
| Defendant. | ) | (Tabs 57 through 83) |
| | ) | |
| | ) | |

## UNITED STATES' STATEMENT OF MATERIAL FACTS NOT IN ISSUE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

1

1

2              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
3
               CASE NO. 03-20588 CIV MOORE
4

5     DONATO DALRYMPLE,

6               Plaintiff,

7          vs.

8     UNITED STATES OF AMERICA,

9               Defendant.

10

11
                    99 N. E. Fourth Street
12                  Miami, Florida
                    Monday, April 19, 2004
13                  1:42 p.m.

14

15

16        DEPOSITION OF ANTONIO F. ORTEGA

17

18        Taken on behalf of the Defendant

19     before LOIS E. GUFFEY, RDR, Notary Public in

20     and for the State of Florida at Large, pursuant

21     to a Notice of Taking Deposition filed in the

22     above cause.

23

24

25

```
 1          APPEARANCES:
                 JUDICIAL WATCH, INC.
 2               100 Southeast 2nd Street, Suite 3920
                 Miami, Florida  33131-2148
 3               By:  ED FARRES, ESQ.
                 Appearing on behalf of the Plaintiff.
 4
                 U.S. DEPARTMENT OF JUSTICE.
 5               1331 Pennsylvania Avenue, Northwest
                 Room 8066N
 6               Washington DC 20004
                 By:  STEPHEN E. HANDLER, Esq.
 7               Appearing on behalf of the Defendant.

 8               ALSO PRESENT:
                 Isabel Duquesne, Interpreter
 9               Alberto De La Cerra, Interpreter

10
                             I-N-D-E-X
11          WITNESS               DIRECT
            ANTONIO F. ORTEGA       3
12
            ORTEGA EXHIBITS
13          1, copy of photo                        13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        A.    Yes.

 2        Q.    And when the INS arrived they came, would

 3   you agree with me, very early in the morning on

 4   April 22nd?

 5        A.    Yes.

 6        Q.    Prior to April 22nd, 2000 how often --

 7   were you living in the house next to Lazaro    —

 8   Gonzalez?

 9        A.    Yes.

10             MR. HANDLER:  Okay.  I am marking

11         Exhibit 1, Antonio F. Ortega.

12         (Ortega Exhibit 1 is marked.)

13   BY MR. HANDLER:

14        Q.    Mr. Ortega, I show you Exhibit 1, which is

15   an aerial photograph of the neighborhood you used

16   to live in.  Do you recognize it?

17        A.    Yes.

18        Q.    Okay.  In the middle of the photograph do

19   you recognize Lazaro Gonzalez's house?

20        A.    Yes.

21        Q.    Can you point to the house that you were

22   living in?

23        A.    The building over here.

24        Q.    Can you put like your initials on the roof

25   of the house that you lived in?
```

1      A.    (Indicating).

2      Q.    Now in this photograph in the street in

3  front of your house do you remember seeing the

4  media tents with the newspaper people and

5  television people in front of your street?

6      A.    Yes.

7      Q.    And they were there prior to April 22nd,

8  2000 for a period of time?

9      A.    Yes.

10      Q.    And in front of the media there were the

11  police barricades; is that correct?

12      A.    Yes.

13      Q.    In general, at the end of the street there

14  are police barricades, and there are people there,

15  sometimes a lot, sometimes a little?

16      A.    Yes.

17      Q.    Prior to April 22nd, 2000, did you know

18  Lazaro Gonzalez?

19      A.    Yes.

20      Q.    Prior to April 22nd, 2000 did you know

21  Elian Gonzalez or his family before he was living

22  at Lazaro's house?

23      A.    No.

24      Q.    Did you know -- okay.  So you did not know

25  Juan Miguel, Elian's father?

17

1   And my car was located more or less where this

2   black thing shows.  Right next to that light post.

3        Q.   I see in front of your building there is a

4   car right there.  Is that your car?

5        A.   No, no.  Mine was white.

6        Q.   So on April 22nd, just before the INS

7   arrived, was your car located in front of your

8   building?

9        A.   Yes.

10        Q.   In Exhibit 1 here there is a -- a black

11   car in front of your building.  Is that the

12   approximate location of where your car would have

13   been?

14        A.   Yes, here (indicating).

15        Q.   Why don't you describe for me what

16   happened when the federal authorities arrived.

17        A.   It was around 5:00 a.m., more or less.  I

18   was leaving for work at that moment.  As I am

19   opening the trunk to put my lunch box, the people

20   started yelling, "Here come the federals, the

21   federals."

22             So then I stand at the door, the entrance

23   door to the building.

24        Q.   You what?

25             THE INTERPRETER:  I stand at the door, at

1    A.    And one in front of the building, which is

2  where the officer that came out -- came out and

3  wouldn't let anybody come out of the building.

4    Q.    Can you draw boxes on Exhibit 1 where you

5  believe the vans were when you were standing behind

6  your car?  Approximately.

7    A.    I think there were three.  It seems to me

8  there were three around here.  I don't remember if

9  one parked further up or if there was one here in

10  the back.  The ones in the back, I really didn't

11  see, but I think there was three of them.

12    Q.    So in Exhibit No. 1 you have drawn two

13  boxes.  One is sort of between your building and

14  Lazaro Gonzalez's house, and another box is

15  directly in front of the building where you stayed;

16  is that correct?

17    A.    Yes.

18    Q.    And you think there was -- a third van was

19  either up the street or down the street, you are

20  not sure?

21    A.    Yes.

22    Q.    Now the white van that was right in front

23  of your building, you were -- you must have been

24  standing practically right next to it when it

25  stopped, correct?

21

1    A.    Yes.

2    Q.    Now did you see the officers get out of

3    this van that was parked in front of your building?

4    A.    Yes.

5    Q.    And did they speak directly to you?

6    A.    Yes.

7    Q.    What did they say?

8    A.    "Get out, get out," for me to go.

9    Q.    What did you do -- did you immediately go

10   away?

11   A.    Yes, of course, immediately.

12   Q.    And you went up to the entrance of your

13   building, correct?

14   A.    Yes.

15   Q.    Did you go inside the building or did you

16   stay outside the building?

17   A.    Inside the building.

18   Q.    Now between the time the officers got out

19   of the van and you go inside the building, did you

20   have anymore conversation with any of the law

21   enforcement officers?

22            THE INTERPRETER:  Can you repeat that?

23   BY MR. HANDLER:

24   Q.    I can repeat it.

25            THE INTERPRETER:  I totally lost it.

FERNANDEZ & ASSOCIATES   (305) 374-8868

22

```
 1    BY MR. HANDLER:

 2        Q.   Between the time that the officers in the

 3    van outside your building got out of the van and

 4    the time that you went inside your building did you

 5    have any other conversation with any law

 6    enforcement officers other than the ones that said,

 7--  "Get out get out"?

 8        A.   No.

 9        Q.   Now the officer who said, "Get out, get

10    out," did you say that he sprayed you with gas?

11        A.   Yes.   He spread it all over, yes.

12        Q.   Okay.   Now can you describe what kind of

13    device he had that he was spraying the gas with?

14        A.   It was like a gun, like a pistol.

15        Q.   Was it like a long tube or was it a can?

16        A.   (Indicating).   No.   It was small.   It was

17    like in the shape of the gun, of a pistol.

18        Q.   You mean it had a handle and a tube on

19    top?

20        A.   I don't know the moment when he sprayed

21    me.   I didn't see him.   But I do know he was aiming

22    something at me when he was telling me, "Get out,

23    get out."

24            To me, that was getting sprayed.

25        Q.   How far away was the officer, that sprayed
```

23

1    you, from you?

2        A.    From here to that wall, more or less.

3        Q.    So you are talking about, what, 8 feet

4    away?

5        A.    More or less.

6        Q.    Now was the officer spraying in a general

7    direction or was he spraying directly at you?

8        A.    At the point in time that they arrived

9    there and they said the federals are coming, then

10   people started throwing the bottles that people

11   had.  So look at it -- but the bottles flying

12   around and -- the people that were there by the

13   barricade.  And it seems at that point in time was

14   when he sprayed the spray, and it got to me.

15        Q.    Okay.  So you saw people throwing things

16   at the officers?

17        A.    Yes.

18        Q.    Were you throwing anything at the

19   officers?

20        A.    No.

21        Q.    So can you tell me from which direction

22   the people were throwing things at the officers?

23   Was it across the street or on the same side of the

24   street that your building was on?

25        A.    From here (indicating).

1    own building, correct?

2        A.    Yes.

3        Q.    Okay.  Off the record.

4        (Discussion off the record)

5    BY MR. HANDLER:

6        Q.    Other than being sprayed, did you have any

7    other actual physical contact with any of the law

8    enforcement officers on April 22nd of 2000?

9        A.    No.

10       Q.    Why don't you tell me what kind of

11   reaction you had to the gas.

12       A.    The reaction was I couldn't open my eyes.

13   I had to put water on them in order to be able

14   to -- and even my little boy, and my wife, and my

15   other little girl as well.  Everybody started

16   crying, and we had to spray -- put water on

17   everybody's eyes, and the boy was really bad.

18       Q.    So you had difficulty seeing?

19       A.    Yes.

20       Q.    Did you have any difficulty breathing?

21       A.    It was hard to breathe, anybody that was

22   there.  I had to go to the back, to the building,

23   in order to get some fresh air, and also that area

24   is also contaminated as well.

25       Q.    So other than the difficulty seeing and





— 1 —

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2
                CASE NO. 03-20588 CIV MOORE
 3

 4   DONATO DALRYMPLE, et al.,

 5              Plaintiff,

 6        vs.

 7   UNITED STATES OF AMERICA,

 8              Defendant.
     --------------------------------x
 9

10
                    99 Northeast Fourth Street, Suite 300
11   -               Miami, Florida
                     Wednesday, March 17, 2004
12                   9:48 a.m.

13

14

15           DEPOSITION OF YUSLEDIS ORTIZ

16

17        Taken on behalf of the Defendant before LOIS

18   E. GUFFEY, RDR, Notary Public in and for the State of

19   Florida at Large, pursuant to a Notice of Taking

20   Deposition filed in the above cause.

21

22

23                              CERTIFIED COPY

24

25
```

2

```
 1   APPEARANCES:
     JUDICIAL WATCH, INC.
 2   100 Southeast 2nd Street, Suite 3920
     Miami, Florida  33131-2148
 3   By:  ED FARRES, ESQ.
     Appearing on behalf of the Plaintiff.
 4
     OFFICE OF THE UNITED STATES ATTORNEY
 5   Benjamin Franklin Station
     P.O. Box 888
 6   Washington, DC  20044
     By:  STEPHEN E. HANDLER, Esq.
 7   Appearing on behalf of the Defendant.

 8   ALSO PRESENT:
     Isabel Duquesne, Interpreter
 9   Alberto De La Cerra, Interpreter

10

11              * * *  I N D E X  * * *

12   WITNESS                                    PAGE
     YUSLEDIS ORTIZ
13        DIRECT EXAMINATION BY MR. HANDLER        3

14

15   ORTIZ'S EXHIBITS MARKED FOR IDENTIFICATION   PAGE

16    1       sketch of bedroom                    28

17

18

19

20

21

22

23

24

25
```

16

1    Q.    And so you intended to stay overnight at the

2  Gonzalez family home?

3    A.    Yes.  Just like I did frequently.

4    Q.    When the INS arrived at dawn on April 22nd,

5  where were you, precisely?

6    A.    At the moment that they arrived, I was in the

7  rear area of the patio.  When I saw them jumping the

8  fence, I ran, and I went to pick up my son, who was in

9  the dining room, and I ran to see where I could hide,

10  where me and my son could go to.

11    Q.    So when you said you were in the rear area of

12  the patio, were you in back of the house?

13    A.    Yes.  In the backyard.  A terrace is located

14  there.

15    Q.    Were you up all night?

16    A.    Yes.

17    Q.    You did not go to sleep that night?

18    A.    No.

19    Q.    Why is that?

20    A.    Because there was conversation going on, and

21  all of us inside the house were awake.

22    Q.    And where was your son?

23    A.    My son was sleeping in the area of the dining

24  room at -- on a bed that was there.

25    Q.    When you say you saw them jumping over the

17

1 fence, are you talking about the INS agents, the law

2 enforcement officers?

3      A.     Yes.

4      Q.     And you recognized them to be law enforcement

5 officers?

6      A.     I heard people screaming.  Then when I looked

7 about, I saw, I imagine, men jumping over, and they had

8 their masks.  I got scared.  I ran.  I took my son and

9 to the bedroom.

10      Q.     Did you see on their shirts it said "INS

11 Federal Officer"?

12      A.     Not at that point in time.  I didn't see it,

13 but later, yes.

14      Q.     So when you saw the men jumping over the

15 fence, you ran into the house?

16      A.     Yes.

17      Q.     You went to the dining room where your son

18 was?

19      A.     Yes.  Because the door to the patio leads to

20 the dining room, and I went in there, and I just picked

21 him up and went out.

22      Q.     And you went where?

23      A.     I went out.  I just went away.  I ran.

24      Q.     Where did you run to?

25      A.     I ran into -- to go into a bedroom, but then I

—18—

1   went through the other room where the boy was at, who

2   was screaming, so I went into that room.

3       Q.   You went from the dining room to one bedroom;

4   is that correct?

5       A.   Yes.

6       Q.   Who was in that bedroom at that time?

7       A.   Angela Gonzalez was there, Elian Gonzalez, and

8   some moments later Donato came in.  He picked him up,

9   and then, after that, came in the photographer who was

10  there.

11      Q.   Do you know the name of the photographer?

12      A.   I am not certain, but I think it's Tony, it

13  seems to me.

14      Q.   Tony?

15      A.   Yes.

16      Q.   Do you know his last name?   .

17      A.   No.

18      Q.   And how long did you stay in that room?

19      A.   Well, the time was sufficient time for the

20  agent to come in and take the child.  And I stayed

21  there, and then, because there was gas, the boy was

22  coughing.  Then I went out.

23      Q.   So did you see Donato holding Elian in the

24  closet and the agent holding the gun?

25      A.   Yes.

19

1    Q.    You saw that?

2    A.    Yes.

3    Q.    Was that the first agent that came in the

4  room?

5    A.    No.

6    Q.    Who first entered the room?

7    A.    First the agent comes in.  He's the one that

8  breaks down the door and he points at me.

9         INTERPRETER DUQUESNE-GARCIA:  Aims.

10        THE WITNESS:   Aims at me.  And he tells me

11     not to move, that there was the police.  And then at

12     that point in time the other person comes in.

13     That's the one that aims to Donato, who's got the

14     child.

15 BY MR. HANDLER:

16   Q.    So that you are in -- in the bedroom.

17   A.    Yes.

18   Q.    The bedroom door is closed?

19   A.    No.  The bedroom door, yes.

20   Q.    Who closed the bedroom door?

21   A.    I don't recall who it was, but I do recall

22 that it was closed.

23   Q.    Okay.  When you entered the room, was -- you

24 said Angela or Angelo?

25   A.    Angela.  Angela Gonzalez.

—20—

1      Q.   When you first entered the room, was Angela

2   and Elian already in the room?

3      A.   Yes.

4      Q.   And then Donato came in?

5      A.   Yes.

6      Q.   And then the photographer came in?

7      A.   Uh-huh.  Yes.  I am sorry.

8      Q.   And then the door was closed by somebody?

9      A.   Yes.

10      Q.   Was it locked?

11      A.   No.

12      Q.   How soon after the photographer entered the

13   room did the agent break down the door?

14      A.   I don't think even a minute went by.

15      Q.   Okay.  Now, do you remember the agent breaking

16   the door down or opening the door?

17      A.   He kicked it open and broke it.

18      Q.   Okay.  Was the door off the hinge, or is it

19   still attached to the wall?

20      A.   It stayed on the frame, but it was split in

21   half, a corner of it.

22      Q.   Okay.  And as soon as that agent came in, you

23   said he pointed his rifle at you?

24      A.   He pointed it at me.  I was, like, bending

25   over, squatting on the bed.  I had -- I was holding on

21

1  to the both.  He told me, both in English and Spanish,

2  not to move, that he was the police.

3      Q.    And then the second agent came into the room,

4  correct?

5      A.    Yes.  When Elian screamed, and then he sees

6  him there, and that's when he aims at him.

7      Q.    When the second agent came in the room, was

8  Donato holding Elian?

9      A.    He was holding him, carrying him.

10     Q.    And when did Donato take Elian into the

11  closet?

12     A.    Elian was standing there.  When we all ran, he

13  starts to scream, and Donato holds him -- carries him,

14  and he was inside the closet but not completely in.  He

15  was basically just at the door of the closet.

16     Q.    When did Donato go to the closet?  Was it

17  before or after the first agent came in?

18     A.    No.  Before they came in.

19     Q.    Okay.  Then you said the second agent came in,

20  and he was pointing his gun in the direction of Donato,

21  who was holding Elian standing in the closet, correct?

22     A.    Yes.

23     Q.    Did any other agents come into the room?

24     A.    A lady, and she was the one that grabbed the

25  boy and took off running.

—22—

1      Q.   The agent that was -- the second agent that

2  came in, did he say anything?

3      A.   Yes.  "Give me the boy.  Give me the boy."

4  And then when they saw the boy, they yelled, "Bingo,

5  bingo."

6           And right at that point in time the lady came

7  in.  She grabbed him and she went out.

8      Q.   The second agent that came in, and he said,

9  "give me the boy," did he say that in English and

10  Spanish?

11     A.   In English.

12     Q.   Did you understand what he was saying?

13     A.   Yes.

14     Q.   Okay.  And did Donato hand the boy to the

15  lady?

16     A.   No.  He was holding him, and she pulled him

17  and took him from him.

18     Q.   So Donato refused to give Elian up; is that

19  correct?

20     A.   Well, he didn't refuse.  He just said for them

21  to leave him there, and then she just grabbed him and

22  took him away.

23     Q.   But when -- after the agent said, "Give me the

24  boy," Donato did not hand the boy to the agent or the

25  lady; is that correct?

—23—

```
 1        A.    No.

 2        Q.    Is that correct?

 3        A.    Yes.

 4        Q.    Other than Donato saying, "Leave the boy

 5   here," did he say anything else?

 6        A.    I couldn't see anything else, because at that

 7   point in time my boy was screaming, and that's when I

 8   heard in that time the lady --

 9              THE INTERPRETER:  And I asked her: The lady

10              said something?  "No, she didn't say anything.

11              She just came in and took the boy."

12        Q.    Did Angela Gonzalez say anything?

13        A.    I don't recall.

14        Q.    Other than -- what did Elian say?

15        A.    Well, he looked at me, and he told me that he

16   was afraid.  And then he looked at my son and said,

17   "Lazaro, I am afraid."

18              And I said to him, "Don't worry, baby."

19              And then my son said, "Don't worry, cousin.

20   Nothing is going to happen."  And that was it.  That was

21   all he said.

22              (In English) Sorry.

23        Q.    Are you okay?

24        A.    Yes.

25        Q.    Can we continue?
```

—24—

1      A.    Yes.

2      Q.    The photographer, Tony, did you see him taking

3  pictures?

4      A.    Well, he was behind me, and I just saw him

5  when he came in, and I imagine he was taking photographs

6  behind me, but I didn't see it.

7      Q.    Is it possible for you to show me on a piece

8  of paper where everyone was located?

9      A.    Yes.

10     Q.    Okay.  If you could draw the room and the

11  door.

12     A.    Here's the door.  Here was the closet.  Here

13  is the bed.  I was over here.  Here is the dresser next

14  to the door, and here is Angela.  He was -- here was

15  Donato, and here on the bed was the photographer that

16  was behind (indicating throughout).

17     Q.    Okay.  Let me just -- so is this room --

18     A.    Yes.

19     Q.    -- square?

20     A.    Yes.

21     Q.    So it's like this, right?

22     A.    Yes.

23     Q.    This is the door?

24     A.    Uh-huh.  Yes.

25     Q.    Dresser (indicating).

-25-

1    A.    Dresser.  Yes.

2    Q.    The bed?

3    A.    Yes.

4    Q.    So I am just going to write here -- you don't

5  know English, right?

6    A.    Well, if I know how to write, whatever.

7    Q.    I am going to mark "door"; is that correct?

8    A.    Yes.

9    Q.    And this is the dresser right here?

10    A.    Yes.

11    Q.    This is the closet?

12    A.    Yes.

13    Q.    And this is the bed?

14    A.    Yes.

15    Q.    Now, who was by the dresser?

16    A.    Angela Gonzalez.

17    Q.    So Angela Gonzalez, I am writing her name

18  right by the dresser, okay?

19    A.    Yes.

20    Q.    Who was by the bed?

21    A.    Not by the bed, on top of the bed.  That's

22  where the photographer was at.

23    Q.    Okay.  So I am going to write here "Tony," the

24  photographer.  Okay?

25    A.    Yes.

—26—

```
 1        Q.    Who was in front of the bed?

 2        A.    Not in front.  The bed runs this way.  That's

 3   the front, and that's -- I am -- to the side of -- I am

 4   to the side of the bed with my son (indicating

 5   throughout).

 6        Q.    So is this where you are with Lazaro?

 7        A.    Yes.

 8        Q.    So I am going to write your name here.

 9              MR. FARRES:  Y-U-S --

10   BY MR. HANDLER:

11        Q.    Is that correct?

12        A.    Yes.

13        Q.    And Lazaro.

14              In the closet was Donato and Elian?

15        A.    Yeah.

16        Q.    Donato and Elian.  Okay.

17              Now, when the first agent came in, how far did

18   he get into the room?

19        A.    He came in perhaps one or two steps inside the

20   door.  First he aims at Angela, then he aims at me.

21        Q.    Can you just put a mark where the first agent

22   was.

23        A.    Right here (indicating).

24        Q.    So I am going to make a mark right here, first

25   agent.
```

27

```
 1      A.    Uh-huh.

 2      Q.    Then --

 3      A.    Yes.

 4      Q.    -- the second agent that came in and was

 5 pointing in the direction of Donato and Elian, can you

 6 show me where he was.

 7      A.    That other one entered this far, closer, and

 8 then aimed.

 9      Q.    I am going to put an arrow there and put

10 "second agent."

11      A.    Yes.

12      Q.    Then the third officer was the lady that came

13 in and took Elian, correct?

14      A.    The lady.

15      Q.    And how -- she came in, what, around the

16 second agent to get to Elian?

17      A.    No.  She came here and the -- next to the

18 wall.  She came next to the wall, and she took him and

19 went.

20      Q.    So can you draw a line here?  Is this the

21 second lady?

22      A.    Yes.

23      Q.    So I am drawing a line from the door directly

24 to Donato and Elian.

25      A.    Yes.
```

28

1     Q.   And I am going to say path taken by lady

2 agent.  Is that okay?

3     A.   Yes

4     Q.   Other than the first agent, the second agent

5 and the lady agent, did any other agents come into the

6 room?

7     A.   No.

8     MR. HANDLER:  We are going to mark this Ortiz

9    Exhibit 1.

10     (Yusledis Exhibit No. 1 was thereupon marked.)

11 BY MR. HANDLER:

12     Q.   What did the lady agent say to Donato?

13     A.   That I recall, she didn't say anything.

14     Q.   Okay.  After the lady agent took the boy, was

15 she the first one to leave?

16     A.   I am not certain.  No, I don't know.

17     Q.   Okay.  After the lady agent took the boy from

18 Donato, what did Donato do?

19     A.   He said something in English, and then he went

20 walking, but I don't know what he could have said,

21 because he was speaking in English.  But nobody could

22 move because all of the agents were out in the living

23 room.

24     The first one that went out was the lady.

25 Yes.  That's how it was.  When they grabbed the boy,

29

1  she's the first one that goes out.  Then, after, the two

2  agents go out that are inside the house.  No one else

3  could move.

4       Q.   So after the lady agent left and the two

5  agents left, do you -- who was the next person that left

6  the room?

7       A.   I think it was Donato.

8       Q.   How soon after?

9       A.   I don't know.  It would just be moments later.

10 When one could go out.  Donato went out, and I went out

11 as well, and Angela behind me due to the smell that it

12 was inside the house.

13      Q.   Before any of the agents entered the room or

14 left the room, did they use any gas in the room?

15      A.   Inside the room you couldn't feel it until the

16 point in time where they broke down the door.

17      Q.   So the gas was outside and was coming into the

18 house?

19          MR. FARRES:   Objection.  I think that's a

20      mischaracterization of what she said.  She said she

21      couldn't feel it inside the room.  She didn't

22      mention that.

23 BY MR. HANDLER:

24      Q.   Let me ask you a different question.  Before

25 the agents broke the door and entered the room, was

1  anybody spraying gas underneath the door or into the

2  room that you could see?

3       A.    No.   The door was closed, and I was inside the

4  bedroom.

5       Q.    When the agents entered the room, did they

6  spray any gas in the room?

7       A.    No.

8       Q.    Did any of the agents fire their weapons into

9  the room?

10      A.    No.

11      Q.    Did any of the agents strike anyone with any

12 object in the room?

13      A.    No.

14      Q.    Did any of the agents poke anybody with their

15 guns?

16      A.    No.

17      Q.    Did any of the agents in the room use any

18 profanity?

19      A.    Well, that I -- in Spanish, I don't know.   In

20 English, I don't know.   Because they were saying a lot

21 of words in English.   I don't know.

22      Q.    But you heard one of the agents, the agent

23 that was pointing his gun towards Donato, saying, "Give

24 me the boy.   Give me the boy"?

25      A.    Yes, the one that was aiming at Donato.

-31-

1      Q.    I am going to use some profanity here, and

2  please excuse me if I -- you find it offensive, but I

3  have to ask a question.

4      A.    Okay.

5      Q.    Did you hear anybody say, "Give me the fucking

6  boy"?

7      A.    No.

8      Q.    But you know that word "fucking" in English?

9      A.    Yes.

10     Q.    But you didn't hear anybody in that room say

11  that word; is that correct?

12     A.    No.

13     Q.    If somebody had said that word, you would have

14  remembered it, correct?

15     A.    Yes, yes.

16     Q.    Did you hear anybody use that word in that

17  room, the word "fucking"?

18     A.    Not that I recall.

19     Q.    Okay.  So would it be fair to say that when

20  you were in the room with Angela, Elian, Donato and

21  Tony, the photographer, that none of the agents came

22  into physical contact with anyone except for the lady

23  that grabbed Elian away from Donato?  Is that fair?

24     A.    Yes.

25     Q.    After the agents left the room, was the first

1  person that left the room Donato?

2      A.    Yes.  First the photographer, and then Donato.

3      Q.    Okay.  And who was the next person that left

4  the room?

5      A.    I was, with my son.

6      Q.    And then Angela?

7      A.    And then Angela.  We went out together.

8      Q.    After -- when the agents left, okay, could you

9  see -- strike that.

10          Is the door to this bedroom -- where does it

11  lead to?

12      A.    Into a hallway which is across from another

13  bedroom, and the bathroom is there.

14      Q.    When you left the bedroom, did you see any of

15  the agents still in the house?

16      A.    No, because when I went out of the bedroom, I

17  went into the bathroom where Angela's sister was,

18  Jeanette, and since I don't know anything about that, I

19  asked her, "Jeanette, what did you throw in the

20  bathroom?"  And she said, "No, it's that they sprayed

21  with gas."  So my son started to cough.  So then we went

22  out into the patio, to the yard.

23      Q.    So you first went into the bathroom after

24  leaving the bedroom?

25      A.    I stood at the door of the bathroom.  They

-33-

1   were there, the two ladies, because the agents must have

2   been outside, because you could hear the people

3   screaming, all their screaming going on.  So then after

4   that is when I went out.

5       Q.    Let me ask you this:  Before you left the

6   bedroom, did you -- are there any -- strike that.

7           Does this bedroom -- is this located in the

8   back of the house or the front of the house?

9       A.    Back area of the house.

10      Q.    Are there any windows in this bedroom?

11      A.    Yes.  There are two of them.

12      Q.    And where can you see if you look out the

13  windows; where can you look?

14      A.    On this side is the yard, and out of this

15  other window is the terrace in the backyard

16  (indicating).

17      Q.    So if we are looking at Exhibit No. 1 here --

18      A.    Yes.

19      Q.    -- where are the windows located?

20      A.    One is here, and the other one is over here

21  (indicating).

22      Q.    So if I am standing inside this room, and I am

23  looking out the window on the left side of the picture,

24  what would I see?

25      A.    The yard, but the yard on the side of the

-34-

1   house.

2       Q.   Okay.  So this is the -- if I am standing

3   inside the room, to my left would be the -- strike that.

4   Well, I am saying inside the room.

5           The top of the picture would be the front of

6   the house; is that correct?

7       A.   Yes, yes.

8       Q.   So I am going to write here "front of house."

9       A.   The bedroom -- this bedroom does not give onto

10  the front of the house.  In front of this bedroom there

11  is another bedroom which is the one that is at the front

12  of the house.

13      Q.   Okay.  So this door leads to like a hallway,

14  right?

15      A.   Yes.  The hallway, here is the bathroom, and

16  the other bedroom is here (indicating).

17      Q.   So this -- this is the back bedroom of the

18  house?

19      A.   Of the house, yes.

20      Q.   So the other window here faces the rear of the

21  house; is that correct?

22      A.   Yes, to the other side, because the house goes

23  on to the back.  This is the one that gives onto the

24  terrace where we used to sit, the back terrace.

25      Q.   Before you left the room after the agents

1  left, did you look out either of the windows in this

2  bedroom?

3       A.    No.

4       Q.    After you left the bedroom, did you go outside

5  the house?

6       A.    Yes.  I went to the backyard, the back part of

7  the backyard.

8       Q.    What did you see out there?

9       A.    No.  There were no -- there were no agents

10 there anymore.  There were just people who were yelling

11 and screaming, and the family, and we were screaming and

12 crying outside.

13      Q.    Did you see any agents after they left the

14 bedroom?

15      A.    No.

16      Q.    So would it be fair to state that the only

17 time you had seen the agents was when they were in --

18 they were in the backyard and in the bedroom and that's

19 it?

20      A.    Yes.

21      Q.    Before you went into the house when the agents

22 jumped over the fence, did you come into any contact

23 with those agents, physical contact?

24      A.    No.

25      Q.    Did the agents say anything to you when they

—36—

1   jumped over the fence?

2       A.    No, because when I saw them, that they were

3   jumping, that's when I went into the house.

4       Q.    Did you see any of those agents that jumped

5   over the fence using any kind of gas?

6       A.    No.

7       Q.    Did you see any agents inside the house using

8   any gas?

9       A.    No.

10      Q.    Tell me how the gas affected you.

11      A.    The only way it affected me is that I couldn't

12  breathe, so I went out to the yard.  And since my son

13  was coughing, I went to the house next door, our

14  neighbors.  Then once I left there, then that was it.

15      Q.    Other than the gas not being able -- strike

16  that.

17            Other than the gas having the effect of giving

18  you -- strike that.

19            Did the gas affect you in any other way other

20  than your breathing?

21      A.    No.  The eyes.

22      Q.    What about the eyes?

23      A.    They were burning.  The eyes were burning.

24      Q.    Any other effects?

25      A.    No.



Front of House

Rear of House

EXHIBIT 19

1 3-17-04

Yusleidis Ortiz

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
2
            CASE NO. 03-20588 CIV MOORE
3

4    DONATO DALRYMPLE, et al.,

5              Plaintiff,

6         vs.

7    UNITED STATES OF AMERICA,

8              Defendant.
     -------------------------------x
9

10
                    99 Northeast Fourth Street, Suite 300
11                  Miami, Florida
                    Monday, May 10, 2004
12                  4:13 p.m.

13

14

15        DEPOSITION OF MIRIAM PALACIO

16

17        Taken on behalf of the Defendant before LOIS

18   E. GUFFEY, RDR, Notary Public in and for the State of

19   Florida at Large, pursuant to a Notice of Taking

20   Deposition filed in the above cause.

21

22

23              ORIGINAL

24

25

8

1    from taking him away from Lazaro Gonzalez?

2        A.    Can you repeat that again?

3        Q.    Sure.

4              Were you ever part of any type of organization

5    that was developed to prevent people from taking Elian

6    away from Lazaro Gonzalez?

7        A.    Well, we were there -- at least I was --

8    because the child had come from the sea, and I had come

9    from the sea. And the mother had died trying to get

10   freedom for the child.  And I wanted to see what was

11   going to happen to the little boy, if he was going to be

12   granted this freedom.

13       Q.    Did you ever get involved in the formation of

14   human chains in front of Lazaro Gonzalez's home?

15       A.    Human chain in front?

16       Q.    Yes.  Locking arms with other people.

17       A.    No, I didn't get into that.

18       Q.    Would you agree with me that when the INS and

19   the other law enforcement officers came on April 22nd,

20   2000, to take Elian away, that they did so very early in

21   the morning?

22       A.    Yes.  They got there very early in the

23   morning, yes.

24       Q.    Just before the officers arrived, do you

25   remember where you were?

9

1  A. Sitting at the entrance of the driveway, and I

2 went to get up to drink some coffee, yes.

3  Q. The entrance of whose driveway?

4  A. Of Elian's house.

5  Q. Lazaro Gonzalez's house?

6  A. Uh-huh, yes.

7  Q. Did you have permission to be there?

8  A. All of us that were there, I don't know if we

9 had permission or not, but there we were.

10   (Palacio Exhibit No. 1 was thereupon marked.)

11   MR. HANDLER:  I am marking as Exhibit No. 1,

12  Miriam Palacio --

13   THE WITNESS:  I didn't bring my glasses.  Oh,

14  my God.

15 BY MR. HANDLER:

16  Q. You can't see it?

17  A. I can see it, but I can't distinguish it

18 because my -- I don't have my glasses on.

19  Q. What kind of glasses do you wear?  Are these

20 magnifiers?

21  A. Uh-huh.

22  Q. These are magnifiers.  Can you see?

23  A. With these I see better.

24  Q. Okay.

25  A. You have some things in there that I don't

—10—

1   know what to tell you or how to remember this.  Let me

2   look at it.

3        Q.    Okay.  Just to help you, the house in the

4   center of Exhibit 1 is Lazaro Gonzalez's house.  In

5   front of the house is the street.

6        A.    Uh-huh.  Can I turn it?

7        Q.    Of course.

8              This is where the newspaper people were, and

9   then in front of the newspaper people were the

10  barricades.  And at the end of the street here was more

11  barricades.  These are all people behind the barricades

12  (indicating throughout).

13       A.    I don't see the sofa where we were.

14       Q.    Well, this wasn't taken on April 22nd, 2000.

15  This is just a photograph so you and I can get oriented

16  about where you were.

17       A.    Let me take these off because they bother me,

18  because they are not mine.

19              Well, I would like to explain what I can.

20  Since I have been very ill with my nerves, right now at

21  this moment I am very nervous, and I really would like

22  to explain it to you, but I can't.  I don't know if I am

23  telling you -- perhaps it's here and it's not, because I

24  don't see -- my mind, I want to erase all of that off my

25  mind.  I don't want to.

11

1    Q.   I just want to try to understand where you

2  were when the INS arrived.

3    A.   Let me see how to explain it to you.  The

4  driveway is there.  The people were on one side and on

5  the other side.  The agents that were guarding it, I

6  think you called them police, and since everything

7  happened so suddenly, my mindset was that they had come

8  from Cuba, the Fidel people.  Because they were yelling

9  and, fractions of second, the smoke.  When I reacted,

10  what I did was to take off running because I got

11  frightened.

12    Q.   Okay.  Let me ask you this:  If I were

13  standing in the street, and Lazaro Gonzalez's house was

14  in front of me -- you were sitting, you said, in a couch

15  just before the INS arrived, correct?

16    A.   Yes.

17    Q.   Now, if I were looking at -- if I were

18  standing right in front of Lazaro Gonzalez's house,

19  would you be on the left or on the right side of the

20  house?

21    A.   If you were standing?

22    Q.   Standing in the street, and I was looking at

23  Lazaro Gonzalez's house.  If I were to see you, would

24  you be on the --

25    A.   I think I was on the left-hand side.

12

1      Q.    Now, on the left-hand side there is a pathway

2  between Lazaro Gonzalez's house and the next house; is

3  that correct?

4      A.    Yes.

5      Q.    Was that couch in that pathway between the

6  houses?

7      A.    Yes.

8      Q.    Now, was that couch blocking the pathway, or

9  was it off to one side?

10     A.    No, it was to one side.  It wasn't blocking

11  the pathway, no.

12     Q.    Okay.  Who were you sitting with?

13     A.    A group of people that were there.  Imagine

14  this day, after four years, remembering the people who

15  were there.

16     Q.    So when you were sitting on the couch, did you

17  see the white vans pull up in front of Lazaro Gonzalez's

18  house?

19     A.    I already explained to you that I didn't see

20  anything coming.  I wasn't sitting down.  I already told

21  you that I had gotten up to drink coffee.  But if you

22  want to, I do remember that -- I would explain the way

23  of the thing that I did.

24     Q.    Okay.  Go ahead.

25     A.    Let's say this is the sofa.  I had my purse on

15

1   anyone?

2        A.   I have to say no again, because I didn't see

3   anybody be sprayed.  I was blinded.  I didn't see

4   anything.

5        Q.   Did you come into any physical contact with

6   any of the officers?

7        A.   What do you mean by that?

8        Q.   Did any of the law enforcement officers touch

9   you in any way?

10       A.   No.

11       Q.   Did any of the law enforcement officers spray

12  you directly with the gas?

13       A.   They sprayed it for everybody, not only for me

14  alone.

15       Q.   So the gas was in the air, and you breathed it

16  in?

17       A.   Yes, yes.

18       Q.   Now, you said you got up and you ran.  Where

19  did you run?

20       A.   I was running up the street.  I was running

21  over there.  Can I explain it again?

22       Q.   Well, let me ask you this:  When did you run

23  down the street away from the barricade?

24       A.   Yes, of course, getting away from there.  Yes.

25  Am I going to let them kill me?

16

1        (In English)  Excuse me.

2        (Through the interpreter)  I have to tell you

3   that I didn't think at any time they were law

4   enforcement agents coming to bring Elian out.  What I

5   thought and what came to my mind is what happened to us

6   in Cuba in 1980 at the time of the embassy and so on.

7        Q.    Okay.  Did you have any conversations at all

8   with any of the law enforcement officers on that day?

9        A.    From the ones that were there every day --

10       Q.    No.

11       A.    -- guarding us?

12       Q.    No, the ones on April 22nd, 2000, that took

13  Elian away.

14       A.    No.

15       Q.    Did you see any of the law enforcement

16  officers on April 22nd, 2000, have any contact, physical

17  contact, with any other person?

18       A.    No, I didn't.

19       Q.    How did the gas affect you?

20       A.    Well, when they sprayed the gas -- when I

21  heard the noise, then I went to turn.  I got the gas.

22  And I went like this for a fraction of a second when I

23  could look, when I could -- and they sprayed the gas.

24  Then when I could look, I saw everybody running, so I

25  took off running too.

17

1    Q.    No, but how did the gas affect you?

2    A.    I got dizzy.

3    Q.    Anything else?

4    A.    I got dizzy at that time.  At that time I

5  couldn't see well, and up until now I don't breathe

6  right.

7         Well, at that time what it did was made me

8  dizzy, but it wasn't a long-time dizziness.  It was just

9  for fractions of a second.  Then when I heard the noise,

10  I sort of got disoriented.

11    Q.    How long did you stay in the area before you

12  ran away?

13    A.    How long did I stay in that area?  Let me see

14  if I remember how long.

15         I don't remember how long, how much time.  Why

16  should I tell you something that I really don't

17  remember?  I don't know for how long because I didn't

18  have a watch.

19    Q.    Now, you said you couldn't see.  How long

20  did -- when did your vision return to normal?

21    A.    Fractions of a second.

22    Q.    You said that you -- at the time that you

23  breathed in the gas on April 22nd, 2000, you had

24  difficulty breathing, correct?

25    A.    Yes.

18

1    Q.    You said you -- that problem has continued up

2  to the present day?

3    A.    Not as often until today.   Let me see how I

4  explain this to you.

5          I don't know how to explain this, but when I

6  hear a noise, I get short of breath, I get frightened, I

7  don't sleep.

8    Q.    Did you receive any medical care at all for

9  effects of the gas?

10   A.    Yes, I did.

11   Q.    When did you receive the treatment?

12   A.    I went there a short time later because I

13 didn't feel good.   They told me go see the doctor.   Then

14 I went to see the doctor.   Then they did this to me.

15   Q.    Did what to you?

16   A.    He asked me what happened.   He took my blood

17 pressure.   They put things over here, over there

18 (indicating), the things that doctors do when you

19 explain to them you don't feel good.

20   Q.    When did you go to receive this treatment;

21 what day?

22   A.    Oh, my God.

23   Q.    How long -- about how many days after?   Was it

24 the same day?

25   A.    Several days after that.

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2

CASE NO. 03-20588 CIV MOORE

3

4    DONATO DALRYMPLE, et al.,

5            Plaintiff,

6        vs.

7    UNITED STATES OF AMERICA,

8            Defendant.

9    ------------------------------x

10

11                    99 Northeast Fourth Street, Suite 300
                      Miami, Florida
12                    Monday, May 10, 2004
                      2:45 p.m.

13

14

15

16        DEPOSITION OF CRISTOBAL JOSE PERAZA

17

18        Taken on behalf of the Defendant before LOIS

19   E. GUFFEY, RDR, Notary Public in and for the State of

20   Florida at Large, pursuant to a Notice of Taking

21   Deposition filed in the above cause.

22

23                    CERTIFIED COPY

24

25

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

—2—

1    APPEARANCES:

2            JUDICIAL WATCH, INC.
             100 Southeast 2nd Street, Suite 3920
3            Miami, Florida  33131-2148
             By:  ED FARRES, ESQ.
4            Appearing on behalf of the Plaintiffs.

5            OFFICE OF THE UNITED STATES ATTORNEY
             Benjamin Franklin Station
6            P.O. Box 888
             Washington, DC  20044
7            By:  STEPHEN E. HANDLER, Esq.
             Appearing on behalf of the Defendant.

8    ALSO PRESENT:

9
             Isabel Duquesne, Interpreter
10           Alberto De La Cerra, Interpreter

11

12

13           * * *  I N D E X  * * *

14   WITNESS                                    PAGE

15   CRISTOBAL JOSE PERAZA

16      DIRECT EXAMINATION BY MR. HANDLER         3

17

18   CRISTOBAL PERAZA EXHIBITS MARKED FOR IDENTIFICATION

19   1    Photograph                             18

20   2    Photograph                             29

21

22

23

24

25

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

19

1    Q.    Is this the door that you left the house that

2    day?

3    A.    Yes, sir.

4    Q.    Can you just put a circle around that door.

5    A.    (Complied.)

6    Q.    You put a circle around the door of the house

7    in Exhibit 1.  That is the door you exited on April

8    22nd, 2000, correct?

9    A.    Yes.

10   Q.    This door is like in a pathway between your

11   house and Lazaro Gonzalez's house, correct?

12   A.    Yes.

13   Q.    And you ran out that door toward the street;

14   is that correct?

15   A.    Yes.

16   Q.    How far did you get before you had to stop?

17   A.    I stopped very quickly.  I would say I just

18   took a few steps, because as soon as you came out of the

19   house, the smell was just unbearable.  My wife was the

20   one that was able to make the most forward position, and

21   I thought that she would choke.

22   Q.    Now, can you just make an X or line and an X

23   to the farthest spot you got, approximately.

24   A.    It could have been this far (indicating).

25   Q.    Can you make it a little darker?

—20—

1      A.    (Complied.)

2      Q.    There you go.

3      A.    That's possible.

4      Q.    How far ahead was your wife?

5      A.    Probably this far (indicating).

6      Q.    So the X closest to the street is

7  approximately where your wife was, and the X behind her

8  is where you were.

9      A.    Once you are affected by the gas, once you

10  come in contact with the gas, it's very difficult --

11  extremely difficult to see, to breathe.  Your eyes

12  water, you feel badly, you can hear the screams.  But

13  more or less that distance away from each other we found

14  ourselves.  It's possible that she reached out even

15  further.

16      Q.    I am just asking just in general.

17      A.    Yes.

18      Q.    When you exited your house and you looked down

19  the pathway toward the street --

20      A.    Yes.

21      Q.    -- did you see any of the law enforcement

22  officers?

23      A.    Yes.

24      Q.    Now, where were they located, approximately?

25      A.    Here (indicating).

1      Q.    You are talking about in front of Lazaro

2    Gonzalez's house?

3      A.    In front of my house.

4      Q.    Can you just draw a circle about approximately

5    where you saw them.

6      A.    Here (indicating).  There were several.  As

7    far as I could see --

8      Q.    Okay.  Just draw a circle about where you saw

9    them?

10     A.    (Complied.)

11     Q.    In that area?

12     A.    But I want you to understand these things

13   happened extremely fast.

14     Q.    I understand.

15           So on Exhibit 1 you have drawn a large circle

16   with a little circle inside in the approximate area

17   where you first saw law enforcement officers after you

18   have exited your home.

19     A.    Yes.  I was told that there were agents on top

20   of my house.  That's what I -- but I did not see them.

21     Q.    Now, did you see any agents in the pathway

22   between Lazaro Gonzalez's house and your house before

23   your wife and yourself all went back into the house?

24     A.    No.

25     Q.    The agents that were out in the street, were

25

1    A.    The thing is that once they got out of the --

2    they got out, they had their finger on the trigger of

3    the gas gun.  And you could hear voices saying things.

4    Q.    Do you remember them saying, "Federal agents,

5    get back behind the barricades"?

6    A.    No, I didn't hear that.

7    Q.    Did you ever hear them say anything like

8    "Federal agents, get back, stay back"?

9    A.    Afterwards I did hear screams like that, along

10   with swear words that were being said.  Some things were

11   being said in English as well as in Spanish.

12   Q.    Your wife testified when you guys left the

13   house, you guys all ran out quickly.  Then the gassing

14   started.  Then you ran back inside the house.  Is that

15   correct?

16   A.    Yes.

17   Q.    And that before you went back into the house,

18   you saw other agents running from behind the house up

19   the pathway; is that correct?

20   A.    Yes.

21   Q.    Did you have any physical contact at all with

22   the agents that came from behind the house?

23   A.    No, sir.

24   Q.    Did you have any physical contact at all with

25   any of the agents at any point in time on April 22nd,

26

1  2000?

2      A.    No.

3      Q.    Did you have any conversations at all with any

4  of the agents that were there on April 22nd, 2000?

5      A.    A few hours before all this thing happened,

6  we -- as I said before, I was -- we were talking,

7  Marisleysis and Delfin and I in the driveway to my

8  house, a man that I identified as perhaps being from the

9  police or some other interested party, and he told me

10 that there was some cable behind my house, that there

11 could be some cable down that could maybe -- he wanted

12 to look at it; so it wouldn't -- the cable wouldn't

13 touch anybody or nobody could touch the cable.

14          I went in.  We couldn't find the cable.  We

15 reached the rear limits of the property.  After that, I

16 took it to be that perhaps he was one of the agents that

17 was taking part in the operation.  That's possible.

18     Q.    Any other conversations with any other law

19 enforcement officers on April 22nd, 2000?

20     A.    Not that I recall.

21     Q.    Now, your wife told me that when you all went

22 back inside the house, at least she came back outside a

23 second time.  Did you also come back outside the second

24 time?

25     A.    Yes, sir.

—27—

1      Q.     How long did you --

2      A.     After -- after -- just a few seconds

3  afterwards.

4      Q.     When you -- strike that.

5             When you stayed inside, did you look out the

6  window again?

7      A.     I don't recall.

8      Q.     When you went back outside the second time,

9  where did you go?

10     A.     Then by that time I had come out this far, and

11  they were taking him away, and then the vans were

12  backing out.

13     Q.     So you came out to the end of the pathway?

14     A.     Yes.

15     Q.     From where you were standing, you could see

16  the front door of Lazaro Gonzalez's house?

17     A.     Yes, because they started to come -- the

18  people that knew I was a doctor started to call me

19  because people were injured.  There were people that

20  were laying down on the ground.

21     Q.     My question is from where you were standing

22  the second time, you came outside your house, you could

23  see the front door of Lazaro Gonzalez's house; is that

24  correct?

25     A.     Yes.

28

1      Q.   And if you look to your right, you could see

2 where the barricade was on the end of the street where

3 the protesters were, in that general direction?  You

4 could see in both directions, correct?

5      A.   Yes.

6      Q.   When you looked to your right, could you see

7 protesters jumping over the barricade and running toward

8 Lazaro Gonzalez's house?

9      A.   Yes.

10      Q.   You could see them in the street in front of

11 you?

12      A.   Yes.

13      Q.   And you can see all this before they took

14 Elian outside, out of the house?

15      A.   No.  Inside of my house.  Some people didn't

16 go by -- didn't go through.  But I don't know if they

17 came out this door or the other one.  What they would do

18 is splash water on themselves and try to breathe.

19      Q.   When you came out of your house the second

20 time and you were standing in the aisleway between your

21 house and Lazaro Gonzalez's house --

22      A.   Yes.

23      Q.   -- you saw them take Elian out of Lazaro

24 Gonzalez's house, correct?

25      A.   No.

-29-

1    Q.    You did not see that?

2    A.    No.

3    Q.    Your wife said she saw that.

4    A.    She saw it, but I did not.

5    Q.    When you came outside the house the second

6    time, were the vans still in front of Lazaro Gonzalez's

7    house?

8    A.    No.  They were backing up.

9    Q.    They were backing away.  Okay.

10         Did your wife come out the second time before

11   you did?

12   A.    Yes.

13   Q.    Now, when vans were backing away, did you see

14   protesters throwing things at the law enforcement

15   officers?

16   A.    I think I saw them throw water bottles.  I

17   think a plastic chair.

18   Q.    What else?

19   A.    Nothing else that I recall.

20         MR. HANDLER:  I am going to mark this.

21         (Cristobal Peraza Exhibit No. 2 was thereupon

22   marked.)

23   BY MR. HANDLER:

24   Q.    This is going to be marked as Cristobal Peraza

25   Exhibit 2.  This picture was taken on April 22nd, 2000,

—30—

1    actually.  Do you see the officers with "INS federal

2    officer" on their shirts?

3         A.    Yes.

4         Q.    Those are the types of officers you saw that

5    day, correct?

6         A.    Yes.

7         Q.    Now, this is the street in front of your

8    house.

9         A. — Yes.

10        Q.    You see some of the protesters standing in the

11   street there?

12        A.    Yes.

13        Q.    And behind them there is where the barricade

14   was located.

15        A.    Yes.

16        Q.    At any point in time did you ever see, before

17   the gassing started, protesters standing in the street

18   in front of the officers?

19        A.    No.  I was inside my house.

20        Q.    Do you see this stool right here?

21        A.    Yes.

22        Q.    That stool is being thrown from behind the

23   barricade toward the officers.  Did you see that happen?

24        A.    No.

25        Q.    When you ran out the second time, and the vans

1  are -- were pulling away, did you see any of the

2  officers gassing anybody in the street?

3      A.    The second time I am not certain, but I did

4  see -- not that, but a plastic chair being thrown.  I am

5  not certain.  But I did see -- I am certain that I saw

6  that, and the bottles being thrown.

7      Q.    When did you see that; the first time you went

8  out or the second time?

9      A.    No, the second time I went out.  The vans were

10  leaving, and they were throwing things at them then.

11      Q.    Now, other than breathing in the gas, did you

12  receive any physical injury?

13      A.    No.

14      Q.    Describe for me how the gas affected you.

15      A.    The first thing was conjunctivitis and

16  bronchitis, cough, a lot of nasal secretions and dryness

17  in the throat.

18      Q.    Anything else?

19      A.    And the tearing, which I think is a proper --

20  logical effect of that.

21      Q.    Anything else?

22      A.    Not that I recall.

23      Q.    How long did these effects last?

24      A.    Approximately 48 to 72 hours.

25      Q.    Did you receive any medical treatments for any

-32-

1  of these effects?

2       A.    Yes, but it was not documented.

3       Q.    What type of medical treatment?

4       A.    Eyedrops, Prednisol.  Prednisol, eyedrops.

5       Q.    Eyedrops.  Okay.

6       A.    And also Prednisol orally.

7       Q.    What is that?

8       A.    A steroid.

9       Q.    How do you spell that?

10      A.    Steroid?  What do you want to spell?

11      Q.    Prednisol.

12      A.    P -- may I write it down here for you?

13      Q.    Sure.

14      A.    P-R-E-D-N-I-S-O-L.

15      Q.    How long did you take that?

16      A.    I took it for a short time, only 48 hours.

17      Q.    Any other treatment other than what you have

18  described?

19      A.    No.

20      Q.    Did you have any emotional problems as a

21  result of what occurred on April 22nd, 2000?

22      A.    No.

23      Q.    Let me ask you this:  When you heard the noise

24  on April 22nd and you looked out your window, and you

25  knew there were government agents out there, why did you



EXHIBIT

19    5-10-04

C. Peraza

— 1 —

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
2
           CASE NO. 03-20588 CIV MOORE
3

4    DONATO DALRYMPLE, et al.,

5               Plaintiff,

6          vs.

7    UNITED STATES OF AMERICA,

8               Defendant.
     -------------------------------x
9

10
                    99 Northeast Fourth Street, Suite 300
11                  Miami, Florida
                    Monday, May 10, 2004
12                  1:26 p.m.

13
                    CERTIFIED COPY
14

15

16          DEPOSITION OF MADELEINE PERAZA

17

18          Taken on behalf of the Defendant before LOIS

19   E. GUFFEY, RDR, Notary Public in and for the State of

20   Florida at Large, pursuant to a Notice of Taking

21   Deposition filed in the above cause.

22

23

24

25

2

1    APPEARANCES:

2            JUDICIAL WATCH, INC.
             100 Southeast 2nd Street, Suite 3920
3            Miami, Florida  33131-2148
             By:  ED FARRES, ESQ.
4            Appearing on behalf of the Plaintiffs.

5            OFFICE OF THE UNITED STATES ATTORNEY
             Benjamin Franklin Station
6            P.O. Box 888
             Washington, DC  20044
7            By:  STEPHEN E. HANDLER, Esq.
             Appearing on behalf of the Defendant.

8    ALSO PRESENT:

9
             Isabel Duquesne, Interpreter
10           Alberto De La Cerra, Interpreter

11

12              * * *  I N D E X  * * *

13   WITNESS                                      PAGE

14   MADELEINE PERAZA

15      DIRECT EXAMINATION BY MR. HANDLER              3

16

17   M. PEREZA EXHIBITS MARKED FOR IDENTIFICATION  PAGE

18   1, copy of photo                               8

19   2, copy of photo                              12

20   3, copy of photo                              23

21

22

23

24

25

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

—12 —

1      Q.    So the door -- if I am standing in the -- in

2   your doorway, your doorway would actually be facing

3   Lazaro Gonzalez's house?

4      A.    Not facing it.  From the side as you go out.

5      Q.    If I am standing in the doorway that you are

6   going out, what am I looking at?  Am I looking at Lazaro

7   Gonzalez's house or am I looking at the street?

8      A.    Lazaro's house.

9      Q.    So you open the door and walk-out, you are

10  walking toward Lazaro Gonzalez's house, and you had to

11  take a right to go to the street, correct?

12     A.    Yes, correct.

13     Q.    Is that your door right there?

14     A.    Yes.

15          MR. HANDLER:  Okay.  Let's mark this·as

16     Exhibit 2.

17          (Madeleine Peraza Exhibit No. 2 was thereupon

18  marked.)

19  BY MR. HANDLER:

20     Q.    I am marking what is Madeleine Peraza

21  Exhibit 2.

22          This is a close-up shot of the Gonzalez family

23  home and your house, correct?

24     A.    Yes.

25     Q.    And is my pen pointing to the door that you

13

1   exited on April 22nd, 2000, when the officers arrived?

2      A.   Yes.

3      Q.   So you went out this door and between the

4   houses toward the street, correct?

5      A.   Yes.

6      Q.   How far did you get before you got sprayed?

7      A.   Up to here (indicating), yes.

8      Q.   Could you take your pen and circle the door

9   and then draw a line with an X to the point where you

10  stopped and got sprayed?

11     A.   (Complied.)

12     Q.   Put an X where you stopped.

13     A.   (Complied.)

14     Q.   So in Exhibit 2, you have circled the door you

15  exited and the path you took to stop when you got

16  sprayed.

17     A.   Yes.

18     Q.   Now, the officer that sprayed you, can you

19  describe the device he was holding that he sprayed you

20  with?

21     A.   He had in his hand something like a weapon,

22  something that looked like that.

23     Q.   Was he wearing any kind of tanks on his back?

24     A.   The officer?

25     Q.   Yes.

14

1      A.    Think not, no.  I didn't see him from the

2   back, though.

3      Q.    When you were walking toward the street, did

4   you see other people other than law enforcement officers

5   running toward Lazaro Gonzalez's house?

6      A.    No.

7      Q.    Did you see anybody other than law enforcement

8   officers in the street?

9   —   A.    No, not at that moment.

10     Q.    When you got sprayed by the officer, how far

11  was the officer from you?

12     A.    My car was right here (indicating), and he

13  stopped right behind my car.

14     Q.    Okay.  You are pointing to an area that is in

15  the street that was -- is that correct?

16     A.    My car is parked here (indicating).

17     Q.    Okay.

18     A.    Behind my car, right here is where they parked

19  like this (indicating).

20     Q.    But where was the officer that sprayed you?

21  Where was he located?

22     A.    He got off the van and came walking towards

23  here (indicating).

24     Q.    Toward you in the pathway?

25     A.    Yes.

—19—

1  correct?

2      A.    Yes.

3      Q.    And while you were doing that, you saw other

4  officers coming toward you from behind your house?

5      A.    Yes.

6      Q.    Did you have any conversations with any of

7  those officers?

8      A.    No.

9      Q.    Then you went right-into your house, and the

10  officers went right by you; is that right?

11     A.    I think so, yes.

12     Q.    Did you close the door?

13     A.    No.

14     Q.    Did any of the officers come in your house?

15     A.    No.

16     Q.    At any point in time during April 22nd, 2000,

17  did you have any physical contact with any of the

18  officers?

19     A.    No.

20     Q.    Now, you said that -- how long did you stay in

21  the house before you went back out again?

22     A.    Not for a long time, because we had a lot of

23  smoke in the house.

24     Q.    Okay.  Well, if I get the scenario correct

25  here, you heard noise.  You went outside the house.  You

—20—

1    got sprayed, went back in the house, and then you went

2    back out -- you came back outside again; is that

3    correct?

4         A.    Yes.

5         Q.    When you came back out again, you saw the

6    agents shooting gas at people, you saw the lady take

7    Elian out of the house, and you saw the vans back away

8    with Elian inside the vans, correct?

9       -  A.    Yes.

10        Q.    Now, I have to know how long you were in the

11   house until you came back outside again.  Can you give

12   me an idea of how long that period of time was?

13        A.    Well, I went in.  I opened the freezer.  I put

14   my head in to get some air.  I closed it.  And we went

15   out again.  I don't know how long.  I don't know how

16   long it took me to do that.

17        Q.    Are we talking, like, less than a minute?

18        A.    Perhaps less than a minute.

19        Q.    Could it be more than five minutes?

20        A.    No.

21        Q.    So it was a very short period of time?

22        A.    Yes.

23        Q.    Okay.  Before you went outside the house a

24   second time, did you look out any of the windows on the

25   street?

—21—

1   A.   Before I went out for the second time?

2   Q.   Yes.

3   A.   No.

4   Q.   When you went out the second time, did you

5   exit the same door that you exited the first time?

6   A.   Yes.

7   Q.   Where did you go the second time?

8   A.   The same place, outside.

9   Q.   Yeah, but how far did you go?

10   A.   Almost the same point where my car was at.

11   Q.   So just a little bit farther than you went the

12   first time?

13   A.   Yes.

14   Q.   But you were still, like, in between the

15   houses?

16   A.   Yes.

17   Q.   So you could see Lazaro Gonzalez's house on

18   the left, and on the right you could see the street

19   where the barricade was, correct?

20   A.   Yes.

21   Q.   Now, when you were in that position, did you

22   see a whole bunch of protesters in front of Lazaro

23   Gonzalez's house?

24   A.   Yes.

25   Q.   Now, you could see them all in the street in

22

1   front of you, correct?

2        A.   Yes.

3        Q.   And you could see the INS officers in the

4   street in front of you spraying the gas; is that

5   correct?

6        A.   Yes.

7        Q.   Did you see the protesters form human chains

8   in front of the house, Lazaro Gonzalez's house?

9        A.   I saw the pro- -- them in front there.  I

10  don't know they were forming human chains or not.  I saw

11  them.  I don't know if they were forming human chains,

12  because by that point in time the van was already in

13  retreat.

14       Q.   When you came out the second time -- wait a

15  minute.  You came out the second time.  Before·the vans

16  retreated, you saw them take Elian out of the house,

17  correct?

18       A.   Yes.

19       Q.   You saw the lady holding Elian in her arms,

20  correct?                                        --

21       A.   I know when she came down with him, I know she

22  went to the other side.  All I know is she got in.

23       Q.   Now, did you see one of the protesters try to

24  grab Elian away from the INS officer that had Elian in

25  her arms?

-23-

1      A.    No.

2      Q.    When you came out -- before you saw Elian

3  being taken out of the house, did you see the protesters

4  on the other side of the barricade throwing things at

5  the officers?

6      A.    I saw them throwing water bottles.   Whenever

7  they will fire the gases, they would throw water bottles

8  and paper.   I don't know exactly what, but they were

9  throwing something at them.

10     Q.    Did you see them throwing objects at the INS

11  officers before the officers were gassing people?

12     A.    Well, that I couldn't see.

13     Q.    Let me show you what has been marked as

14  Exhibit No. 3.

15          (Madeleine Peraza Exhibit No. 3 was thereupon

16  marked.)

17  BY MR. HANDLER:

18     Q.    This was taken on the day of April 22nd, 2000.

19  The men dressed in the uniforms, that says "INS federal

20  officers" are some of the officers that were there that

21  day?

22     A.    Yes.

23     Q.    They're standing in the street in front of

24  your house?

25     A.    Yes.









```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3                        CASE NO. 03-20588 CIV MOORE

 4
     DONATO DALRYMPLE,
 5
                 Plaintiff,
 6
     ──        vs.
 7
     UNITED STATES OF AMERICA,
 8
                 Defendants.
 9   ------------------------------x

10

11                   99 N. E. Fourth
                     Miami, Florida
12                   Monday, 2:00 p.m.
                     February 2nd, 2004
13

14

15

16   DEPOSITION OF  SERGIO PEREZ-BORROTO

17

18

19        Taken on behalf of the Defendant before LOIS

20   E. GUFFEY, RDR, Notary Public in and for the State of

21   Florida at Large, pursuant to a Notice of Taking

22   Deposition filed in the above cause.

23

24

25                                              COPY
```

21

1      A.    Yes.

2      Q.    Okay.  Turn to the third page, where it says,

3   supplemental statement.  The very first paragraph under

4   Box 8, just tell me if you agree with this:  Mr. Sergio

5   Perez-Borroto was in his home; is that correct?

6      A.    Yes.

7      Q.    Mr. Perez-Borroto's home is across the street

8   and a few houses to the right of the Gonzalez family

9   home?

10     A.    Yes.

11     Q.    When the raid began, Mr. Perez-Borroto was in

12  his home, period.  He heard yelling and loud noises so

13  proceeded to run out of the house to the street.

14     A.    Yes.

15     Q.    Mr. Perez-Borroto attempted to jump the

16  barricade in order to assist fallen peaceful protesters?

17     A.    Yes.

18     Q.    Mr. Perez-Borroto became very disoriented and

19  blacked out?

20     A.    Yes.

21     Q.    He awoke in the yard of the Gonzalez family

22  home when the raid was over.

23     A.    Yes.

24     Q.    Okay.  So you agree with all those?

25     A.    Yes.

—25—

1    A.    By that time I didn't see any other agents.  I

2  didn't see any agents by that time, at that point in

3  time.

4    Q.    Now when you jumped over the barrier, do you

5  remember seeing the white vans, INS vans, in front of

6  the Gonzalez house?

7    A.    From this point on until the point that I left

8  there, I don't know what happened.

9    Q.    So after you jumped the barrier, you don't

10  know what happened?

11    A.    No.

12    Q.    When you came up to the barrier, before you

13  jumped the barrier, did you see the INS agents in front

14  of the Gonzalez house?

15    A.    No.  What I saw were Martians.

16    Q.    Martians?

17    A.    Yes, with big eyes.

18    Q.    You mean they looked like Martians?

19    A.    Yes.  I didn't know who they were.  To me it

20  seemed like we were being attacked from another planet.

21    Q.    Okay.  Do you remember how they were dressed?

22    A.    They were all covered up with like these

23  masks.

24    Q.    Did you see anything on their shirts or on

25  their backs that told you who they were?

29

1       A.      Yeah.   Everybody was talking about that.

2       Q.      Okay.   So the day that they took Elian away

3   and before you jumped over the barricade, you knew that

4   the government would probably come there at some point

5   in time and take Elian away.

6       A.      Yes.

7       Q.      Okay.   Now when you jumped over the barricade,

8   are you saying here in this deposition that when you

9   passed the barricade you didn't know that individuals in

10  Exhibit 3 were law enforcement officers (indicating)?

11      A.      Well, I suppose they were agents of the --

12  agents -- law enforcement officers.

13      Q.      But you continued to the Gonzalez family home

14  anyway to help Elian?

15      A.      Yes.   Because I wanted to assist -- help

16  friends that I had there.

17      Q.      All right.   How were you going to help them?

18      A.      To get them out of there.

19      Q.      To get who out of there?

20      A.      The boys that were there.

21      Q.      You mean Elian?

22      A.      No.

23      Q.      Who?

24      A.      Boys.   I don't recall their names right now.

25  There was one that was called Barbarito.   There was one

—30—

1   that we called Bicycle, Bicicleta, that that boy had

2   left his home and he had been there for about two weeks.

3   And I would take food over to him. And I knew, knowing

4   that he was there, I thought they were going to do

5   something to him.

6       Q.   Okay. So you crossed the police barricade

7   knowing that there were police there because you wanted

8   to help a boy that was a friend of yours?

9       A.   Yes.

10      Q.   Did you actually come in contact with any of

11  the federal officers that you remember?

12      A.   I don't recall what happened. I don't recall

13  after the barricade. Now I recall something else. Yes.

14  I remember holding one of them, embracing one of them,

15  one of the young men, to hold him back so that he

16  wouldn't do anything else, because I was fearful that he

17  did something -- they would strike him.

18      Q.   Oh, you were -- this is not a law enforcement

19  person, it's someone else?

20      A.   No. I held him so they wouldn't do anything

21  to him because he wanted to continue fighting with them.

22      Q.   Who was this person?

23      A.   Barbarito. I think that that was his name,

24  Barbarito. If I were to see a photograph of his. But I

25  would have to look at the photograph. He didn't have a

-31-

1   shirt on.  He had to take it off because all the liquid,

2   all the fluid.  And the blood.

3        Q.    Before you jumped over the barricade did you

4   see any smoke in the air?

5        A.    Yes.

6        Q.    Could you smell it?

7        A.    Yes.

8        Q.    What did it smell like?

9        A.    I don't know.

10       Q.    Okay.  Did the -- did you breathe in any of

11  the smoke?

12       A.    Yes.

13       Q.    And how did it affect you?

14       A.    I think that's what may caused the fact that I

15  couldn't remember anything afterwards.

16       Q.    Did that smoke have any effect upon your eyes?

17       A.    I think it was the liquid that they threw at

18  me and not the smoke.

19       Q.    Liquid.

20       A.    Yes.  It was like a spray, like a stream.  And

21  it was here (indicating).

22       Q.    Sprayed the crowd?  Okay.  Let me just show

23  you this real quick.  I am not going to make it a

24  exhibit.  Do you see this photograph here?  Do you see

25  this smoke?  Is that what you are talking about?





EXHIBIT
Perez-Borroto
2 for ID
19 2-2-04

1

1

2              UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
3
                   CASE NO. 03-20588 CIV MOORE
4

5    DONATO DALRYMPLE,

6                   Plaintiff,

7              vs.

8    UNITED STATES OF AMERICA,

9                   Defendant.
     - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
10

11   -

                                99 N. E. Fourth Street
12                              Miami, Florida
                                August 10, 2004
13                              2:50 p.m.

14

15

16              DEPOSITION OF ANGEL PINA

17              Taken on behalf of the Defendant

18   before LOIS E. GUFFEY, RDR, Notary Public in

19   and for the State of Florida at Large, pursuant

20   to a Notice of Taking Deposition filed in the

21   above cause.

22

23                                      COPY

24

25

```
 1        APPEARANCES:

 2            JUDICIAL WATCH, INC.

 3            501 School Street, S.W., Suite 500

 4            Washington, DC 20024

 5            By:  Paul Orfanedes, Esq.

 6            Appearing on behalf of the Plaintiffs.

 7

 8            U.S. DEPARTMENT OF JUSTICE

 9            1331 Pennsylvania Avenue, Northwest

10            Washington DC 20004

11            By:  Stephen E. Handler, Esq.

12

13            And Dimple Gupta, Esq.

14            RFK Main Justice Bldg, Room 3613

15            950 Pennsylvania Avenue, NW

16            Washington, DC 20530

17            Appearing on behalf of the Defendant.

18

19        ALSO PRESENT:

20            Irene Garcia, Investigator

21

22

23

24

25
```

10

1      Q.    Did you ever have conversations with

2  anyone regarding the possibility that someone would

3  go to Lazaro Gonzalez's home and take Elian away?

4      A.    No.

5      Q.    Did you ever participate in any of the

6  activities of the protestors that were around

7  Lazaro Gonzalez's home?

8      A.    No.

9      Q.    Did you ever see any of the protestors

10  form human chains by interlocking arms in front of

11  Lazaro Gonzalez's?

12      A.    Yes.

13      Q.    And when did you see that?

14      A.    I don't remember now but I saw it once.  I

15  did see.  I -- talking four years, five years ago,

16  so I don't remember.  But I did see it once.

17      Q.    And that was prior to April 22nd, 2000?

18      A.    Yes.

19      Q.    Did you ever participate in that?

20      A.    No.

21      Q.    I will mark this as Deposition Exhibit

22  number 1.

23      (Angel Pina Exhibit  1 is marked.)

24  BY MR. HANDLER:

25      Q.    Mr. Pina, I am showing you what is

11

1   Deposition Exhibit number 1.  It's an aerial

2   photograph of the neighborhood where you live.

3       A.    Uh-huh.

4       Q.    Okay.  Now for sake of brevity I am going

5   to point out some landmarks here.  My pen is on the

6   roof of Lazaro Gonzalez's home.

7       A.    Right.

8       Q.    You agree with that?

9       A.    That's the building --

10      Q.    The apartment building is next door?

11      A.    There it is.  Yeah.  That's it right

12  there, yeah.

13      Q.    I am going to write just a little LG next

14  to it.  All right.  Now going down the street,

15  there was a police barricade where protesters could

16  come?

17      A.    Exactly.

18      Q.    If I go past that, down the street, I come

19  to a building that your wife identified as the home

20  where you are?

21      A.    That's exactly where it is, yes.  My

22  house.

23      Q.    Your house.  I am going to write on the

24  roof here, AP, your initials.

25      A.    Correct.

FERNANDEZ & ASSOCIATES   (305) 374-8962

12

1    Q.   Just notice I am doing this because I am

2  trying to use this Exhibit 1 as a reference point

3  so you can understand where you were, what you saw.

4    A.   Okay.

5    Q.   This photograph wasn't taken on April

6  22nd.  It was probably taken sometime before that,

7  but we are just using it for purposes of trying to

8  identify landmarks and what you did.  Okay?  Fair

9  enough?

10   A.   Fair enough.

11   Q.   Okay.  Now on April 22nd, 2000 you were in

12 your home with your wife and your daughter,

13 correct?

14   A.   Correct.  And her grandmother.  My wife's

15 grandmother.  She lives with us but she didn't want

16 no part of this.

17   Q.   She wants no part of this.

18   A.   No.

19   Q.   So she's not a plaintiff in this case?

20   A.   She suffers dementia.

21   Q.   Okay.  That's fine.  On April 22nd, 2000

22 would you agree with me that law enforcement

23 officers came that day very early in the morning to

24 take Elian away?

25   A.   Yes.

13

1     Q.   What first alerted you to the presence of

2   the officers?

3     A.   Shots.

4     Q.   You heard shots?

5     A.   I heard shots.  I don't know what they

6   were, you know.  They were just shots.

7     Q.   So would you describe them as popping

8   sounds?

9     A.   Popping sounds.  That's what it was.

10     Q.   Did you see anybody shooting?

11     A.   No.

12     Q.   So it sounded like shots to you, but you

13   have no idea where they came from or who was

14   shooting, correct?

15     A.   Correct.

16     Q.   What else did you hear that alerted you to

17   the presence of the law enforcement officers?

18     A.   Screaming.

19     Q.   Could you hear what they were saying?

20     A.   I did hear this one lady say, "They're

21   taking him away."

22     Q.   Do you know who that lady was?

23     A.   No.  I have no idea.

24     Q.   Did you -- strike that.  Is there anything

25   else that alerted you to the presence of the

1    officers other than the shots and the screaming?

2       A.   My neighbor across the street.  Yeah.

3    Just saying -- him screaming, you know, like

4    nervous, that he's -- he wants no part of this

5    either, too, you know.

6       Q.   Okay.  You just heard him screaming

7    because you recognized his voice?

8       A.   Whose voice?

9       Q.   Your neighbor.  You heard screaming but

10   you identify him because --

11       A.   Yes, exactly.

12       Q.   -- you recognized his voice?

13       A.   Like saying, "Let's go out there," you

14   know.

15       Q.   Did he say anything else, other than,

16   "Let's go out there"?

17       A.   No.

18       Q.   Anything else that alerted you to the

19   presence of the officers other than what you have

20   already testified to?

21       A.   No.

22       Q.   Did you go outside --

23       A.   Yes.

24       Q.   -- immediately or did you look out the

25   window first?

1      A.    I just ran outside.  I didn't go -- I
2  didn't look out the window.
3      Q.    When you ran outside, what did you do?
4      A.    My neighbor was calling me and I -- I am
5  in the south side, okay.  And I look toward Elian's
6  house, and I saw smoke, all kinds of smoke.
7      Q.    Now from where you were --
8      A.    Uh-huh.
9      Q.    --- you were standing on your property,
10 correct?
11     A.    Yes.
12     Q.    And you are looking down the street toward
13 Elian's house?
14     A.    Right.  I came out all the way up to here
15 (indicating).
16     Q.    So you are pointing to the street?
17     A.    Not the street.  My fence.  I am fenced.
18 Okay.  And I was beside my house, and I saw the
19 smoke and I saw --
20     Q.    I am sorry.  Go ahead.
21     A.    Okay.  I wasn't -- I went outside --
22     Q.    Right.
23     A.    -- after I heard my friend.
24     Q.    Right.
25     A.    Outside I saw the smoke.  I saw smoke.

1      Q.    In the -- over by Elian's house?

2      A.    Yes.

3      Q.    So are you talking about smoke beyond the

4  barricade?

5      A.    Yes.    Everywhere.

6      Q.    So we are talking about smoke in the

7  street in front of Elian Gonzalez's?

8      A.    Everywhere.    You couldn't see.

9      Q.    You are talking about the entire street?

10     A.    Yes.    The entire street, from here, from

11  there, from that barricade, all the way to the

12  corner, all the way to here.    I mean they had

13  camera crews there.    You couldn't even see them.

14     Q.    Let's identify this for the record.    You

15  came out of your house but you were still on your

16  property, correct?

17     A.    Yes.

18     Q.    And you looked down the street in the

19  direction of Elian Gonzalez's home?

20     A.    Correct.

21     Q.    Toward Lazaro Gonzalez's home?

22     A.    Correct.

23     Q.    Separating your home from Lazaro

24  Gonzalez's home is a police barricade, correct,

25  which is where all of these people are?

17

1      A.    Not correct.  Because there is a house

2  here.

3      Q.    No.  I am saying down the street.

4      A.    Yeah.

5      Q.    The street was --

6      A.    Yeah, exactly.

7      Q.    What you are saying is you saw smoke on

8  the barricade -- part of the barricade that -- on

9  the other side of the barricade all the way down

10  the street past Elian Gonzalez's -- or Lazaro

11  Gonzalez's home, correct?

12      A.    I saw smoke everywhere, okay.  And then

13  they came back and they shot smoke at the camera

14  crew.  And there was a cop there present, and he

15  got it, too, a Miami police officer.

16      Q.    Let me just stop you here.  If we look at

17  Exhibit No. 1 --

18      A.    Okay.

19      Q.    -- across the street from Lazaro

20  Gonzalez's home --

21      A.    Uh-huh.

22      Q.    -- there was -- there were camera crews,

23  correct?

24      A.    Well, not directly across from.  We are

25  talking in the corner.

18

1     Q.   I am just saying take a look at this

2   picture here, okay.  You see the police barricade

3   in the middle of the picture?

4     A.   Yes, yes.

5     Q.   From that point going --

6     A.   Okay.

7     Q.   -- down the street, across the street all

8   the way to the corner --

9     A.   They're all camera crews.

10     Q.   They're all camera crews?

11     A.   Correct.

12     Q.   So if we just use this as reference

13   points, there was the police barricade cutting the

14   street in half --

15     A.   Uh-huh.

16     Q.   -- and then, at the corner we have police

17   barricades and media crew across the street all the

18   way down to the corner, correct?

19     A.   Correct.

20     Q.   That entire area, you said, was filled

21   with smoke?

22     A.   Yes.

23     Q.   That's what you are talking about?

24     A.   Yes.

25     Q.   Okay.  Now where you were standing could

19

1   you actually see any part of Lazaro Gonzalez's

2   house through all of that smoke?

3       A.   No.

4       Q.   From where you were standing could you see

5   the white vans that were in front of Lazaro

6   Gonzalez's house?

7       A.   No.

8       Q.   From where you were standing could you see

9   any of the law enforcement officers in front of

10  Lazaro Gonzalez's home?

11      A.   No.

12      Q.   Now did you see anything else other than

13  what you have already testified to just when you

14  were standing on your property before you went

15  anywhere?

16      A.   Just when they threw the second canister

17  of gas to the camera crew or the third can-- I

18  really don't know, okay.  When I got there, they

19  just -- they took the kid away already.

20      Q.   So when you left your property, did you

21  walk toward the police barricade?

22      A.   Yes.

23      Q.   Now let me ask you.  Before you did that,

24  when you were inside your house, could you smell

25  any gas inside your house, before you opened the

20

1   door and went outside?

2       A.   I don't -- I don't remember.  I just

3   opened the door and closed the door.

4       Q.   When you walked outside, you were standing

5   probably looking down in the direction of Lazaro

6   Gonzalez's home.  Could you see -- smell any gas at

7   that time?

8       A.   I really don't remember.

9       Q.   Okay.

10      A.   I really don't remember.  I am just -- I

11  just ran over there and I just -- I reacted to what

12  was going on.  That's it.

13      Q.   When you ran down into the direction of

14  Lazaro Gonzalez's home, how far did you get?

15      A.   All the way to his house and almost inside

16  his house.  Not inside his house, just like --

17      Q.   To the property?

18      A.   The property.

19      Q.   When you got there were the white vans

20  still in front of the Lazaro Gonzalez's home?

21      A.   Yes.

22      Q.   So you left your house, went through the

23  barricade or over the barricade, correct?

24      A.   Uh-huh.

25      Q.   Is that a yes?

FERNANDEZ & ASSOCIATES   (305) 374-8868

21

```
1       A.    Over the barricades?

2       Q.    Where the barricades were dividing the

3   street.

4       A.    The barricades were down.

5       Q.    Who pushed them down; do you know?

6       A.    No.  No.

7       Q.    So you --

8       A.    I went -- I didn't go over.  I just went

9   on the sidewalk.

10      Q.    But where the barricades were located --

11  you went past where they were -- where they were

12  originally located?

13      A.    Yes, yes.  Yes.

14      Q.    And you went up to Lazaro Gonzalez's

15  property, correct?

16      A.    Correct.

17      Q.    Okay.  And you said the three white vans

18  were still in front of his house?

19      A.    They were -- yes.  They were not in front

20  of his house, no.  I did not see that.  No.  No.

21      Q.    So when you got up to Lazaro Gonzalez's

22  home the three white vans had already backed away?

23      A.    Correct.

24      Q.    They had taken away Elian?

25      A.    Yes.
```

26

1    of officers standing on the street.  This is

2    actually in front of Lazaro Gonzalez's home.

3        A.    Uh-huh.

4        Q.    On the shirt it says, "INS Federal

5    Officer."  It says it on the front and back.

6        A.    That's right.

7        Q.    Some of the officers had this on their

8    shirt, others officers had other identification.

9            Do you remember seeing the officers like

10   this?

11       A.    Yes.

12       Q.    Dressed similarly?

13       A.    Yes.  Well -- well, I remember the INS

14   Federal thing.

15       Q.    Okay.  And is that when you ran up toward

16   Lazaro Gonzalez's?

17       A.    Exactly.  But I went towards the sidewalk.

18   I didn't went through the barricade.

19       Q.    I understand.  So I am just going to mark

20   this as Exhibit No. 3.  This is basically the same

21   shot as Exhibit No. 1 but it's just very -- it's

22   closer.

23       (Angel Pina Exhibit 3 is marked.)

24   BY MR. HANDLER:

25       Q.    In the center of the picture is Lazaro

```
1    Gonzalez's home?

2         A.    Uh-huh.

3         Q.    I put an LG on the roof.

4         A.    Right.

5         Q.    And you can see the police barricade with

6    the protestors on the other side, correct?

7         A.    Yes.

8         Q.    And across the street from Lazaro

9    Gonzalez's home are the media tents and another

10   barricade in front of them, correct?

11        A.    Correct.

12        Q.    So the route you took was down the

13   sidewalk --

14        A.    Uh-huh.

15        Q.    -- on the same side of the street that

16   Lazaro Gonzalez's home is located, correct?

17        A.    Exactly.  Correct.

18        Q.    Can you tell me how far you got to, on

19   Exhibit 3?

20        A.    Up to there.  Then I went back.

21        Q.    Okay.  So are you talking this area here?

22        A.    Yes.  Exactly.

23        Q.    I am going to put a circle right here.

24        A.    Right there.

25        Q.    If I draw a line like this, is this the
```

32

1    you saw the canisters thrown?

2        A.    They were in the corner.

3        Q.    So you saw the white vans down at the

4    corner and you saw the canisters thrown at that --

5        A.    Uh-huh.

6        Q.    Is that a yes?

7        A.    Yes.  Sorry.

8        Q.    Now at any point in time did you ever come

9    into contact with any of the officers, physical

10   contact?

11       A.    No.  Are you crazy?  Sorry.

12       Q.    Some people have said that.

13       A.    Those guys had guns, man.

14       Q.    That's right.  Now when you ran down the

15   street from your house to Lazaro Gonzalez's home,

16   you ran into the gas; is that correct?

17       A.    Yes.

18       Q.    And it got stronger, stronger and stronger

19   as you got closer to Lazaro Gonzalez's home?

20       A.    It did.  But I really didn't feel it until

21   an hour or two hours later.

22       Q.    Okay.  How did the gas affect you?

23       A.    Like I told you, it didn't affect me right

24   away.

25       Q.    But later.

33

```
1        A.   Later on, cough, just a very -- coughing,

2   you know, for awhile.  I just started to cough and

3   cough.  And I don't smoke, okay.  But I just cough

4   a lot lately.

5        Q.   No.  I mean at the time on April 22nd you

6   said you felt the effects about an hour later?

7        A.   An hour to two hours later, okay.  Then my

8   wife says, "Why are you crying?"  I am not crying.

9   It's just the effects -- I don't know if it's that,

10  the smoke or whatever.

11       Q.   So the gas made tears come out of your

12  eyes?

13       A.   But it was a late reaction.  You know.

14       Q.   That's fine.  An hour to two hours after

15  the event, you were breathing in this gas, tears

16  start to come out of your eyes and you had this

17  coughing?

18       A.   Right.

19       Q.   Did the gas affect you in any other way

20  that day?

21       A.   No.

22       Q.   Did you go seek medical treatment for the

23  gas?

24       A.   No.  My wife wanted me to but I said no,

25  forget it.  I am just afraid of doctors.
```









1

1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
2
                   CASE NO. 03-20588 CIV MOORE
3

4    DONATO DALRYMPLE,

5              Plaintiff,

6         vs.

7    UNITED STATES OF AMERICA,       **CERTIFIED COPY**

8              Defendant.
     - - - - - - - - - - - - - - - - - - - - - - - - -x
9

10
                        100 Southeast 2nd Street
11                      Miami, Florida
                        September 30, 2004
12                      Thursday, 4:22 p.m.

13

14

15              DEPOSITION OF JENNIFER PINA

16

17         Taken on behalf of the Defendant

18   before LOIS E. GUFFEY, RDR, Notary Public in

19   and for the State of Florida at Large, pursuant

20   to a Notice of Taking Deposition filed in the

21   above cause.

22

23

24

25



1   get Elian?

2        A.    No.

3        Q.    Going back to what you were telling me

4   about the night of April 22nd itself, I believe you

5   said you were asleep?

6        A.    Yes.

7        Q.    What, if anything, awoke you that evening?

8        A.    I heard noise.

9        Q.    Can you describe to me what you heard.

10       A.    Shots, people screaming.  Like not shots

11   but banging noises.

12       Q.    Can you describe the banging noises to me?

13       A.    Things being thrown.

14       Q.    Things being thrown?

15       A.    Yeah.

16       Q.    What, if anything -- could you see

17   anything being thrown at that time?

18       A.    After I woke up, went outside, it was

19   probably over already, but during the time I was

20   inside the house I heard barricades probably --

21   that's what I believe they were -- being thrown.

22       Q.    Could you actually see anyone moving the

23   barricades?

24       A.    After -- afterwards they were all over the

25   place, and they were just getting picked up when I

16

1    had gotten there.

2        Q.    And I am just trying to ascertain what you

3    could appreciate while you were still in the --

4    your home just after you had awakened, you know,

5    what you can hear at that point in time?

6        A.    What I could hear.  Once again, people

7    screaming.

8        Q.    Could you hear what the people were

9    screaming?

10       A.    No.  Just --

11       Q.    They were just raised voices?

12       A.    Yes.  Raised voices.  I couldn't

13   understand.

14       Q.    Could you tell whether those voices were

15   speaking in English or Spanish?

16       A.    Mostly Spanish.

17       Q.    But you can't remember specifically what

18   was said?

19       A.    No.

20       Q.    You described these banging noises.  Did

21   you think that you had heard gunfire of any kind?

22       A.    At first I thought it was gunshots,

23   gunfire, but you know.

24       Q.    Who was in the room you were sleeping in?

25       A.    I was in my room.  I was with my mom.

17



1    Q.    Your mom was sleeping in the same room?

2    A.    Yeah.

3    Q.    And did she awaken at approximately the

4    same time you did?

5    A.    Yeah.

6    Q.    If you know.

7    A.    Yes.

8    Q.    Was she in the room with you when you

9    awoke?

10   A.    Yes.

11   Q.    And what did you do?

12   A.    I got dressed and went outside.   I

13   asked -- first I asked my dad if it was okay to go

14   outside, so he told me it's over.   We went outside.

15   Q.    Can you tell me approximately how much

16   time passed between the time you woke up and the

17   time -- you know, the time it took you to get

18   dressed and the time you left the house?

19   A.    I would say about ten minutes, 5 to 10

20   minutes.

21   Q.    Was your father in the home at that time?

22   A.    No.   He had gone outside.   He was already

23   outside.

24   Q.    Could you smell anything in the home that

25   was unusual at that time?

FERNANDEZ & ASSOCIATES   (305) 374-8868







1

1

2                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
3
                  CASE NO. 03-20588 CIV MOORE
4

5   DONATO DALRYMPLE,

6              Plaintiff,

7          vs.

8   UNITED STATES OF AMERICA,

9              Defendant.
    - - - - - - - - - - - - - - - - - - - - - - - - - - -x
10

11

12                          99 N. E. Fourth Street
                            Miami, Florida
13                          August 10, 2004
                            2:10 p.m.

14

15                                          COPY

16           DEPOSITION OF MAYRA PINA

17

18           Taken on behalf of the Defendant

19   before LOIS E. GUFFEY, RDR, Notary Public in

20   and for the State of Florida at Large, pursuant

21   to a Notice of Taking Deposition filed in the

22   above cause.

23

24

25

2

```
 1        APPEARANCES:

 2            JUDICIAL WATCH, INC.

 3            501 School Street, S.W., Suite 500

 4            Washington, DC 20024

 5            By:  Paul Orfanedes, Esq.

 6            Appearing on behalf of the Plaintiffs.

 7

 8            U.S. DEPARTMENT OF JUSTICE

 9            1331 Pennsylvania Avenue, Northwest

10            Washington DC 20004

11            By:  Stephen E. Handler, Esq.

12

13            And Dimple Gupta, Esq.

14            RFK Main Justice Bldg,  Room 3613

15            950 Pennsylvania Avenue, NW

16            Washington, DC 20530

17            Appearing on behalf of the Defendant.

18

19        ALSO PRESENT:

20            Irene Garcia, Investigator

21

22

23

24

25
```

```
 1        A.    I am looking at the rooftop and it's the
 2   same.
 3        Q.    This is the same shot.  It's further away.
 4   And I am going to point to Lazaro Gonzalez's home.
 5   That is Lazaro Gonzalez's home.
 6        A.    My house is here (indicating).  This one
 7   here.
 8        Q.    Ah.  That one here?
 9        A.    Yeah.  Those are the same  --
10        Q.    I am going to mark this as Deposition
11   Exhibit number 1.  We are going to better identify
12   your house.
13        (Mayra Pina Exhibit 1 is marked.)
14   BY MR. HANDLER:
15        Q.    What I am going to do is mark Lazaro
16   Gonzalez's home with an LG.
17        A.    Okay.
18        Q.    And which one was your home?
19        A.    This one over here (indicating).
20        Q.    So I am going to mark that within an MP.
21   Is that okay?
22        A.    Uh-huh.
23        Q.    Is that yes?
24        A.    Yes.
25        Q.    So while Elian Gonzalez was staying in
```

12

1   Lazaro Gonzalez's home there was a police barricade

2   that was basically separating the street between

3   your two homes; is that correct?

4       A.   Yes.

5       Q.   Generally, there are protestors that stood

6   behind that barricade away from Lazaro Gonzalez's

7   home, correct?

8       A.   Yes.

9       -Q.   So if you're standing on your property, it

10  would be difficult to see the front of Lazaro

11  Gonzalez's home, wouldn't it?

12      A.   Well, if you go outside you could see, but

13  there are people pitching tent.

14      Q.   If were there no people and no barricades,

15  if you were standing on your property, actually on

16  your property, can you see the front door of Lazaro

17  Gonzalez's home?

18      A.   Not the front door.  I can see some of his

19  yard but not the front door.

20      Q.   Generally, where the barricade was located

21  on the street, there were sometimes a lot of people

22  there, correct?

23      A.   Yes.

24      Q.   During those periods of time if you are

25  standing on your property you couldn't see Lazaro

FERNANDEZ & ASSOCIATES   (305) 374-8868

1    Gonzalez's home at all; is that right?

2        A.   Right.

3        Q.   The morning of April 22nd, 2000 is when

4    the law enforcement officers came, specifically the

5    INS and other law enforcement officers, to take

6    Elian Gonzalez away from Lazaro Gonzalez's home,

7    correct?

8        A.   Yes.

9        Q.   Were you at your home on that day?

10       A.   Yes.  I was sleeping at the time.

11       Q.   What first alerted you to the presence of

12   the officers?

13       A.   We heard some noises, people screaming.

14   And we heard like shots.  They were like -- sounded

15   like shots.

16       Q.   Sounded like shots.

17       A.   Yeah.  Like those canisters.  I guess they

18   threw the gas.

19       Q.   Let's try not to guess.  The only thing

20   you know, you are in your house sleeping and a

21   noise woke you up?

22       A.   Right.

23       Q.   You heard a popping noise?

24       A.   Like popping.

25       Q.   Sounded like what you thought was a gun?

1     A.    Right.

2     Q.    Is that correct?

3     A.    Yes.

4     Q.    Did you see anybody shoot a gun at any

5   point in time?

6     A.    No.

7     Q.    So you don't know whether it was law

8   enforcement officers shooting a gun or other people

9   shooting a gun, correct?

10    A.    Correct.

11    Q.    Or even if it was a gun at all, right?

12    A.    Right.  Exactly.  I just heard some noise.

13    Q.    Popping noise?

14    A.    Popping noise.

15    Q.    Did you get up and look out the window?

16    A.    I got up and went outside.

17    Q.    Oh, you went outside?

18    A.    After I got dressed.

19    Q.    Well, how long did it take you to get

20  dressed?

21    A.    Maybe about three or four minutes, because

22  my daughter was in the room with me and she wanted

23  to come outside also.

24    Q.    When you say you heard noises, did you

25  hear anything other than popping, like screaming,





1   yelling?

2   A.   There was screaming, people screaming.

3   Q.   Can you hear what they were saying?

4   A.   No.

5   Q.   So you went outside.  And did you stay in

6   your property when you went outside?

7   A.   I stayed at my property because I didn't

8   know what was going on.  I saw people running

9   around.

10   Q.   Who was -- strike that.  What types of

11   people were running around?

12   A.   I guess the people that were there near

13   the property.

14   Q.   So when you got out on your property you

15   looked down the street in the direction of Lazaro

16   Gonzalez's home?

17   A.   Right.

18   Q.   The people you saw running around were law

19   enforcement officers or nonlaw enforcement

20   officers?

21   A.   Non.  It was regular people.

22   Q.   Like the protestors?

23   A.   Protestors, yeah.

24   Q.   Did you see any of the protestors jump

25   over the barricade and run toward Lazaro Gonzalez's

```
 1    officer when you walked up there?

 2        A.    No.

 3        Q.    When you were standing on your property

 4    before you walked up to the barricade, how long a

 5    period of time was that?

 6        A.    I was probably out a full minute looking.

 7    And then I saw -- you know, the people that were

 8    running.  And I walked -- I was looking for my

 9    husband, so I walked toward the property, Elian's.

10        Q.    You walked toward -- down the street

11    toward the front barricade?

12        A.    Right, uh-huh.

13        Q.    Is that yes?

14        A.    Yes.

15        Q.    When you were standing on your property

16    could you smell the tear gas?

17        A.    Oh, yes.

18        Q.    How did that affect you?

19        A.    It affected me really bad.  My eyes were

20    stinging.  I felt burning in my throat.  I have

21    allergy problems and I was really bad.  My lungs

22    were -- that's why I couldn't stay outside too

23    long.

24        Q.    When you were inside your house could you

25    smell the gas?
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

1      A.    Yes.  You could even smell it inside the

2   house.

3      Q.    Was it worse or better inside the house?

4      A.    It was better because you didn't have the

5   air, you know, circulating it, but you could still

6   smell it.

7      Q.    So you could smell it.  How did it affect

8   you inside the house?

9      A.    My eyes were still burning.

10     Q.    Did you have any other effects with the

11  gas when you were inside the house?

12     A.    Afterwards, I felt like a metallic taste

13  in my mouth.  I don't know if it was because that

14  or --

15     Q.    No.  I am talking about when you were in

16  the house and smelled the gas.  You said your eyes

17  were burning, correct?

18     A.    Yes.

19     Q.    Did you have any other effects when you

20  were in the house before you went outside the

21  house?

22     A.    Before?  No.

23     Q.    Okay.  When you went outside the house the

24  gas was worse, correct?

25     A.    Yes.

1      Q.    Okay.  And did you -- your eyes still
2  burned, correct?

3      A.    Yes.

4      Q.    Did you have any other effects at that
5  time?

6      A.    I developed a headache immediately.  I
7  have problems with sinus so  --

8      Q.    Any other effects other than headache and
9  eyes burning?

10     A.    No.  The other -- the other thing was just
11  ¯I felt like nauseous, also.

12     Q.    Then when you walked down the street
13  toward the barricade did the gas get stronger and
14  stronger?

15     A.    Yeah.  The gas was a lot stronger near
16  the -- that's why I turned back and went back home.

17     Q.    But you went past the barricade?

18     A.    No, no.  I was probably around here
19  (indicating).  Probably around this house.  I never
20  made it to that -- near the property.

21     Q.    So you came out of your house, walked down
22  the street and ended up in this area?

23     A.    Around this area where the barricade was.

24     Q.    Before the barricade?

25     A.    Right.  Where the news -- the camera

1  people were here.  So I came up to where they were.

2      Q.    Why don't you just draw a nice thick line

3  regarding the path you were and where you ended up

4  before you returned back to your home.

5      A.    (Indicating).  Where I was?

6      Q.    Yes.  Coming out of your house.

7      A.    I am not sure.  I don't remember -- stood

8  here.

9      Q.    Make a nice dark circle where you ended

10 up.

11     A.    Here somewhere (indicating).

12     Q.    Okay.  Do you mind if I color that in a

13 little better?

14     A.    No.  That's okay.

15     Q.    These tend not to come out on copies.

16 Okay.  Do you agree?  I just darkened that in so

17 you could see it.  Is that the path you took in

18 general?

19     A.    Yes.

20     Q.    So it's -- coming out of your house where

21 you marked MP on Exhibit 1 toward the front

22 barricade but before you got to the front

23 barricade, you stopped, and then the gas was too

24 strong for you to handle and you went back home?

25     A.    I was looking for my husband.  He was

FERNANDEZ & ASSOCIATES   (305) 374-8868

22

1    around the area helping people, because the people

2    had gas in their eyes, stinging their eyes.

3        Q.    But on Exhibit 1 we have drawn the path

4    you took where you stopped; is that correct?

5        A.    Right.

6        Q.    Did you come in contact with any law

7    enforcement officer?

8        A.    No.

9        Q.    Did you talk to any law enforcement

10   officers --

11       A.    No.

12       Q.    -- that day?

13       A.    No.

14       Q.    So the only alleged injury you had was

15   breathing in the gas, which caused your eyes to

16   burn, a headache and the metallic taste in your

17   mouth; is that correct?

18       A.    My lungs were burning also.

19       Q.    Your lungs were burning?

20       A.    You know, when I breathe, you could -- I

21   could feel my lungs burning.

22            MR. ORFANEDES:  I believe she also

23        testified she was nauseous.

24            THE WITNESS:  That's right.

25   BY MR. HANDLER:

FERNANDEZ & ASSOCIATES   (305) 374-8868

23

```
 1        Q.    And you said you were nauseous?

 2        A.    Yes.  After.  When I got inside the house.

 3        Q.    Any other physical effects from the gas

 4   other than what you have testified to?

 5        A.    Physical, no.

 6        Q.    How long did all of these effects from the

 7   gas last?

 8        A.    Until -- some of them until the next day.

 9        Q.    Then you were back to normal?

10        A.    Sort of.  I still felt the headache.  I

11   had a headache.  My nose was very stuffy.

12        Q.    So other than your stuffy nose and your

13   headache, all of the other effects went right away?

14        A.    Sort of, yes.

15        Q.    Well, what other -- you keep saying sort

16   of.  It's either -- you know, if they are there or

17   they're not there.

18        A.    I had the headaches, I felt -- nauseous, I

19   wasn't feeling anymore.  But I had a stuffy nose,

20   my breathing was still kind of --

21        Q.    Labored?

22        A.    Yes.  Labored.

23        Q.    How long was it until all of the effects

24   of the gas were completely gone?

25        A.    Probably days after.
```

24

1      Q.    Couple of days?

2      A.    I could still taste the metal like in my

3  mouth after.

4      Q.    Two or three days later you were back to

5  normal?

6      A.    Maybe.  Or three or four days.

7      Q.    Three or four days you were back to

8  normal; is that correct?

9      A.    Yes.

10      Q.    Did you seek any medical care for the

11  effects of the gas?

12      A.    Not for the effect of the gas, but I

13  started getting sicker than normal.  I mean I

14  started developing more headaches than usual.  My

15  nose has been getting stuffier.  I lost sense of

16  taste, sense of smell.  So I went to the doctor in

17  relation to that, not -- I didn't think it was

18  because of the gas at the time.

19      Q.    Right.  And what did the doctor prescribe

20  for those problems?

21      A.    Some allergy pills.  I even went to an

22  allergist to get some allergy tests done to see if

23  I was probably allergic to something.  And

24  everything came back negative.

25      Q.    Okay.  So the doctor didn't find anything

25

1    wrong with you; is that correct?

2        A.    Nothing wrong.  Basically just allergies.

3    He said it was allergies.

4        Q.    Did he identify the allergen?

5        A.    When I went to the allergist, no, they

6    couldn't identify anything.

7        Q.    So did any doctor ever tell you that any

8    of your medical problems are in any way, shape or

9    form related to your breathing in the gas on April

10   22nd, 2000?

11       A.    No, because I never told anybody.

12       Q.    Okay.  Have any of those -- have those

13   problems resolved?

14       A.    No.

15       Q.    You still have the same problems?

16       A.    Still have the same problem.

17       Q.    But you don't know what they're due to,

18   correct?

19       A.    Exactly.

20       Q.    Did you have any emotional problems as a

21   result of what occurred on April 22nd, 2000?

22       A.    Emotional, yes.  I had a -- I had been

23   treated before for a thyroid condition, and I was

24   okay for like a year, two years without taking any

25   medication.  Right after this problem, this thing

26

1    with Elian, I had to go back to my thyroid doctor.

2    He started me on medication again.

3         Q.    What kind of problems did you have for

4    with thyroid?

5         A.    It was -- I have hypothyroid.  I am -- I

6    was not taking any medicine for, I would say, one

7    and a half to two years.  I was fine.

8         Q.    And what problems was the hypothyroidism

9    causing you?

10        A.    What do you mean?

11        Q.    How did it manifest itself physically on

12   your body?

13        A.    It's due to stress, I guess, the doctor

14   says.

15        Q.    I guess what I mean is if someone has

16   hypothyroidism they have a physical response.

17        A.    Oh, you mean what -- I was feeling

18   nervous.  Is that what you are saying?  I was

19   feeling nervous.  I am feeling like cold all the

20   time.  My hands would tremble.  I noticed my hair

21   falling off.

22        Q.    Now this is a problem you had before April

23   22nd, 2000?

24        A.    I had it in the past.  It was fine for

25   like two years.  Right after that I had to go back

27

1    to the same doctor.

2        Q.    Did this doctor tell you that your

3    hypothyroidism was caused or was exacerbated by you

4    breathing in the gas on April 22nd, 2000?

5        A.    No.   I never told -- like I said, I never

6    told anybody about the gas.   I didn't relate

7    anything to the gas.

8        Q.    So you have no idea why you have a problem

9    with your --

10       A.    I know why -- I have the problem with

11   hypo --

12       Q.    You have to let me finish the question

13   first.

14       A.    Okay.

15       Q.    It's more for the benefit of the court

16   reporter.

17            MR. ORFANEDES:   Right.   She will get mad.

18   BY MR. HANDLER:

19       Q.    You don't want to get her mad.

20       A.    Sorry.   I will give you my purse.

21       Q.    It's a very nice purse.   Ives St. Laurent?

22       A.    Louie Vuitton.

23       Q.    You did a very good job of throwing me off

24   track now.   Prior to April 22nd, 2000 you had a

25   problem with hypothyroidism; am I correct?





1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
2

3          CASE NO. 03-20588 CIV MOORE

4

   DONATO DALRYMPLE,
5
                    Plaintiff,
6
           vs.
7
   UNITED STATES OF AMERICA,
8
                    Defendants.
9    - - - - - - - - - - - - - - - - - - - - - - - - - -x

10

11                          99 N. E. Fourth Street
                            Miami, Florida
12   CERTIFIED COPY        Tuesday 1:40 p.m.
                            May 11, 2004
13

14

15

16          DEPOSITION OF MELISSA PUMARIEGA

17

18

19          Taken on behalf of the Defendant

20   before LOIS E. GUFFEY, RDR, Notary Public in

21   and for the State of Florida at Large, pursuant

22   to a Notice of Taking Deposition filed in the

23   above cause.

24

25

1     APPEARANCES:

2

3          JUDICIAL WATCH, INC.
           100 Southeast 2nd Street, Suite 3920
           Miami, Florida  33131-2148
4          By:  ED FARRES, ESQ.
           Appearing on behalf of the Plaintiff.

5

           U.S. DEPARTMENT OF JUSTICE
6          1331 Pennsylvania Avenue, Northwest
           Washington DC 20004
7          By:  STEPHEN E. HANDLER, Esq.
           Appearing on behalf of the Defendant.

8

9
              ***  I N D E X   ***
10

11

WITNESS     DIRECT  CROSS  REDIRECT  RECROSS
12   MELISSA         3
       PUMARIEGA

13

14   PUMARIEGA EXHIBITS FOR IDENTIFICATION
     1, Xerox of photo                         32
15   2, Xerox of photo                         45
     3, Xerox of photo                         47
16

17

18

19

20

21

22

23

24

25

1   right there close to his house.  If you have a

2   picture, I could point.

3       (Pumariega Exhibit 1 is marked)

4   BY MR. HANDLER:

5       Q.   All right.  I show you what is marked

6   Exhibit 1.  It's an aerial photograph of the

7   neighborhood where Lazaro Gonzalez's house was

8   located.  Do you -- is this picture familiar to

9   you?

10      A.   Yes, it is.

11      Q.   This is not the date of when Elian was

12  taken away but we are just using the picture for a

13  point of reference.

14      A.   Okay.

15      Q.   Can you tell me -- can you just point to

16  me -- initially point to me where you were located

17  when the officers arrived.

18      A.   (Indicating).

19      Q.   Okay.  Now you are pointing to a location

20  that is in front of the barricades?

21      A.   Correct.

22      Q.   When you say in front of the barricades, I

23  meant that there is nothing in between you and

24  walking directly to Elian's house, correct?

25      A.   Correct.

```
 1        Q.    Can you just put a circle in the
 2   approximate area of where you were located on
 3   April 22nd, 2000 just before the law enforcement
 4   officers arrived?
 5        A.    (Indicating).
 6        Q.    You have placed a circle on Exhibit 1 in
 7   front of the barricade.  Is that approximately
 8   where you were?
 9        A.    Correct.
10        Q.    What alerted you to the presence of the
11   law enforcement officers?
12        A.    Screams.
13        Q.    Did you see the officers pull up?
14        A.    No.  At that time I ran to where my mother
15   was.
16        Q.    Where was your mother located?
17        A.    (Indicating).
18        Q.    Don't mark it.  Just point.
19        A.    Indicating.
20        Q.    She was at the opposite side of the
21   street?
22        A.    Correct.
23        Q.    Still in front of the barricade?
24        A.    Correct.
25        Q.    Why don't you put an X to where your
```

34

1    mother was located.

2        A.    (Indicating).

3        Q.    Why don't you just draw a line with an

4    arrow showing the path that you took.

5        A.    (Indicating).

6        Q.    So on Exhibit 1 the circle represents

7    where you were located, the X represents where your

8    mother was located, and the line with the arrow is

9    a direct -- the path that you took when the law

10   enforcement officers arrived on April 22nd, 2000,

11   correct?

12       A.    Correct.

13       Q.    At this point in time did you see people

14   from the other side of the barricade jump over the

15   barricade and run toward Elian Gonzalez's house?

16       A.    No.

17       Q.    Did you see -- was there anybody else in

18   the area in front of the barricade, other than you

19   and your mother?

20       A.    Yes.

21       Q.    How many other people?

22       A.    I wouldn't be able to say.  I wouldn't be

23   able to give you an exact number.  I don't know.

24       Q.    What is your mother's name?

25       A.    Marta Lina.

1      A.   I don't remember the barricade at all at

2  that time.

3      Q.   But the -- basically the barricade is at

4  the -- kind of cuts off the street; is that

5  correct?

6      A.   Correct.

7      Q.   When you got sprayed you were in front of

8  the barricade?

9      A.   Correct.

10     Q.   When you ran away, you went past the

11  barricade to get away from the spray; would that be

12  fair to say?

13     A.   Uh-huh.

14     Q.   Is that yes?

15     A.   Yes.

16     Q.   All right.  Did you ever go back when the

17  officers were there?

18     A.   No.

19     Q.   At any point in time were you ever able to

20  see what was going on in front of Lazaro

21  Gonzalez's?

22     A.   No.  But I felt I couldn't -- I couldn't

23  breathe, and it was like if I was about to faint.

24  So at that time I think I was running away from it

25  when I couldn't breathe.  I almost fell and someone

42

1   gave me some water in my hand.

2       Q.   Did you ever see the law enforcement

3   officers come into physical contact with anybody

4   else?

5       A.   No.

6       Q.   Other than being sprayed, did you receive

7   any other physical injury?

8       A.   No.

9       Q.   Now on Exhibit 1, across the street from

10  Lazaro Gonzalez's house there were the media tents?

11      A.   Correct.

12      Q.   And there were police barricades in front

13  of them, right?

14      A.   I think so, yes.

15      Q.   We already established that at the end of

16  the street there were police barricades; is that

17  correct?

18      A.   Correct.

19      Q.   For the most part, people stayed behind

20  the barricades; is that correct?

21      A.   Correct.

22      Q.   On April 22nd, 2000 didn't you know that

23  you were supposed to be behind the barricade?

24      A.   I was giving water to people who wanted

25  water.

1    the barricades.

2         Q.    Including people in front of the

3    barricade?

4         A.    Correct.

5         Q.    Why don't you tell me how the gas affected

6    you.

7         A.    I couldn't breathe.  I had problems

8    breathing.  And I believe I got an eye infection

9    after that.

10        Q.    Why don't you tell me at the time.

11        A.    Oh, what happened at that time?  I

12   couldn't breathe.

13        Q.    You had difficulty breathing.  How else

14   did the gas affect you?

15        A.    My eyes were blurry.

16        Q.    Eyes blurry.  What else?

17        A.    That's it.

18        Q.    Now the difficulty in breathing, how long

19   did that last until your breathing returned to

20   normal?

21        A.    It -- after I drank the water it got a

22   little better, but I was still like that.  Then I

23   would get episodes of -- I had problems breathing

24   through the days.

25        Q.    When did it finally return to normal?

50

1        A.    I would say a year and a half.

2        Q.    Okay.  With regard to your eyes being

3   blurry, when did that return to normal?

4        A.    I would have to see my medical records.  I

5   do not remember.

6        Q.    Was it like a day, a week, a month until

7   your eyes returned to normal?

8        A.    It was blurry that day but then I got an

9   infection.

10        Q.    Okay.  Can you give me some idea how long

11   the infection lasted?

12        A.    It would leave and it would reappear, it

13   would leave and reappear.  So I don't have an exact

14   day.

15        Q.    Was it a month, two months, three months?

16        A.    I --

17        Q.    You didn't give me -- I don't know if I --

18   I don't have any medical records here.

19        A.    No.

20        Q.    You didn't give me medical records so I

21   don't know what you are talking about,

22        A.    I have to get my medical records.

23        Q.    Can you give me -- was it one year,

24   two years, three years?

25        A.    No.  I would say a year.





1

```
 1

 2             UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 3
               CASE NO. 03-20588 CIV MOORE
 4

 5    DONATO DALRYMPLE,

 6              Plaintiff,

 7         vs.

 8    UNITED STATES OF AMERICA,

 9              Defendant.
      - - - - - - - - - - - - - - - - - - - - - - - - - -x
10

11
                          99 N. E. Fourth Street
12                        Miami, Florida
                          August 11, 2004
13                        9:10 a.m.

14                                     COPY

15

16              DEPOSITION OF NESTOR RAMOS

17

18         Taken on behalf of the Defendant

19    before LOIS E. GUFFEY, RDR, Notary Public in

20    and for the State of Florida at Large, pursuant

21    to a Notice of Taking Deposition filed in the

22    above cause.

23

24

25
```



1      Q.   Now on April 22nd, 2000 before the law

2  enforcement officers arrived can you use Exhibit 1

3  and tell me where you were just in general?

4      A.   I was around here, more or less, about

5  50 feet away from the barricade.

6      Q.   I am pointing to -- this is the location

7  you pointed; is that correct?

8      A.   Yes.

9      Q.   Can I make a little circle there?

10      A.   Yes.   Of course.

11      Q.   I am just going to make a very dark circle

12  on Exhibit No. 1, which is the approximate location

13  where you were on April 22nd, 2000 just before the

14  law enforcement officers arrived to take Elian

15  away, correct?

16      A.   Correct.

17      Q.   Okay.   Mr. Ramos, what first alerted you

18  to the presence of the law enforcement officers in

19  your neighborhood?

20      A.   They started to scream, "They're here,

21  they're here."

22      Q.   Did you know what that meant?

23      A.   Yes.

24      Q.   What did that mean?

25      A.   That the agents had arrived in order to

17

1    take Elian away.

2         Q.   Now what did you do when you heard the

3    people yell, "They're here, they're here"?  What

4    action did you take?

5         A.   I walked to the barricade.  It already had

6    been knocked to the ground, and I went over it.

7    And then I walked perhaps 5 to 10 feet and there

8    they sprayed me with the gas.  And there I had to

9    retreat.  And then I had to leave the area, because

10   I couldn't see.  I had to.

11        Q.   You said you walked up to the barricade

12   but the barricade had been knocked down?

13        A.   I went past the barricade.

14        Q.   Did you -- did other protesters jump over

15   the barricade and go toward the Gonzalez home in

16   front of you?

17        A.   Everybody had gone past the barricade

18   already.  I was far away.  By the time that I

19   walked to the barricade everybody had already gone

20   by.

21        Q.   When you went past the barricade, could

22   you see the front of Lazaro Gonzalez's home?

23        A.   No.  No.  Because I only went past --

24   10 feet past the barricade, and the distance is

25   more.  There is a house in between.

1      Q.    When I say to you, "Stay back behind the

2  barricades" do you understand what I am saying in

3  English?

4      A.    Yes, of course.

5      Q.    So on April 22nd, 2000 if an officer said

6  to you, "Stay back behind the barricade," you would

7  have understood what he was saying, correct?

8      A.    Well, they had that before that, and we

9  would do that.

10      (Nestor Ramos Exhibit 2 is marked.)

11  BY MR. HANDLER:

12      Q.    Okay.  Let me show you Exhibit No. 2, but

13  before I do that, on Exhibit No. 1 the dark circle

14  is where you were just before the officers arrived,

15  correct?

16      A.    Yes.

17      Q.    Can you point in this exhibit to where,

18  approximately, you were when you got sprayed?

19      A.    Like about this distance here.  That's

20  where the police officer was.

21      Q.    So am I pointing about to where you were?

22      A.    Yes.

23      Q.    Can I make a little dark circle there?

24      A.    Yes, yes, of course.

25      Q.    (Indicating).  And if I connect these two

20

1  marks on Exhibit 1, is this approximately the path

2  you took down the sidewalk here?

3       A.    That's the correct one, yes.

4       Q.    So if I mark a line like this --

5       A.    Yes.

6       Q.    -- connecting your location in back of the

7  barricade and in front of the barricade with an

8  arrow --

9       A.    Yes.

10      Q.    -- this would be correct in what you did

11 that morning when the law enforcement officers

12 arrived, going from behind the barricade to in

13 front of the barricade, correct?

14      A.    Yes.

15      Q.    Now I am showing you what has been marked

16 as Exhibit No. 2.

17      A.    Uh-huh.

18      Q.    Is that yes?

19      A.    Yes.

20      Q.    Now this is a picture that was actually

21 taken on April 22nd, 2000?

22      A.    Yes.

23      Q.    And there are two -- I just want to look

24 at the two officers in the photograph.

25      A.    Yes.

1    Q.   Before you crossed the police barricade

2  before you got sprayed, did you see the officer

3  spraying the crowd?

4    A.   No.   I couldn't see any of that, because

5  by that time everybody had crossed the barricade.

6  Yes.   Everybody had crossed.

7    Q.   Okay.   Did you see any gas in the air

8  before you got sprayed?

9    A.   I couldn't tell you that, no.

10    Q.   Did you see any protestors throwing

11  objects at the law enforcement officers from behind

12  the barricade?

13    A.   Yeah.   I think I did see a person that

14  picked up something there and threw it over in that

15  direction.

16    (Nestor Ramos Exhibit 3 is marked.)

17  BY MR. HANDLER:

18    Q.   Okay.   Mr. Ramos, I am showing you what

19  has been marked Exhibit No. 3 (indicating).   It's a

20  picture that was taken April 22nd, 2000, and it's

21  in the street in front of Lazaro Gonzalez's home.

22  And just to orient you, if you look at Exhibit No.

23  1 this would be approximately in front of the

24  barricade?

25    A.   Yes.

27

1    gas, could you describe the object he used to spray

2    you with?

3        A.    It was like an extinguisher, like a fire

4    extinguisher, something like that, more or less.

5        Q.    He was holding it with both hands?

6        A.    Yes.

7        Q.    And you recognized this man as a law

8    enforcement officer?

9        A.    Well, he had the color of the uniform,

10   more or less, of a police officer.

11       Q.    But he was spraying -- was he spraying

12   toward the barricade that you passed by?

13       A.    Yes.

14       Q.    And would it be fair to state that he not

15   only sprayed you but other people that were -- that

16   passed beyond the barricade going toward Lazaro

17   Gonzalez's home?

18       A.    Well, I -- I imagine by that time they had

19   sprayed other people.  But when I got there, I was

20   the only one.  And when I ran to the agent with

21   that cylinder, the gas, that sprayed me.

22       Q.    Why don't you tell me how the gas affected

23   you.

24       A.    Well, the -- my eyes got -- they were very

25   bad.  And also affected my breathing, my throat,

1    and I also developed -- I don't know if it was a

2    result of that but a black spot that I see in my

3    eyes now.

4             THE INTERPRETER (DUQUESNE):  Excuse me.

5        He said white.

6             THE INTERPRETER (DE LA CERRE):  He changed

7        it.

8             THE WITNESS:  Black, black.

9             THE INTERPRETER (DE LA CERRE):  He said

10       white but then he changed to black.

11            THE INTERPRETER (DUQUESNE):  Thank you

12       very much.

13            THE WITNESS:  I don't see it inside the

14       eye.  I see it as a (indicating) -- yeah.

15            (In English) if I look and I see a little

16       (indicating).

17   BY MR. HANDLER:

18       Q.   You said your eyes were bad.  Do you mean

19   they were irritated and red?

20       A.   Yes.  I couldn't open them up.  My eyes

21   were irritated and they were burned a great deal.

22       Q.   And you talked about breathing.  You had

23   difficulty in breathing?

24       A.   Yes.  And also my voice got like hoarse.

25       Q.   Your throat was irritated?

1      A.     Yes, that as well.

2      Q.     You said that after you felt the effects

3  of the gas you retreated and went back past the

4  barricade to where you were originally?

5      A.     Yes.

6      Q.     And did you go -- did you return back

7  to -- did you go back toward Lazaro Gonzalez's

8  house again when the law enforcement officers were

9  still there?

10     A.     You see how my voice becomes hoarse?  No.

11  By the time I did it, they had already left.  After

12  they left is when I went back over there.

13     Q.     Now with regard to the effects of the gas

14  on your eyes, your throat and your breathing, how

15  long did those effects last?

16     A.     About a month.

17     Q.     Did you receive any medical treatment for

18  the effects of the gas?

19     A.     No.  I didn't go to any doctor.

20     Q.     And did you suffer any emotional problems

21  as a result of what occurred on April 22nd, 2000?

22     A.     Yes.

23     Q.     What type of emotional problem?

24     A.     Well, there was a great injustice in the

25  impression that I took with me, how he was taken --





EXHIBIT

1

1        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
2
         Civil Action No. 03-20588-CIV-MOORE
3

4   DONATO DALRYMPLE,            )
    et al.,                      )
5                                )
              Plaintiffs,        )
6                                )
    vs.                          )
7                                )
    UNITED STATES OF AMERICA,    )
8                                )
              Defendant.         )
9   _____)

10

11                          99 N.E. Fourth Street
                            Suite 300
12                          Miami, Florida 33131
                            February 3, 2004
13                          11:15 a.m. - 12:54 p.m.

14

15              Deposition of Ontoniel Ramos

16

17         Taken before Suzanne Fernandez, Notary

18   Public in and for the State of Florida at

19   Large, pursuant to Notice of Taking

20   Deposition filed in the above cause.

21              - - - - - - -

22

23

24                          ORIGINAL

25

**FERNANDEZ & ASSOCIATES**
**444 Brickell Avenue, Suite 718, Miami   FL 33131**

1   BY MR. HANDLER:

2      Q.  Mr. Ramos, I'm showing you what's been

3   marked as Exhibits 1 and 2.  These are aerial

4   photographs that were taken of the Gonzalez

5   family home.

6           Can you point to either Exhibit 1 or

7   2 where you saw the human chain formed?

8      A.  It's the same photograph.  Here, over

9   here, along this fence, it's the same thing

10  on both.  One is a closer view.  It's the

11  same.

12     Q.  Okay.

13          Now, do you recognize the Gonzalez

14  family home in Exhibits 1 and 2?

15     A.  Yes.

16     Q.  Okay.

17          It's the one in the middle with the

18  tan roof; is that correct?

19     A.  Yes.

20     Q.  And where you are showing the human

21  chain formed, you're saying it was behind the

22  police barricade where all these people are

23  standing?

24     A.  Yes.

25     Q.  And that would be located in Exhibit 1

1      Q.  Yes.

2      A.  Yes.  I start walking and there is one

3  standing there.  And I stand in front of him,

4  about, say, six feet away from him.

5      Q.  Okay.

6          Now, the barricade in Exhibit

7  Number 1, were the people all standing in --

8  front -- did you say you thought it was

9  knocked down?

10     A.  Yes, they must have knocked it down

11 because I don't recall going over it.

12     Q.  Well, did you walk over the barricade

13 to get past it?

14     A.  No.  I came in -- they were positioned

15 in this way.  It was like opened.

16     Q.  So the protestors pushed the barricades

17 open?

18     A.  It's possible.  I don't know.  I didn't

19 see it.

20     Q.  Okay.

21         But you walked through the

22 barricades toward the Gonzalez family home?

23     A.  Yes, exactly.  There was a gentleman

24 standing approximately here and I stand in

25 front of him here.

26

1   Q.  Okay.

2       Well, in Exhibit Number 2, can you

3   draw a line from the circle where you were

4   standing at 8:00 p.m. to where approximately

5   you were standing beyond the barricades,

6   please.

7   A.  Well, I can draw a line, but I can't

8   tell you through which side of the barricade

9   did I go through.  But I am very certain that

10  it was very near this corner here.

11  Q.  Okay.

12      Well, just draw the line, best you

13  can do.

14  A.  Approximately here.

15  Q.  Okay.

16      And just put an X where you stopped.

17  A.  (Witness complies.)

18  Q.  Okay.

19      Now, you have drawn a line on

20  Exhibit Number 2 from the circle where you

21  were standing on -- where you were located

22  approximately on April 21st at 8:00 p.m. and

23  a line to an X where you ended up after the

24  officers arrived that morning.

25  A.  Perhaps it's important, perhaps not,

1    what I wanted to say was not where I was at

2    8:00 p.m., but where I was at approximately

3    6:00 a.m.

4       Q.  Okay.

5       A.  Close to 6:00 a.m.  Very close.

6       Q.  Okay.

7           But the X you drew in Exhibit

8    Number 2 is where you were when the

9    officers -- approximately when the officers

10   arrived, which would be beyond the police

11   barricades?

12      A.  Not when they arrived, but once they

13   already were there.

14      Q.  Okay.

15          What was your intent to pass the

16   police barricade walking toward the Gonzalez

17   family home?

18      A.  At that time, as I told you, everybody

19   got quite nervous and I was very nervous.

20   Everybody was screaming.  Everybody had run

21   towards that place.  The cars were retreating

22   already.  So I am walking just simply to see.

23      Q.  Okay.

24      A.  There were people laying on the ground.

25      Q.  Okay.

28

1        When you passed the barricades, was

2    it before or after gas had been used by the

3    law enforcement officers?

4       A.   There was quite a smell of gas in the

5    area.  It was already there.

6       Q.   Okay.

7             So there was already gas.  And then

8    you walked through the police barricades into

9    the gas?

10      A.   Yes, the gas was spread all over.

11      Q.   Okay.

12            Before you passed through the police

13   barricade, you knew there were law

14   enforcement officers in front of the Gonzalez

15   family home; is that correct?

16      A.   Yes.

17      Q.   Okay.

18      A.   I didn't cross the barricade.  In other

19   words, it was already open.

20      Q.   The barricades, even though they were

21   open, you still went beyond the barricades

22   through an opening; is that correct?

23      A.   Yes.

24      Q.   Okay.

25            Now, when you saw that there was law

31

1    Once I have already gone by it or

2    through it, then an officer started to

3    approach me.

4      Q.  Okay.

5         And did the officer say to you, stay

6    back behind the barricade?

7      A.  Yes.  I had already crossed.  He tells

8    me that and I stopped.

9      Q.  And did you immediately turn around and

10   go back?

11     A.  No, I didn't have time, because just as

12   he was telling me that, as I told you,

13   another one came over, tells me a bad word,

14   as I had said, and he pushes me.  And he

15   throws me.

16     Q.  What was the last one?

17     A.  He pushes me here through the shoulder.

18   I don't know if I can repeat the word he said

19   to me, but he did say a bad word to me.  And

20   then he pushes me and he discharges that

21   device he had in his hands toward my face.

22     Q.  Okay.

23        What did he say?  You can say it.

24     A.  Get out of here, mother-fucker.

25     Q.  Okay.

**FERNANDEZ & ASSOCIATES**
**444 Brickell Avenue, Suite 718, Miami  FL 33131**

37

1          Now, you said that the gas got into

2     your eyes and your face and I believe your

3     nose; is that correct?

4     A.   And the mouth, also.

5     Q.   Okay.

6          How long did your eyes burn from the

7     gas?

8     A.   As I told you before, I started to feel

9     somewhat better on Tuesday of that week,

10    Tuesday at night, and so Wednesday I could go

11    do something at work.

12    Q.   So are you saying that from the time

13    you were gassed on April 22nd until the end

14    of the day on Tuesday your eyes were -- felt

15    uncomfortable or burning that whole period of

16    time?

17    A.   Yes.  They were running as if I had a

18    conjunctivitis.  It was like something coming

19    out of my eyes.

20    Q.   Tearing?

21    A.   No, like a white little skin or curdle

22    or something like that.

23    Q.   Did you receive any medical treatment

24    for your eyes?

25    A.   Well, I don't have medical insurance.

38

1    I had a boy that was five months at that

2    time.  When he was born, he was born with a

3    small problem in his eyes where they would

4    run, and so I used the same medication that

5    we had put on him.  And that's what I did.

6    And I would wash my eyes out.

7       Q.  But as far as a medical doctor is

8    concerned, you did not go see a medical

9    doctor and you did not receive treatment from

10   a medical doctor with regard to the problem

11   you had with your eyes as a result of the

12   gas; is that correct?

13      A.  That is correct, I didn't go see any

14   doctor.

15      Q.  Okay.

16          And you didn't receive any medical

17   treatment, other than your -- the ointment

18   that your son was using?

19      A.  No.

20      Q.  Okay.

21          And from that Wednesday, April 26,

22   2000, up to the present date, your eyes are

23   fine, normal?

24      A.  Well, I can't say that, because I'm not

25   a doctor to be able to say that.  But I don't

39

1  know if you've noticed, but from that time

2  until now, I have problems with my nose.  And

3  my eyes are always tearing and I have like a

4  small blood spot in my eye.  But I am not a

5  doctor to say that.

6     Q.  Okay.

7        So the problems you currently still·

8  have that you believe are the result of the

9  gas is that your eyes still tear?

10    A.  And my nose, it's like everything

11  becomes like an allergy.

12    Q.  Okay.

13        What, congestion or what?

14    A.  No, not like congested.  It's like it's

15  more sensitive to everything, to smells and

16  everything.

17    Q.  Okay.

18        So since the time that you were

19  gassed, your nose is more sensitive to

20  smells?

21    A.  I already explained.  I'm not a doctor

22  to certify that that's what it is.  What I'm

23  sure of is that from then until now is when I

24  started to have that problem and I have that

25  problem.  Before that I didn't have it.

1    Q.  Well, can you be a little bit more

2    specific in how you're nose is more

3    sensitive?

4    A.  If I go into a place, let's say that

5    there is a very strong odor, a perfume, I

6    work in construction, for example, a small

7    amount of dust that I was always working in,

8    that now I start sneezing immediately.

9          Sometimes I have to wear one of

10   those disposable masks because I start to

11   sneeze and sneeze and sneeze and I cannot

12   work.

13   Q.  Okay.

14          So what you're saying is that your

15   nose is more sensitive and certain smells,

16   like make you sneeze more than you did before

17   April 22nd?

18   A.  Yes.

19   Q.  Okay.

20          Have you seen any doctor that's told

21   you that your -- the sensitivity of your nose

22   is a direct result of the gas?

23   A.  No.

24   Q.  Okay.

25          Do you receive any medical treatment

41

1    for your nose sensitivity?

2       A.   No.

3       Q.   Okay.

4            When the officer pushed you on the

5    shoulder, did that cause you any injury?

6       A.   The shoulder, no.

7       Q.   Okay.

8            So other than being sprayed in the

9    face with the gas and being pushed on the

10   shoulder by the officer, did you have any

11   other contact with any other law enforcement

12   officer on April 22nd, 2000?

13      A.   No.

14      Q.   Okay.

15           Other than the burning of your eyes

16   and the sensitivity of your nose, did you

17   incur any other injuries on April 22nd, 2000,

18   that you have not already told me?

19      A.   No.

20      Q.   Did you know any of the officers that

21   arrived at the Gonzalez family home?

22      A.   No.

23      Q.   Okay.

24           Have you suffered any emotional

25   injuries as a result of what occurred on











EXHIBIT

2

KAMOS

1

1

2                    UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
3
                        CASE NO. 03-20588 CIV MOORE
4

5    DONATO DALRYMPLE,

6              Plaintiff,

7         vs.

8    UNITED STATES OF AMERICA,

9              Defendant.
              - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
10

11

12                              99 N. E. Fourth Street
                                Miami, Florida
13                              August 12, 2004
                                2:10 p.m.
14

15

16             DEPOSITION OF LENORE RIVERO

17

18        Taken on behalf of the Defendant

19    before LOIS E. GUFFEY, RDR, Notary Public in

20    and for the State of Florida at Large, pursuant

21    to a Notice of Taking Deposition filed in the

22    above cause.

23

24

25

11

1    Q.    Okay.   Now I understand.   Now what exactly

2    did you hear?   Can you describe it to me?

3    A.    What I heard was noise, was -- the only

4    thing I heard was noise.

5    Q.    Was there any yelling, talking?

6    A.    After that I heard when people started

7    screaming.

8    Q.    Could you make out what anyone was saying?

9    A.    The only thing I could understand that I

10   heard is one of them saying "bingo."

11   Q.    Now during this time were you watching

12   this through your bedroom window or were you just

13   listening?

14   A.    When I hear the noise, I looked out to see

15   what was happening.

16   Q.    I am going to show you a photograph, and

17   it's a picture of the neighbor where Lazaro

18   Gonzalez's home was.   And I want to see if you can

19   find your home on this picture.   I am going to go

20   ahead and mark it Exhibit 1.

21       (Lenore Rivero Exhibit 1 is marked.)

22   BY MS. GUPTA:

23   Q.    If you look at Exhibit 1 you will see near

24   the top of the picture near the center is a house

25   with a square roof.   And you can see some flags in



12

1    front of the home.  Now I am going to mark that LG

2    for Lazaro Gonzalez's home.

3        A.    Yes.

4        Q.    Does that look correct to you on

5    Exhibit 1?

6        A.    I didn't understand that question.

7        Q.    Oh, I am sorry.  I am just asking you if

8    you recognize this neighborhood?

9        A.    Yes, of course.

10       Q.    Okay.  And I just want to also let you

11   know that this picture wasn't taken on April 22nd,

12   2000.  Just so you know that.

13       A.    Uh-huh.

14       Q.    Now on Exhibit 1 -- do you see your home

15   on April 22nd, 2000?

16       A.    If this is Lazaro Gonzalez's house, mine

17   was here in the corner.

18       Q.    Is your home pictured on Exhibit 1 or

19   would it be out of the picture?

20       A.    My house would be more or less here.

21       Q.    Okay.  Could you go ahead and put your

22   initials about where your home would be --

23       A.    Yes.

24       Q.    -- on Exhibit 1.

25       A.    (Indicating).

13



1      Q.    Now I want to make sure I understand where

2   you are marking.  Now on Exhibit 1, if you leave

3   your home and you exit through your front door you

4   would cross the street and then turn left.  And

5   then you would walk -- would you have to cross

6   another street, this street again to get to Lazaro

7   Gonzalez's home?

8      A.    Of course.

9      Q.    So you live on the same street as Lazaro

10  Gonzalez, correct?

11     A.    (Witness nods head.)

12     Q.    But you live on --

13     A.    Yes.

14     Q.    But you lived on the opposite side of that

15  street, correct?

16     A.    Yes.

17     Q.    Okay.  So if you were to leave your home

18  on April 22nd, 2000 or the home you lived in on

19  April 22nd, 2000 and go to the home of Lazaro

20  Gonzalez would it be correct to say that you would

21  first exit your front door, you would cross the

22  street on which your home and Lazaro Gonzalez's

23  home are located, then you would turn left, cross

24  another intersection and then pass one, two homes

25  and then reach Lazaro Gonzalez's home?

14

1      A.   But you are telling me on that date of
2  April 22nd?

3      Q.   No, not on that date.  From that home on
4  which you lived April 22nd if you were to walk to
5  Lazaro Gonzalez's home.

6      A.   Yes.

7      Q.   Now your bedroom, which corner -- where,
8  in your home, is the bedroom located?

9      A.   It was in front of the street.

10     Q.   So your bedroom, it's on the same side of
11  the street -- it's on the same side of the street
12  as the street where your house and Lazaro
13  Gonzalez's home are.  Is this --

14         THE INTERPRETER:  Could you repeat that?
15  BY MS. GUPTA:

16     Q.   Let me strike that.  That was badly
17  phrased.  So when you looked out your bedroom
18  window can you tell me which way you were facing?

19     A.   At that time?

20     Q.   Yes.

21     A.   At that moment I was looking at what was
22  happening, because I really didn't know well what
23  was happening, and I did want to know what was
24  going on.

25     Q.   Now were you looking at the street in

1  front of your house?  Were you looking at the alley

2  behind your house?

3       A.   No, no.  In the front.

4       Q.   Now from your bedroom window could you see

5  the front of Lazaro Gonzalez's home that day?

6       A.   Completely, because it's a building.  I

7  lived on a higher story.

8       Q.   Now can you estimate how far your home is

9  from Lazaro -- your home was from Lazaro Gonzalez's

10 home?  Was it 100 feet, 200 feet, 300 feet?

11      A.   No.  That I really don't know anything

12 about.

13      Q.   Now when you were looking at your bedroom

14 window, what else did you see other than the white

15 vans pull up?

16      A.   No, I didn't see anything else because

17 then I went back inside.

18      Q.   Went back inside where?

19      A.   In my house.

20      Q.   Oh.  So did you leave your home after you

21 heard the noise?

22      A.   No.

23      Q.   Did you leave your home that morning while

24 the INS officers were there taking Elian from

25 Lazaro Gonzalez's home?

16

1      A.    No way.

2      Q.    Okay.  I guess I am just misunderstanding

3   you.  You said after the white -- after you saw the

4   white vans go by you went back inside?

5      A.    No.  I -- I saw all of that through the

6   window in my bedroom.  I didn't go down at all that

7   day because I was breast feeding my baby that day.

8      Q.    Okay.  So earlier, when you said that you

9   went back inside, what did you mean?

10     A.    I was -- the whole time I was in my

11  bedroom, as I said, because I was breast feeding my

12  baby.  That's when I peek out, but I didn't go out.

13  I was in my bedroom in the higher part of the

14  building where I lived.

15     Q.    Now from your bedroom did you look in

16  front of Lazaro Gonzalez's home?

17     A.    Yes.  You can see it all.

18     Q.    Did you look there that morning of April

19  22nd, 2000 while the officers were taking Elian

20  from the Gonzalez family home?

21     A.    Yes.  I was looking at it from my window.

22     Q.    Can you tell me what you saw there?

23     A.    The only thing I saw is when the officers

24  got out of the car.  They had machine guns, the

25  long ones.  Some of them got off -- some of them

21

1      Q.    Now did you talk to any law enforcement

2   officers that day?

3      A.    No, no, no.

4      Q.    Did you come into any physical contact

5   with any law enforcement officer that day?

6      A.    No, no.  No way.

7      Q.    So is it fair to say you didn't have any

8   contact with any law enforcement officers that day?

9      A.    No way.

10      Q.    Now after you shut the windows was there

11   any gas in your home?

12      A.    Yes.  There was gas inside the house, yes.

13      Q.    Now did that gas affect you physically?

14      A.    Yes.  And the little boy.

15      Q.    Can you tell me first how it affected you?

16      A.    Well, when I breathed it in, it came in to

17   my throat, and my throat like tightened up.  It was

18   something very strange.  My like throat like closed

19   down.  All of us that were in the house that day

20   had that happen to us, my two children and my

21   husband.

22      Q.    Did you have any other physical effects?

23      A.    Well, at that point in time the effect of

24   the gas was inside my throat (indicating), and

25   given that, you know, I had recently given birth, I

22

1  was breast feeding my child.  My breast milk dried

2  up.

3     Q.   Did you have any other physical effects

4  from the gas, either right away or later that day

5  or later?

6     A.   Yes.  No.  For that time it was that.

7  Yes.  I was very -- left very nervous and very

8  depressed.  Yes.

9     Q.   Now how long did your tight throat last?

10    A.   Well, that stayed with me for a couple of

11 hours.

12    Q.   Did you seek any medical attention for

13 that?

14    A.   No.  I didn't go to the doctor for the

15 throat problem.  I didn't go to the doctor because

16 I really was taking more care of my children.

17    Q.   And the problem with your breasts, how

18 long did that last?

19    A.   Well, it started coming down again after

20 about a month.

21    Q.   So was the problem that they had swelled,

22 they had gotten swollen?

23    A.   I was breast feeding my baby.  And after

24 that I saw that it just didn't flow, the

25 nourishment for the boy.

23

1    Q.    Okay.  And that --

2    A.    Like it suspended itself.  It shut down.

3    Q.    And how long did that problem last?

4    A.    About a month.

5    Q.    Did you seek any medical attention for

6    that?

7    A.    Yes, I did go to the doctor.

8    Q.    And did the doctor tell you that that had

9    been caused by the gas you inhaled on April 22nd,

10   2000?

11   A.    Well, I explained to him maybe perhaps the

12   case of the nerves -- I got so very nervous about

13   that.  So what he prescribed was the child take

14   formula instead.

15   Q.    So after one month were you able to start

16   breast-feeding again?

17   A.    No, no.  No more.

18   Q.    Now did your doctor tell you that it was

19   caused by your nerves or being upset from what

20   happened on April 22nd, 2000?

21   A.    No.  He didn't tell me that directly.

22   Q.    What did he tell you?

23   A.    Look, when I went and I -- when I

24   explained to him that I had no longer -- my

25   chest -- my breasts had dried up and I couldn't





1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20588 CIV MOORE

DONATO DALRYMPLE,

        Plaintiff,

   vs.

UNITED STATES OF AMERICA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

                     99 N. W. Fourth Street
                     Miami, Florida
                     Tuesday, June 8, 2004
                     9:11 a.m.

DEPOSITION OF MARIA RIVERON

    Taken on behalf of the Defendant

before LOIS E. GUFFEY, RDR, Notary Public in

and for the State of Florida at Large, pursuant

to a Notice of Taking Deposition filed in the

above cause.

2

APPEARANCES:
JUDICIAL WATCH, INC.
100 Southeast 2nd Street, Suite 3920
Miami, Florida  33131-2148
By:  ED FARRES, ESQ.
Appearing on behalf of the Plaintiff.

U.S. DEPARTMENT OF JUSTICE
1331 Pennsylvania Avenue, Northwest
Washington DC 20004
By:  STEPHEN E. HANDLER, Esq.
Appearing on behalf of the Defendant.

ALSO PRESENT:
Isabel Duquesne, Interpreter
Alberto De La Cerra, Interpreter


                        I N D E X
WITNESS              DIRECT
MARIA RIVERON

MARIA RIVERON EXHIBITS
1, copy of photo                    8
2, copy of photo                    15

14

1    Q.    Not now?

2    A.    Now at this moment, no, there were so many

3  people.

4    Q.    Did you ever see any of the protesters

5  carrying any types of weapons?

6    A.    No.

7    Q.    Did you hear any of the protesters discuss

8  what they would do if someone came to try to take

9  Elian away?  Did you overhear any of those types of

10  conversations?

11    A.    No.

12    Q.    Do you remember approximately where you --

13  strike that.  Would you agree with me that when the

14  law enforcement officers came to take Elian away

15  that that occurred very early in the morning on

16  April 22nd?

17    A.    Yes.

18    Q.    Do you remember approximately where you

19  were when the officers arrived?

20    A.    Yes.  In the house at 2314 behind the area

21  where they had the television cameras and so on.  I

22  was back here.

23    Q.    You were behind the media line?

24    A.    At the -- in the patio of that house.

25    Q.    Okay.  Let me just mark Exhibit No. 2.

1          (Maria Riveron Exhibit  2 is marked.)

2     BY MR. HANDLER:

3          Q.    I am showing you what has been marked as

4     Exhibit No. 2.   It's another aerial photograph of

5     the area where the Gonzalez family home is located.

6     We are just using the picture to get an idea of

7     where you were on the day of April 22nd.   Do you

8     see that in the picture?

9               If I can help.   This is the Gonzalez home

10    here.   This is the street in front of the home.   At

11    the end of the street there was a police barricade.

12         A.    I think it was this one.

13         Q.    Across the street is where the television

14    people were.   There was a barricade there, correct?

15         A.    Yes.

16         Q.    You think you were in this area here

17    (indicating)?

18         A.    There (indicating).

19         Q.    Can you circle the area where you believe

20    you were on that day?

21         A.    (Indicating).

22         Q.    Make it dark.   So you have drawn a circle

23    on Exhibit 2 approximately where you were on April

24    22nd, 2000 when the law enforcement officers

25    arrived, correct?

16

1    A.    Yes.

2    Q.    Was there a police barricade in front of

3 you at that time?

4    A.    No, because the police had already removed

5 the barricades.

6    Q.    Okay.  Well, there was a barricade in

7 front of the media television people going down the

8 street, correct?

9    A.    I don't remember.  I remember they had

10 them in the corners.

11    Q.    Okay.  You were at somebody else's home?

12    A.    Yes.

13    Q.    You were sitting, you said, on a front

14 porch?

15    A.    No.

16    Q.    Where were you sitting?

17    A.    The gentleman had a sofa placed like this

18 on the patio.

19    Q.    Sofa on the patio.  And how long had you

20 been there before the officers arrived?

21    A.    I had been there about two or three hours.

22    Q.    What was the name of the owner of the

23 house?

24    A.    Eduardo, but they call him Eddie.

25    Q.    Last name?

17

1   A.   I don't know.

2   Q.   What first alerted you to the presence of

3   the federal authorities?

4   A.   What do you mean, what alerted me?

5   Q.   Let me stop you for a second.  This

6   gentleman's house, Eddie's house, where you were

7   located on April 22nd, that is down the street from

8   the Gonzalez family home, correct?

9   A.   The house is across the street from the

10  building that is next to the Gonzalezes.

11  Q.   But where you were located on that day,

12  you were -- you were not located across the street

13  from the Gonzalez family home; you were located

14  down the street?

15  A.   Yes.

16  Q.   All right.  Where you were sitting on the

17  couch could you look over and see the front door of

18  the Gonzalez family home?

19  A.   No.

20  Q.   When the INS and law enforcement officers

21  drove up the street -- did you see them drive up

22  the street?

23  A.   When those officers arrived, other

24  officers had come from behind the Gonzalezes house.

25  So when they arrived, already the barricades were

22

1  A. No.

2  Q. How were these individuals supposed to

3 protect Elian?

4  A. Well, like when they took him away, they

5 stood in front of the door making human chains,

6 holding onto each other so nobody could go in.

7  Q. This happened on the day of the -- of

8 April 22nd?

9  A. Yes.

10  Q. Okay.  We will get there in a second.  So

11 when the yelling started, what is the very next

12 thing you saw or heard that day?

13  A. Well, I went out and I saw the Gonzalez

14 home -- the door to the home -- Saul Sanchez and

15 Jose, which is a young man who lives two blocks

16 from our house, and some other people there at the

17 door.

18  Q. So when you heard the yelling, you got up

19 off the sofa and did you walk into the street?

20  A. Yes.  I went out this way behind those

21 things where the TV channels are at, and I went

22 out.

23  Q. So when you heard the yelling, you got off

24 the sofa and you went into the street and walked

25 toward the Gonzalez family home?

23

1    A.    Yes.   I went out.   And by then they were

2  spraying those gases, and that is -- you know, my

3  sight was affected.   I felt nausea, I felt dizzy.

4    Q.    I will get into all that, but you have to

5  listen to my very specific question.   Just answer

6  my question, okay?   You are going too fast.

7    A.    Well, I am trying to explain to you

8  because you are trying to confuse me.

9    Q.    No, I am not trying to confuse you.   I am

10  asking a very, very specific question.   All I asked

11  you is, after you heard the yelling, did you get up

12  from the sofa and did you walk in the street and

13  did you walk in the direction of the Gonzalez

14  family home?   It's either you did or you didn't.

15    A.    Well, I didn't go towards the Gonzalez

16  family home because God knows what would happen to

17  me if I had done that.

18    Q.    When you got up off the couch did you walk

19  into the street at all?

20    A.    Yes, I went out into the street.

21    Q.    Okay.   Now if you look on Exhibit 2 here,

22  if you walk in the street did you walk to your

23  right or to your left or did you stay in one spot?

24    A.    Let's see.   This is -- let's see how it

25  was.   That's the house.   I went like this.

26

1    Q.   Now when you looked up the street you

2  could see like white vans in front of the Gonzalez

3  home?

4    A.   Those vans just came and in a matter of

5  minutes were gone, rapid, very quick.

6    Q.   What I am asking you is, when you were

7  standing at the corner of the street could you see

8  the white vans in front of the Gonzalez home?

9    A.   Yes.   They were there but they left very

10 quickly.

11   Q.   I understand that.  When you looked up the

12 street, could you see the barricade at the end of

13 the street?

14   A.   By that time the barricades had been taken

15 down.  At dawn that barricade had been taken down.

16   Q.   All I am asking is when you were standing

17 at the corner and you were looking up the street

18 could you see the barricades up there?

19   A.   By that time there were no barricades.

20   Q.   Okay.  Before you walked down to the

21 corner did you look in the direction of the

22 barricades at the end of the street?

23   A.   The barricades were still up.

24   Q.   Did you see people jump over the

25 barricades and run toward the front of the Gonzalez

FERNANDEZ & ASSOCIATES   (305) 374-8868

27

1   family home?

2       A.   They didn't jump over.  They knocked them

3   down.

4       Q.   So the people standing behind the

5   barricades knocked the barricades down?

6       A.   They knocked them down, yes.

7       Q.   Did you see the protesters run to the

8   front of the Gonzalez family home?

9       A.   Yes.  On top of the officers there.  In

10  order to protect Elian.  It was all in the matter

11  of protecting Elian.  And they was crying out,

12  "Please, please, don't take him away."

13      Q.   And you could see this from where you were

14  located at that gentleman's house that you were at

15  at 5:00 in the morning on April 22nd?

16      A.   Of course, you could see it, because I

17  wasn't there.  I had already come out to  --

18      Q.   So you were out, and you were looking down

19  the street, and you saw the protesters push down

20  the barricades and run toward the front of the

21  Gonzalez family home to protect Elian?

22      A.   Yes, yes, yes.  And I thought I saw people

23  laying on the ground.  They had already been

24  sprayed with the gas.  And other people that had to

25  be taken away by the rescue, because it seemed like

1   they were dying right there.

2       Q.    Did you see people form human chains in

3   front of the Gonzalez family home in front of the

4   door of the home?

5       A.    Yes, yes.

6       Q.    Do you know the names of the people that

7   did that?

8       A.    When they were taking Elian away?

9       Q.    Before they took him away they formed the

10  human chain, correct?

11      A.    They were there when they broke through

12  the door.

13      Q.    The people that were locking arms and

14  forming human chains were there before the officers

15  broke down the door; is that correct?

16      A.    Yes.

17      Q.    Do you remember the names of the people

18  that were locking their arms?

19      A.    Yes.  I already told you.  One was Saul

20  Sanchez; and the young man that's a friend of my

21  son, I don't know the last name, he's called Jose;

22  and several other people there who I do not know.

23      Q.    Okay.  What was Sanchez's first name?

24      A.    Saul.

25      Q.    How do you spell that?

1       A.    They were just spraying the group there,

2   the people there.

3       Q.    But I mean how far away were the officers,

4   from the people when they were spraying them?

5       A.    Close to the people.

6       Q.    Five feet, ten feet, 15 feet?

7       A.    Closer.  I couldn't explain.

8       Q.    Okay.  Did you come into contact with any

9   of the officers?

10      A.    No.

11      Q.    Did any of the officers spray you directly

12  with gas?

13      A.    No.  They were just spraying like this

14  (indicating), so everybody got sprayed, the whole

15  block.  Even people that were inside of their homes

16  got affected by the gas.

17      Q.    Let's just talk about you.

18      A.    Uh-huh.

19      Q.    Did any law enforcement officer come up to

20  you and spray you directly with gas?

21      A.    Not directly like that, no.

22      Q.    But you smelled the gas?

23      A.    Of course I did.

24      Q.    Tell me how the gas affected you.

25      A.    I felt dizzy, my vision blurred and I felt

1  nausea.  And since then I have had stomach problems

2  and things like that.

3      Q.   Let's deal with it at the time, okay?

4      A.   Yes.

5      Q.   So the effects of the gas made you dizzy,

6  your vision was blurred and you felt nauseous.

7      A.   Yes.

8      Q.   Any other effects of the gas?

9      A.   My skin started to itch.

10      Q.   Any other effects?

11      A.   I don't recall anymore at this point in

12  time.

13      Q.   How long a period of time were you dizzy?

14      A.   About half an hour or more.

15      Q.   How long was your vision blurry?

16      A.   That lasted a little bit longer.

17      Q.   A couple of hours?

18      A.   More or less.

19      Q.   Okay.  How long were you nauseous for?

20      A.   For a two-day period I even had to go to

21  the doctor and everything.

22      Q.   Couple of days?

23      A.   Yes.

24      Q.   How long was your skin itchy?

25      A.   Quite a bit.  I still have problems with

1    my skin.

2         Q.    So it was itchy for -- I mean how long?

3         A.    A long time, particularly in my face.  I

4    still have like stains in my face, and I didn't

5    have that before (indicating).  You can see my

6    photograph before the incident.  That photograph

7    was taken perhaps four years ago.

8              (In English) Four or five years.

9              (Through Interpreter)  And I didn't have

10   these stains or whatever.

11        Q.    This photograph -- well, four years ago

12   was this event.

13        A.    That was taken about a year before that

14   happened.

15        Q.    So you are saying this photograph was

16   taken around April of 1999?

17        A.    Uh-huh.  I think perhaps toward the end of

18   '98, thereabouts.

19        Q.    Who is this boy in the picture?

20        A.    My boy.

21        Q.    How old is he?

22        A.    Let's see.  He just turned 15.

23             MR. HANDLER:  Did you want to make this an

24        exhibit or not?

25             MR. FARRES:  No, not now.

36

1          MR. HANDLER:  Okay.

2          THE INTERPRETER:  Spots, not stain, right.

3   BY MR. HANDLER:

4     Q.   When you say your skin was itchy a long

5   time, are we talking about days, weeks, months?

6   How long?

7     A.   Since that happened to me with the gas

8   until now you can see that I have things coming

9   out.

10     Q.   I am talking about itchy.

11     A.   I still feel itchy.

12     Q.   So your skin has been itchy for four

13   years.

14     A.   Yes.

15     Q.   Okay.  Now with regard to all of these

16   medical problems from the gas did you go seek

17   medical help?

18     A.   I went to the doctor but I am not going to

19   the doctor currently.

20     Q.   When is the first time you sought medical

21   help for the problems with regard to the gas?

22     A.   Two days after that happened I went.

23     Q.   Do you remember where you went?

24     A.   It was to a clinic that since has been

25   closed, and I have not been able to go there





EXHIBIT
1   6-8-04
Maria Rivero



EXHIBIT
2   6-8-04
Maria Riveron

1

 1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
 2
              CASE NO. 03-20588 CIV MOORE
 3

 4

 5   DONATO DALRYMPLE,

 6              Plaintiff,

 7        vs.

 8   UNITED STATES OF AMERICA,

 9              Defendant.
     -------------------------------x
10

11

12
                      99 Northeast Fourth Street
13                    Miami, Florida
                      Monday, February 23, 2004
14                    10:50 a.m.

15

16

17        DEPOSITION OF PEDRO RAMON RIVERON

18

19        Taken on behalf of the Defendant before LOIS

20   E. GUFFEY, RDR, Notary Public in and for the State of

21   Florida at Large, pursuant to a Notice of Taking

22   Deposition filed in the above cause.

23

24                              ORIGINAL

25

11

1   No. 2.  It's the same picture but just taken a little

2   bit farther away.  Do you see that?

3       A.   Yes.

4       Q.   Now, on April 22nd, 2000, I believe that was a

5   Saturday.  Can you tell me what time you arrived in the

6   general area of the Gonzalez family home on that day?

7   Were you there early that morning?  Were you there the

8   day before?

9       A.   I got -- I think it was early in the morning.

10  I don't recall exactly, but somewhere about 5:00,

11  because I get up at 5:00 in order to be able to run.

12      Q.   And do you remember -- strike that.

13           Were you there before the INS got there?

14      A.   I was at my -- at my front door, and I don't

15  think I was even dressed.  I think I was wearing like

16  flip-flops, and normally when I get up, I look out to

17  see how the -- what the weather is like that day, and

18  then I heard the scream.

19      Q.   How close do you live to the Gonzalez family

20  home?

21      A.   Well, here is the Gonzalez home, here is the

22  street, and almost like five houses away.  I think it

23  was about half a block away.

24      Q.   So you live very close?

25      A.   Very close to Elian's house.

14

1      A.    You could see the front part.  You could see

2   the front right here.

3      Q.    Okay.  Why don't you tell me what happened

4   when you heard all the noise at around 5:00 a.m. on

5   April 22nd.  Just tell me what happened.

6      A.    I heard my mother yell, "They're taking the

7   boy away.  They are taking Elian away."

8            And I don't know if I was wearing, like,

9   flip-flops, shorts, and I don't think I had a shirt.  I

10  went over there running.  I wasn't going to get involved

11  with anybody or do anything.  I just was -- I was

12  curious.  I just wanted to see.

13           And they sprayed like a gas that reached me on

14  my face, and there I couldn't see.  My eyes started to

15  water.

16           Then I saw as if Elian was being taken out.

17  And so a man says to me, "Hey, boxer, jump in," like to

18  get in among them there.

19           And I told him, "Listen, I am not getting

20  involved with that.  There's a federal matter, and they

21  will either kill you or you will go to the jail the rest

22  your life.  You can't get involved in that."  And I

23  was -- I was yelling, I was desperate.  That thing just

24  had me, like -- I don't know.

25           And I saw the truck back up, and with that,

─15─

1    they left.

2        Q.    So you heard your mother yelling, "They're

3    taking Elian away."

4        A.    She was yelling, and I heard her say, "Elian,

5    they're taking the boy away."  And that's when I

6    started -- took off running that way.

7        Q.    So you ran toward the Gonzalez family home?

8        A.    I ran in that direction, but I knew it was

9    about the boy, because they took off, and the barricades

10   that were by my house were opened up.

11       Q.    But you ran toward the Gonzalez family home?

12       A.    I stopped at the corner.

13       Q.    But you ran toward the Gonzalez family home?

14       A.    Yes.

15       Q.    How far -- how close did you get to the

16   Gonzalez family home?

17       A.    Right at the corner right there.

18       Q.    Do you see that on Exhibit 2?

19       A.    No.  It was over here, a little bit further

20   away.

21       Q.    So on Exhibit 2 did you get -- were you in the

22   street?

23       A.    Yes, on the street, like that (indicating).

24       Q.    So you ran down the street toward the Gonzalez

25   family home.

—16—

1     A.   Yes.  I ran that far because there were people

2  there with pistols and things like that.  I didn't want

3  to --

4     Q.   Do you know how -- strike that.

5           In looking at Exhibit 2, when you -- at some

6  point in time you stopped, right?

7     A.   I stopped over here (indicating).

8     Q.   So Exhibit 2 doesn't show part of the street

9  that you stopped at; is that right?

10     A.   No.

11     Q.   So if we look at the street in front of the

12  Gonzalez family home, you are off the picture all the

13  way on the left here on Exhibit 2.  I am sorry.  Can you

14  put like a circle on Exhibit 2 approximately where you

15  stopped?

16     A.   Like here (indicating).

17     Q.   Okay.  So you put a little circle on Exhibit

18  2.  That's where you stopped on the street; is that

19  correct?

20     A.   Yes.

21     Q.   Now, you said you were sprayed with gas.

22     A.   Yes.  They sprayed gas.

23     Q.   Was that before or after Elian was taken out

24  of the house?

25     A.   I don't recall.

1   Q.   Okay.  Did somebody actually spray you or was

2   there just gas in the air?

3   A.   Well, he sprayed the gas.  He didn't put it in

4   my face to me.

5   Q.   He was just spraying it in general at the

6   people?

7   A.   I don't know what he -- he just threw it out

8   there.  I don't recall.

9   Q.   Okay.  Did you come into physical contact with

10  any of the law enforcement officers?

11  A.   No.

12  Q.   Did you hear the officers say, "Federal

13  officers, stay back behind the barricades"?

14  A.   I didn't hear that.  What I saw was when they

15  grabbed people and would throw them down.  That's why I

16  stopped there.

17  Q.   Okay.  Now, you said somebody said, "Hey,

18  boxer, get in."  Did you use the word "boxer"?

19  A.   Yes.  Because they know that I am a

20  professional boxer.

21  Q.   Okay.  Who told you to get in there?

22  A.   There were so many people that I knew there.

23  I don't know.

24  Q.   Okay.  Did you fight anybody when you were

25  there?



EXHIBIT
Riveron
Z for ID
19 2 - 23-04

1

1        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
2
         Civil Action No. 03-20588-CIV-MOORE
3
DONATO DALRYMPLE, et al.,
4
                    Plaintiffs,
5

6    vs.

7    UNITED STATES OF AMERICA,
                    Defendant.
8    _____/

9
                    99 Northeast 4th Street
10                  Third Floor
                    Miami, Florida 33132
11                  February 25, 2004
                    1:55 p.m. - 3:45 p.m.
12

13

14

15              DEPOSITION OF

16           EDUARDO RODRIGUEZ

17

18

19         Taken before Sonnia Martinez, Notary

20   Public for the State of Florida at Large,

21   pursuant to Notice of Taking Deposition filed

22   in the above cause.

23

24

25

FERNANDEZ & ASSOCIATES COURT REPORTERS
444 Brickell Avenue, Suite 718, Miami, Florida 33131
DADE 305-374-8868 BROWARD 954-382-2101

1                    APPEARANCES

2

3        Judicial Watch, Inc.
         By: Ed Farres, Esquire
         100 Southeast 2nd Street
4        Bank of America Tower
         Suite 3920
5        Miami, Florida 33131
         appearing on behalf of the
6        Plaintiffs.

7        Stephen Handler,
         Trial Attorney
8        U.S. Department of Justice
         Torts Branch, Civil Division
9        Benjamin Franklin Station
         P.O. 888
10       Washington, D.C. 20044
         appearing on behalf of the
11       United States of America.

12

13

14                      INDEX

15       WITNESS                 DIRECT

16       Eduardo Rodriguez         3

17                     EXHIBITS

18       Defendant's

19          No. 1 & 2   Page 11

20

21

22

23

24

25

12

```
1    BY MR. HANDLER:
2         Q.   Mr. Rodriguez, looking at Exhibit
3    Number 1, do you recognize this picture as
4    being a picture of your neighborhood?
5         A.   Yes, this is my house.
6         Q.   Could you just write your initials
7    on your house.   ER.
8              And then point with your finger
9    where the Gonzalez house is.
10             Could you put a "G" on that house?
11        A.   Here.
12        Q.   Yes.
13             So just to recap here, on Exhibit
14   Number 1 you put an ER on the roof of your
15   house and a G on the house of the Gonzalez
16   family.
17        A.   Yes.
18        Q.   Okay.
19             And on April 22, 2000, you were on
20   the roof of your house and you took a videotape
21   of the events that were occurring over at the
22   Gonzalez house?
23        A.   Yes, after I woke up, when you
24   started to hear a very loud, very loud noise, I
25   went out.
```

```
 1    house?

 2         A.   My house, yes.

 3         Q.   Okay.   When you first went outside

 4    in your pajamas, you were looking down the

 5    street at the Gonzalez family home; is that

 6    correct?

 7         A.   No, I was here on the left on the

 8    driveway door next to the house.  You couldn't

 9    see from that location downstairs Elian's house

10    given all those little tents that were there.

11         Q.   So then you went back in your house

12    and got your camera and then came back out to

13    the front of your house; is that correct?

14         A.   Yes, that's right.

15         Q.   Okay.

16              And did you stay inside the fenced

17    area of your yard?

18         A.   The whole time inside of my house.

19    The gates were closed.  In the video you can

20    see the condition it was in.

21         Q.   Okay.

22              Well, when you came out of the house

23    the first time with your camera, you stayed in

24    your property behind your fence; is that

25    correct?
```

1          A.    Always inside of my house.

2          Q.    So you were not outside your house?

3          A.    No.

4                MR. FARRES:   For the record, I

5          don't think he understood.

6    BY MR. HANDLER:

7          Q.    When you say inside your house, what

8    I hear you saying is inside the four walls of

9    your house, not outside and not on your

10   property; do I understand that?

11         A.    No, no, I'm talking about inside of

12   my property in the driveway to my house.

13         Q.    Okay.   Let me ask the question

14   again?

15         A.    Ask it, please.

16         Q.    When you went back in your house to

17   get your camera, you went outside your house

18   but stayed in your yard on your property but

19   behind your fence; is that correct?

20         A.    Inside of the property in the

21   driveway without going beyond the fence that

22   divides my house from the sidewalk.

23         Q.    Perfect.

24               Then you saw law enforcement

25   officers coming up the street walking towards

1    the Gonzalez family home; is that correct?

2         A.    Through here on the sidewalks next

3    to the house and in the middle of the street.

4         Q.    But walking in the direction of the

5    Gonzalez family home; correct?

6         A.    Yes.

7         Q.    Okay.

8               Were any of these officers on your

9    property?

10        A.    On that day, no.

11        Q.    Okay.

12              Now, you told me that one of the

13   officers said to you, get back.

14        A.    Get out of here.

15        Q.    Get out of here, okay.

16              And you said this is my property?

17        A.    No, I told that myself, I'm inside

18   of my house.

19        Q.    What did you say to the officer when

20   he said, get out of here?

21        A.    I left because he sprayed me with

22   the gas so I went inside the house.

23        Q.    But did you say anything to him

24   before he sprayed you with the gas?

25        A.    No.  I'm inside of my house and I'm

```
1   with the camera but I was all shook up because

2   the noise was just deafening.

3        Q.   How far away were you from the

4   officer that sprayed you?

5        A.   My fence is here and I was coming

6   out with the camera and I was walking fast and

7   he was crossing like this.  He was walking

8   through the sidewalk and I was coming from the

9   front door of my house and he said, get out of

10  here.  I don't know if he was thinking that I

11  was going to go out.

12       Q.   So you're walking out of your house

13  toward your fence with your camera in your hand

14  and the law enforcement officer is walking

15  across the street and you're both walking in

16  the same direction?

17       A.   Say this is my house here and I'm

18  headed towards the driveway and he's next to

19  the fence.  He's got all this equipment,

20  walking.  And I'm trying to see something when

21  I arrived there, I was all exalted or whatever

22  because I had just woken up, and that's when he

23  says, get out of here, get out of here and

24  there was just continuous spraying.

25       Q.   But when he sprayed you, you were
```

1  walking towards the officer with your camera?

2      A.   No, I was almost stand -- already

3  standing there at the fence before getting to

4  the fence.

5      Q.   Okay.  I thought you said that you

6  walked out of your house very rapidly towards

7  the fence?

8      A.   Yes.

9      Q.   Okay.

10     A.   But --

11     Q.   But?

12     A.   But I just arrived there to the

13  front of my house, to the fence and then he's

14  the one that runs into me, bumps into me.

15     Q.   Well, did he actually bump into you?

16     A.   No, no, no, I was inside and he was

17  outside but practically I was right there.

18     Q.   So would it be fair to state that

19  you came out of your house with the camera and

20  you walked rapidly toward your fence and the

21  law enforcement officer was walking rapidly

22  toward you and you both came very close

23  together when he sprayed you?

24     A.   It all happened so fast.  It could

25  be.  Things were happening very fast.

1   Everything happened just like that.

2       Q.   But is my statement correct or

3   incorrect?

4       A.   Yes, it was sort of even.  He was

5   going by, but I was inside of my house.

6       Q.   You mean inside your property.

7       A.   Yes, I'm sorry.

8       Q.   Okay.

9            Now, the officer that sprayed you,

10  can you describe what he was wearing?

11      A.   Those black suits but armed with a

12  face mask, completely masked, but I couldn't

13  tell you anything else because it all happening

14  very fast and all of a sudden I was like this.

15      Q.   Okay.  Did you see any lettering on

16  the front of his shirt or the back of his

17  shirt?

18      A.   From behind I couldn't see him.

19  From the front I couldn't tell you.

20      Q.   Okay.

21           What was the thing he sprayed you

22  with, could you see what it was?

23      A.   I don't know.

24      Q.   Okay.

25           Do you remember if he was holding



DEFENDANT'S
EXHIBIT
# 1
Eduardo Ramirez

1

1

2             UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
3
               CASE NO. 03-20588 CIV MOORE
4

5    DONATO DALRYMPLE,

6              Plaintiff,

7         vs.

8    UNITED STATES OF AMERICA,

9              Defendant.
     --------------------------------x
10

11

12                       99 N. E. Fourth Street
                         Miami, Florida
13                       August 9, 2004
                         4:00 P.m.
14

15

16   DEPOSITION OF MANUEL ANTONIO RODRIGUEZ

17

18        Taken on behalf of the Defendant

19   before LOIS E. GUFFEY, RDR, Notary Public in

20   and for the State of Florida at Large, pursuant

21   to a Notice of Taking Deposition filed in the

22   above cause.

23

24                              COPY

25

1    Q.    Is that all?

2    A.    Yes.

3    Q.    What happened next?

4    A.    We were there the whole time when he was

5    there.  I was on crutches because I had a broken

6    leg.  And I went to the corner.  My wife and my

7    children crossed the street, went to the sidewalk

8    across the street.  And then we saw from there

9    already when they started to bring the boy out, the

10   woman with the boy, to put him into the van.

11   Q.    Now when you went outside of your home

12   were you alone?

13   A.    I was the last one in the group behind the

14   others because I couldn't run.  I was on crutches.

15   Q.    So who went before you?

16   A.    My daughters, my cousin and my wife.

17   Q.    So everybody in the house?

18   A.    Yes.

19   Q.    Now I am going to show you a photograph

20   that was taken from above, and it's a picture of

21   the neighborhood where the Gonzalez home is.  And I

22   am going to go ahead and mark it Exhibit 1 for the

23   Manuel Rodriguez deposition.

24        (Manual Rodriguez Exhibit 1 is marked.)

25   BY MS. GUPTA:

17

1    Q.    Now if you look at the photo you can see

2   near the top at the center is the Gonzalez family

3   home.   Now this picture wasn't taken on April 22nd,

4   2000 just so you know.

5    A.    Okay.   This is the building next door.

6   This is the corner and this is Elian's house.

7    Q.    Now the one you marked Elian's house, can

8   you go ahead and put an LG there?

9    A.    LG?

10    Q.    Yeah.   For Lazaro Gonzalez.

11    A.    (Indicating).

12    Q.    Do you see the home you were living in at

13   the time on that?

14    A.    It's across the street over here.

15    Q.    So it's not on that photograph?

16    A.    No.

17    Q.    Do you know how many houses away you were

18   from Lazaro Gonzalez?

19    A.    I was here.

20    Q.    Oh, no.   I mean your home.   I am sorry.

21    A.    Mine is more or less number 7.   Here is

22   the corner.   Here there is a building at the

23   corner.   The other lady friend of mine, another

24   house, six.   Mine is more or less seven.

25    Q.    Okay.   So that means there is Lazaro

22

1    house?

2        A.    I had seen some of them.

3        Q.    Did you know them?

4        A.    From the neighborhood, that they would go

5    there to pray.

6        Q.    Now did you see anyone trying to go

7    standing in front of the door to Lazaro Gonzalez's?

8        A.    No.

9        Q.    At no time?

10       A.    No.

11       Q.    Now did you talk to any federal officers,

12    any INS officers?

13       A.    No.

14       Q.    Did you have any physical contact with any

15    officers?

16       A.    No.

17       Q.    Now is it fair to say that you didn't have

18    any contact with any of the officers?

19       A.    That's right.  None.

20       Q.    Now where is the rest of your family

21    during this time?

22       A.    In front, on the other side of the street.

23       Q.    What were they doing at this time?

24       A.    Looking, looking at what was going on.

25       Q.    Now do you know if any of them are

1    where did they go?

2        A.    More or less over here with the barricade.

3    There is a lot of people in front.

4        Q.    So they walked over in front of the

5    barricade?

6        A.    I believe so.

7        Q.    Could you see them from where you were?

8        A.    No, I could not.

9        Q.    Now to back up-for just a minute, when you

10   left your house and walked towards the Lazaro

11   Gonzalez house, which way did you go?

12       A.    Like this (indicating).

13       Q.    So when you say like this, that means you

14   left your house and you turned on what street?

15       A.    Here.   The same street.

16       Q.    Could you say the name of it, because she

17   can't see where you are pointing.

18       A.    Elian Gonzalez was on Second Street, and I

19   lived on Second Street.

20       Q.    So you left your house and you walked down

21   Second Street?

22       A.    Yes, sir.

23       Q.    Now do you remember that day that there

24   was a police barricade blocking Second Street

25   between where your home was and the Gonzalez home?

1      A.    For three months they had barricades

2    throughout that whole block, and also on 22nd as

3    well, and they couldn't the anybody come in or out.

4      Q.    But you got across that barricade to where

5    you were standing near the Lazaro Gonzalez?

6      A.    There was no barricade.  On that day there

7    was no barricade.

8      Q.    So on that day there was no barricade

9    along Second Street and --

10     A.    There was none.

11     Q.    Okay.  Between your house and Lazaro

12    Gonzalez?

13     A.    The barricade normally would be right

14    here, with patrol cars and police officers, but

15    that day there was no barricade there.

16     Q.    Now did you -- now you said you suffered

17    some physical injury that day?

18     A.    Well, the gas they sprayed throughout, it

19    affected me as well.

20     Q.    How did it affect you?

21     A.    Very badly.

22     Q.    How?  What symptoms?

23     A.    I couldn't swallow, my throat, my eyes

24    were tearing.

25     Q.    For how long couldn't you swallow?  How

1   long did that last?

2       A.   Well, the symptoms of not being able to

3   swallow, I still have that.

4       Q.   So you still -- so the effects of the gas

5   that day made it so you couldn't swallow at all

6   or --

7       A.   Uh-huh, yes, ma'am.

8       Q.   Now do you mean it hurts when you swallow

9   or you can't swallow anything at all?

10      A.   It's like I can't.  It's like -- like

11  -locked, like jammed.

12      Q.   And you still can't swallow now?  Is that

13  what you are saying?

14      A.   Well, right now not as much, but I still

15  have symptoms of that.  I am undergoing medical

16  treatment for all that.  I get rashes (indicating)

17  and blotchy skin on my arms.  My eyes are also

18  tearing.

19      Q.   Now your eyes tearing, how long did that

20  last?

21      A.   I still have symptoms of that.

22      Q.   And the rash, did you get that on April

23  22nd, 2000?  Is that what you are saying?

24      A.   After that, because I developed blotches

25  on my arms and my chest.  And it seems like when I

FERNANDEZ & ASSOCIATES   (305) 374-8868

28

1   go to sleep I scratch.

2       Q.    When did you develop these?

3       A.    Well, after that the doctor said that

4   perhaps it could be allergies, it could be

5   something like that.

6       Q.    Now did the doctor ever tell you that it

7   was from what happened to you on April 22nd, 2000?

8       A.    I went to the Veterans Administration and

9   I saw -- I saw United States Government doctors,

10  and they prescribed medication.  He said that gas

11  didn't help me any.

12      Q.    Did you ever have rashes or blotches,

13  whatever you call them, before April 22nd, 2000?

14      A.    No, no.

15      Q.    Did you ever have problems with your eyes

16  tearing before April 22nd, 2000?

17      A.    No.

18      Q.    Did you ever have problems swallowing

19  before April 22nd, 2000?

20      A.    No.

21      Q.    Now your doctors have diagnosed you with

22  severe chronic obstructive pulmonary disease; is

23  that correct?

24      A.    Yes.

25      Q.    Do you know when you were diagnosed with





1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20588 CIV MOORE

DONATO DALRYMPLE,

                    Plaintiff,

            vs.

UNITED STATES OF AMERICA,

                    Defendant.

-------------------------------x

                    99 N. W. Fourth Street
                    Miami, Florida
                    Tuesday, June 8, 2004
                    1:35 p.m.

                    DEPOSITION OF MARIA EUGENIA RIERA

                    Taken on behalf of the Defendant

            before LOIS E. GUFFEY, RDR, Notary Public in

            and for the State of Florida at Large, pursuant

            to a Notice of Taking Deposition filed in the

            above cause.

1    APPEARANCES:

2         JUDICIAL WATCH, INC.

3         100 Southeast 2nd Street, Suite 3920

4         Miami, Florida  33131-2148

5         By:  ED FARRES, ESQ.

6         Appearing on behalf of the Plaintiff.

7

8         U.S. DEPARTMENT OF JUSTICE

9         1331 Pennsylvania Avenue, Northwest

10        Washington DC 20004

11        By:  STEPHEN E. HANDLER, Esq.

12        Appearing on behalf of the Defendant.

13

14   ALSO PRESENT:

15        Isabel Duquesne, Interpreter

16        Alberto De La Cerra, Interpreter

17

18

19

20                    I N D E X

21   WITNESS            DIRECT   CROSS

22   MARIA EUGENIA RIERA   3        64

23   EXHIBITS

24   1, copy of photo                      11

25

23

1      Q.    Okay.  On April 22nd, 2000 you were in

2   your --

3      A.    Correct.

4      Q.    This is basically across the street?

5      A.    My -- right here in my bedroom.  That's

6   where my bedroom window is.  That's where I slept.

7   That's where I was.  In the wee hours of the

8   morning right there.  There is the window.  You see

9   the window.

10     Q.    On Exhibit 1 you made a little bd, which

11  is your bedroom window, right?

12     A.    Correct.

13     Q.    Now what first alerted you to the presence

14  of the law enforcement officers in the area?

15     A.    It was very quiet and we heard the cars.

16  I didn't know what they were at the time.  I just

17  heard vehicles drive up.  Our windows were open.

18  It was very cool that night and it woke us up.  We

19  had gone to bed very late that night.  It was like

20  2:30 in the morning.  We couldn't sleep.  There was

21  a lot of noise going on outside.

22     Q.    So the noise woke you up?

23     A.    Right.  Because it got very quiet, and

24  then everybody was very peaceful.  And then close

25  to 5:00, that's when we heard it, the cars coming

24

1  in.

2  Q.  When you heard the noise, what did you do

3  next?

4  A.  I got to the window and I -- I made a

5  comment to my ex-husband, thinking that it was an

6  ambulance or the doctor, because my next-door

7  neighbor is a stroke victim and he had been taken

8  to the hospital a couple of days before.  And my

9  first thought was he was sick again.

10  Q.  So you got up out of bed?

11  A.  And looked out the window.

12  Q.  Looked out the front windows?

13  A.  My bedroom window.

14  Q.  What did you see?

15  A.  Nothing.

16  Q.  What did you do next?

17  A.  I said, there has got to be something

18  going on out there.  I hear cars.  I hear trucks.

19  And he said, "Let me go out and look."  And he went

20  out.  He came back in, made a reference to -- to

21  the fact that he felt that -- something in his

22  face, told me to stay inside, and went outside to

23  the back.

24  Q.  You made a reference regarding his face.

25  What do you mean?



1    A.    He came in with his hands in his face.

2  Didn't say anything.  I didn't understand.  He just

3  -- he just said, "Don't go out."

4    Q.    What did you do next?

5    A.    Went out.

6    Q.    You didn't listen to your husband very

7  much, did you?

8    A.    I was worried about my next-door neighbor.

9    Q.    He said, "Don't go out," and you went out.

10    A.    Yes.  Straight outside.

11    Q.    Out the front?

12    A.    Yes.  You will see there is a driveway.

13  And I stood right there; not in the sidewalk but

14  right inside my driveway in pajamas.

15    Q.    Okay.  And what did you see?

16    A.    I saw a man dressed in black with a

17  shotgun, or something that looked like a shotgun,

18  pointing at me and telling me to fucking get inside

19  or he would shoot.

20    Q.    What did you do?

21    A.    I put my hands up, and I said, "This is my

22  home.  I am in my pajamas."  And another man came

23  from my right-hand side and sprayed me with CSCN.

24  It wasn't pepper spray.  I worked for Defense

25  Technology for five years.  I know the difference

35

1    chili.  We used to play with that stuff in the

2    office.  Put it in the men's bathrooms.

3         Q.    Okay.  Did you -- so the way you

4    determined that it was CNCS gas is because you

5    tasted cherry?

6         A.    Correct.  I smelled it right away and I

7    tasted it.

8         Q.    Did you take any of it to be tested

9    anywhere?

10        A.    No.

11        Q.    You don't claim to be an expert in the

12   CNCS or --

13        A.    No.

14        Q.    -- OCS?

15        A.    I know enough to know the difference.

16        Q.    But you are not an expert, right?

17        A.    No.

18        Q.    All right.  Did you come into physical

19   contact with any of the officers?

20        A.    No.

21        Q.    And the two officers you said, the one

22   with -- you have to let me finish the question,

23   please.  When they were in the street were they

24   walking in the direction of the Gonzalez home, then

25   turned into the media tents?

1      Q.   All right.  Back up for a second here.

2   Why don't you tell me how the gas actually affected

3   you at the time.

4      A.    It made my -- shortness of breath.  Eyes

5   were in pain, disoriented and plain overall sick.

6   It's not a very pleasant feeling.

7      Q.   Shortness of breath, your eyes were

8   painful, you were disoriented?

9      A.   Yes.

10      Q.   What else?

11      A.   Basically it was a shortness of breath.  I

12   was also very nauseous but that's because of my

13   liver.

14      Q.   Nauseous.  What else?

15      A.   That's it.

16      Q.   How long did these symptoms last?

17      A.   They lasted for a few days, only because

18   of the fact that I had to start taking stuff out of

19   the house, throwing it away.  Because every time we

20   would open up, a breeze or something would come

21   through like the fabric or the curtains and would

22   bring it back in again.

23      Q.   So all of these effects went away after a

24   couple of days, right?

25      A.   Few days, yes.





1

1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

2

3               CASE NO. 03-20588 CIV MOORE

4

  DONATO DALRYMPLE,

5

           Plaintiff,

6

7       vs.

  UNITED STATES OF AMERICA,

8

           Defendants.

9  -------------------------------x

10

11               99 N. E. Fourth Street
               Miami, Florida

12               Monday, 1:51 p.m.
               March 15th, 2004

13

14

15

16     DEPOSITION OF  MARTA RODRIGUEZ

17

18

19     Taken on behalf of the Defendant before LOIS

20  E. GUFFEY, RDR, Notary Public in and for the State of

21  Florida at Large, pursuant to a Notice of Taking

22  Deposition filed in the above cause.

23

24                     ORIGINAL

25

2

```
 1   APPEARANCES:


 2

        JUDICIAL WATCH, INC.
 3      By: Ed Farres, Esq.
        appearing on behalf of the Plaintiffs.

 4

 5      OFFICE OF THE UNITED STATES ATTORNEY
        By: Stephen E. Handler, Esq.
 6      appearing on behalf of the Defendants.


 7


 8   Also present:    Isabel Duquesne, Interpreter
                      Alberto De La Cerra, Interpreter
 9


10

             ***  I N D E X   ***
11

12


13   WITNESS    DIRECT  CROSS  REDIRECT  RECROSS
     MARTA
14   RODRIGUEZ    3       25      26

15   MARTA RODRIGUEZ EXHIBITS FOR IDENTIFICATION

16   1, copy of color photograph                    10
     2, copy of color photograph                    10
17   3, copy of color photograph                    10
     4, copy of color photograph                    18

18

19

20

21

22

23

24

25
```

FERNANDEZ & ASSOCIATES  -. (305) 374-8868

12

1    in Exhibit 1?

2         A.    Okay.  I am going to tell you where I was from

3    what I remember.  I was across the street from Elian's

4    house and of course behind the barricade maybe to the

5    corner.  Like I did not stay in one place.  I was there

6    and then I moved.  I was, you know, at the corner and

7    then I would walk a little -- you know, I -- I was not

8    like standing there.

9         Q.    Right.  You moved around.

10        A.    Yeah.

11        Q.    But when the officers arrived where were you,

12   approximately?

13        A.    To the corner.

14        Q.    Now were you at the corner opposite Elian's

15   house?

16        A.    Opposite.  Right.

17        Q.    You are talking in this area?

18        A.    Uh-huh.

19        Q.    Can you draw with this pen here, circle the

20   general area where you were when the INS agents arrived.

21        A.    Okay (indicating).

22        Q.    So you made a circle on Exhibit 1

23   approximately where you were located when the INS

24   officers arrived on April 22nd; is that correct?

25        A.    Yeah.

1     Q.    Now what alerted you to the presence of the

2  INS officers?

3     A.    People started to yell and like a big

4  commotion, and all of a sudden I saw the different cars.

5  So at that point I assume, okay, something is going on.

6  At that very moment I didn't know what was going on

7  exactly but something was going on.

8     Q.    Go ahead.  Why don't you just tell me what you

9  saw.

10    A.    And then I move to see if I could see better

11 what exactly was going on, and I saw like, you know,

12 people running towards Elian's house, and I move again,

13 and there was a lot of yelling and people saying things.

14 And then, all of a sudden, we realized that everything

15 that was happening just stopped and the cars start

16 leaving.  And even at that point we were like, oh, my

17 God, what's going on?  What is exactly going on here?

18 Because it was, at that point, like a madhouse.  I don't

19 know exactly, you know, the people that were very, very

20 close to the house, even realized what was going on.

21 And that's what happened.  I was there.  I saw it, and

22 it was like as I said as a madhouse, basically.  That's

23 what it was.

24    Q.    Let me ask you a few questions.  When you say

25 you were behind the police barricade and you quit

— 14 —

1    yelling and saw the cars, talking about the white

2    vans --

3         A.    The vans, yes.  I am sorry.

4         Q.    You have to let me finish the question.  When

5    you heard the yelling and you say you saw cars do you

6    mean the white vans that pulled up in front of the

7    Gonzalez family home?

8         A.    I saw that -- that van and there were others,

9    other -- either cars or vans with that one.  I mean   --

10        Q.    Then did you see the officers get out of the

11   vans?

12        A.    Yes.

13        Q.    How were they dressed?

14        A.    Well, at that moment I have to say it was

15   black or in a dark color.

16        Q.    Did you remember them having helmets on?

17        A.    To be honest with you, no.  I -- I did not see

18   that.  I didn't  --

19        Q.    Do you remember them having shirts that said

20   -- big yellow letters, INS Federal Officer front and

21   back?

22        A.    No, sir.

23        Q.    Let me show you Exhibit No. 2 here.  This is

24   actually taken on the day of April 22nd.  Do you see the

25   INS officers?

FERNANDEZ & ASSOCIATES   -   (305) 374-8868

15

```
 1      A.    Uh-huh.

 2      Q.    Has a helmet that says:   INS Federal Officer?

 3      A.    Uh-huh.

 4      Q.    Is that a yes?

 5      A.    Yes.  Yes, yes, yes.  I am seeing it.

 6      Q.    Are those the types of people you saw that

 7 day?

 8      A.    I don't remember.  I don't remember.

 9      Q.    Okay.  Now you also said that you moved ahead

10 to see better.  Did you move beyond the police barricade

11 into the street?

12      A.    You mean behind?  I was behind all the time.

13      Q.    So the entire period of time you never passed

14 a police barricade; is that correct?

15      A.    That's correct.

16      Q.    Did you ever get right up to the police

17 barricade or were there always people in front of you?

18      A.    No.  There were people in front of me.

19      Q.    Now you also said that people were running

20 toward the -- you said Elian's house but it's actually

21 the Gonzalez family home; is that correct?

22      A.    That's correct.

23      Q.    Now did you see people jump over the barricade

24 and run toward the house?

25      A.    Yes.
```

18

1       A.      I do not recall seeing this.

2       Q.      Do you remember the officer saying:  "Federal

3   officers, stay back behind the barricade," repeatedly?

4       A.      I heard that once.

5       Q.      When did you hear that?  At some point in time

6   after the vans pulled up?  It would have to be after the

7   vans pulled up.

8       A.      Yes.  Yes.

9       Q.      Did you see any of the protesters push the

10  officers or the officers pushed the protesters?

11      A.      No.

12      Q.      Did you see any physical contact between

13  officers and protesters?

14      A.      No.

15      Q.      Was there any physical contact between you and

16  an officer?

17      A.      No.

18      Q.      Okay.  At some point in time the officers were

19  using tear gas?

20      A.      Uh-huh.

21      Q.      Did you see them using tear gas?

22      A.      I did not see anyone using tear gas.

23      Q.      But you saw that the -- the cloud of tear gas?

24      A.      That's what I saw.

25      Q.      I am assuming the cloud of tear gas went in

1  your direction and you smelled it?

2      A.    Yes.

3      Q.    Okay.  But nobody sprayed you directly?

4      A.    No.

5      Q.    So whoever the officers were spraying, it

6  eventually got to you because you were behind the people

7  being sprayed?

8      A.    That is correct.

9      Q.    Okay.  So would it be fair to state in this

10 case here the only physical contact you had with any of

11 the INS officers had to do with the tear gas?

12     A.    That's right.

13     Q.    Why don't you tell me how the tear gas

14 affected you the first time you smelled it.

15     A.    At that moment it was, at least for me, it was

16 hard to breathe.  As far as, I left the area where I was

17 seeing that cloud, and I -- I went towards my house.

18 And later on in the day I had -- oh, immediately I had

19 some itching in my eyes.  I thought because of that.  I

20 did not pay, at that point, too much attention, but

21 later in the day I did have a rash.  And after that --

22 and to be very honest, because of other things, I went

23 to the doctor and I explained to him what happened, and

24 he prescribed medication and that's it.

25     Q.    Now you said the tear gas made your eyes --





1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3                          CASE NO. 03-20588 CIV MOORE

 4
     DONATO DALRYMPLE,
 5
                   Plaintiff,
 6
              vs.
 7
     UNITED STATES OF AMERICA,
 8
                   Defendants.
 9   -----------------------------x

10

11                   99 N. E. Fourth Street
                     Miami, Florida
12                   Monday, 3:19 p.m.
                     March 15th, 2004
13

14

15

16        DEPOSITION OF  PATRICIA RODRIGUEZ

17

18

19        Taken on behalf of the Defendant before LOIS

20   E. GUFFEY, RDR, Notary Public in and for the State of

21   Florida at Large, pursuant to a Notice of Taking

22   Deposition filed in the above cause.

23

24                                        ORIGINAL

25
```

2

```
 1   APPEARANCES:

 2

 3        JUDICIAL WATCH, INC.
          By: Ed Farres, Esq.
 4        appearing on behalf of the Plaintiffs.

 5        OFFICE OF THE UNITED STATES ATTORNEY
          By: Stephen E. Handler, Esq.
 6        appearing on behalf of the Defendants.

 7

 8   Also present:    Isabel Duquesne, Interpreter
                      Alberto De La Cerra, Interpreter
 9

10

11            *** I N D E X   ***

12

13   WITNESS    DIRECT CROSS REDIRECT RECROSS
     PATRICIA
14   RODRIGUEZ    3

15   PATRICIA RODRIGUEZ EXHIBITS FOR IDENTIFICATION

16   1, copy of photo                            10
     2, copy of photo                            17
17   3, copy of photo                            18

18

19

20

21

22

23

24

25
```

FERNANDEZ & ASSOCIATES   -   (305) 374-8868

10

1    occurred?

2        A.    I got there at 4:30 in the morning.

3        Q.    With your mother?

4        A.    I went first and my mother went after me.

5        Q.    I am showing you a photograph which we are

6    going to mark as Exhibit No. 1.

7    (Patricia Rodriguez Exhibit 1 is marked.)

8    BY MR. HANDLER:

9        Q.    This is an aerial photograph of the general

10   location of the Gonzalez family home.  In the middle of

11   the photograph is the Gonzalez family home.  Do you

12   recognize it?

13       A.    Yes, I do.

14       Q.    Across the street were the media tents?

15       A.    Uh-huh.

16       Q.    Is that a yes?

17       A.    Yes.

18       Q.    Then do you see the police barricades in front

19   of that?

20       A.    Yes.

21       Q.    At the end the street there are more police

22   barricades and there are people back there, right?

23       A.    Okay.

24       Q.    Now when you arrived -- strike that.  Just

25   before the INS arrived where, approximately, were you

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

11

1   located?

2       A.    Around here (indicating).

3       Q.    Can you -- was that behind the police

4   barricades?

5       A.    Uh-huh.

6       Q.    Is that yes?

7       A.    Yes.

8       Q.    Can you take that pen right there and draw a

9   circle approximately where you were on Exhibit 1?

10      A.    (Indicating).

11      Q.    Can you make that a little darker.

12      A.    (Indicating).

13      Q.    There we go.  Okay.  So that is across the

14  street -- strike that.  You have drawn a circle in

15  Exhibit No. 1 across The street from the Gonzalez family

16  home behind the police barricades near the media tents.

17      A.    Yes, sir.

18      Q.    Now what alerted you to the arrival of the INS

19  agents?

20      A.    Sudden movement of everybody.  And actually, I

21  was there (indicating) when they came in and when they

22  started getting off from the white van.  And then, since

23  they all started getting down they -- everybody started

24  running and pushing the barricade.  So I actually

25  didn't -- I was -- I was here.  So when they started

1   pushing the barricades I just started running.

2       Q.     So when -- you said the white vans.  You saw

3   the white vans pull up in front of the Gonzalez family

4   home?

5       A.     Uh-huh.

6       Q.     Is that yes?

7       A.     Yes, sir.

8       Q.     You saw the law enforcement officers exit the

9   van?

10      A.     Yes.

11      Q.     And you recognized them as law enforcement

12  officers?

13      A.     Yes.

14      Q.     They had INS Federal Officer on their shirts,

15  front and back, helmets, guns, things like that?

16      A.     What I saw was the helmets and the names on

17  the back.

18      Q.     The names of?

19      A.     Of the -- the company or the INS or  --

20      Q.     But you recognized them as law enforcement

21  officers?

22      A.     Law enforcement officer people.

23      Q.     When you say people were pushing the

24  barricades do you mean the other protesters?

25      A.     Yes, because everybody was running when they

13

1  saw that commotion.

2      Q.    Where were they running?

3      A.    All -- everywhere.

4      Q.    Were they running toward the Gonzalez family

5  home?

6      A.    Some of them were, and some of them were just

7  getting out when they saw that.

8      Q.    So some of the people that were -- are these

9  people that were in front of you or people that were all

10 over the place?

11     A.    They were all over the place.

12     Q.    So when the INS arrived, you saw people

13 running toward the Gonzalez family home and some people

14 running away from the Gonzalez family home?

15     A.    Correct.

16     Q.    So some of these people that ran toward the

17 Gonzalez family home went past the barricade into the

18 street toward the home; is that correct?

19     A.    Correct.

20     Q.    Did you do that?

21     A.    No.

22     Q.    Did you always stay behind the barricade?

23     A.    I stayed behind the barricade.

24     Q.    The entire period of time?

25     A.    Yes.

1     Q.     Okay.  Got to write that down.

2     A.     There was too much pushing there.

3     Q.     I am sorry?

4     A.     There was too much pushing, everybody running

5  and pushing at the same time.

6     Q.     Did you see anybody try to form a human chain

7  in front of the Gonzalez family home?

8     A.     No, I didn't.

9     Q.     When the law enforcement officer got out of

10  the van did you hear them say:  "Federal officers, stay

11  back behind the barricade"?

12    A.     No.

13    Q.     Did you see any of the protesters confront the

14  law enforcement officers?

15    A.     I saw two or three of them.

16    Q.     Describe what you saw.

17    A.     I just saw when they -- when they arrived,

18  they were approached by the protesters and they were

19  pushed back.

20    Q.     Pushed back by the law enforcement officers?

21    A.     Right.

22    Q.     When the protesters confronted the law

23  enforcement officers what did the protesters do?  Were

24  they pushing, yelling, screaming, what?

25    A.     Well, one of them just, you know, slided back

—15—

1    and the other one just ran towards the corner.

2        Q.    No.   I mean when they came up to the law

3    enforcement officers, before they were pushed back, what

4    were they doing, just running towards the officers?

5        A.    Towards them, so they wouldn't try to go in

6    the house.  Because they came out on the opposite side

7    of the white van.

8        Q.    In your opinion, the officers were trying to

9    prevent the protesters from going into the house?

10       A.    Correct.

11       Q.    Okay.  Did you see any officers hit any of the

12   protesters?

13       A.    No, I didn't.

14       Q.    Did you see any of protesters hit any of the

15   officers?

16       A.    No, I didn't.

17       Q.    The only thing you saw -- any physical contact

18   you saw was the officers pushing the protesters back?

19       A.    Correct.

20       Q.    That was back toward the barricade; is that

21   correct?

22       A.    Toward the barricade.

23       Q.    Did you see anyone throwing anything at the

24   officers?

25       A.    Yes, I did.

1     Q.    Describe that.

2     A.    They threw milk cases and bottles and rocks

3 and everything that they could find in their way.

4     Q.    Milk cases, bottles?

5     A.    Rocks.

6     Q.    And rocks.  At the officers?

7     A.    At the officers.

8     Q.    And when did that occur?  Did that occur when

9 the officers first arrived?

10    A.    No.  That happened afterwards.

11    Q.    Afterwards.  After they were leaving?

12    A.    When they were about to leave.

13    Q.    Okay.  Where you were standing, could you see

14 down the street toward the end of the street where the

15 barricades were?

16    A.    Down this way?

17    Q.    Yes.

18    A.    No.  Because I -- since I was coming from this

19 way, I was here (indicating).  No, I didn't.

20    Q.    Okay.  So when people were throwing milk

21 cases, and bottles and rocks, those were the people that

22 were in the street when the INS were backing out; is

23 that correct?

24    A.    Correct.

25    Q.    Before the -- when the INS arrived, you know,

—17—

1  during the period of time that they were, you know,

2  preparing to go inside the Gonzalez family home did you

3  see people throwing stuff at the officers?

4       A.    From here?

5       Q.    From the end of the street?

6       A.    Yes, I did.

7       Q.    And that was before they got Elian out of the

8  house; is that correct?

9       A.    Yes.

10      Q.    What were they throwing?

11      A.    The same -- anything they could find in their

12  way.  I saw -- basically, the most I saw was bottles and

13  rocks.

14      Q.    Now did that occur before or after the gas was

15  expelled?

16      A.    Before.

17      Q.    I want to show you -- looking at Exhibit 2 --

18  (Patricia Rodriguez Exhibit 2 is marked.)

19  BY MR. HANDLER:

20      Q.    This is in the street.  And do you see the

21  officers in the middle of Exhibit 2.  It says, "INS

22  Federal Officers"?

23      A.    Uh-huh, yes.

24      Q.    Those are the types of officers you saw?

25      A.    Yes, I did.

18

1    Q.    Now do you see the protesters in front of

2  them?

3    A.    Yes, I do.

4    Q.    Do you see this object that's in the air?

5    A.    Looks like a chair.

6    Q.    Or a stool?

7    A.    Or a stool.

8    Q.    Did you see things like that being thrown at

9  the officers?

10    A.    No.

11    Q.    But if -- behind these protesters at the end

12  of the street, you saw objects being thrown at the

13  officers from that direction; is that correct?

14    A.    Correct.

15    Q.    And that happened before the gassing occurred;

16  is that correct?

17    A.    Correct.

18    Q.    And Exhibit 2, you don't see any gas, do you?

19    A.    No, I don't.

20  (Patricia Rodriguez Exhibit 3 is marked.)

21  BY MR. HANDLER:

22    Q.    Now I want to show you Exhibit No. 3.  There

23  are more officers with their hands up like this

24  (indicating).  Did you see officers with their hands up?

25    A.    Yes, I did.

—19—

Q.   Could you hear what they were saying?

A.   Back -- the only one I heard was one -- I heard him say: "Back up."

Q.   Back up?

A.   You know, like (indicating) back -- yeah, "back up."

Q.   When did that occur during this whole event?

A.   I would say -- what do you mean by that?

Q.   Just after they arrived, when Elian was being taken out of the house, when they were leaving?  What stage of the operation?

A.   I -- I would say it would be during the time they were trying to take Elian out of the house.

Q.   Okay.  Did you come into contact with any of the officers?

A.   No, I didn't.

Q.   Did you -- did any of the officers spray gas in your direction?

A.   Yes, they did.

Q.   How far away were you from the -- strike that. Why don't you describe what happened.

A.   Well, when they -- they sprayed the gas I was where I said I was located.  They pushed the barricades after they sprayed the gas, and after that I -- I don't -- I couldn't -- you know, it was so irritating to

FERNANDEZ & ASSOCIATES   -   (305) 374-8868

21

1       A.    Well, I -- I was scheduled to have surgery,

2  eye surgery, and I had to wait a week.  Because it was

3  very irritating to my eyes for, you know, the next three

4  days or so.  And using, you know, just regular drops

5  that they had sent me, but that -- basically, it

6  irritated my eyes and breathing at that moment.

7       Q.    What kind of eye surgery were you having?

8       A.    Lasik correction vision.

9            MR. HANDLER:  Off the record.

10  (Discussion off the record)

11  BY MR. HANDLER:

12       Q.    So you had eye irritation for what, about a

13  week?

14       A.    Correct.

15       Q.    And difficulty in breathing for how long?

16       A.    About three days.  I would go outside and I

17  would still smell that.

18       Q.    And did you receive any medical care for

19  either your eye irritation or the difficulty in your

20  breathing?

21       A.    On that day?

22       Q.    On any date.

23       A.    Only when I went to the -- to the doctor for

24  the surgery.

25       Q.    Lasik?

22

```
 1        A.    I went on Monday.

 2        Q.    What did he prescribe?

 3        A.    It was -- oh, boy.  I don't remember the name

 4   of it.  I just know it was $40 a bottle.

 5        Q.    For your eye irritation?

 6        A.    Yes.

 7        Q.    This was in preparation for your Lasik

 8   surgery?

 9        A.    Yes.

10        Q.    Would you have had to take the medication

11   anyway?

12        A.    No.

13        Q.    And it cost you $40?

14        A.    Uh-huh.

15        Q.    Is that a yes?

16        A.    Yes, sir.

17        Q.    And you had the receipt for that?

18        A.    I think I do.

19        Q.    Was it covered under any kind of medical

20   insurance?

21        A.    No, it wasn't.

22        Q.    Other than the eye irritation and difficulty

23   breathing did you have any other effects from the gas?

24        A.    I started getting a sudden rash on my arms.

25        Q.    How long did that last?
```

23

1     A.     It lasted for about a week and a half.

2     Q.     Did you get medication for that?

3     A.     I used a cream that I usually use.

4     Q.     Something you had around the house?

5     A.     Yes.

6     Q.     Did it help go away?

7     A.     Yes, it did.

8     Q.     Any other problems with the gas?

9     A.     No.

10    Q.     Did you have any type of emotional response to

11    this event?

12    A.     In what sense?

13    Q.     Well, sometimes when people experience a

14    traumatic event it causes them certain emotional

15    responses like happiness, sadness, lack of sleep,

16    nightmares, psychological problems, they have to see a

17    psychiatrist, and all those types of things of things.

18    A.     Well, I can tell you I was very sad.

19    Q.     Upset?

20    A.     Very upset to know that it happened the way it

21    did, and that's -- basically nothing else.

22    Q.     Very upset as to the way Elian was taken, or

23    what happened to you, or both?

24    A.     Both.

25    Q.     Did you seek any sort of psychological care





EXHIBIT 19
/ 3-15-04
Patricia Rodriguez

1

1             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

2
          CASE NO. 03-20588 CIV MOORE

3

4

5  DONATO DALRYMPLE,

6            Plaintiff,

7      vs.

8  UNITED STATES OF AMERICA,

9            Defendant.
  --------------------------------x

10

11

12

13          99 Northeast Fourth Street
          Miami, Florida
          Monday, February 23, 2003

14          2:01 p.m.

15

16

17        DEPOSITION OF TOMAS RODRIGUEZ

18

19      Taken on behalf of the Defendant before LOIS

20  E. GUFFEY, RDR, Notary Public in and for the State of

21  Florida at Large, pursuant to a Notice of Taking

22  Deposition filed in the above cause.

23

24                   ORIGINAL

25

—14—

1      Q.     When you arrived one hour before the officers

2   arrived to take Elian, can you tell me by looking at

3   Exhibit No. 1 where you were located?

4      A.     Here I don't see it very well.  Well, I was

5   over here like at a corner of the house, but when they

6   came, they went like this, and then after that I didn't

7   see anything else.

8      Q.     Let me show you another picture.  It's Exhibit

9   No. 2.  It's the same exact picture; it's just taken

10  farther away.  They're exactly the same.  And you can

11  see the Gonzalez house in the center, and at the end of

12  the street you can see the crowd of people, and then

13  there is the street in front of the Gonzalez home

14  (indicating).

15     A.     Yes.

16     Q.     When you arrived one hour before the officers

17  arrived, which -- where were you on Exhibit No. 2?

18     A.     At the corner of the house over facing the

19  house, on the left-hand side.  Not -- not in the corner

20  of the house.  It was the outside corner behind the

21  barricade, outside on the street.

22     Q.     So if you look at Exhibit 1 here, I am

23  pointing at the corner of the house.  Is this where you

24  were?

25     A.     No, no.  On the street at the corner of the

15

1   barricade outside.

2        Q.    Let me ask you this:  Were you in front of the

3   barricade or behind the barricade when the officers

4   arrived?

5        A.    No, no, no.  The barricade is like this, and

6   we are on the other side of the barricade on the street

7   side.

8        Q.    So you are on the street behind the barricade?

9        A.    Yes.

10       Q.    So --

11       A.    Facing the house towards the left-hand side.

12       Q.    So behind this crowd of people here in Exhibit

13  1?

14       A.    I don't remember very well, because I was here

15  (indicating).  The street comes from there, this way.

16  This is the house, and I was here in front.  Standing

17  facing the house towards the left-hand side.

18       Q.    Exhibit 1, this is the Gonzalez home right

19  here in the center.

20       A.    I recognize it because of this (indicating).

21  I see the little flags they had in front because I don't

22  see very well.  That's how I recognize it.  Behind there

23  is a building.

24       Q.    Can you point on Exhibit 1 where you were?

25       A.    There I don't understand it because that's a

—27—

1     Q.    When you saw the gas, was it cloudy?

2     A.    Yeah, it was like blowing.

3     Q.    So when you were standing behind the police

4 barricade behind the people, the gas was coming your way

5 from the -- beyond the police barricade, correct?

6     A.    Yes, from the other side, and also towards us.

7 They sprayed us real quick without speaking or saying

8 anything.

9     Q.    Okay.

10    A.    After we were down on the ground, we just --

11 all kind of noise and yelling, but that was it.

12    Q.    Did you -- so the people in front of you were

13 sprayed before you were sprayed?

14    A.    We were all sprayed because -- because you may

15 have had two or three people in front of you.  Then when

16 you felt that thing coming, you sort of looked out and

17 it got you in the face.

18    Q.    Now, when you got sprayed, what did you do

19 next?

20    A.    After we got sprayed, we just fell to the

21 ground like most of the people did.  We all fell to the

22 ground.

23    Q.    How long did you stay on the ground?

24    A.    I don't recall exactly.  Until I felt somebody

25 was putting some water on it.  Some minutes later.

28

1  Because there were a lot of people doing the same.

2       Q.    At any point in time did you walk toward the

3  police barricade?

4       A.    No, no.  There was no time for anything.

5       Q.    Did you ever walk toward the police barricade?

6       A.    No.  They just got me right there at that

7  point in time.  I didn't walk anyplace.

8       Q.    Okay.  You eventually got up off the ground,

9  correct?

10      A.    A long time later.

11      Q.    So after you got up, were all of the officers

12 gone?

13      A.    There was nobody there anymore.  There were

14 some police officers but not from that car.

15      Q.    Okay.  Did you ever come in physical contact

16 with any of the law enforcement officers?

17      A.    No, nothing, nothing.  Nothing, nothing.

18      Q.    When you got sprayed, how did that affect you?

19      A.    It affected me a great deal in my breathing,

20 in my eyesight.  My eyesight is still bad.

21      Q.    At that time on that day how did it make your

22 eyes feel?

23      A.    It was very, like, burning.  It was, like,

24 harsh, like a gasoline had fell on me.

25      Q.    How long did that effect last?

29

1    A.    I -- oh, it lasted a long time.  Now, I don't

2  recall how long.  Until I felt that there was water

3  being sprayed on me.

4    Q.    So from the time you got sprayed until

5  somebody put water on your eyes, they were burning?

6    A.    Yeah, yeah, it was like burning.

7    Q.    So they were burning for, what, a few minutes?

8    A.    It was for minutes that lasted hours.  For

9  minutes.  I was on the ground.  A long time.  A long

10  time.  But it didn't last quite an hour.  Did not.

11    Q.    So we are talking about an hour?

12    A.    No, no.  No, no.  The burning in my eyes I had

13  for several days, but in terms of being able to get up,

14  stand up, perhaps it was about an hour.

15    Q.    Okay.  Then after several days the burning in

16  your eyes went away?

17    A.    But I still can't see very well.

18    Q.    But the burning in your eyes went away after a

19  couple of days; is that correct?

20    A.    I think in total perhaps it was -- I figure

21  that it was more than a week.

22    Q.    You go from an hour to several days to more

23  than a week.  Can you tell me how long the burning in

24  your eyes lasted without, you know -- in a specific

25  time?

—30—

1      A.    Burning in the eyes lasted several days.

2  Several days.  But I don't recall exactly how much,

3  because I wasn't -- didn't have a pen and paper writing

4  down how long it was taking.  Several days.

5      Q.    All right.  And then you said you had trouble

6  breathing, is that correct, at the time?

7      A.    Yes, breathing as well.

8      Q.    How long did that last?

9      A.    I also don't recall.  It lasted several days,

10  but I don't recall exactly.

11      Q.    Now, did you seek medical attention on the day

12  of April 22nd, 2000?

13      A.    I did not go.  It was afterwards that I went,

14  because my breathing is so -- developed into asthma.  So

15  I had to go to the doctor -- even if I am not -- even if

16  I am not doing well, I still don't like going to the

17  doctors.

18      Q.    So with regard to your eyes burning and the

19  problem with your breathing, on April 22nd you did not

20  get medical care for those problems, correct?

21      A.    I didn't go during those days.  I went much

22  later because of my -- my breathing, my eyes were still

23  bad, but I would just do home remedies.

24      Q.    Okay.  When did you first go see a doctor for

25  the problem with your breathing?

—31—

1      A.    I don't know how long afterwards it was, but I

2  went to the doctor at 117th and 40th.  I developed

3  asthma.  I developed everything.

4      Q.    I have some medical records here that your

5  lawyer produced to me.

6      A.    Uh-huh.

7      Q.    And it's for a hospitalization at Westchester

8  General Hospital.

9      A.    Yeah.  I was there as well.  That was very

10  bad.  I endured a long time without going because I just

11  don't like going.

12      Q.    That says you stayed there for a week.

13      A.    No.  More than a week.

14      Q.    Well, I have you here being admitted on April

15  15th, 2003.  This is Tomas Rodriguez; is that you?

16      A.    Yes.

17      Q.    Admission date, April 15th, 2003.

18      A.    Uh-huh.

19      Q.    Discharge --

20      A.    I don't know which date I went there.

21      Q.    Discharge, April 21, 2003.

22      A.    Uh-huh.  Because first, I was 117th and 40th.

23  Then they transferred me over there.  I -- it was more

24  than a week between the two of them.

25      Q.    This hospital record here says that you have

—32—

 1    chronic obstructive pulmonary disease.  Do you know what

 2    that is?

 3         A.    From the cold.  But that happened afterwards.

 4    Each time it got worse and worse.  I tried to cure

 5    myself at home, and I wasn't able to do it.

 6         Q.    Are you a smoker of cigarettes?

 7         A.    No, no.  I don't smoke.

 8         Q.    But you did smoke at one time?

 9         A.    Never.

10         Q.    The medical records say that you were an

11    ex-smoker.

12         A.    No.  I have never smoked.  If they put it

13    down, they made a mistake.

14         Q.    So you have never ever smoked?

15         A.    Never in my life have I smoked.

16         Q.    The records also indicate that you've had

17    pneumonia; is that correct?

18         A.    Before that, no.  Never.

19         Q.    Okay.  It says that you have acute bronchitis

20    with bronchospasms; is that correct?

21         A.    Before I went to the doctors for colds, but

22    all of these major things happened after I had that gas.

23         Q.    So are you saying that all of your medical

24    problems dealing with your breathing are due to the gas?

25         A.    The gas did a lot of damage for my breathing.

—33—

1    I tried to cure myself at home, and a long time later I

2    went to the doctor.  Then when you get a cold, it

3    becomes worse.

4        Q.    Has any doctor ever told you at any point in

5    time that your breathing problems were due to being

6    gassed on April 22nd, 2000?

7        A.    They didn't tell me that because I didn't tell

8    anybody what had happened to me.

9        Q.    Okay.

10       A.    I just went by myself and told them that I was

11   sick and nothing else.

12       Q.    Prior to April 22nd, 2000, did you have any

13   breathing problems at all?

14       A.    Before that, no, I didn't have it.  I don't

15   ever remember having had that.

16       Q.    Prior to April 22nd of 2000, did you have any

17   medical problems?

18       A.    I would only go to the doctor because of a

19   cold or anything like that.

20       Q.    What medical problems did you have prior to

21   April 22nd, 2000?

22       A.    Only with my spine, because of the accident.

23   Cold every now and then.

24       Q.    What's wrong with your spine?

25       A.    An accident.  I fell from the roof of a house.





EXHIBIT 19

1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 03-20588 CIV MOORE

DONATO DALRYMPLE,

              Plaintiff,          CERTIFIED COPY

         vs.

UNITED STATES OF AMERICA,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x


                              99 N. W. Fourth Street
                              Miami, Florida
                              Tuesday, June 8, 2004
                              4:01 p.m.



              DEPOSITION OF GLORIA SANCHEZ


         Taken on behalf of the Defendant

    before LOIS E. GUFFEY, RDR, Notary Public in

    and for the State of Florida at Large, pursuant

    to a Notice of Taking Deposition filed in the

    above cause.
```

```
1        APPEARANCES:

2            JUDICIAL WATCH, INC.

3            100 Southeast 2nd Street, Suite 3920

4            Miami, Florida  33131-2148

5            By:  ED FARRES, ESQ.

6            Appearing on behalf of the Plaintiff.

7

8            U.S. DEPARTMENT OF JUSTICE

9            1331 Pennsylvania Avenue, Northwest

10           Washington DC 20004

11           By:  STEPHEN E. HANDLER, Esq.

12           Appearing on behalf of the Defendant.

13

14   ALSO PRESENT:

15           Isabel Duquesne, Interpreter

16           Alberto De La Cerra, Interpreter

17

18

19

20                    I N D E X

21   WITNESS              DIRECT

22   GLORIA SANCHEZ          3

23   EXHIBITS

24   1, copy of photo                    7

25
```

8

1  Q. Can you just put the initials of your

2 daughter on the roof of the house where she lived?

3  A. The initials on the roof of the house.

4  Q. Yes, please.  What initials did you put

5 there?

6  A. M -- sorry.  I forgot it wasn't Sanchez

7 anymore.  Want me to change it?

8  Q. Yes, change it.

9  A. Sorry.

10  Q. MP, correct?

11  A. Yes.

12  Q. So in looking at this picture, you put the

13 initials MP of the house where your daughter lived

14 back in April of 2000, correct?

15  A. Yes.

16  Q. That's in Exhibit 1?

17  A. Yes.

18  Q. Okay.  Now prior to April 22nd, 2000 how

19 often did you visit the area where your daughter

20 lived when Elian was at Lazaro Gonzalez's home?

21  A. I would go to my daughter's house every

22 Friday in order to help her with her daughter.

23  Q. Did you participate at all with the people

24 that were near Lazaro Gonzalez's home that were

25 protesting and supporting Elian Gonzalez?

1      A.    No.

2      Q.    Prior to April 22nd, 2000 did you belong

3   to any organization at all that was formed to

4   protect Elian Gonzalez?

5      A.    No.

6      Q.    On April 22nd, 2000 were you with your

7   daughter at her house?

8      A.    Yes.

9      Q.    Now you would agree with me that when the

10  INS and the law enforcement officers came to take

11  Elian away, that occurred very early in the morning

12  on April 22nd, 2000?

13     A.    Yes.   Dawn.

14     Q.    What first alerted you to the presence of

15  the law enforcement officers?

16     A.    Great -- a big noise that one heard, one

17  could hear.

18     Q.    What was the noise?

19     A.    Some very loud noises, like bombs going

20  off, and you couldn't -- just a very loud noise.

21     Q.    And what did you do?

22     A.    We went out to see what the noise was

23  about.

24     Q.    Who is the we?

25     A.    My daughter, her husband, another person

1  that was there who I think was named Felix, and

2  myself.

3      Q.   What is your daughter's husband's name?

4      A.   Cristobal Peraza, C-R-I-S-T-O-B-A-L.

5      Q.   How did you exit your home or your

6  daughter's home?

7      A.   We went out the kitchen door.  We took

8  about only five steps and there was a guard that

9  came toward us and sprayed us.

10     Q.   In this picture can you show me where the

11 kitchen door is?

12     A.   To point it out like this in a photograph

13 that would be taken from a helicopter or something,

14 I think it would be over here on this side.

15     Q.   Can you put an X where you exited the

16 house.

17     A.   I don't if this one right here is a door,

18 because they had doors and also the windows to the

19 bedroom, to the room here.  Is this a door right

20 here?

21     Q.   Well, let me ask you this.  When you

22 exited the house it would be in between your

23 daughter's house and Lazaro Gonzalez's home; is

24 that correct?

25     A.   Yes.  And Lazaro Gonzalez's home, yes.

11

1    Q.    When you stepped out of the door you were

2    in between the homes, right?

3    A.    Yes.

4    Q.    When you first walked out the door would

5    you be in the back part of Lazaro Gonzalez's house,

6    in the middle of it or toward the front?

7    A.    To the side of Lazaro Gonzalez's house.

8    Q.    Well, yes.  The side goes from the back to

9    the front, but when you first came out, would you

10   be closer to the back of his house, closer to the

11   middle or closer to the front?

12   A.    No.  Almost to the middle, because the

13   window for Lazaro Gonzalez's kitchen was almost

14   across the way from the window to my daughter's

15   kitchen, so it would be about here.

16   Q.    So approximately here?

17   A.    Yes, here.

18   Q.    Would you put like a little X there so we

19   can see it.

20   A.    (Indicating).

21   Q.    So you placed an X on Exhibit 1 in between

22   your daughter's house and Lazaro Gonzalez's house

23   in approximately the area you would be if you

24   walked out of the house that day?

25   A.    Yes, the kitchen door.

12

1      Q.    Now who went out of the house first?

2      A.    I think either my daughter or her husband

3    went out first, one of those two went out first.

4    Felix did and then I did.

5      Q.    So you were last?

6      A.    Yes, more or less.

7      Q.    And you said that a guard sprayed you.

8      A.    With the gas.

9      Q.    Now on this picture, can you tell me where

10   the guard was?  Was he out in the street or behind

11   the -- behind you?

12     A.    One came through here up front, and

13   another one was back here and jumped over and came

14   over to the place where my daughter's kitchen was

15   at, the door.  We had them both.

16     Q.    So they came in both directions?

17     A.    Yes, from both directions.

18     Q.    Now which one of them sprayed?

19     A.    Both.  One from the front, and then, as we

20   back up from the front, they would go back in.  The

21   other one that had jumped over from the back also

22   sprayed us.

23     Q.    Okay.  Did you actually see them spray?

24     A.    No.  You could only see that when you had

25   that in front of me.  You see like a cloud.  You

1   actually don't see his face.

2       Q.   What I am saying is, did you actually see

3   the guys use the spray?  Did you actually see him

4   spray?

5       A.   Not when he began to, no.

6       Q.   So would it be fair to say that when you

7   came out of the house you smelled the gas?

8       A.   Yes.

9       Q.   I am just wondering.  Did any officer come

10  up to you and actually spray you in the face like I

11  am going now (indicating)?

12      A.   Not from close up.  Like from here to

13  where the lady is at, perhaps a little further

14  distance.

15      Q.   Six or seven feet away?

16      A.   Yes.  More or less.  Because that -- that

17  knocks you out right away or knocks you down when

18  they do that to you.

19      Q.   Did the officers say anything to you

20  before they sprayed?

21      A.   No.

22      Q.   Could you see how they were -- what would

23  they spray you with?  Could you see?  Was it a can

24  or was it something they were holding in both hands

25  like a rifle?

14

1     A.   I could see later, once it cleared up a

2   little bit, that it was something like a rifle,

3   like an extinguisher of some type.

4     Q.   So you remember seeing a man that was

5   holding a tube in his hands and he was spraying

6   (indicating)?

7     A.   Yes.  Like that.

8     Q.   Now this man that was holding the tube

9   that was spraying, was he the guy that was out in

10  the street or was he the guy that was behind you

11  when he jumped over the fence?

12    A.   All of them had it.  The ones -- those

13  that I saw and the ones that I saw later.

14    Q.   So but I just want to know the two guys

15  that -- the one that was behind you in the backyard

16  and the one that is out in the street that came

17  into the alley.  You said they both sprayed you,

18  correct?

19    A.   Yes.

20    Q.   Okay.  Now did you -- are you saying that

21  both of those men that sprayed you had the -- the

22  long tube in their hands?

23    A.   Yes.

24    Q.   And when you got sprayed with the gas,

25  what did you do next?

FERNANDEZ & ASSOCIATES  (305) 374-8868

15

1    A.    I turned -- I turned around to go back

2  into the kitchen because I urinated on myself, I

3  vomited, and to splash myself with water in order

4  to just refresh my face.

5    Q.    So you went back in the house?

6    A.    Uh-huh.  Yes.

7    Q.    Did you ever go back outside the house

8  when the law enforcement officers were there?

9    A.    Yes, I did.

10    Q.    When?

11    A.    Well, about five or six minutes later we

12  went out again.

13    Q.    What did you see at that time?

14    A.    There I could see the lady when she was

15  taking Elian and they were putting him inside of

16  the car.

17    Q.    So when you went out the second time did

18  you go out the same door that you went out the

19  first time?

20    A.    Yes.

21    Q.    How far did you get to?

22    A.    I got this far, by the window to the

23  bedroom.

24    Q.    So you --

25    A.    Here.

16

1      Q.    -- exited your --

2      A.    Somewhat close to the parking lot, let's

3  say.  The parking space.

4      Q.    So you exited the house the second time

5  about five or six minutes after the first time, and

6  you went up the alley to approximately the corner

7  of Lazaro Gonzalez's home, correct?

8      A.    Yes.

9      Q.    And you looked to your left and you saw

10  the woman carrying Elian out of the house, correct?

11      A.    Yes.

12      Q.    And the woman took Elian into the white

13  van and the law enforcement officers left, correct?

14      A.    Yes.

15      Q.    Were you -- did you get sprayed with gas

16  the second time?

17      A.    Once I was out on the street, no.  They

18  had left.

19      Q.    At any point in time during the time that

20  law enforcement officers were there did you come

21  into physical contact with any of them?

22      A.    Physical, in which sense?  Physical

23  contact in which sense?

24      Q.    Did anyone touch you in any way?

25      A.    No.

19



1     A.    Had I not been affected by the gas, I

2  don't know, at that point in time.

3     Q.    Would you have gone up to Lazaro

4  Gonzalez's home?

5     A.    To stop them from taking the boy away, no,

6  because I couldn't do that.

7     Q.    Would you have tried to talk to the

8  officers or said anything to them?

9     A.    No, no.

10     Q.    But when you exited your daughter's home

11  and you went toward the Gonzalez family home the

12  gas stopped you and made you go back to your home;

13  is that correct?

14     A.    Yes.  I was forced to return back to the

15  house, yes.

16     Q.    Now you said that the gas made you vomit

17  and urinate on yourself; is that correct?

18     A.    That's right.  Yes.

19     Q.    What other effects did the gas have on

20  you?

21     A.    Very -- a lot of burning of the eyes, and

22  I was hoarse for about 15 days.

23     Q.    What else?

24     A.    No, that was all.

25     Q.    Okay.  Did you seek any medical treatment

20

1   for the effects of the gas?

2        A.    Yes, I did.

3        Q.    Where did you go?

4        A.    I went to a clinic located at 1200 Ponce

5   de Leon.  Since I worked with him for awhile, they

6   looked at me.

7        Q.    Were there any medical records of this

8   treatment?

9        A.    I didn't ask for any because -- because he

10  took care of me free so I didn't.

11       Q.    How did they treat you?

12       A.    They asked that I put cold compresses,

13  cold water to the eyes, some drops called Murine,

14  which I did put on my eyes, and a spray for my

15  throat.

16       Q.    Anything else?

17       A.    That was it.

18       Q.    And did these remedies relieve the effects

19  of the gas?

20       A.    Yes.

21       Q.    Now how long did the burning of the eyes

22  last?

23       A.    About a week.

24       Q.    Did you have any other physical effects of

25  the gas other than what you have already told me?





1

2              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
3
                CASE NO. 03-20588 CIV MOORE
4

5     DONATO DALRYMPLE,

6                    Plaintiff,

7              vs.

8     UNITED STATES OF AMERICA,

9                    Defendant.
      - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
10

11
                            99 N. E. Fourth Street
12                          Miami, Florida
                            August 9, 2004
13                          11:12 a.m.

14

15

16            DEPOSITION OF ILEANA SANTANA

17

18            Taken on behalf of the Defendant

19     before LOIS E. GUFFEY, RDR, Notary Public in

20     and for the State of Florida at Large, pursuant

21     to a Notice of Taking Deposition filed in the

22     above cause.

23                                    COPY

24

25

2

```
 1      APPEARANCES:

 2           JUDICIAL WATCH, INC.

 3           501 School Street, S.W., Suite 500

 4           Washington, DC 20024

 5           By:  Paul Orfanedes, Esq.

 6           Appearing on behalf of the Plaintiffs.
                                        --
 7

 8           U.S. DEPARTMENT OF JUSTICE

 9           1331 Pennsylvania Avenue, Northwest   -

10           Washington DC 20004

11           By:  Stephen E. Handler, Esq.

12

13           And Dimple Gupta, Esq.

14           RFK Main Justice Bldg,  Room 3613

15           950 Pennsylvania Avenue, NW

16           Washington, DC 20530

17           Appearing on behalf of the Defendant.

18

19      ALSO PRESENT:

20           Irene Garcia, Investigator

21           Isabel Duquesne, Interpreter

22           Alberto De La Cerra, Interpreter

23

24

25
```

1   Lazaro Gonzalez's house and I was at this other

2   house.

3        Q.   Can you point to the house that you were

4   at then?

5        A.   (Indicating).

6        Q.   So let's mark this as Deposition Exhibit

7   number 1.   Off the record.

8        (Discussion off the record)

9        (Ileana Santana Exhibit 1 is marked)

10   BY MR. HANDLER:

11        Q.   Ms. Santana, I am showing you Deposition

12   Exhibit number 1, and we have discussed this

13   photograph.   This is an aerial shot of the

14   neighborhood of where Lazaro Gonzalez lived; is

15   that correct?

16        A.   Yes.

17        Q.   And would you agree with me that I put the

18   initials LG for Lazaro Gonzalez on the roof of his

19   house, correct?

20        A.   Yes.

21        Q.   Now on April 22nd, 2000 you were staying

22   at a home next to Lazaro Gonzalez's home, right?   I

23   am pointing at the home; is that correct?

24        A.   Yes.

25        Q.   I am going to put your initials.   It's --

11

```
 1    the initial of your first name is I, correct?

 2        A.    Yes.

 3        Q.    "IS."

 4        A.    Yes.

 5        Q.    And I am putting those initials on the

 6    roof of the home where you were staying, correct?

 7        A.    Yes.

 8        Q.    Now this picture wasn't taken on April

 9    22nd, 2000 but we are just going to use it to

10    orient ourselves to your testimony.  Okay?  Is that

11    okay?

12        A.    Yes.

13        Q.    Now were you just visiting that day?

14        A.    I was with my husband.

15        Q.    How long were you staying in that house

16    before April 22nd, 2000?

17        A.    How much -- I really don't understand the

18    question.

19        Q.    How many days, or weeks or months were you

20    in that house before April 22nd, 2000?

21        A.    I would go to the house frequently.

22    Because Felix's grandparents -- because I would

23    visit Felix's grandparents who lived at the rear of

24    that building.  There are two houses in that

25    building.  There is a front part, which is house,
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

15

1    Gonzalez and his family?

2        A.    No.

3        Q.    Would you agree with me that when the law

4    enforcement officers arrived on April 22nd, 2000 to

5    take Elian away that that occurred very early in

6    the morning?

7        A.    That's right.

8        Q.    What first alerted you to the presence of

9    that activity?

10       A.    That night when they took him away, you

11   mean?

12       Q.    Yes.

13       A.    The noise that they made.  The walking on

14   top of the roofs.  I felt the noise and I realized

15   what was going on.

16       Q.    What did you do?

17       A.    I came out of the house where I was at.

18       Q.    And the way you exit your -- that house is

19   you exit a door that goes in the alleyway between

20   that house and Lazaro Gonzalez's home; is that

21   correct?

22       A.    That's right.

23       Q.    When you exited that house, you exited

24   with some other family members; is that correct?

25       A.    That's right.

16

1     Q.    Can you name all of the family members you

2  exited with?

3     A.    Madeline Peraza and her husband.

4     Q.    Cristobal?

5     A.    Cristobal Peraza.  We call him by a

6  nickname.  Those were the only people that I recall

7  that left behind me.

8     Q.    Who went out the door first?

9     A.    I did.

10    Q.    Then Madeline and Cristobal were behind

11 you?

12    A.    Yes.

13    Q.    Did you go in the direction of the front

14 of the house to the street?

15    A.    I went out the door directly to where

16 Felix was at, which was inside of the -- Lazaro

17 Gonzalez's house.

18    Q.    Wait.  When you heard the noise you exited

19 the door with Madeline and Cristobal behind you.

20 Did you go in the direction of the street or did

21 you go to the direction of the backyard?

22    A.    Toward the front.

23    Q.    How far did you get before you stopped?

24    A.    The distance wasn't very long.  I tried

25 to -- among the people that were already up there,

17

1   and then the guards, I tried to walk among them.

2       Q.   When you exited the alleyway did you

3   actually make it all the way to the street?

4       A.   I didn't have to get to the street,

5   because if I leave from this house, all I needed to

6   do was turn here (indicating).

7       Q.   What I want to find out is, when you first

8   left the house, how far did you go before you had

9   to stop for any reason?

10      A.   I -- exactly at that point in time, I

11  don't recall.  I don't recall.

12      Q.   Why did you exit the house and go toward

13  the street?

14      A.   I wasn't headed toward the street.  I was

15  headed towards Lazaro Gonzalez's house.

16      Q.   Why did you want to go toward Lazaro

17  Gonzalez's house?

18      A.   Because they were taking the boy away, and

19  my husband was there.

20      Q.   So what was your intention?

21      A.   All I wanted to know -- or be sure that

22  Felix would be fine.

23      Q.   Did you come into contact with any law

24  enforcement officers at that point in time?

25      A.   At that point in time it was the law

1    enforcement officers that would not allow me to go

2    onto where I wanted to go.

3        Q.   So the law enforcement officers stopped

4    you?

5        A.   They stopped us with gestures and they

6    also -- they stopped us, spraying gas with those

7    things that they had to spray gas with.

8        Q.   Okay.  Where did you come in -- strike

9    that.  When the officers stopped you, did they    -

10   first stop you with gestures by putting their hands

11   up?

12       A.   They didn't stop us with gestures.  They

13   would stop us with what they had in their hands to

14   use for -- spray the gases and with words that were

15   somewhat offensive to talk to us with.

16       Q.   Okay.  So when you were -- when you exited

17   out of your house and you ran toward Lazaro

18   Gonzalez's house, the officers stopped you by

19   spraying gas on you?

20       A.   That's right.

21       Q.   And how far away were you from the office

22   when they sprayed you with the gas?

23       A.   We were quite close.

24       Q.   Can you tell me in feet how far away you

25   were?

1      A.    I was walking.  I was leaving the house

2   and I was walking in front of Lazaro Gonzalez's

3   house.

4      Q.    Let me mark this as Deposition Exhibit

5   number 2.

6        (Ileana Santana Exhibit 2 is marked)

7   BY MR. HANDLER:

8      Q.    Deposition Exhibit 2 is just a close-up of

9   Exhibit No. 1, and I am just going to mark the

10  houses here.  LG is Lazaro Gonzalez's home and IS

11  is the home that you were staying in, correct?

12     A.    That's right.

13     Q.    On your house, is that the door, that I am

14  pointing at, that you came out of?

15     A.    Let me look at the photograph.  Yes.  It's

16  the door to the front of the house where I was at.

17  It's the door.

18     Q.    Can you point to this photograph where you

19  were when you got sprayed?

20     A.    No.

21     Q.    I am pointing here to the front yard of

22  Lazaro Gonzalez's home.  Is that correct?

23     A.    That's right.

24     Q.    Were you in Lazaro Gonzalez's front yard

25  when you got sprayed?

22

1    A.    That's right.

2    Q.    So you had come out of the door of your

3    house, went up the alleyway and you went into

4    Lazaro Gonzalez's house -- yard; is that correct?

5    A.    That's right.

6    Q.    Then you got sprayed with the gas?

7    A.    That's right.

8    Q.    Was there a lot of other people in the

9    yard at that time?

10   A.    That I recall, I don't recall the number

11   exactly, but there were a certain number of people

12   in the front yard, yes.

13   Q.    I think they were law enforcement officers

14   and they were people that were not law enforcement

15   officers, correct?

16   A.    That's right.

17   Q.    So I am just going to circle on Exhibit

18   No. 2 -- see if we can do this a little better

19   here -- the front yard of Lazaro Gonzalez's home,

20   okay?

21   A.    Yes.

22   Q.    Then I am going to draw a line here in the

23   alleyway, okay?  This line between the two houses

24   to the circle is basically the path, route that you

25   took that day; is that correct?

1    people were trying to prevent the law enforcement

2    officers from taking Elian away?

3            THE INTERPRETER:  Could you repeat the

4        question.  I lost the phrase.

5    BY MR. HANDLER:

6        Q.    That's okay.  When you say that people

7    were trying to prevent the law enforcement officers

8    from taking Elian away, can you describe it for in

9    detail for me?

10       A.    I don't understand the question.

11       Q.    Okay.  You just testified that people were

12   trying to prevent the officers from taking Elian

13   away.  How were they doing that?

14       A.    At that point in time were -- what I saw,

15   people walking into or towards -- into the yard of

16   Mr. Lazaro Gonzalez's house.

17       Q.    Did you see people jump over the barricade

18   at the end of the street and run toward Lazaro

19   Gonzalez's home?

20       A.    When I came out of the house, I didn't put

21   any -- pay any attention to the -- what was going

22   on towards the end of the street.  I knew there

23   were people behind me.  What I was trying to do was

24   make headway and come in this other direction.

25       Q.    Did you come into physical contact with

25

1   any officers yourself?

2        A.   No.   The closest contact I had with

3   anybody was when I was sprayed with the gas.

4        Q.   After you were sprayed with the gas did

5   you go back into your home?

6        A.   No.

7        Q.   What did you do?

8        A.   I didn't try to go into Lazaro Gonzalez's

9   house through the front door.  But through the side

10  yard and through that door I tried to get closer to

11  where Felix was at.

12       Q.   How did you do that?

13       A.   Going in through the side of Lazaro

14  Gonzalez's house.

15       Q.   This was after you were sprayed with gas?

16       A.   Yes.

17       Q.   Okay.  And so did you go back down the

18  alleyway and then into the side door of this --

19  Lazaro Gonzalez's home?

20       A.   I never went inside of Lazaro Gonzalez's

21  house at that point in time.  I went to the side of

22  the house, because my understanding was that Felix

23  was towards the back of the house.

24       Q.   Right.  So okay.  You exit the house you

25  are at.  You go up the alleyway and into Lazaro

26

1    Gonzalez's front yard, and you get hit with the

2    gas, correct?

3         A.    That's right.

4         Q.    And from there did you go back down the

5    alleyway or did you go across the yard to the other

6    side of the house?

7         A.    I never went backwards.

8         Q.    So did you walk across the front of Lazaro

9    Gonzalez's home?

10        A.    I was able to walk the rest of the way

11   that was -- I needed to walk, and then, when I

12   turned, I had to look for some water.

13        Q.    When you did this, when you walked --

14   after you were gassed, you walked in front of

15   Lazaro Gonzalez's home, were the white vans still

16   in front of Lazaro Gonzalez's home?

17        A.    When I got to the spigot of water where I

18   had to throw water on -- put water on myself,

19   because I couldn't see and I was vomiting, I looked

20   back, because I heard people screaming, "They're

21   taking him away, they're taking him away."  And I

22   looked back.  And at that point in time the vans

23   were heading back out.

24        Q.    Okay.  Where is the spigot that you are

25   talking about?

1       A.    That was the side of Lazaro's house.

2       Q.    So I am going to draw a line here.  The

3   circle is the front of Lazaro Gonzalez's home.  I

4   am drawing a line around the other side of the

5   house.  There is an arrow.  That's the direction

6   you took to find the water from the spigot; is that

7   correct?

8       A.    Yes.  That's right.

9       Q.    And from looking at the picture, this is

10  on the -- from your vantage point, this is on the

11  left side of the picture; is that correct?  From

12  your -- strike that.  If you are looking at the

13  picture from your vantage point here, you basically

14  went around Lazaro Gonzalez's home from one side to

15  the other across the front; is that correct?  As it

16  is shown in Exhibit No. 2.

17      A.    I visualize it -- at this point in time I

18  was this side of Lazaro Gonzalez's house.  I walked

19  this way, and then it was over to this way.  So

20  when I stood here I was screaming to have -- to get

21  some water, because I needed to splash water on

22  myself.

23      Q.    Okay.  But what I am trying to do by using

24  Exhibit No. 2 is just drawing a little diagram of

25  your route around the house.  Is that correct in

28

1    Exhibit 2?

2        A.    Yes.   This is the front of Lazaro

3    Gonzalez's house.

4        Q.    Where I drew the circle, correct.

5        A.    I walked through here.   I tried to walk

6    until I got this far.

7        Q.    So the line that I drew around Lazaro

8    Gonzalez's home like this, okay, all the way across

9    the front of his yard from one side to the other is

10   the path that you took when they were -- the law

11   enforcement officers were in the process of taking

12   Elian Gonzalez out of Lazaro Gonzalez's home,

13   correct?

14       A.    Yes.   It is correct.

15       Q.    Now I took your husband's deposition, and

16   he said he was in the backyard when the law

17   enforcement officers arrived.   Did you -- when you

18   went around the other side of Lazaro Gonzalez's

19   home where you were getting the water, did you see

20   him back there in the backyard?

21       A.    Once I had put the water on, I started

22   yelling for Felix because I wanted to know whether

23   he was all right.

24            Well, while I was standing there, once I

25   put some water on my face, other people -- I don't

1    remember who it was -- started to say, he's fine,

2    he's fine, he's going to be coming in a minute.

3    Then once I had put water on my face and refreshed

4    myself, then he came up to me.

5         Q.   Before that happened, could you see him in

6    the backyard?

7         A.   I don't understand.  Whether I could see

8    him before they took the child?  What?

9         Q.   Okay.  At any point in time did you see

10   Felix lying on the ground while the law enforcement

11   officers were still there?

12        A.   No.

13        Q.   At any point in time did you ever see your

14   husband, Felix, have any contact with any of the

15   law enforcement officers?

16        A.   No.

17        Q.   When you were on this side of Lazaro

18   Gonzalez's home getting the water for your face,

19   did you see any law enforcement officers in that

20   area come into contact with any of the nonlaw

21   enforcement officers?

22        A.   No.

23        Q.   Did you see any people lying on the ground

24   in this area where you were getting the water?

25        A.   I saw people trying, as I was, trying to

32

1    who -- how the fence got knocked down; is that

2    correct?

3        A.    Correct.

4        Q.    And you told me that you did not

5    physically come in contact with any law enforcement

6    officers?

7        A.    Yes.  It is correct.  I already answered

8    that question.

9        Q.    Why don't you tell me how the gas affected

10   you.

11       A.    I was left practically without any air,

12   very short of breath.  I could hardly yell.  I was

13   trying to scream for water, but I vomited and I

14   urinated on myself.

15       Q.    Anything else?

16       A.    I was trying to open my eyes to see, but I

17   had to keep on putting water on them, because my

18   eyes got fairly swollen on that day.

19       Q.    So you had difficulty seeing and swollen

20   eyes?

21       A.    Correct.

22       Q.    Now how long did the symptoms of the gas

23   last?

24       A.    I felt badly for about one week.

25       Q.    So after one week, the shortness of the



33

1   breath and the difficulty in seeing and swollen eye

2   was all returned to normal?

3       A.    Well, my eyes, I have to continuously put

4   drops in them, and because they were still very

5   swollen.

6            And then about breathing, I had to be in

7   places where there was plenty of air because I was

8   still very short of breath.

9       Q.    But all of these problems, all of these

10  effects of the gas you say lasted only one week; is

11  that correct?

12      A.    The more severe effects, yes.  Then I

13  started to improve as the days went by.

14      Q.    How long until you -- your breathing and

15  your -- strike that.  How long after that week did

16  your breathing problems and your eye problems

17  return to normal?

18      A.    I would say that around two months.

19      Q.    So between this one-week and two-month

20  period of time can you tell me what sorts of

21  breathing and seeing problems you had?

22      A.    I couldn't wear any makeup.  As I already

23  said, I had to put drops in my eyes continuously.

24      Q.    Okay.

25      A.    I -- I couldn't be in any place that

34

1    didn't have a lot of air-conditioning because I

2    felt, at least this was my impression of the gas,

3    and I would be short of breath.

4        Q.   Anything else?

5        A.   No.

6        Q.   Did you go seek any medical care for the

7    effects of the gas?

8        A.   No, because at that moment I didn't have

9    any insurance.

10       Q.   Now when you said you couldn't wear

11   makeup, how did the gas prevent you from wearing

12   makeup?

13       A.   My eyes were very swollen.  If my eyes

14   were swollen and they were constantly tearing, I

15   would have to be putting drops in, I couldn't wear

16   makeup.

17       Q.   So did you have any other physical

18   problems as a result of what occurred on April

19   22nd, 2000, other than the effects of the gas?

20       A.   No.

21       Q.   Did you have any emotional problems?

22       A.   Yes.

23       Q.   What were your emotional problems?

24       A.   Felix visits his grandmother who lives

25   next door to Lazaro Gonzalez's house, but I





1

1            UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA

2

3          CASE NO. 03-20588 CIV MOORE

4 DONATO DALRYMPLE, et al.,

5            Plaintiff,

6      vs.

7 UNITED STATES OF AMERICA,

8            Defendant.
--------------------------------x

9

10

11               99 Northeast Fourth Street, Suite 300
              Miami, Florida

12               Wednesday, March 17, 2004
              2:08 p.m.

13

14

15          DEPOSITION OF CARLOS TRETO

16

17      Taken on behalf of the Defendant before LOIS

18 E. GUFFEY, RDR, Notary Public in and for the State of

19 Florida at Large, pursuant to a Notice of Taking

20 Deposition filed in the above cause.

21

22

23

24                  ORIGINAL

25

2

1   APPEARANCES:

2   JUDICIAL WATCH, INC.

3   100 Southeast 2nd Street, Suite 3920

4   Miami, Florida  33131-2148

5   By:  ED FARRES, ESQ.

6   Appearing on behalf of the Plaintiffs.

7

8   OFFICE OF THE UNITED STATES ATTORNEY

9   Benjamin Franklin Station

10  P.O. Box 888

11  Washington, DC  20044

12  By:  STEPHEN E. HANDLER, Esq.

13  Appearing on behalf of the Defendant.

14

15  ALSO PRESENT:

16  Isabel Duquesne, Interpreter

17  Alberto De La Cerra, Interpreter

18

19              * * * I N D E X * * *

20  WITNESS                                    PAGE

21  CARLOS TRETO

22      DIRECT EXAMINATION BY MR. HANDLER         3

23

24  TRETO'S EXHIBITS MARKED FOR IDENTIFICATION   PAGE

25  1        copy of photo                        14

—14—

1      A.    Yes, before.

2      Q.    Just before the INS pulled up in front of the

3  Gonzalez family home, just before they arrived, where

4  were you located?

5      A.    In the previous block, four houses away from

6  Elian's house.

7           MR. FARRES:   That's not going to be on the

8      picture.

9           MR. HANDLER:   That's okay.

10          (Treto Exhibit No. 1 was thereupon marked.)

11  BY MR. HANDLER:

12     Q.    Mr. Treto, I am showing you what has been

13  marked Exhibit No. 1.   It's an aerial picture of the

14  location of the Gonzalez family home.   In the center of

15  the picture do you see the group of the Gonzalez family

16  house?

17     A.    Yeah.

18     Q.    Does this area look familiar to you?

19     A.    Of course.

20     Q.    In front of the house there is the street.

21     A.    Uh-huh.

22     Q.    Is that yes?

23     A.    Yes.

24     Q.    Then across the street there the media tents

25  where the newspaper people were, the television.

15

1      A.    The cameras.

2      Q.    And in front of them there were the police

3  barricades.

4      A.    Yes.

5      Q.    And at the end of the street there are more

6  police barricades where people were sometimes located,

7  correct?

8      A.    Yes.

9      Q.    Now, just before the INS pulled up in front of

10  the Gonzalez home, where were you?

11      A.    (In English)  Give me a pen, please.

12      Q.    Just point.

13      A.    Okay.   (In English)  one, two, three, four.

14  This is a corner, and the street --

15          MR. FARRES:  No Spanish.

16          THE WITNESS:   This is the corner.  This is

17      the street.  This is another street, and I was back

18      here.

19  BY MR. HANDLER:

20      Q.    I see.  Okay.  Now, what alerted you to the

21  presence of the INS in the area?

22      A.    They came in through here.  I saw some white

23  vans come through here (indicating).

24      Q.    Going down the street where you were located?

25      A.    Aha.  Yes.  Suddenly I heard all the noise as

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

16

1  if something was happening.

2      Q.   Okay.  Continue.

3      A.   Since it was so close, relatively,

4  automatically I tried to go towards that place to see

5  what was happening.

6      Q.   You mean you ran toward the Gonzalez family

7  home?

8      A.   I went walking over to see what was happening.

9      Q.   How did you go?  Did you go down the street?

10     A.   I walked down the street around here

11  (indicating).

12     Q.   Did you -- were you always in the middle of

13  the street?

14     A.   Or on the sidewalk.  It would depend.

15     Q.   Now, you have written a little diagram on

16  Exhibit No. 1, which is basically the continuation of

17  the street, and you have made four houses, and you have

18  written the word "here." That's where you were located

19  when the INS began to arrive; is that correct?

20     A.   Yes.

21     Q.   How close did you get to the Gonzalez family

22  home?

23     A.   To this corner up to here.  Perhaps around

24  here (indicating).

25     Q.   Could you just put a little X there.

FERNANDEZ & ASSOCIATES  -  (305) 374-8868

-17-

1      A.    (Indicating.)

2      Q.    So when you saw the vans go by, you left the

3  house where you were at and you walked down to the

4  corner where you put this little X in Exhibit 1,

5  correct?

6      A.    Not when I saw the vans go by.  When I heard

7  the yelling that started at that time.

8      Q.    Was that before the vans arrived?

9      A.    No.  When the vans arrived.

10     Q.    So did the vans already go past your house?

11     A.    No.  That's not my house.

12     Q.    No, no.  The house that you were at.

13     A.    I think they were the immigration vans,

14  because they were alike.

15     Q.    When you left -- is this your cousin's

16  house --

17     A.    Yes.

18     Q.    -- that you have written on Exhibit 1 when you

19  said "here," correct?

20     A.    The "here."  I was here.

21     Q.    Okay.  Now, you left your cousin's house, and

22  you walked down the street to where you have placed an X

23  on the diagram; is that correct?

24     A.    Yes.

25     Q.    Now, did you see the vans go by before you got

1  to this place where you have marked X?

2      A.    I imagine they were the same vans.

3      Q.    Why did you stop at the X?

4      A.    Because the officers from immigration, the

5  officers that were there did not let me through.  This

6  is where they pushed me, and there was somebody there

7  with one of those things spraying gas.

8      Q.    Were there any police barricades on the corner

9  on this map that you drew on Exhibit 1?

10     A.    When I got here, there were no barricades.  In

11  the middle of the street.  There were some on the sides.

12     Q.    Let me ask you this:  Before you were stopped

13  by the officers, had the vans already gone on to the

14  Gonzalez home?

15     A.    That before they stopped me, they had left

16  already?

17     Q.    No.  When you left your cousin's house and you

18  walked down the street and you were stopped by the

19  officers, could you see the vans in front of the

20  Gonzalez family home?

21     A.    I would see the whole to-do of officers and

22  people.  It was all full of people.  It was very fast.

23     Q.    So there were a lot of other people with you

24  when you were stopped by the officers?

25     A.    I remember that there were more people, but I

1   couldn't tell you numbers.

2        Q.    How did the officers stop you?

3        A.    From what I could understand, "Don't come

4   through.  You have to go over there."  I really couldn't

5   understand them because they were yelling in English,

6   and they were just saying that stuff.

7        Q.    Was it your understanding that the officer did

8   not want you to walk toward the Gonzalez family home;

9   that he was preventing you from walking in that

10  direction?

11       A.    Of course.

12       Q.    Did the officer put his hands on you?

13       A.    Not exactly on me.  If I remember correctly,

14  on another person who was in front of me, and I don't

15  remember that person's name.  And that person, they

16  pushed him down.  That person fell on top of me, and I

17  also fell to the ground.

18       Q.    The person that was in front of you, was he

19  trying to get past the officers?

20       A.    No.

21       Q.    Were there other people that were trying to

22  get past the officers and go down to the Gonzalez home?

23       A.    That I recall, nobody was trying to pass by

24  the officers.  All of those -- of us who were there, who

25  went there, were just curious to see what was happening.

—20—

1    Q.    Did you try to get past the officer?

2    A.    No.

3    Q.    You don't remember the name of the officer --

4    of the person the officer pushed?

5    A.    No, because it was not an acquaintance of

6    mine.  That -- no.  Because also there were already a

7    lot of gases at that time.  When they started to spray

8    the gas, you could hardly see because you had so much

9    burning in your eyes.

10   Q.    Now, how did you fall down?

11   A.    I don't remember very well, but they were

12   coming up to him, like pushing him.  And once he fell,

13   he started to fall, he fall on top of me, and I don't

14   remember how, but I also fell once he fell on me.

15   Q.    When you fell down, where did you fall; on

16   your side, your back, your butt, your what?

17   A.    I fell backwards, and I tried to support

18   myself with my hands out of the natural instinct.

19   Q.    Did you -- were you hurt when you landed on

20   the ground?

21   A.    Not exactly.  Nothing to do with bones or

22   anything like that.

23   Q.    After you fell down, you got back up again?

24   A.    Yes.

25   Q.    Then what did you do?

1        A.    My eyes were burning a lot, and I tried to

2    find a way to come out here.

3        Q.    So you went back towards your cousin's house?

4        A.    I tried to come back here, yes.

5        Q.    Did you eventually try to go back to the

6    Gonzalez home when the INS was still there?

7        A.    No.   After I went back, I didn't try to go

8    back anymore after I washed my face, because my eyes

9    were burning a lot.   I couldn't breathe.

10       Q.    Did you have any other physical contact with

11   any law enforcement officers other than what you have

12   already described?

13       A.    No.

14       Q.    Now, you said there was gas in the air; is

15   that correct?

16       A.    Yes.

17       Q.    And that gas got into your eyes?

18       A.    Yes, in the eyes and my breathing.

19       Q.    Did anyone spray you directly in the face?

20       A.    It's just that I don't remember.   When I was

21   walking over there, the officers were already coming

22   back, pushing people.   Then when those people started to

23   come back, I automatically started to feel the gas on my

24   face, but I couldn't really tell where it came from.

25       Q.    Okay.   Now, after Elian was taken out of the

-22-

1   house, the vans backed down the street.  Did you see

2   them back down the street?

3       A.    I don't recall having seen them since my eyes

4   were like this.  I couldn't.

5       Q.    So the effect of the gas made your eyes burn,

6   and it made it difficult to breathe, correct?

7       A.    Yes.

8       Q.    How long did that -- those problems last?

9       A.    I -- they also caused a lot of headaches.  I

10  spent several days with a lot of headaches, and the

11  shortness of breath caused a problem, but I have been

12  having to use this thing (indicating) all the time since

13  then from that day to today.

14      Q.    Okay.  How long did your eyes continue to

15  burn?

16      A.    I don't remember exactly, but I do know that I

17  went for a week or two where my eyes were just burning,

18  burning, burning.

19      Q.    So you had problems with your eyes for one to

20  two weeks?

21      A.    I don't remember exactly, but I think that --

22  well, perhaps more.

23      Q.    Well --

24      A.    Bad, bad, bad where I could even hardly see,

25  that was two or three days.

23

1   Q.   When did your eyes return to normal; how long?

2   A.   Well, I could see.  I was never totally

3   blinded, but what I am referring to is the discomfort.

4   Q.   I understand, but you are going to have to

5   tell me from the time that you got gassed until the time

6   your eyes got better, you have to give me some general

7   period of time.

8   A.   Well, you could say three weeks, three to four

9   weeks, feeling that.

10   Q.   All right.  With the difficulty in breathing,

11   when did that return to normal?

12   A.   I still have not come back to normalcy with

13   that.

14   Q.   What is the problem?

15   A.   Well, I don't know.  Ever since then I have

16   this pain here in my head, hurts a lot, and I have

17   problems breathing, and I don't know why.

18   Q.   And how long have the headaches still -- you

19   still have the headaches?

20   A.   Yes.

21   Q.   How often does that occur?

22   A.   Normally almost every day when I get very

23   stuck up.

24   Q.   Stuffed up?

25   THE INTERPRETER:  Stuffed up.

—24—

1          THE WITNESS:   When I get very stuffed up, this

2     area over here hurts a lot (indicating).

3   BY MR. HANDLER:

4     Q.    With regard to the effects of the gas, did you

5   ever seek any medical care?

6     A.    No.   The first time I got frightened.

7     Q.    So you have not received -- you have not gone

8   to seek any medical care regarding the effects of the

9   gas; is that correct?

10     A.    After the first time I went, I have never gone

11   back again, because I don't have money to do that.

12     Q.    When did you go get medical care for the

13   effects of the gas?

14     A.    I don't remember well, but I think it was the

15   following or two days after.

16     Q.    Where did you go?

17     A.    To a clinic that I think is on 9th and perhaps

18   6th or 8th in Hialeah.   I don't remember the exact

19   address.

20     Q.    Was it called Humanitarian Health Care

21   Company?

22     A.    Yes.

23     Q.    I have the medical record here for April 25th,

24   which would have been three days later.   Does that sound

25   correct?

25

```
 1          THE INTERPRETER:  What's the date?

 2          MR. HANDLER:  25th.

 3          THE WITNESS:   Yeah, it could be that.  Two or

 4     three days afterward, right?

 5 BY MR. HANDLER:

 6     Q.   Correct.  What did they prescribe?

 7     A.   I don't remember the medications they

 8 prescribed, but   --

 9     Q.   Did they prescribe any kind of medication?

10     A.   Yes.

11     Q.   Did you take all of the medication?

12     A.   Yes.

13     Q.   Did the medication help?

14     A.   Yes.  To get out of the crisis that I was in.

15 They helped me quite a bit.

16     Q.   And then did they tell you to follow up with a

17 doctor?

18     A.   No.  The doctor told me that I -- if I was

19 still not well, that I should come back.

20     Q.   And did you return a couple of days later?  I

21 have a medical record of April 27th.  That's two days --

22     A.   I remember something, that I returned later.

23     Q.   Do you remember complaining of a mild cough,

24 and you started itching in your eyes?

25     A.   Of course, because since I couldn't breathe, I
```

26

1    also was coughing.

2        Q.    And you also had some kind of rash, right?

3        A.    Itching.

4        Q.    Okay.  Now, those are the only two medical

5    records I have.  Did you -- after that you are saying

6    that you still had problems which you relate to the gas;

7    is that correct?

8        A.    I imagine that it was as a result of the gas.

9        Q.    So after -- strike that.

10            I have medical records from April 25th and

11   April 27th.  Did you seek any further medical care after

12   April 22nd regarding the effects the gas had on you?

13       A.    After that, I don't recall having gone to any

14   other treatment place.

15       Q.    Other than the effects of the gas, did you

16   have any other physical injuries with respect to what

17   occurred on April 22nd, 2000?

18       A.    No.  Besides the itching, the burning of the

19   eyes, and the shortness of breath that I still have, I

20   had no other symptom.  But emotionally I do feel

21   injured.

22       Q.    Why don't you describe that to me.

23       A.    Well, I think never again will I get near

24   anything involving similar actions of the government for

25   fear that I would be gassed again, even though that what





Here

EXHIBIT 19
3-17-04

Carlos Treto





EXHIBIT 19
3-17-04

1        UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA

2            CASE NO. 03-20588 CIV MOORE

3

4  DONATO DALRYMPLE,

5              Plaintiff,

6        vs.

7  UNITED STATES OF AMERICA,

8              Defendant.
   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

9

10

11                          99 N. W. Fourth Street
                            Miami, Florida
                            Wednesday, June 9, 2004
12                          9:02 a.m.

13

14

15        DEPOSITION OF CARMEN VALDES

16

17        Taken on behalf of the Defendant

18  before LOIS E. GUFFEY, RDR, Notary Public in

19  and for the State of Florida at Large, pursuant

20  to a Notice of Taking Deposition filed in the

21  above cause.

22

23

24

25

2

```
 1        APPEARANCES:
              JUDICIAL WATCH, INC.
 2            100 Southeast 2nd Street, Suite 3920
              Miami, Florida  33131-2148
 3            By:  ED FARRES, ESQ.
              Appearing on behalf of the Plaintiff.
 4
              U.S. DEPARTMENT OF JUSTICE
 5            1331 Pennsylvania Avenue, Northwest
              Washington DC 20004
 6            By:  STEPHEN E. HANDLER, Esq.
              Appearing on behalf of the Defendant.
 7
     ALSO PRESENT:
 8            Isabel Duquesne, Interpreter
              Alberto De La Cerra, Interpreter
 9

10
                         I N D E X
11        WITNESS              DIRECT
          CARMEN VALDES           3
12
          CARMEN VALDES EXHIBITS
13        1, copy of photo                      9
          2, copy of photo                     14
14        3, copy of photo                     16

15

16

17

18

19

20

21

22

23

24

25
```

1  marked as Exhibit No. 1 for your deposition.  It is

2  an aerial shot of the neighborhood where Lazaro

3  Gonzalez lived.  In the center of the picture is

4  Lazaro Gonzalez's home.  Do you see that?

5      A.    Uh-huh, yes.

6      Q.    In front of this house is the street?

7      A.    Exactly.

8      Q.    And to your right is -- at the end of the

9  street is a police barricade where people generally

10  stood.

11  ·    A.    Yes.

12      Q.    Across the street from the Gonzalez home

13  is where the newspaper and television people were

14  located, and then there is another police barricade

15  in front of that.

16      A.    Yes.

17      Q.    I am just showing you this picture so we

18  can get an idea of approximately where you were

19  located.  This wasn't taken on --  we want to get

20  an idea of where you were by using a reference.  Do

21  you need a few minutes?

22      A.    Here (indicating).  No.

23      Q.    Can you take that pen there and just draw

24  a circle approximately where you were on April

25  22nd, 2000 just before the law enforcement officers

1    arrived?

2        A.    Yes (indicating).

3        Q.    On Exhibit 1 you have drawn a circle at

4    the end of the street behind the police barricade,

5    correct?

6        A.    Right.  Yes, I was behind.

7        Q.    Would you like a couple of minutes?

8        A.    No.

9        Q.    On April 22nd, 2000 what first alerted you

10   to the presence of the law enforcement officers?

11       A. · I almost didn't even realize it.  It was

12   very fast.  They attacked us violently and very

13   quickly, yelling bad words behind -- I will tell

14   you in Spanish.  It's a very ugly word but "fucking

15   whores, shit Cubans."

16       Q.    But something must have alerted you to the

17   presence of the law enforcement officers.  Was it

18   something you heard, something you saw?  What was

19   the first thing that happened?

20       A.    The noise.  When they came up, they came

21   up yelling and the lights -- and the lights of the

22   cars that were coming down the middle of the

23   street.

24       Q.    Now at that point in time how close were

25   you to the barricades?

12

1    A.    Like this.  These are the barricades and I

2    had my hands like this.

3    Q.    So you were right up against the

4    barricade?

5    A.    Yes.

6    Q.    So when you were up against the barricade

7    you could see the white vans pull up in front of

8    Lazaro Gonzalez's home?

9    A.    When they arrived.

10   Q.    Is that a yes?

11   A.    Yes.

12   Q.    Okay.  And did you see law enforcement

13   officers get out of the vans and -- strike that.

14   When the vans pulled up, did you see people from

15   behind the barricade jump over the barricade and

16   run to the front of Lazaro Gonzalez's home?

17   A.    I wouldn't see much because -- I couldn't

18   see much because they sprayed me right there up

19   against me.  I used contact lenses at the time.

20   It's like they fell apart.  I was left blind.  My

21   husband was much behind me and he -- and he ran

22   immediately, also with the gases, to help me.  When

23   he came up and got close to me, one of them -- one

24   of them told him to take that whore out of there to

25   the back.  So then we went to a lady's house to put

26

1     A.   Yes.

2     Q.   And you saw these police officers in the

3 front yard of the Gonzalez family home on April

4 22nd, 2000 early in the morning?

5     A.   Yes.

6     Q.   When you got sprayed with the gas, what

7 did it smell like?

8     A.   I don't recall.  It just took my breath

9 away.

10     Q.   Did it smell like any kind of fruit?

11     A.   No.

12     Q.   Did it smell like cherries?

13     A.   I don't recall.

14     Q.   Why don't you tell me how the gas affected

15 you.

16     A.   I felt fatigue, burning, burning throat,

17 in the eyes as well.  The contact lenses turned to

18 dust.

19     Q.   You mean dust or dissolved?

20     A.   They dissolved themselves.

21     Q.   Dissolved.  What else?

22     A.   I ran looking for help.  To splash water

23 on my face.  A neighbor lady there allowed me to

24 enter in order to wash my face at her house and

25 eat.  My husband also came in order to assist me,

1    and I was very short of breath and also very

2    nervous.

3        Q.    Did you come into physical contact with

4    any of the officers?

5        A.    No.

6        Q.    After you got sprayed, you ran away from

7    the barricade in the opposite direction of the

8    Gonzalez home, correct?

9        A.    Yes.   The opposite of the direction of the

10   Gonzalez family home.

11       Q.    After you washed your eyes and everything

12   did you go back to the police -- the barricade?

13       A.    By that time there were no more barricades

14   up, about half an hour later.

15       Q.    Okay.   Before you got sprayed did you see

16   any of the federal officers touch, push or hit

17   anyone?

18       A.    I didn't see it, but later it was stated

19   that -- about people that were attacked by -- the

20   people that were pushed.

21       Q.    I am only asking for your personal

22   observations.

23       A.    I did not see that.

24       Q.    Did you go and get medical treatment for

25   the effects of the gas?

28

1    A.    No.

2    Q.    How long did the effects of the gas last

3 for you?

4    A.    Two days.

5    Q.    As a result of the events that occurred

6 April 22nd did you suffer any emotional problems?

7    A.    Yes, I did.

8    Q.    Please tell me what that is.

9    A.    Well, when I would lay down at home for

10 two months I would hear that terrible noise of that

11 night as if we were being attacked again, and I

12 would look out the window to see if someone was

13 coming.  And even until today's date, each time I

14 remember that, I still suffer, because I never

15 imagined in the United States, standing in the

16 middle of the street here in the United States, in

17 a peaceful way, just because I defended a certain

18 idea which I thought was the best for -- to help

19 with a little being that could not defend himself,

20 would be attacked in such a violent fashion by the

21 authorities of this country that is supposed to be

22 the most free and Democratic country in the world.

23 I -- I only thought that only in my native country,

24 Cuba, we could be attacked in such a way, just

25 plain citizens and peaceful persons.





1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20588 CIV MOORE

DONATO DALRYMPLE,

        Plaintiff,

     vs.

UNITED STATES OF AMERICA,

        Defendant.


                   99 N. W. Fourth Street
                   Miami, Florida
                   Wednesday, June 9, 2004
                   10:40 a.m.


DEPOSITION OF DIVALDO VALDES


      Taken on behalf of the Defendant

before LOIS E. GUFFEY, RDR, Notary Public in

and for the State of Florida at Large, pursuant

to a Notice of Taking Deposition filed in the

above cause.

2

```
 1        APPEARANCES:
                JUDICIAL WATCH, INC.
 2              100 Southeast 2nd Street, Suite 3920
                Miami, Florida  33131-2148
 3              By:  ED FARRES, ESQ.
                Appearing on behalf of the Plaintiff.
 4
                U.S. DEPARTMENT OF JUSTICE
 5              1331 Pennsylvania Avenue, Northwest
                Washington DC 20004
 6              By:  STEPHEN E. HANDLER, Esq.
                Appearing on behalf of the Defendant.
 7
      ALSO PRESENT:
 8              Isabel Duquesne, Interpreter
                Alberto De La Cerra, Interpreter
 9

10
                          I N D E X
11        WITNESS              DIRECT   CROSS
          DIVALDO VALDES          3      34
12        DIVALDO VALDES EXHIBITS
          1, copy of photo                    11
13        2, copy of photo                    20
          3, copy of photo                    23
14        4, copy of photo                    23

15

16

17

18

19

20

21

22

23

24

25
```

FERNANDEZ & ASSOCIATES   (305) 374-8868

1   house?

2      A.   No.   I never talked about anything like

3   that with her.

4      Q.   Do you remember where you were -- strike

5   that.  Would you agree with me that when the law

6   enforcement authorities came to take Elian away

7   that it occurred very early in the morning on April

8   22nd, 2000?

9      A.   Yes.

10     Q.   Do you remember approximately where you

11  were just before the authorities arrived?

12     A.   Yes, I was in back.  There was a

13  barricade.  Mostly the women were there.  They were

14  waiting, and they would pray the rosary every day

15  at 6:00 a.m., but I was in the back.  Close by,

16  close by in the back, talking to a few friends over

17  there.

18     Q.   When you say in the back are you talking

19  about behind the police barricade at the end of

20  street?

21     A.   Yes.  They were right next to the

22  barricade and I was behind them.

23     Q.   I am showing you what has been marked as

24  Exhibit No. 1 for your deposition.

25          (Divaldo Valdes Exhibit 1 is marked.)

16

1    where I was, in that area.

2         Q.   So when you heard the noise and the

3    yelling did you go up to the front of the

4    barricade?  Did you walk in that direction?

5         A.   Well, yes, it was there that I went, and

6    they fumigated there.  They sprayed that gas.

7    Because that happened very quickly, that happened

8    very quickly.

9         Q.   Before the gas was sprayed did you --

10   could you see what was going on in front of the

11   Gonzalez family home?

12        A.   No.  There was nothing going on there

13   until they arrived.

14        Q.   I understand that.  But before the gas was

15   sprayed, could you see who arrived in front of the

16   Gonzalez family home?

17        A.   Oh, yes.  Vans arrived and agents of the

18   authority got out of them.  And that's when they

19   started yelling, and talking and jumping up on

20   people and spraying.

21        Q.   Okay.  Hold on a second.  When the agents

22   arrived did you see them go out of the vans and see

23   them go up to the Gonzalez family home before the

24   spray?

25        A.   Did I see that?

FERNANDEZ & ASSOCIATES (305) 374-8868

1       Q.    Yes.

2       A.    Yes.   Well, I saw everything that went on

3   there, but basically what I saw most is what

4   happened immediately around us.   Because the

5   federal agents, once they arrived, one part came

6   towards where we were at and sprayed the gas.

7   Supposedly, the other part went towards the door.

8   Of course.   But after that I couldn't see anything

9   else, because I was sprayed and I was just out of

10  it.

11      Q.    Okay.   I understand that you were sprayed.

12  You have said that.

13      A.    Yes, of course.

14      Q.    You have said that several times.   I

15  understand that completely.   I want to know

16  everything that you saw after the law enforcement

17  authorities arrived but before you got sprayed, in

18  that period.

19      A.    What I was able to see before I was

20  sprayed.   They got out of some vans yelling.   Some

21  went to Elian's home and the others went up against

22  us.   That's what I saw.

23      Q.    Okay.   Now when you saw the others exit

24  the van and go up to Elian's home, which was

25  actually Lazaro Gonzalez's home, did you see any of

1  the protesters jump over the barricade and run

2  toward the Gonzalez home?

3      A.    I saw some that jumped over, ran over

4  there, but I don't know who they were.

5      Q.    I understand.  So before the gas was

6  sprayed you saw some people jump over the barricade

7  that was at the end of the street and run toward

8  the Gonzalez family home, correct?

9      A.    Yes, of course.

10     Q.    When you say some, can you tell me

11 approximately how many people?

12     A.    Perhaps two or three.  That's what I saw.

13 Because the barricades were actually taken away by

14 the guards.

15     Q.    What guards?

16     A.    The ones that arrived.

17     Q.    The federal authorities that arrived in

18 the vans took away the barricades?

19     A.    The barricades or the police that was

20 already there because we couldn't jump over the

21 barricades.  We couldn't go through it.

22     Q.    Isn't it true that --

23     A.    They were like taken away like this.  Not

24 completely but --

25     Q.    Moved?  Separated?

19

1      A.    They had been separated.

2      Q.    I am sorry.  I apologize.  Did you

3  actually see police officers separate the

4  barricades?

5      A.    No.  I didn't see anybody separate them.

6  I know they had been moved and it must have been

7  them.

8      Q.    Must have been who?

9      A.    Well, when I say that I mean those that

10  arrived there to do the assault.

11     Q.    Why would the police officers that wanted

12  to do the assault move the police barricades?  Do

13  you have any idea why they would do that?

14     A.    I don't know.  I know that I saw them

15  after they were moved.  I don't know who did it.

16     Q.    Did you see any of the protesters behind

17  the barricades move the barricades in any manner?

18     A.    No.  No, I didn't see that.

19     Q.    After the federal authorities arrived but

20  before the gas started, did you see people throw

21  objects at the officers?

22     A.    No.

23     Q.    After the federal authorities arrived but

24  before any of the gassing started, did you see

25  protestors standing in front of the barricade

FERNANDEZ & ASSOCIATES (305) 274-8968

25

1   enforcement officer or part of the press?

2     A.   Of course.  I knew that the protesters --

3   that's why they put up the barricades.  Nobody

4   could go over there.

5     Q.   Now the protesters you saw, the two or

6   three that jumped over the barricade, ran to the

7   Gonzalez family home, as far as you are concerned,

8   they were violating the law?

9     A.   I don't know.

10     Q.   Did you see any of the protesters in the

11   front yard of the Gonzalez home trying to block the

12   door of the Gonzalez home?

13     A.   No, no.  That part I didn't see.  I didn't

14   see that.

15     Q.   Did you come into physical contact with

16   any law enforcement officers?

17     A.   No.  Physically like that, no.

18     Q.   When you -- did you actually see the

19   officer that was spraying the protesters?

20     A.   Well, I saw them as they were spraying,

21   but after that, ones left without --

22     Q.   The officer that was spraying, could you

23   describe what kind of device he was holding that

24   was -- that he was spraying with?

25     A.   Yes.  It looked like some kind of a

28

1    barricade and another group went towards Elian's

2    house.

3        Q.    Did you hear any of the officers say

4    anything in Spanish?

5        A.    No.  It was in English, what I heard.

6        Q.    When I say to you, "Federal officer, get

7    back behind the barricade," can you understand what

8    I am saying in English?

9        A.    Yes, of course.  I would have understood

10   that.

11       Q.    Okay.  And if that was said to you back in

12   April of 2000 you would have understood that?

13       A.    Yes, but there is something else.  The

14   problem is they didn't have to say it for us to get

15   behind the barricades because we were already

16   behind the barricades.

17       Q.    Did you see, with your own eyes, any of

18   the officers come into physical contact with any of

19   the protesters?

20       A.    No, no.  Not physical contact.  I didn't

21   see that.

22       Q.    Why don't you tell me how the gas affected

23   you.

24       A.    You are left without -- well, you can't

25   breathe and you had to go out and throw water,

FERNANDEZ & ASSOCIATES (305) 374-8868

29

1   splash water on yourself to be able to gain your

2   breathing.  It was the first time that I had been

3   struck with that substance, but I -- being left in

4   that condition, I couldn't do anything.

5       Q.    What did it smell like?

6       A.    A very penetrating odor but I can't really

7   distinguish it.  And it just seeps everywhere and

8   doesn't allow you to do anything.  You get it all

9   over the place.  It was a substance, chemical that

10  I have never had received.  I never experienced it.

11      Q.    Did it smell like cherries or fruit?

12      A.    No, no.  Nothing like that.

13      Q.    So it made it difficult to breathe,

14  correct?

15      A.     Yes, of course, of course.  That's why

16  they used it.  I mean now I know why they use that.

17  It's why they use it on a person is to incapacitate

18  that person so they are not -- able to neutralize

19  them, where they can't fight, they can't do

20  anything.

21      Q.    How else did it affect you personally?

22      A.    It affected me.  After I received that

23  gas, what I noticed after that, some -- something

24  affected my breathing.  And before that I never

25  before had any problems with my breathing.  And

FERNANDEZ & ASSOCIATES (305) 374-8868



30

```
 1   after that, over time, over a period of about three

 2   to four months I noticed that my breathing wasn't

 3   like it was before, my respiration.

 4       Q.   Mr. Valdes, let me ask you this.  When you

 5   got sprayed with the gas it caused you to -- gave

 6   you difficulties in breathing.  The immediate

 7   effects -- what other immediate effects did you

 8   have from the gas?

 9       A.   No.  Nothing else.  Just look, burning of

10   the eyes and just not feeling good, but that just

11   lasted a few days and that was it.

12       Q.   Okay.  How close were you to the guy that

13   was spraying the spray?

14       A.   The second time?

15       Q.   Well, let me --

16       A.   Breathing it, breathing it.  He was

17   further away because the first time was closer.

18   But then, when they sprayed again, I was further

19   away, but it was still throughout the whole area,

20   the gas.

21       Q.   I apologize.  The first time the gas was

22   sprayed you were farther back from the barricade

23   than your wife and you smelled the gas, correct?

24       A.   I see her gassed and I went to aid her,

25   because I saw she was --
```

FERNANDEZ & ASSOCIATES (305) 374-8868

31

1    Q.    So then you went up to the front barricade

2  to aid your wife?

3    A.    Yes, in order to assist her.  And so --

4  and then I moved her away toward the back because

5  she just couldn't breathe, and also myself was

6  affected by that.

7    Q.    When you went up to help your wife did you

8  get sprayed there or did you just smell the gas

9  there?

10   A.    No.  What happened -- I sort of absorbed

11  the gas that was already there.  Because they were

12  spraying not directly on me but all the people that

13  were there.

14   Q.    Okay.

15   A.    So I took my wife and we withdrew

16  backwards because we couldn't go on.  After that we

17  returned to see what was happening and got sprayed

18  again.  Then we had to withdraw and just splash

19  water on ourselves.  And after that I couldn't go

20  up there any longer so I stayed -- so I just stayed

21  in the area there in front of the house that was

22  there, next door, at this house over here

23  (indicating).  So the second time we came over

24  here, in order to splash water -- or we just

25  couldn't go there.  Then after that we didn't come.

32

1   We went -- didn't go over there anymore.

2       Q.   When you went up to aid your wife you took

3   her away from the barricade and brought her back so

4   she could get water on her face, correct?

5       A.   No, not to splash water but just for that,

6   for the effects of that to go away.   Then we

7   returned to get closer in order to see what was

8   going on.   And then they came back again and

9   there   --

10      Q.   So let me get the scenario straight.   Your

11  wife is up close to the barricade and you are --

12  you're behind her.

13      A.   Next to the barricade.

14      Q.   When she gets sprayed with the gas, you go

15  up and you take her away from the barricade, behind

16  the barricade so you -- the gas will -- the effects

17  of the gas will lessen, correct?

18      A.   Correct.   That's correct.   And also as I

19  was withdrawing with her, they also sprayed gas,

20  and I inhaled that gas as well.

21      Q.   Then you guys went, both of you, back to

22  the front of the barricade again, you and your

23  wife, correct?

24      A.   Yes.   We went -- we went over there.   Then

25  we came back to see what was going on.   Then they

1  sprayed again.  And then, from there we basically

2  just had to go, had to leave.

3      Q.   The second time you went up when he

4  sprayed again, how close were you from the end of

5  the tube with the gun he was using, spraying, and

6  your body?

7      A.   I can't describe it, but more or less four

8  or five feet away.

9      Q.   Okay.

10     A.   Because you know, they would go backwards

11 and then come up and spray again.  Because that

12 wasn't being done to just my wife and I, but it was

13 a lot of people that were there.

14     Q.   Now you said you couldn't breathe and your

15 eyes were burning from the effects of the gas,

16 correct?

17     A.   Yes.  Right away there.  I couldn't go any

18 longer.

19     Q.   How long did those effects of the gas

20 occur?

21     A.   I would say that, you know, with the

22 burning of the eyes and the other perhaps two or

23 three days, but it started lessening as time went

24 by.

25     Q.   Did you receive any medical treatment with

34

1     regard to the effects of the gas?

2          A.    No.  I went nowhere for that.

3          Q.    As a result of the events of April 22nd,

4     2000 did you suffer any emotional problems?

5          A.    No.  Practically none, but it is -- is --

6     I guess a bitter rememberance or experience.

7          Q.    Did you take any pictures?  Did you have

8     any documents or videotapes regarding the events of

9     April 22nd, 2000?

10         A.    No.

11         Q.    Have you told me everything that you can

12    remember with regard to the events of April 22nd,

13    2000?

14         A.    Yes.

15         Q.    Including all of your physical or

16    emotional or any other damages you allegedly

17    sustained in this case?

18         A.    Well, yes.  What happened is that, yes,

19    that night -- yes, what happened to me that night

20    there, yes.

21              MR. HANDLER:  I have no further questions.

22                        CROSS EXAMINATION

23    BY MR. FARRES:

24         Q.    When you noticed that the agent was

25    gassing the first time when your wife was by the



EXHIBIT
1   6-9-04
Divaldo Valdes

1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
```

2

```
                CASE NO. 03-20588 CIV MOORE
```

3

4

5  DONATO DALRYMPLE,

6                    Plaintiff,

7            vs.

8  UNITED STATES OF AMERICA,

9                    Defendant.

   - - - - - - - - - - - - - - - - - - - - - - - - - -x

10

11

12

13                 99 Northeast Fourth Street
                   Miami, Florida
                   Monday, February 23, 2003
14                 3:37 p.m.

15

16

17

18           DEPOSITION OF MIRIAM ZALDIVAR

19

20           Taken on behalf of the Defendant before LOIS

21  E. GUFFEY, RDR, Notary Public in and for the State of

22  Florida at Large, pursuant to a Notice of Taking

23  Deposition filed in the above cause.

24                                    **ORIGINAL**

25

```

1   Q.   Okay.

2   A.   And that is when they threw themselves, they

3   came through, but they were talking in English, and I

4   don't understand English.

5   Q.   Okay.  Let's just go through this step by

6   step.

7        Just before the federal officers arrived, you

8   were behind the barricade; is that correct?

9   A.   The back side, not towards the Elian side.

10   Q.   Can you take this pen, please, and just circle

11   on the exhibit approximately where you were just before

12   the federal officers arrived.

13   A.   I was where there is a light post.  Not in the

14   press area or anything like that.   On the outside.

15   Q.   So in Exhibit 2 you drew a little circle

16   approximately where you were located just before the

17   officers arrived?

18   A.   Yes, I was around here.

19   Q.   Now, when the federal officers arrived, what

20   did you see?

21   A.   When we saw the cars coming in, we supposed it

22   was then, because people were expecting that they would

23   arrive to come and take the child away.

24        And I went across the barricade when they

25   threw themselves in, saying things, but I don't know

18

1    what they were saying.

2        Q.    So when you saw the officers arrived, you went

3    through the police barricade toward the Gonzalez family

4    home; is that correct?

5        A.    They were already almost in front of the

6    child's house, because we saw them when they took the

7    child away.  We were across from them.

8        Q.    But when the officers pulled up in front of

9    Elian Gonzalez's house, you went through the barricades

10   and walked in the direction of the house; is that

11   correct?

12       A.    I could hardly even walk.  I hardly took any

13   steps.

14       Q.    You just told me that you walked through the

15   barricade.  Is that true or not true?

16       A.    I went -- I went through the barricade, but I

17   could hardly walk because this military guy came over

18   and sprayed me with gas.  I am in the pictures.  I am on

19   television.

20       Q.    Okay.  Show me on this picture how far you

21   walked down the street.

22       A.    I crossed here.  And right -- I -- right

23   there.  It was almost -- I must have taken fewer steps

24   from the door to where the door ends (indicating).

25       Q.    So you walked through the barricade three or

1    four feet beyond the barricade in the direction of

2    Elian's house?

3         A.    I don't think I really walked them.

4         Q.    Okay.  You just told me you walked through the

5    barricade.  How far did you go?  Tell me in feet how far

6    you walked.

7         A.    I jumped, and I don't think I walked even two

8    feet, because they threw themselves, they threw

9    themselves on top of us.

10        Q.    So you jumped over the barricade.

11        A.    I crossed it.

12        Q.    Did you jump -- climb over the barricade?

13        A.    I didn't climb.  There was some little stools

14   that people would put down there, and I got on one of

15   those, and I went over.

16        Q.    When you went over the barricade, did you see

17   law enforcement officers in front of you?

18        A.    He's the one that throws the gas at me and

19   everything.  And he's the one that  --

20        Q.    Did other people like yourself also go over

21   the barricade into the street?

22        A.    They went -- they passed over, and I think

23   they were thrown down afterwards also.

24        Q.    My question is this:  You saw other protesters

25   also climb over the barricade and go into the street; is

1   that correct?

2       A.    I am going to tell you what I saw.  I will

3   tell you only what I saw.

4           Once I crossed over the barricade, this man

5   was -- I saw this man almost on top of me.  He put gas

6   on me, and I had to go like this with my coat to cover

7   myself up because I was choking.  And I had to turn back

8   so that they would put something on me because I was

9   just absolutely choking.

10      Q.    Before you crossed the barricade did you see

11  other people cross over the barricade?

12      A.    Until those people arrived, no.

13      Q.    So were you the very first person that crossed

14  over the barricade?

15      A.    I don't know what the other people were

16  because I was doing -- because I wasn't paying

17  attention.  I know I went through.  And when I went

18  through, I had this military man on top of me.  And up

19  to that, I didn't see anything, because they came upon

20  us as if they were going to kill criminals.

21      Q.    Why did you cross the police barricade?

22      A.    Because I saw when those cars arrived there

23  that they were coming to take the little boy away.

24      Q.    And you wanted to prevent that from happening;

25  isn't that correct?

21

1     A.    I would have wanted to prevent that from

2  happening.

3     Q.    What were you going to do?

4     A.    If I see somebody coming here and they are

5  going to kill us, I think, with all of us, we can

6  protect ourselves and prevent them from doing that, to

7  defend ourselves.

8     Q.    Okay.  So when you jumped over the barricade,

9  it was your intention to stop the officers from taking

10 Elian away from the Gonzalez family home; is that

11 correct?

12    A.    In my mind, I thought that I would try to

13 protect him so that they wouldn't take him away.  But

14 they were stronger.  They were more voracious than all

15 of us that were there.

16    Q.    Okay.  Now, after you jumped over the

17 barricade, you said you were sprayed with gas; is that

18 correct?

19    A.    Once I jumped, I didn't even take two steps,

20 and that's when they poured the gas on me.  Can I say

21 something?

22    Q.    Yes, please.

23    A.    Check the videos that -- you have to have

24 them.  When, to me, I was going like this, and they were

25 spraying gas on me.

-22-

```
 1        Q.    Okay.  Now, after the gas was sprayed, you

 2   said you came into physical contact with a law

 3   enforcement officer?

 4        A.    No, no.  I jumped.  I didn't even take two

 5   steps, and I had him on top of me already.

 6        Q.    But did he touch you?

 7        A.    I don't know.  Because he sprayed the gas on

 8   me, and I didn't know anything else after that.  I was

 9   choking.  I think a war could be won with the stuff that

10   they sprayed on us if they spray it on other human

11   beings.

12        Q.    I need you to answer this question very

13   specifically:  Did any law enforcement officer touch you

14   in any way?

15        A.    I don't know what happened.  All I know is

16   that when I got home, I saw that I was lacking my

17   toenail.  I had not been in any stony area or anything.

18   All I know is that when they sprayed the gas on me, I

19   didn't know about anything else, and all I did was to go

20   back and ask for help because I was choking.

21        Q.    So when you sprayed -- you got sprayed with

22   gas, you turned around and went back across the

23   barricade to behind the barricade?

24        A.    I didn't turn around.  I didn't turn.  I just

25   crossed over the barricades that were already on the
```

1     A.    They didn't touch us with their arms because

2  they brought what they brought, and they just took these

3  long steps and they sprayed us.  I can't say that they

4  touched me, but they came at us with an attitude of -- I

5  don't know.

6     Q.    Okay.

7     A.    We had no sticks, no weapons.  We didn't have

8  any iron bars.  We didn't have anything.

9     Q.    Okay.  What were the effects of the gas on

10  you?

11     A.    It was horrible.

12     Q.    Please describe it.

13     A.    I don't know if I can attribute this to it,

14  because it started, and it just hasn't ever even ended.

15  All that phlegm that I have, and it just doesn't go

16  away.

17     Q.    So what else?  How else did the gas affect

18  you?

19     A.    I don't know.  I don't have any interest in

20  telling you a lie.  All I am saying is the truth.  It

21  has affected me truly.  I mean, I don't like to look at

22  the child on TV.  And it truly affects me.  I don't like

23  to listen to the radio because they would have these

24  news reports.  And really and truly it did affect me.

25  It still affects me.

1      Q.    Stop, Mrs. Zaldivar.  You have to listen to my

2  question.  You are not listening.  I am only interested

3  in how the gas affected you, nothing else, just that for

4  right now.  You said it caused phlegm.  Anything else?

5      A.    I have all this phlegm in my chest,

6  particularly in the morning, and it just doesn't go

7  away.

8      Q.    Anything else?

9      A.    Well, I can't say anything because I didn't

10  have any broken bones or anything like that.

11     Q.    Okay.  So the only effect that you have from

12  the gas was phlegm in your chest and nothing else?

13     A.    Well, if the nerves have nothing to do with

14  the matter involving the gas, I don't know.

15     Q.    Did you -- I think you said before that you

16  did not go and get any medical treatment whatsoever for

17  any of the injuries you had allegedly sustained on April

18  22nd of 2000; is that correct?

19     A.    I didn't go to any doctor because I didn't

20  have any insurance.

21     Q.    Okay.  And I think you also said that you are

22  not making any claim in this case for any of the

23  physical injuries you sustained; is that correct?

24     A.    I have no fractures.  I have no injuries.  The

25  claim that I am making is for the treatment that we got







