IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DONATO DALRYMPLE, et al., ) Case No.: 04-21303-03-20588-CIV-
) MOORE/O'SULLIVAN
    Plaintiff, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
    Defendant )
)

**PLAINTIFFS' SANDRA COBAS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Plaintiff, Sandra Maria Cobas, incorporates by reference the Proposed Findings of Fact and Conclusions of Law of the other plaintiffs in this action. In addition, Ms. Cobas sets forth the following additional proposed findings of fact based on her anticipated testimony.

### Cobas' Proposed Trial Findings of Fact

1. Plaintiff Cobas was born on April 21, 1952 and was nearly 48 years old on April 22, 2000, the date of the raid on the home of the Gonzalez's. She is now nearly 53 years old.

2. Plaintiff Cobas is a Cuban American, but speaks fluent English and was raised in New Jersey before moving to Miami many years ago.

3. Plaintiff Cobas has never been a member of any Cuban exile group.

4. At the time of the raid, Plaintiff Cobas was simply praying next to the media tent at the scene of the raid.

5. Plaintiff Cobas did not recognize the INS agents who entered the scene of the raid to be INS officers. Instead, she just thought that they were "soldiers".

6. Plaintiff, Cobas, never saw anyone jump the barricade that separated the bystanders from the territory between the barricade and the Gonzalez's home.

7. Plaintiff, Cobas, never saw anyone throw objects at the soldiers.

8. Plaintiff, Cobas, did not see anyone in front of or move past the barricade before gas was sprayed.

9. Plaintiff, Cobas, did not see anyone throw a stool from behind the barricade.

10. Plaintiff, Cobas, did not see anyone throw anything at the soldiers.

11. All Plaintiff Cobas saw was the soldiers spraying gas at the bystanders.

12. The gas was sprayed with a gun. About three soldiers sprayed while clouds of gas with guns.

13. The soldiers that sprayed the gas were about three to four feet away from the other bystanders who were behind the barricade.

14. Plaintiff, Cobas, was sprayed by a soldier with gas from a distance of only two feet from her face. The spray was shot directly into her face from a gun.

15. Plaintiff, Cobas, immediately blacked out when hit in the face with the gas. She fainted. From that point, she could not see what else was happening.

16. The gas had an immediate effect on Plaintiff, Cobas. She experienced shortness of breadth, nausea, irritated and burned eyes, irritation and burning in the throat, tightness in the chest, coughing, depression, and crying, among other symptoms. Immediately after being hit with the gas, Plaintiff Cobas was rendered immobile for about one minute.

17. Plaintiff Cobas's symptoms to the eyes and throat lasted about one and one half weeks. The detrimental effects on her breathing lasted over one month, and she could taste the gas for about his period of time as well. The nausea lasted about a day. Even now, Plaintiff Cobas still has tightness in the chest. The coughing lasted about 4-5 months and Plaintiff Cobas has had repeated colds thereafter. In the period after the raid, Plaintiff Cobas experienced severe headaches about 4-5 times per week and she still gets severe headaches about 2 times per week. Before the raid, she never had chronic headaches.

18. In the aftermath of the raid, Plaintiff Cobas was severely and adversely effected in going to work. She could not go to work for about three weeks. At the time, she was working for her father as a sales representative in his cigar store.

19. Plaintiff Cobas continues to have the following effects and symptoms from the raid and her gassing by the soldiers:

      A. Severe depression and bouts of crying.

      B. Feelings of helplessness.

      C. Distrust of the people around her.

      D. Sleeplessness.

      E. Anxiety.

      F. Reduced and impaired sex and social life.

20. At the time of the raid, Plaintiff Cobas thought that she would be killed by the soldiers.

Respectfully submitted,

Larry Klayman, Esq
Florida Bar #246220
The Klayman Law Firm
540 Brickell Key Drive
Suite #732
Miami, Florida 33231
305-577-8944

## CERTIFICATE OF SERVICE

I hereby certify that on JANUARY 24, 2005, I caused to be served upon the following Counsel a true and correct copy of the Plaintiff, Sandra Cobas' Proposed Findings of Fact And Conclusions of Law, by hand to:

>Stephen E. Handler
>Trial Attorney
>Torts Branch, Civil Division
>U.S. Department of Justice
>Benjamin Franklin Station
>P.O. Box 888
>Washington, DC 20044

>Paul Orfanedes
>Judicial Watch, Inc.
>501 School Street
>Suite 500
>Washington, DC 20024

Larry Klayman