UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20588-CIV-MOORE

**DONATO DALRYMPLE**

    Plaintiff(s),

vs.

**UNITED STATES OF AMERICA,**

    Defendant(s).
_____/

FILED by __R.G.__ D.C.

Jan. 25, 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### CIVIL TRIAL MINUTES FOR JUDGE K. MICHAEL MOORE

DATE: January 24, 2005      Day: #1      Case No. 03-20588-CIV-MOORE

Courtroom Deputy: Robin Godwin      Court Reporter: Marion Ona, Official Reporting Service

Parties:

DONATO DALRYMPLE, etc. et. al.  vs.  UNITED STATES OF AMERICA

| Counsel for Plaintiff: | Counsel for Defendant |
|---|---|
| Paul Orphanedes | Steven Handler |
| Mike Hurley | James Zeropolous |
| Dale Wilcox | |
| Larry Klayman | |

10:20 a.m.      Trial Commenced - Non Jury

5:15 p.m.      Trial Continued until January 25, 2005 at 9:00 a.m.

_____      Court trial concluded. Case taken under advisement. Briefing schedule as follows:

    Plaintiff's due: _____
    Defense's due: _____
    Reply due: _____

