Page 1

1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF FLORIDA

3

4  CASE NO. 03-20588-CV KMM

5

6  ------------------------------------------x

7  DONATO DALRYMPLE, ET AL.,                 :

8              vs.                           :

9  UNITED STATES OF AMERICA,                 :

10 ------------------------------------------x

11            PAGES 1 - 132

12            VOLUME II

13

14

15       99 NE 4th Street, Miami, Florida

16          Tuesday, January 25, 2005

17                  9:00 a.m.

18     Before the Honorable K. Michael Moore

19

20

21

22 Reported by:  Gizella "Gigi" Gaines, CSR

23

24

25

ORIGINAL

OFFICIAL REPORTING SERVICE, INC.
(954) 467-8204

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 03-20588-CV-MOORE

### ATTACHMENT TO DOCKET ENTRY: 151
## NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ STATE COURT RECORD (Habeas Cases)

☒ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☐ POOR QUALITY (i.e. hand written, legal size, light print, etc.)

☐ SURETY BOND (original or letter of undertaking)

## PLEASE REFER TO COURT FILE