IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 03-20588-CIV-MOORE
Magistrate Judge O'Sullivan

DONATO DALRYMPLE, et al,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER ADOPTING IN PART MAGISTRATE'S REPORT AND RECOMMENDATION

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause was referred to United States Magistrate Judge Barry L. Garber to issue a Report and Recommendation with respect to Plaintiff's Response to Defendant's Motion for Costs **(DE #167)**

A Report and Recommendation dated July 13, 2005 (DE #176), has been entered, recommending that Defendant's Motion for Award of Costs be granted. Plaintiffs filed written objections to the Report and Recommendation on July 27, 2005 (DE #177).

After due and proper consideration of all portions of this record deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636 and dated July 13, 2005 is ADOPTED. Accordingly it is

ORDERED AND ADJUDGED that Defendant's Motion for Costs (DE #87) is **GRANTED**. Defendant is awarded $40,924.27 in costs, and judgement is entered for this amount against all plaintiffs.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2005.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
All counsel of record